# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| DYLAN BRANDT, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>LESLIE RUTLEDGE, et al.,<br><br>  Defendants. | CIVIL ACTION<br><br>Case No. 4:21CV450-JM<br><br>**PLAINTIFFS' MOTION TO ADMIT GARRARD R. BEENEY, *PRO HAC VICE*** |

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Garrard R. Beeney, moves this Court for an Order admitting Garrard R. Beeney *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

Garrard R. Beeney is a member in good standing of the Bar of the State of New York and is admitted to practice in all state courts in the State of New York; the United States District Court for the Northern District of California; the District of Colorado; the Northern District of Florida; the Western District of Michigan; the Eastern, Northern, and Southern Districts of New York; and the Northern District of Texas; the United States Court of Appeals for the Second, Fourth, Sixth, Eighth, Ninth and Tenth Circuits; the United States Court of Appeals for the Federal Circuit; and the United States Supreme Court. He is not admitted to practice in the United States District Courts in Arkansas. His office address is: Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498.

Under Local Rule 83.5(d), Garrard R. Beeney, designates me, Beth Echols, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical

and e-mail addresses are as follows:

Beth Echols
Gill Ragon Owen
425 West Capitol Avenue
Little Rock, AR 72201
Tel:  501-376-3800
Email:  Echols@gill-law.com

WHEREFORE, Plaintiffs pray that Garrard R. Beeney be granted permission to appear *pro hac vice* in this cause.

Dated: May 26, 2021

Respectfully submitted,

*/s/ Beth Echols*
Beth Echols          Ark. Bar No. 2002-203
Gill Ragon Owen
425 West Capitol Avenue
Little Rock, AR 72201
Tel:  501-376-3800
Email:  Echols@gill-law.com

*On Behalf of Sullivan & Cromwell LLP*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DYLAN BRANDT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LESLIE RUTLEDGE, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 4:21CV450-JM |

**DECLARATION OF GARRARD R. BEENEY,
IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE***

I, Garrard R. Beeney, declare under penalty of perjury that the following is true and correct:

1. I am a partner of the law firm Sullivan & Cromwell LLP and counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Motion of Beth Echols for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Beth Echols, who is a member in good standing of this Court.

2. I am an attorney licensed in New York (Bar Registration No. 1656172). I was admitted to practice in the Courts of the State of New York in 1980. My office address is: Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498.

3. I am in good standing and currently eligible to practice in all state courts in the State of New York; the United States District Court for the Northern District of California; the District of Colorado; the Northern District of Florida; the Western District of Michigan; the Eastern, Northern, and Southern Districts of New York; and the Northern District of Texas; the

-2-

United States Court of Appeals for the Second, Fourth, Sixth, Eighth, Ninth and Tenth Circuits; the United States Court of Appeals for the Federal Circuit; and the United States Supreme Court.

4.  No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me except as noted in the attached statement.

5.  Plaintiffs have requested my representation in the above-captioned matter.

6.  I affirm that I will submit to the jurisdiction of the Court in matters of discipline.  I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

DATED: May 26, 2021

Respectfully submitted,

/s/ Garrard R. Beeney
Garrard R. Beeney
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Tel:  212-558-3737
Email:  beeneyg@sullcrom.com