## Attachment to Pro Hac Vice Application
## Of Garrard Russ Beeney

In 1985, the Appellate Division of the First Department of New York State disqualified Sullivan & Cromwell LLP from a case, finding that we had obtained privileged materials by making misrepresentations in discovery. The First Department Disciplinary Committee conducted a hearing into the matter, and dismissed all charges before a defense was offered. Although the Committee did not indicate the basis for its dismissal, we believe the Committee accepted that our client was entitled to obtain the privileged materials from a lawyer who actually had represented our client and that no misrepresentations had been made.