IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DYLAN BRANDT, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>LESLIE RUTLEDGE, et al.,<br><br>       Defendants. | CIVIL ACTION<br><br>Case No.  4:21CV450-JM<br><br><br>**PLAINTIFFS' MOTION TO ADMIT<br>CHASE STRANGIO, *PRO HAC VICE*** |

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Chase Strangio, moves this Court for an Order admitting Chase Strangio *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

Chase Strangio is a member in good standing of the Bar of the State of New York and is admitted to practice in all state courts in the State of New York; the United States District Court for the District of Columbia; the United States Court of Appeals for the Fourth, Sixth, Seventh, and Ninth Circuits; and the United States Supreme Court. He is not admitted to practice in the United States District Courts in Arkansas. His office address is: American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004.

Under Local Rule 83.5(d), Chase Strangio, designates me, Beth Echols, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

Beth Echols
Gill Ragon Owen
425 West Capitol Avenue
Little Rock, AR 72201
Echols@gill-law.com
Tel: (501) 376-3800

WHEREFORE, Plaintiffs pray that Chase Strangio, be granted permission to appear *pro hac vice* on in this cause.

Dated: May 27, 2021

Respectfully submitted,

*/s/ Beth Echols*
Beth Echols          Ark. Bar No. 2002-203
Gill Ragon Owen
425 West Capitol Avenue
Little Rock, AR 72201
Echols@gill-law.com
Tel: (501) 376-3800

*On Behalf of the Arkansas Civil Liberties Union Foundation, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| , et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>, et al.,<br><br>      Defendants. | CIVIL ACTION<br><br>Case No. 4:21CV450-JM |

### DECLARATION OF CHASE STRANGIO, IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE

I, Chase Strangio, declare under penalty of perjury that the following is true and correct:

1. I am a Staff Attorney with the LGBTQ & HIV Project of the American Civil Liberties Union Foundation, and counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Motion of Beth Echols for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Beth Echols, who is a member in good standing of this Court.

2. I am an attorney licensed in New York (Bar Registration No. 4879466). I was admitted to practice in the Courts of the State of New York in 2011. My office address is American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004.

3. I am in good standing and currently eligible to practice in the Courts of the State of New York; the United States District Court for the District of Columbia; the United States Court of Appeals for the Fourth, Sixth, Seventh, and Ninth Circuits; and the United States

3

Supreme Court.

4.     No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5.     Plaintiffs have requested my representation in the above-captioned matter.

6.     I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

DATED: May 27, 2021

                                                      Respectfully submitted,

                                                      /s/*Chase Strangio*
                                                      Chase Strangio
                                                      American Civil Liberties Union Foundation
                                                      125 Broad Street, 18th Floor
                                                      New York, NY 10004
                                                      cstrangio@aclu.org
                                                      Tel: (212) 284-7320