IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DYLAN BRANDT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LESLIE RUTLEDGE, et al.,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>Case No. 4:21CV450-JM<br><br><br>**PLAINTIFFS' MOTION TO ADMIT DUNCAN C. SIMPSON LAGOY, *PRO HAC VICE*** |

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Duncan C. Simpson LaGoy, moves this Court for an Order admitting Duncan C. Simpson LaGoy, *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

Duncan C. Simpson LaGoy is a member in good standing of the Bar of the State of California and is admitted to practice in all state courts in the State of California; the United States District Court for the Northern District of California; and the United States Court of Appeals for the Ninth Circuit. He is not admitted to practice in the United States District Courts in Arkansas. His office address is: Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California 94303-3308.

Under Local Rule 83.5(d), Duncan C. Simpson LaGoy, designates me, Beth Echols, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

Beth Echols
Gill Ragon Owen
425 West Capitol Avenue
Little Rock, AR 72201
Tel: 501-376-3800
Email: Echols@gill-law.com

WHEREFORE, Plaintiffs pray that Duncan C. Simpson LaGoy, be granted permission to appear *pro hac vice* in this cause.

Dated: May 27, 2021

Respectfully submitted,

*/s/ Beth Echols*
Beth Echols            Ark. Bar No. 2002-203
Gill Ragon Owen
425 West Capitol Avenue
Little Rock, AR 72201
Tel: 501-376-3800
Email: Echols@gill-law.com

*On Behalf of Sullivan & Cromwell LLP*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DYLAN BRANDT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LESLIE RUTLEDGE, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 4:21CV450-JM |

**DECLARATION OF DUNCAN C. SIMPSON LAGOY
IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE***

I, Duncan C. Simpson LaGoy, declare under penalty of perjury that the following is true and correct:

1. I am an associate of the law firm Sullivan & Cromwell LLP, and counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Motion of Beth Echols for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Beth Echols, who is a member in good standing of this Court.

2. I am an attorney licensed in California (Bar Registration No. 298776). I was admitted to practice in the Courts of the State of California in 2014. My office address is: Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California 94303-3308.

3. I am in good standing and currently eligible to practice in all state courts in the State of California; the United States District Court for the Northern District of California; and the United States Court of Appeals for the Ninth Circuit.

4. No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5. Plaintiffs have requested my representation in the above-captioned matter.

6. I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

DATED:  May 27, 2021

                                         Respectfully submitted,

*/s/ Duncan C. Simpson LaGoy*
Duncan C. Simpson LaGoy
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, California 94303-3308
Tel:  650-461-5600
Email:  SimpsonD@sullcrom.com