# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DYLAN BRANDT, et al.                                                                            PLAINTIFFS

v.                                          No. 4:21-cv-00450-JM-01

LESLIE RUTLEDGE, et al.                                                                        DEFENDANTS

## ORDER

The motions to admit counsel *pro hac vice* on behalf of Plaintiffs are GRANTED. (Document Nos. 2, 3, 4, 5, 6, 7). Garrard R. Beeney, Alexander S. Holland, Jonathan J. Ossip, Laura Kabler Oswell, Chase Strangio, and Duncan C. Simpson LaGoy are hereby admitted to appear before this Court as co-counsel of record in this action.

IT IS SO ORDERED this 27th day of May, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE