IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DYLAN BRANDT, by and through his mother, Joanna Brandt; JOANNA BRANDT; SABRINA JENNEN, by and through her parents, Lacey and Aaron Jennen; LACEY JENNEN; AARON JENNEN; BROOKE DENNIS, by and through her parents, Amanda and Shayne Dennis; AMANDA DENNIS; SHAYNE DENNIS; PARKER SAXTON, by and through his father, DONNIE SAXTON; DONNIE SAXTON; MICHELE HUTCHISON, on behalf of herself and her patients; and KATHRYN STAMBOUGH, on behalf of herself and her patients | PLAINTIFFS |
| v.   Case No. 4:21CV450-JM | |
| LESLIE RUTLEDGE, in her official capacity as the Arkansas Attorney General; AMY E. EMBRY, in her official capacity as the Executive Director of The Arkansas State Medical Board; and SYLVIA D. SIMON, ROBERT BREVING JR., VERYL D. HODGES, JOHN H. SCRIBNER, ELIZABETH ANDERSON, RHYS L. BRANMAN, EDWARD "WARD" GARDNER, RODNEY GRIFFIN, BETTY GUHMAN, BRIAN T. HYATT, TIMOTHY C. PADEN, DON R. PHILIPS, WILLIAM L. RUTLEDGE, and DAVID L. STAGGS, in their official capacity as members of the Arkansas State Medical Board | DEFENDANTS |

**AFFIDAVIT OF SERVICE**

COMES the Affiant, having been duly sworn under oath, and states:

1. My name is Beth Echols, and I am the attorney for the Plaintiffs in the above-styled matter.

2. On May 25, 2021, I filed the Complaint against Defendants in this action.

3. On May 25, 2021, I e-mailed a true and correct copy of the Complaint and Summons to Separate Defendant Amy E. Embry in her official capacity as the Executive Director of the Arkansas State Medical Board and Separate Defendants, Sylvia D. Simon, Robert Brevings, Jr., Veryl D. Hodges, John H. Scribner, Elizabeth Anderson, Rhys L. Branman, Edward "Ward"

Gardner, Rodney Griffin, Betty Guhman, Brian T. Hyatt, Timothy C. Paden, Don R. Phillips, William L. Rutledge, and David L. Staggs, in their official capacity as members of the Arkansas State Medical Board, to their attorney, Kevin O'Dwyer.

4. On May 28, 2021, the attorney for the Separate Defendants identified in Paragraph 3 received and accepted service of the Summons and Complaint, as evidenced by e-mail attached hereto as Exhibit A.

Further Affiant sayeth not.

Respectfully submitted,

*Beth Echols*
Beth Echols, Ark. Bar No. 2002203

COUNTY OF Pulaski )
                    )ss.
STATE OF ARKANSAS   )

SUBSCRIBED AND SWORN to before me, a Notary Public, this 8th day of June, 2021.

My Commissioner Expires

6/18/30

SONJA WALKER
Notary Public-Arkansas
Pulaski County
My Commission Expires 06-18-2030
Commission #12377629

2

## Beth Echols

**From:** Kevin O'Dwyer <kodwyer@htolaw.com>
**Sent:** Friday, May 28, 2021 8:20 AM
**To:** Beth Echols
**Subject:** RE: Lawsuit filed today

Beth,

I have been authorized to accept service. I have forwarded the complaint to Vincent Wagner at the AG's office.

Kevin M. O'Dwyer
**Hope, O'Dwyer, Wilson & Arnold, P.A.**
211 Spring Street
Little Rock, Arkansas
Telephone: 501-372-4144
Facsimile: 501-372-7480

The information contained in this e-mail message is from the law firm of
Hope, O'Dwyer, Wilson & Arnold, P.A., and may be privileged, confidential and
protected from disclosure. If you are not the intended recipient, any
further disclosure or use, dissemination, distribution, or copying of this
message or any attachment is strictly prohibited. If you think that you
have received this e-mail message in error, please delete the e-mail and
either e-mail the sender at the above address or notify us at our telephone
number, 501-372-4144.

vincent.wagner@arkansasag.gov

**From:** Beth Echols <echols@gill-law.com>
**Sent:** Tuesday, May 25, 2021 3:55 PM
**To:** Kevin O'Dwyer <kodwyer@htolaw.com>
**Cc:** Drake Mann <mann@gill-law.com>; Holly Dickson <holly@acluarkansas.org>
**Subject:** Lawsuit filed today

Kevin,

I'm sure it will not come as a surprise to you that the ACLU has filed a challenge to the transgender youth healthcare ban. I am local counsel for the lawsuit, and the Executive Director of The Arkansas State Medical Board along with the members are sued in their official capacity. Please advise if you can accept service of the Complaint and Summons on behalf of the Board and its members. I've attached a copy of the Complaint as well as the Summons here.

Best,
Beth



EXHIBIT A

1