IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DYLAN BRANDT, by and through his mother, Joanna Brandt; JOANNA BRANDT; SABRINA JENNEN, by and through her parents, Lacey and Aaron Jennen; LACEY JENNEN; AARON JENNEN; BROOKE DENNIS, by and through her parents, Amanda and Shayne Dennis; AMANDA DENNIS; SHAYNE DENNIS; PARKER SAXTON, by and through his father, DONNIE SAXTON; DONNIE SAXTON; MICHELE HUTCHISON, on behalf of herself and her patients; and KATHRYN STAMBOUGH, on behalf of herself and her patients | PLAINTIFFS |
| v.      Case No. 4:21CV450-JM | |
| LESLIE RUTLEDGE, in her official capacity as the Arkansas Attorney General; AMY E. EMBRY, in her official capacity as the Executive Director of The Arkansas State Medical Board; and SYLVIA D. SIMON, ROBERT BREVING JR., VERYL D. HODGES, JOHN H. SCRIBNER, ELIZABETH ANDERSON, RHYS L. BRANMAN, EDWARD "WARD" GARDNER, RODNEY GRIFFIN, BETTY GUHMAN, BRIAN T. HYATT, TIMOTHY C. PADEN, DON R. PHILIPS, WILLIAM L. RUTLEDGE, and DAVID L. STAGGS, in their official capacity as members of the Arkansas State Medical Board | DEFENDANTS |

### AFFIDAVIT OF SERVICE

COMES the Affiant, having been duly sworn under oath, and states:

1. My name is Beth Echols, and I am the attorney for the Plaintiffs in the above-styled matter.

2. On May 25, 2021, I filed the Complaint against Defendants in this action.

3. On May 25, 2021, Holly Dickson e-mailed a true and correct copy of the Complaint and Summons to Separate Defendant Leslie Rutledge's attorney, Nicholas Brunni, and copied me on said email.

4. On May 26, 2021, Separate Defendant Leslie Rutledge's attorney received and accepted service of the Summons and Complaint, as evidenced by e-mail attached hereto as Exhibit A.

Further Affiant sayeth not.

Respectfully submitted,

*Beth Echols*
Beth Echols, Ark. Bar No. 2002203

COUNTY OF Pulaski )
)ss.
STATE OF ARKANSAS )

___ SUBSCRIBED AND SWORN to before me, a Notary Public, this 8th day of June, 2021.

My Commissioner Expires

6/18/30

SONJA WALKER
Notary Public-Arkansas
Pulaski County
My Commission Expires 06-18-2030
Commission # 12377629

2

**Beth Echols**

**From:** Nicholas Bronni <nicholas.bronni@arkansasag.gov>
**Sent:** Wednesday, May 26, 2021 3:48 PM
**To:** 'Holly Dickson'
**Cc:** Beth Echols; Vincent Wagner
**Subject:** RE: Filing

Sorry for the delay. We accept service on behalf of the AG.

Nick

**From:** Holly Dickson <holly@acluarkansas.org>
**Sent:** Wednesday, May 26, 2021 2:22 PM
**To:** Nicholas Bronni <nicholas.bronni@arkansasag.gov>
**Cc:** echols@gill-law.com
**Subject:** RE: Filing

Hi Nick,

Bumping this to see if you have or will have a response for us soon today.
I suspect you'd rather us not send a process server, but we do need to hear back so I don't have to start that process.

Thank you,

H


**From:** Nicholas Bronni <nicholas.bronni@arkansasag.gov>
**Sent:** Wednesday, May 26, 2021 8:04 AM
**To:** Holly Dickson <holly@acluarkansas.org>
**Cc:** echols@gill-law.com
**Subject:** RE: Filing

Holly-

I should be able to, but let me confirm and get back to you.

Nick

**Nicholas J. Bronni**
**Solicitor General**
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
501.682.6302 | 501.682.2000
Nicholas.bronni@arkansasag.gov | ArkansasAG.gov



EXHIBIT A

# Beth Echols

| | |
|---|---|
| **From:** | Holly Dickson <holly@acluarkansas.org> |
| **Sent:** | Tuesday, May 25, 2021 3:53 PM |
| **To:** | nicholas.bronni@arkansasag.gov |
| **Cc:** | Beth Echols |
| **Subject:** | FW: Filing - summons |
| **Attachments:** | Filed Summons LESLIE RUTLEDGE.pdf |
| **Importance:** | High |

Hi Nick,

Attached is the summons, as well. We look forward to hearing back from you very soon.

Thank you,

Holly


**From:** Holly Dickson <holly@acluarkansas.org>
**Sent:** Tuesday, May 25, 2021 3:21 PM
**To:** nicholas.bronni@arkansasag.gov
**Cc:** Beth Echols <echols@gill-law.com>
**Subject:** FW: Filing

Hi Nick,

Please see the attached Complaint and let us know if you will accept service on behalf of the Attorney General.

**Holly Dickson**
pronouns: she, her, hers

Executive Director & Legal Director
ACLU of Arkansas
904 West 2nd Street, Little Rock, AR 72201
■ 501.374.2842 office ■ 501.993.7352 mobile
holly@acluarkansas.org
www.acluarkansas.org



1

LEGAL and PRIVACY notice: This email is protected by federal law and is legally privileged. If you are not the intended recipient, dissemination, distribution or copying is strictly prohibited. If you have received this in error, please immediately notify me. Thank you