IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS

```
----------------------------------------------------------------- x
                                                                  :
                                                                  :
                                                                  :
DYLAN BRANDT, et al.,                                             :
                                                                  :
                        Plaintiffs,                               :   Case No.: 4:21-CV-00450-JM-01
                                                                  :
                v.                                                :
                                                                  :
LESLIE RUTLEDGE, et al.,                                          :
                                                                  :
                        Defendants.                               :
                                                                  :
                                                                  :
----------------------------------------------------------------- x
```

### DECLARATION OF DYLAN BRANDT
### IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

I, Dylan Brandt, hereby declare as follows:

1. I offer this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to those facts if called as a witness.

2. I am 15 years old, and I am a rising sophomore in high school.

3. I am transgender. I was designated as female on my birth certificate, but my gender identity is male.

4. I have known since I was in elementary school that something about my body and the sex I was assigned at birth did not feel right. Since I was first able to choose for myself I have always chosen to wear more masculine clothes and participate in activities more commonly associated with boys, like football. I felt most comfortable when other boys acted like I belonged with them.



PLAINTIFF'S EXHIBIT 1

5. My discomfort with my body increased a lot when I started puberty and my body began to change in ways that did not feel right. I did not know exactly how to describe what I was feeling, but now I know I was experiencing gender dysphoria.

6. I began to feel depressed and very anxious, especially in social situations. I stopped playing football and began to spend a lot more time alone.

7. In 2018, when I was in seventh grade, I cut my hair short and soon after that I finally realized that my discomfort was because I am a boy, but no one recognized that, and my body was beginning to look more and more like a girl's body.

8. After several months of thinking about this and trying to understand myself, I finally decided to tell my family. In 2019 I wrote my mom a letter and told my brother to give it to her. I told my mom in the letter that I am not her daughter, I am her son. I signed the letter as "Dylan," the name I chose.

9. My mom and I talked about it and she was very supportive. She began using he/him pronouns for me and calling me "Dylan." After that, people would sometimes recognize me as a boy, and that made me really happy. It felt right.

10. I started eighth grade using my name, Dylan. My school and most of the students were supportive, but some students were not. Some of them were mean and told me I didn't belong. Once at a football game, a classmate told me I should leave because I didn't belong there. I refused to leave and he came back a few minutes later and started reading bible verses at me. I stopped going to football games after that. I just wanted to be a normal kid and for people to stop talking about me. Because of this type of bullying, I didn't go back to school in January of 2020. My mom found an online school I could attend from home, and I have been doing school online since then.

11. My mom shared with my doctor that I had come out to her as a boy, and my doctor referred us to the Gender Spectrum Clinic. I had my first appointment there sometime in late January or early February 2020. There I met Dr. Hutchison, who took a lot of time to listen to what I was feeling and thinking. She also spent a lot of time helping me and my mom understand my treatment options, including the risks and potential side effects. Dr. Hutchison told me I had to continue to meet with my therapist regularly as long as I was being treated at the clinic. At the clinic I also spoke with a psychiatrist, a social worker, and a chaplain.

12. After meeting with Dr. Hutchison and her team, I was given my first shot of Depo-Provera to stop my period. Getting my period was a major stressor to me, and it was a big relief to start the process. It felt like a huge weight had been lifted off my chest. Having people who listened and supported me did help me deal with my depression and anxiety a little better, but what I really needed was something to help my body match who I really am. Only then did I really begin to feel like there was hope.

13. In August 2020, I met with a psychiatrist at the clinic who agreed with my other healthcare providers that hormone therapy was necessary for me. I started testosterone then, and the results have been life changing. I have been on hormone therapy for over ten months now. My voice dropped quickly, I started growing facial hair, and I have even developed an Adam's Apple.

14. I now feel a level of confidence I never knew was possible. I can easily and confidently interact with other people, whether I know them or not. My body is finally beginning to match who I am.

15. My mom had my name legally changed to Dylan in August of 2020. I was so happy I cried.

16. I plan to go back to school in person this fall. I will be a sophomore, and it will be my first time going to high school in person. I am very excited to go back now that I am getting the medical care I need and feel comfortable with myself, and now that others see me as the boy I am.

17. When I heard about the Health Care Ban, I was confused and anxious. I didn't understand why people who have never met me and who aren't doctors would try to take away treatment that has really allowed me to find happiness and hope.

18. I am very anxious about what would happen if my healthcare were cut off. I worry that I would lose all the progress I have made in terms of feeling like myself. I don't know exactly what would happen if I had to suddenly stop taking testosterone, but I am afraid my body will reverse changes that have made me feel comfortable with myself and so happy and confident. I am really afraid of how other people would treat me if that happened, especially right before I go back to high school. It would be devastating.

19. My mom has talked about trying to move out of state if the law takes effect so I can continue treatment. I have a lot of friends and family in Greenwood, and I do not want to leave. However, going back to life like it was before treatment is an unbearable thought, so I don't think we will have any other options if the law cuts off my treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Greenwood, Arkansas on this 11th day of June, 2021.

*Dylan Brandt* (signature)
Dylan Brandt