**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS**

```
------------------------------------------------------------- x
                                            :
                                            :
                                            :
DYLAN BRANDT, et al.,                       :
                                            :
                    Plaintiffs,             :    Case No.:  4:21-CV-00450-JM-01
                                            :
            v.                              :
                                            :
LESLIE RUTLEDGE, et al.,                    :
                                            :
                    Defendants.             :
                                            :
                                            :
------------------------------------------------------------- x
```

### DECLARATION OF SABRINA JENNEN
### IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

I, Sabrina Jennen, hereby declare as follows:

1.     I am a Plaintiff in this action.  I offer this Declaration in support of Plaintiffs'
Motion for a Preliminary Injunction.  I have personal knowledge of the facts set forth in this
Declaration and could and would testify competently to those facts if called as a witness.

2.     I am a fifteen-year-old rising junior in high school.  I enjoy school.  I made
it to the national championships for Quiz Bowl, an academic trivia competition.  I also played
violin and now play the acoustic guitar, earned a black belt in Taekwondo, and enjoy gaming with
friends.  After high school, I plan to attend college to study medical or environmental sciences.

3.     I am transgender.  I was designated as male on my birth certificate, but my
gender identity is female.

4.     Before realizing my true gender identity, I could not see a future for myself.
It was a dark time for me.  I experienced depression, struggled to sleep, and engaged in self-harm.

-1-



5.      I began to realize my gender identity in late 2019 and came out as a transgender girl to some of my friends. It was tough to come to terms with the fact that I am in the wrong body. I remember looking at myself in the mirror and feeling extremely depressed, because I knew that being male was not who I was. After months of contemplation and introspection, I came to the realization that I was transgender. When I realized this, I was initially distraught over what I would need to do to transition, because of societal pressures to be cisgender and the dangers of being transgender in America. As a first step, I changed the gender of my character in a game called Animal Crossing. After that, I came out to my friends, and started painting my nails and shaving my body hair. I began to feel happy and confident.

6.      I told my family that I am transgender in July 2020. My parents accepted me for who I am and provided me with the love and support that I needed. The rest of my family also continuously supported me, as their first priority is that I am happy and being my true self.

7.      After coming out to my family and friends, I started using feminine pronouns, wearing feminine clothing, and growing out my hair. Coming out truly saved me. Being able to come to terms with my identity felt like a weight was lifted off me. But I still struggled with the fact that my body did not match my gender.

8.      I began seeing a therapist and was diagnosed with gender dysphoria in or around October, 2020.

9.      In or around January 2021, with my parents' support, I began gender-affirming hormone therapy. I was prescribed a testosterone suppressant and estrogen to initiate puberty consistent with my gender identity.

10.      Hormone-therapy treatment has been life-changing. Since starting hormone therapy, I have become genuinely happy and confident for the first time since I can remember. I

can finally see a future for myself. My depression has subsided. I have not engaged in self-harm. I have become more engaged with my family and community.

11. The prospect of losing access to my medical care causes me to feel extremely anxious. If my treatment is stopped, I worry that the dysphoria, depression, acts of self-harm and anxiety will come back.

12. On or around June 3, 2021, my name was legally changed to Sabrina Jennen.

13. If H.B. 1570 takes effect, seeking treatment and living out of state is my only option. I love my Fayetteville community. I have a network of friends, family, educators, and a church community that support me. My parents are lifelong Arkansans and my entire extended family lives in Arkansas. But I cannot go back to feeling how I did before receiving hormone therapy. If H.B. 1570 takes effect, I may have to leave my home state.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Fayetteville, Arkansas, on this 11th day of June, 2021.

Sabrina Jennen