Case 4:21-cv-00450-JM   Document 11-4   Filed 06/15/21   Page 1 of 4

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF ARKANSAS

---

DYLAN BRANDT, et al.,

        Plaintiffs,

v.

LESLIE RUTLEDGE, et al.,

        Defendants.

Case No.: 4:21-CV-00450-JM-01

---

## DECLARATION OF AARON AND LACEY JENNEN
## IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

We, Aaron and Lacey Jennen, hereby declare as follows:

1. We are Plaintiffs in this action. We offer this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction. We have personal knowledge of the facts set forth in this Declaration and could and would testify competently to those facts if called as witnesses.

2. We are the parents of Sabrina Jennen, a fifteen-year-old rising junior in high school. Sabrina is transgender. When Sabrina was born, she was designated as male on her birth certificate, but her gender identity is female.

3. When Sabrina first came out as transgender to us in July 2020, we immediately sought professional counseling for her. Sabrina was diagnosed with gender dysphoria around October 2020. After an extended period of therapy sessions, Sabrina asked us about seeking gender-affirming hormone therapy. We prayed about it. We had many long and serious discussions about it. We conducted rigorous research to find further information, including best practices for health care for transgender adolescents. This was a months-long process.

PLAINTIFF'S EXHIBIT 4

-1-

4.      Ultimately, we sought out a consultation with a doctor who provides gender-affirming care when medically indicated, who answered our questions and concerns. In January, 2021, we, along with Sabrina and her doctors, decided that gender-affirming hormone therapy was right for her. Shortly thereafter, Sabrina was prescribed a testosterone suppressant and estrogen to initiate puberty consistent with her gender identity.

5.      Hormone therapy has changed Sabrina's life. Before she began treatment, Sabrina experienced depression, struggled to sleep, and engaged in self-harm. There were times we were worried about her being left alone. Since starting hormone therapy, Sabrina's depression has subsided; she has not engaged in self-harm; and she has become more engaged with her family. Treatment has made her happy, confident, and has helped her become the thriving child we love so dearly.

6.      If H.B. 1570 (the "Health Care Ban") takes effect, Sabrina's hormone therapy will be cut off. If this occurs, we fear for her survival. Sabrina is an amazing, smart, and beautiful person and an incredible daughter. We love her. We cannot bear to lose the happy and thriving young woman that Sabrina has become, nor can we return to constant concern over her safety. Sabrina not receiving this treatment is just not an option for our family. We can't go back.

7.      If it goes into effect, the Health Care Ban will remove our right as parents to seek out medically-necessary health care for our daughter. After months of researching and speaking with health-care professionals, we had made the decision about the best course of action for Sabrina. We believe, as parents, this is something we should have the right to do. The Health Care Ban would take that from us and from our daughter to have the benefit of her parents acting in her best interest.

8. If the Health Care Ban takes effect, it will not prevent us from ensuring that Sabrina receives this necessary treatment. We worry that our only option to ensure Sabrina can get the care she needs will be to seek treatment outside of the State, which may require us to move out of Arkansas. As parents of a wonderful and amazing daughter, we find it distressing to consider going out of state to get Sabrina the care that her doctors, her therapists, and our family all agree is necessary for her.

9. Arkansas is our home. We have lived in Arkansas our entire lives. Our parents, siblings, grandparents, and other family, our entire support system, all of whom we are very close to, lives in Arkansas. We are proud graduates of the University of Arkansas at Fayetteville. Our professional lives and community are in Arkansas. Our church is in Arkansas.

10. Sabrina has a robust network of friends, family, educators, and a church community in Fayetteville that supports her that would be difficult, if not impossible, to replace.

11. Our two other daughters, Sabrina's sisters, are also deeply connected to their school and community—one is on her school cheerleading squad and competes on the track team and in Quiz Bowl; the other takes ice skating lessons and loves school and the friends she has made there.

12. We want to continue to raise our children in beautiful Fayetteville. We do not want to leave Arkansas. But if the Health Care Ban takes effect, we believe we would have to leave in order to keep Sabrina healthy and safe.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Fayetteville, Arkansas, on this 11th day of June, 2021.

_____
Aaron Jennen

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Fayetteville, Arkansas, on this 11th day of June, 2021.

_____
Lacey Jennen