IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS

---

DYLAN BRANDT, et al.,

          Plaintiffs,

          v.

LESLIE RUTLEDGE, et al.,

          Defendants.

Case No.: 4:21-CV-00450-JM-01

---

### DECLARATION OF BROOKE DENNIS
### IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

I, Brooke Dennis, hereby declare as follows:

1. I am a Plaintiff in this action. I offer this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the facts set forth in this Declaration and could testify competently to those facts if called as a witness.

2. I am 9 years old and am in the third grade. I love to do gymnastics and want to be a gymnast when I grow up. I like jumping on the trampoline in our backyard and can do backward somersaults.

3. For as long as I can remember, I have known I am a girl. Though I used to wear boys' clothes that my parents bought for me, I have been wearing girls' clothes for many years. I love to wear dresses and play dress-up.

4. In school, my classmates used to ask why I was in the boys' restroom, and argue about whether I am a boy or a girl.


PLAINTIFF'S EXHIBIT 5

5. One day a photographer came to our house to take pictures of our family. The photographer called me "she." I liked that the photographer saw me as a girl, and when my mom asked me afterwards how it made me feel I told her that I would prefer if everyone called me "she." I told my parents "I am Brooke and I'm a she."

6. When my parents told me that it would be okay if everyone called me "she" or "her," I was happy. I did not realize that I could ask for that. After people started calling me Brooke and using "she" and "her" when talking about me, I felt much better, like people were seeing the real me.

7. Last year I started to see a therapist to talk about my feeling about being a girl. I also went to the Gender Spectrum Clinic at Arkansas Children's Hospital and met with doctors.

8. Recently, I have noticed that my older brother is starting to change, and I am worried that one day I will change like him. I do not want to get an Adams' apple, or to look like a boy. I already feel like I look different than the other girls at school, and I am afraid of looking even more different.

9. My parents explained to me that a new law will make it more difficult for me and other kids like me to get medical care to live as the girls or boys we are. This makes me sad and worried.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Bentonville, Arkansas on this 11th day of June, 2021.

*Brooke Dennis*
Brooke Dennis