IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS

-----------------------------------------------------------------x
                                      :

DYLAN BRANDT, et al.,
                                        :

               Plaintiffs,        :     Case No.: 4:21-CV-00450-JM-01

                               :

               v.                 :

LESLIE RUTLEDGE, et al.,
                               :

               Defendants.      :

                               :
-----------------------------------------------------------------x

## DECLARATION OF PARKER SAXTON
## IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

I, Parker Saxton, hereby declare as follows:

1.     I am a Plaintiff in this action. I offer this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to those facts if called as a witness.

2.     I am 16 years old and a sophomore in high school. I sing in the school choir, and I am learning how to play the guitar.

3.     I am transgender. I was designated as female on my birth certificate, but my gender identity is male.

4.     Though I did not have the words to identify as transgender until I was much older, for as long as I can remember, I never felt like a girl. When I was young, my mother used to joke that my theme song was "If I Were a Boy" by Beyoncé. That felt right to me.

5.     When I was 11 years old I cut my hair short and, starting in the seventh grade, I dressed exclusively in clothes traditionally viewed as masculine.

-1-

PLAINTIFF'S EXHIBIT

7

6.      I have always faced really bad anxiety about having to use public restrooms, and have avoided doing so for as long as I can remember.  When I started puberty, my anxiety worsened.  I started wearing four or five sports bras at a time to hide my body.  To this day, I find it difficult to see myself in the mirror when I get out of the shower, and cannot bring myself to wear a bathing suit.

7.      When I was around 13 years old, I came out to my dad as transgender.  I wrote my dad a letter explaining that I was a boy, and asking him to refer to me by male pronouns and to call me by a male version of my birth name.  Later, I chose the name Parker.  My dad has been very supportive of me.

8.      After I came out to my dad, I took further steps to socially transition.  I started introducing myself with a male name and asked that I be referred to by male pronouns.  I came out to my choir community, and since then I have worn a tuxedo during formal choir performances.

9.      Taking steps to socially transition helped alleviate some of my anxiety, but it did not change my extreme discomfort with my body.  I asked my dad to take me to receive gender-affirming medical care.  In 2019, we went to the Gender Spectrum Clinic at Arkansas Children's Hospital, where I was diagnosed with gender dysphoria.

10.     The first treatment I began at the Clinic was Depo-Provera to stop menstruation, which had caused me significant distress.  I have been getting that treatment since the fall of 2019.  This greatly eased my anxiety, and I was able to stop taking the Zoloft I had been taking to manage my anxiety and depression.

11.     My doctor told me that the next course of treatment I could begin was testosterone.  I felt ready to start taking testosterone to get more relief from my gender dysphoria.

Then, I found out that the General Assembly was considering the Health Care Ban, which would take that option away from me. I was devastated when I heard about the law—I had been hoping to start testosterone for so long, and it felt like those hopes had been crushed and that all the terrible feelings I had about my body would return and get worse. My dad and I were worried about what would happen to me if I started testosterone and then abruptly stopped the treatment if the law passed.

12. After I found out the Health Care Ban passed, my anxiety worsened again. I had to resume taking medication for anxiety, which seemed like a step backwards.

13. My dysphoria has been so severe that, together with the advice of my doctor, my dad and I decided that I would begin testosterone even though I am at risk of having this treatment abruptly stopped because of the new law.

14. I received my first testosterone shot on May 27, 2021. Getting the first shot was a great feeling because it was the start of something I have wanted for a long time. It felt like things were starting to go my way. I have had happy moments throughout my life, but this was better—this felt like a huge milestone.

15. Though I know this treatment is my best chance at alleviating the distress I feel from gender dysphoria, I also do not want to have to move. I have spent my entire life in Arkansas, and I feel safe in my community. I have family, friends, and a choir community who support me here. My sisters and my dad also feel at home and connected to the community in Arkansas. But I cannot go back to the way I was living before I started treatment, and moving might be the only way to preserve the progress I have made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Conway, Arkansas on this 12th day of June, 2021.

Parker Saxton