IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DYLAN BRANDT, by and through his mother, Joanna Brandt,** *et al.*, | **PLAINTIFFS**, |
| v. | No. 4:21-CV-00450-JM |
| **LESLIE RUTLEDGE, in her official capacity as the Arkansas Attorney General,** *et al.*, | **DEFENDANTS.** |

### NOTICE OF APPEARANCE

Arkansas Solicitor General Nicholas J. Bronni enters an appearance as counsel for Leslie Rutledge in her official capacity as the Attorney General of the State of Arkansas; Amy E. Embry in her official capacity as the Executive Director of the Arkansas State Medical Board; and Sylvia D. Simon, Robert Breving Jr., Veryl D. Hodges, John H. Scribner, Elizabeth Anderson, Rhys L. Branman, Edward "Ward" Gardner, Rodney Griffin, Betty Guhman, Brian T. Hyatt, Timothy C. Paden, Don R. Philips, William L. Rutledge, and David L. Staggs in their official capacities as members of the Arkansas State Medical Board. I certify that I am admitted to practice in this Court.

Dated: June 16, 2021

    Respectfully Submitted,

    LESLIE RUTLEDGE
    Arkansas Attorney General

    NICHOLAS J. BRONNI (2016097)
    Arkansas Solicitor General
    ARKANSAS ATTORNEY GENERAL'S OFFICE
    323 Center Street, Suite 200
    Little Rock, AR 72201
    Phone:    (501) 682-2007
    Fax:    (501) 682-8162
    nicholas.bronni@arkansasag.gov

    *Attorneys for Defendants*