## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYLAN BRANDT, by and through his mother,**  **PLAINTIFFS,**
**Joanna Brandt,** *et al.***,**

v.   No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE, in her official capacity as**
**the Arkansas Attorney General,** *et al.***,**  **DEFENDANTS.**

### NOTICE OF APPEARANCE

Assistant Solicitor General Michael A. Cantrell enters an appearance as counsel for Leslie Rutledge in her official capacity as the Attorney General of the State of Arkansas; Amy E. Embry in her official capacity as the Executive Director of the Arkansas State Medical Board; and Sylvia D. Simon, Robert Breving Jr., Veryl D. Hodges, John H. Scribner, Elizabeth Anderson, Rhys L. Branman, Edward "Ward" Gardner, Rodney Griffin, Betty Guhman, Brian T. Hyatt, Timothy C. Paden, Don R. Philips, William L. Rutledge, and David L. Staggs in their official capacities as members of the Arkansas State Medical Board. I certify that I am admitted to practice in this Court.

Dated: June 16, 2021

 Respectfully Submitted,

 LESLIE RUTLEDGE
 Arkansas Attorney General

 MICHAEL A. CANTRELL (2012287)
 Assistant Solicitor General
 ARKANSAS ATTORNEY GENERAL'S OFFICE
 323 Center Street, Suite 200
 Little Rock, AR 72201
 Phone:   (501) 682-2007
 Fax:   (501) 682-8162
 michael.cantrell@arkansasag.gov

 *Attorneys for Defendants*