### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DYLAN BRANDT, by and through his mother,                                    PLAINTIFFS,
Joanna Brandt, *et al.*,

v.                                  No. 4:21-CV-00450-JM

LESLIE RUTLEDGE, in her official capacity as
the Arkansas Attorney General, *et al.*,                                    DEFENDANTS.

#### NOTICE OF APPEARANCE

I, Deputy Solicitor General Vincent M. Wagner, enter my appearance as counsel for Leslie Rutledge in her official capacity as the Attorney General of the State of Arkansas; Amy E. Embry in her official capacity as the Executive Director of the Arkansas State Medical Board; and Sylvia D. Simon, Robert Breving Jr., Veryl D. Hodges, John H. Scribner, Elizabeth Anderson, Rhys L. Branman, Edward "Ward" Gardner, Rodney Griffin, Betty Guhman, Brian T. Hyatt, Timothy C. Paden, Don R. Philips, William L. Rutledge, and David L. Staggs in their official capacities as members of the Arkansas State Medical Board.  I certify that I am admitted to practice in this Court.

Dated: June 16, 2021

Respectfully Submitted,

LESLIE RUTLEDGE
Arkansas Attorney General

VINCENT M. WAGNER (2019071)
Deputy Solicitor General
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
vincent.wagner@arkansasag.gov

*Attorney for Defendants*