# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYLAN BRANDT, by and through his mother,**
**Joanna Brandt**, *et al.*,

                          **PLAINTIFFS,**

**v.**        No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE, in her official capacity as**
**the Arkansas Attorney General,** *et al.*,

                          **DEFENDANTS.**

## MOTION TO DISMISS

For the reasons explained in the contemporaneously filed brief, the Complaint has many fatal deficiencies that cannot be cured through repleading. Therefore, pursuant to Rule 12(b)(1) & (6), Defendants respectfully request that the Court dismiss the Complaint with prejudice.

Dated: June 16, 2021

Respectfully submitted,

LESLIE RUTLEDGE
  Arkansas Attorney General

NICHOLAS J. BRONNI (2016097)
  Arkansas Solicitor General
VINCENT M. WAGNER (2019071)
  Deputy Solicitor General
MICHAEL A. CANTRELL (2012287)
  Assistant Solicitor General
KA TINA R. GUEST (2003100)
  Assistant Attorney General
EMILY YU (2020155)
  Attorney
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-8090
vincent.wagner@arkansasag.gov

*Counsel for Defendants*