# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DYLAN BRANDT**, by and through his mother,             **PLAINTIFFS**
Joanna Brandt, *et al.*,

v.             No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE**, in her official capacity as
the Arkansas Attorney General, *et al.*,             **DEFENDANTS**

## NOTICE OF APPEARANCE

Senior Assistant Attorney General Kat Hodge-Guest enters an appearance as counsel for Leslie Rutledge in her official capacity as the Attorney General of the State of Arkansas; Amy E. Embry in her official capacity as the Executive Director of the Arkansas State Medical Board; and Sylvia D. Simon, Robert Breving Jr., Veryl D. Hodges, John H. Scribner, Elizabeth Anderson, Rhys L. Branman, Edward "Ward" Gardner, Rodney Griffin, Betty Guhman, Brian T. Hyatt, Timothy C. Paden, Don R. Philips, William L. Rutledge, and David L. Staggs in their official capacities as members of the Arkansas State Medical Board.

I certify that I am admitted to practice in this Court.

Dated: June 17, 2021

            Respectfully Submitted,

            LESLIE RUTLEDGE
            Arkansas Attorney General
            KAT HODGE-GUEST
            ARKANSAS BAR 2003-100
            Senior Assistant Attorney General
            ARKANSAS ATTORNEY GENERAL'S OFFICE
            323 Center Street, Suite 200
            Little Rock, AR 72201
            Phone:     (501) 682-1307
            Fax:       (501) 682-2591
            Katina.Guest@ArkansasAG.Gov

            *Attorneys for Defendants*