IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, by and through his mother**
**JOANNA BRANDT, et al.**                                                     **PLAINTIFFS**

V.                               4:21CV00450 JM

**LESLIE RUTLEDGE, in her official capacity as the**
**ARKANSAS ATTORNEY GENERAL, et al.**                              **DEFENDANTS**

## ORDER

Pending is the Defendants' motion for an extension of time. (Docket #21). The Court will grant the Defendants' motion conditionally on the Defendants' agreement to appear for a hearing on the motion for preliminary injunction and motion to dismiss on July 21, 2021 at 9:00 a.m.

With that agreement, the Defendants will have up to and including July 9, 2021 to file their response to the motion for preliminary injunction. Plaintiffs may, but are not required to, file a reply on or before July 16, 2021. The hearing on the motion for preliminary injunction and motion to dismiss is hereby scheduled for **WEDNESDAY, JULY 21, 2021, at 9:00 A.M.,** in Courtroom #4A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 22nd day of June, 2021.

_____
James M. Moody Jr.
United States District Judge