UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DYLAN BRANDT et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 4:21-CV-00450-JM |
| ) | |
| **LESLIE RUTLEDGE, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## MOTION TO PERMIT ELIZABETH BAIA
## TO APPEAR AND PRACTICE *PRO HAC VICE*

Pursuant to Rule 83.5(d) of the Local Rules of the Eastern and Western Districts of Arkansas, undersigned counsel move the Court to grant admission *pro hac vice* to Elizabeth Baia, attorney at COVINGTON & BURLING, LLP, One City Center, 850 Tenth St., N.W., Washington, D.C. 20001, ebaia@cov.com, (202) 662-5888, to appear and participate in this action as counsel for *Amici Curiae*, American Academy of Pediatrics, Academic Pediatric Association, American Academy of Child and Adolescent Psychiatry, American Association of Physicians for Human Rights Inc., d/b/a GLMA: Health Professionals Advancing LGBTQ Equality, American College of Osteopathic Pediatricians, American Medical Association, American Pediatric Society, American Psychiatric Association, Arkansas Chapter of the American Academy of Pediatrics, Arkansas Council on Child and Adolescent Psychiatry, Arkansas Psychiatric Society, Association of Medical School Pediatric Department Chairs, Endocrine Society, National Association of Pediatric Nurse Practitioners, Pediatric Endocrine Society, Society for Adolescent Health and Medicine, Society for Pediatric Research, Society of Pediatric Nurses, and World Professional Association for Transgender Health.

Ms. Baia is qualified to be admitted before this Court:

1. Ms. Baia is a resident of Virginia, and is a member in good standing of the District of Columbia Bar.

2. Ms. Baia is over the age of 21, of good moral character, and possesses the requisite qualifications of learning and ability to practice before this Court. Ms. Baia has not been the subject of any disciplinary proceeding, investigation, action or grievance procedure and has neither been disbarred nor denied admission in any other court in the United States.

3. In accordance with Local Rule 83.5(d), Ms. Baia designates the undersigned movants and members of the Bar of Arkansas and of this Court, as counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of this case. The undersigned are attorneys with the law firm of Kutak Rock LLP, located at 124 West Capitol, Suite 2000, Little Rock, Arkansas 72201, (501) 975-3000.

4. Ms. Baia affirms to the Local Rules of the United States District Court for the Eastern District of Arkansas and submits herself to the jurisdiction of this Court in matters of discipline.

WHEREFORE, movants respectfully request an order granting admission *pro hac vice* to Elizabeth Baia and all other appropriate relief.

Dated: June 24, 2021

Seeking pro hac vice admission:

D. Jean Veta
William Isasi
Elizabeth Baia
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
jveta@cov.com
wisasi@cov.com
ebaia@cov.com

Michael Lanosa
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Phone: (424) 332-4800
mlanosa@cov.com

Cortlin Lannin
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St., Suite 5400,
San Francisco, CA 94105
Phone: (415) 591-6000

*Counsel for Amici Curiae*

Respectfully submitted,

Jess Askew III, Ark. Bar No. 86005
Andrew King, Ark. Bar No. 2007176
KUTAK ROCK LLP
124 W. Capitol Ave., Suite 2000
Little Rock, AR 72201
Phone: (501) 975-3000
jess.askew@kutakrock.com
andrew.king@kutakrock.com

*Movants and Counsel for Amici Curiae*