



EXHIBIT 1

**Arkansas Chapter, American Academy of Pediatrics**
P.O. Box 251182
Little Rock, AR 72225
Phone: 501-626-5777
http://arkansasaap.org/

**Arkansas Chapter Board of Directors, 2019 - 2021**

**President**
J. Gary Wheeler, MD, FAAP

**Vice President**
Susan Averitt, MD, FAAP

**Treasurer**
Maya Lopez, MD, FAAP

**Secretary**
Sarah Bone, MD, FAAP

**Past-President**
Chad Rodgers, MD, FAAP

Rick Barr, MD, FAAP

Missy Graham, MD. FAAP

Alan Mease, MD, FAAP

Michele Moss, MD, FAAP

Greg Sharp, MD, FAAP

Keri Read, MD, Resident Physician Representative

March 30, 2021

Governor Asa Hutchinson
State Capitol Room 250
500 Woodlane Ave.
Little Rock, AR 72201

Dear Governor Hutchinson,

On behalf of more than 430 pediatricians in Arkansas, we ask for your veto of House Bill 1570. We have serious concerns about the impact this bill could have on Arkansas youth, their families, and the pediatricians and other providers who care for them. We request an opportunity to discuss this bill with you prior to taking action on it and have included references to the most recent scientific evidence that supports our comments.

HB1570, should it become law, forces pediatric providers to make the difficult choice between breaking the law and providing appropriate guidance and interventions for transgender patients. This evidence-based medical care is recommended by the American Academy of Pediatrics (AAP) and many other mainstream medical groups. Physicians understand the complexity of medical decision-making for transgender youth and are best able to determine the level of care for patients and families that is appropriate at a given time. HB1570 limits what pediatricians can discuss during health care visits, which undermines the patient–parent–physician relationship in concerning ways. We do not want to be the first state in the nation to mandate this type of obstruction between the medical community and their patients.

HB1570 also limits the role of parental judgment in care for their children. **Parents of transgender youth, like most parents, simply want to do what is best for their child—and that includes working with physicians to ensure that their child has access to a continuum of necessary medical care.** The bill also disproportionately harms lower-income families who may not have the resources to travel out-of-state for needed medical care, should access be eliminated in Arkansas through this bill.

This bill harms young people. Nearly 3.5% of youth are transgender or question their gender. Of these youth, a third attempt suicide. When youth are provided gender-affirming care, the risk of suicide falls dramatically, and transgender people have every opportunity to achieve good physical and mental health.[1] Denying best practice medical care to transgender youth can be life-threatening, contributing to depression, social isolation, drug use[2], self-hatred, risk of self-harm and suicidal behavior.

The type of care transgender youth need is called gender-affirming care. The American Academy of Pediatrics recommends that transgender youth have access to comprehensive, gender-affirming, and developmentally-appropriate health care that is provided in a safe and inclusive clinical environment. Gender-affirming care starts simply, with letting youth select clothing they prefer, getting a new haircut, or using a different name. Primary care providers ensure the youth and family are connected to mental

health care services and refer the youth for a comprehensive evaluation by a multi-disciplinary team of experts that includes pediatric endocrinologists, psychiatrists, social workers, chaplains, attorneys, and other supports. **HB1570 prohibits that referral.**

Best practice medical care for transgender youth simply delays puberty until young people are old enough to make their own decisions about their lived gender. Only after the onset of puberty are medical or hormonal treatments used, and only in some patients. These puberty-suppressing medications are commonly used for other conditions as well, such as early puberty in children and prostate conditions in men, and their safety is well-established. Later, teenagers can elect to receive hormonal therapy if it is indicated, generally after the age of 16 and after living in their authentic gender for some time. Fewer than one quarter of transgender patients ever have surgical procedures. **Surgical procedures related to gender dysphoria are not performed on youth in Arkansas**. Ongoing, intensive mental health treatment is a required component of any treatment plan. **This continuum of care is prohibited by HB1570.**

We are gravely concerned about the impact this bill would have on transgender youth already receiving medical treatment. **This bill would penalize medical providers for prescribing, with parental consent, current medications and following care plans.** This will cause immediate and irreversible harm for patients under treatment in Arkansas.

As pediatricians, it is our duty to provide comprehensive and compassionate patient care. We believe this bill prevents us from upholding the Hippocratic oath we have all taken. HB1570 a rejection of thoughtfully-developed, evidence-based medical treatment for a vulnerable group of youth, and allowing it to become law will result in devastating outcomes and lives lost.  We beg of you, please veto HB1570.

Respectfully,

*[signature]*

J. Gary Wheeler, MD, FAAP
President, Arkansas Chapter, American Academy of Pediatrics

*For more information on the importance of providing transgender and gender-diverse youth the medical care they need, read the AAP policy statement, [Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents](#) and [Supporting and Caring for Transgender Children](#), a resource the AAP co-developed. You can also read more about the [organizations that support gender-affirming care](#) for youth and the [AAP's recent statement on this topic](#).*

---

[1] Achille C, Taggart T, Eaton NR, et al. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. *Int J Pediatr Endocrinol*. 2020; 2020:8. doi:10.1186/s13633-020-00078-2
[2] De Pedro K, et al. Substance Use Among Transgender Students in California Public Middle and High Schools. *Journal of School Health*. 2017; 87:5. doi.org/10.1111/josh.12499. https://onlinelibrary.wiley.com/doi/full/10.1111/josh.12499.