IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DYLAN BRANDT, et al.                                                                                    PLAINTIFFS

v.                                          NO. 4:21-cv-00450-JM

LESLIE RUTLEDGE, et al.                                                                              DEFENDANTS

## ORDER

The motions to admit counsel *pro hac vice* on behalf of *Amici Curiae* American Academy of Pediatrics, Academic Pediatric Association, American Academy of Child and Adolescent Psychiatry, American Association of Physicians for Human Rights, Inc., d/b/a GLMA: Health Professionals Advancing LGBTQ Equality, American College of Osteopathic Pediatricians, American Medical Association, American Pediatric Society, American Psychiatric Association, Arkansas Chapter of the American Academy of Pediatrics, Arkansas Council on Child and Adolescent Psychiatry, Arkansas Psychiatric Society, Association of Medical School Pediatric Department Chairs, Endocrine Society, National Association of Pediatric Nurse Practitioners, Pediatric Endocrine Society, Society for Adolescent Health and Medicine, Society for Pediatric Research, Society of Pediatric Nurses, and World Professional Association for Transgender Health (Docket Nos. 25, 26, 27, 28, and 29) are GRANTED.  D. Jean Veta, Elizabeth Baia, Michael J. Lanosa, William R. Isasi, and Cortlin H. Lannin are hereby admitted to appear before this Court as co-counsel of record in this action.

IT IS SO ORDERED this 25th day of June 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE