# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

DYLAN BRANDT, et al.,

*Plaintiff*

v. ) Case No. 4:21-CV-00450-JM

LESLIE RUTLEDGE, et al.,

*Defendant*

**APPEARANCE OF COUNSEL**

To:　The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
American Academy of Pediatrics and Additional National and State Medical, Mental Health, and Educational Organizations (see Attachment A hereto).

Date: July 2, 2021

D. Jean Veta, D.C. Bar No. 358980
(admitted *pro hac vice*)

*Attorney's printed name and bar number*

Covington & Burling LLP
One City Center, 850 Tenth St., N.W.
Washington, D.C. 20001

*Address*

jveta@cov.com

*E-mail address*

(202) 662-5294

*Telephone number*

(202) 778-5294

*FAX number*

**Attachment A**

***Amici Curiae* National and State Medical, Mental Health, and Educational Organizations**

The American Academy of Pediatrics
The Academic Pediatric Association
The American Academy of Child and Adolescent Psychiatry
The American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ Equality
The American College of Osteopathic Pediatricians
The American Medical Association
The American Pediatric Society
The American Psychiatric Association
The Arkansas Chapter of The American Academy of Pediatrics
The Arkansas Council on Child and Adolescent Psychiatry
The Arkansas Psychiatric Society
The Association of Medical School Pediatric Department Chairs
The Endocrine Society
The National Association of Pediatric Nurse Practitioners
The Pediatric Endocrine Society
The Society for Adolescent Health and Medicine
The Society for Pediatric Research
The Society of Pediatric Nurses
The World Professional Association for Transgender Health