(Rev. 12/1/2018)

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

DYLAN BRANDT, et al.

*Plaintiff*
v.

LESLIE RUTLEDGE, et al.

*Defendant*

)
)
)
)
)

Case No. 4:21-cv-00450-JM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

amici curiae - LiveRamp Holdings, Inc., Acxiom LLC, Kinesso, LLC, the Northwest Arkansas Council, the Arkansas State Chamber of Commerce, and the Walton Family Foundation.

Date: July 7, 2021

Meredith A. Powell,  AR Bar No. 2019164
*Attorney's printed name and bar number*

Quattlebaum, Grooms & Tull PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
*Address*

mpowell@qgtlaw.com
*E-mail address*

501.379.1700
*Telephone number*

501.379.1701
*FAX number*