UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DYLAN BRANDT et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**LESLIE RUTLEDGE, et al.,** )<br>)<br>Defendants. )<br>)<br>) | CASE NO. 4:21-CV-00450-JM |

**MOTION TO PERMIT BORIS BERSHTEYN
TO APPEAR AND PRACTICE *PRO HAC VICE***

Pursuant to Rule 83.5(d) of the Local Rules of the Eastern and Western Districts of Arkansas, undersigned counsel move the Court to grant admission *pro hac vice* to Boris Bershteyn, attorney at One Manhattan West, New York, N.Y. 10001, boris.bershteyn@probonolaw.com, (212)-735-3834, to appear and participate in this action as counsel for *Amici Curiae*, LiveRamp Holdings, Inc., Acxiom LLC, Kinesso, LLC, the Northwest Arkansas Council, the Arkansas State Chamber of Commerce, and the Walton Family Foundation, Inc. Mr. Bershteyn is qualified to be admitted before this Court:

1.  Mr. Bershteyn is a resident of New York, and is a member in good standing of the New York State Bar.

2.  Mr. Bershteyn is over the age of 21, of good moral character, and possesses the requisite qualifications of learning and ability to practice before this Court. Mr. Bershteyn has not

been the subject of any disciplinary proceeding, investigation, action or grievance procedure, and has neither been disbarred nor denied admission in any other court in the United States.

3. In accordance with Local Rule 83.5(d), Mr. Bershteyn designates the undersigned movants and members of the Bar of Arkansas and of this Court as counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of this case. The undersigned are attorneys with the law firm of Quattlebaum, Grooms & Tull PLLC, 111 Center Street, Suite 1900, Little Rock, AR 72201, (501) 379-1707.

4. Mr. Bershteyn affirms to the Local Rules of the United States District Court for the Eastern District of Arkansas and submits himself to the jurisdiction of this Court in matters of discipline.

5. WHEREFORE, movants respectfully request an order granting admission *pro hac vice* to Boris Bershteyn and all other appropriate relief.

Dated: July 7, 2021

Respectfully submitted,

<u>Seeking pro hac vice admission:</u>

Boris Bershteyn

One Manhattan West
New York, New York 10001
Phone: (212) 735-3834
Fax: (917) 777-3834
boris.bershteyn@probonolaw.com

*Counsel for Amici Curiae*

Steven W. Quattlebaum, Ark. Bar No. 84127
John E. Tull III, Ark. Bar No. 84150
Meredith A. Powell, Ark. Bar No. 2019164
Quattlebaum, Grooms & Tull PLLC
111 Center Street
Suite 1900
Little Rock, AR 72201
Phone: (501) 379-1707
Fax: (501) 379-1701
quattlebaum@qgtlaw.com
jtull@qgtlaw.com
mpowell@qgtlaw.com

*Movants*