# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYLAN BRANDT, et al.,**

                                                    **PLAINTIFFS,**

**v.**                         **No. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE, et al.,**

                                                    **DEFENDANTS.**

## DEFENDANTS' EXHIBITS

Defendants rely on the following exhibits in support of their combined brief in opposition to Plaintiffs' motion for a preliminary injunction and reply in support of Defendants' motion to dismiss:

1. **Declaration of Stephen B. Levine, M.D.**

2. **Declaration of Mark Regnerus, Ph.D.**

3. **Declaration of Paul W. Hruz, M.D., Ph.D.**

4. **Declaration of Patrick W. Lappert, M.D.**

5. **Finland Evidence Review** – "Recommendation of the Council for Choices in Health Care in Finland," PALKO / COHERE Finland (2020).

6. **Sweden Evidence Review** – "Gender Dysphoria in Children and Adolescents: An Inventory of the Literature," Swedish Agency for Health Tech. Assessment and Assessment of Social Services (Dec. 2019).

7. **Sweden – Karolinska Hospital** – "Policy Change Regarding Hormonal Treatment of Minors with Gender Dysphoria at Tema Barn – Astrid Lindgren Children's Hospital," Karolinska Hospital (2021).

8. **Sweden – Karolinska Hospital** – "Guideline Regarding Hormonal Treatment of Minors with Gender Dysphoria at Tema Barn – Astrid Lindgren Children's Hospital (ALB)," Karolinska Hospital (2021).

9. **UK – NICE Evidence Review of Puberty Blockers** – "Evidence Review: Gonadotrophin Releasing Hormone Analogues for Children and Adolescents with Gender Dysphoria," Nat. Inst. for Health and Care Excellence (Oct 2020).

10. **UK – NICE Evidence Review of Cross-Sex Hormones** – "Evidence Review: Gender-affirming Hormones for Children and Adolescents with Gender Dysphoria," Nat. Inst. for Health and Care Excellence (Oct. 2020).

11. **Cochrane Review** – C. Haupt, et al., "Antiandrogen or Estradiol Treatment or Both during Hormone Therapy in Transitioning Transgender Women (Review)," Cochrane Database of Systematic Reviews (2020).

12. **Bränström & Pachankis** – "Correction to Bränström and Pachankis," 177 Am. J. Psychiatry 734 (Aug. 2020).

13. **Bränström & Pachankis** – Letters to the Editor, 177 Am. J. Psychiatry 764 (Aug. 2020).

14. James M. Cantor, "Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy," J. Sex & Marital Therapy (Dec. 2019).

15. Devita Singh, et al., "A Follow-Up Study of Boys with Gender Identity Disorder," *Frontiers in Psychiatry* (March 2021).

16. Michael Biggs, "The Tavistock's Experimentation with Puberty Blockers."

17. Michael Biggs, "The Tavistock's Experiment with Puberty Blockers" (Jul. 2019).

18. Steven H. Woolf, "Potential Benefits, Limitations, and Harms of Clinical Guidelines," 318 British Med. J. 527 (Feb. 1999).

19. **WPATH** – Eli Coleman, et al., "Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People," World Pro. Assoc. for Transgender Health (7th ed., 2012).

20. **WPATH** – "Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A," World Pro. Assoc. for Transgender Health (Dec. 2016).

21. **Endocrine Society** – Wylie C. Hembree, et al., "Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline," 102 J. Clinical Endocrinology & Metabolism 3869 (Sep. 2017).

22. **American Psychological Association** – "Guidelines for Psychological Practice with Transgender and Gender Nonconforming People," 70 Am. Psychologist 832 (Dec. 2015).

23. **American Academy of Pediatrics** – Jason Rafferty, "Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents," Pediatrics (Oct. 2018).

24. **DSM-5** – "Gender Dysphoria," *Diagnostic and Statistical Manual of Mental Disorders*, American Psychiatric Association (5th ed. 2013).

25. **Declaration of Roger Hiatt, Jr., M.D.**

26. **Declaration of Christine Cryer.**

27. **Declaration of Clifton Francis Burleigh, Jr.**

28. **Declaration of Walt Heyer.**

29. **Declaration of Laura Perry.**

Dated:  July 9, 2021                                    Respectfully submitted,

                                                                            LESLIE RUTLEDGE
                                                                              Arkansas Attorney General

NICHOLAS J. BRONNI (2016097)
  Arkansas Solicitor General
VINCENT M. WAGNER (2019071)
  Deputy Solicitor General
MICHAEL A. CANTRELL (2012287)
  Assistant Solicitor General
Ka Tina R. Guest (2003100)
  Assistant Attorney General
EMILY YU (2020155)
  Attorney
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas  72201
(501) 682-2007
vincent.wagner@arkansasag.gov

*Counsel for Defendants*