22. feminizing surgery in the Swedish National Treatment Recommendations. Arch Sex Behav 2016; 45:1879–1880
23. The Swedish National Board of Health and Welfare: Good Care of Children and Adolescents With Gender Dysphoria. Stockholm, Swedish National Board of Health and Welfare, 2015
24. World Health Organization: International Statistical Classification of Diseases and Related Health Problems, 10th Revision (ICD-10). Geneva, World Health Organization, 1993
25. Sundquist J, Ohlsson H, Sundquist K, et al: Common adult psychiatric disorders in Swedish primary care where most mental health patients are treated. BMC Psychiatry 2017; 17:235
26. Bockting WO, Knudson G, Goldberg JM: Counseling and mental health care for transgender adults and loved ones. Int J Transgenderism 2006; 9:35–82
27. Nieder TO, Herff M, Cerwenka S, et al: Age of onset and sexual orientation in transsexual males and females. J Sex Med 2011; 8:783–791
28. Flores AR, Herman JL, Gates GJ, et al: How many adults identify as transgender in the United States? Los Angeles, Williams Institute, June 2016
29. Collin L, Reisner SL, Tangpricha V, et al: Prevalence of transgender depends on the "case" definition: a systematic review. J Sex Med 2016; 13:613–626
30. Winter S, Diamond M, Green J, et al: Transgender people: health at the margins of society. Lancet 2016; 388:390–400
31. Baker KE: The future of transgender coverage. N Engl J Med 2017; 376:1801–1804
32. Kuzon WM Jr, Sluiter E, Gast KM: Exclusion of medically necessary gender-affirming surgery for America's armed services veterans. AMA J Ethics 2018; 20:403–413
33. Veterans Health Administration: Providing Health Care for Transgender and Intersex Veterans; Directive 1341. Washington, DC, Veterans Health Administration, 2018
34. United States Conference of Catholic Bishops: Ethical and Religious Directives for Catholic Health Care Services, 5th ed. Washington, DC, United States Conference of Catholic Bishops, November 17, 2009
35. Sanchez NF, Sanchez JP, Danoff A: Health care utilization, barriers to care, and hormone usage among male-to-female transgender persons in New York City. Am J Public Health 2009; 99:713–719
36. Anckarsäter H, Gillberg C: Methodological shortcomings undercut statement in support of gender-affirming surgery. Am J Psychiatry 2020; 177:764–765
37. Van Mol A, Laidlaw M, Grossman M, et al: Gender affirmation surgery conclusion lacks evidence. Am J Psychiatry 2020; 177:765–766
38. Curtis D: Study of transgender patients: conclusions are not supported by findings. Am J Psychiatry 2020; 177:766
39. Malone W, Roman S: Calling into question whether gender affirming surgery relieves psychological distress. Am J Psychiatry 2020; 177:766–767
40. Landén M: The effect of gender-affirming treatment on psychiatric morbidity is still undecided. Am J Psychiatry 2020; 177:767–768
41. Wold A: Gender corrective surgery promoting mental health in persons with gender dysphoria not supported by data presented in paper. Am J Psychiatry 2020; 177:768
42. Ring A, Malone M: Confounding effects on mental health observations after sex reassignment surgery. Am J Psychiatry 2020; 177:768–769
43. Bränström R, Pachankis JE: Toward rigorous methodologies for strengthening causal inference in the association between gender-affirming care and transgender individuals' mental health. Am J Psychiatry 2020; 177:769–772

## Correction to Bränström and Pachankis

After the article "Reduction in Mental Health Treatment Utilization Among Transgender Individuals After Gender-Affirming Surgeries: A Total Population Study" by Richard Bränström, Ph.D., and John E. Pachankis, Ph.D. (doi: 10.1176/appi.ajp.2019.19010080), was published online on October 4, 2019, some letters containing questions on the statistical methodology employed in the study led the *Journal* to seek statistical consultations. The results of these consultations were presented to the study authors, who concurred with many of the points raised. Upon request, the authors reanalyzed the data to compare outcomes between individuals diagnosed with gender incongruence who had received gender-affirming surgical treatments and those diagnosed with gender incongruence who had not. While this comparison was performed retrospectively and was not part of the original research question given that several other factors may differ between the groups, the results demonstrated no advantage of surgery in relation to subsequent mood or anxiety disorder-related health care visits or prescriptions or hospitalizations following suicide attempts in that comparison. Given that the study used neither a prospective cohort design nor a randomized controlled trial design, the conclusion that "the longitudinal association between gender-affirming surgery and lower use of mental health treatment lends support to the decision to provide gender-affirming surgeries to transgender individuals who seek them" is too strong. Finally, although the percentage of individuals with a gender incongruence diagnosis who had received gender-affirming surgical treatments during the follow-up period is correctly reported in Table 3 (37.9%), the text incorrectly refers to this percentage as 48%. The article was reposted on August 1, 2020, correcting this percentage and including an addendum referencing the postpublication discussion captured in the Letters to the Editor section of the August 2020 issue of the Journal (1).

1. Kalin NH: Reassessing mental health treatment utilization reduction in transgender individuals after gender-affirming surgeries: a comment by the editor on the process (letter). Am J Psychiatry 2020; 177:765

**EXHIBIT 12**