# Letters to the Editor

## Reassessing Mental Health Treatment Utilization Reduction in Transgender Individuals After Gender-Affirming Surgeries: A Comment by the Editor on the Process

On October 4, 2019, we published an article by Bränström and Pachankis in which it was reported that observed reductions in mental health treatment utilization lent support to the decision to provide gender-affirming surgeries to those who seek them (1). After this article's publication, we received several letters calling into question the statistical analyses employed and the conclusions drawn from said analyses. These letters follow this comment (2–8).

We enlisted the services of a statistical reviewer to look again at the article as well as the letters we received. We then sent the letters we received and the results of this statistical review, which called for a matched-pairs analysis, to the original authors. The study authors complied with the request to perform an additional analysis, as presented in their letter response (9).

We sent the original letters, statistical review, and author response to a second statistical reviewer. The response from this consultation convinced us that, given that the study used neither a prospective cohort design nor a randomized controlled trial design, the conclusion that "the longitudinal association between gender-affirming surgery and reduced likelihood of mental health treatment lends support to the decision to provide gender-affirming surgeries to transgender individuals who seek them" was too strong. In the August 2020 issue of the *Journal*, we are publishing a correction to this effect and including an addendum to the article pointing to this postpublication discussion and process, both of which were composed with contributions and approval from the original article authors.

We thank the letter writers, statistical reviewers, and the original study authors—as well as the editorialist we invited to place this study's findings in context (10)—for helping us to make clear to our readers and for the literature what the article shows and what still remains to be investigated in future research.

### REFERENCES

1. Bränström R, Pachankis JE: Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study. Am J Psychiatry 2020; 177: 727–734
2. Anckarsäter H, Gillberg C: Methodological shortcomings undercut statement in support of gender-affirming surgery (letter). Am J Psychiatry 2020; 177:764–765
3. Van Mol A, Laidlaw MK, Grossman M, et al: Gender-affirmation surgery conclusion lacks evidence (letter). Am J Psychiatry 2020; 177:765–766
4. Curtis D: Study of transgender patients: conclusions are not supported by findings (letter). Am J Psychiatry 2020; 177:766
5. Malone WJ, Roman S: Calling into question whether gender-affirming surgery relieves psychological distress (letter). Am J Psychiatry 2020; 177:766–767
6. Landén M: The effect of gender-affirming treatment on psychiatric morbidity is still undecided (letter). Am J Psychiatry 2020; 177: 767–768
7. Wold A: Gender-corrective surgery promoting mental health in persons with gender dysphoria not supported by data presented in article (letter). Am J Psychiatry 2020; 177:768
8. Ring A, Malone WJ: Confounding effects on mental health observations after sex reassignment surgery (letter). Am J Psychiatry 2020; 177:768–769
9. Bränström R, Pachankis JE: Toward rigorous methodologies for strengthening causal inference in the association between gender-affirming care and transgender individuals' mental health: response to letters (letter). Am J Psychiatry 2020; 177:769–772
10. Mueller SC: Mental health treatment utilization in transgender persons: what we know and what we don't know (editorial). Am J Psychiatry 2020; 177:657–659

Ned H. Kalin, M.D.

*Editor-in-Chief*
*The American Journal of Psychiatry*
Am J Psychiatry 2020; 177:764; doi: 10.1176/appi.ajp.2020.20060803

## Methodological Shortcomings Undercut Statement in Support of Gender-Affirming Surgery

TO THE EDITOR: The article by Bränström and Pachankis (1) has the stated aim "to ascertain the prevalence of mood and anxiety disorder health care visits and antidepressant and anxiolytic prescriptions in 2015 as a function of gender incongruence diagnosis and gender-affirming hormone and surgical treatment in the entire Swedish population." The authors conclude that "the longitudinal association between gender-affirming surgery and reduced likelihood of mental health treatment lends support to the decision to provide gender-affirming surgeries to transgender individuals who seek them." In support of this claim, the authors report that the time since "last gender-affirming surgery" (in 2005–2014) was associated with reduced "mental health treatment" (a combined variable of outpatient visits with a diagnosis of a mood or anxiety disorder and/or prescriptions for antidepressants or anxiolytics) during 2015 (adjusted odds ratio=0.92, 95% CI=0.87–0.98). The authors have also

shown that the group of people diagnosed with gender incongruence have a dramatically worse overall mental health outcome than the general population, which is, in fact, the answer to their stated aim and research question, but this finding is not even referred to in the title or in the Conclusions section of the article.

In view of the claim that surgery was shown to be an efficient treatment for gender incongruence, the following issues have to be raised:

1. Variables, hypotheses, and analytical strategies were not described pre hoc. Adequate power analyses and corrections for multiple comparisons were not provided.
2. The article is vague or noninformative with respect to key aspects. Biological sex ratios are not provided. Surgeries for complications or even unrelated surgeries (e.g., in the skin or the larynx) may have been included. Lithium and atypical antipsychotic medications were not included as treatments for mood disorders, while a histamine blocker such as hydroxyzine, which is mainly used for non-mental health problems, was. Outpatient visits for mood and anxiety disorders were included as "mental health treatment" but not care for sleeping disorders, substance-related disorders, major mental disorders, or any inpatient psychiatric treatment.
3. The nonnormal distribution of data, known secular changes, age effects, or people who left Sweden and moved abroad, died from suicide or other causes, or had surgery to desist were not considered in the interpretation of the analyses.

