**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

D‌YLAN B‌RANDT, et al.,

                                                                    P‌LAINTIFFS,

v.                           No. 4:21-CV-00450-JM

L‌ESLIE R‌UTLEDGE, et al.,

                                                      D‌EFENDANTS.

**E‌XPERT D‌ECLARATION OF R‌OGER H‌IATT, J‌R., M.D.**

Pursuant to 28 U.S.C. 1746, I declare:

    1.    My name is Roger Hiatt, Jr., M.D., and I have personal knowledge of the statements contained in this declaration. A copy of my curriculum vitae is attached as Exhibit A.

    2.    I am a Child and Adolescent Psychiatrist licensed and practicing in Arkansas for twenty-five years. I received my M.D. from the University of Tennessee, Memphis, in 1992, and completed psychiatric residency at the University of Arkansas for Medical Sciences in 1997. My residency included two years of specialized Child and Adolescent Psychiatry training centered at Arkansas Children's Hospital.

    3.    From 1997 until 2015, I practiced psychiatry at Centers for Youth and Families in Little Rock. While there, I worked with thousands of Arkansas children and teenagers, including some identifying as transgender, in residential care, day treatment, therapeutic foster care, and outpatient services.

    4.    I became Medical Director at the Springville campus of Provo Canyon School, a large residential psychiatric treatment center in Utah, from 2015 until 2019. During my time at Provo Canyon, I worked with hundreds of children and adolescents from a majority of the fifty United States, including dozens diagnosed with Gender Dysphoria, some of whom had been administered hormonal interventions by other physicians.

**EXHIBIT 25**

5. Since 2019, I have served as Medical Director for two Child and Adolescent Residential Treatment Centers, one in Arkansas and one in Tennessee. I continue to treat a number of youth presenting with gender-related issues.

6. I base the following statements on my own knowledge, research, and experience. The materials I have relied on in forming these impressions are the standard materials used by other experts in my field. I am receiving no financial compensation for the many hours I have worked on behalf of the defense in this case.

7. I, along with other Arkansas physicians, testified before the Arkansas General Assembly in support of the SAFE Act.

8. When the House Public Health and Welfare Committee hearing on the SAFE Act was held on March 9, 2021, two board-certified physicians testified in favor of the Act: Dr. James Grady Crosland of Little Rock, a pediatric anesthesiologist, and Dr. Kendall Wagner of Fort Smith, a pediatrician.

9. I personally testified in support of the Act before the Arkansas Senate Public Health, Welfare and Labor Committee on March 22, 2021, along with Dr. Charles Lewis, who also has treated several patients with Gender Dysphoria.

10. On April 2, 2021, Dr. Melanie Conway, a Diplomate of the American Board of Psychiatry and Neurology with extensive experience treating adolescents with Gender Dysphoria, participated in a conference call urging the Act's approval. She also addressed members of the Arkansas Legislature in person for the same purpose.

11. Additional Arkansas physicians joined Dr. Lewis, Dr. Conway, and me in submitting a letter on April 6, 2021, urging the General Assembly to approve the Act. Those additional

physicians included pediatricians Dr. Anton Duke and Dr. Kristi Hawkins, as well as Dr. Michael Beheshti, an interventional radiologist, Dr. Gareth Tobler, a thoracic surgeon, Dr. David Rhodes, an orthopedic surgeon, and Dr. David Warner, an ophthalmologist.

12. I have personally been involved in the treatment of dozens of patients with Gender Dysphoria throughout my career, beginning in residency in the mid-1990's. I first treated a child with this condition shortly after residency, around 1998. The patients I treated early in my career were all natal males presenting as female.

13. During my eighteen years of work at Centers for Youth and Families in Arkansas, from 1997 to 2015, I worked directly with a number of young patients struggling with gender-related issues. These were also primarily natal males.

14. At the time of my arrival at the Provo Canyon School in 2015, none of the initial 200 residents I encountered presented with gender incongruence. But over the course of the next four years, from 2015 to 2019, I observed a noteworthy trend as the portion of patients under my care exhibiting gender incongruence ballooned from zero to more than ten percent.

15. Significantly, the overwhelming majority of transgender patients at Provo Canyon were natal females identifying as male. This is despite the fact that the Provo Canyon School serves approximately the same number of natal males as natal females.

16. Upon my return to Arkansas, I have continued working with several gender-dysphoric youth, who are also predominantly natal females.

17. These trends are consistent with a widely recognized departure from the demographics published in the most recent edition of the Diagnostic and Statistical Manual of Mental Disorders, which identifies natal males presenting with gender incongruence far more

frequently than females: "For natal adult males, prevalence ranges from 0.005% to 0.014%, and for natal females, from 0.002% to 0.003%."[1]

18.     The demographics of gender dysphoria have changed drastically over the past decade. In 2013, the above prevalence ratios indicated that from 2-to-4.5 times as many natal males experienced gender dysphoria as did natal females.  By the time the 2018 LGBTQ Youth Report was completed, however, that ratio had flipped, with natal girls outnumbering natal boys among those self-identified as transgender by a ratio of over 8.5:1.[2]

19.     Throughout my career, I have noted that certain diagnoses become "trendy" or "vogue" over time.  While the 1990's were replete with Attention-Deficit/Hyperactivity Disorder (ADHD or ADD), the turn of the century saw an explosion in Bipolar diagnoses, followed by the Autism boom.  Eating disorders and self-harm by cutting have more recently become markedly more prevalent.

