IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DYLAN BRANDT, et al.,

                   PLAINTIFFS,

v.         No. 4:21-CV-00450-JM

LESLIE RUTLEDGE, et al.,

                   DEFENDANTS.

### DECLARATION OF CHRISTINE CRYER

Pursuant to 28 U.S.C. 1746, I declare:

1. My name is Christine Cryer, and I am the Chief Legal Counsel for the Arkansas Department of Corrections (ADC). I have personal knowledge of the facts in this declaration.

2. Attached as Exhibit A to this declaration is a true and correct copy of Administrative Directive Number 14-19, effective April 11, 2014 (AD 14-19).

3. One of my responsibilities as Chief Legal Counsel is to oversee those who maintain custody of documents like AD 14-19.

4. AD 14-19 is a record created by ADC that sets out its activities in providing certain procedures for inmates. Under Arkansas Administrative Code section 004.00.2-001, ADC is under a legal duty to report the information contained in AD 14-19.

5. Additionally, AD 14-19 was made at or near the time of the act it records—namely, amending ADC's policies regarding certain procedures for inmates—by, or from information transmitted by, someone with knowledge of the act it records. It was the regular practice of ADC staff to make AD 14-19, and AD 14-19 was kept in the course of ADC's regular conducted activities of administering Arkansas's correctional facilities.

EXHIBIT **26**

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on June 29th, 2021.**

*[signature]*

Christine Cryer
Chief Legal Counsel
Arkansas Department of Corrections



PO Box 8707
Pine Bluff, AR 71611-8707
Phone: 870-267-6200
Fax:    870-267-6244
www.state.ar.us/doc

# ADMINISTRATIVE DIRECTIVE

**SUBJECT:** Gender Dysphoria and Intersex Inmates

**NUMBER:** 14-19                                   **SUPERSEDES:** 12-06

**APPLICABILITY:** All ADC staff

**REFERENCE:** AR 833                               **PAGE 1 of 3**

**APPROVED:** Original signed by Ray Hobbs   **EFFECTIVE DATE:** 04/11/2014

---

### I. POLICY:

It is the policy of the Department to provide the appropriate treatment to inmates meeting the criteria for the current Diagnostic Statistical Manual (DSM) diagnosis of Gender Dysphoria.

### II. EXPLANATION:

This policy establishes the responsibilities, policies, and procedures to ensure a standard of care for the treatment of Gender Dysphoria.

### III. DEFINITIONS:

A. Gender Dysphoria (GD) - A mental disorder where individuals have a marked difference between the individual's expressed/experienced gender and the gender they have been assigned (at birth), and it must continue for at least six (6) months. There must also be evidence of distress about this difference.

B. Hormonal Replacement Treatment – A medical procedure in which male or female hormones are prescribed as a result of the patient's inability to produce an adequate amount of these hormones naturally.

**EXHIBIT A**

      C.    Sexual Reassignment Therapy – A treatment for gender dysphoria in which hormone medications or surgical procedures is utilized to alter a person's physical appearance, in an attempt to adopt the physical characteristics of the opposite gender.

      D.    Sex Offender – A male or female convicted of a criminal sex offense.

      E.    Intersex – A condition in which a person is born with external genitalia, internal reproductive organs, chromosome patterns, and/or an endocrine system that does not fit typical definitions of male or female.

## IV. GD RESPONSIBILITIES:

The Gender Dysphoria Management and Treatment (GDMT) Committee is responsible for determining the appropriate treatment referrals for identified GD and Intersex inmates.

## V. HOUSING:

A. Housing placement of diagnosed GD or Intersex inmates will be made on a case-by-case basis taking into consideration the inmate's health and safety and whether the placement would present management or security problems, giving serious consideration to the inmate's own views regarding his or her own safety. Both GD and Intersex inmates shall be given the opportunity to shower separately from other inmates.

B. GD and Intersex inmates shall not be housed in dedicated facilities, units or wings of any Unit within ADC on the basis of such identification or status. The Department shall insure that these inmates have the same access to programming, recreation, and other activities as other inmates.

## VI. TREATMENT:

      A.    The initiation of sexual reassignment is impractical in a correctional setting. Self-inflicted genital mutilation or other forms of self-mutilation are contraindications for sexual reassignment treatment. No surgical procedures for the purpose of sexual reassignment will be provided to any inmate without approval of the GDMT committee following a finding of medical necessity by the medical director.

      B.    Inmates entering the Department with prior surgical alteration of genitals and/or prescribed hormonal therapy procedures will continue to receive maintenance hormone replacements until their individual case is reviewed and assessed. Treatment with hormonal medications for the purpose of

sexual reassignment treatment may be initiated while incarcerated in the Department as determined to be medically necessary.

C. An inmate receiving hormonal medications as part of an established sexual reassignment treatment regimen under the supervision of a medical doctor at the time of incarceration will be allowed to continue hormonal medications unless medical and mental health staff determines the continuance is contrary to appropriate medical care.

## VII. PROCEDURES:

The intake staff will refer any inmate presenting with symptoms of GD to the GDMT Committee.

1. The committee is comprised of a designee from each of the following: the Medical Director, the Mental Health Administrator, the Medical Administrator, the Deputy Director for Health & Correctional Programs and the Classification Administrator.

2. A specialist in the treatment of gender dysphoria may be consulted on specific cases.

3. The diagnosis of GD will be based on the current DSM criteria and will be assigned and/or approved by a licensed psychiatrist or psychologist. The GDMT committee will:

    a. Review evaluation records of each identified inmate.

    b. Review an individualized treatment plan for each identified inmate consistent with Mental Health Policy No. 1134.00.

    c. Have input in a treatment plans to address medical, mental health, and personal adjustment needs.