# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                                    **PLAINTIFFS**

**v.**                      **Case No. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE, et al.,**                                               **DEFENDANTS**

## NOTICE OF APPEARANCE

James D. Esseks hereby enters an appearance as counsel for Plaintiffs DYLAN BRANDT, by and through his mother, Joanna Brandt; JOANNA BRANDT; SABRINA JENNEN, by and through her parents, Lacey and Aaron Jennen; LACEY JENNEN; AARON JENNEN; BROOKE DENNIS, by and through her parents, Amanda and Shayne Dennis; AMANDA DENNIS; SHAYNE DENNIS; PARKER SAXTON, by and through his father, DONNIE SAXTON; DONNIE SAXTON; MICHELE HUTCHISON, on behalf of herself and her patients; and KATHRYN STAMBOUGH, on behalf of herself and her patients.

I certify that I am admitted to practice before this Court.

Dated: July 16, 2021

                                   Respectfully Submitted,

                                   /s/ JAMES D. ESSEKS

                                   AMERICAN CIVIL LIBERTIES UNION
                                       FOUNDATION, INC.
                                   125 Broad Street
                                   New York, NY 10004
                                   Phone: (917) 495-5745
                                   jesseks@aclu.org