UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 19 2021

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

DYLAN BRANDT, by and through his mother Joanna Brandt, et al.,

Plaintiffs,

v.　　　　No. 4:21-CV-00450-JM

LESLIE RUTLEDGE, in her official capacity as Arkansas Attorney General, et al.,

Defendants.

**MOTION TO PERMIT ALEXANDER BARRETT BOWDRE TO APPEAR AND PRACTICE *PRO HAC VICE***

Pursuant to Rule 83.5(d) of the Local Rules of the Eastern and Western District of Arkansas, undersigned counsel moves the Court to grant admission *pro hac vice* to Alexander Barrett Bowdre to appear and participate in this action as counsel for *amicus curiae* the State of Alabama. Mr. Bowdre is qualified to be admitted before this Court:

1.　　Mr. Bowdre is a resident of Alabama and a member in good standing of the Alabama Bar.

2.　　Mr. Bowdre is over the age of 21, of good moral character, and possesses the requisite qualifications of learning and ability to practice before this Court. Mr. Bowdre has not been the subject of any disciplinary proceeding, investigation, action, or grievance procedure and has not been disbarred or denied admission in any other court in the United States.

3.     In accordance with Local Rule 83.5(d), Mr. Bowdre designates the undersigned movant and member of the Bar of Arkansas and of this Court as counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of this case.

4.     Mr. Bowdre affirms to the Local Rules of the United States District Court for the Eastern District of Arkansas and submits himself to the jurisdiction of this Court in matters of discipline.

WHEREFORE, the undersigned respectfully requests an order granting *pro hac vice* admission to A. Barrett Bowdre and all other appropriate relief.

Dated: July 14, 2021

Seeking pro hac vice admission:

Edmund G. LaCour Jr.
*Solicitor General*

A. Barrett Bowdre
*Deputy Solicitor General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov

*Counsel for State of Alabama*

Respectfully submitted,

/s David Hogue
David Hogue, Ark. Bar No. 98024
HOGUE LEGAL SERVICES
575 B Harkrider Street
Conway, AR 72032
Telephone: (501) 514-0332
dh@hoguelegalservices.com

*Movant and Counsel for amici curiae*