# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYLAN BRANDT, et al.,**

                                                   **PLAINTIFFS,**

v.                    No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE, et al.,**

                                                   **DEFENDANTS.**

## DEFENDANTS' SUPPLEMENTAL EXHIBITS

For the purpose of responding to Plaintiffs' new evidence submitted with their reply, including one entirely new witness (*see* Decl. of Jack Turban, Dkt. No. 51-1; Suppl. Decl. of Deanna Adkins, Dkt. No. 51-2; Suppl. Decl. of Armand H. Matheny Antommaria, Dkt. No. 51-3), Defendants submit the following exhibits:

    30.    **Supplemental Declaration of Stephen B. Levine, M.D.**

    31.    **Supplemental Declaration of Mark Regnerus, Ph.D.**

    32.    **Supplemental Declaration of Paul W. Hruz, M.D., Ph.D.**

    33.    Roberto D'Angelo, et al., "One Size Does Not Fit All: In Support of Psychotherapy for Gender Dysphoria," 50 Archives of Sexual Behavior 7 (2021).

| | |
|---|---|
| Dated:  July 19, 2021 | Respectfully submitted, |
| | |
| | LESLIE RUTLEDGE<br>  Arkansas Attorney General |
| | |
| | NICHOLAS J. BRONNI (2016097)<br>  Arkansas Solicitor General<br>VINCENT M. WAGNER (2019071)<br>  Deputy Solicitor General<br>MICHAEL A. CANTRELL (2012287)<br>  Assistant Solicitor General<br>Ka Tina R. Guest (2003100)<br>  Assistant Attorney General<br>EMILY YU (2020155)<br>  Attorney<br>OFFICE OF THE ARKANSAS<br>  ATTORNEY GENERAL<br>323 Center Street, Suite 200<br>Little Rock, Arkansas  72201<br>(501) 682-2007<br>vincent.wagner@arkansasag.gov |
| | |
| | *Counsel for Defendants* |