# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DYLAN BRANDT, et al.                                                                    PLAINTIFFS

v.                                      NO. 4:21-cv-00450-JM

LESLIE RUTLEDGE, et al.                                                                 DEFENDANTS

## ORDER

The motions to admit counsel *pro hac vice* on behalf of *Amici Curiae* the State of Alabama (Docket Nos. 53, 54) are GRANTED. Alexander Barrett Bowdre and Edmund G. LaCour Jr. are hereby admitted to appear before this Court as co-counsel of record in this action.

IT IS SO ORDERED this 20th day of July, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE