# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DYLAN BRANDT, et al.                                                                                   PLAINTIFFS

v.                                            NO. 4:21-cv-00450-JM

LESLIE RUTLEDGE, et al.                                                                              DEFENDANTS

## ORDER

The motion to admit counsel *pro hac vice* on behalf of *Amici Curiae,* LiveRamp Holdings, Inc., Acxiom LLC, Kinesso, LLC, the Northwest Arkansas Council, the Arkansas State Chamber of Commerce, and the Walton Family Foundation, Inc. (Docket No. 42) is GRANTED. Boris Bershteyn is hereby admitted to appear before this Court as co-counsel of record in this action.

IT IS SO ORDERED this 20th day of July, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE