IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, ET AL**                                                                 **PLAINTIFFS**

V.                                          4:21CV00450 JM

**LESLIE RUTLEDGE, ET AL**                                                              **DEFENDANTS**

## ORDER

For the reasons set forth on the record, Defendants' Motion to Dismiss (ECF No. 17) is DENIED and Plaintiffs' Motion for Preliminary Injunction (ECF No. 11) is GRANTED.

IT IS SO ORDERED this 21st day of July, 2021.

_____
James M. Moody Jr.
United States District Judge