Case: 4:21-cv-00450-JM

SHAYNE DIXON SMITH
ACXIOM CORPORATION
601 EAST THIRD STREET
LITTLE ROCK AR 72201

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 27 2021

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

---

STATES DISTRICT COURT
CLERK'S OFFICE
RD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL AVENUE
SUITE A-149
OCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

LITTLE ROCK AR 720
22 JUL 2021 PM 3 L

neopost
07/19/2021
US POSTAGE
$00.51⁰

FIRST-CLASS MAIL
ZIP 72201
041L11248479

Return to sender

NIXIE        722   DC 1         0007/25/21
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 72201339919   *0255-06159-19-38