# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DYLAN BRANDT**, *et al.*,                                                                                              **PLAINTIFFS**,

v.                                    No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE**, **in her official capacity as**
**the Arkansas Attorney General**, *et al.*,                                                               **DEFENDANTS**.

### DEFENDANTS' MOTION TO RELIEVE COUNSEL

Defendants, for their motion to relieve counsel state:

1. Emily Yu is currently counsel of record for Defendants in this case.

2. Ms. Yu's term of employment with the Arkansas Attorney General's Office ends on Friday, August 20, 2021.

3. As a result, Ms. Yu should be relieved as counsel in this matter.

4. Defendants will continue to be represented by other counsel of record in this matter.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that Emily Yu be relieved as counsel in this matter.

Dated: August 19, 2021

                                                                      Respectfully Submitted,

                                                                      LESLIE RUTLEDGE
                                                                      Arkansas Attorney General

                                                                      EMILY J. YU (2020155)
                                                                      Attorney
                                                                      ARKANSAS ATTORNEY GENERAL'S OFFICE
                                                                      323 Center Street, Suite 200
                                                                      Little Rock, AR 72201
                                                                      Phone:    (501) 682-2007
                                                                      Fax:         (501) 682-8162
                                                                      Emily.Yu@arkansasag.gov

                                                                      *Attorneys for Defendants*