U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date: 8/20/2021

**Caption:** Brandt et al v. Rutledge et al

**Case No.:** 4:21-cv-00450-JM

**Appellant:** Leslie Rutledge, Amy E Embry, Sylvia D Simon, et al.*

**Appellant's Attorney(s):** Michael Cantrell, Nicholas J. Bronni, Ka Tina Rena Guest, et al.*

**Appellees:** Dylan Brandt, Joanna Brandt, Sabrina Jennen, et al.*

**Appellee's Attorney(s):** Alexander S. Holland, Breean Walas, Chase Strangio, et al.*

**Court Reporter(s):** Karen Dellinger

**Name of Person who prepared appeal:** C. Newton

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| N/A | N | N | N |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Retained | N |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** _____

**Where?** _____
**Address of Defendant:** _____

Please list all other defendants in this case if there were multiple defendants:
_____

**Special Comments:** *Please see docket sheet for complete list of parties and counsel.