# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

4:21-cv-00450-JM

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No.      21-2875   Dylan Brandt, et al v. Leslie Rutledge, et al

Date:           August 23, 2021

## APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix
      preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment.
      If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee
      should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at:  www.ca8.uscourts.gov/appeal-preparation-
      information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information .

## GENERAL INFORMATION

 The following filing dates are established for the appeal. The dates will only be extended
upon the filing of a timely motion establishing good cause for an extension of time. An extension
of time automatically extends the filing date for the responding or replying party's brief. Dates
are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and
FRAP 31 for provisions governing filing and service, as well as computing and extending time.

 The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be
found at www.ca8.uscourts.gov/rules-procedures

 The Practitioner's Handbook and the Court's Internal Operating Procedures may also be
found at the same address.

## APPEAL BRIEFING SCHEDULE
## FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . **10 days from service of appellant's designation**

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10/04/2021**
   ( **Karen Dellinger** )

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10/12/2021**
   ( **Appellants Elizabeth Anderson, et al.** )

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10/12/2021**
   ( **Appellants Elizabeth Anderson, et al.** )


Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues**
                                         **the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **21 days from the date the court issues**
                                         **the Notice of Docket Activity filing the brief.**


## ALL BRIEFS AND APPENDICES SHOULD BE
## FILED WITH THE ST. LOUIS OFFICE

## John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, August 23, 2021 2:21 PM |
| **Subject:** | 21-2875 Dylan Brandt, et al v. Leslie Rutledge, et al "Civil Briefing Schedule Set" (4:21-cv-00450-JM) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 08/23/2021

| | |
|---|---|
| **Case Name:** | Dylan Brandt, et al v. Leslie Rutledge, et al |
| **Case Number:** | 21-2875 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS:
Transcript due on or before 10/04/2021. Appendix due 10/12/2021. BRIEF APPELLANT, Elizabeth Anderson, Rhys L. Branman, Robert Breving, Amy E. Embry, Edward Gardner, Rodney Griffin, Betty Guhman, Veryl D. Hodges, Brian T. Hyatt, Timothy C. Paden, Don R. Philips, Leslie Rutledge, William L. Rutledge, John H. Scribner, Sylvia D. Simon and David L. Staggs due 10/12/2021
Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant. [5068239] [21-2875] (Crystal Henderson)

**Notice will be electronically mailed to:**

Mr. Garrard R. Beeney: beeneyg@sullcrom.com, garrard-beeney-2307@ecf.pacerpro.com
Mr. Nicholas J. Bronni: nicholas.bronni@arkansasag.gov
Mr. Michael A. Cantrell, Assistant Solicitor General: Michael.Cantrell@ArkansasAG.gov, cheryl.hall@arkansasag.gov
Ms. Leslie Cooper: lcooper@aclu.org, sgarcia@aclu.org
Ms. Karen Dellinger, Court Reporter: Karen_Dellinger@ared.uscourts.gov, kdell619@yahoo.com
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Sharon Elizabeth Echols: echols@gill-law.com
Mr. James D. Esseks: jesseks@aclu.org
Ms. Sarah Everett: sarah@acluarkansas.org
Ms. KaTina Hodge-Guest, Assistant Attorney General: Katina.Guest@ArkansasAG.gov, katie.wilson@arkansasag.gov, agcivil@arkansasag.gov, johanna.hinkle@arkansasag.gov, gabrielle.mays@arkansasag.gov
Mr. Alexander S. Holland: aholland156@gmail.com
Mr. Peter Drake Mann: mann@gill-law.com, debbye@gill-law.com, docketing@gill-law.com
Mr. Jonathan Joseph Ossip: ossipj@sullcrom.com
Ms. Laura Kabler Oswell: oswelll@sullcrom.com

Mr. Duncan C. Simpson LaGoy: simpsond@sullcrom.com
Mr. Chase Strangio: cstrangio@aclu.org
Mr. Christopher L. Travis: travis@gill-law.com, melissa@gill-law.com
Mr. Vincent M. Wagner: vincent.wagner@arkansasag.gov, cheryl.hall@arkansasag.gov
Ms. Breean Walas: breean@walaslawfirm.com, walaslawfirm@gmail.com


The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:** /opt/ACECF/live/forms/CrystalHenderson_212875_5068239_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/23/2021] [FileNumber=5068239-0]
[73d8bf81543791583e404290448c5e2297f6682dd23d1933672485c5ba50ffa6804fe30e683d24775a27800fe5c32050ec4
bd59acb9600f97ac8826cd4c1a154]]
**Recipients:**

- Mr. Garrard R. Beeney
- Mr. Nicholas J. Bronni
- Mr. Michael A. Cantrell, Assistant Solicitor General
- Ms. Leslie Cooper
- Ms. Karen Dellinger, Court Reporter
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Sharon Elizabeth Echols
- Mr. James D. Esseks
- Ms. Sarah Everett
- Ms. KaTina Hodge-Guest, Assistant Attorney General
- Mr. Alexander S. Holland
- Mr. Peter Drake Mann
- Mr. Jonathan Joseph Ossip
- Ms. Laura Kabler Oswell
- Mr. Duncan C. Simpson LaGoy
- Mr. Chase Strangio
- Mr. Christopher L. Travis
- Mr. Vincent M. Wagner
- Ms. Breean Walas


The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 5068239
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6834128, 6834129