FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 24 2021

TAMMY H. DOWNS, CLERK
By: DEP CLERK

4:21-cv-450-JM

Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT083416
Cashier ID: fjguba
Transaction Date: 08/24/2021
Payer Name: AUDITOR OF STATE OF ARKANSAS

---

NOTICE OF APPEAL/DOCKETING FEE
For: AUDITOR OF STATE OF ARKANSAS
Case/Party: D-ARE-4-21-CV-000450-001
Amount: $505.00

---

CHECK
Check/Money Order Num: 2210074738
Amt Tendered: $505.00

---

Total Due: $505.00
Total Tendered: $505.00
Change Amt: $0.00

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."