# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DYLAN BRANDT, et al.                                                                                          PLAINTIFFS

v.                                             NO. 4:21-cv-00450-JM

LESLIE RUTLEDGE, et al.                                                                                     DEFENDANTS

## ORDER

The motion to admit counsel *pro hac vice* on behalf of Plaintiffs (Docket No. 81) is GRANTED. Brandyn J. Rodgerson is hereby admitted to appear before this Court as co-counsel of record in this action.

IT IS SO ORDERED this 28th day of December, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE