Case: 4:21-cv-00450-JM

SHAYNE DIXON SMITH
ACXIOM CORPORATION
601 EAST THIRD STREET
LITTLE ROCK AR 72201



STATES DISTRICT COURT
CLERK'S OFFICE
RD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

LITTLE ROCK AR 720
4 JAN 2022 PM 5 L

neopost
12/29/2021
US POSTAGE

FIRST-CLASS MAIL
$00.53

ZIP 72201
041L11248479

*Return to*
*Sender*
*Business Moved*

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2022 JAN 13  A 10: 0

TAMMY H DOWNS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 1 3 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

NIXIE      722   DC 1        0001/12/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 72201339919    *0155-05378-29-37

72201>3399