IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                                    **PLAINTIFFS**

**v.**                              Case No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE, et al.,**                                                **DEFENDANTS**

MOTION FOR ORDER TO SHOW CAUSE
and
TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure Rule 45(d)(2)(B)(i) and (g), Plaintiffs move for an order to show cause why Mary Bentley, Alan Clark, Robin Lundstrum, Marcus Richmond, and Jim Wooten (collectively, "Legislators") should not be held in contempt for failing to obey a subpoena duces tecum commanding the production of documents, and compelling each Legislator to produce responsive documents. The *Motion* should be granted for the reasons detailed below, as supported by Plaintiffs' *Brief in Support*:

1.  The Legislators were served on November 8, 2021, with a subpoena duces tecum requesting that the recipient-legislator produce documents and communications, as identified in Appendix A, by 5:00 p.m. on November 22, 2021. *See Exhibit 1* (Bentley Subpoena), *Exhibit 2* (Clark Subpoena), *Exhibit 3* (Lundstrom Subpoena), *Exhibit 4* (Richmond Subpoena), *Exhibit 5* (Wooten Subpoena); *see also Exhibit 6* (proof of service).

1

2. The Legislators objected to complying with the subpoena on three grounds – relevancy, proportionality, and privilege. *Exhibit 7* (Bentley Objections); *Exhibit 8* (Clark Objections); *Exhibit 9* (Lundstrom Objections); *Exhibit 10* (Richmond Objections); *Exhibit 11* (Wooten Objections).

3. After two months of negotiations, the Legislators have refused to produce any documents and are instead standing on their boilerplate objections. *Exhibit 12* (Plaintiffs' December 6, 2021 letter); *Exhibit 13* (Legislators' December 23, 2021 letter); *Exhibit 14* (Plaintiffs' December 27, 2021 letter). None of these objections is proper here, and the Legislators therefore lack an adequate excuse for refusing to comply with the subpoenas.

**WHEREFORE,** Plaintiffs respectfully request the Court find good cause exists to grant the *Motion*, and issue an order to show cause why the Legislators should not be held in contempt for failing to obey a subpoena duces tecum commanding the production of documents, and compelling each Legislator to produce responsive documents, along with attorneys' fees and costs as the Court sees appropriate under the circumstances.

Dated: January 20, 2022                    Respectfully submitted,

*/s/ Leslie Cooper*
Leslie Cooper                              Beth Echols, Ark. Bar No. 2002203
Chase Strangio*                            Christopher Travis, Ark. Bar No. 97093
American Civil Liberties Union             Drake Mann, Ark. Bar No. 87108
Foundation                                 Gill Ragon Owen, P.A.
125 Broad St.                              425 W. Capitol Ave., Suite 3800

New York, NY 10004
Telephone: (917) 345-1742
lcooper@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Little Rock, AR 72201
Telephone: (501) 376-3800
echols@gill-law.com
travis@gill-law.com
mann@gill-law.com
*Attorneys for the Plaintiffs*

Breean Walas, Ark. Bar No. 2006077
Walas Law Firm, PLLC
P.O. Box 4591
Bozeman, MT 59772
Telephone: (501) 246-1067
breean@walaslawfirm.com
*Attorneys for the Plaintiffs*

Sarah Everett, Ark. Bar No. 2017249
Arkansas Civil Liberties Union Foundation, Inc.
904 W. 2nd St.
Little Rock, AR 72201
Telephone: (501) 374-2842
sarah@acluarkansas.org
*Attorneys for the Plaintiffs*

Garrard R. Beeney*
Jonathan J. Ossip*
Alexander S. Holland*
Sullivan & Cromwell LLP
125 Broad St.
New York, NY 10004
Telephone: (212) 558-4000
beeneyg@sullcrom.com
ossipj@sullcrom.com
hollanda@sullcrom.com
*Attorneys for the Plaintiffs*

Laura Kabler Oswell*
Duncan C. Simpson LaGoy*
Sullivan & Cromwell LLP
1870 Embarcadero Rd.
Palo Alto, CA 94303
Telephone: (650) 461-5600
oswell@sullcrom.com
simpsond@sullcrom.com
*Attorneys for the Plaintiffs*

*Admitted pro hac vice

## **CERTIFICATE OF SERVICE**

  I, Breean Walas, affirm that on this January 20, 2022, I have filed the foregoing using the CM/ECF system, which will send notice of such filing to counsel of record for all parties, and I have served Mary Bentley, Alan Clark, Robin Lundstrum, Marcus Richmond, and Jim Wooten by emailing a copy of the same to their counsel, Dylan L. Jacobs, Assistant Solicitor General, Office of Arkansas Attorney General Leslie Rutledge, dylan.jacobs@arkansasag.gov.


            */s/ Breean Walas*
            Breean Walas