# Exhibit 6

## **PROOF OF SERVICE**

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, CA 94303.

On November 8, 2021, I served the following documents:

**Subpoena to Mary Bentley**

**Subpoena to Alan Clark**

**Subpoena to Robin Lundstrum**

**Subpoena to Marcus Richmond**

**Subpoena to Jim Wooten**

on Mary Bentley, Alan Clark, Robin Lundstrum, Marcus Richmond, and Jim Wooten by emailing a true copy thereof as indicated below:

Dylan L. Jacobs

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.3661

Fax: 501.682.2591

dylan.jacobs@arkansasag.gov

and on Defendants in the subject action by emailing a true copy thereof as indicated below:

Nicholas J. Bronni

nicholas.bronni@arkansasag.gov

Vincent M. Wagner

vincent.wagner@arkansasag.gov

Michael A. Cantrell

michael.cantrell@arkansasag.gov

Ka Tina R. Guest

KaTina.Guest@arkansasag.gov

Office of the Arkansas Attorney General

323 Center Street, Suite 200

Little Rock, Arkansas 72201

(501) 682-2007

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 8, 2021, at Palo Alto, California.

*/s/ Duncan Simpson LaGoy*
Duncan Simpson LaGoy