# Exhibit 12

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-650-461-5600
FACSIMILE: 1-650-461-5700
WWW.SULLCROM.COM

*1870 Embarcadero Road*
*Palo Alto, California 94303-3308*

LOS ANGELES • NEW YORK • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

December 6, 2021

<u>Via E-mail</u>

Dylan L. Jacobs,
    Assistant Solicitor General
        323 Center Street, Suite 200,
            Little Rock, AR 72201.

        Re:    <u>*Brandt* v. *Rutledge*, Case No. 4:21-cv-450 JM</u>

Dear Dylan:

        I write on behalf of Plaintiffs to discuss the issues raised during the November 30, 2021 meet and confer regarding the subpoenas, dated November 8, 2021 (the "Subpoenas"), served on Representative Mary Bentley, Senator Alan Clark, Representative Robin Lundstrum, Representative Marcus Richmond and Representative Jim Wooten (the "Legislators").

        During our meet and confer, we agreed that, subject to agreement on search terms, the Legislators would search for and produce documents responsive to the document requests contained in the Subpoenas (the "Requests").  Attached as Appendix A is a list of search terms.  Plaintiffs request that the Legislators run these terms and review any resulting documents for responsiveness to the Requests.  To the extent the Legislators believe any terms are returning an unreasonably high number of non-responsive documents, please provide a report that lists the number of hits for each search term.  Plaintiffs request that the Legislators run these search terms and confirm they will review the results for documents responsive to the requests in the Subpoenas, or provide hit counts, no later than December 20, 2021.

        We further agreed that you would provide a log listing each document withheld on the basis of attorney-client privilege, attorney work product protection, or legislative privilege.  Lastly, during the call you indicated that you expected to withdraw the Legislators' objection that the Requests sought irrelevant documents, but that you were unable to confirm this on the call.  We request that you confirm that the Legislators will not withhold production of any documents responsive to the Requests based on the incorrect objection that the Requests seek documents that are not relevant to any party's claim or defense.

Dylan L. Jacobs -2-

We look forward to your prompt response.

Sincerely,

*/s/ Duncan Simpson LaGoy*

Duncan Simpson LaGoy

## Appendix A

| | |
|---|---|
| 626 | experimental |
| 1570 | facial w/10 feminization |
| 2196 | gallstones |
| "American Psychiatric Association" | gender |
| "Coronary artery" | gender /s affirm! |
| "Family Council" | genital! |
| "liver dysfunction" | gluteal w/10 augmentation |
| "transgender laws" | gonadotropin |
| 20-9-1501 | hair w/10 reconstruction |
| 20-9-1502 | heritage |
| 20-9-1503 | hiatt |
| 20-9-1504 | hormone! |
| 23-79-164 | hypertension |
| adf | hypertriglyceridemia |
| adolescen! | hysterectomy |
| affirm! | infertil! |
| alliance w/10 freedom | intersex |
| androgens | lgbt |
| biological w/10 (sex OR female! OR male!) | LGBT /s agenda |
| burleigh | lipofilling |
| cancer w/10 (breast OR uterine) | liposuction |
| cerebrovascular | undstrum |
| cholelithiasis | macroprolactinoma |
| chromosome! | mammoplasty |
| clark | mastectomy |
| clitoroplasty | metoidioplasty |
| cross w/10 sex | minor! |
| desist! | nonconforming |
| endocrin! | nongenital |
| erythrocytosis | oophorectomy |
| estrogen | orchiectomy |

pectoral w/10 implants

penectomy

Perry

persistence

phalloplasty

pronoun

prostheses w/10 (erection OR testicular)

puberty

queer /s agenda

reassign!

referral w/10 (unprofessional OR discipline OR enforce!)

reproduc!

safe w/10 Act

save w/10 adolesc!

scrotoplasty

sex

steril!

suicid!

testosterone

thromboembolic

thyroid w/10 cartilage

trans!

urethra

vaginectomy

vaginoplasty

voice w/10 surgery

vulvoplasty

watchful w/10 wait!

world w/10 prof!

wpath