## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYLAN BRANDT**, *et al.*,

                                                                   **PLAINTIFFS,**

**v.**                      **No. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE**, *et al.*,

                                                                   **DEFENDANTS.**

### NOTICE OF APPEARANCE

I, Dylan L. Jacobs, Assistant Solicitor General, enter my appearance as counsel for Respondents Mary Bentley, Alan Clark, Robin Lundstrum, Marcus Richmond, and Jim Wooten (collectively "Legislators") in this matter and request that I be included on all future service and correspondence. I certify that I am admitted to practice in this Court.

Dated: January 31, 2022                    Respectfully submitted,

                                                    LESLIE RUTLEDGE
                                                      Arkansas Attorney General

                                                    DYLAN L. JACOBS (2016167)
                                                      Assistant Solicitor General
                                                    OFFICE OF THE ARKANSAS
                                                      ATTORNEY GENERAL
                                                     323 Center Street, Suite 200
                                                     Little Rock, Arkansas 72201
                                                     (501) 682-3661
                                                     Dylan.Jacobs@arkansasag.gov

                                                   *Counsel for Legislators*