# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYLAN BRANDT**, *et al.*,

                                  **PLAINTIFFS**,

**v.**                **No. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE**, *et al.*,

                                  **DEFENDANTS.**

### LEGISLATORS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR ORDER TO SHOW CAUSE AND TO COMPEL PRODUCTION OF DOCUMENTS

Respondents Mary Bentley, Alan Clark, Robin Lundstrum, Marcus Richmond, and Jim Wooten (collectively "Legislators") respectfully submit this unopposed Motion for an extension of the deadline to file their response to Plaintiffs' Motion for Order to Show Cause and to Compel Production of Documents (Doc. 84). Respondents request that deadline be extended by 14 days, from February 3, 2022 to February 17, and Plaintiffs do not oppose that requested extension.

1. On January 20, 2022, Plaintiffs filed their Motion for Order to Show Cause and to Compel Production of Documents (Doc. 84). Under the Local Rules, Respondents have until February 3, 2022, to respond. *See* L.R. 7.2(b).

2. An extension of that deadline is warranted due to the Legislators' counsel's other professional obligations. In particular, the undersigned counsel is involved in an expedited preliminary-injunction hearing in an election matter originally scheduled for January 27, 2022, but that has been postponed (due to members of the judge's household contracting COVID) until tomorrow, February 1, with no set end date. That matter has involved multiple filings in the pre-

ceding weeks, including a hearing on an emergency motion to quash last week and another emergency filing being prepared by tomorrow. It is also likely that there will be additional expedited/emergency filings following this week's preliminary-injunction hearing.

3. Counsel for the Legislators has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the requested extension.

4. Therefore, the Legislators respectfully request that the deadline to respond to Plaintiffs' Motion for Order to Show Cause and to Compel Production of Documents be extended to February 17, 2022.

Dated:  January 31, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　LESLIE RUTLEDGE
　　　　　　　　　　　　　　　　　　　　　　 Arkansas Attorney General

　　　　　　　　　　　　　　　　　　　　　DYLAN L. JACOBS (2016167)
　　　　　　　　　　　　　　　　　　　　　　 Assistant Solicitor General
　　　　　　　　　　　　　　　　　　　　　OFFICE OF THE ARKANSAS
　　　　　　　　　　　　　　　　　　　　　　 ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　　323 Center Street, Suite 200
　　　　　　　　　　　　　　　　　　　　　Little Rock, Arkansas  72201
　　　　　　　　　　　　　　　　　　　　　(501) 682-3661
　　　　　　　　　　　　　　　　　　　　　Dylan.Jacobs@arkansasag.gov

　　　　　　　　　　　　　　　　　　　　　*Counsel for Legislators*