# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                                                 **PLAINTIFFS**

**v.**                              **CASE NO. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE, et al.,**                                            **DEFENDANTS**

## MOTION TO WITHDRAW

Senior Assistant Attorney General Kat Hodge moves the Court to withdraw her appearance as counsel on behalf of the Defendants:

1. Senior Assistant Attorney General Kat Hodge previously entered her appearance in this matter. But due to increasing deadlines and professional responsibilities in other actions, she is no longer assigned to this case.

2. As such, the undersigned respectfully requests that she be removed as counsel for the Defendants.

3. Defendants are still represented by the other counsel of record and will suffer no prejudice by the Court granting this motion.

WHEREFORE, Undersigned respectfully requests the Court grant the instant motion and relieve her as Counsel of Record for Defendants in this case.

                                             Respectfully submitted,

                                             LESLIE RUTLEDGE
                                             Attorney General

                             By:    Kat Hodge
                                  Kat Hodge

Ark Bar No. 2003100
Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 682-1307
Fax:     (501) 682-2591
Email:  KaTina.Guest@ArkansasAG.gov

*Attorneys for Defendants*