IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, et al.,**

                                                                                                                **PLAINTIFFS,**

v.                                    No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE, et al.,**

                                                                                                              **DEFENDANTS.**

### MOTION OF VINCENT M. WAGNER TO WITHDRAW AS COUNSEL

Vincent M. Wagner requests leave to withdraw as counsel for Defendants in this case, because his employment with the Arkansas Attorney General's office is ending. Other members of the Attorney General's office will continue representing Defendants.

Therefore, Mr. Wagner respectfully asks the Court to grant this motion for leave to withdraw as counsel.

Dated: February 14, 2022                            Respectfully submitted,

                                                                       VINCENT M. WAGNER (2019071)
                                                                          Deputy Solicitor General
                                                                       OFFICE OF THE ARKANSAS
                                                                           ATTORNEY GENERAL
                                                                       323 Center Street, Suite 200
                                                                       Little Rock, Arkansas 72201
                                                                       (501) 682-2007
                                                                       vincent.wagner@arkansasag.gov

                                                                       *Counsel for Defendants*