# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DYLAN BRANDT, by and through his mother,**                  **PLAINTIFFS**
**Joanna Brandt, et al.**

v.              No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE, in her official capacity as**          **DEFENDANTS**
**the Arkansas Attorney General, et al.**

## STIPULATION AND PROPOSED REVISED SCHEDULING ORDER

The parties, by and through their counsel, respectfully submit the following Stipulation:

WHEREAS, this Court granted Plaintiffs' Motion for Scheduling Order on September 30, 2021, which set the deadline for the close of fact discovery as December 17, 2021, the close of expert discovery as March 31, 2022, and the trial for the week of July 25, 2022.

WHEREAS, on November 16, 2021, Defendants filed an unopposed Motion for Revised Discovery Deadline seeking to extend the fact discovery deadline to February 25, 2022.

WHEREAS, the Court granted Defendants' motion on November 17, 2021, extending fact discovery until February 25, 2022.

WHEREAS, on February 15, 2022 counsel to both parties conferred regarding outstanding discovery matters. The parties agree that additional time is needed to complete fact discovery and expert discovery.

NOW, THEREFORE, the parties, by and through their counsel, hereby stipulate and agree to an extension for the close of fact discovery and expert discovery to May 26, 2022, and to a revised schedule necessitated by this extension.

The parties submit a proposed revised scheduling order reflecting May 26, 2022 as the close of all discovery and setting trial for the week of September 12, 2022.

| | |
|---|---|
| Dated:  February 23, 2022 | Respectfully submitted, |
| /s/ Leslie Cooper | |
| Leslie Cooper | Beth Echols, Ark. Bar No. 2002203 |
| Chase Strangio* | Christopher Travis, Ark. Bar No. 97093 |
| American Civil Liberties Union Foundation | Drake Mann, Ark. Bar No. 87108 |
| | Gill Ragon Owen, P.A. |
| 125 Broad St. | 425 W. Capitol Avenue, Suite 3800 |
| New York, NY 10004 | Little Rock, AR 72201 |
| Telephone:  (917) 345-1742 | Telephone:  (501) 376-3800 |
| lcooper@aclu.org | echols@gill-law.com |
| cstrangio@aclu.org | travis@gill-law.com |
| *Attorneys for the Plaintiffs* | mann@gill-law.com |
| | *On behalf of the Arkansas Civil Liberties Union Foundation, Inc.* |
| | *Attorneys for the Plaintiffs* |
| Breean Walas, Ark. Bar No. 2006077 | Gary L. Sullivan, Ark. Bar No. 92051 |
| Walas Law Firm, PLLC | Sarah Everett, Ark. Bar No. 2017249 |

P.O. Box 4591  
Bozeman, MT 59772  
Telephone: (501) 246-1067  
breean@walaslawfirm.com  
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*  
*Attorneys for the Plaintiffs*

Arkansas Civil Liberties Union Foundation, Inc.  
904 W. 2nd Street  
Little Rock, AR 72201  
Telephone: (501) 374-2842  
Gary@acluarkansas.org  
sarah@acluarkansas.org  
*Attorneys for the Plaintiffs*

Garrard R. Beeney*  
Jonathan J. Ossip*  
Alexander S. Holland*  
Sullivan & Cromwell LLP  
125 Broad Street  
New York, NY 10004  
Telephone: (212) 558-4000  
beeneyg@sullcrom.com  
ossipj@sullcrom.com  
hollanda@sullcrom.com  
*Attorneys for the Plaintiffs*

Laura Kabler Oswell*  
Duncan C. Simpson LaGoy*  
Sullivan & Cromwell LLP  
1870 Embarcadero Road  
Palo Alto, CA 94303  
Telephone: (650) 461-5600  
oswell@sullcrom.com  
simpsond@sullcrom.com  
*Attorneys for the Plaintiffs*

*\*Admitted pro hac vice*

<u>/s/ Michael A. Cantrell</u>  
LESLIE RUTLEDGE  
   Arkansas Attorney General

NICHOLAS J. BRONNI (2016097)  
   Arkansas Solicitor General  
MICHAEL A. CANTRELL (2012287)  
   Assistant Solicitor General  
OFFICE OF THE ARKANSAS ATTORNEY GENERAL  
323 Center Street, Suite 200  
Little Rock, Arkansas 72201  
(501) 682-8090  
michael.cantrell@arkansasag.gov  
*Counsel for Defendants*

**IT IS SO ORDERED.**

_____

Hon. James M. Moody, Jr.
United States District Judge