**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 25 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

SHAYNE DIXON SMITH
ACXIOM CORPORATION
601 EAST THIRD STREET
LITTLE ROCK AR 72201

---

STATES DISTRICT COURT
CLERK'S OFFICE
RD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL AVENUE
SUITE A-149
OCK, ARKANSAS 72201-3325
OFFICIAL BUSINESS

LITTLE ROCK AR 720
19 FEB 2022 PM 4 L

neopost
02/15/2022
US POSTAGE $00.53⁰

FIRST-CLASS MAIL

ZIP 72201
041L11248479

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2022 FEB 25 A 11:16

**Return to Sender**