IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, ET AL**                                                           **PLAINTIFFS**

V.                                        4:21CV00450 JM

**LESLIE RUTLEDGE, ET AL**                                                        **DEFENDANTS**

**ORDER**

Plaintiffs' Motion for Order to Show Cause and to Compel Production of Documents (ECF No. 84) is GRANTED in part and DENIED in part. The Legislators' objections to Plaintiffs' subpoena duces tecum are overruled. The Legislators are directed to file a privilege log with the Court within ten (10) days of this Order.

The Court grants the parties' Stipulation and Proposed Scheduling Order except for the proposed trial date which will be scheduled to begin the week of October 17, 2022. A new scheduling order will follow.

IT IS SO ORDERED this 28th day of February, 2022.

_____
James M. Moody Jr.
United States District Judge