# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                                       **PLAINTIFFS**

v.                          **CASE NO. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE, et al.,**                                                    **DEFENDANTS**

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Rule 37(a)(3)(B)(iv) of the Federal Rules of Civil Procedure, Plaintiffs hereby move to compel Defendants to produce responsive documents from the records of Defendant-Attorney General Leslie Rutledge.. This *Motion* should be granted for the reasons detailed below, as supported by Plaintiffs' *Brief in Support*:

1. Defendants were served on October 18, 2021, with Plaintiffs' First Set of Requests for Production, requesting that Defendants produce "all documents and communications concerning the Health Care Ban" and that they produce "all documents and communications concerning gender dysphoria, gender transition, gender transition procedures, transgender people, and medical policies and guidelines related to the treatment of gender dysphoria." *Exhibit 1* (Plaintiffs' First Requests for Production). Shortly after Defendants' responded and voiced objections to Plaintiffs' discovery requests, Plaintiffs began good faith negotiations to secure the production of relevant documents, including providing search terms to

Defendants to utilize in identifying relevant documents within Attorney General Rutledge's emails. *Exhibit 2* (Defendants' Responses to Plaintiffs' First Requests for Production); *Exhibit 3* (DEF0001-0008); *Exhibit 4* (December 6, 2021 letter from D. Simpson LaGoy to K. Guest). Despite three months of Plaintiffs' extensive efforts, Defendants have only produced 158 pages of documents, *Exhibit 3* (DEF0001-0008); *Exhibit 6* (DEF009-00157), and have informed Plaintiffs that they are withholding approximately 4,500 documents on the grounds that they are irrelevant in this case, *Exhibit* 5 (January 10, 2022 email from K. Guest to D. Simpson LaGoy); *Exhibit 7* (January 21, 2022 Privilege Log); *Exhibit 8* (January 21, 2022 Letter from K. Guest to D. Simpson LaGoy); *Exhibit 9 (*January 31, 2022 Letter from D. Simpson LaGoy to K. Guest); *Exhibit 10* (February 1, 2022 Letter from K. Guest to D. Simpson LaGoy).

3. The Court's intervention is required to compel the production of undoubtedly relevant documents to this case that are not subject to any valid objection. To date, Defendants have failed to produce relevant documents from the custodial files of the Attorney General's Office. Defendants have not revealed the full extent of the emails they are withholding, nor have they stated whether any of these documents are related to the Health Care Ban. Given that Attorney General Rutledge has made anti-trans efforts like the Health Care Ban a major part of her agenda, it is unlikely that only a handful of emails in the Office's possession are

related to those efforts. Furthermore, emails about any topics involving transgender individuals are undoubtedly relevant to Plaintiffs' claims.

**WHEREFORE,** Plaintiffs respectfully request the Court find good cause to grant the *Motion*, and issue an order to compel Defendants to produce relevant documents responsive to the Plaintiffs' First Requests for Production, along with attorneys' fees and costs as the Court sees appropriate under the circumstances.

Dated:  March 7th, 2022

*/s/ Leslie Cooper*
Leslie Cooper
Chase Strangio*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Telephone:  (917) 345-1742
lcooper@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Beth Echols, Ark. Bar No. 2002203
Christopher Travis, Ark. Bar No. 97093
Drake Mann, Ark. Bar No. 87108
Gill Ragon Owen, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, AR 72201
Telephone:  (501) 376-3800
echols@gill-law.com
travis@gill-law.com
mann@gill-law.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Breean Walas, Ark. Bar No. 2006077
Walas Law Firm, PLLC
P.O. Box 4591
Bozeman, MT 59772
Telephone:  (501) 246-1067
breean@walaslawfirm.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Sarah Everett, Ark. Bar No. 2017249
Arkansas Civil Liberties Union Foundation, Inc.
904 W. 2nd Street
Little Rock, AR 72201
Telephone:  (501) 374-2842
sarah@acluarkansas.org
*Attorneys for the Plaintiffs*

<div style="display: flex;">

Garrard R. Beeney*  
Jonathan J. Ossip*  
Alexander S. Holland*  
Sullivan & Cromwell LLP  
125 Broad Street  
New York, NY 10004  
Telephone:  (212) 558-4000  
beeneyg@sullcrom.com  
ossipj@sullcrom.com  
hollanda@sullcrom.com  
*Attorneys for the Plaintiffs*

Laura Kabler Oswell*  
Duncan C. Simpson LaGoy*  
Sullivan & Cromwell LLP  
1870 Embarcadero Road  
Palo Alto, CA 94303  
Telephone:  (650) 461-5600  
oswell@sullcrom.com  
simpsond@sullcrom.com  
*Attorneys for the Plaintiffs*

</div>

*Admitted pro hac vice