# Exhibit 3

11/17/21, 2:13 PM    Rutledge Issues Statement on Experimental Procedures for Transgender Children – Arkansas Attorney General

Case 4:21-cv-00450-JM    Document 100-3    Filed 03/07/22    Page 2 of 9



(https://arkansasag.gov)

SEARCH 🔍

# NEWS RELEASES

# RUTLEDGE ISSUES STATEMENT ON EXPERIMENTAL PROCEDURES FOR TRANSGENDER CHILDREN

📅 **JULY 21, 2021**

*Says, 'we cannot allow children as young as 9 years old to receive experimental procedures that have irreversible, physical consequences'*

**LITTLE ROCK –** Arkansas Attorney General Leslie Rutledge issued a statement following the federal district court's ruling preliminarily enjoining the Save Adolescents from Experimental (SAFE) Act.

"This evidence based law was created because we cannot allow children as young as 9 years old to receive experimental procedures that have irreversible, physical consequences," said Attorney General Rutledge. "I will aggressively defend Arkansas's law which strongly limits permanent, life-

(HTTPS://ARKANSASAG.GOV/RESOURCES/CONTACT-US/)

SIGN UP FOR ATTORNEY GENERAL ALERTS
(HTTPS://ARKANSASAG.GOV/NEWS-EVENTS/SIGN-UP-FOR-ALERTS/)    (HTTPS://ARKAI

DEF0001

11/17/21, 2:13 PM
Rutledge Issues Statement on Experimental Procedures for Transgender Children – Arkansas Attorney General
Case 4:21-cv-00450-JM Document 100-3 Filed 03/07/22 Page 3 of 9

altering sex changes to adolescents. I will not sit idly by while radical groups such as the ACLU use our children as pawns for their own social agenda. As the Attorney General of Arkansas, I will be appealing today's decision."





PUBLIC SAFETY (HTTPS://ARKANSASAG.GOV/PUBLIC-SAFETY/)
(https://arkansasag.gov/public-safety/)



ARKANSAS'S LAWYER (HTTPS://ARKANSASAG.GOV/ARKANSASS-LAWYER/)
(https://arkansasag.gov/arkansass-lawyer/)

323 CENTER STREET, SUITE 200

CONTACT US (HTTPS://ARKANSASAG.GOV/RESOURCES/CONTACT-US/)

LITTLE ROCK, ARKANSAS 72201

SIGN UP FOR ATTORNEY GENERAL ALERTS
(HTTPS://ARKANSASAG.GOV/NEWS-EVENTS/SIGN-UP-FOR-ALERTS/)
(501) 682-2007 (TEL:(501) 682-2007)

(HTTPS://ARKA

DEF0002

11/17/21, 2:13 PM    Rutledge Issues Statement on Experimental Procedures for Transgender Children – Arkansas Attorney General

Case 4:21-cv-00450-JM   Document 100-3   Filed 03/07/22   Page 4 of 9

(800) 482-8982 (TEL:(800) 482-8982)

OAG@ARKANSASAG.GOV (MAILTO:OAG@ARKANSASAG.GOV)

©2021 Arkansas Attorney General | Privacy Policy (/privacy-policy/)

CONTACT US
(HTTPS://ARKANSASAG.GOV/RESOURCES/CONTACT-US/)

SIGN UP FOR ATTORNEY GENERAL ALERTS
(HTTPS://ARKANSASAG.GOV/NEWS-EVENTS/SIGN-UP-FOR-ALERTS/)

(HTTPS://ARKA

DEF0003

https://arkansasag.gov/news_releases/rutledge-issues-statement-on-experimental-procedures-for-transgender-children/    3/3

11/17/21, 2:13 PM — Rutledge Issues Statement on Experimental Procedures for Transgender Children – Arkansas Attorney General

Case 4:21-cv-00450-JM Document 100-3 Filed 03/07/22 Page 5 of 9

# RUTLEDGE ISSUES STATEMENT ON EXPERIMENTAL PROCEDURES FOR TRANSGENDER CHILDREN

## JULY 21, 2021

*Says, 'we cannot allow children as young as 9 years old to receive experimental procedures that have irreversible, physical consequences'*

**LITTLE ROCK –** Arkansas Attorney General Leslie Rutledge issued a statement following the federal district court's ruling preliminarily enjoining the Save Adolescents from Experimental (SAFE) Act.

