# Exhibit 5

# Garcia, Ericka B.

| | |
|---|---|
| **From:** | Ka Tina Guest <KaTina.Guest@arkansasag.gov> |
| **Sent:** | Monday, January 10, 2022 3:52 PM |
| **To:** | Simpson LaGoy, Duncan C. |
| **Cc:** | zzExt-LCOOPER; zzExt-cstrangio; zzExt-echols; zzExt-travis; zzExt-mann; zzExt-breean; Beeney, Garrard R.; Ossip, Jonathan J.; Holland, Alexander S.; Oswell, Laura Kabler; Michael Cantrell; Vincent Wagner; Nicholas Bronni; Lisa Wiedower; zzExt-Sarah |
| **Subject:** | [EXTERNAL] Brandt v. Attorney General Leslie Rutledge, in her official capacity, Case No. 4:21cv450 |
| **Attachments:** | DOC011022.pdf |

Duncan:

I hope you had a pleasant holiday and that your new year is off to a great start.

I have received your December 6, 2021 correspondence concerning the Defendants' responses to Plaintiffs' First Set of Request for Production of Documents. At the outset, I disagree with several statements made in the correspondence. Nevertheless, below please find additional information concerning Defendants' inquiry for records in this matter.

As a preliminary matter, Plaintiffs originally propounded eight Requests for Production of Documents, extremely broad in scope. In response, Defendants provided objections, including, for example, challenges to relevancy, breadth and also asserted privilege, pursuant to FRCP 26.

On December 6, 2021, Plaintiffs provided, for the first time, search terms and requested a search of the Defendants' emails using the requested search terms. Defendants have run a query for the search terms provided in Plaintiffs' December 6, 2021 correspondence for Attorney General Rutledge and the Medical Board Defendants' email addresses. Like Plaintiffs' initial Request for Production of Documents, the search terms are extremely overbroad. For example, the search term "trans*" generated wholly irrelevant documents, including for example emails related to the "transfer" of employees, and would encompass terms, such as "transfer", "transportation", and "translate."

Indeed, the initial query of the Medical Board Defendants' emails generated approximately 33 GB of data. The estimated number of results is 317,822. In response to your request for the "hit list," enclosed is the list for the Medical Board Defendants query. As you can see, the query for "trans*" resulted in 293,452 items. The query for "minor*" resulted in 12,102 items.
Unfortunately, the Attorney General's technology department is unable to provide a similar "hit list" for all search terms. I understand that the "trans*" query accounts for approximately 75% of the results for Attorney General Rutledge's emails. Further, the initial query returned approximately 4,500 emails. Of those, 3,388 are related to the "trans*" query. In a good faith effort to comply with the discovery, staff have begun reviewing several thousand emails over the holiday break. Many of those emails are simply irrelevant to this cause of action.

I suggest modifying the search terms to a more manageable inquiry, particularly the wildcard terms.

As you know, I did not return to the office until January 5, 2022. I am presently preparing for an 8th Circuit oral argument, which is scheduled for January 13, 2022, much of the day tomorrow. Our office is experience some staffing shortages, due to the Covid surge. But, I am happy to visit with you further on late Wednesday afternoon

1

or late Thursday afternoon, following my argument, to develop a workable plan for discovery in this matter.  If those dates do not work, I can be available next week for a follow up conference concerning discovery.

      Many thanks in advance,

kat

**Ka Tina R. Hodge**
Senior Assistant Attorney General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Office: 501.682.1307 | Fax: 501.682.2591
Katina.Guest@arkansasag.gov | ArkansasAG.gov [arkansasag.gov]

[facebook.com]  [twitter.com]  [youtube.com]  [instagram.com]  [pinterest.com]  [snapchat.com]

**\*\*This is an external message from: KaTina.Guest@arkansasag.gov \*\***

501-603-3559

---

Sent: Friday, December 17, 2021 10:29 AM
Subject: Brandt v Rutledge Full Final 2-12/17/2021 10:25:46 AM

The search 'Brandt v Rutledge Full Final 2' has 'Search partially succeeded'.

