# Exhibit 6

# Julie Benafield

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Thursday, March 18, 2021 5:54 PM |
| **To:** | Julie Benafield |
| **Cc:** | Leslie Rutledge;Cory Cox;Brian Bowen;Amanda Priest;Brad Nye;Trent Minner;Drew Evans;Samantha Montgomery |
| **Subject:** | Re: Media inquiry; THV, Re: Transgender rights rally |

Thank you! It's been edited.

> On Mar 18, 2021, at 5:50 PM, Julie Benafield <Julie.benafield@arkansasag.gov> wrote:
>
> Introduced
>
> Sent via the Samsung Galaxy Note10+ 5G, an AT&T 5G smartphone
>
> -------- Original message --------
> From: Leslie Rutledge <leslie@arkansasag.gov>
> Date: 3/18/21 5:33 PM (GMT-06:00)
> To: Stephanie Sharp <stephanie.sharp@arkansasag.gov>
> Cc: Julie Benafield <Julie.benafield@arkansasag.gov>, Cory Cox <cory.cox@arkansasag.gov>, Brian Bowen <brian.bowen@arkansasag.gov>, Amanda Priest <amanda.priest@arkansasag.gov>, Brad Nye <brad.nye@arkansasag.gov>, Trent Minner <trent.minner@arkansasag.gov>, Drew Evans <drew.evans@arkansasag.gov>, Samantha Montgomery <samantha.montgomery@arkansasag.gov>
> Subject: Re: Media inquiry; THV, Re: Transgender rights rally
>
> [redacted]
>
> Leslie
>
> Leslie Rutledge
> Attorney General
>
>> On Mar 18, 2021, at 4:45 PM, Stephanie Sharp <stephanie.sharp@arkansasag.gov> wrote:
>>
>> Hi General,
>>
>> THV is covering a transgender rights rally tonight and asked for a comment on the "transgender bills going through the legislature right now." I reminded her we are only involved with the GIRLS Act. Do you approve of this statement?

1

Draft |
I know first-hand the benefit that sports has on developing self-discipline, confidence, teamwork and leadership and my wish is that every girl, including my two-and-a-half year old girl, has a fair opportunity for success in sports. I introduced the GIRLS Act as a way to protect athletic opportunities for girls and women in Arkansas and keep a level playing field in sports and sports scholarships.

**From:** Julie Benafield <Julie.benafield@arkansasag.gov>
**Sent:** Thursday, March 18, 2021 4:42 PM
**To:** Stephanie Sharp <stephanie.sharp@arkansasag.gov>; Cory Cox <cory.cox@arkansasag.gov>
**Cc:** Brian Bowen <brian.bowen@arkansasag.gov>; Amanda Priest <amanda.priest@arkansasag.gov>; Brad Nye <brad.nye@arkansasag.gov>; Trent Minner <trent.minner@arkansasag.gov>; Cory Cox <cory.cox@arkansasag.gov>; Drew Evans <drew.evans@arkansasag.gov>; Samantha Montgomery <samantha.montgomery@arkansasag.gov>
**Subject:** RE: Media inquiry; THV, Re: Transgender rights rally

[redacted]

**From:** Stephanie Sharp <stephanie.sharp@arkansasag.gov>
**Sent:** Thursday, March 18, 2021 4:39 PM
**To:** Cory Cox <cory.cox@arkansasag.gov>; Julie Benafield <Julie.benafield@arkansasag.gov>
**Cc:** Brian Bowen <brian.bowen@arkansasag.gov>; Amanda Priest <amanda.priest@arkansasag.gov>; Brad Nye <brad.nye@arkansasag.gov>; Trent Minner <trent.minner@arkansasag.gov>; Cory Cox <cory.cox@arkansasag.gov>; Drew Evans <drew.evans@arkansasag.gov>; Samantha Montgomery <samantha.montgomery@arkansasag.gov>
**Subject:** RE: Media inquiry; THV, Re: Transgender rights rally

Edits from JB!

**From:** Stephanie Sharp
**Sent:** Thursday, March 18, 2021 4:28 PM
**To:** Cory Cox <cory.cox@arkansasag.gov>; Julie Benafield <Julie.benafield@arkansasag.gov>
**Cc:** Brian Bowen <brian.bowen@arkansasag.gov>; Amanda Priest <amanda.priest@arkansasag.gov>; Brad Nye <brad.nye@arkansasag.gov>; Trent Minner <trent.minner@arkansasag.gov>; Cory Cox <cory.cox@arkansasag.gov>; Drew Evans <drew.evans@arkansasag.gov>; Samantha Montgomery <samantha.montgomery@arkansasag.gov>
**Subject:** RE: Media inquiry; THV, Re: Transgender rights rally

Julie & Cory --

THV has asked for a comment on the transgender bills going through the legislature right now. We are only going to focus on the GIRLS Act (I reminded the reporter that is the only bill we are involved in.) Do you approve of this statement?

