# Exhibit 7

*Dylan Brandt v. Attorney General Leslie Rutledge*, Case No. 4:21cv00450
Privilege Log

| Document number | Title of Document | Date Created | Author | Brief Description | Privilege |
|---|---|---|---|---|---|
| | Email | 10-1-2020 | Vincent Wagner | Legal advice Re: joining a brief - 3pgs | Attorney Client |
| | Email | 10-1-2020 | Julie Benafield | Legal advice Re: joining a brief - 3pgs | Attorney Client |
| | Email | 3-18-2021 | Julie Benafield | Draft Comment on transgender bills in legislature | Attorney Client/Work product |
| | Email | 3-18-2021 | Brian Bowen | Draft Comment on transgender bills in legislature | Work product |
| | Email | 3-18-2021 | Brad Nye | Draft Comment on transgender bills in legislature | Attorney Client |
| | Email | 3-18-2021 | Leslie Rutledge | Draft Comment on transgender legislation | Attorney Client |
| | Email | 7-9-2021 | Vincent Wagner | Discussion re Brandt PI motion | Attorney Client Privilege |
| | Email | 7-13-2021 | Amanda Priest | Talking points re Safe Act | Work Product |
| | Email | 7-15-2021 | Jaime Land | Legal research | Work Product |
| | Email | 7-16-2021 | Trent Minner | Legal research – 10 pages | Work Product |
| | Email | 7-16-2021 | Brian Bowen | Legal research – 10 pages | Work Product/Attorney Client |
| | Email | 7-19-2021 | Samantha Montgomery | Discussion re Brandt hearing 1 page | Work product/Attorney Client Privilege |
| | Email | 7-20-2021 | Samantha Montgomery | Draft of One Pager for Transgender Hearing following up – 3 pgs | Work product |
| | Email | 7-21-2021 | Nicholas Bronni | Discussion of legal decisions regarding the SAFE Act – 2 pgs | Attorney-Client Privilege |
| | Email | 7-21-2021 | Julie Benafield | Discussion re Brandt hearing decision. | Attorney Client Privilege |
| | Email | 7-22-2021 | Stephanie Sharp | Fox & Friends First Live Interview talking points – ACLU Transgender Law- 6pgs | Work product |

*Dylan Brandt v. Attorney General Leslie Rutledge*, Case No. 4:21cv00450

|  | Email | 7-23-2021 | Amanda Priest Stephanie Sharp | Discussion in response to media inquiry Re enactment date of various acts – 2 pgs | Work product |
|---|---|---|---|---|---|
|  | Email | 7-23-2021 | Brian Bowen | Advising media inquiry response – 3pgs | Attorney client privilege |
|  | Email | 7-23-2021 | Leslie Rutledge | Discussion of media inquiry – 3 pgs | Attorney Client |
|  | Email | 7-25-2021 | Stephanie Sharp | Live Radio interview  Dave Elswick Show – 6 pgs – Talking points | Work Product |
|  | Email | 7-26-2021 | Jaime Land | Communications re: Live Radio interview  Dave Elswick Show – 6pgs | Work Product |
|  | Email | 7-26-2021 | Stephanie Sharp | Added to AG's calendar: Live Radio interview  Dave Elswick Show – 7pgs – Talking Points | Work Product |

2