# Exhibit 9

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-650-461-5600
FACSIMILE: 1-650-461-5700
WWW.SULLCROM.COM

*1870 Embarcadero Road*
*Palo Alto, California 94303-3308*

LOS ANGELES • NEW YORK • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

January 31, 2022

<u>Via E-mail</u>

Kat Guest,
    Assistant Attorney General,
        323 Center Street, Suite 200,
            Little Rock, AR 72201.

        Re:    *Brandt* v. *Rutledge*, Case No. 4:21-cv-450 JM

Dear Kat:

        Plaintiffs served their document requests more than three months ago on October 18, 2021.  To date, Defendants have provided 20 pages of documents from the Attorney General's Office and one document for the Medical Board Member Defendants.  Your letter rehashes a number of objections that we had resolved during our meet and confer in November and subsequent letters, but I also understand Defendants are not standing on these objections and intend to produce responsive documents for the Medical Board Member Defendants using the revised search terms I sent two weeks ago on January 12.  Please confirm immediately if Defendants intend to rely on any of your objections to limit your production of materials to Plaintiffs.

        Although I understand that you intend to produce responsive documents identified through a review of the documents that hit on the search terms, you have not yet provided hit counts for the revised search terms I provided, nor have you indicated when you anticipate completing your production of documents.  Please provide the hit counts for these searches and provide an updated date of completion tomorrow.

        In addition, we continue to have concerns about the completeness of Defendants production of documents from the Attorney General's Office.  For example, Defendants' recent document production contains emails stating that the Attorney General's Office drafted the GIRLS Act, which prohibits transgender girls from playing girls' sports.  Any documents related to the GIRLS Act are clearly responsive to Request No. 2, yet Defendants have not produced any emails or other documents related to the GIRLS Act.

Kat Guest												-2-

       We would like to avoid bothering the Court with discovery disputes, but we are quickly coming up on the close of fact discovery on February 25, 2022.  As you are aware, Defendants' continued delays in complying with their discovery obligations make it impossible for Plaintiffs to prepare to take the depositions of the Medical Board Members and other witnesses.  We request a meet and confer to discuss Defendants' plan and detailed timeline to complete their document production and determine which disputes will require the Court's assistance

       Please let me know when you are available Tuesday or Wednesday to discuss these issues.

Sincerely,

*/s/ Duncan Simpson LaGoy*

Duncan Simpson LaGoy