# Exhibit 10

## Garcia, Ericka B.

| | |
|---|---|
| **From:** | Ka Tina Guest <KaTina.Guest@arkansasag.gov> |
| **Sent:** | Tuesday, February 01, 2022 7:18 PM |
| **To:** | Simpson LaGoy, Duncan C. |
| **Cc:** | zzExt-LCOOPER; zzExt-cstrangio; zzExt-echols; zzExt-travis; zzExt-mann; zzExt-breean; Beeney, Garrard R.; Ossip, Jonathan J.; Holland, Alexander S.; Oswell, Laura Kabler; Michael Cantrell; Vincent Wagner; Nicholas Bronni; Lisa Wiedower; zzExt-Sarah |
| **Subject:** | [EXTERNAL] RE: Brandt v. Attorney General Leslie Rutledge, in her official capacity, Case No. 4:21cv450 |

Duncan:

Vincent Wagner, Deputy Solicitor General and Lead Counsel in this case, is transitioning from the Attorney General's Office on Friday.  The newly assigned Lead Counsel will need to attend the good faith conference.  The other members of the SG's office are currently involved in a hearing in federal court this week and are unavailable to attend a good faith conference until sometime next week at the earliest. Our office will circle back about scheduling a good faith conference on discovery matters pertaining to both the Defendants' and Plaintiffs' responses.  I note that our office has yet to receive any documents responsive to the outstanding discovery request propounded to Plaintiffs last year.

The Medical Board experienced issues with their server. So, my office did not receive the emails responsive to Plaintiffs' modified search list until late Thursday afternoon.  I understand that the request generated approximately 7,000+ emails.  A member of our staff has started reviewing the emails.

In light of the unresolved discovery issues, I suggest we agree to an extension of the discovery deadline.  As early as October of last year, Defendants have maintained that an abbreviated discovery deadline is unworkable.

Thank you.

Kat


**Ka Tina R. Hodge**
Senior Assistant Attorney General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Office: 501.682.1307 | Fax: 501.682.2591
Katina.Guest@arkansasag.gov | ArkansasAG.gov [arkansasag.gov]

[facebook.com]   [twitter.com]   [youtube.com]   [instagram.com] [pinterest.com]   [snapchat.com]

**From:** Simpson LaGoy, Duncan C. <SimpsonD@sullcrom.com>
**Sent:** Monday, January 31, 2022 1:59 PM
**To:** Ka Tina Guest <KaTina.Guest@arkansasag.gov>
**Cc:** zzExt-LCOOPER <LCOOPER@aclu.org>; zzExt-cstrangio <cstrangio@aclu.org>; zzExt-echols <echols@gill-law.com>; zzExt-travis <travis@gill-law.com>; zzExt-mann <mann@gill-law.com>; zzExt-breean <breean@walaslawfirm.com>; Beeney, Garrard R. <Beeneyg@sullcrom.com>; Ossip, Jonathan J. <ossipj@sullcrom.com>; Holland, Alexander S. <hollanda@sullcrom.com>; Oswell, Laura Kabler <oswelll@sullcrom.com>; Michael Cantrell <michael.cantrell@arkansasag.gov>; Vincent Wagner <vincent.wagner@arkansasag.gov>; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; Lisa Wiedower <lisa.wilkins@arkansasag.gov>; zzExt-Sarah <Sarah@acluarkansas.org>
**Subject:** RE: Brandt v. Attorney General Leslie Rutledge, in her official capacity, Case No. 4:21cv450

**EXTERNAL EMAIL**

Kat, please see the attached letter, and please let us know when you are available for a meet and confer tomorrow or Wednesday.

Best,

Duncan

**From:** Ka Tina Guest <KaTina.Guest@arkansasag.gov>
**Sent:** Friday, January 21, 2022 5:21 PM
**To:** Simpson LaGoy, Duncan C. <SimpsonD@sullcrom.com>
**Cc:** zzExt-LCOOPER <LCOOPER@aclu.org>; zzExt-cstrangio <cstrangio@aclu.org>; zzExt-echols <echols@gill-law.com>; zzExt-travis <travis@gill-law.com>; zzExt-mann <mann@gill-law.com>; zzExt-breean <breean@walaslawfirm.com>; Beeney, Garrard R. <Beeneyg@sullcrom.com>; Ossip, Jonathan J. <ossipj@sullcrom.com>; Holland, Alexander S. <hollanda@sullcrom.com>; Oswell, Laura Kabler <oswelll@sullcrom.com>; Michael Cantrell <michael.cantrell@arkansasag.gov>; Vincent Wagner <vincent.wagner@arkansasag.gov>; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; Lisa Wiedower <lisa.wilkins@arkansasag.gov>; zzExt-Sarah <Sarah@acluarkansas.org>
**Subject:** [EXTERNAL] RE: Brandt v. Attorney General Leslie Rutledge, in her official capacity, Case No. 4:21cv450

Duncan: Please see the attached correspondence and supplement discovery responses.

