IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT ET AL.**                                                                 **PLAINTIFFS**

vs.                                      NO. 4:21-CV-00450-JM

**LESLIE RUTLEDGE ET AL.**                                                       **DEFENDANTS**

## ENTRY OF APPEARANCE

Graham Talley of Mitchell, Williams, Selig, Gates & Woodyard, PLLC hereby enters an appearance on behalf of Representative Mary Bentley, Senator Alan Clark, Representative Robin Lundstrum, Representative Marcus Richmond, and Representative Jim Wooten.

Respectfully submitted,

Graham Talley (Ark. Bar No. 2015159)
**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: 501-688-8800
Fax: 501-688-8807
gtalley@mwlaw.com