# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYLAN BRANDT**, *et al.*,

                                                                            **PLAINTIFFS**,

v.     No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE**, *et al.*,

                                                                            **DEFENDANTS.**

## MOTION TO WITHDRAW AND SUBSTITUTE APPEARANCE

Dylan L. Jacobs requests leave to withdraw as counsel for Respondents Mary Bentley, Alan Clark, Robin Lundstrum, Marcus Richmond, and Jim Wooten (collectively "Legislators") in this matter. The Legislators will be represented by Graham Talley and Anton Janik, Jr. (*see* Docs. 102 and 104), and attorneys with the Attorney General's Office will represent only Defendants moving forward. Mr. Jacobs requests that his appearance be substituted to represent all Defendants in this matter, along with Nicholas Bronni and Michael Cantrell.

Therefore, Mr. Jacobs respectfully asks the Court to grant this motion for leave to withdraw as counsel for the Legislators and to substitute his appearance to represent all Defendants.

Dated: March 10, 2022

Respectfully submitted,

LESLIE RUTLEDGE
  Arkansas Attorney General

DYLAN L. JACOBS (2016167)
  Deputy Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-3661
Dylan.Jacobs@arkansasag.gov