As the article stands, we actually have no way of knowing whether the four reported analyses of purported treatment effects (time elapsed since start of hormones OR since last surgery BY outpatient mental health treatment OR suicide attempt–related hospitalization), one of which was statistically significant by a small margin, were the first analyses made or the final setup chosen for publication after a "fishing expedition" in the database.

These methodological shortcomings preclude any statement on the suitability of early surgery in persons seeking treatment for gender noncongruence based on the results presented in this article.

**REFERENCE**

1. Bränström R, Pachankis JE: Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study. Am J Psychiatry 2020; 177: 727–734

Henrik Anckarsäter, M.D., Ph.D.
Christopher Gillberg, M.D., Ph.D.

Centre for Ethics, Law and Mental Health (Anckarsäter), and Gillberg Neuropsychiatry Centre (Gillberg), University of Gothenburg, Gothenburg, Sweden.
Send correspondence to Dr. Anckarsäter (henrik.anckarsater@neuro.gu.se).

The authors report no financial relationships with commercial interests.
Accepted May 18, 2020.
Am J Psychiatry 2020; 177:764–765; doi: 10.1176/appi.ajp.2020.19111117

## Gender-Affirmation Surgery Conclusion Lacks Evidence

TO THE EDITOR: We have concerns regarding severe shortcomings in the study by Bränström and Pachankis (1) that call into question the authors' conclusion that it "provides timely support for policies that ensure coverage of gender-affirming treatments."

This study covered outcomes only for calendar year 2015 for all individuals living in Sweden on December 31, 2014. The retrospective metric of "time since last gender-affirming surgery" in Figure 1 in the article is easily misinterpreted as a prospective 10-year follow-up that did not occur and leaves open the question of number and type of prior surgeries.

The 2,679 individuals diagnosed with gender incongruence in Sweden is a full order of magnitude below prevalence expectations from DSM-5. Table 3 in the article indicates that 38% of these individuals had any kind of gender-affirming surgery, but only 53% of those had surgery of reproductive organs. Given that such treatment in Sweden is free, ample loss to follow-up is implied.

Measured outcomes were limited to "mood and anxiety disorder health care visits, antidepressant and anxiolytic prescriptions, and hospitalization after a suicide attempt." This selection excludes completed suicides, suicide attempts without subsequent hospitalization, health care visits and hospitalizations for other medical or psychological issues still related to gender-affirming surgeries, individuals refusing treatment, and individuals choosing self-medication with alcohol or illicit substances. Again, significant loss to follow-up must be considered before declaring success.

Dhejne's cohort study of 324 persons in Sweden undergoing sex-reassignment surgery used 30 years of data, population controls, and matching by birth year, birth sex, and reassigned sex (2). Through the Hospital Discharge Register, the authors evaluated discharge diagnoses, external causes of morbidity and mortality, and surgical procedure codes. Compared with the general population, patients who had sex reassignment surgery had 19 times the rate of completed suicide, almost three times the rate of all-cause mortality, nearly three times the rate of inpatient psychiatric care, and close to five times the rate of suicide attempts.

These important findings could have been updated to the current period, given the sharp rise in adolescent case presentations, use of puberty blockers, and changes in cross-sex hormones from agents like ethinyl estradiol to 17β-estradiol.

For those whose last surgery was 10 or more years earlier, how many completed suicide, died of other causes, or left Sweden prior to study initiation? A drop in hospitalizations for suicide attempts alone provides a very incomplete picture. When the data for such findings are accessible in the Swedish national registers, this omission is glaring.

The lack of control subjects, the limited 1-year time frame, and the avoidance of examining completed suicides and psychiatric hospitalizations are substantial study shortfalls.

The study supports only weak conclusions about psychiatric medication usage and nothing decisive about suicidality. In overlooking so much available data, this study lacks the evidence to support its progender-affirmation surgery conclusion.

**REFERENCES**

1. Bränström R, Pachankis JE: Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study. Am J Psychiatry 2020; 177: 727–734
2. Dhejne C, Lichtenstein P, Boman M, et al: Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. PLoS One 2011; 6:e16885

Andre Van Mol, M.D.
Michael K. Laidlaw, M.D.
Miriam Grossman, M.D.
Paul R. McHugh, M.D.

Family Practice, Dignity Health Medical Group North State, Redding, Calif. (Van Mol); Michael K. Laidlaw, M.D., Inc., Rocklin, Calif. (Laidlaw); Miriam Grossman, M.D., Psychiatry, New York (Grossman); Department of Psychiatry and Behavioral Sciences, Johns Hopkins University, Baltimore (McHugh).

Send correspondence to Dr. Laidlaw (docdrlaidlaw@gmail.com).

Dr. McHugh is listed as a coauthor of the Mini-Mental State Examination. The other authors report no financial relationships with commercial interests.

Accepted May 18, 2020.