20.     Gender Dysphoria is the vogue diagnosis of our time.  It holds in common with previous diagnostic trends the appeal of being unique or belonging to an exclusive group.  Positive reinforcement and accolades are readily accessible through social media and public notoriety.  Unlike other diagnostic trends, however, it is a diagnosis based solely on self-report and cannot be confirmed objectively.  Also unlike other diagnoses, the treatment regimens advocated serve to medicalize patients and permanently alter the natural course of their biology.

---

[1] The Am. Psychiatric Ass'n, *Diagnostic and Statistical Manual of Mental Disorders* 454 (5th ed. 2013) (DSM-5).

[2] Human Rights Campaign, *2018 LGBTQ Youth Report* 24, https://hrc-prod-requests.s3-us-west-2.amazonaws.com/files/assets/resources/2018-YouthReport-NoVid.pdf?mtime=20200713131634&focal=none.

21. My young patients with gender incongruence, representative of such youth generally, are very heterogenous, with a wide variety of backgrounds, presentations, and attitudes toward identifying as transgender. Not all meet the criteria for a diagnosis of Gender Dysphoria, which requires accompanying "clinically significant distress." Further, those who identify as transgender do not routinely desire to receive puberty blockers, cross-sex hormones, or surgery.

22. A few examples of adolescent patients whom I have treated over the years:

   a. A 15 y.o. natal female who self-identified as "gender fluid" and is now in desistance;

   b. A 16 y.o. natal female who presented as male and whose preferred name was the name of a deceased twin brother;

   c. A 12 y.o. natal female who presented as male and self-identified as transgender, but stated, "I'll be a girl when I go home";

   d. A 15 y.o. natal female who self-identified as transgender, but explained, "I identify as female, I'm just not comfortable with my birth name";

   e. A 16 y.o. natal female with a puberty-blocking implant in arm who told me, "I came out as transgender, but you can just say female, non-binary";

   f. A 17 y.o. natal female with whom I had worked for two years without mention of any gender identity issues, who precipitously declared, "I'm a boy!"

23. Almost without exception, patients presenting with gender incongruence also experience concomitant mental illness and trauma. Frequently they have suffered sexual abuse, often at a very early age. Physical abuse and neglect are also common. Anxiety is nearly universal, as is mood disturbance. Invariably, the diagnosis of Gender Dysphoria is concurrent with several other significant psychiatric diagnoses.

24. Based on my clinical experience with troubled youth, gender incongruence in most cases ought not be the primary focus of therapeutic attention. On the contrary, a hyperfocus on gender incongruence distracts from addressing underlying trauma and mental illness. Indeed, patients often embrace such distractions to avoid the hard work of therapy.

5

25. My clinical practice is to treat minors with gender incongruence with a combination of psychiatric care addressing underlying mental health issues and watchful waiting. None have demonstrated evidence of harm or increased suicidality as a result. Many have spontaneously desisted from identifying as transgender and embraced their biological sex.

26. My clinical experience contradicts claims made by others that social transitioning and affirmation of a transgender identity is the only way to relieve the distress that accompanies Gender Dysphoria. On the contrary, the most favorable long-term prognosis is attained through a combination of psychiatric care addressing underlying mental health issues and watchful waiting. It runs contrary to well-established principles of medical ethics to subject children who self-identify as transgender to immediate social transition followed by puberty blockers, hormones, and surgery when the vast majority will desist by adulthood if simply allowed to develop unimpeded by activist and unproven experimentation.

27. In conclusion, my clinical experience is consistent with the scientific evidence that the vast majority of minors who identify as transgender will desist in time. Furthermore, it is indisputable that no amount of social transitioning, hormonal manipulation, or surgical intervention can achieve the desired result: a complete change from one sex to the other, which is a biological impossibility. On the contrary, once children begin cross-sex hormones, they face a lifetime of infertility, frequent doses of exogenous hormones, and social and medical complications. From that point forward, they must live with the medicalization of what could have been a relatively healthy, intervention-free existence, because the biological, genotypic reality continually resists alteration. Indeed, the inability to alter genotypic sex likely underlies the fact that

those who undergo gender transition efforts continue to suffer a suicide rate 19 times greater than that of the general population.[3]

28. Therefore, I unequivocally affirm that watchful waiting, including appropriate mental health treatment to address concomitant mental illness and trauma, is the most compassionate and scientifically based course of treatment with the greatest potential for a positive long-term outcome in gender dysphoric children and adolescents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2021.