"This evidence based law was created because we cannot allow children as young as 9 years old to receive experimental procedures that have irreversible, physical consequences," said Attorney General Rutledge. "I will aggressively defend Arkansas's law which strongly limits permanent, life-altering sex changes to adolescents. I will not sit idly by while radical groups such as the ACLU use our children as pawns for their own social agenda. As the Attorney General of Arkansas, I will be appealing today's decision."

11/17/21, 2:13 PM — Attorney General Rutledge Leads Multistate Brief Supporting Miss United States of America – Arkansas Attorney General

Case 4:21-cv-00450-JM   Document 100-3   Filed 03/07/22   Page 6 of 9

# ATTORNEY GENERAL RUTLEDGE LEADS MULTISTATE BRIEF SUPPORTING MISS UNITED STATES OF AMERICA

## NOVEMBER 1, 2021

*Says, 'Simply not right that women have fought for decades to have equal opportunities and now women are being forced to compete against biological men in exclusively female activities'*

**LITTLE ROCK** – Arkansas Attorney General Rutledge leads a 12-multistate amicus brief defending Miss United States of America's right to produce a pageant that expresses its view of women's empowerment. The brief seeks to uphold the pageant's First Amendment right to require that contestants be biological females against a claim brought by an "openly transgender" individual.

"It's simply not right that women have fought for decades to have equal opportunities and now women are being forced to compete against biological men in exclusively female activities," said Arkansas Attorney General Rutledge. "Pageants that promote female empowerment are a constitutional right and should be exclusively for women."

Attorney General Rutledge has been a fierce advocate for women's rights in Arkansas by ensuring that female athletes in Arkansas have equal opportunity to compete in exclusively female sports. Her leadership in the crafting and passage of the Gender Integrity Reinforcement Legislation for Sports (GIRLS) Act is just the most recent example of her protecting Arkansas's young women.

In addition to Rutledge's leadership on the brief it was signed on to by attorneys general from Alabama, Arizona, Idaho,

DEF0005

# ICYMI: WHY ARKANSAS' GIRLS ACT LEVELS THE PLAYING FIELD

MARCH 23, 2021

## REAL CLEAR POLITICS

Why Arkansas' GIRLS Act Levels the Playing Field
**Real Clear Politics**
By: Arkansas Attorney General Leslie Rutledge
March 20, 2021

**LITTLE ROCK** – This weekend, an op-ed written by Arkansas Attorney General Leslie Rutledge appeared in *Real Clear Politics*. The piece detailed Rutledge's leadership protecting young Arkansans by proposing the GIRLS Act and challenging President Biden's effort to dismantle equity for females in girls' sports.

"I was robbed," cries out your daughter as she sits silently and watches her classmate take her position on the starting line. You agree. But, unfortunately, you have no words to comfort your daughter in her time of need. As parents, we tell our children if you work hard, you can achieve whatever you set your mind to; however, you never prepared your daughter for a situation of this caliber.

Unfortunately, this is a stark reality for some parents across the nation where, in states such as Connecticut, transgender boys are allowed to compete against biological girls in sporting events.

How do you explain to a 15-year-old that all of the late nights and early mornings training and perfecting technique were for nothing? Because the truth of the matter is, it isn‚Äôt your daughter‚Äôs lack of ability holding her back but rather a physiological difference that makes it nearly impossible for her to be able to compete against someone who was a biological male at birth.