    Percent Complete:    100%
    Started by:    Chance Pagan
    Stopped by:    N/A
    Start Time:    12/17/2021 10:25:46 AM
    End Time:    12/17/2021 2:40:00 PM
    Size: 33.44 GB (35,902,032,072 bytes), Estimated size was: 51.85 GB (55,668,570,443 bytes)
    Items: 242763, Estimated number of items was: 317822 (Estimates don't exclude duplicates)
    Results:    asmb\DiscoverySearchMailbox {D919BA05-46A6-415f-80AD-7E09334BB852}
    Errors: An error occurred when searching Script Reporting. The message is 'Cannot open mailbox /o=Arkansas State Medical Board/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Configuration/cn=Servers/cn=ASMB2475/cn=Microsoft System Attendant.'.
    Keyword Hits:

| Keyword | Hits | Mailboxes |
|---|---|---|
| trans* | 293452 | 51 |
| minor* | 12102 | 39 |
| clark | 7143 | 40 |
| 1570 | 4283 | 30 |
| (626) | 3821 | 36 |
| Perry | 3317 | 40 |
| reproduc* | 3048 | 39 |
| affirm* | 1960 | 33 |
| sex | 1412 | 33 |
| endocrin* | 1007 | 35 |
| gender | 863 | 32 |
| adf | 752 | 22 |
| adolescen* | 720 | 34 |
| 2196 | 676 | 31 |
| heritage | 613 | 36 |
| reassign* | 522 | 31 |
| 'Family Council' | 507 | 33 |
| suicid* | 415 | 31 |
| hiatt | 391 | 26 |
| hypertension | 389 | 33 |
| 'American Psychiatric Association' | 159 | 25 |
| steril* | 146 | 18 |
| experimental | 122 | 25 |
| hormone* | 109 | 22 |
| testosterone | 84 | 16 |
| 'liver dysfunction' | 70 | 15 |
| mastectomy | 57 | 21 |
| 'Coronary artery' | 51 | 21 |
| cerebrovascular | 51 | 19 |
| persistence | 46 | 14 |
| infertil* | 46 | 10 |
| hysterectomy | 42 | 12 |

2

```
desist*         41      12
biological NEAR(n=10) (sex OR female* OR male*)     32      11
gallstones      32      6
safe NEAR(n=10) Act     29      8
estrogen        25      10
genital*        24      9
gender NEAR(n=25) affirm*       22      4
referral NEAR(n=10) (unprofessional OR discipline OR enforce*)  22      4
thromboembolic  19      12
lgbt    19      11
world NEAR(n=10) prof*  16      10
chromosome*     16      9
cancer NEAR(n=10) (breast OR uterine)   16      5
cross NEAR(n=10) sex    12      8
liposuction     11      6
burleigh        9       5
androgens       8       3
urethra         7       7
gonadotropin    6       4
nonconforming   5       5
oophorectomy    4       3
alliance NEAR(n=10) freedom     4       2
thyroid NEAR(n=10) cartilage    4       2
pronoun         3       3
save NEAR(n=10) adolesc*        3       1
(wpath)         2       2
20-9-1501       2       2
20-9-1502       2       2
20-9-1503       2       2
20-9-1504       2       2
23-79-164       2       2
cholelithiasis  2       2
clitoroplasty   2       2
erythrocytosis  2       2
hypertriglyceridemia    2       2
intersex        2       2
lipofilling     2       2
macroprolactinoma       2       2
mammoplasty     2       2
metoidioplasty  2       2
nongenital      2       2
orchiectomy     2       2
penectomy       2       2
phalloplasty    2       2
puberty         2       2
scrotoplasty    2       2
'transgender laws'      2       2
undstrum        2       2
vaginectomy     2       2
vaginoplasty    2       2
vulvoplasty     2       2
hair NEAR(n=10) reconstruction  1       1
```