DEF0010

Draft |
I know first-hand the benefit that sports has on developing self-discipline, confidence, teamwork and leadership and my wish is my two-and-a-half year old girl learns those same lessons through participation sports. My office drafted the GIRLS Act as a way to protect athletic opportunities for girls and women in Arkansas and keep a level playing field in sports and sports scholarships.


**From:** Brian Bowen <brian.bowen@arkansasag.gov>
**Sent:** Thursday, March 18, 2021 4:13 PM
**To:** Amanda Priest <amanda.priest@arkansasag.gov>
**Cc:** Stephanie Sharp <stephanie.sharp@arkansasag.gov>; Brad Nye <brad.nye@arkansasag.gov>; Trent Minner <trent.minner@arkansasag.gov>; Cory Cox <cory.cox@arkansasag.gov>; Drew Evans <drew.evans@arkansasag.gov>; Samantha Montgomery <samantha.montgomery@arkansasag.gov>
**Subject:** Re: Media inquiry; THV, Re: Transgender rights rally

Sent from my iPhone

> On Mar 18, 2021, at 4:09 PM, Amanda Priest <amanda.priest@arkansasag.gov> wrote:
>
> What about?
>
> Draft |
> As a mom of a two-and-a-half year old girl I know first-hand the benefit that sports has on developing self-discipline, confidence, teamwork and leadership. My office drafted the GIRLS Act as a way to protect athletic opportunities for girls and women in Arkansas and keep a level playing field in sports and sports scholarships.
>
> **From:** Brad Nye <brad.nye@arkansasag.gov>
> **Sent:** Thursday, March 18, 2021 2:38 PM
> **To:** Stephanie Sharp <stephanie.sharp@arkansasag.gov>
> **Cc:** Brian Bowen <brian.bowen@arkansasag.gov>; Trent Minner <trent.minner@arkansasag.gov>; Cory Cox <cory.cox@arkansasag.gov>; Drew Evans <drew.evans@arkansasag.gov>; Amanda Priest <amanda.priest@arkansasag.gov>; Samantha Montgomery <samantha.montgomery@arkansasag.gov>
> **Subject:** Re: Media inquiry; THV, Re: Transgender rights rally



3

Sent from my iPhone

> On Mar 18, 2021, at 2:25 PM, Stephanie Sharp <stephanie.sharp@arkansasag.gov> wrote:
>
> Hello,
>
> THV has asked for a comment on the transgender bills going through the legislature right now. I know there are a few, but I don't know much details about it. The reporter is covering a transgender rights rally tonight and wanted a statement from us. Any idea where to start?
>
> Thanks,
> Steph

4

## Julie Benafield

| | |
|---|---|
| **From:** | Amanda Priest |
| **Sent:** | Friday, April 2, 2021 12:57 PM |
| **To:** | Leslie Rutledge |
| **Cc:** | Cory Cox;Julie Benafield;Brian Bowen;Stephanie Sharp;Samantha Montgomery;Jaime Land;Drew Evans |
| **Subject:** | FW: Speakers Request for AG Rutledge |

General,

Yesterday a reporter/editor from CNN called, but not in his official capacity, but as a member of PRISM (LGBTQ+ organization). He proposed to Warner Media a panel discussion in front of ALL CNN employees with preapproved questions that will relate to the transgender issue and how state's like Arkansas are handling the topic. He said it would not streamed, but how a media organization could not report on such a out-front discussion was glossed over.

At this point, I am recommending NOT joining the panel, but wanted to know your thoughts or if you had any interest in the matter. Joe's email is below. Thanks!
Amanda


**From:** Sutton, Joe <joe.sutton@warnermedia.com>
**Sent:** Thursday, April 1, 2021 5:05 PM
**To:** Amanda Priest <amanda.priest@arkansasag.gov>
**Subject:** Speakers Request for AG Rutledge

Hey Amanda!

Thanks so much for speaking with me.

Again, I'm Joe Sutton and work for CNN and I'm also the chair of the LGBTQ+ Business Resource Group here at WarnerMedia in Atlanta.

I am working to organize a panel discussion on the recent legislation that passed in your state. I thought it would be a good opportunity to have the AG speak to provide insights, etc.

This would be a moderated discussion (virtually) and would be for employees to tune into.

This is not a televised event.