Have a great weekend,

Kat

**From:** Ka Tina Guest
**Sent:** Thursday, January 13, 2022 1:04 PM
**To:** 'Simpson LaGoy, Duncan C.' <SimpsonD@sullcrom.com>
**Cc:** zzExt-LCOOPER <LCOOPER@aclu.org>; zzExt-cstrangio <cstrangio@aclu.org>; zzExt-echols <echols@gill-law.com>; zzExt-travis <travis@gill-law.com>; zzExt-mann <mann@gill-law.com>; zzExt-breean <breean@walaslawfirm.com>; Beeney, Garrard R. <Beeneyg@sullcrom.com>; Ossip, Jonathan J. <ossipj@sullcrom.com>; Holland, Alexander S. <hollanda@sullcrom.com>; Oswell, Laura Kabler <oswelll@sullcrom.com>; Michael Cantrell <michael.cantrell@arkansasag.gov>; Vincent Wagner <vincent.wagner@arkansasag.gov>; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; Lisa Wiedower <lisa.wilkins@arkansasag.gov>; zzExt-Sarah <Sarah@acluarkansas.org>
**Subject:** RE: Brandt v. Attorney General Leslie Rutledge, in her official capacity, Case No. 4:21cv450

Duncan:

We will provide supplemental responses for Defendant Rutledge on Friday, January 21, 2022.
I will forward the search terms as modified to the IT professionals at the Medical Board.  I will circle back once I have a clear view of the results for this updated query.

Thanks!

kat

---

**From:** Simpson LaGoy, Duncan C. <SimpsonD@sullcrom.com>
**Sent:** Wednesday, January 12, 2022 11:08 PM
**To:** Ka Tina Guest <KaTina.Guest@arkansasag.gov>
**Cc:** zzExt-LCOOPER <LCOOPER@aclu.org>; zzExt-cstrangio <cstrangio@aclu.org>; zzExt-echols <echols@gill-law.com>; zzExt-travis <travis@gill-law.com>; zzExt-mann <mann@gill-law.com>; zzExt-breean <breean@walaslawfirm.com>; Beeney, Garrard R. <Beeneyg@sullcrom.com>; Ossip, Jonathan J. <ossipj@sullcrom.com>; Holland, Alexander S. <hollanda@sullcrom.com>; Oswell, Laura Kabler <oswelll@sullcrom.com>; Michael Cantrell <michael.cantrell@arkansasag.gov>; Vincent Wagner <vincent.wagner@arkansasag.gov>; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; Lisa Wiedower <lisa.wilkins@arkansasag.gov>; zzExt-Sarah <Sarah@acluarkansas.org>
**Subject:** RE: Brandt v. Attorney General Leslie Rutledge, in her official capacity, Case No. 4:21cv450

**EXTERNAL EMAIL**

Kat,

We provided proposed search terms on December 6 and asked for the results of those search terms within two weeks so we could modify them, if necessary.  On December 20, you responded that your staff was still working on the searches.  But the report you sent January 10 is dated December 17, 2021.  There is no reason why it should have taken over three weeks to provide that report, and any further efforts to delay Defendants' document production will not be well-taken especially given the need to complete document production and depositions before the fact discovery cutoff.

Given that Plaintiffs' proposed search terms only returned 4,500 emails from Attorney General Rutledge's inbox, there is no reason to modify the terms for her emails.  Please confirm by this Friday, January 14, when you will produce responsive emails for Attorney General Rutledge from those identified in the search your office ran December 17.

Regarding the Medical Board Defendants, we are willing to make the following revisions to our proposed search terms to avoid burdening the court with a discovery dispute.  The other search terms return a low number of documents and those documents should be reviewed.

| Current | Replacement |
|---|---|
| trans* | trans OR transgender* OR transsexual* |
| minor* | (minor OR kid OR child*) w/10 (risk OR benefit OR 1570 OR 626) |
| clark | Clark w/10 alan |
| 1570 | 1570 w/10  (HB OR bill) |
| 626 | 626 w/10 act |
| perry | perry w/10 laura |

| Reproduc* | reproductive w/10 (capacity OR potential) |
|---|---|
| Affirm* | affirm OR affirmation OR affirming |
| sex | sex w/10 (biological OR cross OR normal) |

Please confirm by this Friday, January 14 that you will review the Medical Board Defendants' documents returned by these modified search terms (as well as the other unmodified terms).