Am J Psychiatry 2020; 177:765–766; doi: 10.1176/appi.ajp.2020.19111130

## Study of Transgender Patients: Conclusions Are Not Supported by Findings

TO THE EDITOR: The study of transgender individuals by Bränström and Pachankis claims to demonstrate a reduction in mental health treatment utilization after gender-affirming surgery but, in fact, demonstrates no such thing (1).

The only result they present that they claim is statistically significant is that there is an association between years since last gender-affirming surgery and recent mental health treatment (adjusted odds ratio=0.92, 95% CI=0.87–0.98). This result makes no sense as it stands because analysis of a quantitative measure against an outcome does not produce an odds ratio. Presumably, the authors must mean that each year since surgery is associated with an odds ratio of 0.92. There are also discrepancies between the data discussed in the text and in the tables. For example, the authors quote the percentage of patients with gender incongruence who received no treatment as 29% in the text but 29.6% in Table 3 and, more importantly, the percentage of patients who received surgery as 48% in the text but only 38.0% in the table. However, the key statistical criticism is that they have failed to carry out standard corrections for multiple testing. As they tested two interventions, hormone treatment and surgery, against two outcomes, mental health treatment and suicide attempts, they performed four tests. Because the upper confidence interval that they quote is very close to 1, it is obvious that if appropriate correction for multiple testing had been applied, then none of the results would have been deemed significant.

When one views the data on which these analyses are based, as presented in Figure 1 in the article, some very clear features emerge. First, there is obviously no general correlation between the outcomes and time since surgery. Rather, a spike in suicide attempts is seen in the year after surgery (in 2.8% of the patients), which falls off over the next 1–2 years, and to a lesser extent, there is also a spike in the proportion of patients receiving mental health treatment in the first year, going up to 45.3%. There is also a low rate of mental health treatment among patients who received surgery 10 or more years earlier. This may reflect the fact that in the past, patients with mental health problems would have been less likely to be offered surgery.

The study confirms the strong association between psychiatric morbidity and the experience of incongruity between gender identity and biological sex. However, the study does not demonstrate that either hormonal treatment or surgery has any effect on this morbidity. It seems that the main message of this article is that the incidence of mental health problems and suicide attempts is especially high in the year after the completion of gender-affirming surgery and that increased support in this period might be indicated.

**REFERENCE**

1. Bränström R, Pachankis JE: Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study. Am J Psychiatry 2020; 177:727–734

David Curtis, M.D., Ph.D.

UCL Genetics Institute, University College London, London; and Centre for Psychiatry, Queen Mary University of London, London.

Send correspondence to Prof. Curtis (d.curtis@ucl.ac.uk).

The author reports no financial relationships with commercial interests.

Accepted May 18, 2020.

Am J Psychiatry 2020; 177:766; doi: 10.1176/appi.ajp.2020.19111131

## Calling Into Question Whether Gender-Affirming Surgery Relieves Psychological Distress

TO THE EDITOR: The study by Bränström and Pachankis (1) shows a reduction in mental health treatments and hospitalization after suicide attempts with increased time after masculinizing or feminizing surgeries.

The data presented in Figure 1 in the article support findings from previous studies showing that transgender individuals have baseline mental health distress that is higher than that of the general population, but it is not possible to conclude from these data whether gender-affirming surgery relieves that distress.

According to the study, mental health utilization rates were highest in the perioperative period. However, the data also could be interpreted as showing that masculinizing or feminizing surgeries were the actual cause of increased mental health utilization. Surgery is a known risk factor for the development of depression (2) and may have caused a

deterioration in mental health in a population of individuals who already had more psychological distress, which abated with time since surgery. It is just as possible that mental health improved as individuals had fewer surgeries.

After the initial 11% drop in mental health visits in the first year after surgery, there was very little change in mental health visits (5.6% over 9 years), and there was a further 11% fall in the ≥10-year group. It is not clear what caused the reduction in the two markers for mental health distress past the 10-year mark. Loss to follow-up, death from suicide of the most psychologically distressed individuals, or death from cardiovascular disease, all known to be increased in the transgender population, could have falsely skewed the ≥10-year data. Comparisons with a control group would be best to answer these questions.

In addition, there are only 19 people in the ≥10-year group who underwent gender-affirming surgery. A total of 21.1% of them received mental health treatment, which is only four people. This means that a single mental health utilization event in either direction would change the calculated rate of utilization by 5%. However, the assertion that gender-affirming surgeries reduce mental health visits by 8% is highly dependent upon this sudden drop in rates in the ≥10-year group of only 19 people.

Finally, no information is given about the composition of the year 1 and ≥10-year groups, but given the changing epidemiology of gender dysphoria in Sweden (3), the year 1 group likely included a higher percentage of younger natal females than the ≥10-year group, which likely had more older natal males, making comparisons between the year 1 and ≥10-year groups problematic.

Because of the limitations in the study design, it is not possible to determine the cause of the differences in mental health service utilization or whether true reductions in psychological distress actually occurred. Therefore, the authors' conclusion that the results of their study should be interpreted to support policies that provide gender-affirming surgeries cannot be supported.