Roger Hiatt, Jr., M.D.

---

[3] See Dhejne C, Lichtenstein P, Boman M, Johansson ALV, Långström N, Landén M (2011) *Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden*. PLoS ONE 6(2): e16885. doi:10.1371/journal.pone.0016885.

7

# CURRICULUM VITAE

## ROGER LEW HIATT, JR., M.D.

### IDENTIFICATION

| ARKANSASS BUSINESS ADDRESS | BUSINESS PHONE NUMBER |
|---|---|
| Perimeter Behavioral Health<br>600H 7th Street<br>West Memphis, AR 72301 | ▇▇▇▇▇▇▇ |

| TENNESSEE BUSINESS ADDRESS | BUSINESS PHONE NUMBER |
|---|---|
| Perimeter Behavioral Health<br>49 Old Hickory Blvd<br>Jackson, TN 38305 | ▇▇▇▇▇▇▇ |

| BIRTHDATE | BIRTHPLACE |
|---|---|
| ▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇ |

| MARITAL STATUS | CITIZENSHIP |
|---|---|
| Married, with six children | United States of America |

### EDUCATION

| INSTITUTION AND LOCATION | PROGRAM | YEARS |
|---|---|---|
| University of Arkansas for Medical Sciences<br>Division of Pediatric Psychiatry<br>800 Marshall Slot #500<br>Little Rock, Arkansas   72202 | Child Psychiatry Residency | 1995-1997 |
| University of Arkansas for Medical Sciences<br>Department of Psychiatry<br>4301 West Markham Slot #589<br>Little Rock, Arkansas   72205 | General Psychiatry Residency | 1993-1995 |
| University of Arkansas for Medical Sciences<br>Department of Psychiatry<br>4301 West Markham Slot #589<br>Little Rock, Arkansas   72205 | General Psychiatry Internship | 1992-1993 |
| University of Tennessee, Memphis<br>62 South Dunlap<br>Memphis, Tennessee   38163 | M.D. | 1988-1992 |
| Brigham Young University<br>B-150 Abraham Smoot Building<br>Provo, Utah   84602 | B.A. | 1980-1985 |

**EXHIBIT A**

| BOARD EXAMINATION AND LICENSURE | YEAR |
|---|---|
| Medical License ▮ Tennessee State Medical Board | 2018 |
| Medical License ▮▮▮, Utah State Medical Board | 2015 |
| Medical License ▮ Arkansas State Medical Board | 1993 |
| Board Eligible, American Board of Psychiatry and Neurology Certification in Child and Adolescent Psychiatry | 1997 |
| Board Eligible, American Board of Psychiatry and Neurology Certification in General Psychiatry | 1996 |
| Board Certified, National Board of Medical Examiners (Parts I, II, & III) | 1993 |

## PROFESSIONAL ACTIVITY

| APPOINTMENTS | YEARS |
|---|---|
| Medical Director<br>Perimeter of West Memphis, Arkansas residential<br>600N 7th Street<br>West Memphis, Arkansas   72301 | 2019 - present |
| Medical Director<br>Perimeter of Jackson, Tennessee residential<br>49 Old hickory Blvd E<br>Jackson, Tennessee   38305 | 2019 - present |
| Medical Director<br>Family Service Agency<br>628 West Broadway, Suite #300<br>North Little Rock, Arkansas   72114 | 2021 - present |
| Medical Director<br>Provo Canyon School, Springville Campus<br>763 N   1650 W<br>Springville, Utah   84663 | 2015 - 2020 |
| Staff Psychiatrist<br>Centers for Youth and Families<br>6501 West 12th Street<br>Little Rock, Arkansas   72225 | 1997 - 2015 |

| | |
|---|---|
| Consulting Medical Staff<br>Riverview Behavioral Health<br>701 Arkansas Boulevard<br>Texarkana, Arkansas   71854 | 2013 - 2014 |
| Consulting Medical Staff<br>Rivendell Psychiatric Center<br>100 Rivendell Drive<br>Benton, Arkansas   72015 | 2013<br>1994 - 1999 |

| HONORS AND AWARDS | YEARS |
|---|---|
| Volunteer Faculty<br>University of Tennessee, College of Nursing<br>Advanced Practice Nursing Program | 2013 - 2014 |
| Chief Resident<br>University of Arkansas for Medical Sciences<br>Division of Pediatric Psychiatry | 1996 - 1997 |
| Missionary<br>The Church of Jesus Christ of Latter-day Saints<br>(developed fluency in the Spanish language) | 1982 - 1983 |
| Eagle Scout<br>Boy Scouts of America | 1980 |

| PROFESSIONAL ORGANIZATIONS | YEARS |
|---|---|
| American Academy of Child and Adolescent Psychiatry | 1995 - 2015 |
| Collegium Aesculapium | 1985 - present |
| American Psychiatric Association | 1992 - 1997 |
| American Medical Association | 1988 - 1997 |