As a mother of a precious 2-and-a-half-year old girl, I want my daughter to not only have the opportunity to compete in sports, but also to succeed. As attorney general, and on behalf of my daughter and all of our young female athletes in the great state of Arkansas, I hereby challenge President Biden's Executive Order 13988 in the state of Arkansas with The GIRLS Act: Gender Integrity Reinforcement Legislation for Sports.

DEF0006

The GIRLS Act will provide equity for females in girls' sports. Under this legislation, all schools will be required to monitor and enforce its athletes competing in the proper athletic event based on the sex assignment found on their birth certificate. The proposed bill allows anyone who is deprived of athletic opportunities to seek a court order stopping the violation along with damages and attorney's fees in a lawsuit against any Arkansas school that violates the legislation.

We in the state of Arkansas are simply asking that biological boys compete against one another in physical competitions. This ensures equity for all — boys, girls, and individuals who identify as transgender.

President Biden's executive order "Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation" stipulates that "all persons should receive equal treatment under the law, no matter their gender identity or sexual orientation." But shouldn't that same standard apply to biological females?

Title IX was established to protect against sex-based discrimination, yet President Biden's executive order blatantly affects biological females and their ability to succeed. There are enough societal barriers for girls to overcome without the federal government unjustly implementing more to their detriment.

For 49 years, Title IX has worked to level the playing field for young girls looking to participate in athletics. One of President Biden's first moves was an executive order setting these rights back potentially decades.

Sports in particular have been proven to improve self-esteem in girls during adolescence, decrease their chance of developing depression, as well as provide opportunities for them to succeed later in life through scholarships and academic achievement in college. Values like teamwork, leadership, and perseverance are instilled at a young age, and continue on with our female athletes well into the rest of their lives.

In a world where females are already at a societal disadvantage, we should be championing their rights as young athletes. The GIRLS Act not only challenges President Biden's executive order, it ensures that our female athletes and their right to compete in sports in a non-biased manner is enforced. My little girl, and yours, deserve to be represented and they deserve equal opportunities to succeed in all areas of life, including athletics.

DEF0007

# ATTORNEY GENERAL RUTLEDGE PROPOSES THE GIRLS ACT

## FEBRUARY 22, 2021

*Rutledge introduces 'Gender Integrity Reinforcement Legislation for Sports Act'*

**LITTLE ROCK** – Arkansas Attorney General Leslie Rutledge today proposed legislation to ensure equity in women's sports in the State. The draft legislation is titled "The GIRLS Act" (Gender Integrity Reinforcement Legislation for Sports Act) and seeks to protect access to athletic opportunities for girls and women in K-12 and post-secondary institutions. If passed, it would ensure fair competition by limiting girls' sports to girls and women's sports to women in as evidenced by an original birth certificate.

"As a mom of a two-and-a-half year old girl, and having grown up playing a number of sports, I know first-hand the benefit that sports has on developing self-discipline, confidence, teamwork and leadership," said Attorney General Rutledge. "This proposed legislation would make sure that young women in Arkansas can compete on a level playing field—no matter what sport they choose."

During his first days in office, President Biden signed Executive Order 13988, entitled Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation. By signing this executive action, the Biden Administration signaled that it intends to require schools to allow biological boys who self-identify as girls onto girls' sports teams.

By creating protected space for girls and women's sports, the legislation proposed by Rutledge's office provides opportunities for girls and women to demonstrate their skill, strength and athletic abilities while also providing them with opportunities to obtain recognition, accolades, college scholarships and the many other long-term benefits that flow from athletic achievement.

The proposed bill allows anyone who, as a result of a violation of the legislation, is deprived of athletic opportunities or suffers any other harm to seek a court order stopping the violation along with damages and attorney's fees in a lawsuit against any Arkansas school that violates the legislation.

The lead sponsors of the bill are Senator Missy Irvin of Mountain View and Representative DeAnn Vaught of Horatio.