3

```
facial NEAR(n=10) feminization  0    0
gluteal NEAR(n=10) augmentation      0    0
LGBT NEAR(n=25) agenda   0    0
pectoral NEAR(n=10) implants    0    0
prostheses NEAR(n=10) (erection OR testicular)   0    0
queer NEAR(n=25) agenda     0    0
voice NEAR(n=10) surgery    0    0
watchful NEAR(n=10) wait*    0    0
```

Identity:    48b709a5-51b2-45f6-bd07-41ac242eb33a
Created by:   ASMB\chanceap
Query:  (626 OR 1570 OR 2196 OR 'American Psychiatric Association' OR 'Coronary artery' OR 'Family Council' OR 'liver dysfunction' OR 'transgender laws' OR 20-9-1501 OR 20-9-1502 OR 20-9-1503 OR 20-9-1504 OR 23-79-164 OR adf OR adolescen* OR affirm* OR alliance NEAR(n=10) freedom OR androgens OR biological NEAR(n=10) (sex OR female* OR male*) OR burleigh OR cancer NEAR(n=10) (breast OR uterine) OR cerebrovascular OR cholelithiasis OR chromosome* OR clark OR clitoroplasty OR cross NEAR(n=10) sex OR desist* OR endocrin* OR erythrocytosis OR estrogen OR experimental OR facial NEAR(n=10) feminization OR gallstones OR gender OR gender NEAR(n=25) affirm* OR genital* OR gluteal NEAR(n=10) augmentation OR gonadotropin OR hair NEAR(n=10) reconstruction OR heritage OR hiatt OR hormone* OR hypertension OR hypertriglyceridemia OR hysterectomy OR infertil* OR intersex OR lgbt OR LGBT NEAR(n=25) agenda OR lipofilling OR liposuction OR undstrum OR macroprolactinoma OR mammoplasty OR mastectomy OR metoidioplasty OR minor* OR nonconforming OR nongenital OR oophorectomy OR orchiectomy OR pectoral NEAR(n=10) implants OR penectomy OR Perry OR persistence OR phalloplasty OR pronoun OR prostheses NEAR(n=10) (erection OR testicular) OR puberty OR queer NEAR(n=25) agenda OR reassign* OR referral NEAR(n=10) (unprofessional OR discipline OR enforce*) OR reproduc* OR safe NEAR(n=10) Act OR save NEAR(n=10) adolesc* OR scrotoplasty OR sex OR steril* OR suicid* OR testosterone OR thromboembolic OR thyroid NEAR(n=10) cartilage OR trans* OR urethra OR vaginectomy OR vaginoplasty OR voice NEAR(n=10) surgery OR vulvoplasty OR watchful NEAR(n=10) wait* OR world NEAR(n=10) prof* OR wpath)

```
Senders:       All
Recipients:    All
Start Date:    Blank
End Date:      Blank
Message Types: All
Search Dumpster:    True
Logging:       Full
Exclude Duplicate Messages:    True
Email Notification:    None
```