I am in the very early phase of structuring the event, but want to put the request in early, that way it will help me get confirmed panelist as I move forward.

Of course, more information will be provided as we move forward in planning.

Right now the timing is fluid – I am thinking perhaps May or June.

I look forward to hearing from you. Thanks


**Joe Sutton**

1

**CNN Overnight News Editor**
**National Newsgathering**
Joe.Sutton@warnermedia.com
404.827.1511 – Office
404.693.1796 – Mobile
@itsjoesutton – Twitter

2

DEF0014

## Julie Benafield

| | |
|---|---|
| **From:** | Amanda Priest |
| **Sent:** | Tuesday, July 20, 2021 10:38 AM |
| **To:** | Leslie Rutledge;Cory Cox;Julie Benafield;Brian Bowen |
| **Cc:** | Nicholas Bronni;Vincent Wagner;Michael Cantrell;Stephanie Sharp;Samantha Montgomery |
| **Subject:** | FW: FOR APPROVAL \| One Pager for Transgender Hearing |
| **Attachments:** | Transgender 1 Pager.pdf |

General - Following up on this one-pager. Do you approve?

**From:** Samantha Montgomery <samantha.montgomery@arkansasag.gov>
**Sent:** Monday, July 19, 2021 3:57 PM
**To:** Leslie Rutledge <leslie@arkansasag.gov>
**Cc:** Amanda Priest <amanda.priest@arkansasag.gov>; Stephanie Sharp <stephanie.sharp@arkansasag.gov>; Cory Cox <cory.cox@arkansasag.gov>; Julie Benafield <Julie.benafield@arkansasag.gov>; Brian Bowen <brian.bowen@arkansasag.gov>; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; Vincent Wagner <vincent.wagner@arkansasag.gov>; Michael Cantrell <michael.cantrell@arkansasag.gov>
**Subject:** FOR APPROVAL \| One Pager for Transgender Hearing

[redacted]

**Samantha Montgomery**
Digital Coordinator
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Cell: 870-540-7402 Office: 501-683-1532
samantha.montgomery@arkansasag.gov \| ArkansasAG.gov

  

1

# BRANDT V. RUTLEDGE

**DATE:** July 21, 2021
**COURT:** U.S. District Court Eastern District of Arkansas
**JUDGE:** U.S. District Judge James M. Moody Jr.



## KEY POINTS

**Puberty blockers and cross-sex hormones are experimental.**
The FDA has never approved the use of puberty blockers and cross-sex hormones to halt a child's normal, biological development.

**Experimental gender transition procedures are permanent and irreversible.**
A child subjected to these procedures will never undergo normal puberty and will face a lifetime of permanent physical consequences.

**People who undergo gender reassignment surgeries are 2.4 times more likely to be hospitalized for attempting suicide.**

**The overwhelming majority (up to 98%) of children who experience gender dysphoria will desist or stop.**

**Adults remain free to undergo transition procedures.**
Arkansas law only prohibits performing experimental procedures on children who cannot possibly understand their life long consequences.

## SAFE ACT QUESTIONS

- **Can Arkansas protect children from experimental prodedures?**

  Yes. States play an important role in protecting children from untested, non-FDA approved medical procedures, even if their parents approve.

- **Can Arkansas stop doctors from performing experimental procedures on children?**

  Yes. States have the responsibility to ensure medical procedures for children are safe. That includes a responsibility for ensuring that drugs are used to treat the conditions they were designed to treat.

- **Can Arkansas treat adults and children differently?**

  Yes. The Supreme Court has long recognized that States have a unique responsibility to protect children.

**CONTACT:**
Amanda Priest
Communications Director
Amanda.Priest@ArkansasAG.gov

**Julie Benafield**

From: Arkansas Attorney General <ArkansasAG@public.govdelivery.com>
Sent: Wednesday, July 21, 2021 1:41 PM
To: Leslie Rutledge
Subject: Rutledge Issues Statement on Experimental Procedures for Transgender Children



FOR IMMEDIATE RELEASE
July 21, 2021

Contact: Amanda Priest
(501) 414-2223
Amanda.Priest@ArkansasAG.gov

# Rutledge Issues Statement on Experimental Procedures for Transgender Children

*Says, 'we cannot allow children as young as 9 years old to receive experimental procedures that have irreversible, physical consequences'*

LITTLE ROCK – Arkansas Attorney General Leslie Rutledge issued a statement following the federal district court's ruling preliminarily enjoining the Save Adolescents from Experimental (SAFE) Act.