Best,

Duncan

---

**From:** Ka Tina Guest <KaTina.Guest@arkansasag.gov>
**Sent:** Monday, January 10, 2022 3:52 PM
**To:** Simpson LaGoy, Duncan C. <SimpsonD@sullcrom.com>
**Cc:** zzExt-LCOOPER <LCOOPER@aclu.org>; zzExt-cstrangio <cstrangio@aclu.org>; zzExt-echols <echols@gill-law.com>; zzExt-travis <travis@gill-law.com>; zzExt-mann <mann@gill-law.com>; zzExt-breean <breean@walaslawfirm.com>; Beeney, Garrard R. <Beeneyg@sullcrom.com>; Ossip, Jonathan J. <ossipj@sullcrom.com>; Holland, Alexander S. <hollanda@sullcrom.com>; Oswell, Laura Kabler <oswelll@sullcrom.com>; Michael Cantrell <michael.cantrell@arkansasag.gov>; Vincent Wagner <vincent.wagner@arkansasag.gov>; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; Lisa Wiedower <lisa.wilkins@arkansasag.gov>; zzExt-Sarah <Sarah@acluarkansas.org>
**Subject:** [EXTERNAL] Brandt v. Attorney General Leslie Rutledge, in her official capacity, Case No. 4:21cv450

Duncan:

    I hope you had a pleasant holiday and that your new year is off to a great start.

    I have received your December 6, 2021 correspondence concerning the Defendants' responses to Plaintiffs' First Set of Request for Production of Documents. At the outset, I disagree with several statements made in the correspondence. Nevertheless, below please find additional information concerning Defendants' inquiry for records in this matter.

    As a preliminary matter, Plaintiffs originally propounded eight Requests for Production of Documents, extremely broad in scope. In response, Defendants provided objections, including, for example, challenges to relevancy, breadth and also asserted privilege, pursuant to FRCP 26.

    On December 6, 2021, Plaintiffs provided, for the first time, search terms and requested a search of the Defendants' emails using the requested search terms. Defendants have run a query for the search terms provided in Plaintiffs' December 6, 2021 correspondence for Attorney General Rutledge and the Medical Board Defendants' email addresses. Like Plaintiffs' initial Request for Production of Documents, the search terms are extremely overbroad. For example, the search term "trans*" generated wholly irrelevant documents, including for example emails related to the "transfer" of employees, and would encompass terms, such as "transfer", "transportation", and "translate."

    Indeed, the initial query of the Medical Board Defendants' emails generated approximately 33 GB of data. The estimated number of results is 317,822. In response to your request for the "hit list," enclosed is the list for the Medical Board Defendants query. As you can see, the query for "trans*" resulted in 293,452 items. The query for "minor*" resulted in 12,102 items.

    Unfortunately, the Attorney General's technology department is unable to provide a similar "hit list" for all search terms. I understand that the "trans*" query accounts for approximately 75% of the results for Attorney General Rutledge's emails. Further, the initial query returned approximately 4,500 emails. Of those, 3,388 are related to the "trans*" query. In a good faith effort to comply with the discovery, staff have begun

reviewing several thousand emails over the holiday break. Many of those emails are simply irrelevant to this cause of action.

I suggest modifying the search terms to a more manageable inquiry, particularly the wildcard terms.

As you know, I did not return to the office until January 5, 2022. I am presently preparing for an 8th Circuit oral argument, which is scheduled for January 13, 2022, much of the day tomorrow. Our office is experience some staffing shortages, due to the Covid surge. But, I am happy to visit with you further on late Wednesday afternoon or late Thursday afternoon, following my argument, to develop a workable plan for discovery in this matter. If those dates do not work, I can be available next week for a follow up conference concerning discovery.

Many thanks in advance,

kat

**Ka Tina R. Hodge**
Senior Assistant Attorney General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Office: 501.682.1307 | Fax: 501.682.2591
Katina.Guest@arkansasag.gov | ArkansasAG.gov [arkansasag.gov]

[facebook.com]   [twitter.com]   [youtube.com]   [instagram.com]   [pinterest.com]   [snapchat.com]

---

**\*\*This is an external message from:** KaTina.Guest@arkansasag.gov **\*\***

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.