**REFERENCES**

1. Bränström R, Pachankis JE: Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study. Am J Psychiatry 2020; 177:727–734
2. Wilson BR, Tringale KR, Hirshman BR, et al: Depression after spinal surgery: a comparative analysis of the California outcomes database. Mayo Clin Proc 2017; 92:88–97
3. Landén M: [Dramatic increase in adolescent gender dysphoria requires careful consideration.] Lakartidningen 2019; 116 (Swedish)

William J. Malone, M.D.
Sven Roman, M.D.

*Idaho College of Osteopathic Medicine, Boise (Malone); Dr. Roman is in private practice in child and adolescent psychiatry in Stockholm.*
Send correspondence to Dr. Malone (malone.will@gmail.com).

The authors report no financial relationships with commercial interests.
Accepted May 18, 2020.
Am J Psychiatry 2020; 177:766–767; doi: 10.1176/appi.ajp.2020.19111149

# The Effect of Gender-Affirming Treatment on Psychiatric Morbidity Is Still Undecided

TO THE EDITOR: In this issue of the *Journal*, Bränström and Pachankis study mental health treatment and suicide attempts in persons diagnosed with gender dysphoria in Sweden (1). Their claim that the study shows that gender-affirming treatment reduces the risk of mental health treatment and suicide attempts is misleading because the study design is flawed.

The authors first found what was already known (2): the rate of psychiatric morbidity is much higher in persons with gender dysphoria compared with the general population. The authors then explored if the risk for mental health treatment changes as a function of years since starting hormonal treatment. They find no effect (odds ratio=1.0), but they do find a trend toward increased risk of suicide attempts as a function of years since starting hormonal treatment. In their key analysis, allegedly showing that gender-affirming surgery decreases risk for psychiatric treatment and suicide attempts, they relate these negative outcomes to the number of years since surgery. Contrary to what the authors repeatedly claim, they do not employ a longitudinal design but conduct a retrospective analysis unfit for their research question.

First, the authors include only persons who were alive in 2014. That means that those who died by suicide before 2014—and hence were at highest risk for suicide attempt—are excluded and confound the results. Second, any analysis starting with a negative event is bound to find a decreased risk for related negative outcomes with increasing time after the event. To exemplify this point, the rate of antidepressant treatment would decrease with time after a suicide attempt. This does not mean that suicide attempts cause a decrease in risk of antidepressant treatment; it is merely a case of regression toward the mean. Third, persons undergoing gender transition have, by definition, contact with mental health services in Sweden. After the transition, persons are followed up by endocrinologists and sometimes general practitioners; only those with persistent mental health issues are followed in psychiatric care. The authors' finding of lower rates of mental health treatment with increasing time after surgery is therefore not only a case of regression toward the mean, but it also follows from the standards of care and is not a proxy for improved mental health.

Because the authors do not present data prior to gender-affirming surgery, the study is uninformative with regard to the effects on psychiatric morbidity. Moreover, the authors miss the one conclusion that can be drawn: that the perioperative transition period seems to be associated with high risk for suicide attempt. Future research should use properly designed observational studies to answer the important question as to whether gender-affirming treatment affects psychiatric outcomes.

**REFERENCES**

1. Bränström R, Pachankis JE: Reduction in mental health treatment utilization among transgender individuals after gender-affirming

surgeries: a total population study. Am J Psychiatry 2020; 177: 727–734
2. Dhejne C, Lichtenstein P, Boman M, et al: Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. PLoS One 2011; 6:e16885

**Mikael Landén, M.D., Ph.D.**

*Institute of Neuroscience and Physiology, Sahlgrenska Academy, University of Gothenburg, Gothenburg, Sweden; and Department of Medical Epidemiology and Biostatistics, Karolinska Institutet, Stockholm.*

*Send correspondence to Dr. Landén (mikael.landen@gu.se).*

*Dr. Landén has received lecture honoraria from Lundbeck.*

*Accepted May 18, 2020.*

*Am J Psychiatry 2020; 177:767–768; doi: 10.1176/appi.ajp.2020.19111165*

## Gender-Corrective Surgery Promoting Mental Health in Persons With Gender Dysphoria Not Supported by Data Presented in Article

TO THE EDITOR: The article by Bränström and Pachankis (1) examines the psychiatric health of persons who have obtained a diagnosis of gender dysphoria between 2005 and 2015 compared with the general population. The variables examined were psychiatric diagnosis, prescription of psychiatric drugs (anxiolytics and antidepressants), and hospitalization for suicide attempt in 2015.

The results confirm what is already known, that is, that as a group, persons with gender dysphoria suffer from poorer psychiatric health than the general population.

However, the title of the article implies that gender-corrective surgery promotes mental health in this group, and the authors conclude in the Abstract section that the study "lends support to the decision to provide gender-affirming surgeries to transgender individuals who seek them." In my opinion, this conclusion is not supported by the data presented in the article.

The most straightforward method to test whether surgery contributes to better psychological health would be to compare the health of those who underwent surgery with those who did not.