Mailboxes to search:  (73) asmb\Administrator, asmb\ASMB Support Department, asmb\ExchangeAdmin, asmb\Maxwell Smart, asmb\D 1. Mark, asmb\setupadmin, asmb\Laurel Mills, asmb\Angela M. Felton, asmb\Jason Hogue, asmb\System Monitor, asmb\NDR, asmb\Postini Support, asmb\Phoenix Help, asmb\Angie Meehleder, asmb\facilitymon, asmb\supportmon, asmb\helpmon, asmb\webform, asmb\Jenny Bailey, asmb\MedSuiteHelp, asmb\sqltestsupport, asmb\SRP TEST, asmb\Testing Guy, asmb\Testing Guy12, asmb\Testing Guy2, asmb\DeLoise McDonough, asmb\Shandy Cochran, asmb\Tangie Hill, asmb\CCVSMON, asmb\hpsim, asmb\Juli Carlson, asmb\MedSuiteManagerHelp, asmb\Susan Wyles, asmb\Linda Carson, asmb\Robert E. Bullock, asmb\Heather C. Owen, asmb\Lindsey Presley, asmb\Holly Garlington, asmb\noreply, asmb\POP3 Mail, asmb\Canon Copier, asmb\Elayna Starks, asmb\Pop3 Mail2, asmb\Email Monitor, asmb\Amy Embry, asmb\Pop CCVS, asmb\Pop Qi, asmb\Pop Test, asmb\WatchGuard Firebox, asmb\Pop CME, asmb\Pop Licensee, asmb\Cobian Backup, asmb\Jackee Allen, asmb\Marian McCammon, asmb\Amanda Boyd, asmb\Krystal McCoy, asmb\LaKeitha Walker, asmb\PJ Begley, asmb\Admin Mark Phillips, asmb\Admin Jason Hogue, asmb\ASMB Test User, asmb\extest_9043ca76ac554, asmb\admin, asmb\Chance Pagan, asmb\Mary M Sanders, asmb\Kathy Haralson, asmb\Morgan Calloway, asmb\Candice Schnebelen, asmb\Wanda Hutchens, asmb\Joshua Hickey, asmb\Alica Peters-Bradford, asmb\Mark R. Phillips, asmb\Script Reporting

Mailboxes searched successfully:     (72) asmb\Wanda Hutchens, asmb\Kathy Haralson, asmb\Joshua Hickey, asmb\Mary M Sanders, asmb\admin, asmb\extest_9043ca76ac554, asmb\ASMB Test User, asmb\Admin Jason Hogue, asmb\Admin Mark Phillips, asmb\Morgan Calloway, asmb\Candice Schnebelen, asmb\Alica Peters-Bradford, asmb\LaKeitha Walker, asmb\PJ Begley, asmb\Chance Pagan, asmb\Cobian Backup, asmb\Pop Licensee, asmb\Pop CME, asmb\Krystal McCoy, asmb\WatchGuard Firebox, asmb\Pop Test, asmb\Pop Qi, asmb\Pop CCVS, asmb\Jackee Allen, asmb\Pop3 Mail2, asmb\Email Monitor, asmb\Canon Copier, asmb\Mark R. Phillips, asmb\noreply, asmb\Amanda Boyd, asmb\POP3 Mail, asmb\Elayna Starks, asmb\Holly Garlington, asmb\Lindsey Presley, asmb\Linda Carson, asmb\MedSuiteManagerHelp, asmb\Robert E. Bullock, asmb\hpsim, asmb\CCVSMON, asmb\Marian McCammon, asmb\Juli Carlson, asmb\Amy Embry, asmb\Testing Guy2, asmb\Testing Guy12, asmb\Susan Wyles, asmb\SRP TEST, asmb\Heather C. Owen, asmb\sqltestsupport, asmb\MedSuiteHelp, asmb\webform, asmb\helpmon, asmb\supportmon, asmb\facilitymon, asmb\Testing Guy, asmb\Phoenix Help, asmb\Postini Support, asmb\NDR, asmb\System Monitor, asmb\Shandy Cochran, asmb\Jenny Bailey, asmb\DeLoise McDonough, asmb\setupadmin, asmb\Laurel Mills, asmb\D 1. Mark, asmb\Maxwell Smart, asmb\ExchangeAdmin, asmb\Tangie Hill, asmb\Administrator, asmb\ASMB Support Department, asmb\Angela M. Felton, asmb\Angie Meehleder, asmb\Jason Hogue

Mailboxes not searched successfully:   (1) asmb\Script Reporting
Resume: False

See attachments for additional logging information when full logging is enabled.

Sent by Microsoft Exchange Server 2010.

*********************************************************************************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.
*********************************************************************************