1

"This evidence based law was created because we cannot allow children as young as 9 years old to receive experimental procedures that have irreversible, physical consequences," said Attorney General Rutledge. "I will aggressively defend Arkansas's law which strongly limits permanent, life-altering sex changes to adolescents. I will not sit idly by while radical groups such as the ACLU use our children as pawns for their own social agenda. As the Attorney General of Arkansas, I will be appealing today's decision."

## About Attorney General Leslie Rutledge

Leslie Carol Rutledge is the 56th Attorney General of Arkansas. Elected on November 4, 2014, and sworn in on January 13, 2015, she is the first woman and first Republican in Arkansas history to be elected as Attorney General. She was resoundingly re-elected on November 6, 2018. Since taking office, she has significantly increased the number of arrests and convictions against online predators who exploit children and con artists who steal taxpayer money through Social Security Disability and Medicaid fraud. Further, she has held Rutledge Roundtable meetings and Mobile Office hours in every county of the State each year, and launched a Military and Veterans Initiative. She has led efforts to roll back government regulations that hurt job creators, fight the opioid epidemic, teach internet safety, combat domestic violence and make the office the top law firm for Arkansans. Rutledge serves as co-chairs of the National Association of Attorneys General Veterans Affairs Committee, re-established and co-chairs the National Association of Attorneys General Committee on Agriculture and was the former Chairwoman of the National Association of Attorneys General Southern Region. As the former Chairwoman of the Republican Attorneys General Association, she remains active on the Executive Board.

A native of Batesville, she is a graduate of the University of Arkansas at Fayetteville and the University of Arkansas at Little Rock William H. Bowen School of Law. Rutledge clerked for the Arkansas Court of Appeals, was Deputy Counsel for former Governor Mike Huckabee, served as a Deputy Prosecuting Attorney in Lonoke County and was an Attorney at the Department of Human Services before serving as Counsel at the Republican National Committee. Rutledge and her husband, Boyce, have one daughter. The family has a home in Pulaski County and a farm in Crittenden County.

###

## Stay Connected with Us

  

Update your subscriptions, modify your password or email address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your email address to log in. If you have questions or problems with the subscription service, please visit subscriberhelp.govdelivery.com.

This service is provided to you at no charge by Arkansas Attorney General.

GOVDELIVERY

DEF0018

# Julie Benafield

**From:** Tracy Eddy
**Sent:** Thursday, October 14, 2021 10:29 AM
**To:** Leslie Rutledge
**Subject:** FW: Follow Up from PVSS

Would you like to do this FRC State Legislator call re: SAFE ACT Zoom call? It works in your schedule.

**From:** Drake Moudy <drake.moudy@arkansasag.gov>
**Sent:** Thursday, October 14, 2021 10:23 AM
**To:** Tracy Eddy <Tracy.Eddy@arkansasag.gov>
**Subject:** Fwd: Follow Up from PVSS

Would AG be available for this?

If so, I can let Travis know.

**Drake Moudy**
Special Assistant to the Attorney General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, AR 72201
Cell: 501-539-0971
drake.moudy@arkansasag.gov | ArkansasAG.gov

Begin forwarded message:

> **From:** Travis Weber <tsw@frc.org>
> **Date:** October 14, 2021 at 10:11:18 AM CDT
> **To:** Drake Moudy <drake.moudy@arkansasag.gov>
> **Subject: RE: Follow Up from PVSS**
>
> **EXTERNAL EMAIL**
>
> Drake – glad to hear from you, and thanks to you and the AG for joining us last week!
>
> I do have one quick request: would AG Rutledge be able to join us for a few minutes on an upcoming Zoom call with state legislators to share on the importance of defending the SAFE Act? The call would be on Oct 28, in the 11 am – 1 pm EST window. If she could share, even for just a few minutes, on the importance of the issue (along the lines of what she shared at the PVS Summit), that would be fantastic. This will be a private call with key state legislators from around the country who are interested in this issue.
>
> I'm happy to elaborate a little more but wanted to check from a scheduling perspective first if this would work.

1

If you need to connect me to someone handling her schedule, I can confer with them as well.

Appreciate it!

Best,

Travis


From: Drake Moudy <drake.moudy@arkansasag.gov>
Sent: Thursday, October 14, 2021 10:01 AM
To: Travis Weber <tsw@frc.org>
Subject: Follow Up from PVSS

Travis,

I wanted to follow up and say it was great to meet you this past Friday at PVSS.

If there is ever anything you need here in Arkansas or from Attorney General Leslie Rutledge, please do not hesitate to reach out.

Sincerely,
**Drake Moudy**
Special Assistant to the Attorney General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, AR 72201
Personal Cell: 870-918-2630
Office Cell: 501-539-0971
drake.moudy@arkansasag.gov | ArkansasAG.gov

   

2