Of the persons diagnosed with gender dysphoria presented in the article, 1,018 had undergone surgery, while 1,661 had not. There were 22 individuals who were hospitalized in 2015 for a suicide attempt. The authors do not state how many of these individuals had received surgery, but this may be calculated by combining the data from Table 3 and Figure 1 in the article. Figure 1 shows the proportion of persons with gender dysphoria who were hospitalized for suicide attempt in 2015, grouped according to the time that had elapsed since the last gender-corrective surgery. Table 3 shows the number of individuals with gender dysphoria, grouped according to the time elapsed since last surgical operation ("Time since last gender-affirming surgical treatment").

By combining these data, we can calculate that 10 of the suicide attempts (2.8% of 353) occurred during the same year that the last surgical correction was made ("perioperative" group in Figure 1). Two cases occurred 1 year after the last surgical correction (0.9% of 221) and one case 2–3 years after the last surgical treatment (0.5% of 198), while none occurred more than 3 years after the last surgery. Thus, 13 individuals (10 plus two plus one) of the 22 persons who were hospitalized for a suicide attempt in 2015 had undergone gender-corrective surgery. Consequently, nine of them (22 minus 13) had not undergone any gender-affirmation surgery.

This corresponds to an odds ratio of 2.37 (95% CI=1.01–5.56, p=0.047). Hence, among the individuals examined in the study, the risk of being hospitalized for a suicide attempt was 2.4 times higher if they had undergone gender-corrective surgery than if they had not. Whether this is a causal relation (i.e., that surgery actually worsens the poor mental health in individuals with gender dysphoria) cannot be determined. Nevertheless, the data presented in the article do not support the conclusion that surgery is beneficial to mental health in individuals with gender dysphoria.

**REFERENCE**

1. Bränström R, Pachankis JE: Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study. Am J Psychiatry 2020; 177:727–734

**Agnes Wold, M.D., Ph.D.**

*Department of Infectious Diseases, Institute of Biomedicine, Sahlgrenska Academy, University of Gothenburg, Gothenburg, Sweden.*

*Send correspondence to Dr. Wold (agnes.wold@microbio.gu.se).*

*The author reports no financial relationships with commercial interests.*

*Accepted May 18, 2020.*

*Am J Psychiatry 2020; 177:768; doi: 10.1176/appi.ajp.2020.19111170*

## Confounding Effects on Mental Health Observations After Sex Reassignment Surgery

TO THE EDITOR: Bränström and Pachankis (1) report that Swedes with gender dysphoria who had undergone sex reassignment surgery in the decade to 2015 had a declining need for mental health treatment (as shown in Figure 1 in the article), leading them to consider that sex reassignment surgery improves mental health. However, the same data may be modeled in a way that leads to the opposite conclusion.

Except for a reduction after the perioperative year, Bränström and Pachankis found no further significant decrease in mental health treatment between the first and ninth years after surgery. They allowed for the increase in sex reassignment surgery from 2005 on but overlooked the increase in co-occurring mental health issues, which rose after 2005 but especially from about 2009 (2). A simple qualitative model illustrates how a dramatic change over time in mental health issues will affect the number of individuals accessing mental health treatment in 2015. In our Figure 1, the upper line depicts the rise in the number of sex reassignment surgeries, and the lower dark line depicts the rise in co-occurrence of mental health issues, assuming a final rise of 200% and a final co-occurrence of 75% (3).

Because patients undergoing this surgery in the years closest to 2015 had higher rates of co-occurring mental health



FIGURE 1. Qualitative model of the number of sex reassignment surgeries and co-occurrence of mental health issues among individuals accessing mental health treatment[a]

[a] The orange boxes indicate the number of patients, the green line indicates the number of sex reassignment surgeries, and the dark line indicates the percentage of co-occurrence of mental health issues.



FIGURE 2. Estimation of mental health utilization by individuals in the years after sex reassignment surgery[a]

[a] The dotted line portrays projected mental health treatment utilization assuming aggravation of a mental health condition after sex reassignment surgery. The solid line portrays projected mental health treatment utilization assuming no aggravating effects after sex reassignment surgery.

issues than those whose surgery happened longer ago, we would expect the decline in mental health treatment to be pronounced (see the solid line in Figure 2), and with a beneficial effect of the surgery over time, the fall should be even more significant. Yet surprisingly, Bränström and Pachankis found only a very small decline over time.

However, if in fact this surgery aggravates a mental health condition by, say, 25%, then a more moderate fall in mental health utilization results (see the dashed line in Figure 2). The qualitative approximation of this curve with the reduction described by Bränström and Pachankis (in their Figure 1) is striking. Therefore, accounting for the increase in mental health issues from 2005, together with an assumption of increased mental health treatment due to this surgery, fits the data in the article and overturns the authors' conclusions, suggesting that sex reassignment surgery is in fact associated with increased mental health treatment.

**REFERENCES**

1. Bränström R, Pachankis JE: Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study. Am J Psychiatry 2020; 177:727–734
2. Lukianoff G, Haidt J: The Coddling of the American Mind: How Good Intentions and Bad Ideas Are Setting Up a Generation for Failure. New York, Penguin, 2018
3. Kaltiala-Heino R, Sumia M, Työläjärvi M, et al: Two years of gender identity service for minors: overrepresentation of natal girls with severe problems in adolescent development. Child Adolesc Psychiatry Ment Health 2015; 9:9

Avi Ring, Ph.D.
William J. Malone, M.D.

Pharmacy Department, University of Oslo, Oslo (Ring); and Idaho College of Osteopathic Medicine, Boise (Malone).
Send correspondence to Dr. Ring (avi.ring@gmail.com).

The authors report no financial relationships with commercial interests.
Accepted May 18, 2020.
Am J Psychiatry 2020; 177:768–769; doi: 10.1176/appi.ajp.2020.19111169

# Toward Rigorous Methodologies for Strengthening Causal Inference in the Association Between Gender-Affirming Care and Transgender Individuals' Mental Health: Response to Letters

TO THE EDITOR: Increasing attention has been paid to identifying the best way to support transgender individuals seeking gender-affirming care. This attention springs from the increasing number of individuals seeking such care in many countries worldwide, coupled with a lack of sufficient knowledge to provide evidence-based treatment recommendations. This attention is also reflected in the letters to the editor (1–7) submitted in response to our article in this issue in which we describe mental health treatment utilization among transgender individuals seeking gender-affirming care in Sweden compared with the general population, and as a function of time since last gender-affirming surgery (8).

The letter writers question our conclusion that our study "lends support to the decision to provide gender-affirming surgeries to transgender individuals who seek them." Their concerns about this conclusion can be summarized into three types:

*Concern 1*: The analysis focused on mental health treatment utilization during one specific year (i.e., 2015) rather than during a longer follow-up period, such as before and after provision of gender-affirming treatment.

*Concern 2*: The study did not employ an adequate comparison group.

*Concern 3*: The study did not sufficiently highlight the elevated mental health care needs of transgender individuals seeking gender-affirming care during the perioperative period.

Our study was motivated by two aims informed by the literature and the need for more knowledge in this field: first, to examine if transgender individuals seeking gender-affirming care have an increased risk of mental health treatment utilization compared with the general population; and second, to examine if mental health treatment utilization among transgender individuals who received gender-affirming care decreases as a function of number of years since receiving gender-affirming care.

In our article, we describe the background to our analytic decisions and discuss the limitations that our particular study design and analytic approach introduce. Many of the concerns raised by the letter writers are discussed at the conclusion of the article. In the article, we specifically call for further longitudinal studies that assess within-person changes in mental health treatment utilization before and after treatment. In the article, we also note that our approach was capable of ascertaining mental health only among those alive in 2015 and did not capture outcomes among the deceased. Several of the letter writers' concerns are drawn from assumptions about what our study methodology theoretically should have been or could have been but ultimately was not.

The letter writers suggest more ideal methodologies for identifying any causal impact of gender-affirming care on mental health treatment utilization, similar to what we wrote in our article. As outlined below, we join them in aspiring toward such methodologies capable of more rigorously establishing this impact. We also perform additional analyses permitted by our current data to start to move toward that goal.

**Our Analytic Strategy**

There is a great need for higher-quality studies using more representative samples of transgender individuals seeking gender-affirming care to better understand this population's mental and physical health care needs and the effects of gender-affirming care. Much current evidence derives primarily from small studies with cross-sectional designs, nonprobability samples, and self-reported treatment exposures and mental health outcomes. Our study does not. Although it is not capable of overcoming all threats to validity, our study design represents an improvement over much previous research.

Ours is an observational study based on registry data regarding mental health treatment utilization among individuals with a gender incongruence diagnosis. We focus on mental health treatment utilization during one specific year (the latest for which we had data), and we used the total Swedish population as a comparison group. First, to answer whether transgender individuals seeking gender-affirming care have an increased risk of mental health treatment utilization compared with the general population, we compared the prevalence of treatment for mood and anxiety disorders among those with and without a gender incongruence diagnosis among all individuals living in Sweden. Second, to answer whether odds of mental health treatment utilization among transgender individuals who received gender-affirming care are lower as a function of number of years since receiving gender-affirming care, we evaluated mental health treatment utilization in 2015 among those with a gender incongruence diagnosis as a function of time since the initiation of gender-affirming hormone treatment and the last gender-affirming surgical treatment.

As outlined below, although this design is capable of ruling out certain threats to validity (e.g., confounding by secular trends), it is incapable of ruling out others (e.g., loss to mortality).

**Responses to the Letters**

*Response to concern 1.* The first concern is that our analysis focused on mental health treatment utilization during one specific year (i.e., 2015) rather than during a longer follow-up period, such as before and after provision of gender-affirming treatment. This decision was made to control for several important factors. First, the situation for transgender individuals has changed rapidly in the past 10–15 years. In Sweden, legislation affecting transgender individuals (e.g., removal of sterilization as a requirement for change of legal gender; increased protection of transgender individuals in hate-speech legislation) has improved at the same time that population attitudes have become more accepting (9, 10). Second, the proportion of individuals in the population treated for mental health problems has increased over time. Third, access to gender-affirming care has also increased over time. By restricting our outcome assessment period to one year, 2015, the most recent year for which we had data, we were able to remove the influence of these secular trends in transgender acceptance, visibility, and treatment utilization (both gender-affirming treatment and mental health treatment).

Although our chosen strategy addressed many of the problems of these secular effects, it has several drawbacks. Because we looked at mental health treatment utilization in one specific year, we could not follow individuals over time. Our analysis of time since last gender-affirming surgical treatment compared groups of individuals with varying lengths of time since their last treatment. It is possible that other factors, such as age and a changing proportion of individuals of different legal genders who have sought gender-affirming care over time, could influence these comparisons. Therefore, we controlled for those sociodemographic

factors in our analyses. Another drawback to using only one year of mental health treatment utilization data is that our analysis contains a very small number of suicide attempts and no information about previous attempts and completed suicides. Studies employing prospective cohort designs are needed to better understand suicidality within this group and its associations with gender-affirming care. Any conclusion regarding suicidality in our present study should be interpreted with this limitation in mind. This limitation is reported in our article.

*Response to concern 2.* The second concern is that our study design lacked an adequate comparison group. To answer whether transgender individuals seeking gender-affirming care have an increased risk of mental health treatment utilization compared with the general population, we used the total population without a gender incongruence diagnosis as a comparison group. Because the total population differs in significant ways from the group diagnosed with gender incongruence, we adjusted our analysis for all available sociodemographic variables (i.e., age, legal gender, education, income, urbanicity, and country of birth). An alternative way of testing this aim would be to create a comparison group matched on important demographic variables, which we have now done. Specifically, we now compare individuals diagnosed with gender incongruence with an equally sized group without such a diagnosis matched by age, legal gender, education, and country of birth. The results are presented in Tables S1 and S2 in the online supplement, and they indicate a similar pattern of results as reported in our article, with only a slightly reduced disparity in the odds of mental health treatment utilization when individuals diagnosed with gender incongruence are compared with matched control subjects (instead of with the full population without gender incongruence, as was done in the original analysis).

To determine if mental health treatment utilization among transgender individuals receiving gender-affirming care decreases as a function of number of years since receiving gender-affirming care, we did not use a comparison group but tested the association between both year since initiation of gender-affirming hormone treatment and year since last gender-affirming surgical treatment with mental health treatment utilization in 2015. As a reference, we included the proportion of the general population treated for mental health conditions in 2015 in Figure 1 of our article. We have added the proportion of the matched control subjects treated for mental health problems in 2015 to Figure S1 in the online supplement.

Like some of the letter writers suggest, we also considered using a stronger comparison group but found the options unsatisfactory, if not impossible. Perhaps the most obvious comparison would have been individuals with a gender incongruence diagnosis who had not received surgical treatment. This would be a strong comparison group if all individuals diagnosed with gender incongruence are, in fact, seeking gender-affirming surgical treatment. However, this is not the case. Some individuals diagnosed with gender incongruence seek only gender-affirming hormonal treatment and not gender-affirming surgical treatment; others seek no treatment at all. The group diagnosed with gender incongruence not receiving surgery is a heterogeneous group, including those with no intention to seek surgery, that would be inappropriate as a comparison group for those receiving surgery. However, to be responsive to some of the letter writers' interest in comparing individuals with a gender incongruence diagnosis who received and did not receive gender-affirming surgery, we have created a matched group of individuals with a gender incongruence diagnosis who have not received surgery. These individuals were each matched to an individual with a gender incongruence diagnosis who had received gender-affirming surgery by age, legal gender, education, and country of birth. When comparing the mental health treatment outcomes between the two groups (Table 1), we found no significant difference in the prevalence of treatment for mood disorders and no significant difference in the prevalence of hospitalization after suicide attempt. However, individuals diagnosed with gender incongruence who had received gender-affirming surgery were more likely to be treated for anxiety disorders compared with individuals diagnosed with gender incongruence who had not received gender-affirming surgery. As reported in the article, the statistical test for hospitalization after suicide attempt must be interpreted with caution. As noted above, limited information can be drawn from this particular comparison.

Another comparison group could have involved individuals without a gender incongruence diagnosis undergoing a surgical treatment for which a thorough mental health assessment is required, as it is for gender-affirming surgery. However, we are unaware of any such surgical treatment. Such a comparison group would have, theoretically, enabled us to partially overcome two threats to the validity of our finding that odds of mental health treatment are lower as a function of time since final gender-affirming surgery. The first threat is that people are required to be screened for mental health problems before gender-affirming surgery and might therefore have particularly high odds of mental health treatment in the perioperative year because of their perhaps involuntary receipt of mental health services. These individuals might be less likely to voluntarily seek treatment for mental health problems with greater time since surgery. The second threat is that because we assessed only the mental health of individuals who were alive in 2015, individuals who died by suicide or migrated would not be included; greater time since last surgical treatment comes with greater time for suicide or migration to happen.

*Response to concern 3.* The third concern is that the study did not sufficiently highlight the elevated mental health care needs of transgender individuals seeking gender-affirming care during the perioperative period. The letter writers highlight this important finding of our study that we did not sufficiently emphasize originally. Specifically, regardless of the effect of gender-affirming care on mental health treatment

TABLE 1. Mood- and anxiety-related health care visits, antidepressant and anxiolytic prescriptions, and hospitalization after suicide attempt in 2015 among individuals diagnosed with gender incongruence in Sweden between 2005 and 2015, by gender-affirmative surgery status

| 2015 Treatment Outcome | Individuals Diagnosed With Gender Incongruence Who Have Received Gender-Affirmative Surgery (N=1,018) | | Individuals Diagnosed With Gender Incongruence Who Have Not Received Gender-Affirmative Surgery (N=1,018)[a] | | Analysis | |
| --- | --- | --- | --- | --- | --- | --- |
| | N | % | N | % | Odds Ratio | 95% CI |
| Psychiatric outpatient visits | | | | | | |
| Any mood disorder | 98 | 9.6 | 88 | 8.6 | 1.13 | 0.83–1.52 |
| Any anxiety disorder | 85 | 8.3 | 62 | 6.1 | 1.40 | 1.00–1.97 |
| Prescribed medication | | | | | | |
| Any antidepressant treatment | 301 | 29.6 | 292 | 28.7 | 1.04 | 0.86–1.26 |
| Any anxiolytic treatment | 215 | 21.1 | 149 | 14.6 | 1.56 | 1.24–1.96 |
| Inpatient visit (hospitalization after suicide attempt) | 13 | 1.3 | 7 | 0.7 | 1.87 | 0.74–4.70 |

[a] Control group matched by age, gender, education, and country of birth.

utilization, our results show that the mental health care needs of this population are substantial in the year surrounding the last gender-affirming surgery. These results highlight the need for further research and clinical attention to be paid to the stressors and needed supports of this period (11).

In sum, the letter writers point out that although our study design addressed some threats to validity (e.g., confounding by secular trends), it introduced others (e.g., loss to mortality). While the design clearly establishes that individuals diagnosed with gender incongruence utilized more mental health care than the general population in 2015, especially during the perioperative period, like most extant research on the topic, the design is incapable of establishing a causal effect of gender-affirming care on mental health treatment utilization.

### Should the Concluding Message of Our Study Have Been More Moderate?

Our conclusion based on the findings at hand in the article, which used neither a prospective cohort design nor a randomized controlled trial design, was too strong. However, given the urgent need for more knowledge about the mental health of transgender individuals and the potential consequences of gender-affirming care, this large-scale observational study serves an important purpose and fills an important knowledge gap. Specifically, this study highlights the substantially increased risk of mental health problems among individuals diagnosed with gender incongruence, and in particular, among those in the process of receiving gender-affirming surgery. The study also lends support for expecting a reduction in mental health treatment as a function of time since completing such treatment, at least among those who are still living in Sweden.

We thank the letter writers for their attention to this important topic and, recognizing the importance of approaching this topic with triangulated, rigorous methodologies, look forward to further collaborative research using even higher-quality methodologies to move closer to establishing the causal impact of gender-affirming care on the well-being of the transgender population.

REFERENCES

1. Anckarsäter H, Gillberg C: Methodological shortcomings undercut statement in support of gender-affirming surgery (letter). Am J Psychiatry 2020; 177:764–765
2. Van Mol A, Laidlaw MK, Grossman M, et al: Gender-affirmation surgery conclusion lacks evidence (letter). Am J Psychiatry 2020; 177:765–766
3. Curtis D: Study of transgender patients: conclusions are not supported by findings (letter). Am J Psychiatry 2020; 177:766
4. Malone WJ, Roman S: Calling into question whether gender-affirming surgery relieves psychological distress (letter). Am J Psychiatry 2020; 177:766–767
5. Landén M: The effect of gender-affirming treatment on psychiatric morbidity is still undecided (letter). Am J Psychiatry 2020; 177: 767–768
6. Wold A: Gender-corrective surgery promoting mental health in persons with gender dysphoria not supported by data presented in article (letter). Am J Psychiatry 2020; 177:768
7. Ring A, Malone WJ: Confounding effects on mental health observations after sex reassignment surgery (letter). Am J Psychiatry 2020; 177:768–769
8. Bränström R, Pachankis JE: Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study. Am J Psychiatry 2020; 177: 727–734
9. Flores AR, Park A: Polarized Progress: Social Acceptance of LGBT People in 141 Countries, 1981 to 2014. The Williams Institute, UCLA School of Law, Los Angeles, 2018. https://williamsinstitute.law.ucla.edu/wp-content/uploads/Polarized-Progress-GAI-Mar-2018.pdf
10. Public Health Agency of Sweden: Hälsan och hälsans bestämningsfaktorer för transpersoner: en rapport om hälsoläget bland transpersoner i Sverige. Stockholm, 2015
11. Deutsch MB: Gender-affirming surgeries in the era of insurance coverage: developing a framework for psychosocial support and care navigation in the perioperative period. J Health Care Poor Underserved 2016; 27:386–391

Richard Bränström, Ph.D.
John E. Pachankis, Ph.D.

Department of Clinical Neuroscience, Karolinska Institutet, Stockholm (Bränström); and Department of Social and Behavioral Sciences, Yale School of Public Health, New Haven, Conn. (Pachankis).

Send correspondence to Dr. Bränström (richard.branstrom@ki.se).

The authors' disclosures accompany the original article.

Accepted May 22, 2020.

Am J Psychiatry 2020; 177:769–772; doi: 10.1176/appi.ajp.2020.20050599