

ATTORNEY GENERAL
LESLIE RUTLEDGE
ARKANSASAG.GOV

Michael A. Cantrell                                          (501) 682-2007
Assistant Solicitor General                    Michael.Cantrell@arkansasag.gov

March 21, 2022

Duncan C. Simpson LaGoy
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303

     Re:    *Brandt v. Rutledge, No. 4:21CV450-JM*

Dear Mr. Simpson LaGoy:

I write concerning Plaintiffs' request for production of emails from the Attorney General's Office. After serving the requests, Plaintiffs gave Defendant suggested search terms, and despite recognizing the overbroad nature of those terms for searching the Medical Board's records, Plaintiffs refused to agree to any revision for the search of the Attorney General's records. On November 17, 2021, and January 21, 2022, Defendants produced documents responsive to Plaintiffs' discovery requests and stated appropriate objections to producing documents that are, among other things, wholly irrelevant to this litigation.

Plaintiffs' motion to compel does not change these documents' irrelevant and generally non-responsive nature or the fact that producing them would be unduly burdensome and oppressive to Defendants, who are already quite busy reviewing the Medical Board records that Plaintiffs have requested.

Subject to the objections previously stated, Defendants are producing a sample of the email hits returned by running Plaintiffs' overbroad search term list. Defendants are producing these documents solely to demonstrate that Plaintiffs' requested searches are unduly burdensome because they return an overwhelmingly large number of non-responsive documents. And any documents which are even arguably responsive are completely irrelevant to the claims at issue in this case.

Def.'s Ex. 1

Page 2

Therefore, attached please find Defendants' Supplemental Responses, bates stamped 158-573.  Note that Defendants have designated pages 561-573 as CONFIDENTIAL under the protective order entered in this case.

Sincerely,

*/s/ Michael A. Cantrell*
Michael A. Cantrell
Assistant Solicitor General

## Dylan Jacobs

| | |
|---|---|
| **From:** | Trials Law360 <news-q2@law360.com> |
| **Sent:** | Wednesday, June 30, 2021 4:16 AM |
| **To:** | Leslie Rutledge |
| **Subject:** | [EXTERNAL][MARKETING] Facing 1st Jury, Opioid Attys Turn To Instagram, 'Wizard Of Oz' |

**CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe.



TRIALS

**Wednesday, June 30, 2021** 



## TOP NEWS



### Facing 1st Jury, Opioid Attys Turn To Instagram, 'Wizard Of Oz'
Attorneys for two New York counties on Tuesday kicked off the nation's first opioid crisis trial before a jury by pivoting to a plainspoken style that likened painkiller-promoting doctors to "Instagram influencers" and invoked a classic scene from "The Wizard of Oz" to illustrate the dangers of narcotics.
Read full article »



### Drug Cos. Share Blame For Opioid Crisis, NY Jury Told
For the first time, a jury heard arguments Tuesday that drugmakers and distributors contributed to the opioid crisis as attorneys for New York counties told the panel members that they can expect to hear drug manufacturers and distributors lay the blame for the epidemic at the doors of anyone other than themselves.
Read full article »

### Manafort Pal Had No Shot At Trump Gig, 'The Mooch' Says
Anthony Scaramucci on Tuesday told a Manhattan federal jury that a former Federal Savings Bank CEO never had a shot at a top post in the Trump administration and that the SkyBridge Capital founder and onetime adviser to the former president only agreed to set up an interview for him as a favor.
Read full article »





LAW FIRMS
Akerman LLP
Alston & Bird



### Latham Attorney DQ'd From Upcoming Fluor-Zurich Trial

A Missouri federal judge disqualified a Latham & Watkins LLP attorney as lead counsel for Fluor Corp. in an upcoming trial over insurance coverage for lead contamination suits, ruling that his role as both a witness and attorney would confuse the jury.

 *Order attached* | Read full article »

### NJ Juror Fined For Causing Mistrial With Outside Research

A New Jersey federal judge on Tuesday held a former juror in contempt for violating court orders and fined him about $11,227 after his impermissible outside research led to a mistrial in the case against a man accused of assaulting a U.S. Immigration and Customs Enforcement deportation officer.

 *documents attached* | Read full article »

### Valassis Tells Jury News Corp. Froze It Out Of Coupon Biz

Counsel for retail marketer Valassis Communications Inc. told a New York City federal jury Tuesday in a $200 million antitrust trial that alleged "monopolist" News Corp. schemed to keep it out of the market for in-store coupons, driving it out by 2013.

Read full article »

### NJ Justices Doubt Jury Screening Format Unfair Amid COVID

The New Jersey Supreme Court appeared likely Tuesday to sign off on a hybrid system of selecting criminal juries remotely and in person amid the coronavirus pandemic, challenging a convicted man's stance that a pre-screening process was flawed for shutting out him and his lawyers.

Read full article »

## INTELLECTUAL PROPERTY

### Sanctioned Chemical Co. Asks To Salvage IP Invalidity Claims

True Chemical Solutions has urged U.S. District Judge Alan Albright to let it argue that Performance Chemical Co.'s patents tied to oil and gas delivery trailers are invalid, even if discovery misconduct doomed the company's infringement defenses.

 *Motion attached* | Read full article »

## EMPLOYMENT & BENEFITS

### GEO Group Can't Nix Detainee Class In $1-A-Day Wage Suit

GEO Group Inc. lost its attempt to bust an immigrant detainee class alleging it paid just $1 daily to have its detention facility cleaned, after a Washington federal judge found that the class's sole representative can adequately represent its interests.

 *Order attached* | Read full article »

## WHITE COLLAR

### Ex-Dechert Atty Denies 'Ridiculous' ENRC Leak Claims At Trial

A former Dechert attorney hired by ENRC to conduct an internal corruption investigation called allegations he orchestrated a plot to leak confidential

Blackstone Chambers
Boies Schiller
Brown & James
Choate Hall
Cloth Fair Chambers
Clyde & Co
Covington & Burling
DLA Piper
Davis Polk
Davis Wright Tremaine
Dechert
Deutsch Hunt
Dinsmore & Shohl
Erskine Chambers
Essex Court Chambers
Foundation Law Group
Fox Rothschild
Gibbons PC
Girardi & Keese
Goldstein & Russell
Goulston & Storrs
Graham & Mauer
Greenberg Gross
Greenberg Traurig
Hogan Lovells
Holwell Shuster
Husch Blackwell
Jones Day
Kramer Levin
Latham & Watkins
Loeb & Loeb
Mayer Brown
Meade & Neese
Menter Immigration Law
Milbank LLP
Mintz Levin
Napoli Shkolnik
One Essex Court
Open Sky Law
Paul Weiss
Pegue & Thompson
Perkins Coie
Riley Safer
Robbins Geller
Roberts Perryman
Schroeter Goldmark

Def.'s Ex. 1

documents connected to the Kazakh mining company's probe to the press "outrageous" at trial on Tuesday.

Read full article »

## 'Varsity Blues' Mom's 'Hyperbolic' Dismissal Bid Falls Flat

A Massachusetts federal judge has denied a "Varsity Blues" defendant's "hyperbolic" pretrial request to toss charges stemming from the college admissions scandal, rejecting claims that agents who arrested her more than two years ago caused her to suffer a dangerous cardiac incident known as broken heart syndrome.

 *Order attached* | Read full article »

## PRODUCT LIABILITY

### 2nd Circ. Overturns Amazon Arbitration Clause Ruling

The Second Circuit on Tuesday ruled that a New York district court erroneously tossed a Brooklyn-based cellphone charger retailer's lawsuit in light of an Amazon Business Solutions Agreements arbitration clause, saying the trial court lacks jurisdiction in the case to rule on the merits.

 *Opinion attached* | Read full article »

## EXPERT ANALYSIS

### What COVID-19, Social Issues Mean For Pharma Case Juries

Recent surveys of actual and potential jurors suggest that the turbulence of this time will likely affect the attitudes of juries in pharmaceutical and life science cases in at least five different ways, say Buffy Mims and Rachel Horton at DLA Piper, and Rick Fuentes at R&D Strategic Solutions.

Read full article »

### The Road To Class Action May Be Harder After TransUnion

The U.S. Supreme Court's recent ruling in TransUnion v. Ramirez promises to intensify battles over Article III standing, with new limits on class action size and damages theories potentially disfavoring plaintiffs under federal statutes, say Greg Marshall and Andrew Jacobs at Snell & Wilmer.

 *Opinion attached* | Read full article »





Scott Douglass

SeegerWeiss

Seiden Law Group LLP

Simmons Hanly

Smiley Wang-Ekvall

Smyser Kaplan

Snell & Wilmer

SulmeyerKupetz

Susman Godfrey

Three Raymond Buildings

Troutman Pepper

Wachtell Lipton

WilmerHale

## COMPANIES

Allergan PLC

Amalgamated Transit Union

Amazon.com Inc.

American Bar Association

American Civil Liberties Union of New Jersey

AmerisourceBergen Corp.

Anda Inc.

Cardinal Health Inc.

Cisco Systems Inc.

Endo International PLC

Faraday & Future Inc.

Federation Internationale de Football Association

Fluor Corp.

Grupo Televisa SAB

Hilton Worldwide Holdings Inc.

Instagram Inc.

Johnson & Johnson

LinkedIn Corp.

McKesson Corp.

Microsoft Corp.

New Jersey State Bar Association

News America Marketing Inc.

News Corp.

Oklahoma Bar Association

One Technologies LLC



## LEGAL INDUSTRY

### 4 More Firms Boost Associate Pay

Milbank LLP, Alston & Bird LLP and Smyser Kaplan & Veselka LLP on Tuesday announced raises to the top BigLaw market rate for associates while Susman Godfrey LLP announced above-market raises, effective July 1.

Read full article »

### Florida Bar Committee Recommends Regulatory 'Sandbox'

A Florida Bar committee is pushing the state to launch a pilot program relaxing some restrictions on nonlawyer ownership and the delivery of legal services, in a move that would make the Sunshine State the latest jurisdiction to open the door to newer types of legal service models.

Read full article »

### Girardi Firm May Be Able To Pay Creditors, Erika Girardi Says

The bankrupt law firm founded by disgraced attorney Thomas V. Girardi might be able to pay in full the $130 million it owes to victims and other creditors, but only if it carefully manages the lucrative batch of lawsuits that must now be handed off to other firms to finish up, according to Girardi's reality TV star ex-wife, Erika.

Read full article »

Purdue Pharma LP
R&D Strategic Solutions LLC
Spokeo Inc.
State Bar of California
Teva Pharmaceutical Industries Ltd.
The Florida Bar
TransUnion LLC
Twitter Inc.
Valassis Communications Inc.
Walgreens Co.
Zappos.com Inc.

GOVERNMENT AGENCIES
Centers for Disease Control and Prevention
Federal Bureau of Investigation
Federal Election Commission
Florida Supreme Court
Food and Drug Administration
New Jersey Supreme Court
New York Attorney General's Office
Office of Foreign Assets Control
Oklahoma Supreme Court
Serious Fraud Office
U.S. Army
U.S. Attorney's Office
U.S. Attorney's Office for the District of Massachusetts
U.S. Attorney's Office for the District of New Jersey
U.S. Attorney's Office for the Southern District of New York
U.S. Census Bureau
U.S. Court of Appeals for the Ninth Circuit
U.S. Court of Appeals for the Second Circuit
U.S. Court of Appeals for the Seventh Circuit
U.S. Court of Appeals for the Tenth Circuit
U.S. Department of Labor
U.S. District Court for the Central District of California
U.S. District Court for the District of Massachusetts

DEF000161                    Def.'s Ex. 1

## Cisco Hires Former Microsoft GC Known For Diversity Efforts

Cisco Systems Inc. announced Tuesday that the Silicon Valley technology giant hired as its new chief legal officer Microsoft Inc.'s former general counsel, who has been an outspoken proponent of diversity and inclusion in the legal industry.

Read full article »

## Robbins Geller DQ Will Chill Investor Suits, 2nd Circ. Told

A New York federal judge's "unprecedented" decision to disqualify investor firm Robbins Geller Rudman & Dowd LLP for an alleged disclosure failure in a case related to the FIFA bribery scandal will have a chilling effect on private securities law enforcement, a group of pension funds warned the Second Circuit Monday.

Read full article »

## Atty's House Bid Ends With 1,492 Votes and 6 Criminal Counts

A former Massachusetts congressional candidate whose public bio touts a stint at Goulston & Storrs PC was arrested Tuesday and charged with breaking multiple campaign finance laws in an effort to fund his failed House bid.

Read full article »

## 10th Circ. Mostly Upholds Okla. Mandatory Bar Dues

The Tenth Circuit on Tuesday rejected an Oklahoma attorney's contention that mandatory bar dues for attorneys are barred under the U.S. Supreme Court's landmark Janus ruling, which blocked mandatory union membership and dues for public employees.

Read full article »

## Ex-Mayer Brown Atty Settles Employment Suit Against Car Co.

A former Mayer Brown LLP partner accusing Faraday & Future of tricking him into accepting an in-house job and then unlawfully terminating him after highlighting compliance issues at the company has settled his suit, according to a filing Monday in California federal court.

Read full article »

U.S. District Court for the District of New Jersey

U.S. District Court for the Eastern District of Missouri

U.S. District Court for the Northern District of California

U.S. District Court for the Southern District of New York

U.S. District Court for the Western District of Texas

U.S. District Court for the Western District of Washington

U.S. Immigration and Customs Enforcement

U.S. Supreme Court

World Health Organization

**JOBS**

Search full listings or advertise your job opening

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
New York, New York

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
Newark, New Jersey

**Products Liability Associate**
Duane Morris LLP
Philadelphia, Pennsylvania

**Products Liability Associate**
Duane Morris LLP
Washington, District of Columbia

**Mid-Level Litigation Associate**
Corr Cronin LLP
Seattle, Washington

**IP Litigation Associate**
Fitch, Even, Tabin & Flannery
Chicago, Illinois

**NYC ELITE FULL SERVICE SMALL FIRM SEEKS PARTNERS**
Schoen Legal Search
New York, New York

**Big Law Partner w/ $1-5M book for NYC mid sized firm**
Schoen Legal Search
New York, New York

**Big law litigation partners sought by Elite full service Mid-sized NY LF**
Schoen Legal Search
New York, New York

**BIG LAW IN A LITTLE PKG. PARTNERS WANTED!**
Schoen Legal Search
New York, New York

DEF000162

Def.'s Ex. 1

**National TRIAL Partner - Products Liability No BIZ**
Schoen Legal Search
New York, New York

**Attorney - Commercial Litigation (4-6 yrs)**
Gordon & Rees LLP
Los Angeles , California

**Insurance Coverage Litigation Associate**
Duane Morris LLP
San Francisco, California

**Junior Litigation Associate**
Duane Morris LLP
Boston, Massachusetts

**Litigation IP Attorney**
Stevens & Lee
Philadelphia, NJ or NY, Pennsylvania

**Labor & Employment Attorney**
Moore & Van Allen, PLLC
Charlotte, North Carolina





Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 111 West 19th Street, 5th Floor, New York, NY 10011

Def.'s Ex. 1

## Dylan Jacobs

| | |
|---|---|
| **From:** | Trials Law360 <news-q2@law360.com> |
| **Sent:** | Wednesday, June 30, 2021 4:17 AM |
| **To:** | Leslie Rutledge |
| **Subject:** | [EXTERNAL][MARKETING] Facing 1st Jury, Opioid Attys Turn To Instagram, 'Wizard Of Oz' |

**CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe.



TRIALS

**Wednesday, June 30, 2021** 





## TOP NEWS

### Facing 1st Jury, Opioid Attys Turn To Instagram, 'Wizard Of Oz'

Attorneys for two New York counties on Tuesday kicked off the nation's first opioid crisis trial before a jury by pivoting to a plainspoken style that likened painkiller-promoting doctors to "Instagram influencers" and invoked a classic scene from "The Wizard of Oz" to illustrate the dangers of narcotics.

Read full article »

### Drug Cos. Share Blame For Opioid Crisis, NY Jury Told

For the first time, a jury heard arguments Tuesday that drugmakers and distributors contributed to the opioid crisis as attorneys for New York counties told the panel members that they can expect to hear drug manufacturers and distributors lay the blame for the epidemic at the doors of anyone other than themselves.

Read full article »

### Manafort Pal Had No Shot At Trump Gig, 'The Mooch' Says

Anthony Scaramucci on Tuesday told a Manhattan federal jury that a former Federal Savings Bank CEO never had a shot at a top post in the Trump administration and that the SkyBridge Capital founder and onetime adviser to the former president only agreed to set up an interview for him as a favor.

Read full article »









LAW FIRMS
Akerman LLP
Alston & Bird

Def.'s Ex. 1



## Latham Attorney DQ'd From Upcoming Fluor-Zurich Trial

A Missouri federal judge disqualified a Latham & Watkins LLP attorney as lead counsel for Fluor Corp. in an upcoming trial over insurance coverage for lead contamination suits, ruling that his role as both a witness and attorney would confuse the jury.

 *Order attached* | Read full article »

## NJ Juror Fined For Causing Mistrial With Outside Research

A New Jersey federal judge on Tuesday held a former juror in contempt for violating court orders and fined him about $11,227 after his impermissible outside research led to a mistrial in the case against a man accused of assaulting a U.S. Immigration and Customs Enforcement deportation officer.

 *documents attached* | Read full article »

## Valassis Tells Jury News Corp. Froze It Out Of Coupon Biz

Counsel for retail marketer Valassis Communications Inc. told a New York City federal jury Tuesday in a $200 million antitrust trial that alleged "monopolist" News Corp. schemed to keep it out of the market for in-store coupons, driving it out by 2013.

Read full article »

## NJ Justices Doubt Jury Screening Format Unfair Amid COVID

The New Jersey Supreme Court appeared likely Tuesday to sign off on a hybrid system of selecting criminal juries remotely and in person amid the coronavirus pandemic, challenging a convicted man's stance that a pre-screening process was flawed for shutting out him and his lawyers.

Read full article »

## INTELLECTUAL PROPERTY

## Sanctioned Chemical Co. Asks To Salvage IP Invalidity Claims

True Chemical Solutions has urged U.S. District Judge Alan Albright to let it argue that Performance Chemical Co.'s patents tied to oil and gas delivery trailers are invalid, even if discovery misconduct doomed the company's infringement defenses.

 *Motion attached* | Read full article »

## EMPLOYMENT & BENEFITS

## GEO Group Can't Nix Detainee Class In $1-A-Day Wage Suit

GEO Group Inc. lost its attempt to bust an immigrant detainee class alleging it paid just $1 daily to have its detention facility cleaned, after a Washington federal judge found that the class's sole representative can adequately represent its interests.

 *Order attached* | Read full article »

## WHITE COLLAR

## Ex-Dechert Atty Denies 'Ridiculous' ENRC Leak Claims At Trial

A former Dechert attorney hired by ENRC to conduct an internal corruption investigation called allegations he orchestrated a plot to leak confidential

Blackstone Chambers
Boies Schiller
Brown & James
Choate Hall
Cloth Fair Chambers
Clyde & Co
Covington & Burling
DLA Piper
Davis Polk
Davis Wright Tremaine
Dechert
Deutsch Hunt
Dinsmore & Shohl
Erskine Chambers
Essex Court Chambers
Foundation Law Group
Fox Rothschild
Gibbons PC
Girardi & Keese
Goldstein & Russell
Goulston & Storrs
Graham & Mauer
Greenberg Gross
Greenberg Traurig
Hogan Lovells
Holwell Shuster
Husch Blackwell
Jones Day
Kramer Levin
Latham & Watkins
Loeb & Loeb
Mayer Brown
Meade & Neese
Menter Immigration Law
Milbank LLP
Mintz Levin
Napoli Shkolnik
One Essex Court
Open Sky Law
Paul Weiss
Pegue & Thompson
Perkins Coie
Riley Safer
Robbins Geller
Roberts Perryman
Schroeter Goldmark

Def.'s Ex. 1

documents connected to the Kazakh mining company's probe to the press "outrageous" at trial on Tuesday.

Read full article »

## 'Varsity Blues' Mom's 'Hyperbolic' Dismissal Bid Falls Flat

A Massachusetts federal judge has denied a "Varsity Blues" defendant's "hyperbolic" pretrial request to toss charges stemming from the college admissions scandal, rejecting claims that agents who arrested her more than two years ago caused her to suffer a dangerous cardiac incident known as broken heart syndrome.

 *Order attached* | Read full article »

## PRODUCT LIABILITY

## 2nd Circ. Overturns Amazon Arbitration Clause Ruling

The Second Circuit on Tuesday ruled that a New York district court erroneously tossed a Brooklyn-based cellphone charger retailer's lawsuit in light of an Amazon Business Solutions Agreements arbitration clause, saying the trial court lacks jurisdiction in the case to rule on the merits.

 *Opinion attached* | Read full article »

## EXPERT ANALYSIS

## What COVID-19, Social Issues Mean For Pharma Case Juries

Recent surveys of actual and potential jurors suggest that the turbulence of this time will likely affect the attitudes of juries in pharmaceutical and life science cases in at least five different ways, say Buffy Mims and Rachel Horton at DLA Piper, and Rick Fuentes at R&D Strategic Solutions.

Read full article »

## The Road To Class Action May Be Harder After TransUnion

The U.S. Supreme Court's recent ruling in TransUnion v. Ramirez promises to intensify battles over Article III standing, with new limits on class action size and damages theories potentially disfavoring plaintiffs under federal statutes, say Greg Marshall and Andrew Jacobs at Snell & Wilmer.

 *Opinion attached* | Read full article »



Scott Douglass

SeegerWeiss

Seiden Law Group LLP

Simmons Hanly

Smiley Wang-Ekvall

Smyser Kaplan

Snell & Wilmer

SulmeyerKupetz

Susman Godfrey

Three Raymond Buildings

Troutman Pepper

Wachtell Lipton

WilmerHale



## COMPANIES

Allergan PLC

Amalgamated Transit Union

Amazon.com Inc.

American Bar Association

American Civil Liberties Union of New Jersey

AmerisourceBergen Corp.

Anda Inc.

Cardinal Health Inc.

Cisco Systems Inc.

Endo International PLC

Faraday & Future Inc.

Federation Internationale de Football Association

Fluor Corp.

Grupo Televisa SAB

Hilton Worldwide Holdings Inc.

Instagram Inc.

Johnson & Johnson

LinkedIn Corp.

McKesson Corp.

Microsoft Corp.

New Jersey State Bar Association

News America Marketing Inc.

News Corp.

Oklahoma Bar Association

One Technologies LLC

DEF000166
Def.'s Ex. 1



## LEGAL INDUSTRY

### 4 More Firms Boost Associate Pay

Milbank LLP, Alston & Bird LLP and Smyser Kaplan & Veselka LLP on Tuesday announced raises to the top BigLaw market rate for associates while Susman Godfrey LLP announced above-market raises, effective July 1.

Read full article »

### Florida Bar Committee Recommends Regulatory 'Sandbox'

A Florida Bar committee is pushing the state to launch a pilot program relaxing some restrictions on nonlawyer ownership and the delivery of legal services, in a move that would make the Sunshine State the latest jurisdiction to open the door to newer types of legal service models.

Read full article »

### Girardi Firm May Be Able To Pay Creditors, Erika Girardi Says

The bankrupt law firm founded by disgraced attorney Thomas V. Girardi might be able to pay in full the $130 million it owes to victims and other creditors, but only if it carefully manages the lucrative batch of lawsuits that must now be handed off to other firms to finish up, according to Girardi's reality TV star ex-wife, Erika.

Read full article »

Purdue Pharma LP

R&D Strategic Solutions LLC

Spokeo Inc.

State Bar of California

Teva Pharmaceutical Industries Ltd.

The Florida Bar

TransUnion LLC

Twitter Inc.

Valassis Communications Inc.

Walgreens Co.

Zappos.com Inc.

GOVERNMENT AGENCIES

Centers for Disease Control and Prevention

Federal Bureau of Investigation

Federal Election Commission

Florida Supreme Court

Food and Drug Administration

New Jersey Supreme Court

New York Attorney General's Office

Office of Foreign Assets Control

Oklahoma Supreme Court

Serious Fraud Office

U.S. Army

U.S. Attorney's Office

U.S. Attorney's Office for the District of Massachusetts

U.S. Attorney's Office for the District of New Jersey

U.S. Attorney's Office for the Southern District of New York

U.S. Census Bureau

U.S. Court of Appeals for the Ninth Circuit

U.S. Court of Appeals for the Second Circuit

U.S. Court of Appeals for the Seventh Circuit

U.S. Court of Appeals for the Tenth Circuit

U.S. Department of Labor

U.S. District Court for the Central District of California

U.S. District Court for the District of Massachusetts

DEF000167
Def.'s Ex. 1

## Cisco Hires Former Microsoft GC Known For Diversity Efforts

Cisco Systems Inc. announced Tuesday that the Silicon Valley technology giant hired as its new chief legal officer Microsoft Inc.'s former general counsel, who has been an outspoken proponent of diversity and inclusion in the legal industry.

Read full article »

## Robbins Geller DQ Will Chill Investor Suits, 2nd Circ. Told

A New York federal judge's "unprecedented" decision to disqualify investor firm Robbins Geller Rudman & Dowd LLP for an alleged disclosure failure in a case related to the FIFA bribery scandal will have a chilling effect on private securities law enforcement, a group of pension funds warned the Second Circuit Monday.

Read full article »

## Atty's House Bid Ends With 1,492 Votes and 6 Criminal Counts

A former Massachusetts congressional candidate whose public bio touts a stint at Goulston & Storrs PC was arrested Tuesday and charged with breaking multiple campaign finance laws in an effort to fund his failed House bid.

Read full article »

## 10th Circ. Mostly Upholds Okla. Mandatory Bar Dues

The Tenth Circuit on Tuesday rejected an Oklahoma attorney's contention that mandatory bar dues for attorneys are barred under the U.S. Supreme Court's landmark Janus ruling, which blocked mandatory union membership and dues for public employees.

Read full article »

## Ex-Mayer Brown Atty Settles Employment Suit Against Car Co.

A former Mayer Brown LLP partner accusing Faraday & Future of tricking him into accepting an in-house job and then unlawfully terminating him after highlighting compliance issues at the company has settled his suit, according to a filing Monday in California federal court.

Read full article »

U.S. District Court for the District of New Jersey

U.S. District Court for the Eastern District of Missouri

U.S. District Court for the Northern District of California

U.S. District Court for the Southern District of New York

U.S. District Court for the Western District of Texas

U.S. District Court for the Western District of Washington

U.S. Immigration and Customs Enforcement

U.S. Supreme Court

World Health Organization

### JOBS
Search full listings or advertise your job opening

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
New York, New York

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
Newark, New Jersey

**Products Liability Associate**
Duane Morris LLP
Philadelphia, Pennsylvania

**Products Liability Associate**
Duane Morris LLP
Washington, District of Columbia

**Mid-Level Litigation Associate**
Corr Cronin LLP
Seattle, Washington

**IP Litigation Associate**
Fitch, Even, Tabin & Flannery
Chicago, Illinois

**NYC ELITE FULL SERVICE SMALL FIRM SEEKS PARTNERS**
Schoen Legal Search
New York, New York

**Big Law Partner w/ $1-5M book for NYC mid sized firm**
Schoen Legal Search
New York, New York

**Big law litigation partners sought by Elite full service Mid-sized NY LF**
Schoen Legal Search
New York, New York

**BIG LAW IN A LITTLE PKG. PARTNERS WANTED!**
Schoen Legal Search
New York, New York

DEF000168

Def.'s Ex. 1

**National TRIAL Partner - Products Liability No BIZ**
Schoen Legal Search
New York, New York

**Attorney - Commercial Litigation (4-6 yrs)**
Gordon & Rees LLP
Los Angeles , California

**Insurance Coverage Litigation Associate**
Duane Morris LLP
San Francisco, California

**Junior Litigation Associate**
Duane Morris LLP
Boston, Massachusetts

**Litigation IP Attorney**
Stevens & Lee
Philadelphia, NJ or NY, Pennsylvania

**Labor & Employment Attorney**
Moore & Van Allen, PLLC
Charlotte, North Carolina





Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 111 West 19th Street, 5th Floor, New York, NY 10011

DEF000169

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Trials Law360 <news-q2@law360.com> |
| **Sent:** | Wednesday, July 7, 2021 4:21 AM |
| **To:** | Leslie Rutledge |
| **Subject:** | [EXTERNAL][MARKETING] Fed. Circ. Judge Unsure IP At Heart Of $1.1B Juno Win Is Valid |

**CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe.



<span style="color:red">TRIALS</span>

**Wednesday, July 7, 2021** 





## TOP NEWS

### Fed. Circ. Judge Unsure IP At Heart Of $1.1B Juno Win Is Valid
The Federal Circuit's chief judge appeared receptive Tuesday to Kite Pharma's argument that a Juno Therapeutics drug patent is too broad to be valid, potentially calling into question Juno's more than $1.1 billion infringement win during the appellate court's first in-person hearing since the arrival of the COVID-19 pandemic.
Read full article »

### No Evidence To Acquit Avenatti In Nike Case, Judge Says
A New York federal judge on Tuesday shot down Michael Avenatti's bid for acquittal or retrial in his Nike extortion case, rejecting the disgraced lawyer's claim that he was convicted on insufficient evidence and that prosecutors withheld materials that could exonerate him.
 *Order attached* | Read full article »

### Feds Drop Wilmington Fraud Case After 3rd Circ. Defeat
Delaware federal prosecutors said Tuesday they will not retry four former Wilmington Trust executives on fraud counts after the Third Circuit tossed all but two of the charges, ending a marquee criminal case stemming from the 2008 financial crisis.
Read full article »



<span style="color:red">LAW FIRMS</span>
Abrams Garfinkel
Alston & Bird

Def.'s Ex. 1



## Charged MIT Prof. Can't Sanction Ex-US Atty At Jones Day

A Massachusetts magistrate judge found on Tuesday that former Boston U.S. Attorney Andrew Lelling, now with Jones Day, didn't violate professional rules when he announced tax fraud and other charges against an MIT engineering professor, finding that his statements may have been inappropriate but didn't warrant sanctions.

 *Order attached* | Read full article »

## DOJ Gets Nov. Trial Date For Aon Merger Challenge

A fight over the timing of the U.S. Department of Justice's lawsuit challenging the $30 billion merger between insurance brokers Aon and Willis Towers Watson, and its now mid-November trial date, turned into a brawl of words over protecting confidential documents during a D.C. federal court hearing Tuesday.

Read full article »

## SUPREME COURT

**Analysis**
## The Sharpest Dissents From The Supreme Court Term

Despite a U.S. Supreme Court term marked by the pandemic, a presidential election unlike any in modern history and a fortified conservative majority that sparked controversy, the justices seemed to be vibing pretty well — until the end of the session.

Read full article »

**Feature**
## Returning To Open Court: Excitement, Nerves And Extra Prep

After more than a year of remote arguments, the U.S. Supreme Court may follow the example of other courts and allow in-person arguments when the new term begins in October. Advocates are eager to get back to the lectern, even if that means it's harder to consult notes and the butterflies return.

Read full article »

**Podcast**
## The Term Finale: A 'Kumbaya Court'? Not So Fast

An uptick in unanimous decisions caught U.S. Supreme Court watchers off-guard this term, but simmering beneath the surface are stark differences among the justices on the direction of the court. Law360 data editor Jackie Bell joins The Term to break down the numbers behind the cases — including who's the new "Mr. Majority."

Read full article »

## INTELLECTUAL PROPERTY

## Streaming Exec Can't Escape Injunction, Networks Say

The operator of a broadcast streaming service should not be able to emerge unscathed from or circumvent an upcoming jury trial accusing his company of violating copyright law, major networks told a New York federal district court on Tuesday.

 *1 document attached* | Read full article »

Bandas Law Firm

Banner Witcoff

Beck Redden

Blackstone Chambers

Blank Rome

Boies Schiller

Camara & Sibley

Clark Hill

Coburn & Greenbaum

Cohen Kinne

Dalton & Associates PA

Davis Polk

Dechert

Erskine Chambers

Essex Court Chambers

Gibbons PC

Hagens Berman

Hogan & Hogan

Hogan Lovells

Holland & Knight

Hooper Lundy

Irell & Manella

Jones Day

K&L Gates

KaiserDillon

Keller Anderle

Kirkland & Ellis

Latham & Watkins

Law Office of Christopher Q. Davis

Loeb & Loeb

McCarter & English

McDermott Will

McKool Smith

McLaughlin & Stern

Meltzer Lippe

Milbank LLP

Miner Siddall

Mintz Levin

Morgan & Morgan

Morgan Lewis

Nixon Peabody

One Essex Court

Orrick Herrington

Paul Hastings

Paul Weiss

Quinn Emanuel

## WHITE COLLAR

### Rakoff 'Totally Disagrees' Pot Fraud Trial Was Unfair

Manhattan U.S. District Judge Jed S. Rakoff said two businessmen facing prison time for fooling banks into processing $150 million of cannabis payments have no argument for a new trial because prosecutors brought "overwhelming" evidence of their guilt.

 *Opinion attached* | Read full article »

### Feds Renew Push For Single 'Varsity Blues' Parents Trial

Fresh off securing their latest plea deal in the "Varsity Blues" case, federal prosecutors have asked a federal judge in Boston to jettison plans to hold two trials for parents charged in the college testing and admissions scam and try them all together in September.

 *documents attached* | Read full article »

## PERSONAL INJURY & MEDICAL MALPRACTICE

### Texas Court Largely Voids Doc's Win In Surgery Center Row

A Texas appellate court on Tuesday largely wiped out an orthopedic surgeon's multimillion-dollar win in a dispute with a Houston surgery center he once had a stake in, saying the surgeon was bound by a noncompete agreement he signed.

 *Opinion attached* | Read full article »

### Fla. Man Gets $4.3M For Injuries From Car Accident

A Florida jury has awarded a man $4.3 million following a trial over allegations that he was rear-ended by another driver after he slowed down for traffic.

 *Verdict attached* | Read full article »

## COMMERCIAL CONTRACTS

### Exec Can't Dodge Israeli Law Firm's Award Over Unpaid Fees

A Massachusetts judge was right to enforce an Israeli law firm's default win against a business executive who allegedly failed to pay legal fees, the Bay State's top court ruled Tuesday.

 *Opinion attached* | Read full article »

## PEOPLE

### Ex-McKool Smith IP Head Moves To Alston & Bird

Alston & Bird hired the former head of McKool Smith LLP's intellectual property practice for its Dallas office, a trial and IP veteran who most recently represented Ericsson in its high-profile international patent war with Samsung.

Read full article »

### Ex-Winston Partner Joins Houston Boutique As Name Partner

A former Winston & Strawn LLP trial partner recently joined Houston boutique firm Bissinger Oshman & Williams LLP as a name partner.

Read full article »

### Banner Witcoff Lands An IP Trial Pro From Morgan Lewis

Rothken Law Firm
Sheppard Mullin
Skadden Arps
Sterne Kessler
Sullivan & Cromwell
Thompson Hine
Three Raymond Buildings
Vedder Price
Venable LLP
Weil Gotshal
White & Case
Wilks Lukoff
Williams & Connolly
Winston & Strawn



COMPANIES
American Civil Liberties Union
Aon PLC
Arthrex Inc.
Bessemer Group Inc.
Cable-Satellite Public Affairs Network
Chamberlain Group Inc.
Democratic National Committee
Electronic Frontier Foundation
Ericsson Inc.
Ferrari SpA
Juno Therapeutics Inc.
Kite Pharma Inc.
Lehman Brothers Holdings Inc.
Lenovo Group Ltd.
Massachusetts Institute of Technology
Memorial Sloan Kettering Cancer Center
NBCUniversal Media LLC
Nike Inc.
Odebrecht SA
Panasonic Corp.
Praxair Inc.
Techtronic Industries Co. Ltd.

The trial team at the Chicago intellectual property firm Banner & Witcoff Ltd. picked up a former partner from Morgan Lewis whose trial work has involved invalidating everything from branded drug patents to a successful, high-profile eligibility battle over a garage door patent.

Read full article »





## LEGAL INDUSTRY

### Law Firms Continue To Raise The Game On Associate Pay

Nearly four weeks after Milbank LLP announced it was raising pay for associates and a wave of law firms followed suit, news of attorney pay bumps are continuing to roll in, with three new announcements so far this week.

Read full article »

### SDNY Judge William H. Pauley III Dies At 68

Toshiba Corp.

Wells Fargo & Co.

Willis Towers Watson PLC

Wilmington Trust Corp.

GOVERNMENT AGENCIES

Financial Crimes Enforcement Network

Food and Drug Administration

National Security Agency

New York City Housing Authority

Serious Fraud Office

U.S. Attorney's Office

U.S. Attorney's Office for the District of Delaware

U.S. Attorney's Office for the District of Massachusetts

U.S. Attorney's Office for the Southern District of New York

U.S. Court of Appeals for the Federal Circuit

U.S. Court of Appeals for the Third Circuit

U.S. Department of Energy

U.S. Department of Justice

U.S. Department of the Treasury

U.S. District Court for the District of Columbia

U.S. District Court for the District of Massachusetts

U.S. District Court for the Northern District of California

U.S. District Court for the Southern District of New York

U.S. House of Representatives

U.S. Immigration and Customs Enforcement

U.S. Patent and Trademark Office

U.S. Securities and Exchange Commission

U.S. Senate

U.S. Supreme Court

Manhattan U.S. District Judge William H. Pauley III, who handled scores of high-profile cases including the criminal prosecution of former President Donald Trump's onetime lawyer Michael Cohen, has died at the age of 68.

Read full article »

## Former DNC Chair Exits Venable Over Firm Repping Md. Gov.

Tom Perez, the former Democratic National Committee chair who recently launched a bid for governor of Maryland, has resigned from his position at Venable LLP just weeks after joining its Washington, D.C., office.

Read full article »

## Garland's 2nd Half Agenda: Corruption, COVID-19 And Crypto

The U.S. economy is roaring back from the pandemic slump, spelling busy days ahead for the white collar attorneys and government enforcers tasked with following the money.

Read full article »

## DOJ Asked Whether It Should Defend GOP Rep. In Riot Case

A D.C. federal judge has ordered the U.S. Department of Justice to confirm whether it should defend Alabama Rep. Mo Brooks in a lawsuit accusing him of helping to incite the Jan. 6 U.S. Capitol insurrection, after the Republican insisted he was acting in his official capacity when he sought to block Joe Biden's presidential victory.

Read full article »

## Britney Spears' Conservatorship Counsel Seek To Step Down

The attorneys representing Britney Spears in the conservatorship that has controlled her life and finances since 2008 asked to resign Tuesday, after the pop icon told a California probate judge during a hearing last month that she would like the opportunity to choose her own legal representation.

Read full article »

## Ex-Dechert Atty Denies Helping Whistleblower Go To SFO

The former head of corporate crime at Dechert has denied helping a disgruntled ENRC employee blow the whistle on alleged corruption at the mining company, testifying on Tuesday that he did not hand him the private number of a senior Serious Fraud Office investigator.

Read full article »

## Hagens Berman Gets $31M After 9th Circ. Nixed $48M Fee

A California federal judge has awarded Hagens Berman Sobol Shapiro LLP $31 million in attorney fees for work securing $205 million in optical disk price-fixing settlements — about $17 million less than the firm sought following the Ninth Circuit's decision to throw out an earlier $47.8 million fee award.

Read full article »

## NY Firm Settles Ex-Paralegal's Gender, Military Bias Suit

A Manhattan federal judge hit pause on a former paralegal's case against Abrams Garfinkel Margolis & Benson LLP, bringing proceedings to a 30-day halt after the parties reported they had reached a settlement on the worker's sexual harassment and military discrimination claims.

Read full article »

Def.'s Ex. 1

## JOBS

**Search full listings** or **advertise your job opening**

**ASSOCIATE – BUSINESS LITIGATION (HARTFORD, CT)**
McCarter & English, LLP
Hartford, Connecticut

**Staff Attorney**
Susman Godfrey LLP
Houston, Texas

**BIG LAW IN A LITTLE PKG. PARTNERS WANTED!**
Schoen Legal Search
New York, New York

**Big Law Partner w/ $1-5M book for NYC mid sized firm**
Schoen Legal Search
New York, New York

**NYC ELITE FULL SERVICE SMALL FIRM SEEKS PARTNERS**
Schoen Legal Search
New York, New York

**LEVEL ONE Products Liability team seeks FIRST CHAIR TRIAL PARTNER -- NO BIZ**
Schoen Legal Search
multiple, -

**Tech Patent litigation partner for NY office of well-known NY/NJ mid-sized firm**
Schoen Legal Search
New York City, New York

**A++ NYC small/mid-sized FULL SERVICE law firm SEEKS MATRIMONIAL/FAMILY LAW PARTNER**
Schoen Legal Search
New York, New York

**Elite NYC mid-sized FULL SERVICE law firm seek WHITE COLLAR PARTNER**
Schoen Legal Search
New York, New York

**Big law litigation partners sought by Elite full service Mid-sized NY LF**
Schoen Legal Search
New York, New York

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
New York, New York

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
Newark, New Jersey

**Products Liability Associate**
Duane Morris LLP
Washington, District of Columbia

**Products Liability Associate**
Duane Morris LLP
Philadelphia, Pennsylvania

**Mid-Level Litigation Associate**
Corr Cronin LLP
Seattle, Washington

**IP Litigation Associate**
Fitch, Even, Tabin & Flannery
Chicago, Illinois

**Labor & Employment Attorney**
Moore & Van Allen, PLLC
Charlotte, North Carolina

Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 111 West 19th Street, 5th Floor, New York, NY 10011

DEF000175

Def.'s Ex. 1

## Dylan Jacobs

| | |
|---|---|
| **From:** | Public Policy Law360 <news-q2@law360.com> |
| **Sent:** | Wednesday, July 7, 2021 3:19 AM |
| **To:** | Leslie Rutledge |
| **Subject:** | [EXTERNAL][MARKETING] Garland's 2nd Half Agenda: Corruption, COVID-19 And Crypto |

**CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe.



PUBLIC POLICY

**Wednesday, July 7, 2021** 



## TOP NEWS



### Garland's 2nd Half Agenda: Corruption, COVID-19 And Crypto

The U.S. economy is roaring back from the pandemic slump, spelling busy days ahead for the white collar attorneys and government enforcers tasked with following the money.

Read full article »

### Biggest Texas Supreme Court Rulings Of The Term

In a term during which the coronavirus pandemic loomed large, the Texas Supreme Court had decided 70 cases by the end of June, clearing its docket of argued cases, setting new precedent on immunity for social networking giant Facebook Inc., and clarifying the scope of attorney immunity for transactional work.

Read full article »

### CIT Blocks Final Collection Of Trump-Era China Tariffs

The U.S. Court of International Trade blocked the government from finalizing tariffs on scores of Chinese goods Tuesday, ruling that importers challenging the levies would be irreparably harmed if the duties were collected as usual during the suit.

 *Decision attached* | Read full article »







**LAW FIRMS**

Abrams Garfinkel

Akin Gump

## Treasury Erases Sanctions On International Criminal Court

The U.S. Department of Treasury's Office of Foreign Assets Control published a final rule on Tuesday that formally erased Trump-era sanctions against the International Criminal Court's top prosecutor and a senior official.

 *1 document attached* | Read full article »

## DOJ Gets Nov. Trial Date For Aon Merger Challenge

A fight over the timing of the U.S. Department of Justice's lawsuit challenging the $30 billion merger between insurance brokers Aon and Willis Towers Watson, and its now mid-November trial date, turned into a brawl of words over protecting confidential documents during a D.C. federal court hearing Tuesday.

Read full article »

## DOJ Asked Whether It Should Defend GOP Rep. In Riot Case

A D.C. federal judge has ordered the U.S. Department of Justice to confirm whether it should defend Alabama Rep. Mo Brooks in a lawsuit accusing him of helping to incite the Jan. 6 U.S. Capitol insurrection, after the Republican insisted he was acting in his official capacity when he sought to block Joe Biden's presidential victory.

 *1 document attached* | Read full article »

## Keystone XL Builder Plans $15B Trade Claim Against US

TC Energy Corp. will seek at least $15 billion in damages through an investor-state claim against the U.S. over President Joe Biden's revocation of a cross-border permit for the company's now-canceled Keystone XL pipeline.

Read full article »

## SUPREME COURT

**Analysis**

## The Sharpest Dissents From The Supreme Court Term

Despite a U.S. Supreme Court term marked by the pandemic, a presidential election unlike any in modern history and a fortified conservative majority that sparked controversy, the justices seemed to be vibing pretty well — until the end of the session.

Read full article »

**Feature**

## Returning To Open Court: Excitement, Nerves And Extra Prep

After more than a year of remote arguments, the U.S. Supreme Court may follow the example of other courts and allow in-person arguments when the new term begins in October. Advocates are eager to get back to the lectern, even if that means it's harder to consult notes and the butterflies return.

Read full article »

**Analysis**

## High Court Gives States Upper Hand In Minority Voting Battles

The U.S. Supreme Court's decision that two Arizona voting regulations don't discriminate against minorities gives states a clear advantage in Voting Rights Act litigation as Native Americans and other groups will be forced to try to overcome the court's willingness to let largely Republican-led state legislatures assert more control over elections.

Axelrod LLP
Bandas Law Firm
Barnard Iglitzin
Bilzin Sumberg
Blackstone Chambers
Blank Rome
Bracewell LLP
Buchanan Ingersoll
Camara & Sibley
Carrington Coleman
Coburn & Greenbaum
Consovoy McCarthy
Danks Miller
Davis Polk
Davis Wright Tremaine
Dechert
Erskine Chambers
Essex Court Chambers
Eversheds Sutherland
Gibson Dunn
Hagens Berman
Haynes & Boone
Hogan Lovells
Holland & Knight
Jones Day
K&L Gates
KaiserDillon
King & Spalding
Kirkland & Ellis
Latham & Watkins
Law Office of Christopher Q. Davis
Loeb & Loeb
Lynn Pinker
McDermott Will
Meltzer Lippe
Milbank LLP
Morgan Lewis
Morris Nichols
Nixon Peabody
O'Melveny & Myers
One Essex Court
O'Neill & Borges
Paul Hastings
Paul Weiss
Perkins Coie
Pillsbury Winthrop

Read full article »

**Podcast**

### The Term Finale: A 'Kumbaya Court'? Not So Fast

An uptick in unanimous decisions caught U.S. Supreme Court watchers off-guard this term, but simmering beneath the surface are stark differences among the justices on the direction of the court. Law360 data editor Jackie Bell joins The Term to break down the numbers behind the cases — including who's the new "Mr. Majority."

Read full article »

## BANKING & SECURITIES

### China Vows Crackdown On Companies That List Abroad

The Chinese government on Tuesday vowed tougher oversight of companies that list their stock abroad, a statement that follows high-profile U.S. initial public offerings of Chinese companies that have since come under scrutiny for allegedly violating data security rules.

Read full article »

### CFPB, All American Spar Over FHFA Ruling Impact At 5th Circ.

The Consumer Financial Protection Bureau has told the full Fifth Circuit that the Federal Housing Finance Agency case recently decided by the U.S. Supreme Court confirms the continued viability of the consumer watchdog's enforcement action against a check cashing and payday loan company that's renewing its push for dismissal.

 *documents attached* | Read full article »

### Fed Says Interchange Fee Rules Challenge Is Too Late

A pair of trade associations were too late in suing the Federal Reserve Board over its debit-card interchange fee rules, the board told a North Dakota federal court in asking that the suit be tossed.

 *Brief attached* | Read full article »

## ENERGY & ENVIRONMENTAL

### Feds Examining $39B Alaska LNG Project's Emissions Impact

The U.S. Department of Energy said it will conduct an in-depth analysis of greenhouse gas emissions from a $38.7 billion Alaska liquefied natural gas project, agreeing with the Sierra Club that more work is needed to understand the climate impacts of exporting the gas.

 *documents attached* | Read full article »

### Pipeline Co. Nixes Tenn. Project Amid Enviro Justice Concern

Developers of a proposed crude oil pipeline that would run through predominantly low-income and Black neighborhoods in Memphis, Tennessee, have nixed the project amid community and legal opposition over its potential environmental justice harms.

Read full article »

### EPA Scientists Claim Agency Altering Chemical Assessments

Four scientists at the U.S. Environmental Protection Agency claim that risk assessments for new and existing chemicals are being improperly altered at the

Proskauer Rose

Sauder Schelkopf

Skadden Arps

Smith Gambrell

Smith Porsborg

Snell & Wilmer

Sterne Kessler

Stoneman Chandler

Struck Love

Sullivan & Cromwell

Terpening Law

Thompson Hine

Three Raymond Buildings

Todd & Weld

Vedder Price

Venable LLP

Williams & Connolly

Willkie Farr

Winston & Strawn

Witham Mahoney

Woods Oviatt



## COMPANIES

Academy Sports & Outdoors

Air Transport Association of America

Albert Einstein Healthcare Network

Amazon.com Inc.

American Civil Liberties Union

American Federation of Labor & Congress of Industrial Organizations

Animal Legal Defense Fund

Aon PLC

Arthrex Inc.

Association of Flight Attendants-CWA

Bessemer Group Inc.

Business Roundtable

Cable-Satellite Public Affairs Network

Cargill Inc.

Center for Justice

DEF000178

Def.'s Ex. 1

agency to eliminate or minimize risk calculations, undermining protections and putting workers and the public in danger.

 *Letter attached* | Read full article »

## HEALTH & LIFE SCIENCES

### CDC Accuses Fla. Of Strangling Its Cruise Industry

In its battle to restore pandemic-related restrictions on Florida cruise ships, the Centers for Disease Control and Prevention has invoked "undisputed evidence" that unregulated operations will hasten the spread of dangerous COVID-19 variants and accused the state of hindering the industry's comeback.

 *3 documents attached* | Read full article »

### NYC Comptroller Sues To End Mayor's Contract Emergency

New York City's comptroller sued the city and its mayor on Tuesday seeking to end an emergency order suspending NYC's usual procurement rules during the COVID-19 pandemic, arguing it had resulted in fraud and waste and was no longer necessary.

 *Petition attached* | Read full article »

## MEDIA & ENTERTAINMENT

### Lawmakers Urge FTC To Continue Facebook Antitrust Fight

House and Senate lawmakers are asking the chair of the Federal Trade Commission to continue the commission's enforcement efforts against Facebook over alleged antitrust violations, after a D.C. federal judge dismissed the agency's complaint against the social media giant last week.

Read full article »

### Comcast Pushes FCC To Shift Nexstar Station Ownership

Comcast told the Federal Communications Commission that Nexstar Media Group's divestiture as part of a mega deal was a "sham," arguing that Nexstar actually controls the New York City station WPIX-TV — which puts the company over the cap that limits national audience reach by one media company to 39% of the population.

 *Petition attached* | Read full article »

## EMPLOYMENT & BENEFITS

### Full 9th Circ. Asked To Review Wash. Airline Sick Leave Ruling

The full Ninth Circuit should review a panel's holding that Washington state can apply a paid sick leave law to airline employees because federal law doesn't preempt it, an airline lobbying group argued, saying the panel used the wrong test for determining preemption.

*Petition attached* | Read full article »

### Boston Taps Nixon Peabody To Defend Suit By Fired Top Cop

Boston has shaken up its legal team by hiring attorneys from Nixon Peabody LLP to defend against claims that acting Mayor Kim Janey illegally rushed to judgment by firing the police commissioner over domestic violence allegations, according to court filings in the defamation and civil rights suit.

Chevron Corp.

Comcast Corp.

CoreCivic Inc.

Democratic National Committee

Facebook Inc.

Federal National Mortgage Association

Ferrari SpA

Freddie Mac

Google LLC

Great Western Bancorporation Inc.

Hackensack Meridian Health

Instagram Inc.

KPMG International

Kaufman Hall & Associates LLC

Leafly Holdings Inc.

Magic City Casino

Michael Kors Holdings Ltd.

National Association of Convenience Stores

National Congress of American Indians

National Retail Federation Inc.

Native American Rights Fund Inc.

New Jersey Chamber of Commerce

New York City Bar Association

Nexstar Media Group Inc.

Nike Inc.

Odebrecht SA

Panasonic Corp.

Philadelphia Energy Solutions Inc.

Plains GP Holdings LP

Sierra Club

Sinclair Broadcast Group Inc.

Snap Inc.

Southern Environmental Law Center

Starbucks Corp.

Surgical Care Affiliates Inc.

TC Energy Corp.

Tax Foundation

Tegna Inc.

The AES Corp.

The E.W. Scripps Company

The Pew Charitable Trusts

TikTok Inc.

 *Complaint attached* | Read full article »

## AEROSPACE & DEFENSE

### Pentagon Chief Backs Changes To Sex Assault Prosecutions

Defense Secretary Lloyd Austin has endorsed stripping commanding officers of the authority to investigate and prosecute sexual assault cases, a sweeping move President Joe Biden also supports to combat sex crimes in the U.S. military.

 *2 documents attached* | Read full article »

## INTERNATIONAL TRADE

### Textile Co. Takes US To Court Over Uyghur Labor Blacklisting

A Hong Kong textile manufacturer challenged Trump-era trade restrictions in D.C. federal court Tuesday, rejecting accusations that it used forced Uyghur labor in its Xinjiang facilities.

 *Complaint attached* | Read full article »

## TAX

**Analysis**

### Top State And Local Tax Policies Of 2021: Midyear Report

As the U.S. began to see light at the end of the pandemic tunnel in 2021, states were able to address tax priorities that got pushed to the back burner in 2020. Here, Law360 examines four state and local tax policy developments that stood out in the first half of the year.

Read full article »

### NJ Makes Changes To Corp. Tax Break Programs

A New Jersey bill signed by Gov. Phil Murphy makes various changes to the state's corporate tax break programs, including relaxing worker-location standards and expanding some programs.

 *2 documents attached* | Read full article »

### Seattle Faces Appeal In Fight Over New Payroll Tax

A Washington state court incorrectly held that a Seattle tax on businesses with highly paid employees is constitutional, the Seattle Metropolitan Chamber of Commerce said in seeking review of the decision.

 *1 document attached* | Read full article »

## BANKRUPTCY

### Financial Board Sues To Stop New Puerto Rico Pension Plan

Puerto Rico's fiscal oversight board has asked a federal judge to overturn a law signed last month creating a new public employee retirement fund for the island, saying the law would overwrite the board's restructuring plan to create a system that is doomed to crash.

 *Complaint attached* | Read full article »

### Venoco Ch. 11 Trustee Seeks OK For $852M Spill Settlement

The liquidating trustee for the Chapter 11 estate of bankrupt California oil driller and processor Venoco LLC has asked a Delaware judge to approve more than $852

Tommy Hilfiger Corp.
Toshiba Corp.
TransCanada Corporation
Twitter Inc.
U.S. Chamber of Commerce
Valero Energy Corp.
Venoco, Inc.
Virgin America Inc.
Wells Fargo & Co.
Willis Towers Watson PLC

GOVERNMENT AGENCIES
Blue Lake Rancheria
Bureau of Industry and Security
Bureau of Land Management
Bureau of Safety and Environmental Enforcement
California Attorney General's Office
California Natural Resources Agency
Centers for Disease Control and Prevention
Centers for Medicare & Medicaid Services
Chemehuevi Indian Tribe
Consumer Financial Protection Bureau
Federal Aviation Administration
Federal Communications Commission
Federal Energy Regulatory Commission
Federal Housing Finance Agency
Federal Reserve System
Federal Trade Commission
Financial Crimes Enforcement Network
Food and Drug Administration
Government Accountability Office
Hopland Band of Pomo Indians
Internal Revenue Service
NAFTA
National Security Agency
Navajo Nation
New York City Housing Authority
Office of Foreign Assets Control
Office of Natural Resources Revenue

million in unsecured claims to settle federal, state and private company oil spill cleanup and plant shutdown debts.

 *Motion attached* | Read full article »

## IMMIGRATION

### ICE Promises Soap, Shots In Fla. COVID-19 Detainee Deal

A Florida federal court unsealed a proposed settlement between U.S. Immigration and Customs Enforcement and migrants linked to three ICE detention centers Tuesday, revealing commitments including "unlimited soap," COVID-19 vaccines and continued social distancing measures.

 *Settlement attached* | Read full article »

### Prison Co. Wants Asylum-Seeker's Miscarriage Suit Trimmed

Private prison operator CoreCivic has asked a California judge to slash allegations from the latest complaint brought by a former immigration detainee who suffered a miscarriage in custody at the company's Otay Mesa facility, saying the woman is looking to "incite scandal."

 *Response attached* | Read full article »

## NATIVE AMERICAN

### Fla.'s Gaming Compact With Tribe Challenged In Federal Court

Two pari-mutuel gaming businesses have challenged a new gaming compact between Florida and the Seminole Tribe of Florida that promises the state billions in revenue, claiming provisions that authorize online sports betting through the tribe exceed the state's powers and violate federal law.

 *Complaint attached* | Read full article »

### Calif. 'Stonewalling' In Gambling Pact Suit, Tribes Tell 9th Circ.

California Native American tribes urged the Ninth Circuit on Friday not to stay a summary judgment order finding the state negotiated tribal casino agreements in bad faith by adding provisions unrelated to gambling, arguing that California is trying to further delay negotiations.

 *1 document attached* | Read full article »

## TELECOMMUNICATIONS

### DC Circ. Urged To Overturn FCC's Expanded Antenna Rules

A coalition of 68 wellness organizations is lending support to a lawsuit in the D.C. Circuit challenging a Federal Communications Commission rule meant to facilitate the installation of wireless internet equipment in residential areas.

 *Brief attached* | Read full article »

### Subsidy Hikes Are Key FCC Takeaway From Lifeline Study

Stakeholders strongly favor the Federal Communications Commission raising Lifeline subsidies from the current $9.25 per month to help low-income households keep pace with modern telecom needs, according to a new FCC report.

 *Report attached* | Read full article »

## CANNABIS

Office of the U.S. Trade Representative

Seminole Tribe of Florida

Serious Fraud Office

Small Business Administration

Texas Supreme Court

U.S. Army Corps of Engineers

U.S. Attorney's Office

U.S. Attorney's Office for the Southern District of Florida

U.S. Bankruptcy Court for the District of Delaware

U.S. Court of Appeals for the District of Columbia Circuit

U.S. Court of Appeals for the Fifth Circuit

U.S. Court of Appeals for the Ninth Circuit

U.S. Court of Appeals for the Third Circuit

U.S. Customs and Border Protection

U.S. Department of Commerce

U.S. Department of Energy

U.S. Department of Health and Human Services

U.S. Department of Homeland Security

U.S. Department of Justice

U.S. Department of Labor

U.S. Department of State

U.S. Department of the Interior

U.S. Department of the Treasury

U.S. District Court for the District of Columbia

U.S. District Court for the District of Massachusetts

U.S. District Court for the District of Puerto Rico

U.S. District Court for the Middle District of Florida

U.S. District Court for the Middle District of Pennsylvania

U.S. District Court for the Northern District of California

U.S. District Court for the Northern District of Florida

U.S. District Court for the Southern District of California

DEF000181                    Def.'s Ex. 1

## Hemp Co. Says Feds Violated Rights By Destroying Shipment

U.S. Customs and Border Protection has been accused by an Oregon-based hemp processor of violating its own due process rules after it allegedly destroyed nearly 2,800 pounds of product the processor was attempting to send to Switzerland.

 *Complaint attached | Read full article »*

## EXPERT ANALYSIS

## What Biden's Tax Proposals May Mean For Int'l Private Clients

Jennifer Wioncek and Paul D'Alessandro at Bilzin Sumberg discuss the U.S. Department of the Treasury's recently released explanation of the Biden administration's tax proposals and how the changes would affect income and wealth transfer planning for international private clients.

 *1 document attached | Read full article »*

Opinion

## Federal Cannabis Descheduling Bill Needs More Clarity

Although the time is ripe for comprehensive cannabis reform, a recently reintroduced marijuana descheduling bill contains numerous problematic gaps, including lack of clarity on a regulatory framework and little consideration for the challenges of interstate commerce and importations, say attorneys at Perkins Coie and Leafly.

 *1 document attached | Read full article »*

Opinion

## CMS Must Improve Diabetics' Access To Glucose Monitors

For Medicare patients with diabetes, access to continuous glucose monitoring is encumbered by too many nonsensical barriers, which are especially burdensome on communities of color, so the Centers for Medicare & Medicaid Services should modify and streamline requirements, says George Huntley at the Diabetes Leadership Council.

Read full article »

## How High Court Clarified Off-Campus Student Speech Rights

As social media and online learning erode the boundaries between students' on- and off-campus behavior, the U.S. Supreme Court's recent decision in Mahanoy Area School District v. B.L. will help provide lower courts and schools with some clarity on how to approach off-campus speech and First Amendment rights, say Joseph Kenney and Amanda Harding at Sauder Schelkopf.

 *Opinion attached | Read full article »*

## Preparing For Contract Disputes Over Environmental Credits

As disputes over transactions involving renewable fuel standards, carbon offsets and other environmental credits become increasingly common, companies should know how to protect themselves in case a credit contract goes sour, say attorneys at Eversheds Sutherland.

Read full article »

## What Post-COVID Health Provider M&A Could Look Like

Attorneys at Morgan Lewis look at how the pandemic affected health care M&A, why hospitals may prioritize strategic initiatives as COVID-19 considerations wane, and the impact of the continued trend toward stronger antitrust enforcement.

U.S. District Court for the Southern District of Florida

U.S. District Court for the Southern District of New York

U.S. Environmental Protection Agency

U.S. House of Representatives

U.S. Immigration and Customs Enforcement

U.S. Patent and Trademark Office

U.S. Securities and Exchange Commission

U.S. Senate

U.S. Supreme Court

United States District Court for the District of North Dakota

Read full article »

## How Cos. Should Respond To Gov't Requests For PFAS Info

With federal and state government agencies increasingly focused on regulating per- and polyfluoroalkyl substances, companies should respond carefully to information requests and subpoenas about their PFAS-related practices — which, as public documents, could leave them exposed to follow-on litigation, say attorneys at Pillsbury.

Read full article »

## LEGAL INDUSTRY

### Law Firms Continue To Raise The Game On Associate Pay

Nearly four weeks after Milbank LLP announced it was raising pay for associates and a wave of law firms followed suit, news of attorney pay bumps are continuing to roll in, with three new announcements so far this week.

Def.'s Ex. 1

Read full article »

## SDNY Judge William H. Pauley III Dies At 68

Manhattan U.S. District Judge William H. Pauley III, who handled scores of high-profile cases including the criminal prosecution of former President Donald Trump's onetime lawyer Michael Cohen, has died at the age of 68.

Read full article »

## Former DNC Chair Exits Venable Over Firm Repping Md. Gov.

Tom Perez, the former Democratic National Committee chair who recently launched a bid for governor of Maryland, has resigned from his position at Venable LLP just weeks after joining its Washington, D.C., office.

Read full article »

## Britney Spears' Conservatorship Counsel Seek To Step Down

The attorneys representing Britney Spears in the conservatorship that has controlled her life and finances since 2008 asked to resign Tuesday, after the pop icon told a California probate judge during a hearing last month that she would like the opportunity to choose her own legal representation.

Read full article »

## Ex-Dechert Atty Denies Helping Whistleblower Go To SFO

The former head of corporate crime at Dechert has denied helping a disgruntled ENRC employee blow the whistle on alleged corruption at the mining company, testifying on Tuesday that he did not hand him the private number of a senior Serious Fraud Office investigator.

Read full article »

## Hagens Berman Gets $31M After 9th Circ. Nixed $48M Fee

A California federal judge has awarded Hagens Berman Sobol Shapiro LLP $31 million in attorney fees for work securing $205 million in optical disk price-fixing settlements — about $17 million less than the firm sought following the Ninth Circuit's decision to throw out an earlier $47.8 million fee award.

Read full article »

## NY Firm Settles Ex-Paralegal's Gender, Military Bias Suit

A Manhattan federal judge hit pause on a former paralegal's case against Abrams Garfinkel Margolis & Benson LLP, bringing proceedings to a 30-day halt after the parties reported they had reached a settlement on the worker's sexual harassment and military discrimination claims.

Read full article »

### JOBS
Search full listings or advertise your job opening



Def.'s Ex. 1

██████████ Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 111 West 19th Street, 5th Floor, New York, NY 10011

DEF000185

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Public Policy Law360 <news-q2@law360.com> |
| **Sent:** | Wednesday, June 30, 2021 3:34 AM |
| **To:** | Leslie Rutledge |
| **Subject:** | [EXTERNAL][MARKETING] Justices Ease Pipeline Fears In State Land Rights Fight |

**CAUTION:**  This email originated from outside of the organization. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe.



PUBLIC POLICY

**Wednesday, June 30, 2021** 

 

## TOP NEWS



**Analysis**

### Justices Ease Pipeline Fears In State Land Rights Fight

The U.S. Supreme Court allowed the pipeline industry to breathe a sigh of relief Tuesday by stripping states of a potential weapon to block proposed projects, ruling that states can't use sovereign immunity to prevent gas pipelines from being built on state-owned land.

Read full article »

**Analysis**

### Is The Consumer Welfare Standard On FTC's Chopping Block?

A 6-year-old single-page Federal Trade Commission policy statement is on the chopping block Thursday, and with its demise could come an effort to fundamentally rewrite the U.S. approach to antitrust jurisprudence by the agency's brand-new chair.

Read full article »

### Justices Back $1B Pipeline In State Land Rights Dispute

The U.S. Supreme Court on Tuesday removed a major roadblock for the $1 billion PennEast gas pipeline project, reversing a Third Circuit ruling that project developers couldn't seize New Jersey-owned land for the pipeline.

 *Opinion attached* | Read full article »



**LAW FIRMS**

Allen & Overy

Alston & Bird



## Justices Deny Bond Hearings For Returning Deportees

The U.S. Supreme Court ruled Tuesday that foreign citizens who have been deported but return and seek humanitarian protection in the U.S. must remain in immigration detention while the government reviews their cases.

 *Opinion attached* | Read full article »

## 10th Circ. Mostly Upholds Okla. Mandatory Bar Dues

The Tenth Circuit on Tuesday rejected an Oklahoma attorney's contention that mandatory bar dues for attorneys are barred under the U.S. Supreme Court's landmark Janus ruling, which blocked mandatory union membership and dues for public employees.

 *Opinion attached* | Read full article »

## DOJ Says US Courts Can't Order Arbitral Discovery Abroad

The Biden administration is urging the U.S. Supreme Court to rule that federal courts cannot order discovery for private commercial arbitration abroad, arguing in an amicus brief to that hold otherwise would create "significant tension" with federal law limiting discovery in arbitration.

 *Brief attached* | Read full article »

## BANKING & SECURITIES

## NJ AG Tapped To Lead SEC's Enforcement Division

New Jersey's attorney general, Gurbir S. Grewal, will serve as the next enforcement director of the U.S. Securities and Exchange Commission, the agency said Tuesday.

Read full article »

## Exchanges Didn't Contest SEC Orders In Time, DC Circ. Says

A group of stock exchanges seeking a review of orders issued by the U.S. Securities and Exchange Commission were "attempting to evade the obvious" by arguing that their challenge to the amendments weren't too late, D.C.'s federal appeals court ruled Tuesday.

 *Opinion attached* | Read full article »

## CFPB Report Flags Consumer Reporting, Loan Servicer Issues

The Consumer Financial Protection Bureau said Tuesday that its examiners uncovered a host of legal violations at financial services providers last year, singling out certain issues tied to credit reporting data accuracy, redlining, foreclosure practices and student loan servicing as "particularly concerning."

 *1 document attached* | Read full article »

## EU Bank Regulator Highlights Barriers To 'Regtech' Adoption

The main barriers to further adoption of regulatory compliance technology in the EU stem from challenges within financial institutions and regtech companies, but a

Baker Botts
Blackstone Chambers
Boies Schiller
Catron Catron
Choate Hall
Cloth Fair Chambers
Clyde & Co
Condon & Forsyth
DLA Piper
Davidoff Hutcher
Davis Polk
Davis Wright Tremaine
Dechert
Deutsch Hunt
Dinsmore & Shohl
Dorsey & Whitney
Erskine Chambers
Essex Court Chambers
Foley Hoag
Foundation Law Group
Fox Rothschild
Freshfields
Gallagher Casados
Girardi & Keese
Goldstein & Russell
Goulston & Storrs
Graham & Mauer
Greenberg Gross
Greenberg Traurig
Hogan Lovells
Jensen Baird
Jones Day
K&L Gates
KMA Zuckert
Kirkland & Ellis
Kramer Levin
Latham & Watkins
Liebert Cassidy
Loeb & Loeb
Mayer Brown
McDermott Will
McGlinchey Stafford
Milbank LLP
Murray Osorio
One Essex Court
Paul Weiss

unified regulatory regime can help smooth the path, the EU's banking regulator said in a Tuesday report.

 *Report attached* | Read full article »

## Ga. Adviser Lost $2.6M In Investor Funds, SEC Claims

The U.S. Securities and Exchange Commission has accused a Georgia investment adviser of tricking at least two dozen investors into handing over $5.1 million — $2.6 million of which he eventually lost — by making misleading promises of a low-risk opportunity to build their wealth.

 *Complaint attached* | Read full article »

## SEC Commissioner Says Exec. Comp Should Be Tied To ESG

U.S. Securities and Exchange Commissioner Allison Herren Lee is urging corporate boards to make changes in line with the agency's push for more environmental, social and governance disclosures, including increasing diversity and tying executive compensation to ESG metrics.

Read full article »

## ENERGY & ENVIRONMENTAL

## No $33M Tax Credit For Butane Fuel Mix, 7th Circ. Rules

Gasoline blends that use butane don't qualify for a tax credit available to alternative fuel mixtures, the Seventh Circuit said Tuesday, affirming a lower court's rejection of energy company U.S. Venture's refund claim for more than $33 million.

 *Opinion attached* | Read full article »

## Feds Tell 1st Circ. Maine City's Oil Export Ban Not Preempted

The U.S. government has told the First Circuit that a Maine city's ordinance preventing the export and bulk loading of Canadian crude oil from its waterfront is not preempted by federal law regulating pipeline safety, backing a district court's ruling that upheld the mandate.

 *Brief attached* | Read full article »

## TRANSPORTATION & INFRASTRUCTURE

**Analysis**

## NYC Ride-Hailing, Taxi Turf War Stalls Revel's EV Push

New York City's abrupt elimination of a rule allowing an unlimited number of electric vehicles for ride-hailing or ride-sharing purposes highlights regulators' struggle to balance clean energy and competition concerns, leaving drivers and consumers caught in the crossfire, experts say.

Read full article »

## EMPLOYMENT & BENEFITS

## Equal Rights Amendment Advocates Strike Out At 1st Circ.

The First Circuit refused Tuesday to revive a suit against the U.S. archivist over his refusal to publish and certify the Equal Rights Amendment, agreeing with a Massachusetts federal court that the advocacy groups that brought the action don't have standing to challenge that decision.

 *Opinion attached* | Read full article »

Perkins Coie

Pierce Atwood

Robbins Geller

SeegerWeiss

Seiden Law Group LLP

Smiley Wang-Ekvall

Smyser Kaplan

Steptoe & Johnson LLP

SulmeyerKupetz

Susman Godfrey

Three Raymond Buildings

Troutman Pepper

Wachtell Lipton

Williams & Connolly

WilmerHale

Wilson Sonsini



## COMPANIES

Allergan PLC

Amalgamated Transit Union

Amazon.com Inc.

American Bar Association

American Civil Liberties Union

American Civil Liberties Union of New Jersey

American Federation of Labor & Congress of Industrial Organizations

Americans for Prosperity Foundation

Association for Accessible Medicines

Bridgewater Associates LP

Chartered Institute of Arbitrators

Cisco Systems Inc.

DoorDash Inc.

Electronic Frontier Foundation

Exxon Mobil Corp.

Faraday & Future Inc.

Federation Internationale de Football Association

Financial Industry Regulatory Authority Inc.

DEF000188
Def.'s Ex. 1

## COMPETITION

### Ruling Needed Now On Calif. Pay-For-Delay Law, Court Told

The generic-drug industry's trade association urged a California federal judge Monday to act on its refiled challenge to the Golden State's recent law banning most so-called pay-for-delay deals, arguing the nearly year-old lawsuit has languished long enough.

 *Notice attached* | Read full article »

## CONSUMER PROTECTION

### NYC Council May Permanently Cap Food Delivery App Fees

New York City Council members this week will introduce an amended bill that looks to permanently cap how much online food ordering apps such as Grubhub and DoorDash can charge restaurants for their services, proposing to place an overall limit of 20% on deliveries and other fees.

 *Bill attached* | Read full article »

## AEROSPACE & DEFENSE

### House Votes To Repeal Decades-Old War Authorizations

The U.S. House of Representatives on Tuesday passed bills repealing decades-old congressional authorizations for the Gulf War and for countering potential aggression in the Middle East by the then-Soviet Union, as lawmakers sought to reclaim their authority to declare war.

 *documents attached* | Read full article »

## INTERNATIONAL TRADE

### House Clears Huge R&D Bills, But Must Contend With Senate

House lawmakers overwhelmingly passed two major bills to advance U.S. research and development efforts, with an eye toward gaining an upper hand against China, but the proposals must still be reconciled with a sprawling package the Senate has cleared.

 *documents attached* | Read full article »

### US, Mexico Prioritize Labor Cooperation Over Legal Fights

U.S. and Mexican trade officials said Tuesday that while newly enacted trade tools allow for quick enforcement against companies flouting labor rules, they are prioritizing a collaborative approach instead of one focused on litigation.

Read full article »

## TAX

### Ky., Tenn. Urge Court To Undo Virus Law's State Tax Cut Limit

Kentucky and Tennessee asked a Kentucky federal court to undo a provision in a coronavirus aid law that prohibits states from using federal funds for state tax cuts, arguing that they are being forced to accept funds under unconstitutional conditions.

 *Motion attached* | Read full article »

## IMMIGRATION

GrubHub Inc.

Grupo Televisa SAB

Hilton Worldwide Holdings Inc.

Human Rights Campaign

Intel Corp.

LINE Corp.

Legal Aid Justice Center

LinkedIn Corp.

Lyft Inc.

McDonald's Corp.

Microsoft Corp.

NASDAQ Inc.

National Association for the Advancement of Colored People

New York Stock Exchange LLC

Nike Inc.

Oklahoma Bar Association

Planned Parenthood Federation

Public Knowledge

Rolls-Royce PLC

Servotronics Inc.

Starbucks Corp.

State Bar of California

TC Energy Corp.

Tesla Inc.

Teva Pharmaceutical Industries Ltd.

The American Waterways Operators Inc.

The Boeing Co.

The Florida Bar

Twitter Inc.

U.S. Venture Inc.

Uber Technologies Inc.

Vermont Law School

## GOVERNMENT AGENCIES

Bureau of Citizenship and Immigration Services

Centers for Disease Control and Prevention

Commonwealth of Kentucky

Consumer Financial Protection Bureau

Equal Employment Opportunity Commission

European Banking Authority

European Central Bank

## House Budget Trims ICE Funding, Ends Local Deputy Program

The House Appropriations Commission has released its homeland security budget for 2022, and it slashes U.S. Customs and Border Protection spending by $927 million, shaves ICE's budget down a hair and cuts a controversial program that allowed local law enforcement to be deputized as immigration officials.

 *Bill attached* | *Read full article »*

## House Votes To Speed Up Special Visas For Afghans

The U.S. House of Representatives on Tuesday approved a bill to speed up visa processing for Afghans who have aided the U.S. military, after lawmakers argued they faced death if not withdrawn from Afghanistan before U.S. troops leave.

 *Bill attached* | *Read full article »*

## WHITE COLLAR

## Atty's House Bid Ends With 1,492 Votes and 6 Criminal Counts

A former Massachusetts congressional candidate whose public bio touts a stint at Goulston & Storrs PC was arrested Tuesday and charged with breaking multiple campaign finance laws in an effort to fund his failed House bid.

*Read full article »*

## Manafort Pal Had No Shot At Trump Gig, 'The Mooch' Says

Anthony Scaramucci on Tuesday told a Manhattan federal jury that a former Federal Savings Bank CEO never had a shot at a top post in the Trump administration and that the SkyBridge Capital founder and onetime adviser to the former president only agreed to set up an interview for him as a favor.

*Read full article »*

## TELECOMMUNICATIONS

## Broadband Advocates Tout $65B In Biden's Infrastructure Deal

Several groups pushing for wider broadband deployment lauded the White House and congressional negotiators Tuesday for setting aside $65 billion for connectivity projects in the tentative infrastructure deal President Joe Biden has reached with key lawmakers.

*Read full article »*

## NM DOT Can't Stop Telecom From Building Utility Poles

New Mexico's Department of Transportation doesn't have a good reason for denying a wireless broadband provider's request to build two utility poles for wireless antenna installation and must go ahead and grant the pair of permits, a federal judge has declared.

 *Order attached* | *Read full article »*

## Group Rips Rule Allowing Base Station Antennas On Homes

The Children's Health Defense activist group is gunning to overturn the Federal Communications Commission's updated rule allowing fixed wireless companies to bypass certain regulations in order to provide faster internet to homes, telling the D.C. Circuit the FCC has failed to significantly justify its sweeping preemptions of local, state and federal laws.

Federal Bureau of Investigation

Federal Communications Commission

Federal Election Commission

Federal Energy Regulatory Commission

Federal Highway Administration

Federal Trade Commission

Florida Supreme Court

Internal Revenue Service

Maine Department of Environmental Protection

National Archives and Records Administration

National Science Foundation

New Jersey Attorney General's Office

New Mexico Department of Transportation

New York City Council

Oklahoma Supreme Court

Serious Fraud Office

Tennessee Attorney General's Office

U.S. Army

U.S. Attorney's Office for the District of Massachusetts

U.S. Attorney's Office for the District of New Jersey

U.S. Attorney's Office for the Southern District of New York

U.S. Coast Guard

U.S. Court of Appeals for the District of Columbia Circuit

U.S. Court of Appeals for the First Circuit

U.S. Court of Appeals for the Ninth Circuit

U.S. Court of Appeals for the Second Circuit

U.S. Court of Appeals for the Seventh Circuit

U.S. Court of Appeals for the Tenth Circuit

U.S. Customs and Border Protection

U.S. Department of Energy

U.S. Department of Homeland Security

U.S. Department of Justice

 *documents attached* | Read full article »

## EXPERT ANALYSIS

**Opinion**

### Justices Should Find California Donor Law Unconstitutional

The U.S. Supreme Court's decision in Americans for Prosperity Foundation v. Bonta should strike down a California law requiring charities to disclose their donors because the state's interest in this information is not sufficiently compelling to overcome constitutional rights to free speech and peaceful assembly, says James Skyles at Skyles Law Group and M2M Legal.

Read full article »

### Employer Comms Key To New Calif. COVID Rules Compliance

To fully realize the benefits of the California Division of Occupational Safety and Health's newly amended COVID-19 safety regulations, employers must carefully communicate with workers when collecting vaccination information and authorizations, say Peter Brown and Alexander Volberding at Liebert Cassidy.

Read full article »

### FINRA's Short Data Reporting Idea May Spell Long-Term Pain

The Financial Industry Regulatory Authority's recent proposal to expand and alter short interest reporting obligations would introduce heavy operational burdens on brokerages and leave long-standing industry challenges and investor confusion unresolved, says Timothy Foley at Alston & Bird.

Read full article »



U.S. Department of Labor
U.S. Department of State
U.S. Department of Transportation
U.S. District Court for the Central District of California
U.S. District Court for the District of Massachusetts
U.S. District Court for the District of New Jersey
U.S. District Court for the District of New Mexico
U.S. District Court for the Eastern District of California
U.S. District Court for the Eastern District of Kentucky
U.S. District Court for the Northern District of Georgia
U.S. District Court for the Southern District of New York
U.S. House Committee on Energy and Commerce
U.S. House of Representatives
U.S. Immigration and Customs Enforcement
U.S. Securities and Exchange Commission
U.S. Supreme Court

## LEGAL INDUSTRY

### 4 More Firms Boost Associate Pay

Milbank LLP, Alston & Bird LLP and Smyser Kaplan & Veselka LLP on Tuesday announced raises to the top BigLaw market rate for associates while Susman Godfrey LLP announced above-market raises, effective July 1.

Read full article »

### Florida Bar Committee Recommends Regulatory 'Sandbox'

A Florida Bar committee is pushing the state to launch a pilot program relaxing some restrictions on nonlawyer ownership and the delivery of legal services, in a move that would make the Sunshine State the latest jurisdiction to open the door to newer types of legal service models.

Read full article »

### Girardi Firm May Be Able To Pay Creditors, Erika Girardi Says

The bankrupt law firm founded by disgraced attorney Thomas V. Girardi might be able to pay in full the $130 million it owes to victims and other creditors, but only if it carefully manages the lucrative batch of lawsuits that must now be handed off to other firms to finish up, according to Girardi's reality TV star ex-wife, Erika.

Read full article »

DEF000192

Def.'s Ex. 1

### Cisco Hires Former Microsoft GC Known For Diversity Efforts

Cisco Systems Inc. announced Tuesday that the Silicon Valley technology giant hired as its new chief legal officer Microsoft Inc.'s former general counsel, who has been an outspoken proponent of diversity and inclusion in the legal industry.

Read full article »

### Ex-Dechert Atty Denies 'Ridiculous' ENRC Leak Claims At Trial

A former Dechert attorney hired by ENRC to conduct an internal corruption investigation called allegations he orchestrated a plot to leak confidential documents connected to the Kazakh mining company's probe to the press "outrageous" at trial on Tuesday.

Read full article »

### Robbins Geller DQ Will Chill Investor Suits, 2nd Circ. Told

A New York federal judge's "unprecedented" decision to disqualify investor firm Robbins Geller Rudman & Dowd LLP for an alleged disclosure failure in a case related to the FIFA bribery scandal will have a chilling effect on private securities law enforcement, a group of pension funds warned the Second Circuit Monday.

Read full article »

### Ex-Mayer Brown Atty Settles Employment Suit Against Car Co.

A former Mayer Brown LLP partner accusing Faraday & Future of tricking him into accepting an in-house job and then unlawfully terminating him after highlighting compliance issues at the company has settled his suit, according to a filing Monday in California federal court.

Read full article »

### NJ Juror Fined For Causing Mistrial With Outside Research

A New Jersey federal judge on Tuesday held a former juror in contempt for violating court orders and fined him about $11,227 after his impermissible outside research led to a mistrial in the case against a man accused of assaulting a U.S. Immigration and Customs Enforcement deportation officer.

Read full article »

**JOBS**
Search full listings or advertise your job opening



Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 111 West 19th Street, 5th Floor, New York, NY 10011

Def.'s Ex. 1

DEF000194

Def.'s Ex. 1

## Dylan Jacobs

| | |
|---|---|
| **From:** | Trials Law360 <news-q2@law360.com> |
| **Sent:** | Tuesday, July 13, 2021 3:50 AM |
| **To:** | Leslie Rutledge |
| **Subject:** | [EXTERNAL][MARKETING] Musk Denies Controlling $2.6B Tesla Deal In Fiery Trial Kickoff |

**CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe.



TRIALS

**Tuesday, July 13, 2021** 



## TOP NEWS



### Musk Denies Controlling $2.6B Tesla Deal In Fiery Trial Kickoff

Tesla Motors Inc. CEO Elon Musk denied Monday that rooftop solar venture SolarCity Corp. was "troubled" when the electric car company bought it for $2.6 billion in 2016, at the sometimes acrimonious opening of a 10-day Delaware Chancery Court trial on demands that Musk repay billions to stockholders.

Read full article »

### Maxwell's Ex-Atty Says Cosby Op-Ed Didn't Break SDNY Rules

A Florida lawyer who formerly represented Ghislaine Maxwell on Monday denied breaking court rules with an opinion piece arguing the accused sex trafficker should have charges dropped like Bill Cosby, calling the government's claim that the article will influence jurors "the definition of chutzpah."

 *Letter attached* | Read full article »

### Opioid Cos.' Sales Training Misled Doctors, Jury Hears

A Stanford University addiction expert told jurors Monday that opioid makers' national sales training documents prove the companies misled prescribers, while acknowledging she didn't personally consult doctors in New York.

Read full article »







LAW FIRMS

Arnold & Porter

BakerHostetler



### Jury Gets Case Against Banker Accused Of Bribing Manafort

A Manhattan federal jury weighed bribery counts against former Chicago bank CEO Steven Calk on Monday after Calk's lawyers attacked prosecutors' case charging that he tried to buy a job in the Trump White House for $16 million of loans to Paul Manafort, an ally of the former president.

Read full article »

### Nursing Home Co. Wins Partial Redo Of $6M Race Bias Verdict

A New Jersey appeals court agreed with a jury Monday that a Black former nursing home executive was illegally fired after her manager allegedly made racist comments, but said the $4.1 million punitive-damages slice of the $6 million verdict must be retried because jurors didn't have adequate financial information about the company.

 *Opinion attached* | Read full article »

### Daiichi Sankyo Unit Says Rival Infringed IP As Trial Opens

Counsel for a Daiichi Sankyo subsidiary told a California federal jury during trial openings on Monday that Novartis owes royalties for selling drugs that allegedly infringe its billion-dollar skin cancer treatment patents, while Novartis' attorney countered that his client should pay nothing because the patents weren't infringed and are invalid anyway.

Read full article »

## INTELLECTUAL PROPERTY

### Tech Co. Blasted For Violating Protective Order In IP Dispute

A Delaware federal judge on Monday slammed caller-authentication company TrustID Inc. for repeatedly violating a protective order by its handling of rival Next Caller Inc.'s source code, saying that TrustID's actions "threaten the credibility of the court" to maintain confidentiality.

 *Order attached* | Read full article »

### Huawei, Verizon Strike Patent Deal Mid-Trial In Texas

Huawei and Verizon said Monday that they've settled a pair of infringement suits that Huawei lodged last year in Texas federal court over standard essential network technology — just three days into a jury trial before U.S. District Judge Rodney Gilstrap.

 *2 documents attached* | Read full article »

## ENERGY & ENVIRONMENTAL

### NJ Enviro Agency Ducks Compensation For Land Taking

A New Jersey state appeals court rejected Monday a beachfront maintenance nonprofit's attempt to overturn a jury verdict that held it was not entitled to monetary compensation for property taken by the state as part of a storm damage reduction project.

 *Opinion attached* | Read full article »

## PERSONAL INJURY & MEDICAL MALPRACTICE

Bathgate Wegener
Blackstone Chambers
Boies Schiller
Caldwell Cassady
Casey Gerry
Castronovo & McKinney
Cloth Fair Chambers
Clyde & Co
Cohen & Gresser
Cohen Ziffer
Covington & Burling
Cravath Swaine
DLA Piper
Davis Polk
DeCotiis FitzPatrick
Dechert
Desmarais LLP
Durie Tangri
Erskine Chambers
Essex Court Chambers
Fish & Richardson
Fisher Phillips
Foley & Lardner
Gibbons PC
Gibson Dunn
Grant & Eisenhofer
Greenberg Traurig
Haddon Morgan
Hogan Lovells
Holland & Knight
Jones Day
Joseph & Kirschenbaum
Kasowitz Benson
Kessler Topaz
Kirkland & Ellis
Kramer Levin
Lieff Cabraser
Loeb & Loeb
Love Law Firm PC
Markus Moss
McDermott Will
Milbank LLP
Morgan Lewis
Morris Nichols
Morrison & Foerster
Motley Rice

Def.'s Ex. 1

## Top New Jersey Cases Of 2021: A Midyear Report

Appellate victories for Johnson & Johnson in product liability cases and wins for insurers in COVID-19 coverage suits dominated New Jersey's litigation scene over the last several months, with the state Supreme Court also handing down a pair of critical rulings signing off on medical marijuana reimbursements and virtual grand juries.

Read full article »

## EXPERT ANALYSIS

**Opinion**

## Amend Rule 702 To Clarify Expert Witness Standards

Courts have taken widely different approaches to the U.S. Supreme Court's Daubert decision on expert testimony admissibility, often misinterpreting the underlying standards set forth by Federal Rule of Evidence 702, but a proposed amendment will dispel misunderstandings and clarify the judicial gatekeeping role, says Alex Dahl at defense-side group Lawyers for Civil Justice.

Read full article »

**Series**

## Embracing ESG: Raytheon GC Talks Climate Change

Now that the climate crisis is seen as an existential threat, the stakes couldn't be higher — or the challenges more daunting — for the general counsel, who must enlist all parts of the company for support while providing both a legal and ethical road map on how to respond, says Frank Jimenez at Raytheon.

Read full article »



Nagel Rice

Naman Howell

Napoli Shkolnik

O'Melveny & Myers

O'Toole Scrivo

One Essex Court

Paul Hastings

Quinn Emanuel

Reed Smith

Riker Danzig

Robbins Geller

Ross Aronstam

Simmons Hanly

Skadden Arps

Slaughter and May

Sterne Kessler

Thompson & Knight

Thompson Hine

Three Raymond Buildings

Weitz & Luxenberg

Williams & Connolly

WilmerHale

Young Basile

Young Conaway



## COMPANIES

Allergan PLC

American Bar Association

American Constitution Society

AmerisourceBergen Corp.

Anda Inc.

British Broadcasting Corp.

C.R. Bard Inc.

Cardinal Health Inc.

Cephalon Inc.

Chan Zuckerberg Initiative LLC

Charter Communications Inc.

Colonial Pipeline Co.

Daiichi Sankyo Co.

Endo International PLC

Equifax Inc.

Facebook Inc.

DEF000197                                                                    Def.'s Ex. 1



Federalist Society

FireEye Inc.

George Washington University

Georgia State University

Huawei Technologies Co. Ltd.

Imerys SA

JBS SA

Johnson & Johnson

Kumho Tire Co. Inc.

Lawyers for Civil Justice

LinkedIn Corp.

McKinsey & Co. Inc.

Microsoft Corp.

National Cyber Security Alliance

New York Daily News Co.

Nike Inc.

Pfizer Inc.

Plexxikon Inc.

Purdue Pharma LP

Raytheon Technologies Corp.

Reserve Bank of New Zealand

SolarCity Corp.

SolarWinds Corp.

Space Exploration Technologies Corp.

Tesla Inc.

Teva Pharmaceutical Industries Ltd.

The Home Depot Inc.

The Kroger Co.

Twitter Inc.

University of Virginia

Verizon Communications Inc.

Volkswagen AG

Wegener Corp.

## LEGAL INDUSTRY

### Holland & Knight And Kasowitz Hike Associate Pay

Associate pay raises are continuing to flow throughout July, with reports Monday of raises at Holland & Knight LLP and Kasowitz Benson Torres LLP that match the new industry standard for large law firm base compensation.

Read full article »

**Profile**

### Meet JPML's Favorite Judge, Tasked With New Opioid MDL

A new assignment by the Judicial Panel on Multidistrict Litigation has vaulted a California federal judge into solo first place as the nation's most prolific manager of MDLs — and into the legal limelight overseeing opioid crisis cases of virtually unmatched urgency.

Read full article »

### Long-Waiting Calif. Bench Gets 7th Vacancy In Southern Calif.

U.S. District Judge William Q. Hayes plans to take senior status this summer, the federal judiciary reported over the weekend, leaving the busy Southern District of California with seven vacancies out of its 13 judgeships as the state awaits its first judicial nominees under the Biden administration.

## GOVERNMENT AGENCIES

Colorado Supreme Court

Delaware Court of Chancery

European Banking Authority

European Union

Federal Bureau of Investigation

Federal Judicial Center

Federal Trade Commission

Food and Drug Administration

Judicial Conference of the United States

DEF000198   Def.'s Ex. 1

Read full article »

## House Hearing On Judicial Diversity Highlights Partisan Divide

House Democrats and Republicans on Monday agreed that presidential administrations and lawmakers should look beyond Ivy League pedigrees when evaluating federal judicial candidates, but they were sharply split on a Democratic-led initiative to broaden the personal and professional diversity of the bench.

Read full article »

## No Suspicions Over Ex-Dechert Pro's SFO Talks, Atty Says

A Dechert LLP partner testified at ENRC's negligence trial on Monday that she was never concerned the firm's former head of white collar crime had crossed the line from aiding the Kazakh mining company in an internal probe to feeding investigators confidential information.

Read full article »

**Analysis**

## 6 Cybersecurity Events That Have Defined 2021

The fallout from Moscow-backed spies breaching U.S. government networks and ransomware hackers holding a major pipeline hostage top Law360's midyear review of the key cybersecurity episodes in 2021 so far.

Read full article »

## 5th Circ. To Allow Judge's Courtroom Prayers Amid Appeal

The Fifth Circuit has ruled that a local Texas justice of the peace can continue allowing volunteer chaplains to open his court proceedings with prayer while he appeals a federal court ruling that the practice violates the establishment clause of the First Amendment.

Read full article »

## Quinn Emanuel Says Ex-Worker's Racism Suit Time-Barred

Quinn Emanuel Urquhart & Sullivan LLP urged a New York federal court Monday to throw out a Hispanic former tech employee's discrimination suit, arguing that the purported derogatory comment underlying the dispute was allegedly made in 2015, which is outside "any applicable statute of limitations period."

Read full article »

**JOBS**
Search full listings or advertise your job opening

**ASSOCIATE – BUSINESS LITIGATION (HARTFORD, CT)**
McCarter & English, LLP
Hartford, Connecticut

**Staff Attorney**
Susman Godfrey LLP
Houston, Texas

**Elite NYC mid-sized FULL SERVICE law firm seek WHITE COLLAR PARTNER**
Schoen Legal Search
New York, New York

**LEVEL ONE Products Liability team seeks FIRST CHAIR TRIAL PARTNER -- NO BIZ**
Schoen Legal Search
multiple, -

**Big law litigation partners sought by Elite full service Mid-sized NY LF**
Schoen Legal Search
New York, New York

**BIG LAW IN A LITTLE PKG. PARTNERS WANTED!**
Schoen Legal Search
New York, New York

**NYC ELITE FULL SERVICE SMALL FIRM SEEKS PARTNERS**

**A++ NYC small/mid-sized FULL SERVICE law firm SEEKS MATRIMONIAL/FAMILY LAW PARTNER**

New Jersey Attorney General's Office

New Jersey Department of Environmental Protection

New Jersey Supreme Court

New York Attorney General's Office

Serious Fraud Office

U.S. Army

U.S. Attorney's Office for the Southern District of California

U.S. Attorney's Office for the Southern District of New York

U.S. Court of Appeals for the Eighth Circuit

U.S. Court of Appeals for the Fifth Circuit

U.S. Court of Appeals for the Sixth Circuit

U.S. Department of Homeland Security

U.S. Department of Justice

U.S. District Court for the District of Delaware

U.S. District Court for the Eastern District of Texas

U.S. District Court for the Northern District of California

U.S. District Court for the Northern District of Georgia

U.S. District Court for the Southern District of New York

U.S. District Court for the Western District of Texas

U.S. Securities and Exchange Commission

U.S. Senate

U.S. Sentencing Commission

U.S. Supreme Court

United States District Court for the District of North Dakota

Washington State Auditor

Def.'s Ex. 1

Schoen Legal Search
New York, New York

Schoen Legal Search
New York, New York

**Tech Patent litigation partner for NY office of well-known NY/NJ mid-sized firm**
Schoen Legal Search
New York City, New York

**Big Law Partner w/ $1-5M book for NYC mid sized firm**
Schoen Legal Search
New York, New York

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
New York, New York

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
Newark, New Jersey

**Products Liability Associate**
Duane Morris LLP
Philadelphia, Pennsylvania

**Products Liability Associate**
Duane Morris LLP
Washington, District of Columbia

**Mid-Level Litigation Associate**
Corr Cronin LLP
Seattle, Washington

**Labor & Employment Attorney**
Moore & Van Allen, PLLC
Charlotte, North Carolina

Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 111 West 19th Street, 5th Floor, New York, NY 10011

DEF000200

Def.'s Ex. 1

## Dylan Jacobs

| | |
|---|---|
| **From:** | Trials Law360 <news-q2@law360.com> |
| **Sent:** | Tuesday, July 13, 2021 3:50 AM |
| **To:** | Leslie Rutledge |
| **Subject:** | [EXTERNAL][MARKETING] Musk Denies Controlling $2.6B Tesla Deal In Fiery Trial Kickoff |

---

**CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe.

---



TRIALS

**Tuesday, July 13, 2021** 



## TOP NEWS



### Musk Denies Controlling $2.6B Tesla Deal In Fiery Trial Kickoff

Tesla Motors Inc. CEO Elon Musk denied Monday that rooftop solar venture SolarCity Corp. was "troubled" when the electric car company bought it for $2.6 billion in 2016, at the sometimes acrimonious opening of a 10-day Delaware Chancery Court trial on demands that Musk repay billions to stockholders.

Read full article »

### Maxwell's Ex-Atty Says Cosby Op-Ed Didn't Break SDNY Rules

A Florida lawyer who formerly represented Ghislaine Maxwell on Monday denied breaking court rules with an opinion piece arguing the accused sex trafficker should have charges dropped like Bill Cosby, calling the government's claim that the article will influence jurors "the definition of chutzpah."

 *Letter attached* | Read full article »

### Opioid Cos.' Sales Training Misled Doctors, Jury Hears

A Stanford University addiction expert told jurors Monday that opioid makers' national sales training documents prove the companies misled prescribers, while acknowledging she didn't personally consult doctors in New York.

Read full article »







LAW FIRMS

Arnold & Porter

BakerHostetler



## Jury Gets Case Against Banker Accused Of Bribing Manafort

A Manhattan federal jury weighed bribery counts against former Chicago bank CEO Steven Calk on Monday after Calk's lawyers attacked prosecutors' case charging that he tried to buy a job in the Trump White House for $16 million of loans to Paul Manafort, an ally of the former president.

Read full article »

## Nursing Home Co. Wins Partial Redo Of $6M Race Bias Verdict

A New Jersey appeals court agreed with a jury Monday that a Black former nursing home executive was illegally fired after her manager allegedly made racist comments, but said the $4.1 million punitive-damages slice of the $6 million verdict must be retried because jurors didn't have adequate financial information about the company.

 *Opinion attached* | Read full article »

## Daiichi Sankyo Unit Says Rival Infringed IP As Trial Opens

Counsel for a Daiichi Sankyo subsidiary told a California federal jury during trial openings on Monday that Novartis owes royalties for selling drugs that allegedly infringe its billion-dollar skin cancer treatment patents, while Novartis' attorney countered that his client should pay nothing because the patents weren't infringed and are invalid anyway.

Read full article »

## INTELLECTUAL PROPERTY

## Tech Co. Blasted For Violating Protective Order In IP Dispute

A Delaware federal judge on Monday slammed caller-authentication company TrustID Inc. for repeatedly violating a protective order by its handling of rival Next Caller Inc.'s source code, saying that TrustID's actions "threaten the credibility of the court" to maintain confidentiality.

 *Order attached* | Read full article »

## Huawei, Verizon Strike Patent Deal Mid-Trial In Texas

Huawei and Verizon said Monday that they've settled a pair of infringement suits that Huawei lodged last year in Texas federal court over standard essential network technology — just three days into a jury trial before U.S. District Judge Rodney Gilstrap.

 *2 documents attached* | Read full article »

## ENERGY & ENVIRONMENTAL

## NJ Enviro Agency Ducks Compensation For Land Taking

A New Jersey state appeals court rejected Monday a beachfront maintenance nonprofit's attempt to overturn a jury verdict that held it was not entitled to monetary compensation for property taken by the state as part of a storm damage reduction project.

 *Opinion attached* | Read full article »

## PERSONAL INJURY & MEDICAL MALPRACTICE

Bathgate Wegener
Blackstone Chambers
Boies Schiller
Caldwell Cassady
Casey Gerry
Castronovo & McKinney
Cloth Fair Chambers
Clyde & Co
Cohen & Gresser
Cohen Ziffer
Covington & Burling
Cravath Swaine
DLA Piper
Davis Polk
DeCotiis FitzPatrick
Dechert
Desmarais LLP
Durie Tangri
Erskine Chambers
Essex Court Chambers
Fish & Richardson
Fisher Phillips
Foley & Lardner
Gibbons PC
Gibson Dunn
Grant & Eisenhofer
Greenberg Traurig
Haddon Morgan
Hogan Lovells
Holland & Knight
Jones Day
Joseph & Kirschenbaum
Kasowitz Benson
Kessler Topaz
Kirkland & Ellis
Kramer Levin
Lieff Cabraser
Loeb & Loeb
Love Law Firm PC
Markus Moss
McDermott Will
Milbank LLP
Morgan Lewis
Morris Nichols
Morrison & Foerster
Motley Rice

Def.'s Ex. 1

## Top New Jersey Cases Of 2021: A Midyear Report

Appellate victories for Johnson & Johnson in product liability cases and wins for insurers in COVID-19 coverage suits dominated New Jersey's litigation scene over the last several months, with the state Supreme Court also handing down a pair of critical rulings signing off on medical marijuana reimbursements and virtual grand juries.

Read full article »

## EXPERT ANALYSIS

**Opinion**

## Amend Rule 702 To Clarify Expert Witness Standards

Courts have taken widely different approaches to the U.S. Supreme Court's Daubert decision on expert testimony admissibility, often misinterpreting the underlying standards set forth by Federal Rule of Evidence 702, but a proposed amendment will dispel misunderstandings and clarify the judicial gatekeeping role, says Alex Dahl at defense-side group Lawyers for Civil Justice.

Read full article »

**Series**

## Embracing ESG: Raytheon GC Talks Climate Change

Now that the climate crisis is seen as an existential threat, the stakes couldn't be higher — or the challenges more daunting — for the general counsel, who must enlist all parts of the company for support while providing both a legal and ethical road map on how to respond, says Frank Jimenez at Raytheon.

Read full article »



Nagel Rice

Naman Howell

Napoli Shkolnik

O'Melveny & Myers

O'Toole Scrivo

One Essex Court

Paul Hastings

Quinn Emanuel

Reed Smith

Riker Danzig

Robbins Geller

Ross Aronstam

Simmons Hanly

Skadden Arps

Slaughter and May

Sterne Kessler

Thompson & Knight

Thompson Hine

Three Raymond Buildings

Weitz & Luxenberg

Williams & Connolly

WilmerHale

Young Basile

Young Conaway



## COMPANIES

Allergan PLC

American Bar Association

American Constitution Society

AmerisourceBergen Corp.

Anda Inc.

British Broadcasting Corp.

C.R. Bard Inc.

Cardinal Health Inc.

Cephalon Inc.

Chan Zuckerberg Initiative LLC

Charter Communications Inc.

Colonial Pipeline Co.

Daiichi Sankyo Co.

Endo International PLC

Equifax Inc.

Facebook Inc.



Federalist Society

FireEye Inc.

George Washington University

Georgia State University

Huawei Technologies Co. Ltd.

Imerys SA

JBS SA

Johnson & Johnson

Kumho Tire Co. Inc.

Lawyers for Civil Justice

LinkedIn Corp.

McKinsey & Co. Inc.

Microsoft Corp.

National Cyber Security Alliance

New York Daily News Co.

Nike Inc.

Pfizer Inc.

Plexxikon Inc.

Purdue Pharma LP

Raytheon Technologies Corp.

Reserve Bank of New Zealand

SolarCity Corp.

SolarWinds Corp.

Space Exploration Technologies Corp.

Tesla Inc.

Teva Pharmaceutical Industries Ltd.

The Home Depot Inc.

The Kroger Co.

Twitter Inc.

University of Virginia

Verizon Communications Inc.

Volkswagen AG

Wegener Corp.

## GOVERNMENT AGENCIES

Colorado Supreme Court

Delaware Court of Chancery

European Banking Authority

European Union

Federal Bureau of Investigation

Federal Judicial Center

Federal Trade Commission

Food and Drug Administration

Judicial Conference of the United States

## LEGAL INDUSTRY

### Holland & Knight And Kasowitz Hike Associate Pay

Associate pay raises are continuing to flow throughout July, with reports Monday of raises at Holland & Knight LLP and Kasowitz Benson Torres LLP that match the new industry standard for large law firm base compensation.

Read full article »

**Profile**

### Meet JPML's Favorite Judge, Tasked With New Opioid MDL

A new assignment by the Judicial Panel on Multidistrict Litigation has vaulted a California federal judge into solo first place as the nation's most prolific manager of MDLs — and into the legal limelight overseeing opioid crisis cases of virtually unmatched urgency.

Read full article »

### Long-Waiting Calif. Bench Gets 7th Vacancy In Southern Calif.

U.S. District Judge William Q. Hayes plans to take senior status this summer, the federal judiciary reported over the weekend, leaving the busy Southern District of California with seven vacancies out of its 13 judgeships as the state awaits its first judicial nominees under the Biden administration.

DEF000204   Def.'s Ex. 1

Read full article »

## House Hearing On Judicial Diversity Highlights Partisan Divide

House Democrats and Republicans on Monday agreed that presidential administrations and lawmakers should look beyond Ivy League pedigrees when evaluating federal judicial candidates, but they were sharply split on a Democratic-led initiative to broaden the personal and professional diversity of the bench.

Read full article »

## No Suspicions Over Ex-Dechert Pro's SFO Talks, Atty Says

A Dechert LLP partner testified at ENRC's negligence trial on Monday that she was never concerned the firm's former head of white collar crime had crossed the line from aiding the Kazakh mining company in an internal probe to feeding investigators confidential information.

Read full article »

**Analysis**

## 6 Cybersecurity Events That Have Defined 2021

The fallout from Moscow-backed spies breaching U.S. government networks and ransomware hackers holding a major pipeline hostage top Law360's midyear review of the key cybersecurity episodes in 2021 so far.

Read full article »

## 5th Circ. To Allow Judge's Courtroom Prayers Amid Appeal

The Fifth Circuit has ruled that a local Texas justice of the peace can continue allowing volunteer chaplains to open his court proceedings with prayer while he appeals a federal court ruling that the practice violates the establishment clause of the First Amendment.

Read full article »

## Quinn Emanuel Says Ex-Worker's Racism Suit Time-Barred

Quinn Emanuel Urquhart & Sullivan LLP urged a New York federal court Monday to throw out a Hispanic former tech employee's discrimination suit, arguing that the purported derogatory comment underlying the dispute was allegedly made in 2015, which is outside "any applicable statute of limitations period."

Read full article »

**JOBS**
Search full listings or advertise your job opening

**ASSOCIATE – BUSINESS LITIGATION (HARTFORD, CT)**
McCarter & English, LLP
Hartford, Connecticut

**Staff Attorney**
Susman Godfrey LLP
Houston, Texas

**Elite NYC mid-sized FULL SERVICE law firm seek WHITE COLLAR PARTNER**
Schoen Legal Search
New York, New York

**LEVEL ONE Products Liability team seeks FIRST CHAIR TRIAL PARTNER -- NO BIZ**
Schoen Legal Search
multiple, -

**Big law litigation partners sought by Elite full service Mid-sized NY LF**
Schoen Legal Search
New York, New York

**BIG LAW IN A LITTLE PKG. PARTNERS WANTED!**
Schoen Legal Search
New York, New York

**NYC ELITE FULL SERVICE SMALL FIRM SEEKS PARTNERS**

**A++ NYC small/mid-sized FULL SERVICE law firm SEEKS MATRIMONIAL/FAMILY LAW PARTNER**

New Jersey Attorney General's Office

New Jersey Department of Environmental Protection

New Jersey Supreme Court

New York Attorney General's Office

Serious Fraud Office

U.S. Army

U.S. Attorney's Office for the Southern District of California

U.S. Attorney's Office for the Southern District of New York

U.S. Court of Appeals for the Eighth Circuit

U.S. Court of Appeals for the Fifth Circuit

U.S. Court of Appeals for the Sixth Circuit

U.S. Department of Homeland Security

U.S. Department of Justice

U.S. District Court for the District of Delaware

U.S. District Court for the Eastern District of Texas

U.S. District Court for the Northern District of California

U.S. District Court for the Northern District of Georgia

U.S. District Court for the Southern District of New York

U.S. District Court for the Western District of Texas

U.S. Securities and Exchange Commission

U.S. Senate

U.S. Sentencing Commission

U.S. Supreme Court

United States District Court for the District of North Dakota

Washington State Auditor

DEF000205

Def.'s Ex. 1

Schoen Legal Search
New York, New York

Schoen Legal Search
New York, New York

**Tech Patent litigation partner for NY office of well-known NY/NJ mid-sized firm**
Schoen Legal Search
New York City, New York

**Big Law Partner w/ $1-5M book for NYC mid sized firm**
Schoen Legal Search
New York, New York

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
New York, New York

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
Newark, New Jersey

**Products Liability Associate**
Duane Morris LLP
Philadelphia, Pennsylvania

**Products Liability Associate**
Duane Morris LLP
Washington, District of Columbia

**Mid-Level Litigation Associate**
Corr Cronin LLP
Seattle, Washington

**Labor & Employment Attorney**
Moore & Van Allen, PLLC
Charlotte, North Carolina

Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 111 West 19th Street, 5th Floor, New York, NY 10011

DEF000206

Def.'s Ex. 1

## Dylan Jacobs

| | |
|---|---|
| **From:** | Public Policy Law360 <news-q2@law360.com> |
| **Sent:** | Monday, July 12, 2021 2:48 AM |
| **To:** | Leslie Rutledge |
| **Subject:** | [EXTERNAL][MARKETING] Sweeping Biden Order Aims To Attack Lack Of Competition |

> **CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe.



PUBLIC POLICY

**Monday, July 12, 2021** 





## TOP NEWS

### Sweeping Biden Order Aims To Attack Lack Of Competition

President Joe Biden on Friday issued an expansive executive order aimed at boosting competition across the U.S. economy and lowering prices for consumers and increasing pay for workers.

Read full article »

**Analysis**
### 4 Trends Shaping Private Equity's Pandemic Rebound

The pandemic-induced stress of the first half of 2020 is starting to feel like a distant memory for many private equity firms as global entry and exit deal activity soars, though firms and investors alike are taking steps to minimize risk.

Read full article »

**Analysis**
### The Biggest Environmental Rulings Of 2021: Midyear Report

A U.S. Supreme Court ruling that narrowed the ways the federal government can avoid liability in Superfund lawsuits was just one of several important environmental law decisions to come down in the first half of 2021.

Read full article »





LAW FIRMS
Alexander Dubose
Annie McAdams PC

Def.'s Ex. 1



## Texas Justices Won't Let Facebook Pause Sex Trafficking Suit

The Texas Supreme Court on Friday denied a request from Facebook to pause a sex trafficking lawsuit against it while it considers appealing the ruling that allowed the suit to proceed to the U.S. Supreme Court.

 *Motion attached* | Read full article »

## Judge Pulls Boston School Ruling After Alleged Text Coverup

A Massachusetts federal judge on Friday walked back an opinion for what he said was the first time in his 36-year career, saying Boston's alleged decision to cover up purportedly racist text messages between school board members casts doubt on his dismissal of a lawsuit challenging an exam school admissions plan.

Read full article »

## 5th Circ. Clears Some Waco Cops In Bikers' False Arrest Suits

A split Fifth Circuit panel on Thursday partially reversed a decision denying qualified immunity to Texas law enforcement officials fighting false arrest claims by 31 motorcyclists who were detained following a 2015 gang shootout outside a restaurant in Waco, Texas, that left nine bikers dead.

 *Opinion attached* | Read full article »

## BANKING & SECURITIES

**Analysis**
## China's Regulatory Crackdown Could Chill US-Bound IPOs

China's regulatory crackdown on the data security policies of companies listing abroad could make more initial public offering prospects think twice before raising capital in the United States, potentially shrinking a sizable chunk of the U.S. IPO pipeline, experts say.

Read full article »

**Analysis**
## Biden Order Could Yield Rockier Road For Bank Mergers

President Joe Biden is urging regulators to revisit their bank merger-review guidelines as part of a broad push to address concerns about increasing market concentration in the U.S. economy, a move that financial services attorneys say complicates the outlook for future bank merger activity.

Read full article »

## Tenn. Judge Blocks Biden's Race-Based Loan Relief Program

A federal judge in Tennessee added to a flurry of injunctions blocking President Joe Biden's debt relief program aimed at helping Black and Native farmers recover from the pandemic, one month after a local county commissioner sued the government for discrimination.

 *documents attached* | Read full article »

## ENERGY & ENVIRONMENTAL

## DC Circ. Says FERC Must Address Power Supply Estimates

The D.C. Circuit on Friday ordered the Federal Energy Regulatory Commission to reexamine PJM Interconnection electricity market pricing rules, saying the agency

Axinn
Baker Botts
Bass Berry
Blackstone Chambers
Bondurant Mixson
Boyd & Jenerette
Bracewell LLP
Brown Goldstein
Buchanan Ingersoll
Clark Hill
Cloth Fair Chambers
Clyde & Co
DLA Piper
Davis Polk
Debevoise & Plimpton
Dechert
Earthjustice
Entin Law Group
Erskine Chambers
Essex Court Chambers
Faegre Drinker
Fanning Harper
FisherBroyles
Flaster Greenberg
Fluet Huber
Fox Horan
Frost Brown
Gallagher Law
Gibson Dunn
Goulston & Storrs
Greenberg Traurig
Haynes & Boone
Hogan Lovells
Holland & Knight
Hunton Andrews
Jomarron Lopez
Jones Day
Jones Walker
Kerley Schaffer
King & Spalding
Kirkland & Ellis
Kreindler & Kreindler
Kurzban Kurzban
Latham & Watkins
Law Office of Anthony T. Caso
Law Offices of Don Tittle PLLC

had not adequately explained why it allowed the grid operator to factor in an additional incentive for power generators in estimating power prices.

 *Opinion attached* | Read full article »

### EPA Revokes Allied BioScience SurfaceWise2 Spray Approval

The U.S. government has ordered Allied BioScience to stop the sale of its SurfaceWise2 product, amid concerns that the company is inappropriately selling and marketing the antimicrobial spray that was the first to be approved to combat COVID-19.

Read full article »

### Full Dallas Appellate Court To Consider ERCOT Immunity

The Dallas appellate court reinstated Friday a power plant developer's appeal challenging whether the state's primary electricity grid operator, the Electric Reliability Council of Texas Inc., enjoys governmental immunity, announcing the entire 13-justice appellate bench will consider the case and hear new oral arguments in October.

 *Order attached* | Read full article »

### FERC Can't Justify Midwest Grid Rate Reviews, DC Circ. Told

Midwest electric transmission companies and their customers insisted that the Federal Energy Regulatory Commission botched the resolution of their long-running rate cases, including the revision of the formula used to determine whether investor returns are just and reasonable.

 *3 documents attached* | Read full article »

### Calif. Senate OKs Bill To Insure Farmers Against Wildfire Risks

California farmers facing increasing wildfire risks could benefit from more affordable insurance rates after state lawmakers approved a bill to include them in the California FAIR plan, an insurance pool that seeks to provide last-resort coverage.

Read full article »

## HEALTH & LIFE SCIENCES

### Drug Prices Are Prime Target In Biden's Competition Order

President Joe Biden's executive order Friday to invigorate competition across the American economy focused intensely on prescription drug costs, including a demand that top health officials rapidly devise a plan to cut spending on overpriced drugs.

 *2 documents attached* | Read full article »

### FDA Head Seeks IG Probe Of Biogen Alzheimer's Drug Talks

The acting head of the Food and Drug Administration said Friday that she had asked for an investigation into conversations between members of her agency and Biogen representatives prior to the FDA's approval of the company's Alzheimer's treatment aducanumab.

*Letter attached* | Read full article »

### Big Pharma's Stock Spending Exceeds R&D, Dems Say

Major pharmaceutical companies spent nearly $600 billion to inflate their stock prices and reward shareholders in recent years, easily outpacing their spending on

Loeb & Loeb

Manatt Phelps

McAndrews Held

McCarter & English

McDermott Will

McGuire Law PC

McNees Wallace

Milbank LLP

Morgan Lewis

Nixon Peabody

O'Melveny & Myers

One Essex Court

Orrick Herrington

Paul Hastings

Pond Lehocky

Pryor Cashman

Robins Kaplan

Saltz Mongeluzzi

Sheppard Mullin

Sico Hoelscher

Sidley Austin

Simpson Thacher

Skadden Arps

Skelton & Woody

Steptoe & Johnson LLP

Stoneman Chandler

Strokoff & Cowden

Stroock & Stroock

Three Raymond Buildings

Troutman Pepper

Varnell & Warwick

WilmerHale

Winston & Strawn

Womble Bond Dickinson

Wright & Talisman

Yetter Coleman

Young Sommer



## COMPANIES

Air Transport Association of America

Ameren Corp.

drug development, House Democrats said in a new report aimed at boosting support for Medicare price negotiations.

Read full article »

## TRANSPORTATION & INFRASTRUCTURE

**Analysis**

### Airlines, Railroads Wary Of Biden Competition Order

President Joe Biden's expansive executive order seeking to bolster competition in the U.S. sparked immediate pushback from transportation industry experts Friday, who argue that foisting customer pricing and other mandates on them would jeopardize services and operational reliability.

Read full article »

## EMPLOYMENT & BENEFITS

### Biden Fires Trump-Appointed Head Of Social Security Admin.

President Joe Biden fired Social Security Commissioner Andrew Saul, an appointee of former President Donald Trump, after he refused a White House request to step down Friday, one day after the U.S. Department of Justice indicated that it would be constitutional to remove him in light of U.S. Supreme Court precedent.

 *Opinion attached* | Read full article »

### 3rd Circ. OKs NLRB's Restored Arbitration Deferral Rule

The Third Circuit approved the National Labor Relations Board's decision to more readily defer to arbitrators when workers' grievances overlap with unfair labor practice allegations, but said it botched applying the revised test to a UPS worker who challenged his firing.

 *Decision attached* | Read full article »

## COMPETITION

### DOJ, Aon Agree To Info Safeguards After Contentious Hearing

The U.S. Department of Justice and insurance brokers Aon and Willis Towers Watson agreed to safeguards for confidential information in the DOJ's challenge to the $30 billion merger just days after disputes over those protections fueled a contentious D.C. federal court hearing.

 *1 document attached* | Read full article »

## CYBERSECURITY & PRIVACY

### Ancestry Users Sue Blackstone Under Ill. Genetic Info Law

A proposed class of customers has alleged that The Blackstone Group violated their rights under an Illinois law barring entities from obtaining genetic testing information without written permission when it acquired genetic testing company Ancestry in a $4.7 billion deal last year.

 *Complaint attached* | Read full article »

## PERSONAL INJURY & MEDICAL MALPRACTICE

**Analysis**

### Personal Injury, Med Mal Cases To Watch In 2nd Half Of 2021

American Airlines Group Inc.
American Chemistry Council Inc.
American Civil Liberties Union
American Electric Power Co. Inc.
Ancestry.com LLC
Aon PLC
Apple Inc.
Arthrex Inc.
Association of American Railroads
BP p.l.c.
Babcock & Wilcox Enterprises Inc.
Bank Policy Institute
Bank of America Corp.
Biogen Inc.
Cato Institute
Chevron Corp.
Citigroup Inc.
Competitive Enterprise Institute
Consumer Healthcare Products Association
Dealogic LLC
Deutsche Bank AG
Electric Reliability Council of Texas Inc.
Environmental Defense Fund Inc.
Facebook Inc.
Financial Times Group Ltd.
Frontier Airlines Inc.
Google LLC
Hemp Industries Association
Immigration Reform Law Institute
Instagram Inc.
Liberty Mutual Insurance Group
Lumen Technologies Inc.
Metropolitan Transportation Authority Inc.
Midcontinent Independent System Operator Inc.
Morningstar, Inc.
New York State Bar Association
Oklahoma Bar Association
Oregon State Bar
PJM Interconnection LLC
Pharmaceutical Research and Manufacturers of America
Public Co. Accounting Oversight Board

An expected ruling by the Florida high court in a dispute over medical expert pay disclosure and upcoming Eighth Circuit arguments in a suit accusing Tyson Foods of causing workers' coronavirus deaths are among the cases injury and malpractice attorneys will be following in the second half of 2021.

Read full article »

## RETAIL & E-COMMERCE

### Civil Rights Groups Urge 11th Circ. To Rethink ADA Ruling

Multiple civil rights groups have asked the Eleventh Circuit to reconsider its decision in an Americans with Disabilities Act case that businesses' websites need not be accessible to blind consumers if they can go to a physical store to get services offered to nondisabled people online.

 *Brief attached* | Read full article »

## IMMIGRATION

### ICE To Stop Detaining Pregnant, Nursing Migrants

U.S. Immigration and Customs Enforcement will stop holding migrants who are pregnant or have given birth in the past year in detention during their immigration proceedings, the agency announced Friday, ending a Trump policy that increased the number of expectant detainees.

 *Memorandum attached* | Read full article »

### DC Circ. Says Relatives Count Against EB-5 Visa Cap

The D.C. Circuit ruled Friday that family members count toward a cap on visas set aside for foreign investors, finding that immigration law requires the spouses and children of EB-5 investors to be tallied the same as other visa categories.

 *Opinion attached* | Read full article »

### Texas Sheriffs Seek To Force More ICE Arrests

A group of Texas sheriffs and a law enforcement nonprofit asked a federal judge for a sweeping block on current immigration policy, requesting a five-part injunction that would increase immigration detention and force authorities to arrest more migrants.

 *Motion attached* | Read full article »

## TELECOMMUNICATIONS

### Telecom Industry Pans Biden Competition Order As Outdated

The Biden administration's sweeping executive order aimed at improving competition within the U.S., including for high speed internet service, stoked divisions in the broadband industry as some consumer advocates praised a call to restore net neutrality, while industry-backed trade groups criticized the administration's dark view of internet availability.

Read full article »

### DC Circ. Upholds FCC's Order Penalizing Phone-Bill Inflaters

The D.C. federal court on Friday upheld a Federal Communications Commission order meant to prevent phone carriers from routing calls in a way that artificially inflates consumer charges, saying the FCC acted reasonably and within its power when it issued the rule.

Quinn Gillespie & Associates LLC
Sierra Club
Snap Inc.
Spotify Technology SA
State Bar of California
Sun Country Airlines
Surfside
The Blackstone Group LP
Twitter Inc.
Tyson Foods Inc.
UCLA School of Law
Uber Technologies Inc.
United Parcel Service Inc.
United States Telecom Association
Versant Power
Washington Post Co.
Willis Towers Watson PLC
Winn-Dixie Stores, Inc.
YMCA of the USA

GOVERNMENT AGENCIES
Bureau of Citizenship and Immigration Services
California Supreme Court
Central Intelligence Agency
Consumer Financial Protection Bureau
European Union
Executive Office of the President
Farm Service Agency
Federal Bureau of Investigation
Federal Communications Commission
Federal Energy Regulatory Commission
Federal Highway Administration
Federal Housing Finance Agency
Federal Maritime Commission
Federal Reserve System
Federal Trade Commission
Fish and Wildlife Service
Florida Supreme Court
Food and Drug Administration
Georgia Supreme Court
Government Accountability Office
Internal Revenue Service
National Economic Council

DEF000211
Def.'s Ex. 1

 *Opinion attached* | Read full article »

## FCC Says EBB Provider Can't Get Paid For New Service

The Federal Communications Commission denied a petition by an Alaska-based high-speed wireless internet provider asking the agency to waive a key requirement in order for one of its service plans to participate in the $3.2 billion Emergency Broadband Benefit program.

 *Order attached* | Read full article »

## GOP Sen. Probes NTIA Broadband Map Info Process

Sen. Roger Wicker, R-Miss., is asking the U.S. Department of Commerce's National Telecommunications and Information Administration to rethink the data it used to create its latest digital map.

 *Letter attached* | Read full article »

## Verizon Says NY Town Can't Block It From Using Tower For 5G

Verizon is going after a New York town that has refused to grant its application for a wireless tower without imposing a set of "unreasonable, unenforceable and arbitrary and capricious" conditions, like banning the telecom from using the infrastructure for 5G.

 *Complaint attached* | Read full article »

## CANNABIS

## Cannabis Bill Roundup: Missouri Gov. Nixes Pot Tax Reform

Missouri's governor rejected a bill to expand business deductions for the state's cannabis businesses, while New Hampshire lawmakers sent the governor a bill broadening the state's medical marijuana program to include patients struggling with opioid addiction. Here are the major legislative moves in cannabis reform from the past week.

Read full article »

## EXPERT ANALYSIS

**Opinion**

## High Court Arthrex Remedy Should Concern Congress

In light of the U.S. Supreme Court's decision in U.S. v. Arthrex, stripping Patent Trial and Appeal Board judges of final decision-making authority and delegating discretionary review power that Congress may have withheld for good reason, the America Invents Act needs some tweaks, say Scott McBride and Alex Vogler at McAndrews Held.

 *Opinion attached* | Read full article »

## IRS Ruling Opens Runway For Stalled Carbon Capture Deals

A recent Internal Revenue Service ruling that clarifies how multiparty ownership affects eligibility for the carbon sequestration tax credit should accelerate the pace of project financing transactions that were held up by lingering uncertainty, and should increase the pool of projects into which tax equity will consider investing, say attorneys at Orrick.

 *1 document attached* | Read full article »

## Changes In Over-The-Counter Drug Regulation Are Flawed

National Gallery of Art
National Labor Relations Board
National Marine Fisheries Service
National Telecommunications and Information Administration
Pennsylvania Supreme Court
Serious Fraud Office
Social Security Administration
State Bar of Texas
Surface Transportation Board
Texas Supreme Court
U.S. Attorney's Office
U.S. Census Bureau
U.S. Court of Appeals for the District of Columbia Circuit
U.S. Court of Appeals for the Eighth Circuit
U.S. Court of Appeals for the Eleventh Circuit
U.S. Court of Appeals for the Fifth Circuit
U.S. Court of Appeals for the Third Circuit
U.S. Department of Agriculture
U.S. Department of Commerce
U.S. Department of Energy
U.S. Department of Health and Human Services
U.S. Department of Homeland Security
U.S. Department of Justice
U.S. Department of State
U.S. Department of Transportation
U.S. Department of the Treasury
U.S. District Court for the District of Columbia
U.S. District Court for the District of Massachusetts
U.S. District Court for the Eastern District of Tennessee
U.S. District Court for the Northern District of Illinois
U.S. District Court for the Northern District of New York
U.S. District Court for the Southern District of New York
U.S. Environmental Protection Agency
U.S. House of Representatives

The U.S. Food and Drug Administration recently made necessary updates to an antiquated framework for over-the-counter medication, but problems in this reform may negatively impact patients' access to these products and put companies out of business, says Tina Hu-Rodgers at Buchanan Ingersoll.

Read full article »



U.S. Immigration and Customs Enforcement

U.S. Patent and Trademark Office

U.S. Securities and Exchange Commission

U.S. Senate

U.S. Supreme Court

United States District Court for the District of Montana

## LEGAL INDUSTRY

### Mandatory Bar Critics See Opening As Courts Show Support

Recent appellate rulings partially siding with lawyers unhappy with compelled bar membership and organizations' "ideological" speech have raised their hopes that the U.S. Supreme Court will throw out key precedents and settle a decades-long debate about the proper role of state bars.

Read full article »

### Miami-Dade Shuts Ailing Courthouse After Engineer's Report

DEF000213                                  Def.'s Ex. 1

Miami-Dade County's civil courthouse was shut down Friday after an engineer's report prompted by the recent condominium collapse in nearby Surfside recommended closing several floors and making repairs quickly.

Read full article »

## 2 More BigLaw Firms Give Associates A Raise

Goulston & Storrs PC and Loeb & Loeb LLP have announced raises for their associates, matching the prevailing market rate for junior associates while taking a varied approach to midlevel and senior associates' salaries amid a continued raise frenzy on associate pay.

Read full article »

## NY Attys May Ethically Advise Pot Businesses, Accept Stakes

New York attorneys may counsel clients to help them stay in line with the state's new recreational marijuana use law, and can accept an equity ownership share in a cannabis business as payment for their legal services, the state's bar association said Thursday.

Read full article »

## Atty In Neighbor Spat With Justin Theroux Can't Shield Emails

A Fox Horan & Camerini LLP partner locked in a yearslong legal battle with neighbor and actor Justin Theroux cannot shield personal emails he exchanged with co-workers related to the dispute because the colleagues weren't his lawyers, a New York state judge has ruled.

Read full article »

## Ex-Dechert Atty 'Exaggerated' SFO Ties During ENRC Probe

Dechert's former head of corporate crime acknowledged at trial on Friday that he didn't remember substantial parts of his internal investigation into ENRC a decade ago, but may have exaggerated his close relationship with the Serious Fraud Office to boost his credentials.

Read full article »

## Kreindler Firm Accused Of Failing To Pay Atty For 9/11 Work

A Manatt Phelps & Phillips LLP partner contends that a New York-based law firm has stiffed him on fees for outside work tied to recoveries by the victims of the Sept. 11 terror attacks and their families, according to a complaint in D.C. federal court.

Read full article »

## Pa. Court Reinstates Philadelphia Workers' Comp Judge

A workers' compensation judge can return to the post from which she was removed two years ago and have her termination expunged, according to a ruling Thursday by Pennsylvania's Commonwealth Court.

Read full article »

## GC Cheat Sheet: The Hottest Corporate News Of The Week

Attorneys general from 36 states and Washington, D.C., hit Google LLC with an antitrust suit in California federal court that has increased the number of U.S. enforcer lawsuits against the search giant to four, and a U.S. Securities and Exchange Commission committee pushed for further environmental, social and governance disclosures. These are some of the stories in corporate legal news you may have missed in the past week.

DEF000214

Def.'s Ex. 1

Read full article »

## In Case You Missed It: Hottest Firms And Stories On Law360

For those who missed out, here's a look back at the law firms, stories and expert analyses that generated the most buzz on Law360 last week.

Read full article »

**Podcast**

## Pro Say: The Legal Fallout Of The Florida Condo Collapse

The collapse of the Champlain Towers condominium complex two weeks ago in Surfside, Florida, was a horrible tragedy that, as so often happens in these situations, has resulted in a web of legal dimensions to untangle.

Read full article »

**JOBS**
Search full listings or advertise your job opening



Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 111 West 19th Street, 5th Floor, New York, NY 10011

## Dylan Jacobs

| | |
|---|---|
| **From:** | Trials Law360 <news-q2@law360.com> |
| **Sent:** | Monday, July 12, 2021 3:06 AM |
| **To:** | Leslie Rutledge |
| **Subject:** | [EXTERNAL][MARKETING] Unconventional Elon Musk May Test Chancery's Patience |

> **CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe.



TRIALS

**Monday, July 12, 2021** 



## TOP NEWS

**Analysis**

### Unconventional Elon Musk May Test Chancery's Patience

Delaware Chancery Court's staid customs could get a workout Monday when an unpredictable and sometimes confrontational Elon Musk takes the stand as the first witness in a stockholder suit claiming billions in damages from Tesla Motors Inc.'s more than $2 billion acquisition of SolarCity Corp.

Read full article »

**Analysis**

### Does Elon Musk Control Tesla? Chancery To Seek The Answer

Delaware's Chancery Court is slated to kick off its highest-profile trial in a generation Monday with a battle over claims that Tesla co-founder Elon Musk drove the electric-car maker to waste more than $2 billion, with the case likely to test corporate law over what constitutes control of a corporation.

Read full article »

### Cardi B Defeats Counterclaims In Slander Suit Set For Trial

Rapper Cardi B has defeated counterclaims from a YouTube gossip blogger she is suing for slander, but must take her case to trial because a Georgia federal judge said the evidence could sway a jury either way.

 *Order attached* | Read full article »





**LAW FIRMS**

Adelman Matz

Arnold & Porter



## Shaming Doctors Was Vital To Opioid Adoption, NY Jury Hears

Opioid makers manipulated doctors to prescribe the companies' drugs in part through messages geared to "shame" those wary of the potent narcotics, a doctor testified Friday to a New York jury.

Read full article »

## Product Liability Cases To Watch: Midyear Review

Long-awaited trials over the opioid crisis have started and the first federal bellwether case against major pharmacies is scheduled to kick off this fall, capturing product liability attorneys' attention for the second half of 2021.

Read full article »

**Analysis**

## Personal Injury, Med Mal Cases To Watch In 2nd Half Of 2021

An expected ruling by the Florida high court in a dispute over medical expert pay disclosure and upcoming Eighth Circuit arguments in a suit accusing Tyson Foods of causing workers' coronavirus deaths are among the cases injury and malpractice attorneys will be following in the second half of 2021.

Read full article »

## DOJ, Aon Agree To Info Safeguards After Contentious Hearing

The U.S. Department of Justice and insurance brokers Aon and Willis Towers Watson agreed to safeguards for confidential information in the DOJ's challenge to the $30 billion merger just days after disputes over those protections fueled a contentious D.C. federal court hearing.

 *1 document attached* | Read full article »

## INTELLECTUAL PROPERTY

## Microsoft Asks Fed. Circ. To Undo $7M Database IP Verdict

Microsoft has asked the Federal Circuit to nix a $7 million New York jury verdict against the company, saying the infringement judgment should be reversed because the inventor's win over his database patent was based on erroneous claim construction.

 *Brief attached* | Read full article »

## WHITE COLLAR

## 10th Circ. Affirms Ex-VA Worker's 16-Year Fraud Sentence

The Tenth Circuit on Friday affirmed a 16-year sentence for a former Veterans Health Administration employee and four offense levels being added to his sentencing guidelines because the scam topped more than $20 million, finding no error in the lower court's refusal to recognize purported benefits patients received at bogus agencies.

 *Opinion attached* | Read full article »

## USC Professor Cops To Tax Charge In 'Varsity Blues' Case

Bass Berry
Blackstone Chambers
Bondurant Mixson
Boyd & Jenerette
Cloth Fair Chambers
Clyde & Co
Cooper Erving
Covington & Burling
DLA Piper
Davis Polk
Debevoise & Plimpton
Dechert
Erskine Chambers
Essex Court Chambers
Faegre Drinker
Fish & Richardson
Flaster Greenberg
Fluet Huber
Foley & Lardner
Fox Horan
Gibbons PC
Gibson Dunn
Goulston & Storrs
Hogan Lovells
Holland & Knight
Hunton Andrews
Jomarron Lopez
Jones Day
King & Spalding
Kirkland & Ellis
Kreindler & Kreindler
Latham & Watkins
Liston Abramson
Loeb & Loeb
Manatt Phelps
Milbank LLP
Miner Siddall
Moore Pequignot
Morgan Lewis
Motley Rice
Napoli Shkolnik
Norton Rose
O'Melveny & Myers
One Essex Court
Paul Hastings
Perkins Coie

DEF000217

Def.'s Ex. 1

A dentistry professor at the University of Southern California admitted Friday to tax charges for writing off bribes that he paid to the central figure in the "Varsity Blues" scheme to get his daughter admitted to the elite school as a fake athletic recruit.

Read full article »

## Ex-Fox Execs Say Feds Hiding Ball On Soccer Bribe Claim

A pair of former Fox Sports executives said Thursday their indictment in the FIFA corruption scandal is too vague for the case to move forward without more details in a so-called bill of particulars, but New York federal prosecutors say the duo can adequately prepare because there's already been a trial on related charges.

 *1 document attached* | Read full article »

## INSURANCE

## Jury Awards Utica Mutual $10.9M In Asbestos Reinsurance Rift

A New York federal jury has awarded Utica Mutual Insurance Co. nearly $11 million in a fight with reinsurer Clearwater Insurance Co. over decades-old policies covering asbestos claims against a pump manufacturer, rejecting the reinsurer's argument that Utica acted in bad faith.

 *Verdict attached* | Read full article »



Pond Lehocky

Pryor Cashman

Reed Smith

Robbins Geller

Saltz Mongeluzzi

Shook Hardy

Sidley Austin

Simmons Hanly

Simpson Thacher

Skadden Arps

Spertus Landes

Strokoff & Cowden

Three Raymond Buildings

Venable LLP

Webber & Thies

Williams & Connolly

WilmerHale

Winston & Strawn



## COMPANIES

Allergan PLC

AmerisourceBergen Corp.

Anda Inc.

Aon PLC

Apple Inc.

Bank of America Corp.

CVS Health Corp.

Cardinal Health Inc.

Chevron Corp.

Citigroup Inc.

Deutsche Bank AG

Endo International PLC

Facebook Inc.

Federation Internationale de Football Association

Fox Corp.

Gerber Products Co.

Google LLC

Instagram Inc.

Johnson & Johnson

KKR Financial Holdings LLC

Liberty Mutual Insurance Group



## LEGAL INDUSTRY

### Mandatory Bar Critics See Opening As Courts Show Support

Recent appellate rulings partially siding with lawyers unhappy with compelled bar membership and organizations' "ideological" speech have raised their hopes that the U.S. Supreme Court will throw out key precedents and settle a decades-long debate about the proper role of state bars.

Read full article »

### Miami-Dade Shuts Ailing Courthouse After Engineer's Report

Miami-Dade County's civil courthouse was shut down Friday after an engineer's report prompted by the recent condominium collapse in nearby Surfside recommended closing several floors and making repairs quickly.

Read full article »

### 2 More BigLaw Firms Give Associates A Raise

Goulston & Storrs PC and Loeb & Loeb LLP have announced raises for their associates, matching the prevailing market rate for junior associates while taking a varied approach to midlevel and senior associates' salaries amid a continued raise frenzy on associate pay.

Read full article »

M & F Worldwide Corp.
McKesson Corp.
Microsoft Corp.
Monsanto Co.
Morningstar, Inc.
New York State Bar Association
Oklahoma Bar Association
Oregon State Bar
Pivotal Software Inc.
Purdue Pharma LP
Quinn Gillespie & Associates LLC
Rite Aid Corp.
Snap Inc.
SolarCity Corp.
Space Exploration Technologies Corp.
Spotify Technology SA
State Bar of California
Surfside
Syngenta AG
Tesla Inc.
Teva Pharmaceutical Industries Ltd.
The Hain Celestial Group Inc.
The Walt Disney Co.
Trader Joe's Co.
Twitter Inc.
Tyson Foods Inc.
UCLA School of Law
Unilever PLC
University of Southern California
Utica Mutual Insurance Co. Inc.
Walgreens Co.
Willis Towers Watson PLC
YMCA of the USA
YouTube Inc.

## GOVERNMENT AGENCIES

California Supreme Court
Central Intelligence Agency
Consumer Financial Protection Bureau
Delaware Court of Chancery
European Union
Federal Bureau of Investigation
Federal Trade Commission
Florida Supreme Court

DEF000219
Def.'s Ex. 1

## NY Attys May Ethically Advise Pot Businesses, Accept Stakes

New York attorneys may counsel clients to help them stay in line with the state's new recreational marijuana use law, and can accept an equity ownership share in a cannabis business as payment for their legal services, the state's bar association said Thursday.

Read full article »

## Atty In Neighbor Spat With Justin Theroux Can't Shield Emails

A Fox Horan & Camerini LLP partner locked in a yearslong legal battle with neighbor and actor Justin Theroux cannot shield personal emails he exchanged with co-workers related to the dispute because the colleagues weren't his lawyers, a New York state judge has ruled.

Read full article »

## Ex-Dechert Atty 'Exaggerated' SFO Ties During ENRC Probe

Dechert's former head of corporate crime acknowledged at trial on Friday that he didn't remember substantial parts of his internal investigation into ENRC a decade ago, but may have exaggerated his close relationship with the Serious Fraud Office to boost his credentials.

Read full article »

## Kreindler Firm Accused Of Failing To Pay Atty For 9/11 Work

A Manatt Phelps & Phillips LLP partner contends that a New York-based law firm has stiffed him on fees for outside work tied to recoveries by the victims of the Sept. 11 terror attacks and their families, according to a complaint in D.C. federal court.

Read full article »

## Pa. Court Reinstates Philadelphia Workers' Comp Judge

A workers' compensation judge can return to the post from which she was removed two years ago and have her termination expunged, according to a ruling Thursday by Pennsylvania's Commonwealth Court.

Read full article »

## GC Cheat Sheet: The Hottest Corporate News Of The Week

Attorneys general from 36 states and Washington, D.C., hit Google LLC with an antitrust suit in California federal court that has increased the number of U.S. enforcer lawsuits against the search giant to four, and a U.S. Securities and Exchange Commission committee pushed for further environmental, social and governance disclosures. These are some of the stories in corporate legal news you may have missed in the past week.

Read full article »

## In Case You Missed It: Hottest Firms And Stories On Law360

For those who missed out, here's a look back at the law firms, stories and expert analyses that generated the most buzz on Law360 last week.

Read full article »

**Podcast**

## Pro Say: The Legal Fallout Of The Florida Condo Collapse

The collapse of the Champlain Towers condominium complex two weeks ago in Surfside, Florida, was a horrible tragedy that, as so often happens in these situations, has resulted in a web of legal dimensions to untangle.

Food and Drug Administration

Georgia Supreme Court

New York Attorney General's Office

Pennsylvania Supreme Court

Serious Fraud Office

State Bar of Texas

U.S. Attorney's Office

U.S. Attorney's Office for the District of Colorado

U.S. Attorney's Office for the District of Massachusetts

U.S. Attorney's Office for the Eastern District of New York

U.S. Court of Appeals for the Eighth Circuit

U.S. Court of Appeals for the Federal Circuit

U.S. Court of Appeals for the Tenth Circuit

U.S. Department of Justice

U.S. Department of Veterans Affairs

U.S. District Court for the District of Columbia

U.S. District Court for the District of Massachusetts

U.S. District Court for the District of New Jersey

U.S. District Court for the Eastern District of New York

U.S. District Court for the Northern District of California

U.S. District Court for the Northern District of Georgia

U.S. District Court for the Northern District of Illinois

U.S. District Court for the Northern District of New York

U.S. District Court for the Southern District of Illinois

U.S. District Court for the Southern District of New York

U.S. District Court for the Southern District of West Virginia

U.S. House of Representatives

U.S. Securities and Exchange Commission

U.S. Senate

U.S. Supreme Court

DEF000220                                   Def.'s Ex. 1

Read full article »

United States District Court for the Northern District of Ohio

**JOBS**
Search full listings or advertise your job opening

**ASSOCIATE – BUSINESS LITIGATION (HARTFORD, CT)**
McCarter & English, LLP
Hartford, Connecticut

**Staff Attorney**
Susman Godfrey LLP
Houston, Texas

**A++ NYC small/mid-sized FULL SERVICE law firm SEEKS MATRIMONIAL/FAMILY LAW PARTNER**
Schoen Legal Search
New York, New York

**Elite NYC mid-sized FULL SERVICE law firm seek WHITE COLLAR PARTNER**
Schoen Legal Search
New York, New York

**NYC ELITE FULL SERVICE SMALL FIRM SEEKS PARTNERS**
Schoen Legal Search
New York, New York

**LEVEL ONE Products Liability team seeks FIRST CHAIR TRIAL PARTNER -- NO BIZ**
Schoen Legal Search
multiple, -

**Tech Patent litigation partner for NY office of well-known NY/NJ mid-sized firm**
Schoen Legal Search
New York City, New York

**Big law litigation partners sought by Elite full service Mid-sized NY LF**
Schoen Legal Search
New York, New York

**Big Law Partner w/ $1-5M book for NYC mid sized firm**
Schoen Legal Search
New York, New York

**BIG LAW IN A LITTLE PKG. PARTNERS WANTED!**
Schoen Legal Search
New York, New York

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
New York, New York

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
Newark, New Jersey

**Products Liability Associate**
Duane Morris LLP
Philadelphia, Pennsylvania

**Products Liability Associate**
Duane Morris LLP
Washington, District of Columbia

**Mid-Level Litigation Associate**
Corr Cronin LLP
Seattle, Washington

**Labor & Employment Attorney**
Moore & Van Allen, PLLC
Charlotte, North Carolina



Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 111 West 19th Street, 5th Floor, New York, NY 10011

Def.'s Ex. 1

## Dylan Jacobs

| | |
|---|---|
| **From:** | Trials Law360 <news-q2@law360.com> |
| **Sent:** | Monday, July 12, 2021 3:06 AM |
| **To:** | Leslie Rutledge |
| **Subject:** | [EXTERNAL][MARKETING] Unconventional Elon Musk May Test Chancery's Patience |

**CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe.



TRIALS

**Monday, July 12, 2021** 







## TOP NEWS

**Analysis**

### Unconventional Elon Musk May Test Chancery's Patience

Delaware Chancery Court's staid customs could get a workout Monday when an unpredictable and sometimes confrontational Elon Musk takes the stand as the first witness in a stockholder suit claiming billions in damages from Tesla Motors Inc.'s more than $2 billion acquisition of SolarCity Corp.

Read full article »

**Analysis**

### Does Elon Musk Control Tesla? Chancery To Seek The Answer

Delaware's Chancery Court is slated to kick off its highest-profile trial in a generation Monday with a battle over claims that Tesla co-founder Elon Musk drove the electric-car maker to waste more than $2 billion, with the case likely to test corporate law over what constitutes control of a corporation.

Read full article »

### Cardi B Defeats Counterclaims In Slander Suit Set For Trial

Rapper Cardi B has defeated counterclaims from a YouTube gossip blogger she is suing for slander, but must take her case to trial because a Georgia federal judge said the evidence could sway a jury either way.

 *Order attached* | Read full article »



LAW FIRMS
Adelman Matz
Arnold & Porter



## Shaming Doctors Was Vital To Opioid Adoption, NY Jury Hears

Opioid makers manipulated doctors to prescribe the companies' drugs in part through messages geared to "shame" those wary of the potent narcotics, a doctor testified Friday to a New York jury.

Read full article »

## Product Liability Cases To Watch: Midyear Review

Long-awaited trials over the opioid crisis have started and the first federal bellwether case against major pharmacies is scheduled to kick off this fall, capturing product liability attorneys' attention for the second half of 2021.

Read full article »

**Analysis**

## Personal Injury, Med Mal Cases To Watch In 2nd Half Of 2021

An expected ruling by the Florida high court in a dispute over medical expert pay disclosure and upcoming Eighth Circuit arguments in a suit accusing Tyson Foods of causing workers' coronavirus deaths are among the cases injury and malpractice attorneys will be following in the second half of 2021.

Read full article »

## DOJ, Aon Agree To Info Safeguards After Contentious Hearing

The U.S. Department of Justice and insurance brokers Aon and Willis Towers Watson agreed to safeguards for confidential information in the DOJ's challenge to the $30 billion merger just days after disputes over those protections fueled a contentious D.C. federal court hearing.

 *1 document attached* | Read full article »

## INTELLECTUAL PROPERTY

## Microsoft Asks Fed. Circ. To Undo $7M Database IP Verdict

Microsoft has asked the Federal Circuit to nix a $7 million New York jury verdict against the company, saying the infringement judgment should be reversed because the inventor's win over his database patent was based on erroneous claim construction.

 *Brief attached* | Read full article »

## WHITE COLLAR

## 10th Circ. Affirms Ex-VA Worker's 16-Year Fraud Sentence

The Tenth Circuit on Friday affirmed a 16-year sentence for a former Veterans Health Administration employee and four offense levels being added to his sentencing guidelines because the scam topped more than $20 million, finding no error in the lower court's refusal to recognize purported benefits patients received at bogus agencies.

 *Opinion attached* | Read full article »

## USC Professor Cops To Tax Charge In 'Varsity Blues' Case

Bass Berry
Blackstone Chambers
Bondurant Mixson
Boyd & Jenerette
Cloth Fair Chambers
Clyde & Co
Cooper Erving
Covington & Burling
DLA Piper
Davis Polk
Debevoise & Plimpton
Dechert
Erskine Chambers
Essex Court Chambers
Faegre Drinker
Fish & Richardson
Flaster Greenberg
Fluet Huber
Foley & Lardner
Fox Horan
Gibbons PC
Gibson Dunn
Goulston & Storrs
Hogan Lovells
Holland & Knight
Hunton Andrews
Jomarron Lopez
Jones Day
King & Spalding
Kirkland & Ellis
Kreindler & Kreindler
Latham & Watkins
Liston Abramson
Loeb & Loeb
Manatt Phelps
Milbank LLP
Miner Siddall
Moore Pequignot
Morgan Lewis
Motley Rice
Napoli Shkolnik
Norton Rose
O'Melveny & Myers
One Essex Court
Paul Hastings
Perkins Coie

A dentistry professor at the University of Southern California admitted Friday to tax charges for writing off bribes that he paid to the central figure in the "Varsity Blues" scheme to get his daughter admitted to the elite school as a fake athletic recruit.

Read full article »

## Ex-Fox Execs Say Feds Hiding Ball On Soccer Bribe Claim

A pair of former Fox Sports executives said Thursday their indictment in the FIFA corruption scandal is too vague for the case to move forward without more details in a so-called bill of particulars, but New York federal prosecutors say the duo can adequately prepare because there's already been a trial on related charges.

 *1 document attached* | Read full article »

## INSURANCE

## Jury Awards Utica Mutual $10.9M In Asbestos Reinsurance Rift

A New York federal jury has awarded Utica Mutual Insurance Co. nearly $11 million in a fight with reinsurer Clearwater Insurance Co. over decades-old policies covering asbestos claims against a pump manufacturer, rejecting the reinsurer's argument that Utica acted in bad faith.

 *Verdict attached* | Read full article »



Pond Lehocky

Pryor Cashman

Reed Smith

Robbins Geller

Saltz Mongeluzzi

Shook Hardy

Sidley Austin

Simmons Hanly

Simpson Thacher

Skadden Arps

Spertus Landes

Strokoff & Cowden

Three Raymond Buildings

Venable LLP

Webber & Thies

Williams & Connolly

WilmerHale

Winston & Strawn



### COMPANIES

Allergan PLC

AmerisourceBergen Corp.

Anda Inc.

Aon PLC

Apple Inc.

Bank of America Corp.

CVS Health Corp.

Cardinal Health Inc.

Chevron Corp.

Citigroup Inc.

Deutsche Bank AG

Endo International PLC

Facebook Inc.

Federation Internationale de Football Association

Fox Corp.

Gerber Products Co.

Google LLC

Instagram Inc.

Johnson & Johnson

KKR Financial Holdings LLC

Liberty Mutual Insurance Group

Def.'s Ex. 1



## LEGAL INDUSTRY

### Mandatory Bar Critics See Opening As Courts Show Support

Recent appellate rulings partially siding with lawyers unhappy with compelled bar membership and organizations' "ideological" speech have raised their hopes that the U.S. Supreme Court will throw out key precedents and settle a decades-long debate about the proper role of state bars.

Read full article »

### Miami-Dade Shuts Ailing Courthouse After Engineer's Report

Miami-Dade County's civil courthouse was shut down Friday after an engineer's report prompted by the recent condominium collapse in nearby Surfside recommended closing several floors and making repairs quickly.

Read full article »

### 2 More BigLaw Firms Give Associates A Raise

Goulston & Storrs PC and Loeb & Loeb LLP have announced raises for their associates, matching the prevailing market rate for junior associates while taking a varied approach to midlevel and senior associates' salaries amid a continued raise frenzy on associate pay.

Read full article »

M & F Worldwide Corp.
McKesson Corp.
Microsoft Corp.
Monsanto Co.
Morningstar, Inc.
New York State Bar Association
Oklahoma Bar Association
Oregon State Bar
Pivotal Software Inc.
Purdue Pharma LP
Quinn Gillespie & Associates LLC
Rite Aid Corp.
Snap Inc.
SolarCity Corp.
Space Exploration Technologies Corp.
Spotify Technology SA
State Bar of California
Surfside
Syngenta AG
Tesla Inc.
Teva Pharmaceutical Industries Ltd.
The Hain Celestial Group Inc.
The Walt Disney Co.
Trader Joe's Co.
Twitter Inc.
Tyson Foods Inc.
UCLA School of Law
Unilever PLC
University of Southern California
Utica Mutual Insurance Co. Inc.
Walgreens Co.
Willis Towers Watson PLC
YMCA of the USA
YouTube Inc.

## GOVERNMENT AGENCIES

California Supreme Court
Central Intelligence Agency
Consumer Financial Protection Bureau
Delaware Court of Chancery
European Union
Federal Bureau of Investigation
Federal Trade Commission
Florida Supreme Court

## NY Attys May Ethically Advise Pot Businesses, Accept Stakes

New York attorneys may counsel clients to help them stay in line with the state's new recreational marijuana use law, and can accept an equity ownership share in a cannabis business as payment for their legal services, the state's bar association said Thursday.

Read full article »

## Atty In Neighbor Spat With Justin Theroux Can't Shield Emails

A Fox Horan & Camerini LLP partner locked in a yearslong legal battle with neighbor and actor Justin Theroux cannot shield personal emails he exchanged with co-workers related to the dispute because the colleagues weren't his lawyers, a New York state judge has ruled.

Read full article »

## Ex-Dechert Atty 'Exaggerated' SFO Ties During ENRC Probe

Dechert's former head of corporate crime acknowledged at trial on Friday that he didn't remember substantial parts of his internal investigation into ENRC a decade ago, but may have exaggerated his close relationship with the Serious Fraud Office to boost his credentials.

Read full article »

## Kreindler Firm Accused Of Failing To Pay Atty For 9/11 Work

A Manatt Phelps & Phillips LLP partner contends that a New York-based law firm has stiffed him on fees for outside work tied to recoveries by the victims of the Sept. 11 terror attacks and their families, according to a complaint in D.C. federal court.

Read full article »

## Pa. Court Reinstates Philadelphia Workers' Comp Judge

A workers' compensation judge can return to the post from which she was removed two years ago and have her termination expunged, according to a ruling Thursday by Pennsylvania's Commonwealth Court.

Read full article »

## GC Cheat Sheet: The Hottest Corporate News Of The Week

Attorneys general from 36 states and Washington, D.C., hit Google LLC with an antitrust suit in California federal court that has increased the number of U.S. enforcer lawsuits against the search giant to four, and a U.S. Securities and Exchange Commission committee pushed for further environmental, social and governance disclosures. These are some of the stories in corporate legal news you may have missed in the past week.

Read full article »

## In Case You Missed It: Hottest Firms And Stories On Law360

For those who missed out, here's a look back at the law firms, stories and expert analyses that generated the most buzz on Law360 last week.

Read full article »

**Podcast**

## Pro Say: The Legal Fallout Of The Florida Condo Collapse

The collapse of the Champlain Towers condominium complex two weeks ago in Surfside, Florida, was a horrible tragedy that, as so often happens in these situations, has resulted in a web of legal dimensions to untangle.

Food and Drug Administration

Georgia Supreme Court

New York Attorney General's Office

Pennsylvania Supreme Court

Serious Fraud Office

State Bar of Texas

U.S. Attorney's Office

U.S. Attorney's Office for the District of Colorado

U.S. Attorney's Office for the District of Massachusetts

U.S. Attorney's Office for the Eastern District of New York

U.S. Court of Appeals for the Eighth Circuit

U.S. Court of Appeals for the Federal Circuit

U.S. Court of Appeals for the Tenth Circuit

U.S. Department of Justice

U.S. Department of Veterans Affairs

U.S. District Court for the District of Columbia

U.S. District Court for the District of Massachusetts

U.S. District Court for the District of New Jersey

U.S. District Court for the Eastern District of New York

U.S. District Court for the Northern District of California

U.S. District Court for the Northern District of Georgia

U.S. District Court for the Northern District of Illinois

U.S. District Court for the Northern District of New York

U.S. District Court for the Southern District of Illinois

U.S. District Court for the Southern District of New York

U.S. District Court for the Southern District of West Virginia

U.S. House of Representatives

U.S. Securities and Exchange Commission

U.S. Senate

U.S. Supreme Court

DEF000226

Def.'s Ex. 1

Read full article »

United States District Court for the
Northern District of Ohio

## JOBS

Search full listings or advertise your job opening

**ASSOCIATE – BUSINESS LITIGATION (HARTFORD, CT)**
McCarter & English, LLP
Hartford, Connecticut

**Staff Attorney**
Susman Godfrey LLP
Houston, Texas

**A++ NYC small/mid-sized FULL SERVICE law firm SEEKS MATRIMONIAL/FAMILY LAW PARTNER**
Schoen Legal Search
New York, New York

**Elite NYC mid-sized FULL SERVICE law firm seek WHITE COLLAR PARTNER**
Schoen Legal Search
New York, New York

**NYC ELITE FULL SERVICE SMALL FIRM SEEKS PARTNERS**
Schoen Legal Search
New York, New York

**LEVEL ONE Products Liability team seeks FIRST CHAIR TRIAL PARTNER -- NO BIZ**
Schoen Legal Search
multiple, -

**Tech Patent litigation partner for NY office of well-known NY/NJ mid-sized firm**
Schoen Legal Search
New York City, New York

**Big law litigation partners sought by Elite full service Mid-sized NY LF**
Schoen Legal Search
New York, New York

**Big Law Partner w/ $1-5M book for NYC mid sized firm**
Schoen Legal Search
New York, New York

**BIG LAW IN A LITTLE PKG. PARTNERS WANTED!**
Schoen Legal Search
New York, New York

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
New York, New York

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
Newark, New Jersey

**Products Liability Associate**
Duane Morris LLP
Philadelphia, Pennsylvania

**Products Liability Associate**
Duane Morris LLP
Washington, District of Columbia

**Mid-Level Litigation Associate**
Corr Cronin LLP
Seattle, Washington

**Labor & Employment Attorney**
Moore & Van Allen, PLLC
Charlotte, North Carolina




Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 111 West 19th Street, 5th Floor, New York, NY 10011

Def.'s Ex. 1

## Dylan Jacobs

| | |
|---|---|
| **From:** | Michael von Klemperer <mvonklemperer@baronbudd.com> |
| **Sent:** | Wednesday, July 7, 2021 3:46 PM |
| **To:** | Gary Rogers; King, Andrew; Victoria P. Medina; Michael Smith; Elizabeth A. Nesdahl; dkwaltermire@pulaskimail.net; Adam Pergament; Adrienne Griffis; Ben Harrington ; Chuck Harder; Charles Lifland; Chris Boisvert; Desirae Tongco; Felicia Kerr; Graham Talley; Hayden Coleman; James Cooper; Jay Ward; Jennifer Connolly; Askew III, Jess L.; Jessica Looper; John Davidson; John Freedman ; Kate Donoven; Kelly McGrew; Leslie Rutledge; Lyn Pruitt; Patrick McNally; Ross Galin; Sean Morris ; Shawn Johnson ; Stanton Jones; Steve Berman; Steve Brody |
| **Cc:** | Matthew Murphy - O'Melveny & Myers (mtmurphy@omm.com); James (Jim) M. Simpson; Martin A. Kasten; Jeannie A. Smith; William J. Ogles |
| **Subject:** | [EXTERNAL]RE: State of Arkansas, ex rel. Rutledge v. Purdue Pharma L.P., et al; Pulaski Co Circuit Court No. 60CV-18-2018 |
| **Attachments:** | Motion to Reconsider and Set Aside Discovery and Sanction Orders.zip; Emergency Motion to Maintain or Reinstate Stay.zip |

---

**CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe.

---

Debbie and Victoria,

Attached, please find courtesy copies of the State's recently filed Emergency Motion to Maintain (or Reinstate) the Stay of Proceedings and its Motion to Reconsider and Set Aside the Court's Discovery and Sanction Orders. Word versions of the proposed orders on these motions are included in the zip files. As set forth in the Emergency Motion to Maintain (or Reinstate) the Stay, the State moves on an emergency basis given the impending July 12 deadline for the State to file its amended complaint. Accordingly, the State appreciates the Court's prompt attention to this matter.

Sincerely,

**Michael von Klemperer**

Opioid Litigation | Associate

202.333.4562 main
202.719.5547 direct
202.227.5774 mobile
www.baronandbudd.com

Dallas | Austin | Baton Rouge | New Orleans | Los Angeles
San Diego | Chico | New York | Washington, D.C.

---

**From:** Gary Rogers <GRogers@ddh.law>
**Sent:** Friday, July 2, 2021 3:37 PM
**To:** Debbie K. Waltermire <dkwaltermire@pulaskimail.net>; King, Andrew <Andrew.King@KutakRock.com>; Victoria P. Medina <vpmedina@pulaskimail.net>; Michael Smith <MSmith@ddh.law>; Elizabeth A. Nesdahl <enesdahl@fridayfirm.com>; Adam Pergament <Adam.Pergament@arnoldporter.com>; Adrienne Griffis <agriffis@ddh.law>; Ben Harrington <benh@hbsslaw.com>; Charles Harder <chuck.harder@arkansasag.gov>; Charles

Lifland <clifland@omm.com>; Chris Boisvert <Chip.Boisvert@dechert.com>; Desirae Tongco <dtongco@omm.com>; Felicia Kerr <Felicia.Kerr@ArkansasAG.gov>; Graham Talley <gtalley@mwlaw.com>; Hayden Coleman <hayden.coleman@dechert.com>; James Cooper <James.W.Cooper@arnoldporter.com>; Jay Ward <jward@mcgowanhood.com>; Jennifer Connolly <jconnolly@baronbudd.com>; Askew III, Jess L. <Jess.Askew@kutakrock.com>; Jessica Looper <Jessica.Looper@ArkansasAG.gov>; John Davidson <Jdavidson@dbslawfirm.net>; John Freedman <john.freedman@arnoldporter.com>; Kate Donoven <kate.donoven@arkansasag.gov>; Kelly McGrew <KMcGrew@ddh.law>; Leslie Rutledge <Leslie.Rutledge@ArkansasAG.gov>; Lyn Pruitt <lpruitt@mwlaw.com>; Michael von Klemperer <mvonklemperer@baronbudd.com>; Patrick McNally <pmcnally@omm.com>; Ross Galin <rgalin@omm.com>; Sean Morris <sean.morris@arnoldporter.com>; Shawn Johnson <shawn.johnson@arkansasag.gov>; Stanton Jones <Stanton.Jones@arnoldporter.com>; Steve Berman <steve@hbsslaw.com>; Steve Brody <sbrody@omm.com>
**Cc:** Matthew Murphy - O'Melveny & Myers (mtmurphy@omm.com) <mtmurphy@omm.com>; James (Jim) M. Simpson <Simpson@fridayfirm.com>; Martin A. Kasten <MKasten@fridayfirm.com>; Jeannie A. Smith <jasmith@fridayfirm.com>; William J. Ogles <WOgles@ddh.law>; Michael von Klemperer <mvonklemperer@baronbudd.com>
**Subject:** RE: State of Arkansas, ex rel. Rutledge v. Purdue Pharma L.P., et al; Pulaski Co Circuit Court No. 60CV-18-2018

Debbie,
Yes, we received the Order.  Thank you for your attention to this matter.  Have a safe holiday!

## Gary B. Rogers

*Member*, Dover Dixon Horne PLLC
425 W. Capitol Ave, Suite 3700, Little Rock, Arkansas 72201
(501) 375-9151 | Direct Line (501) 978-9930  |  grogers@ddh.law  |  www.ddh.law

 

Confidentiality Statement--The information contained in this electronic message is intended only for the use of the addressee and may contain information that is confidential, privileged, and/or otherwise protected from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering this electronic message to the intended recipient, you are not authorized to read this electronic message and are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This electronic message does not waive any attorney-client privilege, attorney work-product privilege, or other confidence or privilege. If you have received this communication in error, please notify Dover Dixon Horne PLLC immediately by e-mail reply or by telephone (501-375-9151).

Dover Dixon Horne PLLC is a member of MERITAS Law Firms Worldwide www.meritas.org

---

**From:** Debbie K. Waltermire <dkwaltermire@pulaskimail.net>
**Sent:** Friday, July 2, 2021 1:52 PM
**To:** King, Andrew <Andrew.King@KutakRock.com>; Victoria P. Medina <vpmedina@pulaskimail.net>; Michael Smith <MSmith@ddh.law>; Elizabeth A. Nesdahl <enesdahl@fridayfirm.com>; Adam Pergament <Adam.Pergament@arnoldporter.com>; Adrienne Griffis <agriffis@ddh.law>; Ben Harrington <benh@hbsslaw.com>; Charles Harder <chuck.harder@arkansasag.gov>; Charles Lifland <clifland@omm.com>; Chris Boisvert <Chip.Boisvert@dechert.com>; Desirae Tongco <dtongco@omm.com>; Felicia Kerr <Felicia.Kerr@ArkansasAG.gov>; Gary Rogers <GRogers@ddh.law>; Graham Talley <gtalley@mwlaw.com>; Hayden Coleman <hayden.coleman@dechert.com>; James Cooper <James.W.Cooper@arnoldporter.com>; Jay Ward <jward@mcgowanhood.com>; Jennifer Connolly <jconnolly@baronbudd.com>; Askew III, Jess L.

DEF000229                                                      Def.'s Ex. 1

<Jess.Askew@kutakrock.com>; Jessica Looper <Jessica.Looper@ArkansasAG.gov>; John Davidson <Jdavidson@dbslawfirm.net>; John Freedman <john.freedman@arnoldporter.com>; Kate Donoven <kate.donoven@arkansasag.gov>; Kelly McGrew <KMcGrew@ddh.law>; Leslie Rutledge <Leslie.Rutledge@ArkansasAG.gov>; Lyn Pruitt <lpruitt@mwlaw.com>; Michael von Klemperer <mvonklemperer@baronbudd.com>; Patrick McNally <pmcnally@omm.com>; Ross Galin <rgalin@omm.com>; Sean Morris <sean.morris@arnoldporter.com>; Shawn Johnson <shawn.johnson@arkansasag.gov>; Stanton Jones <Stanton.Jones@arnoldporter.com>; Steve Berman <steve@hbsslaw.com>; Steve Brody <sbrody@omm.com>
**Cc:** Matthew Murphy - O'Melveny & Myers (mtmurphy@omm.com) <mtmurphy@omm.com>; James (Jim) M. Simpson <Simpson@fridayfirm.com>; Martin A. Kasten <MKasten@fridayfirm.com>; Jeannie A. Smith <jasmith@fridayfirm.com>; William J. Ogles <WOgles@ddh.law>; 'Michael von Klemperer' <mvonklemperer@baronbudd.com>; Gary Rogers <GRogers@ddh.law>
**Subject:** RE: State of Arkansas, ex rel. Rutledge v. Purdue Pharma L.P., et al; Pulaski Co Circuit Court No. 60CV-18-2018

Counsel,

I just wanted to reach out to you to confirm the July 7 hearing has been continued until August 5 at 1:30 p.m. for ½ day.  The Order was filed at 9:26 a.m. this morning.  The hearing on August 5 will be in-person.

Face masks are required at all times while in the building and courtroom.    We appreciate your understanding and cooperation.

*Debbie Waltermire*
16th Division Circuit Court

---

**From:** King, Andrew <Andrew.King@KutakRock.com>
**Sent:** Friday, July 2, 2021 11:46 AM
**To:** Victoria P. Medina <vpmedina@pulaskimail.net>; Michael Smith <MSmith@ddh.law>; Elizabeth A. Nesdahl <enesdahl@fridayfirm.com>; Adam Pergament <Adam.Pergament@arnoldporter.com>; Adrienne Griffis <agriffis@ddh.law>; Ben Harrington <benh@hbsslaw.com>; Charles Harder <chuck.harder@arkansasag.gov>; Charles Lifland <clifland@omm.com>; Chris Boisvert <Chip.Boisvert@dechert.com>; Desirae Tongco <dtongco@omm.com>; Felicia Kerr <Felicia.Kerr@ArkansasAG.gov>; Gary Rogers <GRogers@ddh.law>; Graham Talley <gtalley@mwlaw.com>; Hayden Coleman <hayden.coleman@dechert.com>; James Cooper <James.W.Cooper@arnoldporter.com>; Jay Ward <jward@mcgowanhood.com>; Jennifer Connolly <jconnolly@baronbudd.com>; Askew III, Jess L. <Jess.Askew@kutakrock.com>; Jessica Looper <Jessica.Looper@ArkansasAG.gov>; John Davidson <Jdavidson@dbslawfirm.net>; John Freedman <john.freedman@arnoldporter.com>; Kate Donoven <kate.donoven@arkansasag.gov>; Kelly McGrew <KMcGrew@ddh.law>; Leslie Rutledge <Leslie.Rutledge@ArkansasAG.gov>; Lyn Pruitt <lpruitt@mwlaw.com>; Michael von Klemperer <mvonklemperer@baronbudd.com>; Patrick McNally <pmcnally@omm.com>; Ross Galin <rgalin@omm.com>; Sean Morris <sean.morris@arnoldporter.com>; Shawn Johnson <shawn.johnson@arkansasag.gov>; Stanton Jones <Stanton.Jones@arnoldporter.com>; Steve Berman <steve@hbsslaw.com>; Steve Brody <sbrody@omm.com>
**Cc:** Matthew Murphy - O'Melveny & Myers (mtmurphy@omm.com) <mtmurphy@omm.com>; James (Jim) M. Simpson <Simpson@fridayfirm.com>; Martin A. Kasten <MKasten@fridayfirm.com>; Jeannie A. Smith <jasmith@fridayfirm.com>; William J. Ogles <WOgles@ddh.law>; Debbie K. Waltermire <dkwaltermire@pulaskimail.net>; 'Michael von Klemperer' <mvonklemperer@baronbudd.com>; Gary Rogers <GRogers@ddh.law>
**Subject:** RE: State of Arkansas, ex rel. Rutledge v. Purdue Pharma L.P., et al; Pulaski Co Circuit Court No. 60CV-18-2018

Attached is a short response that I filed on behalf of the Endo Defendants just now.

We do not oppose the continuance of the July 7 hearing, but would ask that out-of-state counsel be permitted to appear remotely if it is set for August 5.

Regards,

Andrew

**Andrew King**
Partner

**Kutak Rock LLP – Little Rock**
andrew.king@kutakrock.com
**p:** 501.975.3142   **m:** 501.412.9523

**From:** Victoria P. Medina <vpmedina@pulaskimail.net>
**Sent:** Thursday, July 1, 2021 2:58 PM
**To:** Michael Smith <MSmith@ddh.law>; Elizabeth A. Nesdahl <enesdahl@fridayfirm.com>; Adam Pergament <Adam.Pergament@arnoldporter.com>; Adrienne Griffis <agriffis@ddh.law>; King, Andrew <Andrew.King@KutakRock.com>; Ben Harrington <benh@hbsslaw.com>; Charles Harder <chuck.harder@arkansasag.gov>; Charles Lifland <clifland@omm.com>; Chris Boisvert <Chip.Boisvert@dechert.com>; Desirae Tongco <dtongco@omm.com>; Felicia Kerr <Felicia.Kerr@ArkansasAG.gov>; Gary Rogers <GRogers@ddh.law>; Graham Talley <gtalley@mwlaw.com>; Hayden Coleman <hayden.coleman@dechert.com>; James Cooper <James.W.Cooper@arnoldporter.com>; Jay Ward <jward@mcgowanhood.com>; Jennifer Connolly <jconnolly@baronbudd.com>; Askew III, Jess L. <Jess.Askew@kutakrock.com>; Jessica Looper <Jessica.Looper@ArkansasAG.gov>; John Davidson <Jdavidson@dbslawfirm.net>; John Freedman <john.freedman@arnoldporter.com>; Kate Donoven <kate.donoven@arkansasag.gov>; Kelly McGrew <KMcGrew@ddh.law>; Leslie Rutledge <Leslie.Rutledge@ArkansasAG.gov>; Lyn Pruitt <lpruitt@mwlaw.com>; Michael von Klemperer <mvonklemperer@baronbudd.com>; Patrick McNally <pmcnally@omm.com>; Ross Galin <rgalin@omm.com>; Sean Morris <sean.morris@arnoldporter.com>; Shawn Johnson <shawn.johnson@arkansasag.gov>; Stanton Jones <Stanton.Jones@arnoldporter.com>; Steve Berman <steve@hbsslaw.com>; Steve Brody <sbrody@omm.com>
**Cc:** Matthew Murphy - O'Melveny & Myers (mtmurphy@omm.com) <mtmurphy@omm.com>; James (Jim) M. Simpson <Simpson@fridayfirm.com>; Martin A. Kasten <MKasten@fridayfirm.com>; Jeannie A. Smith <jasmith@fridayfirm.com>; William J. Ogles <WOgles@ddh.law>; Debbie K. Waltermire <dkwaltermire@pulaskimail.net>; 'Michael von Klemperer' <mvonklemperer@baronbudd.com>; Gary Rogers <GRogers@ddh.law>
**Subject:** RE: State of Arkansas, ex rel. Rutledge v. Purdue Pharma L.P., et al; Pulaski Co Circuit Court No. 60CV-18-2018

Received. I'll get it to the Judge.

*Victoria Medina*
Judicial Law Clerk
16th Division Circuit Court
401 W. Markham, Rm. 330
Little Rock, AR 72201
501-340-8542
501-340-6034 – fax

**From:** Michael Smith <MSmith@ddh.law>
**Sent:** Thursday, July 1, 2021 2:13 PM
**To:** Victoria P. Medina <vpmedina@pulaskimail.net>; Elizabeth A. Nesdahl <enesdahl@fridayfirm.com>; Adam Pergament <Adam.Pergament@arnoldporter.com>; Adrienne Griffis <agriffis@ddh.law>; Andrew King <andrew.king@kutakrock.com>; Ben Harrington <benh@hbsslaw.com>; Charles Harder

Def.'s Ex. 1

<chuck.harder@arkansasag.gov>; Charles Lifland <clifland@omm.com>; Chris Boisvert <Chip.Boisvert@dechert.com>; Desirae Tongco <dtongco@omm.com>; Felicia Kerr <Felicia.Kerr@ArkansasAG.gov>; Gary Rogers <GRogers@ddh.law>; Graham Talley <gtalley@mwlaw.com>; Hayden Coleman <hayden.coleman@dechert.com>; James Cooper <James.W.Cooper@arnoldporter.com>; Jay Ward <jward@mcgowanhood.com>; Jennifer Connolly <jconnolly@baronbudd.com>; Jess Askew III <Jess.Askew@KutakRock.com>; Jessica Looper <Jessica.Looper@ArkansasAG.gov>; John Davidson <Jdavidson@dbslawfirm.net>; John Freedman <john.freedman@arnoldporter.com>; Kate Donoven <kate.donoven@arkansasag.gov>; Kelly McGrew <KMcGrew@ddh.law>; Leslie Rutledge <Leslie.Rutledge@ArkansasAG.gov>; Lyn Pruitt <lpruitt@mwlaw.com>; Michael von Klemperer <mvonklemperer@baronbudd.com>; Patrick McNally <pmcnally@omm.com>; Ross Galin <rgalin@omm.com>; Sean Morris <sean.morris@arnoldporter.com>; Shawn Johnson <shawn.johnson@arkansasag.gov>; Stanton Jones <Stanton.Jones@arnoldporter.com>; Steve Berman <steve@hbsslaw.com>; Steve Brody <sbrody@omm.com>

**Cc:** Matthew Murphy - O'Melveny & Myers (mtmurphy@omm.com) <mtmurphy@omm.com>; James (Jim) M. Simpson <Simpson@fridayfirm.com>; Martin A. Kasten <MKasten@fridayfirm.com>; Jeannie A. Smith <jasmith@fridayfirm.com>; William J. Ogles <WOgles@ddh.law>; Debbie K. Waltermire <dkwaltermire@pulaskimail.net>; 'Michael von Klemperer' <mvonklemperer@baronbudd.com>; Gary Rogers <GRogers@ddh.law>

**Subject:** RE: State of Arkansas, ex rel. Rutledge v. Purdue Pharma L.P., et al; Pulaski Co Circuit Court No. 60CV-18-2018

Victoria, as we indicated earlier, attached is a Motion To Reschedule the July 7 Status Conference and proposed order which we just filed.

In the event the motion is not granted, the attorneys who will appear for Plaintiff in the courtroom are myself, Gary Rogers, and Michael von Klemperer. All have been vaccinated. Lead counsel Jennifer Connelly will attempt to attend via zoom or cell phone if she is able to obtain service, and if the Court permits attendance remotely. Kate Donovan will appear via zoom if that method is permitted.

**Michael G. Smith**
*Member,* Dover Dixon Horne PLLC
425 W. Capitol Ave, Suite 3700, Little Rock, Arkansas 72201
(501) 978-9113 | msmith@ddh.law | www.ddh.law

---

**From:** Victoria P. Medina <vpmedina@pulaskimail.net>
**Sent:** Wednesday, June 30, 2021 3:36 PM
**To:** Elizabeth A. Nesdahl <enesdahl@fridayfirm.com>; Adam Pergament <Adam.Pergament@arnoldporter.com>; Adrienne Griffis <agriffis@ddh.law>; Andrew King <andrew.king@kutakrock.com>; Ben Harrington <benh@hbsslaw.com>; Charles Harder <chuck.harder@arkansasag.gov>; Charles Lifland <clifland@omm.com>; Chris Boisvert <Chip.Boisvert@dechert.com>; Desirae Tongco <dtongco@omm.com>; Felicia Kerr <Felicia.Kerr@ArkansasAG.gov>; Gary Rogers <GRogers@ddh.law>; Graham Talley <gtalley@mwlaw.com>; Hayden Coleman <hayden.coleman@dechert.com>; James Cooper <James.W.Cooper@arnoldporter.com>; Jay Ward <jward@mcgowanhood.com>; Jennifer Connolly <jconnolly@baronbudd.com>; Jess Askew III <Jess.Askew@KutakRock.com>; Jessica Looper <Jessica.Looper@ArkansasAG.gov>; John Davidson <Jdavidson@dbslawfirm.net>; John Freedman <john.freedman@arnoldporter.com>; Kate Donoven <kate.donoven@arkansasag.gov>; Kelly McGrew <KMcGrew@ddh.law>; Leslie Rutledge <Leslie.Rutledge@ArkansasAG.gov>; Lyn Pruitt <lpruitt@mwlaw.com>; Michael Smith <MSmith@ddh.law>; Michael von Klemperer <mvonklemperer@baronbudd.com>; Patrick McNally <pmcnally@omm.com>; Ross Galin <rgalin@omm.com>; Sean Morris <sean.morris@arnoldporter.com>; Shawn Johnson <shawn.johnson@arkansasag.gov>; Stanton Jones <Stanton.Jones@arnoldporter.com>; Steve Berman <steve@hbsslaw.com>; Steve Brody <sbrody@omm.com>

**Cc:** Matthew Murphy - O'Melveny & Myers (mtmurphy@omm.com) <mtmurphy@omm.com>; James (Jim) M. Simpson <Simpson@fridayfirm.com>; Martin A. Kasten <MKasten@fridayfirm.com>; Jeannie A. Smith <jasmith@fridayfirm.com>; William J. Ogles <WOgles@ddh.law>; Debbie K. Waltermire <dkwaltermire@pulaskimail.net>

**Subject:** RE: State of Arkansas, ex rel. Rutledge v. Purdue Pharma L.P., et al; Pulaski Co Circuit Court No. 60CV-18-2018

DEF000232                                                      Def.'s Ex. 1

Counselors,

As I am sure you are all aware, the Mandate issued yesterday in this matter. Please advise the Court by noon tomorrow, July 1, 2021, who we may expect to appear for the July 7, 2021 hearing that was previously set in the Third Amended Scheduling Order. Additionally, the Court would request that everyone planning on attending identify their vaccination status. All non-vaccinated counsel will need to wear a mask in the Courtroom.

If you have any questions or concerns, please feel free to call or email me.

Warmest regards,

*Victoria Medina*

Judicial Law Clerk
16th Division Circuit Court
401 W. Markham, Rm. 330
Little Rock, AR 72201
501-340-8542
501-340-6034 – fax

**Disclaimer**

This e-mail, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive information for the intended recipient), please contact the sender and delete all copies of this message.

**Disclaimer**

This e-mail, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive information for the intended recipient), please contact the sender and delete all copies of this message.

DEF000233                                                                 Def.'s Ex. 1

## Dylan Jacobs

**From:** Stephanie Sharp
**Sent:** Monday, April 19, 2021 7:52 AM
**To:** Stephanie Sharp
**Subject:** April 19, 2021 Clips


ADG

**(LR)** Arkansas utilities plan to spread out bill increases - Arkansas utility companies plan to spread the costs they incurred from the huge spikes in natural gas and power prices during February's historic winter storm over multiple months to several years on customer utility bills, according to utility spokespeople and documents filed with the Public Service Commission

NASA's Mars helicopter takes flight, 1st for another planet - CAPE CANAVERAL, Fla. — NASA's experimental helicopter Ingenuity rose into the thin air above the dusty red surface of Mars on Monday, achieving the first powered flight by an aircraft on another planet.

Half of adults in nation have at least a dose - WASHINGTON -- Half of all adults in the U.S. have received at least one covid-19 shot, the government announced Sunday, marking another milestone in the nation's largest-ever vaccination campaign but leaving more work to do to persuade skeptical Americans to roll up their sleeves.

State reports 1-day dip to 45 new cases - Arkansas reported just 45 new cases of covid-19 on Sunday, breaking a five-day streak in which new cases outpaced recoveries.

State health plans' overseer targeted - The board overseeing health insurance plans for state government and public school employees would be dissolved and its duties shifted to the state Board of Finance under legislation introduced by Senate President Pro Tempore Jimmy Hickey, R-Texarkana, who says "we have a huge problem we have to correct." He was referring to a deficit faced by the insurance plans for both types of employees.

Sales-tax increase tops Little Rock agenda - Little Rock city directors are scheduled to tackle several significant items during a board meeting Tuesday, including a measure setting a July tax-increase election, a long-awaited ordinance meant to tamp down on disruptive traffic and a government-relations contract with a Washington-based firm.

One 'little country road' in Pulaski County is a big issue - An attempt to force Pulaski County to open up a road near an Interstate 40 interchange near Maumelle through the Legislature was turned aside last week, keeping the once heavily traveled road closed.

Summer school set for North Little Rock students after covid-19 year - The North Little Rock School District will offer an in-person summer school program in hopes of mitigating some of the learning loss created by the covid-19 pandemic.

Germans mourn dead; split on lockdown rules - BERLIN -- Germany paid tribute Sunday to the nearly 80,000 people it has lost to the coronavirus, even as the country argues about how to get a grip on another rise in infections.

Climate is seen as rare area of accord - SEOUL, South Korea -- The United States and China have said they will fight climate change "with the seriousness and urgency that it demands" by stepping up efforts to reduce carbon emissions, a rare demonstration of cooperation amid escalating tensions over a raft of other issues.

New FCC setup to require 10-digit dialing in 501 area code - People in Central Arkansas should soon start dialing all 10 digits for local calls, the Federal Communications Commission said.

DEF000234                                                    Def.'s Ex. 1

Volunteers a huge part of vaccine effort - BELLA VISTA — As the state's covid-19 vaccine roll-out continues, volunteers are proving essential in distributing doses in Bella Vista.

## Arkansas Business

Bob East Signals Key Plays for Delta Solar - Bob East has Delta Solar of Little Rock just where he wants it these days after taking a 25% stake in the company last year.

Sam's Club Sued Over Stranded Sanitizer - A New York family-owned business filed a $15 million lawsuit last week against Walmart Inc. for allegedly refusing to pay for shipments of hand sanitizer it ordered.

Medical Schools Fight Health Care Migration - Arkansas faces a high demand for doctors while medical school residencies remain in short supply.

## Talk Business & Politics

(LR) Governor outlines legislative accomplishments, disappointments - Gov. Asa Hutchinson has had a much more successful legislative session than headlines would suggest. The governor discussed his achievements and letdowns in a Talk Business & Politics interview that aired statewide on Sunday (April 18).

## Politico

Biden takes on Dems' 'Mission Impossible': Revitalizing coal country - After years of watching their standing erode in energy-producing states, Democrats under President Joe Biden have accepted the challenge that's vexed them for a decade: convincing fossil fuel workers that they will still be okay even if their current jobs evaporate as the nation embraces a climate change-friendly economy.

A heavily fortified Minneapolis awaits verdict in Chauvin trial - MINNEAPOLIS — Attorneys in the trial of a former Minneapolis police officer charged with killing George Floyd are set to make their closing arguments Monday, each side seeking to distill three weeks of testimony to persuade jurors to deliver their view of the right verdict.

Can Gavin Newsom make California Republicans great again? - OAKLAND — Win or lose, California Republicans are hoping a campaign to recall Gov. Gavin Newsom could broaden their path out of the wilderness.

## Arkansas Week

(LR) Arkansas Week - April 16, 2021 - Arkansas's Attorney General, Leslie Rutledge talks about her run for Governor and Steve visits with the host of "Good Roots" Logan Duvall to talk about the new series and its premiere episode.

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Tuesday, April 27, 2021 7:43 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | April 27, 2021 Clips |

ADG

[Senate backs veto override on firearm bill](#) - The Arkansas Senate on Monday voted to override Gov. Asa Hutchinson's veto of a bill that would prohibit state and local law enforcement authorities from helping to enforce certain federal gun laws.

[Senate backs veto override on firearm bill](#) - The Arkansas Senate on Monday voted to override Gov. Asa Hutchinson's veto of a bill that would prohibit state and local law enforcement authorities from helping to enforce certain federal gun laws.

[U.S.' population growth lowest since '30s at 7.4%](#) - WASHINGTON -- U.S. population growth has slowed to the lowest rate since the Great Depression, the Census Bureau said Monday, as Americans continued their march to the South and West and one-time engines of growth, New York and California, lost political influence.

[School systems told of allotments from teacher-salary fund](#) - Efforts to raise teacher salaries in 74 of the state's school districts and charter school systems are underway after lawmakers created the Teacher Salary Equalization Fund earlier this year.

[Secrecy sought in Arizona recount](#) - PHOENIX -- A contractor hired by Arizona's state Senate to oversee the recount of 2.1 million ballots in the county that includes the metro Phoenix area wants a judge to keep secret its methods for ensuring ballot privacy.

[U.S. to investigate Louisville police](#) - WASHINGTON -- The Justice Department is opening a sweeping probe into policing in Louisville, Ky., over the March 2020 death of Breonna Taylor, who was shot to death by police during a raid at her home, Attorney General Merrick Garland announced Monday.

[1-dose vaccine again cleared for use in state](#) - Johnson & Johnson's one-shot covid-19 vaccine has been cleared again for use in Arkansas, Gov. Asa Hutchinson announced Monday.

[Teen gets 60 years for '19 killing](#) - The North Little Rock teenager who killed an airman who tried to stop him and a friend from holding up a convenience store pleaded guilty to first-degree murder and aggravated robbery on Monday in exchange for a prison sentence that will keep him behind bars until he is at least 59 years old.

[Peace urged after man killed, toddlers hurt by park gunfire](#) - A day after a drive-by shooting at Cheatham Park killed a man and injured three other people, family and community members gathered Monday to say the violence has to stop.

[With 3.3% gain, state's head count tops 3 million](#) - WASHINGTON -- Arkansas grew by 3.3% since the last census, topping 3 million people for the first time but failing to keep pace with the rest of the nation.

[Petition demands UA changes to aid assault survivors](#) - FAYETTEVILLE -- A $20,000 legal settlement paid by the University of Arkansas, Fayetteville to a former student found responsible for sexual assault under UA policy has led to demands that more be done for assault survivors.

DEF000236    Def.'s Ex. 1

High court will consider gun restrictions in N.Y. - WASHINGTON -- The Supreme Court said Monday that it would review a New York law that imposes strict limits on carrying guns outside the home, setting the stage for its first major Second Amendment case in more than a decade.

Learning to breathe: German clinic helps covid long haulers - HEILIGENDAMM, Germany -- Simone Ravera rolls up her trousers, slips off her shoes and socks, then gingerly steps into the chilly waters of the Baltic Sea.

Thousands of barrels off coast suspected of containing DDT - SAN DIEGO -- Marine scientists say they have found what they believe to be as many as 25,000 barrels that possibly contain DDT dumped off the Southern California coast near Catalina Island, where a large underwater toxic waste site dating back to World War II has long been suspected.

## Arkansas Business

Arkansas Population Grows by More Than 87,000 Over Decade - LITTLE ROCK, Ark. (AP) — The latest data from the U.S. Census Bureau released Monday shows that Arkansas' population has grown by more than 87,000 people over the past decade.

CoorsTek Announces $9M Benton Expansion, Creation of 50 Jobs - Ceramics manufacturer CoorsTek Inc. announced Monday a $9 million expansion of its 230,000-SF manufacturing facility in Benton that will create 50 jobs.

Amazon to Begin Hiring for Port, NLR Facilities This Weekend - Hiring for Amazon's distribution centers in North Little Rock and the Port of Little Rock is set to begin in late May, with expected starting dates in mid- to late summer, the e-commerce giant announced Monday.

Even As Economy Geats Up, Fed to Stick with Near-Zero Rates - WASHINGTON (AP) — Hiring is accelerating as Americans increasingly venture out to shop, eat at restaurants and travel, and inflation pressures are even picking up after lying dormant for years. Yet this week, the Federal Reserve is all but sure to reiterate its commitment to ultra-low interest rates.

Orders for Big-Ticket Manufactured Goods Rebound in March - WASHINGTON (AP) — Orders for big-ticket manufactured goods rebounded 0.5% in March as U.S. factories recovered from February weather disruptions. But the recovery was not as strong as most had expected due to ongoing supply chain disruptions that continue to ensnare U.S. manufacturers.

Today's Power Names Foushee and Pendergraft to Board - Scott Foushee of Newport and Rusty Pendergraft of Texarkana have joined the board of directors Today's Power Inc. of North Little Rock, a renewable energy company specializing in small utility scale solar power plants.

## Talk Business & Politics

Senate overrides Gov. Hutchinson veto of gun bill - The Arkansas State Senate voted 21-12 Monday (April 26) to override Gov. Asa Hutchinson's veto of SB 298, a bill that would give state and local law enforcement the ability to not cooperate with federal law enforcement officials.

Heavy-duty truck market 'doesn't get much better than this,' analyst says - The truck freight market in the United States softened in the first quarter, from the previous period, according to a recent U.S. Bank report. But first-quarter softening is not unusual as the volumes are typically lower in the period compared to the previous one. Meanwhile, the heavy-duty truck market remains as strong as ever.

CoorsTek to invest another $9 million in Benton facility, add 50 jobs - Ceramics manufacturer CoorsTek announced Monday (April 26) an additional expansion of its manufacturing footprint in Benton.

DEF000237

Def.'s Ex. 1

Banks strategically manage in-person, digital offerings - The COVID-19 pandemic accelerated the shift in customer banking preferences and increased digital banking offerings, bank executives said. Meanwhile, U.S. banks closed a record number of branches in 2020. Still, some area bank executives plan to open new branches and banking centers.

Sultana museum fundraising campaign begins - Had it been a battle during the Civil War, it would have ranked as one of the worst in terms of loss of life. It turns out that when the steamship Sultana exploded on the night of April 27, 1865 in the Mississippi River near Chicken Island in Crittenden County it would become the worst maritime disaster in U.S. history.

## Arkansas Times

UPDATE: Vote suppression in Arkansas wins after all - As I said this morning when a House committee defeated one of the vote suppression agenda bills to eliminate early voting on the Monday before the election:

Arkansas Patriots flex outside the Capitol, then celebrate - About a dozen members of the gun rights group Arkansas Patriots stood vigil in front of the Capitol today. Wearing head-to-toe camo and tactical gear and carrying long guns, the Patriots said they came out to let lawmakers know they opposed Governor Hutchinson's veto of a "sovereignty bill" that would prevent federal gun laws from being enforced inside state borders.

Senate votes to override veto of gun 'sovereignty' law - The Senate today voted 21-12 to override Gov. Hutchinson's veto of legislation to prevent state enforcement of federal gun laws. SB 298's fate now turns to the House, which has adjourned for the day. It is to convene at 10 a.m. Tuesday.

Johnson and Johnson vaccine available in Arkansas again - Arkansas will resume distribution of the Johnson and Johnson vaccine in the state.

An 11th-hour run to fix illegal state freeway spending fails on Senate floor - I wrote back in January about a bill by Sen. Mark Johnson to hold the Arkansas Department of Transportation for spending 10s of millions on expanding freeways when a highway sales tax was limited to spending on four-lane highways.

The South shall rise again. (In Arkansas, did it ever fall?) - It should be no surprise that the legislature ends on a worthy note.

The final hours of the legislature: Race, religion and voting to the fore - There was too much time left in the legislative session, which is to end Tuesday. Plenty of time for more bad stuff this morning.

## Politico

The arcane legislative maneuver 'sucking up all the oxygen in D.C.' - Washington lobbyists are used to trying to puzzle out where House Speaker Nancy Pelosi or Senate Minority Leader Mitch McConnell stand. But as lawmakers start crafting President Joe Biden's infrastructure package, K Street has been working overtime to decipher the views of a less known but in some ways equally powerful figure: Elizabeth MacDonough.

'Never heard of them': Arizona GOP audit firm unknown even in home state - A successful ninja is unseen, unheard, stealthy.

Policy over personality: Early strategy takeaways from the GOP retreat - ORLANDO — House Republicans are focusing on honing their 2022 game plan during the GOP retreat, with plans to focus on a united message, policy over personality and pulling pages from their 2020 playbook to go after vulnerable Democrats.

## Fox News

Def.'s Ex. 1

**(LR)** [GOP AGs bring barrage of suits against Biden in first 100 days, after Dems touted litigation against Trump](#) - Republican attorneys general are hitting the Biden administration with a barrage of lawsuits even before the end of its first 100 days, foreshadowing what could be a litigious four years between President Biden and the top state law enforcement officials.

## KUAR

**(LR)** [Sen. Cotton Talks Foreign Policy, Supreme Court Expansion, His Political Future](#) - Still coy on running for President in 2024, U.S. Sen. Tom Cotton, R-Ark., offered a wide range of opinions in an interview Sunday on foreign and domestic policy issues and the 2022 and 2024 election cycle.

## Dylan Jacobs

**From:** Trials Law360 <news-q2@law360.com>
**Sent:** Thursday, July 15, 2021 2:54 AM
**To:** Leslie Rutledge
**Subject:** [MARKETING] $10M Tobacco Verdict Tossed Over Atty's Improper Remarks

**EXTERNAL EMAIL**

# TRIALS

*July 15, 2021*





## EWS

### obacco Verdict Tossed Over Atty's Improper Remarks

a appeals court on Wednesday reversed a $10 million judgment won by the
r of a smoker who died of lung cancer in a case against R.J. Reynolds
Co., finding that her attorney had been warned in four previous instances
ake inflammatory arguments at trial.

*ion attached* | Read full article »

### King' Joe Exotic's 22-Year Sentence Vacated On Appeal

th Circuit on Wednesday vacated a 22-year prison sentence for Joe Exotic,
eeper at the center of Netflix's hit documentary "Tiger King," ruling that a
e made a procedural error that may have slightly increased his term.

*ion attached* | Read full article »

### ti Says Potential Calif. Jurors May Have Looked Him Up

f his sentencing for trying to extort $25 million from Nike Inc., disgraced
Michael Avenatti said the jury pool in his separate California embezzlement
tainted Tuesday when prospective jurors were given the chance to use their
and potentially research him online.

*cument attached* | Read full article »

## LAW FIRMS

Def.'s Ex. 1

### Gets Sex Misconduct Claims Cut In $5B Founders' Suit

ork state judge Wednesday cut allegations of a corrupt sexual misconduct tion into a former Tinder CEO as weak and prejudicial to the core issue in a n contract lawsuit by the company's founders who claim their ownership ere eviscerated through corporate skullduggery.

 article »

### Court Sets Rules For Criminal Checks On Jurors

sey's high court on Tuesday ordered a new trial for a man facing murder finding that racial discrimination infected the jury selection process after rs ran a criminal background check on a prospective juror that led to his

*ion attached* | Read full article »

### Brother Says He Shrugged Off Tesla Deal Warnings

tors Inc. director Kimbal Musk said Wednesday in Delaware Chancery at he gave little weight to warnings about the electric car company's $2.6 quisition of SolarCity Corp. in 2016, in testimony as part of a stockholder king billions in damages from his brother, Tesla CEO Elon Musk.

 article »

### Somers' Sabotage Trial Against QVC Set For Fall

ylvania federal judge has set a Nov. 29 date for TV star Suzanne Somers' nst QVC over claims it sabotaged her supplement business by luring her m a competing network and then squelching her chances of successfully r products.

 article »

### eighs Retail Promo Monopoly Case Against News Corp.

attan federal jury mulled Wednesday whether to award retail marketer Communications Inc. up to $209 million on its claims that rival News Corp. fully schemed to keep it out of the market for in-store coupons and ns.

 article »

## ECTUAL PROPERTY

### rc. Calls For New Damages Trial In Pet IP Row

Arnold & Porter
Atlas Hall
Baker Botts
Beck Redden
Bracewell LLP
Brannock Humphries
Burns & Hansen
Christiansen Davis LLC
Cowdery & Murphy
Cravath Swaine
Dinsmore & Shohl
Durie Tangri
Eagan Avenatti
Gibson Dunn
Girardi & Keese
Graham & Mauer
Grant & Eisenhofer
Greenberg Dauber
Greenberg Gross
Grossman Tucker
Holwell Shuster
Jasinski PC
Jones Day
Kellogg Hansen
Kessler Topaz
Kiesel Law
King & Spalding
Kirk Law
Kirk Law Firm
Law Offices of Sheldon J. Schlesinger
Levin & Glasser
Martin G. Weinberg Atto Law
McDermott Will
Morgan Lewis
Orrick Herrington
Pashman Stein

DEF000241

Def.'s Ex. 1

eral Circuit has ordered a new damages trial on an inventor's claim that a
ly company misappropriated her idea for a skin medicine applicator for dogs
, finding that the damages available are limited.

*ion attached* | Read full article »

## s Shorted Rival Up To $47M In IP Royalties, Jury Told

omist hired by a Daiichi Sankyo subsidiary testified during a California
ury trial Wednesday that Novartis owes up to $47.2 million for selling a drug
nges the subsidiary's skin cancer treatment patents, while Novartis' counsel
ut the expert's calculations assume that the patents are valid.

| article »

## COLLAR

### Bribery Case Set For September Trial Minus Tax Counts

ner head of the Mashpee Wampanoag tribe and an architect accused of
ribes to protect his role in a casino project will face a jury in September, as a
udge said in a Wednesday hearing that tacked-on tax charges would have to

| article »

## CT LIABILITY

### mers Ask Court To OK Class In Toyota Camry HVAC Suit

ers accusing Toyota and a regional distributor of concealing allegedly
e air-conditioning systems in certain Camry models asked a Florida federal
ednesday to certify their case as a class action, but the companies said
d class guidelines are overly broad and would mire the court in members'
l issues.

| article »

## NAL INJURY & MEDICAL MALPRACTICE

### Judges Say New Trial Necessary For Stroke Patient

ngton state appeals panel resurrected part of a malpractice suit by a woman
ms doctors failed to identify that her neck injuries, caused by a car accident,
d to a stroke, saying issues of material fact still need to be considered.

*ion attached* | Read full article »

## ERCIAL CONTRACTS

### re Co. Seeks $500K Atty Fees After $85K Verdict

Paul Weiss
Peterson Wampold
Podhurst Orseck
Post Polak
Robbins Geller
Ronald Richards & Asso
Ross Aronstam
Schnader Harrison
Shapiro Blasi
Skadden Arps
Smith Goodfriend
Stewart Law Group
Susman Godfrey
Terry & Thweatt
Thompson Coburn
Wachtell Lipton
Washington Law Center
Young Basile



## COMPANIES
APi Group Inc.
Altria Group Inc.
Amazon.com Inc.
American Bar Associatio
American Civil Liberties
American Civil Liberties
New Jersey
American Express Co.
Apple Inc.
Association of Tennis
Professionals
Booz Allen Hamilton Inc
CIT Group Inc.
Center for Justice

ta-based software company asked a federal judge Wednesday to award it
n $500,000 in attorney fees and costs, having won $85,000 at trial against a
ctor found to have breached a confidentiality agreement.

*ments attached* | Read full article »

## T ANALYSIS

### ourt NCAA Antitrust Ruling Will Not Help Naomi Osaka

n the U.S. Supreme Court's recent NCAA v. Alston decision, that restrictions
nt-athlete compensation violate antitrust laws, might enable tennis player
saka to challenge professional women's tennis's post-match interview rule,
examination suggests that this theoretical antitrust claim would fail, says
er at Levin & Glasser.

*ion attached* | Read full article »

### To Winning Your Next Oral Argument

age the unique opportunity oral arguments provide to talk directly to judges
ribute to their decision making, attorneys must mind the three hallmarks of
veness: projecting credibility, exuding likability and gaining the listener's
s Daniel Karon at Karon LLC.

article »

Central Garden & Pet C
Daiichi Sankyo Co.
Evercore Inc.
Facebook Inc.
Google LLC
HSBC Holdings PLC
HSN Inc.
Harvard University
Human Rights First
IAC/InterActiveCorp
Instagram Inc.
International Business M
Corp.
Match Group Inc.
Metro-Goldwyn-Mayer S
Inc.
Microsoft Corp.
MultiCare Health System
National Collegiate Athle
Association
Netflix Inc.
New York University
News America Marketing
News Corp.
Nike Inc.
Plexxikon Inc.
QVC Inc.
Qurate Retail Group Inc
R.J. Reynolds Tobacco
Ripple Labs Inc.
SolarCity Corp.
State Bar of California
Stoneridge, Inc.
TC Global Inc.
Tesla Inc.
Toyota Motor Corp.
Uber Technologies Inc.
Valassis Communication

DEF000243                                  Def.'s Ex. 1

GOVERNMENT AGENC

Delaware Court of Chan

Federal Bureau of Inves

Federal Trade Commiss

Florida Supreme Court

Internal Revenue Servic

National Security Agenc

New Jersey Attorney Ge
Office

New Jersey Office of the
Defender

New Jersey Supreme Co

U.S. Attorney's Office fo
Central District of Califor

U.S. Attorney's Office fo
District of Massachusett

U.S. Attorney's Office fo
Western District of Oklah

U.S. Court of Appeals fo
District of Columbia Circ

U.S. Court of Appeals fo
Federal Circuit

U.S. Court of Appeals fo
Tenth Circuit

U.S. Department of Just

U.S. District Court for the
District of California

U.S. District Court for the
of Massachusetts

U.S. District Court for the
Eastern District of Penns

U.S. District Court for the
Northern District of Calif

U.S. District Court for the
Northern District of Geor

U.S. District Court for the
Southern District of Flori

U.S. District Court for the
Southern District of New

INDUSTRY

**Firm Directed Fee Payments To His Wife, Trustee Says**

irardi, the reality TV star ex-wife of disgraced attorney Thomas Girardi, has
llecting California lottery payments that her ex-husband's now-bankrupt firm
d in lieu of fees in a 2012 settlement, the Girardi Keese's liquidation trustee
Wednesday, adding that the firm and the "Real Housewives of Beverly Hills"
hidden those payments from the court and creditors.

article »

**c. Scraps McGahn Ruling On House Subpoena Power**

D.C. Circuit has vacated a panel's previous ruling against House Democrats'
enforce a subpoena of former White House counsel Don McGahn, after
s for lawmakers and the Biden administration reached a deal for the Jones
ner to testify behind closed doors.

 article »

U.S. House of Represen
U.S. Securities and Exch
Commission
U.S. Supreme Court

## Mind Already Made Up, Facebook Says In Recusal Bid

azon before it, Facebook has asked Federal Trade Commission Chair Lina
recuse herself from matters involving the company, arguing Wednesday that
egraphed her feelings about the social media giant and especially the FTC's
ainst it for years before ascending to the agency's top job.

 article »

## erides Voting Atty Up For 2nd Circ. As 'Radical Activist'

an senators blasted Second Circuit nominee Myrna Pérez, a veteran voting
gator, as an "extreme partisan advocate" during a confirmation hearing on
day that saw mixed reactions to district court selections for Connecticut,
sey and Washington, D.C.

 article »

## GC On Blockchain's Bloom And Blockbuster SEC Fight

roty doesn't mince words when he describes the "tremendous disservice" he
U.S. Securities and Exchange Commission has done to the cryptocurrency
al asset industry in the United States.

 article »

## tty's Common Law Widow Can't Dispute Remains Move

appellate court has determined that a woman who identified herself as the
law wife of a deceased Lone Star State attorney did not have standing to
e the moving of his remains to Louisiana.

 article »

ull listings or advertise your job opening

ATE – BUSINESS LITIGATION
ORD, CT)
& English, LLP
Connecticut

Staff Attorney
Susman Godfrey LLP
Houston, Texas

small/mid-sized FULL SERVICE
SEEKS MATRIMONIAL/FAMILY
RTNER
Legal Search
, New York

Elite NYC mid-sized FULL SERVICE law
firm seek WHITE COLLAR PARTNER
Schoen Legal Search
New York, New York

Partner w/ $1-5M book for NYC
d firm
Legal Search
x, New York

**LEVEL ONE Products Liability team seeks
FIRST CHAIR TRIAL PARTNER -- NO BIZ**
Schoen Legal Search
multiple, -

ent litigation partner for NY office
nown NY/NJ mid-sized firm
Legal Search
k City, New York

**Big law litigation partners sought by Elite
full service Mid-sized NY LF**
Schoen Legal Search
New York, New York

Y IN A LITTLE PKG. PARTNERS
O!
Legal Search
x, New York

**NYC ELITE FULL SERVICE SMALL FIRM
SEEKS PARTNERS**
Schoen Legal Search
New York, New York

PROJECT MANAGER
& English, LLP
New Jersey

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
New York, New York

Liability Associate
orris LLP
on, District of Columbia

**Products Liability Associate**
Duane Morris LLP
Philadelphia, Pennsylvania

Employment Attorney
Van Allen, PLLC
, North Carolina

Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 111 West 19th Street, 5th Floor, New York, NY 10011

DEF000246

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Trials Law360 <news-q2@law360.com> |
| **Sent:** | Thursday, July 15, 2021 2:54 AM |
| **To:** | Leslie Rutledge |
| **Subject:** | [MARKETING] $10M Tobacco Verdict Tossed Over Atty's Improper Remarks |

**EXTERNAL EMAIL**

# TRIALS

*July 15, 2021*





## EWS

### obacco Verdict Tossed Over Atty's Improper Remarks

a appeals court on Wednesday reversed a $10 million judgment won by the r of a smoker who died of lung cancer in a case against R.J. Reynolds Co., finding that her attorney had been warned in four previous instances ake inflammatory arguments at trial.

*ion attached* | Read full article »

### King' Joe Exotic's 22-Year Sentence Vacated On Appeal

th Circuit on Wednesday vacated a 22-year prison sentence for Joe Exotic, eeper at the center of Netflix's hit documentary "Tiger King," ruling that a e made a procedural error that may have slightly increased his term.

*ion attached* | Read full article »

### ti Says Potential Calif. Jurors May Have Looked Him Up

f his sentencing for trying to extort $25 million from Nike Inc., disgraced Michael Avenatti said the jury pool in his separate California embezzlement tainted Tuesday when prospective jurors were given the chance to use their and potentially research him online.

*cument attached* | Read full article »

## LAW FIRMS

### Gets Sex Misconduct Claims Cut In $5B Founders' Suit

ork state judge Wednesday cut allegations of a corrupt sexual misconduct tion into a former Tinder CEO as weak and prejudicial to the core issue in a on contract lawsuit by the company's founders who claim their ownership ere eviscerated through corporate skullduggery.

article »

### Court Sets Rules For Criminal Checks On Jurors

sey's high court on Tuesday ordered a new trial for a man facing murder finding that racial discrimination infected the jury selection process after ors ran a criminal background check on a prospective juror that led to his

*ion attached* | Read full article »

### Brother Says He Shrugged Off Tesla Deal Warnings

otors Inc. director Kimbal Musk said Wednesday in Delaware Chancery at he gave little weight to warnings about the electric car company's $2.6 quisition of SolarCity Corp. in 2016, in testimony as part of a stockholder king billions in damages from his brother, Tesla CEO Elon Musk.

article »

### Somers' Sabotage Trial Against QVC Set For Fall

ylvania federal judge has set a Nov. 29 date for TV star Suzanne Somers' nst QVC over claims it sabotaged her supplement business by luring her m a competing network and then squelching her chances of successfully r products.

article »

### eighs Retail Promo Monopoly Case Against News Corp.

ttan federal jury mulled Wednesday whether to award retail marketer Communications Inc. up to $209 million on its claims that rival News Corp. ully schemed to keep it out of the market for in-store coupons and ns.

article »

## ECTUAL PROPERTY

### rc. Calls For New Damages Trial In Pet IP Row

Arnold & Porter
Atlas Hall
Baker Botts
Beck Redden
Bracewell LLP
Brannock Humphries
Burns & Hansen
Christiansen Davis LLC
Cowdery & Murphy
Cravath Swaine
Dinsmore & Shohl
Durie Tangri
Eagan Avenatti
Gibson Dunn
Girardi & Keese
Graham & Mauer
Grant & Eisenhofer
Greenberg Dauber
Greenberg Gross
Grossman Tucker
Holwell Shuster
Jasinski PC
Jones Day
Kellogg Hansen
Kessler Topaz
Kiesel Law
King & Spalding
Kirk Law
Kirk Law Firm
Law Offices of Sheldon J. Schlesinger
Levin & Glasser
Martin G. Weinberg Atto Law
McDermott Will
Morgan Lewis
Orrick Herrington
Pashman Stein

Def.'s Ex. 1

eral Circuit has ordered a new damages trial on an inventor's claim that a
ly company misappropriated her idea for a skin medicine applicator for dogs
, finding that the damages available are limited.

*ion attached* | Read full article »

## s Shorted Rival Up To $47M In IP Royalties, Jury Told

omist hired by a Daiichi Sankyo subsidiary testified during a California
ury trial Wednesday that Novartis owes up to $47.2 million for selling a drug
nges the subsidiary's skin cancer treatment patents, while Novartis' counsel
ut the expert's calculations assume that the patents are valid.

article »

## COLLAR

## Bribery Case Set For September Trial Minus Tax Counts

er head of the Mashpee Wampanoag tribe and an architect accused of
ribes to protect his role in a casino project will face a jury in September, as a
udge said in a Wednesday hearing that tacked-on tax charges would have to

article »

## CT LIABILITY

## ners Ask Court To OK Class In Toyota Camry HVAC Suit

ers accusing Toyota and a regional distributor of concealing allegedly
e air-conditioning systems in certain Camry models asked a Florida federal
ednesday to certify their case as a class action, but the companies said
d class guidelines are overly broad and would mire the court in members'
l issues.

article »

## NAL INJURY & MEDICAL MALPRACTICE

## Judges Say New Trial Necessary For Stroke Patient

ington state appeals panel resurrected part of a malpractice suit by a woman
ms doctors failed to identify that her neck injuries, caused by a car accident,
d to a stroke, saying issues of material fact still need to be considered.

*ion attached* | Read full article »

## ERCIAL CONTRACTS

## re Co. Seeks $500K Atty Fees After $85K Verdict

Paul Weiss
Peterson Wampold
Podhurst Orseck
Post Polak
Robbins Geller
Ronald Richards & Asso
Ross Aronstam
Schnader Harrison
Shapiro Blasi
Skadden Arps
Smith Goodfriend
Stewart Law Group
Susman Godfrey
Terry & Thweatt
Thompson Coburn
Wachtell Lipton
Washington Law Center
Young Basile



COMPANIES
APi Group Inc.
Altria Group Inc.
Amazon.com Inc.
American Bar Associatio
American Civil Liberties
American Civil Liberties
New Jersey
American Express Co.
Apple Inc.
Association of Tennis
Professionals
Booz Allen Hamilton Inc
CIT Group Inc.
Center for Justice

ta-based software company asked a federal judge Wednesday to award it
n $500,000 in attorney fees and costs, having won $85,000 at trial against a
actor found to have breached a confidentiality agreement.

*ments attached* | Read full article »

T ANALYSIS

_____

**urt NCAA Antitrust Ruling Will Not Help Naomi Osaka**

n the U.S. Supreme Court's recent NCAA v. Alston decision, that restrictions
nt-athlete compensation violate antitrust laws, might enable tennis player
saka to challenge professional women's tennis's post-match interview rule,
examination suggests that this theoretical antitrust claim would fail, says
er at Levin & Glasser.

*ion attached* | Read full article »

**To Winning Your Next Oral Argument**

age the unique opportunity oral arguments provide to talk directly to judges
ribute to their decision making, attorneys must mind the three hallmarks of
veness: projecting credibility, exuding likability and gaining the listener's
s Daniel Karon at Karon LLC.

article »

Central Garden & Pet Co
Daiichi Sankyo Co.
Evercore Inc.
Facebook Inc.
Google LLC
HSBC Holdings PLC
HSN Inc.
Harvard University
Human Rights First
IAC/InterActiveCorp
Instagram Inc.
International Business M
Corp.
Match Group Inc.
Metro-Goldwyn-Mayer S
Inc.
Microsoft Corp.
MultiCare Health System
National Collegiate Athle
Association
Netflix Inc.
New York University
News America Marketing
News Corp.
Nike Inc.
Plexxikon Inc.
QVC Inc.
Qurate Retail Group Inc
R.J. Reynolds Tobacco
Ripple Labs Inc.
SolarCity Corp.
State Bar of California
Stoneridge, Inc.
TC Global Inc.
Tesla Inc.
Toyota Motor Corp.
Uber Technologies Inc.
Valassis Communication

DEF000250                                    Def.'s Ex. 1

GOVERNMENT AGENC

Delaware Court of Chan

Federal Bureau of Inves

Federal Trade Commiss

Florida Supreme Court

Internal Revenue Servic

National Security Agenc

New Jersey Attorney Ge
Office

New Jersey Office of the
Defender

New Jersey Supreme Co

U.S. Attorney's Office fo
Central District of Califor

U.S. Attorney's Office fo
District of Massachusett

U.S. Attorney's Office fo
Western District of Oklah

U.S. Court of Appeals fo
District of Columbia Circ

U.S. Court of Appeals fo
Federal Circuit

U.S. Court of Appeals fo
Tenth Circuit

U.S. Department of Just

U.S. District Court for the
District of California

U.S. District Court for the
of Massachusetts

U.S. District Court for the
Eastern District of Penns

U.S. District Court for the
Northern District of Calif

U.S. District Court for the
Northern District of Geor

U.S. District Court for the
Southern District of Flori

U.S. District Court for the
Southern District of New

---

INDUSTRY

**Firm Directed Fee Payments To His Wife, Trustee Says**

irardi, the reality TV star ex-wife of disgraced attorney Thomas Girardi, has
lecting California lottery payments that her ex-husband's now-bankrupt firm
d in lieu of fees in a 2012 settlement, the Girardi Keese's liquidation trustee
Wednesday, adding that the firm and the "Real Housewives of Beverly Hills"
hidden those payments from the court and creditors.

d article »

**c. Scraps McGahn Ruling On House Subpoena Power**

D.C. Circuit has vacated a panel's previous ruling against House Democrats'
enforce a subpoena of former White House counsel Don McGahn, after
s for lawmakers and the Biden administration reached a deal for the Jones
er to testify behind closed doors.

l article »

U.S. House of Represen
U.S. Securities and Excl
Commission
U.S. Supreme Court

**Mind Already Made Up, Facebook Says In Recusal Bid**

azon before it, Facebook has asked Federal Trade Commission Chair Lina
recuse herself from matters involving the company, arguing Wednesday that
egraphed her feelings about the social media giant and especially the FTC's
inst it for years before ascending to the agency's top job.

l article »

**erides Voting Atty Up For 2nd Circ. As 'Radical Activist'**

an senators blasted Second Circuit nominee Myrna Pérez, a veteran voting
gator, as an "extreme partisan advocate" during a confirmation hearing on
day that saw mixed reactions to district court selections for Connecticut,
sey and Washington, D.C.

l article »

**GC On Blockchain's Bloom And Blockbuster SEC Fight**

roty doesn't mince words when he describes the "tremendous disservice" he
U.S. Securities and Exchange Commission has done to the cryptocurrency
al asset industry in the United States.

l article »

**tty's Common Law Widow Can't Dispute Remains Move**

appellate court has determined that a woman who identified herself as the
law wife of a deceased Lone Star State attorney did not have standing to
e the moving of his remains to Louisiana.

l article »

**ull listings** or **advertise your job opening**

**ATE – BUSINESS LITIGATION
ORD, CT)**
& English, LLP
Connecticut

**Staff Attorney**
Susman Godfrey LLP
Houston, Texas

**small/mid-sized FULL SERVICE
SEEKS MATRIMONIAL/FAMILY
RTNER**
Legal Search
, New York

**Elite NYC mid-sized FULL SERVICE law
firm seek WHITE COLLAR PARTNER**
Schoen Legal Search
New York, New York

Def.'s Ex. 1

**Partner w/ $1-5M book for NYC**
**d firm**
Legal Search
x, New York

**LEVEL ONE Products Liability team seeks**
**FIRST CHAIR TRIAL PARTNER -- NO BIZ**
Schoen Legal Search
multiple, -

**ent litigation partner for NY office**
**nown NY/NJ mid-sized firm**
Legal Search
k City, New York

**Big law litigation partners sought by Elite**
**full service Mid-sized NY LF**
Schoen Legal Search
New York, New York

**Y IN A LITTLE PKG. PARTNERS**
**!**
Legal Search
x, New York

**NYC ELITE FULL SERVICE SMALL FIRM**
**SEEKS PARTNERS**
Schoen Legal Search
New York, New York

**PROJECT MANAGER**
& English, LLP
New Jersey

**LEGAL PROJECT MANAGER**
McCarter & English, LLP
New York, New York

**Liability Associate**
orris LLP
on, District of Columbia

**Products Liability Associate**
Duane Morris LLP
Philadelphia, Pennsylvania

**Employment Attorney**
Van Allen, PLLC
, North Carolina

Not sure if your firm subscr bes? Ask your l brarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 111 West 19th Street, 5th Floor, New York, NY 10011

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Amanda Priest |
| **Sent:** | Wednesday, June 9, 2021 2:53 PM |
| **To:** | Amanda Priest |
| **Subject:** | Additional Clips |

(LR) Saline Courier: Ark. AG Rutledge removes name from office's TV ads
July 12, 2020
https://newzgroup.com/PDFs/8-4/22111-07-12_5003.pdf

(LR) Stone County Leader: Beware of scam vets' charities
July 22, 2020
https://newzgroup.com/PDFs/8-4/21141-07-22_8002.pdf

(LR) Fordyce News-Advocate: Fake Charities Disguised  As Aiding Military
July 22, 2020
https://newzgroup.com/PDFs/8-11/24110-07-22_7001.pdf

(LR) Stone County Leader: Consumer Alert
July 22, 2020
https://newzgroup.com/PDFs/8-4/21141-07-22_8002.pdf

(AG) Carroll County News: NOTICE
July 28, 2020
https://newzgroup.com/PDFs/8-4/23009-07-28_9002.pdf

(AG) Carroll County News: NOTICE
July 28, 2020
https://newzgroup.com/PDFs/8-4/23009-07-28_9002.pdf

(AG) Carroll County News: NOTICE
July 28, 2020
https://newzgroup.com/PDFs/8-4/23009-07-28_9002.pdf

(LR) Villager Journal: AG ALERT
July 29, 2020
https://newzgroup.com/PDFs/8-4/21140-07-29_11002.pdf

(AG) Villager Journal: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/21140-07-29_20002.pdf

(AG) The Times Dispatch: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/21118-07-29_3002.pdf

(LR) Sun-Times: Law Enforcement seeing a rise in fraudulent unemployment claims
July 29, 2020

DEF000254
Def.'s Ex. 1

https://newzgroup.com/PDFs/8-4/21143-07-29_3001.pdf

(AG) Sun-Times: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/21143-07-29_5002.pdf

(AG) Perry County Petit Jean County Headlight: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/22103-07-29_5002.pdf

(AG) Pea Ridge Times: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/20678-07-29_10002.pdf

(LR) Pacesetting Times: Alert
July 29, 2020
https://newzgroup.com/PDFs/8-4/21147-07-29_2001.pdf

(AG) McGeehee-Dermott Times-News: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24112-07-29_3004.pdf

(LR) Lincoln Ledger:  Scam Artists targeting Arkansans' Social Security Numbers
July 29, 2020
https://newzgroup.com/PDFs/8-4/24126-07-29_2001.pdf

(AG) Lincoln Ledger: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24126-07-29_6002.pdf

(LR) Jonesboro Sun: Key Figure in Nursing Home Closure faces Theft Charges
July 29, 2020
https://newzgroup.com/PDFs/8-4/21106-07-29_3001.pdf

(LR) Eudora Enterprise: Alert sent on Social Security Scammers
July 29, 2020
https://newzgroup.com/PDFs/8-4/24104-07-29_2002.pdf

(AG) Eudora Enterprise: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24104-07-29_6002.pdf

(AG) Conway County Petit Country Jean Headlight
July 29, 2020
https://newzgroup.com/PDFs/8-4/22100-07-29_5002.pdf

(LR) Chicot County Spectator: Alert sent on Social Security Scammers
July 29, 2020
https://newzgroup.com/PDFs/8-4/24105-07-29_2002.pdf

(AG) Chicot County Spectator: NOTICE

DEF000255

July 29, 2020
https://newzgroup.com/PDFs/8-4/24105-07-29_6002.pdf

(AG) Ashley News Observer: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24249-07-29_14002.pdf

(LR) Ashley County Ledger: Scammers threaten Residents with Social Security Troubles
July 29, 2020
https://newzgroup.com/PDFs/8-4/24101-07-29_1002.pdf

(AG) Ashley County Ledger: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24101-07-29_3002.pdf

(AG) Advance Monticellonian: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24678-07-29_10002.pdf

(LR) Courier-Index: Consumer Alert
July 29, 2020
https://newzgroup.com/PDFs/8-4/21119-07-29_3002.pdf

(LR) Villager Journal: AG Alert: Scam Artists targeting Arkansans' Social Security Numbers
July 29, 2020
https://newzgroup.com/PDFs/8-4/21140-07-29_11002.pdf

(AG) Villager Journal: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/21140-07-29_20002.pdf

(AG) Times Dispatch: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/21118-07-29_3002.pdf

(LR) Sun-Times: Law Enforcement seeing a rise in fraudulent unemployment claims
July 29, 2020
https://newzgroup.com/PDFs/8-4/21143-07-29_3001.pdf

(AG) Sun-Times: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/21143-07-29_5002.pdf

(AG) Perry County Petit Country Headlight: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/22103-07-29_5002.pdf

(AG) Pea Ridge Times: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/20678-07-29_10002.pdf

DEF000256                                    Def.'s Ex. 1

(LR) Pacesetting Times: ALERT
July 29, 2020
https://newzgroup.com/PDFs/8-4/21147-07-29_2001.pdf

(AG) Mcgeehee-Dermott Times-News: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24112-07-29_3004.pdf

(LR) Lincoln Ledger: Scam Artists Targeting Arkansans' Social Security Numbers
July 29, 2020
https://newzgroup.com/PDFs/8-4/24126-07-29_2001.pdf

(LR) Jonesboro Sun: Key Figure in Nursing Home Closure faces theft charge
July 29, 2020
https://newzgroup.com/PDFs/8-4/24126-07-29_6002.pdf

(LR) Eudora Enterprise: Alert sent on Social Security Scammers
July 29, 2020
https://newzgroup.com/PDFs/8-4/21106-07-29_3001.pdf

(AG) Eudora Enterprise: ALERT
July 29, 2020
https://newzgroup.com/PDFs/8-4/24104-07-29_2002.pdf

(LR) Courier Index: Consumer Alert
July 29, 2020
https://newzgroup.com/PDFs/8-4/24104-07-29_6002.pdf

(AG) Conway County Petit Country Headlight: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/21119-07-29_3002.pdf

(LR) Chicot County Spectator: Alert sent on Social Security Scammers
July 29, 2020
https://newzgroup.com/PDFs/8-4/22100-07-29_5002.pdf

(AG) Chicot County Spectator: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24105-07-29_2002.pdf

(AG) Ashley News Observer: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24105-07-29_6002.pdf

(LR) Ashley County Ledger: Scammers threaten Residents with Social Security troubles
July 29, 2020
https://newzgroup.com/PDFs/8-4/24249-07-29_14002.pdf

(AG) Ashley County Ledger: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24101-07-29_1002.pdf

DEF000257

(AG) Ashley County Ledger: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24101-07-29_3002.pdf

Link is dead
July 29, 2020
https://newzgroup.com/PDFs/o8-4/24678-07-29_10002.pdf

Villager Journal: Ag Alert
July 29, 2020
https://newzgroup.com/PDFs/8-4/21140-07-29_11002.pdf

(AG) Villager Journal: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/21140-07-29_20002.pdf

(AG) Times Dispatch: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/21118-07-29_3002.pdf

(LR) Sun-Times: Law Enforcement seeing a rise in fraudulent unemployment claims
July 29, 2020
https://newzgroup.com/PDFs/8-4/21143-07-29_3001.pdf

(AG) Sun-Times: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/21143-07-29_5002.pdf

(AG) Sun-Times: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/22103-07-29_5002.pdf

Link is dead
July 29, 2020
https://newzgroup.com/PDFs/8-4/20678-07-29_10002.pdf

(LR) Pacesetting Times: ALERT
July 29, 2020
https://newzgroup.com/PDFs/8-4/21147-07-29_2001.pdf

(AG) McGehee-Dermott Times-News: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24112-07-29_3004.pdf

(LR) Lincoln Ledger: Scams targeting Arkansans' Social Security News
July 29, 2020
https://newzgroup.com/PDFs/8-4/24126-07-29_2001.pdf

(LR) Eudora Enterprise: Alert sent in Social Security Scammers
July 29, 2020

DEF000258

https://newzgroup.com/PDFs/8-4/24104-07-29_2002.pdf

(AG) Eudora Enterprise: AG ALERTS
July 29, 2020
https://newzgroup.com/PDFs/8-4/24104-07-29_6002.pdf

(AG) Conway County Petit Jean Country Headlight: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/22100-07-29_5002.pdf

(LR) Chicot County Spectator: Alert sent on Social Security Scammers
July 29, 2020
https://newzgroup.com/PDFs/8-4/24105-07-29_2002.pdf

(AG) Chicot County Spectator: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24105-07-29_6002.pdf

(AG) Ashley News Observer: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24249-07-29_14002.pdf

(LR) Ashley County Ledger: Scammers threaten Residents with Social Security Troubles
July 29, 2020
https://newzgroup.com/PDFs/8-4/24101-07-29_1002.pdf

(AG) Ashley County Ledger: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24101-07-29_3002.pdf

(AG) Advance Monticellonian: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24678-07-29_10002.pdf

(LR) Courier-Index:  Consumer Alert
July 29, 2020
https://newzgroup.com/PDFs/8-4/21119-07-29_3002.pdf

(AG) Lincoln Ledger: NOTICE
July 29, 2020
https://newzgroup.com/PDFs/8-4/24126-07-29_6002.pdf

(LR) England Democrat: Attorney General Alert
July 29, 2020
https://newzgroup.com/PDFs/8-18/21122-07-29_6001.pdf

(LR) England Democrat: AG Leslie Rutledge announces bid for Governor in 2022
July 29, 2020
https://newzgroup.com/PDFs/8-18/21122-07-29_8002.pdf

(LR) England Democrat: Attorney General Alert

DEF000259
Def.'s Ex. 1

July 29, 2020
https://newzgroup.com/PDFs/8-18/21122-07-29_6001.pdf

(LR) Baxter Bulletin: Scams keep victims on Phone
July 30, 2020
https://newzgroup.com/PDFs/8-6/23100-07-30_2001.pdf

(LR) Texarkana Gazette: Attorney General warns of Unemployment Scam
July 30, 2020
https://newzgroup.com/PDFs/8-4/24128-07-30_32001.pdf

(AG) South Arkansas Sun: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-4/24103-07-30_8002.pdf

(LR) Salem News: AG Alert
July 30, 2020
https://newzgroup.com/PDFs/8-4/24100-07-30_8002.pdf

(AG) Salem News: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-4/24100-07-30_8003.pdf

(AG) Pine Bluff Commercial: Sheriff's Office Report Scams in Unemployment benefits
July 30, 2020
https://newzgroup.com/PDFs/8-4/24121-07-30_3001.pdf

(AG) Osceola Times: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-4/21126-07-30_4002.pdf

(AG) Montgomery County News: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-4/24129-07-30_6003.pdf

(LR) Madison County Record: Jobless Scam hits the county
July 30, 2020
https://newzgroup.com/PDFs/8-4/23120-07-30_9001.pdf

(LR) Madison County Record:  County Judge in Quarantine after Exposure
July 30, 2020
https://newzgroup.com/PDFs/8-4/23120-07-30_8001.pdf

(AG) DeWitt Era-Enterprise: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-4/21101-07-30_7002.pdf

(LR) Texarkana Gazette: Attorney General warns of Unemployment Scam
July 30, 2020
https://newzgroup.com/PDFs/8-4/24128-07-30_32001.pdf

DEF000260                    Def.'s Ex. 1

(AG) South Arkansas Sun: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-4/24103-07-30_8002.pdf

(AG) Salem News: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-4/24100-07-30_8003.pdf

(LR) Pine Bluff Commercial: Sheriff's office reports scams in unemployment benefits
July 30, 2020
https://newzgroup.com/PDFs/8-4/24121-07-30_3001.pdf

(AG) Osceola Times: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-4/21126-07-30_4002.pdf

(AG) Montgomery County News: AG
July 30, 2020
https://newzgroup.com/PDFs/8-4/24129-07-30_6003.pdf

(LR) Madison County News: Jobless Scam hits the County
July 30, 2020
https://newzgroup.com/PDFs/8-4/23120-07-30_9001.pdf

(LR) Madison County Record: County judge in quarantine after exposure
July 30, 2020
https://newzgroup.com/PDFs/8-4/23120-07-30_8001.pdf

(AG) DeWitt Era-Enterprise: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-4/21101-07-30_7002.pdf

(LR) Texarkana Gazette: Attorney General warns of unemployment scam
July 30, 2020
https://newzgroup.com/PDFs/8-4/24128-07-30_32001.pdf

(AG) South Arkansas Sun: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-4/24103-07-30_8002.pdf

(LR) Salem News: AG ALERT
July 30, 2020
https://newzgroup.com/PDFs/8-4/24100-07-30_8002.pdf

(AG) Salem News: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-4/24100-07-30_8003.pdf

(LR) Pine Bluff Commercial: Sheriff's office reports scams in unemployment benefits
July 30, 2020
https://newzgroup.com/PDFs/8-4/24121-07-30_3001.pdf

DEF000261                                                    Def.'s Ex. 1

(AG) Osceola Times: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-4/21126-07-30_4002.pdf

(LR) Madison County Record: Jobless scam hits the county
July 30, 2020
https://newzgroup.com/PDFs/8-4/23120-07-30_9001.pdf

(LR) Madison County Record: County judge in quarantine after exposure
July 30, 2020
https://newzgroup.com/PDFs/8-4/23120-07-30_8001.pdf

(AG) Dewitt Era-Enterprise: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-4/21101-07-30_7002.pdf

(LR) Hope Prescott News: Former Prescott Manor owner arrested for allegedly severely depleting residents' trust fund
July 30, 2020
https://newzgroup.com/PDFs/8-19/26446-07-30_1001.pdf

(AG) Saline Courier: NOTICE
July 30, 2020
https://newzgroup.com/PDFs/8-27/22111-07-30_2003.pdf

(LR) State. Drug makers to spar in Jonesboro
July 31, 2020
https://newzgroup.com/PDFs/8-4/21106-07-31_12002.pdf

(LR) Batesville Daily Guard: AG announces convictions by Medicaid Control Unit
July 31, 2020
https://newzgroup.com/PDFs/8-4/21112-07-31_3001.pdf

(AG) Russellville Courier: With Pope County divided, ARC chooses Gulfside
August 01, 2020
https://newzgroup.com/PDFs/8-7/23201-08-01_2001.pdf

(LR) Pine Bluff Commerical: USDA warns of unsolicited seeds in mail, AG says
August 01, 2020
https://newzgroup.com/PDFs/8-7/24121-08-01_5001.pdf

(LR) NEA Town Courier: AG warns of Pet Scam
August 01, 2020
https://newzgroup.com/PDFs/8-7/26981-08-01_11001.pdf

(LR) Courier Index: Consumer Alert
August 01, 2020
https://newzgroup.com/PDFs/8-11/21119-08-04_3001.pdf

(LR) Press Argus Courier: Fake Pet Scams trick Arkansans into paying for cute dogs.
August 01, 2020

DEF000262

https://newzgroup.com/PDFs/8-11/23114-08-01_3002.pdf

(LR) Courier Index: Consumer Alert
August 01, 2020
https://newzgroup.com/PDFs/8-11/23114-08-01_3002.pdf

(LR) Courier Index: Consumer Alert
August 04, 2020
https://newzgroup.com/PDFs/8-11/21119-08-04_3001.pdf

(LR) Newton County Times: Attorney General Alert: Fake pet scams
August 04, 2020
https://newzgroup.com/PDFs/8-11/21119-08-04_3001.pdf

(LR) Westside Eagle Observer: USDA requests public to report receiving unsolicited seeds
August 05, 2020
https://newzgroup.com/PDFs/8-7/23121-08-05_4002.pdf

(LR) Villager Journal: AG Alert: Fake Pet Scams
August 05, 2020
https://newzgroup.com/PDFs/8-11/22130-08-05_8001.pdf

(LR) Perry County Petit Jean Country Headlight: Conway Man accused of emptying nursing home trust funds
August 05, 2020
https://newzgroup.com/PDFs/8-11/21140-08-05_12002.pdf

(LR) Nashville News-Leader: Arkansans urged to be wary of seeds from China
August 05, 2020
https://newzgroup.com/PDFs/8-11/22103-08-05_2001.pdf

(LR) Murfreesboro Diamond: Mystery Seeds arrive locally
August 05, 2020
https://newzgroup.com/PDFs/8-11/25251-08-05_4002.pdf

(LR) Melbourne Times: Unsolicited packages of seeds hitting Arkansans' mailboxes
August 05, 2020
https://newzgroup.com/PDFs/8-11/24133-08-05_3002.pdf

(LR) Lincoln American: Unsolicited packages of seeds hitting Arkansans' mailboxes
August 05, 2020
https://newzgroup.com/PDFs/8-11/21115-08-05_8002.pdf

(LR) Lincoln American: Fake Pet Scams Trick Arkansans into Paying for Cute Dogs
August 05, 2020
https://newzgroup.com/PDFs/8-11/24125-08-05_11001.pdf

(LR) East Arkansas News Leader: WPD sees scam uptick
August 05, 2020
https://newzgroup.com/PDFs/8-11/24125-08-05_11002.pdf

(LR) Conway County Petit Jean Country Headlight: Conway County man accused of emptying nursing home funds

August 05, 2020
https://newzgroup.com/PDFs/8-11/27385-08-05_4001.pdf

(LR) Conway County Petit Jean Country Headlight: Conway man accused of emptying nursing home trust funds.
August 05, 2020
https://newzgroup.com/PDFs/8-11/22100-08-05_1001.pdf

(LR) Conway County Petit Jean Country Headlight: Attorney General Alert on Scam Artists
August 05, 2020
https://newzgroup.com/PDFs/8-11/22100-08-05_1002.pdf

(LR) Conway County Petit Jean Country Headlight: Arkansas AG warns of Unemployment Benefit Scams
August 05, 2020
https://newzgroup.com/PDFs/8-11/22100-08-05_1003.pdf

(LR) Booneville Democrat: AG reports conviction in case involving BHDC employee
August 05, 2020
https://newzgroup.com/PDFs/8-11/23118-08-05_3002.pdf

(LR) Ashley News Observer: Received a pack of mystery seeds? Don't plant them, officials say
August 05, 2020
https://newzgroup.com/PDFs/8-11/24249-08-05_5002.pdf

(LR) Westside Eagle Observer: USDA requests public to report receiving unsolicited seeds
August 05, 2020
https://newzgroup.com/PDFs/8-11/22130-08-05_8001.pdf

(LR) AG Alert: Fake Pet Scams
August 05, 2020
https://newzgroup.com/PDFs/8-11/21140-08-05_12002.pdf

(LR) Perry County Petit Jean Country Headlight: Conway man accused of emptying nursing home trust funds
August 05, 2020
https://newzgroup.com/PDFs/8-11/22103-08-05_2001.pdf

(AG) Nashville News-Leader: Arkansans urged to be wary of seeds from China
August 05, 2020
https://newzgroup.com/PDFs/8-11/25251-08-05_4002.pdf

(LR) Murfreesboro Diamond: Mystery Seeds arrive locally
August 05, 2020
https://newzgroup.com/PDFs/8-11/24133-08-05_3002.pdf

(LR) Melbourne Times: Unsolicited packages of seeds hitting Arkansans' mailboxes
August 05, 2020
https://newzgroup.com/PDFs/8-11/21115-08-05_8002.pdf

(LR) Lincoln American: Unsolicited packages of seeds hitting Arkansans' mailboxes
August 05, 2020
https://newzgroup.com/PDFs/8-11/24125-08-05_11001.pdf

(LR) Lincoln American: Fake Pet Scams Trick Arkansans into Paying for Cute Dogs
August 05, 2020
https://newzgroup.com/PDFs/8-11/24125-08-05_11002.pdf

(LR) East Arkansas News Leader: WPD sees scam uptick
August 05, 2020
https://newzgroup.com/PDFs/8-11/27385-08-05_4001.pdf

(LR) Conway County Petit Jean Country Headlight: Conway man accused of emptying nursing home trust funds
August 05, 2020
https://newzgroup.com/PDFs/8-11/22100-08-05_1001.pdf

(LR) Conway County Petit Jean Country Headlight: Attorney General Alert on Scam Artists
August 05, 2020
https://newzgroup.com/PDFs/8-11/22100-08-05_1002.pdf

(LR) Conway County Petit Jean Country Headlight: Arkansas AG warns of Unemployment benefit scams
August 05, 2020
https://newzgroup.com/PDFs/8-11/22100-08-05_1003.pdf

(LR) Booneville Democrat: AG reports conviction in case involving BHDC employee
August 05, 2020
https://newzgroup.com/PDFs/8-11/23118-08-05_3002.pdf

(LR) Ashley News Observer: Received a pack of mystery seeds? Don't plant them, officials say
August 05, 2020
https://newzgroup.com/PDFs/8-11/24249-08-05_5002.pdf

(LR) Westside Eagle Observer: USDA requests public to report receiving unsolicited seeds
August 05, 2020
https://newzgroup.com/PDFs/8-11/22130-08-05_8001.pdf

(LR) Villager Journal: AG alert: Fake pet scams
August 05, 2020
https://newzgroup.com/PDFs/8-11/21140-08-05_12002.pdf

(LR) Perry County Petit Jean Country Headlight: Conway man accused of emptying nursing home trust funds
August 05, 2020
https://newzgroup.com/PDFs/8-11/22103-08-05_2001.pdf

(LR) Nashville News-Leader: Arkansans urged to be wary of seeds from China
August 05, 2020
https://newzgroup.com/PDFs/8-11/25251-08-05_4002.pdf

(LR) Murfreesboro Diamond: Mystery seeds arrive locally
August 05, 2020
https://newzgroup.com/PDFs/8-11/24133-08-05_3002.pdf

(LR) Melbourne Times: Unsolicited packages of seeds hitting Arkansans' mailboxes
August 05, 2020
https://newzgroup.com/PDFs/8-11/21115-08-05_8002.pdf

DEF000265
Def.'s Ex. 1

(LR) Lincoln American: Unsolicited packages of seeds hitting Arkansans' mailboxes
August 05, 2020
https://newzgroup.com/PDFs/8-11/24125-08-05_11001.pdf

(LR) Lincoln American: Fake Pet Scams trick Arkansans into paying for Cute Dogs
August 05, 2020
https://newzgroup.com/PDFs/8-11/24125-08-05_11002.pdf

(LR) East Arkansas News Leader: WPD sees Scam Uptick
August 05, 2020
https://newzgroup.com/PDFs/8-11/27385-08-05_4001.pdf

(LR) Conway County Petit Jean Country Headlight: Conway man accused of emptying nursing home trust funds
August 05, 2020
https://newzgroup.com/PDFs/8-11/22100-08-05_1001.pdf

(LR) Conway County Petit Jean Country Headlight: Attorney General alert on scam artists
August 05, 2020
https://newzgroup.com/PDFs/8-11/22100-08-05_1002.pdf

(LR) Arkansas AG warns of unemployment benefit scams
August 05, 2020
https://newzgroup.com/PDFs/8-11/22100-08-05_1003.pdf

(LR) Booneville-Democrat: AG reports conviction in case involving BHDC employee
August 05, 2020
https://newzgroup.com/PDFs/8-11/23118-08-05_3002.pdf

(LR) Ashley News Observer: Received a pack of mystery seeds? Don't plant them, officials say
August 05, 2020
https://newzgroup.com/PDFs/8-11/24249-08-05_5002.pdf

(LR) Paris Express: Attorney General Alert
August 05, 2020
https://newzgroup.com/PDFs/8-12/23119-08-05_4002.pdf

(AG) Clay County Times Democrat: IT HAPPENED HERE, YEARS AGO...
August 05, 2020
https://newzgroup.com/PDFs/8-12/21105-08-05_2002.pdf

(LR) Waldron News: Unemployment scams have been reported to local law enforcement
August 05, 2020
https://newzgroup.com/PDFs/8-13/23128-08-05_4001.pdf

(LR) Eagle Democrat: Warren resident convicted of abuse
August 05, 2020
https://newzgroup.com/PDFs/8-14/24102-08-05_3001.pdf

(LR) Fordyce News-Advocate: Don't give out numbers
August 05, 2020

DEF000266

https://newzgroup.com/PDFs/8-28/24110-08-05_2001.pdf

(LR) Arkadelphia Dispatch: Unsoliscited packages of seeds hitting mailboxes
August 06, 2020
https://newzgroup.com/PDFs/8-11/29034-08-06_4001.pdf

(LR) Salem News: AG alert: Fake pet scams trick Arkansans into paying for cute dogs
August 06, 2020
https://newzgroup.com/PDFs/8-12/24100-08-06_7002.pdf

(LR) Harrison Daily Times: Fraud Scam not Choosey
August 06, 2020
https://newzgroup.com/PDFs/8-12/23109-08-06_3001.pdf

(LR) White River Current: ATTORNEY GENERAL ALERT: Unsolicited Packages of Seeds Hitting Arkansans' Mailboxes
August 06, 2020
https://newzgroup.com/PDFs/8-14/21113-08-06_1001.pdf

(LR) Montgomery County News: University of Arkansas Professor Indicted for Wire Fraud and Passport Fraud
August 06, 2020
https://newzgroup.com/PDFs/8-14/24129-08-06_4001.pdf

(LR) Montgomery County News: ATTORNEY GENERAL ALERT: Fake Pet Scams Trick Arkansans into Paying for Cute Dogs
August 06, 2020
https://newzgroup.com/PDFs/8-14/24129-08-06_6002.pdf

(LR) Crittenden County (Evening) Times: Protect your credit and identity from unemployment fraud
August 07, 2020
https://newzgroup.com/PDFs/8-11/21107-08-07_11001.pdf

(LR) Wynne Progress: Unemployment Scams Rise
August 07, 2020
https://newzgroup.com/PDFs/8-12/21108-08-07_2003.pdf

(LR) Texarkana Gazette: Court lifts block on four Arkansas abortion restrictions
August 08, 2020
https://newzgroup.com/PDFs/8-13/24128-08-08_25001.pdf

(LR) Sentinel Record: Court lifts block on four Arkansas abortion restrictions
August 08, 2020
https://newzgroup.com/PDFs/8-13/24114-08-08_3001.pdf

(LR) El-Dorado Times: Court lifts ruling against 4 abortion restrictions
August 08, 2020
https://newzgroup.com/PDFs/8-13/24136-08-08_8001.pdf

(LR) Banner News: Appeals court lifts block on four Arkansas abortion restrictions
August 08, 2020
https://newzgroup.com/PDFs/8-13/24109-08-08_3001.pdf

DEF000267

(LR) Paris Express: Rutledge Praises Unanimous Decision Overturning Injunction
August 12, 2020
https://newzgroup.com/PDFs/8-14/23119-08-12_4004.pdf

(LR) Villager Journal: Protect Your Credit and Identity from Unemployment Fraud
August 12, 2020
https://newzgroup.com/PDFs/8-18/21140-08-12_6002.pdf

(LR) Times-Herald: Consumer Alert
August 12, 2020
https://newzgroup.com/PDFs/8-18/21136-08-12_6001.pdf

(LR) Sun-Times: Sheriff's office, AG release claims fraud guidelines
August 12, 2020
https://newzgroup.com/PDFs/8-18/21143-08-12_2001.pdf

(LR) East Arkansas News Leader: AG Alert: Protect Your Credit and Identity from Unemployment Fraud
August 12, 2020
https://newzgroup.com/PDFs/8-18/27385-08-12_2001.pdf

(LR) Conway County Petit Jean Country Headlight: Attorney General hosts roundtable discussions
August 12, 2020
https://newzgroup.com/PDFs/8-18/22100-08-12_1001.pdf

(LR) Batesville Daily Guard: Unsolicited packages of seeds hitting mailboxes
August 12, 2020
https://newzgroup.com/PDFs/8-18/21112-08-12_5001.pdf

(LR) Villager Journal: Protect Your Credit and Identity from Unemployment Fraud
August 12, 2020
https://newzgroup.com/PDFs/8-18/21140-08-12_6002.pdf

(LR) Times Herald: Consumer Alert
August 12, 2020
https://newzgroup.com/PDFs/8-18/21136-08-12_6001.pdf

(AG) Sun-Times: Sheriff's office, AG release claims fraud guidelines
August 12, 2020
https://newzgroup.com/PDFs/8-18/21143-08-12_2001.pdf

(LR) East Arkansas News Leader: AG Alert: Protect Your Credit and Identity from Unemployment Fraud
August 12, 2020
https://newzgroup.com/PDFs/8-18/27385-08-12_2001.pdf

(LR) Batesville Daily Guard: Unsolicited packages of seeds hitting mailboxes
August 12, 2020
https://newzgroup.com/PDFs/8-18/21112-08-12_5001.pdf

(LR) Villager Journal: Protect Your Credit and Identity from Unemployment Fraud
August 12, 2020
https://newzgroup.com/PDFs/8-18/21140-08-12_6002.pdf

DEF000268

(LR) Salem News: Protect Your Credit and Identity from Unemployment Fraud
August 13, 2020
https://newzgroup.com/PDFs/8-18/24100-08-13_6001.pdf

(LR) Wynne Progress: UALR student interns with Attorney General's Office
August 14, 2020
https://newzgroup.com/PDFs/8-18/21108-08-14_3005.pdf

(LR) NEA Town Courier: Judge Nelson asks for Summary Judgement
August 15, 2020
https://newzgroup.com/PDFs/8-19/26981-08-15_3001.pdf

(LR) Pine Bluff Commercial: Arkansas needs High Speed Broadband
August 18, 2020
https://newzgroup.com/PDFs/8-20/24121-08-18_4001.pdf

(LR) Daily Citizen: 'Eight to 10 reports' daily of unemployment scam
August 18, 2020
https://newzgroup.com/PDFs/8-21/22116-08-18_3001.pdf

(LR) Hot Springs Village Voice: Stealing Arkansans' unemployment benefits
August 18, 2020
https://newzgroup.com/PDFs/8-21/24116-08-18_3003.pdf

(LR) Log Cabin Democrat: Need for Speed
August 18, 2020
https://newzgroup.com/PDFs/8-21/22102-08-18_4002.pdf

(AG) Pacesetting Times: Letter to the Editor
August 19, 2020
https://newzgroup.com/PDFs/8-21/21147-08-19_2001.pdf

(LR) Camden News: Attorney General offers advice to avoid unemployment fraud
August 19, 2020
https://newzgroup.com/PDFs/8-22/24131-08-19_6001.pdf

(LR) Camden News: Businesses, residents reliant on internet
August 19, 2020
https://newzgroup.com/PDFs/8-22/24131-08-19_4003.pdf

(LR) Perry County Petit Jean Country Headlight: Virtual elder abuse conference set for Sept. 3
August 19, 2020
https://newzgroup.com/PDFs/8-25/22103-08-19_3003.pdf

(AG) Nashville News-Leader: Beware of Scammers!
August 19, 2020
https://newzgroup.com/PDFs/8-25/25251-08-19_18002.pdf

(LR) Jonesboro Sun: Leaders hail Veterans Village
August 19, 2020

Def.'s Ex. 1

https://newzgroup.com/PDFs/8-25/21106-08-19_5001.pdf

(LR) East Arkansas News Leader: No break for Crime
August 19, 2020
https://newzgroup.com/PDFs/8-25/27385-08-19_4002.pdf

(LR) Crittenden County (Evening) Times: Establish good habits for School Success
August 19, 2020
https://newzgroup.com/PDFs/8-25/21107-08-19_13001.pdf

(LR) Crittenden County (Evening) Times: A little homework can save
August 19, 2020
https://newzgroup.com/PDFs/8-25/21107-08-19_13002.pdf

(LR) South Arkansas Sun: CCSO Warns Residents of Identity Fraud
August 20, 2020
https://newzgroup.com/PDFs/8-25/24103-08-20_3001.pdf

(LR) Sentinel Record: Hate Crime Proposal Unveiled
August 20, 2020
https://newzgroup.com/PDFs/8-25/24114-08-20_5002.pdf

(AG) Paragould Daily Press: Arkansas governor, lawmakers unveil hate crimes proposal
August 20, 2020
https://newzgroup.com/PDFs/8-27/21111-08-20_1001.pdf

(LR) Paragould Daily Press: Quorum Court seeks special election to repurpose tax
August 20, 2020
https://newzgroup.com/PDFs/8-27/21111-08-20_3001.pdf

AG) Log Cabin Democrat: Arkansas governor, lawmakers unveil hate crimes proposal
August 20, 2020
https://newzgroup.com/PDFs/8-27/22102-08-20_3003.pdf

(LR) White River Current: Rutledge Applauds Overdue Arkansas Hate Crime Legislation
August 20, 2020
https://newzgroup.com/PDFs/8-31/21113-08-20_5001.pdf

(LR) Times-Herald: Consumer Alert
August 21, 2020
https://newzgroup.com/PDFs/8-27/21136-08-21_2004.pdf

(LR) Russellville Courier: Arkansas governor, lawmakers unveil hate crimes proposal
August 21, 2020
https://newzgroup.com/PDFs/8-27/23201-08-21_2002.pdf

(LR) Russellville Courier: The push for Hate Crimes Law begins
August 21, 2020
https://newzgroup.com/PDFs/8-27/23201-08-21_4002.pdf

(LR) Crittenden County (Evening) Times: Rutledge's Remarks

DEF000270

August 21, 2020
https://newzgroup.com/PDFs/8-27/21107-08-21_11002.pdf

(LR) Crittenden County (Evening) Times: Rutledge's Remarks
August 21, 2020
https://newzgroup.com/PDFs/8-27/21107-08-21_11001.pdf

(LR) Times-Herald: CONSUMER ALERT
August 21, 2020
https://newzgroup.com/PDFs/8-27/21136-08-21_2004.pdf

(LR) Russellville Courier: Arkansas governor, lawmakers unveil hate crimes proposal
August 21, 2020
https://newzgroup.com/PDFs/8-27/23201-08-21_2002.pdf

(LR) Russellville Courier: The push for Hate Crimes Law begins
August 21, 2020
https://newzgroup.com/PDFs/8-27/23201-08-21_4002.pdf

(LR) Crittenden County (Evening) Times: Rutledge's Remarks
August 21, 2020
https://newzgroup.com/PDFs/8-27/21107-08-21_11001.pdf

(LR) Crittenden County (Evening) Times: Rutledge's Remarks
August 21, 2020
https://newzgroup.com/PDFs/8-27/21107-08-21_11002.pdf

(LR) Press-Argus CourierThe push for Hate Crimes Law begins
August 22, 2020
https://newzgroup.com/PDFs/8-31/23114-08-22_2004.pdf

(LR) Press-Argus Courier: ATTORNEY GENERAL ALERT
August 22, 2020
https://newzgroup.com/PDFs/8-31/23114-08-22_3002.pdf

(LR) Press-Argus Courier: The push for Hate Crimes Law begins
August 22, 2020
https://newzgroup.com/PDFs/8-31/23114-08-22_2004.pdf

(LR) Press-Argus Courier: ATTORNEY GENERAL ALERT
August 22, 2020
https://newzgroup.com/PDFs/8-31/23114-08-22_3002.pdf

(LR) Times Record: The push for Hate Crimes Law begins
August 23, 2020
https://newzgroup.com/PDFs/8-28/23354-08-23_9003.pdf

(LR) Jonesboro Sun: The push for Hate Crimes Law begins
August 23, 2020
https://newzgroup.com/PDFs/8-28/21106-08-23_4003.pdf

DEF000271

Def.'s Ex. 1

(LR) Crittenden County (Evening) Times: Shut down scammers threatening to shut off utilities
August 24, 2020
https://newzgroup.com/PDFs/8-28/21107-08-24_15002.pdf

(LR) Pine Bluff Commercial: Challenging the Second Amendment in troubled times
August 25, 2020
https://newzgroup.com/PDFs/8-28/24121-08-25_4001.pdf

(LR) Times Record: Jim Bakker gets PPP loans during legal fight
August 25, 2020
https://newzgroup.com/PDFs/8-31/23354-08-25_3002.pdf

(LR) Log Cabin Democrat: Be Aware of Potential Scams
August 25, 2020
https://newzgroup.com/PDFs/8-31/22102-08-25_3009.pdf

(LR) Hot Springs Village Voice: Resolution Endorses Ballot Issue 1
August 25, 2020
https://newzgroup.com/PDFs/8-31/24116-08-25_2002.pdf

(LR) Daily Citizen: Push for Hate Crimes Law Begins
August 25, 2020
https://newzgroup.com/PDFs/8-31/22116-08-25_4003.pdf

(LR) Crittenden County (Evening) Times: Guns, the NRA and the Second Amendment are under assault
August 25, 2020
https://newzgroup.com/PDFs/8-31/21107-08-25_15002.pdf

(LR) Times Record: Jim Bakker gets PPP loans during legal fight
August 25, 2020
https://newzgroup.com/PDFs/8-31/23354-08-25_3002.pdf

(LR) Log Cabin Democrat: Be Aware of Potential Scams
August 25, 2020
https://newzgroup.com/PDFs/8-31/22102-08-25_3009.pdf

(LR) Hot Springs Village Voice: Resolution endorses Ballot Issue 1
August 25, 2020
https://newzgroup.com/PDFs/8-31/24116-08-25_2002.pdf

(LR) Daily Citizen: Push for Hate Crimes Law Begins
August 25, 2020
https://newzgroup.com/PDFs/8-31/22116-08-25_4003.pdf

(LR) Crittenden County (Evening) Times: Guns, the NRA and the Second Amendment are under assault
August 25, 2020
https://newzgroup.com/PDFs/8-31/21107-08-25_15002.pdf

(LR) Times Record: Jim Bakker gets PPP loans during legal fight
August 25, 2020
https://newzgroup.com/PDFs/8-31/23354-08-25_3002.pdf

Def.'s Ex. 1

(LR) Log Cabin Democrat: Be Aware of Potential Scams
August 25, 2020
https://newzgroup.com/PDFs/8-31/22102-08-25_3009.pdf

(LR) Hot Springs Village Voice: Resolution endorses Ballot Issue 1
August 25, 2020
https://newzgroup.com/PDFs/8-31/24116-08-25_2002.pdf

(LR) Daily Citizen: Push for Hate Crimes Law Begins
August 25, 2020
https://newzgroup.com/PDFs/8-31/22116-08-25_4003.pdf

(LR) Crittenden County (Evening) Times: Guns, the NRA and the Second Amendment are under assault
August 25, 2020
https://newzgroup.com/PDFs/8-31/21107-08-25_15002.pdf

(LR) Log Cabin Democrat: Be Aware of Potential Scams
August 25, 2020
https://newzgroup.com/PDFs/8-31/22102-08-25_3009.pdf

(AG) Lafayette County Press: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/8-27/24124-08-26_3003.pdf

(AG) Lafayette County Press: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/8-27/24124-08-26_3003.pdf

(LR) Eagle Democrat: AG warns: "Don't let scammers threaten to shut off your utilities
August 26, 2020
https://newzgroup.com/PDFs/8-28/24102-08-26_8002.pdf

(AG) Washington County Enterprise Leader: New Changes To Petition Formats; Pay Hike Bid Sneaks In
August 26, 2020
https://newzgroup.com/PDFs/8-29/28378-08-26_4002.pdf

(AG) Weekly Vista: No. 3 New Changes To Petition Formats; Pay Hike Bid Sneaks In
August 26, 2020
https://newzgroup.com/PDFs/8-31/23101-08-26_6002.pdf

(LR) Weekly Vista: ADH warns about two separate potential scams
August 26, 2020
https://newzgroup.com/PDFs/8-31/23101-08-26_7001.pdf

(LR) Villager Journal: AG Alert
August 26, 2020
https://newzgroup.com/PDFs/8-31/21140-08-26_5001.pdf

(LR) Villager Journal: Health Department warns of Potential Scams
August 26, 2020

DEF000273

https://newzgroup.com/PDFs/8-31/21140-08-26_8003.pdf

(LR) The Spectator: Attorney General Alert
August 26, 2020
https://newzgroup.com/PDFs/8-31/23116-08-26_9001.pdf

(LR) Sheridan Headlight: The push for a Hate Crimes law begins
August 26, 2020
https://newzgroup.com/PDFs/8-31/24117-08-26_6004.pdf

(LR) Perry County Petit Jean Country Headlight: Scam Artists target utility payments
August 26, 2020
https://newzgroup.com/PDFs/8-31/22103-08-26_3001.pdf

(AG) Newton County Times: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/8-31/23121-08-26_11003.pdf

(AG) Melbourne Times: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/8-31/21115-08-26_6004.pdf

(LR) Lincoln American: Rutledge Op-Ed: Guns, NRA, 2nd Amendment under assault from the left
August 26, 2020
https://newzgroup.com/PDFs/8-31/24125-08-26_9002.pdf

(LR) Siloam Springs Herald Leader: No. 3: New changes to petition formats; pay hike bid sneaks in
August 26, 2020
https://newzgroup.com/PDFs/8-31/23107-08-26_4002.pdf

(LR) Harrison Daily Times: Board chairman says $18 'is gone'
August 26, 2020
https://newzgroup.com/PDFs/8-31/23109-08-26_3001.pdf

(AG) Eudora Enterprise: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/8-31/24104-08-26_6003.pdf

(LR) Courier Index: Consumer Alert
August 26, 2020
https://newzgroup.com/PDFs/8-31/21119-08-26_3003.pdf

(LR) Conway County Petit Jean Country Headlight: Scam Artists target utility payments
August 26, 2020
https://newzgroup.com/PDFs/8-31/22100-08-26_3001.pdf

(AG) Chicot County Spectator: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/8-31/24105-08-26_6003.pdf

(LR) Charleston Express: The push for a hate crimes law begins

DEF000274

August 26, 2020
https://newzgroup.com/PDFs/8-31/23115-08-26_2005.pdf

(LR) Banner News: Arkansas residents being scammed on utility bills
August 26, 2020
https://newzgroup.com/PDFs/8-31/24109-08-26_18002.pdf

(AG) Ashley News Observer: School will look different because of the pandemic
August 26, 2020
https://newzgroup.com/PDFs/8-31/24249-08-26_6004.pdf

(LR) Ashley County Ledger: Be Aware Of Potential Scams: Contact Tracer, Health Inspector
August 26, 2020
https://newzgroup.com/PDFs/8-31/24101-08-26_1001.pdf

(AG) Ashley County Ledger: Notice
August 26, 2020
https://newzgroup.com/PDFs/8-31/24101-08-26_2004.pdf

(AG) Ashley County Ledger: District 9 Representative's Report
August 26, 2020
https://newzgroup.com/PDFs/8-31/24101-08-26_6005.pdf

(LR) Weekly Vista: No. 3: New changes to petition formats; pay hike bid sneaks in
August 26, 2020
https://newzgroup.com/PDFs/8-31/23101-08-26_6002.pdf

(LR) Weekly Vista: ADH warns about two separate potential scams
August 26, 2020
https://newzgroup.com/PDFs/8-31/23101-08-26_7001.pdf

(LR) Villager Journal: AG Alert
August 26, 2020
https://newzgroup.com/PDFs/8-31/21140-08-26_5001.pdf

(LR) Villager Journal: Health Department warns of potential scams
August 26, 2020
https://newzgroup.com/PDFs/8-31/21140-08-26_8003.pdf

(LR) The Spectator: Attorney General Alert
August 26, 2020
https://newzgroup.com/PDFs/8-31/23116-08-26_9001.pdf

(LR) Sheridan Headlight: The Push for a Hate Crimes law begins
August 26, 2020
https://newzgroup.com/PDFs/8-31/24117-08-26_6004.pdf

(LR) Perry County Petit Jean Country Headlight: Scam Artists target utility payments
August 26, 2020
https://newzgroup.com/PDFs/8-31/22103-08-26_3001.pdf

DEF000275

Def.'s Ex. 1

(AG) Melbourne Times: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/8-31/21115-08-26_6004.pdf

(LR) Lincoln American: Rutledge Op-Ed: Guns, NRA, 2nd Amendment under assault from the left
August 26, 2020
https://newzgroup.com/PDFs/8-31/24125-08-26_9002.pdf

(LR) Lake Area Weekly: Be Aware of Potential Scams
August 26, 2020
https://newzgroup.com/PDFs/8-31/22113-08-26_1003.pdf

(LR) Harrison Daily Times: Board Chairman says 18$ is gone
August 26, 2020
https://newzgroup.com/PDFs/8-31/23109-08-26_3001.pdf

(AG) Eudora Enterprise: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/8-31/24104-08-26_6003.pdf

(LR) Courier-Index: Consumer Alert
August 26, 2020
https://newzgroup.com/PDFs/8-31/21119-08-26_3003.pdf

(LR) Conway County Petit Jean Country Headlight: Scam Artists target Utility Payments
August 26, 2020
https://newzgroup.com/PDFs/8-31/22100-08-26_3001.pdf

(AG) Chicot County Spectator: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/8-31/24105-08-26_6003.pdf

(LR) Charleston Express: The push for a hate crimes law begins
August 26, 2020
https://newzgroup.com/PDFs/8-31/23115-08-26_2005.pdf

(LR) Banner News: Arkansas residents being scammed on utility bills
August 26, 2020
https://newzgroup.com/PDFs/8-31/24109-08-26_18002.pdf

(AG) Ashley News Observer: School will look different because of the pandemic
August 26, 2020
https://newzgroup.com/PDFs/8-31/24249-08-26_6004.pdf

(LR) Ashley County Ledger: Be Aware Of Potential Scams: Contact Tracer, Health Inspector
August 26, 2020
https://newzgroup.com/PDFs/8-31/24101-08-26_1001.pdf

(AG) Ashley County Ledger: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/8-31/24101-08-26_2004.pdf

DEF000276
Def.'s Ex. 1

(AG) Ashley County Ledger: District 9 Representative's Report From Rep. LeAnne Burch
August 26, 2020
https://newzgroup.com/PDFs/8-31/24101-08-26_6005.pdf

(LR) Siloam Springs Herald Leader: No. 3: New changes to petition formats; pay hike bid sneaks in
August 26, 2020
https://newzgroup.com/PDFs/8-31/23107-08-26_4002.pdf

(LR) Weekly Vista: No. 3: New changes to petition formats; pay hike bid sneaks in
August 26, 2020
https://newzgroup.com/PDFs/8-31/23101-08-26_6002.pdf

(LR) Weekly Vista: ADH warns about two separate potential scams
August 26, 2020
https://newzgroup.com/PDFs/8-31/23101-08-26_7001.pdf

(LR) Villager Journal: AG alert: Shut down scammers threatening to shut off utilities
August 26, 2020
https://newzgroup.com/PDFs/8-31/21140-08-26_5001.pdf

(LR) Villager Journal: Health Department warns of potential scams
August 26, 2020
https://newzgroup.com/PDFs/8-31/21140-08-26_8003.pdf

(LR) The Spectator: Attorney General Alert
August 26, 2020
https://newzgroup.com/PDFs/8-31/23116-08-26_9001.pdf

(LR) Sheridan Headlight: The push for a hate crimes law begins
August 26, 2020
https://newzgroup.com/PDFs/8-31/24117-08-26_6004.pdf

(LR) Perry County Petit Jean Country Headlight: Scam Artists Target Utility Payments
August 26, 2020
https://newzgroup.com/PDFs/8-31/22103-08-26_3001.pdf

(AG) Melbourne Times: Notice
August 26, 2020
https://newzgroup.com/PDFs/8-31/21115-08-26_6004.pdf

(LR) Lincoln American: Rutledge Op-Ed: Guns, NRA, 2nd Amendment under assault from the left
August 26, 2020
https://newzgroup.com/PDFs/8-31/24125-08-26_9002.pdf

(LR) Lake Area Weekly: Be Aware of Potential Scams
August 26, 2020
https://newzgroup.com/PDFs/8-31/22113-08-26_1003.pdf

(LR) Siloam Springs Herald Leader: No. 3: New changes to petition formats; pay hike bid sneaks in
August 26, 2020

DEF000277
Def.'s Ex. 1

https://newzgroup.com/PDFs/8-31/23107-08-26_4002.pdf

(LR) Harrison Daily Times: Board chairman says $18 'is gone'
August 26, 2020
https://newzgroup.com/PDFs/8-31/23109-08-26_3001.pdf

(AG) Eudora Enterprise: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/8-31/24104-08-26_6003.pdf

(LR) Courier-Index: Consumer Alert
August 26, 2020
https://newzgroup.com/PDFs/8-31/21119-08-26_3003.pdf

(LR) Conway County Petit Jean Country Headlight: Scam Artists target Utility Payments
August 26, 2020
https://newzgroup.com/PDFs/8-31/22100-08-26_3001.pdf

(AG) Chicot County Spectator: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/8-31/24105-08-26_6003.pdf

(LR) Banner News: Arkansas residents being scammed on utility bills
August 26, 2020
https://newzgroup.com/PDFs/8-31/24109-08-26_18002.pdf

(AG) Ashley News Observer: School will look different because of the pandemic
August 26, 2020
https://newzgroup.com/PDFs/8-31/24249-08-26_6004.pdf

(AG) Ashley County Ledger: Be Aware Of Potential Scams: Contact Tracer, Health Inspector
August 26, 2020
https://newzgroup.com/PDFs/8-31/24101-08-26_1001.pdf

(AG) Ashley County Ledger: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/8-31/24101-08-26_2004.pdf

(LR) Ashley County Ledger: District 9 Representative's Report
August 26, 2020
https://newzgroup.com/PDFs/8-31/24101-08-26_6005.pdf

(AG) Woodrruff Co. Monitor Leader: NOTICE
August 26, 2020
https://newzgroup.com/PDFs/9-2/21142-08-26_2002.pdf

(LR) Woodruff Co. Monitor Leader: Shut down scammers threatening to shut off utilities
August 26, 2020
https://newzgroup.com/PDFs/9-2/21142-08-26_3001.pdf

(AG) Stone County Leader: NOTICE

DEF000278
Def.'s Ex. 1

August 26, 2020
https://newzgroup.com/PDFs/9-2/21141-08-26_8002.pdf

(LR) South Arkansas Sun: CCSO Warns Against Scammers
August 27, 2020
https://newzgroup.com/PDFs/8-31/24103-08-27_3002.pdf

(AG) South Arkansas Sun: NOTICE
August 27, 2020
https://newzgroup.com/PDFs/8-31/24103-08-27_8003.pdf

(LR) Salem News: AG ALERT
August 27, 2020
https://newzgroup.com/PDFs/8-31/24100-08-27_3001.pdf

(LR) Salem News: Health Department warns of potential scams
August 27, 2020
https://newzgroup.com/PDFs/8-31/24100-08-27_6002.pdf

(AG) Salem News: NOTICE
August 27, 2020
https://newzgroup.com/PDFs/8-31/24100-08-27_9005.pdf

(LR) Osceola Times: AG says Constitution can not be rewritten
August 27, 2020
https://newzgroup.com/PDFs/8-31/21126-08-27_2001.pdf

(AG) Newport Independent: NOTICE
August 27, 2020
https://newzgroup.com/PDFs/8-31/21116-08-27_7003.pdf

(AG) Montgomery County News: NOTICE
August 27, 2020
https://newzgroup.com/PDFs/8-31/24129-08-27_6003.pdf

(LR) Mena Star: Be aware of potential scams
August 27, 2020
https://newzgroup.com/PDFs/8-31/23124-08-27_7001.pdf

(LR) Madison County Record: Area doing better, but Covid-19 still a threat, physician says
August 27, 2020
https://newzgroup.com/PDFs/8-31/23120-08-27_8003.pdf

(AG) South Arkansas Sun: Notice
August 27, 2020
https://newzgroup.com/PDFs/8-31/24103-08-27_8003.pdf

(LR) Salem News:  AG Alert
August 27, 2020
https://newzgroup.com/PDFs/8-31/24100-08-27_3001.pdf

DEF000279

(LR) Salem News: Health Department warns of Potential Scams
August 27, 2020
https://newzgroup.com/PDFs/8-31/24100-08-27_6002.pdf

(AG) Salem News: NOTICE
August 27, 2020
https://newzgroup.com/PDFs/8-31/24100-08-27_9005.pdf

(LR) Madison County Record: Area doing better, but Covid-19 still a threat, physician says
August 27, 2020
https://newzgroup.com/PDFs/8-31/23120-08-27_8003.pdf

(LR) Mena Star: Be aware of Potential Scams
August 27, 2020
https://newzgroup.com/PDFs/8-31/23124-08-27_7001.pdf

(AG) Montgomery County News: NOTICE
August 27, 2020
https://newzgroup.com/PDFs/8-31/24129-08-27_6003.pdf

(AG) Newport Independent: NOTICE
August 27, 2020
https://newzgroup.com/PDFs/8-31/21116-08-27_7003.pdf

(AG) Salem News: NOTICE
August 27, 2020
https://newzgroup.com/PDFs/8-31/24100-08-27_9005.pdf

(LR) Salem News: Health Department warns of potential scams
August 27, 2020
https://newzgroup.com/PDFs/8-31/24100-08-27_6002.pdf

(LR) Salem News: AG ALERT
August 27, 2020
https://newzgroup.com/PDFs/8-31/24100-08-27_3001.pdf

(AG) South Arkansas Sun: NOTICE
August 27, 2020
https://newzgroup.com/PDFs/8-31/24103-08-27_8003.pdf

(LR) South Arkansas Sun: CCSO Warns Against Scammers
August 27, 2020
https://newzgroup.com/PDFs/8-31/24103-08-27_3002.pdf

(LR) Madison County Record:  Area doing better, but Covid-19 still a threat, physician says
August 27, 2020
https://newzgroup.com/PDFs/8-31/23120-08-27_8003.pdf

(AG) Marshall Mountain Wave: NOTICE
August 27, 2020
https://newzgroup.com/PDFs/9-2/21139-08-27_8002.pdf

DEF000280
Def.'s Ex. 1

(AG) Wynne Progress: NOTICE
August 28, 2020
https://newzgroup.com/PDFs/8-31/21108-08-28_8003.pdf

(AG) NEA Town Courier: NOTICE
August 28, 2020
https://newzgroup.com/PDFs/9-2/26981-08-28_8002.pdf

Link Not Working
August 29, 2020
https://nwzgroup.com/PDFs/9-2/23354-08-29_3001.pdf

(LR) The Leader: State's COVID-19 cases keep rising
August 29, 2020
https://newzgroup.com/PDFs/9-2/21461-08-29_5002.pdf

(LR) Russellville Courier: AG Rutledge applauds court's dismissal of frivolous lawsuit by Jim Bakker
August 29, 2020
https://newzgroup.com/PDFs/9-2/23201-08-29_6001.pdf

(AG) Harrison Daily Times: NOTICR
August 29, 2020
https://newzgroup.com/PDFs/9-2/23109-08-29_3002.pdf

(LR) Paragould Daily Times:  Lawyers, guns and money
August 29, 2020
https://newzgroup.com/PDFs/9-3/21111-08-29_4001.pdf

**Amanda Priest**
Communications Director
Office of Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Cell: 501.414.2223
Amanda.priest@arkansasag.gov | ArkansasAG.gov

    

## Dylan Jacobs

| | |
|---|---|
| **From:** | Matt Grossman <Matthew.Grossman@AlticeUSA.com> |
| **Sent:** | Friday, September 17, 2021 4:09 PM |
| **To:** | Leslie Rutledge |
| **Subject:** | Altice USA in Your Community |

**EXTERNAL EMAIL**



September 2021

Contact: <u>Sohrab Shahandeh</u>, Government Affairs

### Altice USA is proud to support your community.



**SUPPORTING BLACK-OWNED BUSINESSES**

Suddenlink is a proud partner of the Coalition to Back Black Businesses, a multi-year

Def.'s Ex. 1

initiative that is providing grants, training, long-term mentorship, and resources to help support Black small business owners across the country. This initiative will provide nearly $14 million in grants, training, and resources to empower Black-owned small businesses through 2024.

**Applications are now open for the 2021 cohort through September 22.**

In the coming months, the Coalition will distribute $5,000 grants to more than 400 Black-owned small businesses to support their long-term success and resilience. Watch this video to hear from some of the recipients.

We hope you will share this information with small businesses in your community.

**Business owners have one week to apply** and can learn more at www.webackblackbusinesses.com.

## HISPANIC HERITAGE MONTH ESSAY CONTEST

Def.'s Ex. 1

In celebration of Hispanic Heritage Month, Suddenlink is proud to bring the **Hispanic**

Def.'s Ex. 1

**Heritage Month Essay Contest** once again to high school and middle school students in our service footprint, in partnership with Univision. We hope you will encourage your constituents to apply. **Below are resources you can share with constituents in your community.**

To participate, eligible students are invited to submit an essay about a Latino, past or present, who inspires them and explain why. **Essays must be written in English and received by October 31, 2021.** Winners will be announced around November 24th and a virtual winner ceremony will take place in early December. Prizes include a $1,500 cash scholarship and iPads.

Contest details can be found on our website at www.Suddenlink.com/HHM. We hope you will spread the word to your constituents and encourage students to take advantage of this exciting opportunity by sharing this information.

 © Copyright 2021      

**Social Media Toolkit:**

**Sample Posts**

**Twitter**

I am proud to join @Suddenlink and @Univision in celebrating Latinos and Hispanics who inspire us. Enter the #HispanicHeritageMonth essay contest for Middle and High School students at www.suddenlink.com/hhm and share #WhoInspiresYou!

**Instagram**

*Image*



   

*Caption*
I am proud to join @Suddenlink and @Univision this #HispanicHeritageMonth in celebrating Latinos and Hispanics who inspire us. Enter #HispanicHeritageMonth essay contest for Middle and High School students at www.suddenlink.com/hhm for a chance to win great prizes.

**Facebook/Linked In**

*Image*

Def.'s Ex. 1



# Hispanic Heritage Essay Contest
## Apply now!





----------
----------
----------
----------
----------
------
The

*Text*

In honor of Hispanic Heritage Month, @Suddenlink and @Univision are hosting an essay contest for Middle and High School students. Students are invited to write an essay naming a Hispanic or Latino, past or present, who inspires you and explain why. You do not have to be Hispanic to be eligible, just a Middle or High School student attending school in the Suddenlink service area. Apply by October 31 for a chance to win a $1,500 cash scholarship or an iPad. Enter at www.suddenlink.com/hhm #HispanicHeritageMonth

information transmitted in this email and any of its attachments is intended only for the person or entity to which it is addressed and may contain information concerning Altice USA and/or its affiliates and subsidiaries that is proprietary, privileged, confidential and/or subject to copyright. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited and may be unlawful. If you received this in error, please contact the sender immediately and delete and destroy the communication and all of the attachments you have received and all copies thereof.
----------------------------------------------------------

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Matt Grossman <Matthew.Grossman@AlticeUSA.com> |
| **Sent:** | Tuesday, September 14, 2021 8:27 AM |
| **To:** | Leslie Rutledge |
| **Subject:** | Altice USA to Increase Speed of "Altice Advantage Internet" Affordable Broadband |
| **Attachments:** | Optimum Advantage Internet Speed Increase 9-14-21.pdf |

**EXTERNAL EMAIL**

Altice USA is pleased to announce today that it is increasing the speed of its "Altice Advantage Internet" affordable broadband product at no additional cost and renaming the service "Optimum Advantage Internet." The speed increase will provide download speeds up to 50 Mbps to new and existing "Optimum Advantage Internet" customers as soon as October at the same price of $14.99 per month.

Please see the attached or click here for the full release. Feel free to contact Sohrab Shahandeh at Sohrab.Shahandeh@AlticeUSA.com if you have any questions or need any additional information.

------------------------------------------------------
The information transmitted in this email and any of its attachments is intended only for the person or entity to which it is addressed and may contain information concerning Altice USA and/or its affiliates and subsidiaries that is proprietary, privileged, confidential and/or subject to copyright. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited and may be unlawful. If you received this in error, please contact the sender immediately and delete and destroy the communication and all of the attachments you have received and all copies thereof.
------------------------------------------------------

DEF000289                                                    Def.'s Ex. 1

## Dylan Jacobs

| | |
|---|---|
| **From:** | jbagnardi <jbagnardi@statetroopers.org> |
| **Sent:** | Friday, July 23, 2021 9:39 AM |
| **To:** | Leslie Rutledge |
| **Subject:** | American Association of State Troopers Trooper of the Year |
| **Attachments:** | Ray_James_AAST-Award_July 2021.jpg |

**EXTERNAL EMAIL**

If you could see that General Rutledge gets a copy of this photo. Thank her for her strong support of law Enforcement and making me look better in the photo! (Ha)

Let me know if we can ever assist.

Thanks
John

John J. Bagnardi, Major (Ret)
Executive Director



**American Association of State Troopers**
**National Office**
**1949 Raymond Diehl Road**
**Tallahassee, Florida 32308**
**800-765-5456**
jbagnardi@statetroopers.org
www.statetroopers.org

*Serving America's Troopers*

<u>*Statement of Confidentiality*</u>

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any. Thank you.*

**Dylan Jacobs**

---

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Sunday, April 4, 2021 11:56 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | April 4, 2021 Clips |

ADG

Little Rock officials waiting for new legal means to curb caravanning - Little Rock city directors are still awaiting a caravanning ordinance to formalize the city's approach to combating disruptive vehicular traffic, more than three months after Mayor Frank Scott Jr. issued an amended emergency declaration as a stopgap measure.

Vaccine passport idea draws GOP pushback - HARRISBURG, Pa. -- Vaccination passports being developed to verify covid-19 immunization status and allow inoculated people to more freely travel, shop and dine have become a political flash point, with Republicans portraying them as intrusions into personal freedom and private health choices.

Churches prepare to mark second Easter in pandemic - During the Easter season last year, the language of "social distancing" and "flattening the curve" was still new for Christian communities and clergy members as they tried to adapt to the realities of the coronavirus.

Caretakers still not using PPE at state centers - Caretakers at two Arkansas centers for people with disabilities ignored rules about wearing masks, gowns and face shields to slow the coronavirus spread, records show, even after inspectors rebuked the facilities for it several months ago.

Mental health draws focus in Capitol attack - WASHINGTON -- The man who rammed a car into two officers at a barricade outside the U.S. Capitol, killing one of them before he was shot to death by police, had been suffering from delusions, paranoia and suicidal thoughts, a U.S. official told The Associated Press on Saturday.

Fans wrestle with MLB decision - News of Major League Baseball's decision to pull this summer's All-Star Game from Georgia over its new voting law reverberated among fans Saturday, while Gov. Brian Kemp vowed to defend the measure, saying "free and fair elections" are worth any threats, boycotts or lawsuits.

2 virus deaths in state mark 1-day low for '21 - Saturday saw the lowest single-day death toll from covid-19 in Arkansas this year -- with the exception of a day in which the state reclassified 174 coronavirus deaths because of a "data clean-up" -- according to the Arkansas Department of Health.

Study proposes fixes for teacher shortages - A national organization commissioned to analyze teacher shortages in Arkansas and propose remedies is calling for the state to ramp up and fine-tune strategies to turn aides, substitutes and other school workers into state-licensed educators.

Gender bill draws Capitol protest - Arkansas is currently a scary state for her to live in, said Bee Golleher, a nonbinary 14-year-old from Benton.

Official: Housing authority mended - Auditors regularly raised concerns about the management of the Metropolitan Housing Alliance, Little Rock's federally funded public housing authority, in annual reviews during the 2010s, but the authority said the issues have been rectified.

National Park College sets commencement - HOT SPRINGS -- National Park College announced plans Wednesday to hold its spring commencement in-person at Bank OZK Arena in May and to fully open its campus for the fall semester.

Harding set to host financier Stephens - Financier Warren Stephens of Stephens Inc. will give a lecture at Harding University in Searcy on April 13.

Vaccinations increasing steadily in area - BELLA VISTA -- The Arkansas Department of Health reports that 384,031 individuals have been fully immunized against covid-19 state-wide and 339,502 are partially immunized as of March 27.

Springdale district serves largest migrant student population in the state - The Springdale School District serves more migrant students than any other district in Arkansas and is working to make sure their education isn't hindered by their parents' pursuit of employment, according to district staff members.

Council examines impact fees - BELLA VISTA -- The City Council took a look at some prospective impact fee calculations during a special work session March 25.

Face masks still required by many Northwest Arkansas businesses - Some local businesses are maintaining mask policies, regardless of city and state mandates.

Arkansas Business
Talk Business & Politics

Farmers hoping for a 'Row Crop Renaissance' in 2021 - As a new decade continues to unfold, there might be a few glimmers of hope for farmers as the spring planting season begins. Wes Ward, Arkansas secretary of agriculture, told Talk Business & Politics he thinks row crop acres, especially soybeans, could rise in 2021.

State Chamber chief says hate crimes law needed; pushing for employers to help with vaccines - State lawmakers should pass a newly filed hate crimes bill and Arkansas employers need to fully embrace vaccines for their workers. That's the blunt assessment from Randy Zook, CEO of the Arkansas State Chamber of Commerce and Associated Industries of Arkansas.

Arkansas Times

Following the latest dark money scheme, with a side trip to Arkansas - The Washington Post delves deeply into a dark-money, putatively non-partisan nonprofit, the American Culture Project, that is spending heavily on social media in swing states with a message aimed at luring middle-of-the-road voters to the Republican voter column.

Huckabee chooses Easter weekend for a racist gibe, gets blistered in response - As Norma Bates noted last night on the open line, one of Mike Huckabee's attempts at "humor" over Easter weekend fell flat for its Asian-baiting and implicit racist messaging about Georgia vote suppression laws.

Coronavirus today: Mixed bag. And the open line. - New cases up, but a decline in deaths and number hospitalized. All courtesy of @ArkansasCovid. The line is open.

Politico

Biden's latest stimulus plan: Reducing inequality - Republican lawmakers for years have longed to pass legislation that would rejuvenate the nation's aging infrastructure and boost economic growth. They might finally get it with Joe Biden as president but with a focus they never counted on: targeting inequality.

[U.S. must confront Covid spike, noted epidemiologist warns](#) - A leading epidemiologist said Sunday the nation has to accept that a new wave of Covid cases has hit the United States.

[Schumer: Senate will act on marijuana legalization with or without Biden](#) - Senate Majority Leader Chuck Schumer really likes to talk about weed.

**Breitbart**

**(LR)** [Arkansas' Rutledge on Why She's Better than Sanders: It's Like the 'Flight Attendant' and 'Pilot' on an Airplane](#) - Arkansas Attorney General Leslie Rutledge, who is running for governor in 2022, said during an appearance on SiriusXM's Breitbart News Saturday her work as the state's top lawyer makes her more qualified for the governorship than former White House press secretary Sarah Sanders.

**KLRT**

**(LR)** [Former Dermott city employee arrested on suspicion of thefts at water department, bank](#) - DERMOTT, Ark.- A former employee with the City of Dermott faces charges in connection to thefts at the city's water department and First Service Bank.

**Dylan Jacobs**

**From:** Stephanie Sharp
**Sent:** Sunday, April 11, 2021 1:00 PM
**To:** Stephanie Sharp
**Subject:** April 11, 2021 Clips

ADG

OPINION | REX NELSON: Remote from Arkansas - Richard Florida is a well-known adviser to cities and urban initiatives, including one in Oklahoma known as Tulsa Remote. He's a professor at the University of Toronto's School of Cities and Rotman School of Management.

Little Rock hospital taking part in vaccine study - Although severe reactions to coronavirus vaccines are rare, researchers still know little about why some people have adverse responses to the shots while others do not.

No new virus deaths seen in state - Arkansas saw no new covid-19 deaths for the second day in a row, according to data released Saturday by the state Department of Health.

60 nations see vaccines trickle - LONDON -- As many as 60 countries, including some of the world's poorest, are facing a delay of months in receiving the first shots of their coronavirus vaccinations because nearly all deliveries through the global program intended to help them are blocked until as late as June.

Bills target emergency powers - As governors loosen long-lasting coronavirus restrictions, state lawmakers across the U.S. are taking actions to significantly limit the power governors could wield in future emergencies.

As young border-crossers fill shelters, U.S. under pressure - WASHINGTON -- A desperate plea landed last week in the email in-boxes of employees in government agencies like the Department of Homeland Security and NASA: Will you consider taking a four-month paid leave from your job to help care for migrant children in government-run shelters packed with new arrivals at the border?

Report details chaos of Capitol rampage - WASHINGTON -- From a secure room in the Capitol on Jan. 6, as rioters pummeled police and vandalized the building, Vice President Mike Pence tried to assert control. In an urgent phone call to the acting defense secretary, he issued a startling demand.

Brick houses, artifacts found at site of ancient Egyptian city - CAIRO -- Egypt's best-known archaeologist revealed Saturday further details on a Pharaonic city recently found in the southern province of Luxor.

Plans for return to jury trials in works - When state-court jury trials resume in Arkansas next month, some venue-related creativity will be employed to accommodate covid-19 health guidelines.

Walmart ordered to pay $115M - Bentonville-based Walmart has been ordered to pay $115 million to a Silicon Valley agricultural technology company that sued the retailer, accusing it of misappropriation of confidential information and trade secrets related to development of Walmart's "Eden" system, which is used to manage the freshness of produce and proteins.

Financial outlook for state turns out rosier than feared - One year ago, the financial forecasts for Arkansas were pessimistic, but local officials are grateful the projected fiscal cliffs were overstated.

DEF000294

Def.'s Ex. 1

Deal in works to buy wildlands near Pinnacle Mountain - The Nature Conservancy and the Arkansas Natural Heritage Commission hope to raise enough money to add additional 458 acres in the west Little Rock-Maumelle area for conservation and outdoor recreation.

Drivers see cost of fuel tick up - Drivers are noticing higher prices at the pump thanks to weather-related production disruptions, according to an analysis published by the University of Arkansas System Division of Agriculture.

Arkansas Research Alliance adds 8 members: 2 have ties to area - The Arkansas Research Alliance welcomed two new ARA Scholars and six ARA Fellows to the fold recently. New members include two with southeast Arkansas ties.

Medical officer at Tyson says focus on health - Tyson Foods hired its first chief medical officer in December to help with covid-19 protocols and initiatives, and to build a more health-focused food company for the future.

Talk Business & Politics

Health care leader says more persuasion needed on vaccines to reach herd immunity - The Arkansas Foundation for Medical Care is a key partner with business and health leaders in trying to ramp up Arkansas vaccine deployment against COVID-19. CEO Ray Hanley said Arkansas and other southern states are a puzzling mix of hesitancy.

House minority leader says people want transparency on hate crimes vote - House Minority Leader Rep. Tippi McCullough, D-Little Rock, said the abrupt ending to the Thursday (April 8) judiciary committee that debated a hate crimes bill has raised more questions than answers.

UCA launches $100 million fundraising campaign - The University of Central Arkansas launched the public phase of the largest fundraising effort in university history on Friday (April 9). The campaign, UCA Now: Impact Arkansas and Beyond, is a comprehensive capital campaign with a goal of raising $100 million.

Old State House Museum to open exhibit on Barton Coliseum concerts - The Old State House Museum's exhibit "Play It Loud: Concerts at Barton Coliseum" opens virtually on Friday, April 23 with a tour at 7 p.m. on the museum's Facebook and YouTube channels.

Arkansas Times

Walmart ordered to pay $115 million for breach of contract, stealing trade secrets - A federal jury in Little Rock ruled that Walmart stole trade secrets from Agtech company Zest Labs, a breach that came with a $115 million judgement.

More outcry over Rep. Carol Dalby's hasty gavel on the sham 'hate crime' bill - Chair Carol Dalby banged the gavel so quickly after a voice vote on the "all lives matter" version of a hate crime bill Thursday that no one knows for sure if Senate Bill 622 passed or failed.

Politico

Biden's infrastructure plan heads for the Senate shredder - President Joe Biden says he views his $2 trillion-plus infrastructure plan as simply a starting point for negotiations with Congress, a draft document of ideals where "compromise is inevitable."

Republicans not pleased with Trump's fiery Mar-a-Lago speech - Several Republican leaders on Sunday expressed concern at incendiary comments made by former President Donald Trump during a speech Saturday night at a Republican National Committee donor retreat.

DEF000295

Def.'s Ex. 1

POLITICO Playbook: GOP donors privately pan Trump's 'horrible' RNC speech - A slew of well-heeled Republican National Committee donors descended on Palm Beach this weekend, excited to be schmoozed, eager for access to DONALD TRUMP and other potential 2024 nominees, but mostly interested in hearing how far their dollars would go toward winning back the Congress and White House.

Newton County Times

**(LR)** Arkansas extends state income tax filing deadline - LITTLE ROCK – Attorney General Leslie Rutledge is issuing a notification to Arkansans that the deadline for filing state individual income tax has been extended until May 17, 2021 to coincide with the extended federal deadline.

## Dylan Jacobs

**From:** Stephanie Sharp
**Sent:** Monday, April 12, 2021 7:56 AM
**To:** Stephanie Sharp
**Subject:** April 12, 2021 Clips

ADG

Some Arkansans fail to get second shot - Against the backdrop of waning public demand for covid-19 vaccinations in the state, a new problem is emerging: Some Arkansans are not showing up for the second dose of their shots.

Michigan governor vows pursuit of vaccine doses - DETROIT -- Michigan Gov. Gretchen Whitmer said Sunday that she's going to continue to fight to get more vaccine doses for Michigan despite the Biden administration's resistance to her efforts.

Little Rock board to weigh sales-tax election - Little Rock city directors are scheduled to vote April 20 on whether to call an election this summer on Mayor Frank Scott Jr.'s proposed 1 percentage point sales-tax increase, according to the proposed agenda for the upcoming board meeting.

FBI engaging city on hate crimes - The FBI field office in Little Rock will offer classes on hate crimes to community groups and law enforcement agencies following a push for awareness of crimes against Asian American and Pacific Islander communities.

Blinken faults China on lack of virus clarity - U.S. Secretary of State Antony Blinken on Sunday criticized the Chinese government for a lack of transparency during the pandemic, particularly during "the early stages of covid," and he called for a more thorough investigation of the origins of the coronavirus.

Talks center on fiscal 2022 state spending - Legislative leaders have met twice with Gov. Asa Hutchinson to discuss the proposed legislation that will set spending priorities for state government next fiscal year, and lawmakers will see a draft of the proposal as early as this week, according to a co-chairman of the Joint Budget Committee.

Iranians denounce 'nuclear terrorism' - DUBAI, United Arab Emirates -- Iran on Sunday described a blackout at its underground Natanz atomic facility an act of "nuclear terrorism," raising regional tensions as world powers and Tehran continue to negotiate over its tattered nuclear deal.

Homeless shelter expanding efforts on mental health - A Fort Smith homeless shelter, among a few in the nation with a fully staffed on-site mental health clinic, is seeking a state license and has received a grant to expand its treatment program.

Electric car-battery trade fight is resolved - WASHINGTON -- Two big South Korean electric vehicle battery makers said Sunday that they have settled a long-running trade dispute that will allow one company to move ahead with plans to manufacture batteries in Georgia. President Joe Biden called it "a win for American workers and the American auto industry."

Financial outlook for state turns out rosier than feared – One year ago, the financial forecasts for Arkansas were pessimistic, but local officials are grateful the projected fiscal cliffs were overstated.

Arkansas Business

Def.'s Ex. 1

Holliday Bankruptcy Sale Nets $782,000 - Nearly 350 items of Jacob "Kade" Holliday's property sold at an auction last month for $782,000.

BP Energy Issues Statement on Winter Storms - Arkansas Oklahoma Gas Corp. of Fort Smith is suing BP Energy Co. of Houston for breach of contract.

Housing Trends in Northwest Arkansas Pits Popularity vs. Affordability - Northwest Arkansas leaders are concerned that the region's rising economic tide could leave many in the area vainly searching for an affordable home.

Single-Family Residential Construction Soars - The residential construction market in the Little Rock area boomed last year despite the COVID-19 pandemic, with the number of new single-family housing units permitted hitting their highest level since 2007, at more than 1,500.

Politico

The Biden White House media doctrine: Less can be more - Three months in, Joe Biden's White House has settled on a firm press strategy: First, do no self-harm.

Pentagon chief declares 'ironclad' U.S. commitment to Israel - TEL AVIV, Israel — Defense Secretary Lloyd Austin on Sunday declared an "enduring and ironclad" American commitment to Israel, reinforcing support at a tense time in Israeli politics and amid questions about the Biden administration's efforts to revive nuclear negotiations with Israel's archenemy, Iran.

DEF000298

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Sunday, April 18, 2021 12:12 PM |
| **To:** | Stephanie Sharp |
| **Subject:** | April 18, 2021 Clips |

ADG

Files link Arkansans to role in Bay of Pigs - Twenty-four Arkansans helped train Cuban exiles in Guatemala for the Bay of Pigs invasion on April 17-19, 1961, according to recordings of President John F. Kennedy talking to aides and intelligence officers.

Covid-19 toll around world tops 3 million - RIO DE JANEIRO -- The global death toll from the coronavirus topped 3 million people Saturday amid repeated setbacks in the worldwide vaccination campaign and deepening crises in places such as Brazil, India and France.

OPINION | REX NELSON: A mecca of health - First, it was culture that Alice Walton brought to northwest Arkansas. The opening of Crystal Bridges Museum of American Art at Bentonville on Nov. 11, 2011 followed by the debut of the Momentary in early 2020 shortly before the onset of the pandemic--caused people to think about the region in a new light.

Pandemic lingers, states' policies shift - PORTLAND, Ore. -- As states around the country lift coronavirus restrictions, Oregon is poised to go the opposite direction. Alaska, meanwhile, will begin offering vaccinations at the airport as a tourism draw, while several states have lifted mask mandates and in Texas businesses have reopened at 100% capacity.

Iran cites progress in bid to revive nuclear accord - World powers made further progress in their efforts to end a yearslong standoff between Iran and the U.S. over the fate of the 2015 nuclear deal, as the Islamic Republic said a "new understanding" was taking shape at talks in Vienna.

More suits targeting opioids strategist - U.S. cities and counties are increasingly at odds with their own state governments over how to divvy up $641.5 million that consulting firm McKinsey & Co. has offered to settle its liability for work with the opioid industry.

Initiative offers pupils free tutoring on Zoom - Online, small-group tutoring in math, science and for college entrance exams and other tests is now available at no cost to middle and high school students.

After a slowdown, state covid vaccinations jump - Gov. Asa Hutchinson lauded last week's spike in covid-19 vaccinations in a tweet Saturday.

Counties' steps aim to assert rights - Five Arkansas counties have approved measures intended to protect or affirm constitutional rights, largely as precautions in case county governments perceive state or federal challenges to the Second Amendment to the U.S. Constitution.

Rogers senior earns admission to 18 colleges - ROGERS -- A video shows Reyna Garcia cupping her hands over her mouth, letting out a gasp and screaming when she learned she'd been accepted into Harvard University. Then she begins to sob with joy.

New FCC setup to require 10-digit dialing in 501 area code - People in Central Arkansas should soon start dialing all 10 digits for local calls, the Federal Communications Commission said.

DEF000299
Def.'s Ex. 1

Potential conflicts hit cultural-tourism idea - An aggressive plan to spend $1.5 million over seven years to develop part of downtown as a way to capitalize on the popularity of cultural and heritage tourism was presented to the Pine Bluff Advertising and Promotion Commission last week, but it is unclear whether the commissioners can even vote on the matter at this point because of potential conflicts of interest.

Churches adjust to challenges - Early in the coronavirus pandemic, Arkansas Gov. Asa Hutchinson strongly urged churches not to gather and to voluntarily follow the directive on large gatherings.

Cancer fundraiser to honor two - Eleven men and women in Central Arkansas are vying for the titles of Man and Woman of the Year, but the competition is friendly and the real winners are those helped by the Leukemia and Lymphoma Society (LLS).

Barbers, artists help defy vaccine myths for people of color - SAN DIEGO -- In a Washington, D.C., suburb, Black and Latino barbers are busting myths about the coronavirus vaccine while clipping hair.

Lawyers rip justice agency over its defense of Trump in lawsuit - The U.S. Justice Department made a "wrong and dangerous" argument in seeking to defend former President Donald Trump against a former advice columnist's claim that he defamed her when he denied her allegation of rape, her lawyers have told a court.

## Talk Business & Politics

Gov. Hutchinson to form outside political group to shape national GOP policy, candidates in 2022 - Arkansas Gov. Asa Hutchinson may not have formally committed to a 2024 Presidential run, but he's raising his profile to be a national voice in the 2022 cycle.

## Arkansas Times

No sham: Legislation aiming at racial unity - The sham hate crime bill managed to further divide Arkansas between groups historically discriminated against and those bound not to give any protection to certain oppressed groups.

## Politico

'I doubt very seriously if they just cancel' paused J&J vaccine, Fauci says - Anthony Fauci, the nation's top infectious disease expert, predicted Sunday that the Johnson & Johnson coronavirus vaccine will continue to be used "in some form," though it could come with a warning or restriction.

'Trumpiest Trumpster of the bunch': GOP gets a gut check - Nebraska's been lucky so far. It's largely ducked the ugly intraparty feuding that's consumed the GOP in Georgia, Arizona and elsewhere in the post-Trump era.

FBI says it interviewed FedEx mass shooter last year - INDIANAPOLIS — The former employee who shot and killed eight people at a FedEx facility in Indianapolis was interviewed by FBI agents last year, after his mother called police to say that her son might commit "suicide by cop," the bureau said Friday.

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Sunday, August 22, 2021 10:45 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | August 22, 2021 Clips |

ADG

Afghanistan's chaos forcing U.S. changes - KABUL, Afghanistan -- Islamic State threats against Americans in Afghanistan are forcing the U.S. military to develop new ways to get evacuees to the airport in Kabul, a senior U.S. official said Saturday, adding a complication to already chaotic efforts to get people out of the country after its swift takeover by the Taliban.

Missteps marked Afghanistan pullout: look at timeline finds wrong turns early-on - WASHINGTON -- Interviews with key participants in the last days of the 20-year-long war in Afghanistan show a series of misjudgments and the failure of President Joe Biden's calculation that pulling out U.S. troops -- prioritizing their safety before evacuating U.S. citizens and Afghan allies -- would result in an orderly withdrawal.

Steam locomotive Big Boy No. 4014, at 132 feet and 1.2 million pounds, rumbling into Arkansas - It's big, it's famous, and it's back from the dead.

Arkansas hospital cases tied to virus drop again - Covid-19 hospitalizations in Arkansas continued to decrease Saturday, according to data from the state Department of Health.

Anti-vaccine, anti-mask demonstrations across U.S. take violent turns - PHOENIX -- Across the country, anti-vaccine and anti-mask demonstrations are taking scary and violent turns. People have been stabbed, punched or harassed at their homes for being in favor of vaccine and mask mandates. Often the assailants are parents.

Aid outlook for Haiti uncertain - The urgent pleas for donations to help Haiti cope with the magnitude 7.2 earthquake Aug. 14 began almost immediately. Charities reported an initial outpouring of generosity for a poor country that has long depended on philanthropic aid.

Grace hits coast of Mexico, weakens - VERACRUZ, Mexico -- Hurricane Grace hit Mexico's Gulf shore as a major Category 3 storm before weakening on Saturday, drenching coastal and inland areas in its second landfall in the country in two days. At least eight people died, authorities said.

Global protests against pandemic restrictions gather steam - SYDNEY -- More than 250 people who were protesting coronavirus lockdowns in Australia were arrested Saturday and many faced fines for defying health orders, authorities said.

Investigators get info from iCloud account of Gravette man in U.S. Capitol breach - The whereabouts of Richard "Bigo" Barnett's cellphone have been somewhat of a mystery since he visited the U.S. Capitol on Jan. 6 and propped his feet on a desk in House Speaker Nancy Pelosi's office.

Overall population growth in Northwest Arkansas is large but not evenly distributed, census shows - Northwest Arkansas' rapid growth leaves the rest of the state behind -- with portions within Northwest Arkansas lagging, too, U.S. Census results show.

Def.'s Ex. 1

$6.1M grant supports virus research at UA - FAYETTEVILLE -- A $6.1 million National Science Foundation grant will establish a research institute at the University of Arkansas, Fayetteville to study how viruses fundamentally interact with living hosts across different types of life.

Concerns rise about availability of blood in Arkansas - Ellie Roy, owner of Argenta Bead Co., waited in her husband's hospital room as his doctor talked to the hospital staff about an urgency for blood platelets to treat the man she's been married to for 19 years.

Arkansas Repertory Theatre to resume live productions with diverse '21-22 season - Charlie Brown, Julia Sugarbaker and Little Red Riding Hood will take the main stage at Arkansas Repertory Theatre as it returns to live productions, starting Dec. 2-23 with "A Charlie Brown Christmas."

European cities re-envision tourism - On a warm Friday night in July, the sun seemed to linger behind Amsterdam's low, 16th century skyline. In the red light district, the crush of tourists that was common before the pandemic had long since vanished, making it easy for a delivery worker to cycle past a handful of gawkers around the old town's notorious storefronts.

Patriot Park planned in Fayetteville to help end veteran homelessness - FAYETTEVILLE -- The people developing an apartment complex for veterans hope the project will effectively end homelessness in the region for those who served in the military and will provide easy access to the care they need.

UAFS follows system mask mandate, holds vaccination clinics - FORT SMITH -- University of Arkansas-Fort Smith is following the same covid-19 rules as the rest of the UA system and providing opportunities for students to get vaccinated against the virus.

Census numbers will force school board changes in six NWA districts - Six school districts in either Washington or Benton counties must change the way they elect board members to help protect the voting rights of racial minorities, officials said.

Northwest Arkansas health care providers offer monoclonal antibody treatment - FAYETTEVILLE -- Amy Riklon of Fayetteville started feeling bad Aug. 6. Three days later, while experiencing chills and a fever, she tested positive for covid-19.

## Talk Business & Politics

Five named to Arkansas Insurance Hall of Fame - The Arkansas Insurance Hall of Fame has announced the 2021 class of inductees.

## Arkansas Times

(LR) See Sarah Sanders in person! RSVP needed. - Sarah Huckabee Sanders, whose Republican campaign for governor has avoided public appearances except at Mar a Lago and some Republican events, is going public, at least to some degree

Jason Rapert set for contempt hearing in 10 Commandments lawsuit - Federal Judge Kristine Baker has set a hearing Sept. 8 for Sen. Jason Rapert to show cause why he should not be held in contempt of court for refusing to provide information to opposing lawyers in the lawsuit over the 10 Commandments monument on the state Capitol grounds.

## Politico

Inside Al Sharpton's wild campaign to draft Biden into Delaware's most tortured court drama - President Joe Biden had just wrapped a recent speech when Reverend Al Sharpton's brooding mug appeared on MSNBC.

Biden's national security adviser: 'We are not going to rest' until evacuations done - National security adviser Jake Sullivan on Sunday said the Biden administration is "not going to rest" until all civilians, both Americans and Afghan allies of the U.S., are evacuated from Afghanistan.

White House to House Dems: Drug price plan is a winning issue - The White House is aggressively touting the political benefits of President Joe Biden's plan to lower the cost of prescription drug prices, setting up the issue as a likely focal point of Congress' budget debate when the House returns this week.

KTLO

(LR) Attorney General Alert: Scam artists are not fans of school athletic programs - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge is contacting school districts statewide to warn them of a predatory marketing scheme that dupes local businesses into paying hundreds of dollars for sports merchandise, t-shirts, and athletic event items such as banners and cups.

LAW 360

(LR) Pandemic Aid Restrictions Already Harm States, Court Told - An Alabama-led group of states told a federal court a provision barring states from using pandemic aid to offset tax cuts has already harmed states by interfering with the passage of.

**Dylan Jacobs**

---

**From:**      Stephanie Sharp
**Sent:**      Monday, August 23, 2021 7:53 AM
**To:**        Stephanie Sharp
**Subject:**   August 23, 2021 Clips

ADG

Prosecutor hired for state prison cases - An increase in felony cases coming out of the Arkansas Department of Corrections led to the agency coming to an agreement with the Office of the Prosecutor Coordinator to hire a deputy prosecuting attorney whose sole responsibility will be to handle the prison-related cases.

Divided Democrats returning to House - WASHINGTON -- House Democrats are preparing to take the first steps today toward adopting a roughly $3.5 trillion spending plan that would enable sweeping changes to the nation's health care, education and tax laws, but rifts among party lawmakers threaten to stall the package's swift advance.

Air pollution in Arkansas remains within federal standards, but activists urge faster progress - Arkansas has not exceeded federal limits for common air pollutants that can harm health or the environment in recent years, according to the latest state report, but environmental advocates say there's still room for improvement.

Group named in Little Rock to focus on four wards - Little Rock has released the names of seven people who will serve on a working group tasked with overseeing an effort to steer resources to four underserved wards.

Biden: Flights out of Kabul accelerating - WASHINGTON -- President Joe Biden said Sunday that the U.S.-led evacuation of Americans, at-risk Afghans and others from the Kabul airport accelerated this weekend, although it remains vulnerable to threats posed by the Islamic State extremist group.

Arkansas reports 29 more covid-19 deaths Sunday, weekly total at 207 - The state Health Department reported another 29 Arkansans have died from covid-19 Sunday, which brings the death toll over the past seven days to 207.

Questions grow over post-shot infections - Anecdotes tell what the data can't: Vaccinated people appear to be getting the coronavirus at a surprisingly high rate. But exactly how often isn't clear, nor is it certain how likely they are to spread the virus to others.

Afghan refugee gives birth after U.S. evacuation flight landing - An Afghan woman gave birth just moments after landing on an evacuation flight, the U.S. Air Mobility Command said early Sunday.

Haiti gang leader offers quake aid – LES CAYES, Haiti -- A Haitian gang leader on Sunday offered a truce and help for communities shattered by a devastating earthquake -- potentially offering a break for a relief effort that has been plagued by hijacked aid trucks and disorder.

Virus strategies differ around Pacific - WELLINGTON, New Zealand -- The discovery of a single local covid-19 case in New Zealand was enough for the government to put the entire country into strict lockdown this past week. While others might see that as draconian, New Zealanders generally support such measures because they worked so well in the past.

Tennessee flood kills 22 people; dozens missing - WAVERLY, Tenn. -- At least 22 people were killed and rescue crews searched desperately Sunday amid shattered homes and tangled debris for dozens of people still missing after record-breaking rain sent floodwaters surging through middle Tennessee.

DEF000304                    Def.'s Ex. 1

Rock Region exploring development options for downtown Little Rock bus terminal - The River Cities Travel Center, the main bus transfer hub in downtown Little Rock, opened 21 years ago this month at a cost of $4 million.

FDA: Do not use livestock drug to treat covid at home - Ivermectin, an anti-parasitic drug commonly used for livestock, should not be taken to treat or prevent covid-19, the Food and Drug Administration said Saturday.

Little Rock groupie 'Sweet Sweet Connie' of Grand Funk fame dies at 66 - Arkansas' most famous rock 'n' roll groupie has died.

OPINION | OLD NEWS: This Arkansas governor wasn't afraid to sing - Imagine an alternate universe in which Gov. Asa Hutchinson suddenly slips the stately bonds of public servitude and takes to the stage, hoofing about while warbling the lead in a comic opera.

Arkansas Teach Plus aims to recruit, retain more teachers of color - Northwest Arkansas teachers have been selected to participate in training to help shape statewide educational policies.

## Talk Business & Politics

Tourism, economic development leaders partner to recruit return to Arkansas - While COVID-19 has impacted tourism and travel as well as business expansion, Arkansas is pushing forward to remain open and ready for business. Tourism and economic officials in Arkansas have spent many years trying to convince people to work, live and play in Arkansas.

Five named to Arkansas Insurance Hall of Fame - The Arkansas Insurance Hall of Fame has announced the 2021 class of inductees.

## Arkansas Times

Coronavirus today: 29 more deaths - The numbers follow the usual Sunday routine, fewer new cases owing to less testing and 29 deaths to go with a small drop in number on ventilators. The line is open.

## Politico

Taliban threaten consequences if US delays Afghanistan exit - British Prime Minister Boris Johnson is expected to ask U.S. President Joe Biden to keep American boots on the ground in Afghanistan after August 31's withdrawal deadline but the Taliban say they won't accept any extension.

Health worker crunch pressures states battling Delta variant - Hospitals and lawmakers in states gripped by the Delta variant are offering nurses tens of thousands of dollars in signing bonuses, rewriting job descriptions so paramedics can care for patients and pleading for federal help to beef up their crisis-fatigued health care workforces.

At least 22 dead after 17 inches of rain in Tennessee - WAVERLY, Tenn. — At least 22 people were killed and rescue crews searched desperately Sunday amid shattered homes and tangled debris for dozens of people still missing after record-breaking rain sent floodwaters surging through Middle Tennessee.

## KARK

(LR) Capitol View: Gov. Asa Hutchinson, AG Leslie Rutledge join to discuss mask mandates and redistricting - LITTLE ROCK, Ark. — This week on Capitol View Jay Bir is joined by Arkansas Governor Asa Hutchinson to talk about how the state is helping with rising hospitalizations due to COVID-19 and the controversy over mask mandates.

DEF000305

USA Today

(LR) Lawsuits challenging state voting restrictions could alter rules - Advocates argue the laws make it harder to vote, especially for people of color.

Def.'s Ex. 1

**Dylan Jacobs**

---

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Tuesday, August 24, 2021 7:55 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | August 24, 2021 Clips |

ADG

**(LR)** Rutledge vows schools focus: Sanders skips election forum - Republican gubernatorial candidate Leslie Rutledge said Monday night that, if elected, she would make education the top priority and phase out the state's income tax over eight years.

**(LR)** OPINION | JOHN BRUMMETT: The 2024 gambit - Donald Trump threw one of his rallies Saturday night in rural Alabama, which was a good place for him, and dared to tell cultists to get the vaccine as he did.

**(LR)** New law on Plant Board draws suit - A Little Rock attorney who won a lawsuit this spring challenging the composition of the state Plant Board has joined three farmers in contesting the latest law establishing how the board's next members are selected.

State ICUs hit high of 558 covid patients - As the number of covid-19 patients in Arkansas' intensive care units set a new record when it rose by 17 to 558 Monday, two new weapons have been added to the arsenal to fight the disease.

Panel backs $5.6M in relief aid for UAMS; staffing, bed shortages spur endorsement - A legislative committee on Monday endorsed a request to use about $5.6 million in federal coronavirus relief funds to go toward addressing staffing and bed shortages at the University of Arkansas for Medical Sciences.

Day's U.S. evacuees top 10,000 in Kabul - WASHINGTON -- The U.S. military reported its biggest day of evacuation flights out of Afghanistan by far on Monday, but deadly violence that has blocked many desperate evacuees from entering Kabul's airport persisted, and the Taliban signaled they might soon seek to shut down the evacuation.

Walmart to launch delivery service for other businesses - NEW YORK — Walmart says it will start commercializing its delivery service, using contract workers, autonomous vehicles and even drones to deliver other retailers' products directly to their customers' homes as fast as just a few hours.

Students glad to be back at UA - FAYETTEVILLE -- Fall semester classes began Monday at the University of Arkansas, Fayetteville with an indoor mask mandate in place and several students describing their return to campus as a welcome change compared to a year earlier.

Democrats in House standoff: no one blinks - WASHINGTON -- Brushing past moderates, House Democratic leaders tried to muscle President Joe Biden's multitrillion-dollar budget blueprint over a key hurdle Monday night, hoping to shelve for now an intraparty showdown that risks upending their domestic infrastructure agenda.

State ICUs hit high of 558 covid patients - As the number of covid-19 patients in Arkansas' intensive care units set a new record when it rose by 17 to 558 Monday, two new weapons have been added to the arsenal to fight the disease.

Pfizer covid vaccine gains FDA approval - Federal regulators Monday granted full approval to the Pfizer-BioNTech coronavirus vaccine -- a milestone that stands a chance of helping increase inoculation rates and sparking a wave of

DEF000307                    Def.'s Ex. 1

vaccine mandates by employers and universities amid the surge of new cases and hospitalizations fueled by the delta variant.

Army vetting Fort Chaffee as site for Afghan refugees - FORT SMITH -- Fort Chaffee is being considered to house Afghan refugees.

Cuomo rips media, defends his record - ALBANY, N.Y. -- Andrew Cuomo defended his record over a decade as New York's governor and portrayed himself as the victim of a "media frenzy" Monday as he prepared for a midnight power transfer that will make Lt. Gov. Kathy Hochul the state's first female governor.

NYC mandates shots for teachers, staffs at schools - NEW YORK -- All New York City public school teachers and other staffers will have to get vaccinated against the coronavirus, officials said Monday, ramping up pandemic protections as the nation's largest school system prepares for classes to start next month.

Evacuations the focus, Harris says - SINGAPORE -- Vice President Kamala Harris asserted Monday that the U.S. must maintain its focus on evacuating Americans and vulnerable Afghans and shouldn't get distracted by questions over what went wrong in the chaotic U.S. exit from Afghanistan.

Weapons sentence: 17½ years in prison - After four years and four attorneys, a Little Rock man who said his lawyer and a government prosecutor pressured him into pleading guilty on a gun possession charge in federal court in 2019 was sentenced to 17½ years in prison on a weapons charge Monday.

Duggar wants statements suppressed, child porn charges dropped - FAYETTEVILLE -- Lawyers for Josh Duggar filed two motions to dismiss the child pornography case against him.

Afghanistan crisis seen fraying U.K.'s relations with U.S. - LONDON -- The messy exit of Western military forces from Afghanistan and the swift takeover of the country by the Taliban has stunned officials in Britain and strained the U.K.'s "special relationship" with its most important ally, the United States.

## Arkansas Business

Walmart to Launch Delivery Service for Other Businesses - NEW YORK (AP) — Walmart Inc. of Bentonville said Tuesday that it will start commercializing its delivery service, using contract workers, autonomous vehicles and even drones to deliver other retailers' products directly to their customers' homes as fast as just a few hours.

Kristin Merlo to Lead Delta Dental of Arkansas - Delta Dental of Arkansas has named Kristin Merlo president and CEO, effective Sept. 29, following a nationwide search.

Existing Home Sales Rose in July, Inventory Ticked Higher - Sales of previously occupied U.S. homes rose for the second consecutive month in July, though only modestly from a year ago, suggesting the red-hot housing market may be cooling a little.

Mercy to Pay All Employees $15 Per Hour, Starting Sept. 19 - Mercy, which operates hospitals in Fort Smith and Rogers, announced last week that it will increase to $15 per hour the starting wage for all current and new employees across its multistate footprint.

UAMS Researchers Get $2.5M for Opioid Abuse-Fighting App - A team of University of Arkansas for Medical Sciences researchers has been awarded a five-year, $2.5 million grant to determine if a smartphone app can reduce the relapse rate in people with opioid use disorder.

## Talk Business & Politics

Def.'s Ex. 1

**(LR)** Attorney General Leslie Rutledge 8.23.21 - Attorney General Leslie Rutledge, a GOP candidate for Arkansas governor, participates in a KATV-TB&P Education Town Hall.

Tourism, economic development leaders partner to recruit return to Arkansas - While COVID-19 has impacted tourism and travel as well as business expansion, Arkansas is pushing forward to remain open and ready for business. Tourism and economic officials in Arkansas have spent many years trying to convince people to work, live and play in Arkansas.

## Arkansas Times

Lyon College president on the hot seat for remarks about white supremacists, Trump - Lyon College President W. Joseph King is on the hot seat for an interview he gave to the Chronicle of Higher Education.

Democrat-Gazette ends online comments on news articles - The Arkansas Democrat-Gazette announced today that it was ending commenting on most online material, except opinion pieces.

Coronavirus today: Hospital numbers up again, with 349 on ventilators. - Again, the early numbers on the daily Health Department report on COVID-19 in Arkansas.

Sales tax money continues to run ahead of expectations in Little Rock, with tax increase on ballot next month - City Director Lance Hines, who Tweeted this message weeks ago, got a little more fuel for his anti-tax-increase campaign today with the state's monthly release of figures on the sales taxes it collects for cities in Arkansas. Little Rock continues to run ahead of budget.

Fort Chaffee being considered to hold Afghan refugees - Our news partners at Fox 16 report that Fort Chaffee is being considered as a place to hold Afghans seeking resettlement in the U.S.

FDA gives full approval to Pfizer vaccine - Here's the FDA announcement of full approval for the Pfizer-BioNTech COVID-19 vaccine for people 16 and older.

Vaccination resistance graphically illustrated in Mountain Home - Worth watching. A powerful video report from the New York Times exploring vaccine resistance in Mountain Home. A hospital patient explains his resistance to the vaccine under breathing assistance in a hospital bed, not many days before he died. A hospital staff in which only 50 percent are vaccinated is another striking point.

Amazon's latest Arkansas outpost: Yellville - A friend in the real estate business alerts me to Amazon's latest footprint in Arkansas, a last-mile delivery facility in Yellville, a town of 1,200 in rural Marion County.

## Politico

Sadness and death: Inside the VA's state nursing-home disaster - For years, the Veterans Affairs has spent upwards of $1 billion a year funding state-run nursing homes for veterans, while requiring only a single annual safety inspection, performed by an outside contractor.

FDA approves Pfizer-BioNTech vaccine, making way for more vaccine mandates - The Food and Drug Administration marked a pandemic milestone on Monday as it approved the first Covid-19 vaccine for use in adults, raising hopes that the decision will convince some holdouts to get vaccinated and spark a wave of employer and school immunization mandates.

'An enormously valuable trove': America's race against Afghan data - U.S. officials racing to evacuate Afghan allies have limited time before another threat comes into play: vast digital data stores that will expose Afghans' ties to American operations on a massive scale once in Taliban hands.

Log Cabin Democrat

(LR) AG files suit against Conway eye clinic - Arkansas Attorney General Leslie Rutledge filed a civil lawsuit against Dr. Charles Todd, Jr., Karen Todd and Conway Eye Care/Todd Eye Clinic seeking civil penalties following an investigation that they fraudulently billed the Arkansas Medicaid Program for more than four years by falsifying documents to commit Medicaid fraud.

SWARK

(LR) Rutledge Files Lawsuit Seeking Over $800,000 in Restitution Following Conway Eye Care Clinic Medicaid Fraud - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge filed a civil lawsuit against Dr. Charles Todd, Jr., Karen Todd, and Conway Eye Care/Todd Eye Clinic seeking civil penalties following an investigation that they fraudulently billed the Arkansas Medicaid Program for more than four years by falsifying documents to commit Medicaid fraud. The lawsuit requests the Defendants pay $815,085.59 in restitution to the Arkansas Medicaid Program in addition to civil penalties.

KATV

(LR) Education town halls scheduled for GOP, Democratic gubernatorial candidates - LITTLE ROCK, Ark. (TB&P) — KATV and Talk Business & Politics will host two town halls focused on education in August that will provide forums for the Republican and Democratic candidates for Arkansas governor.

DEF000310

**Dylan Jacobs**

---

**From:** Stephanie Sharp
**Sent:** Thursday, August 26, 2021 7:42 AM
**To:** Stephanie Sharp
**Subject:** August 26, 2021 Clips

ADG

(LR) Desegregation cases can't stop students from leaving 4 south Arkansas districts, federal appeals court says - Decades-old federal school desegregation orders cannot be used to stop students from transferring out of four south Arkansas school districts, a federal appeals court panel ruled Wednesday.

354 patients put on ventilators, a new state high - The number of covid-19 patients in Arkansas on ventilators jumped to a new high Wednesday, while the number of those hospitalized with the virus rose by one.

Numbers still murky on Afghanistan exit - WASHINGTON -- Secretary of State Antony Blinken said Wednesday that as many as 1,500 Americans may be awaiting evacuation from Afghanistan, a figure that suggests the U.S. may accomplish its highest priority for the Kabul airlift -- rescuing U.S. citizens -- ahead of President Joe Biden's Tuesday deadline.

Little Rock housing authority board fires director who alleged misconduct; federal lawsuit promised - The Little Rock public housing authority board voted Wednesday to fire the executive director who had complained about board members' conduct in a June memo that became public.

Russellville man pleads guilty to kidnapping, assault and maiming in New Aryan Empire federal case - A Russellville man accused of numerous acts of racketeering and violence in a 2017 investigation into drug trafficking and organized crime in Pope County pleaded guilty Wednesday in federal court to aiding and abetting kidnapping, maiming and assault with a dangerous weapon.

Shots mandated for military; need healthy troops to defend nation, defense chief says - WASHINGTON -- Military troops must immediately begin to get covid-19 vaccinations, Defense Secretary Lloyd Austin said in a memo Wednesday, ordering service leaders to "impose ambitious timelines for implementation."

Bid for $35M for broadband gets Arkansas panel's nod - Arkansas' American Rescue Plan steering committee Wednesday endorsed the state Department of Commerce's request for $35 million more in federal coronavirus relief funds for the state's broadband grant program.

Parent demand for remote instruction causes Little Rock School District to consider short-term outsourcing - The Little Rock School District is poised to use an outside education business to provide online, remote instruction for students on waiting lists for the district's maxed-out Ignite Digital Learning Academies, particularly the online elementary academy.

Arkansas judges, prosecutors seeking 3% salary bump - Arkansas judges and prosecutors are asking the state commission that sets their pay for a 3% cost-of-living salary increase.

Governor adds 12,000 virus deaths to N.Y. tally - ALBANY, N.Y. -- Delivering another blow to what's left of former Gov. Andrew Cuomo's legacy, New York's new governor acknowledged on her first day in office that the state has had nearly 12,000 more deaths from covid-19 than Cuomo told the public.

Def.'s Ex. 1

China goes for Harris' spotlight - Vice President Kamala Harris, on her second international trip in the role, got a taste of the intensifying rivalry between the United States and China as she flew into Vietnam -- a former U.S. adversary wary of Beijing's growing dominance and now courted by Washington.

Windgate Foundation builds on earlier support for UA arts with $30 million grant - FAYETTEVILLE -- A $30 million Windgate Foundation grant announced Wednesday continues unprecedented gift support for arts education at the University of Arkansas, Fayetteville as growth ramps up with new programs and more students.

'We can't do much more': $650 million latest estimate for Fort Smith sewer repairs - FORT SMITH -- The city's consent decree is far more demanding financially than originally anticipated.

3rd Ward neighbors ask for help on crime - In phase 2 of their efforts to build a safer Pine Bluff, the United Citizens of Pine Bluff held a Neighborhood Watch Town Hall meeting for the Third Ward on Tuesday to discuss the survey results of a six-week public safety survey conducted in January.

Delta tells staff to get shots or pay - Delta Air Lines will charge employees on the company health plan $200 a month if they fail to get vaccinated against covid-19, a policy the airline's top executive says is necessary because the average hospital stay for the virus costs the airline $40,000.

Purdue: Opioids deal best for states - As much as some dislike it, Purdue Pharma's plan to settle thousands of lawsuits over opioids is better for states than allowing them to continue lawsuits against the company and its owners, a company lawyer told a judge Wednesday.

Rogers School District tops Forbes list of best Arkansas employers - ROGERS -- The School District ranks No. 1 on Forbes' list of the best employers in Arkansas for 2021.

## Arkansas Business

Official: Doctor at Arkansas Jail Used Ivermectin on Inmates for COVID - LITTLE ROCK, Ark. (AP) — Inmates at a northwest Arkansas jail have been prescribed ivermectin to combat COVID-19, despite warnings from federal health officials that the antiparasitic drug should not be used to treat the coronavirus.

Scott Street Resigns As CEO of El Dorado Hospital - Scott Street, CEO at the Medical Center of South Arkansas in El Dorado, has resigned following two no-confidence votes by the hospital's staff.

Windgate Awards Another $30M for UA Art District - The Windgate Foundation has awarded another $30 million grant to the University of Arkansas in Fayetteville for the second phase of its planned Windgate Art and Design District.

Delta Will Charge Unvaccinated Workers $200 More A Month - Delta Air Lines will charge employees on the company health plan $200 a month if they fail to get vaccinated against COVID-19, a policy the airline's top executive says is necessary because the average hospital stay for the virus costs the airline $40,000.

## Talk Business & Politics

Windgate Foundation to give $30 million for second phase of University of Arkansas art district - The University of Arkansas announced Wednesday (Aug. 25) a $30 million partial challenge grant from the Windgate Foundation to further expand the Windgate Art and Design District, a home for the UA's School of Art. The money will be for the district's second phase that will include the 58,000-square-foot Windgate Gallery and Foundations Building.

Cong. Bruce Westerman on Afghanistan, I-49 delay - U.S. Rep. Bruce Westerman, R-Hot Springs, says the Aug. 31 deadline to withdraw U.S. troops from Afghanistan is arbitrary and unfeasible.

Arkansas Times

(LR) State wins reversal of court ruling exempting four South Arkansas school districts from school transfer law - The 8th U.S. Circuit Court of Appeals today reversed an earlier decision and said the Junction City, Hope, Camden-Fairview and Lafayette County school districts should not be exempt from the state's open-ended school transfer law on account of past desegregation rulings.

Change in leadership at Little Rock teachers group - Heard this was coming. Reason not known. Gilbert, a teacher at Central High, became president Aug. 1 after defeating Teresa Knapp Gordon's bid in March for another term as leader of the Little Rock School District union for teachers and staff.

Library system hopes for a tax boost to maintain services and improve digital offerings - If voters pass it on Nov. 9, a property tax increase that amounts to about $14 a year for a house worth $150,000 would go toward keeping the Central Arkansas Library System up and running for both in-person and online patrons.

Another director gone from Little Rock housing authority - Tess Vrbin of the Arkansas Democrat-Gazette reports that the board of the Metropolitan Housing Alliance voted 4-0 today to fire Nadine Jarmon as executive director. She'd been suspended with pay in late June.

New data: Compiling vaccination rates by school districts - The Arkansas Center for Health Improvement has added another metric to its database — tracking COVID-19 vaccination rates by school district.

Publication says it did not misquote Lyon College president - Lyon College President Joseph King was not misquoted in a Chronicle of Higher Education article that has touched off a furor in Batesville, the publication says.

Darkansas cognitive dissonance III: Voting rights (and French Hill hypocrisy) - Of course, French Hill, Rick Crawford, Bruce Westerman and Steve Womack opposed legislation to guarantee voting rights. The Arkansas Republican Party, with support from the governor, is a leader in the national GOP effort to throw up hurdles to more voting participation. Vote suppression, in other words.

Darkansas cognitive dissonance I: Medicine for animal worms - A three-part series on our state in the time of a pandemic and national political division

Darkansas cognitive dissonance II: Vaccinations - Sens. Kim Hammer and Terry Rice are raising a riot about the possibility that people who refuse to work at businesses with vaccination requirements might not get unemployment benefits.

Politico

Mike Pompeo takes his own arrows over the Afghanistan collapse – Trump's former secretary of State played a key role in the deal with the Taliban. He says Biden botched it. Other Republicans aren't letting him off the hook.

Afghanistan's a sh--show. But for K Street, it's an opportunity. - The deteriorating situation in Afghanistan has scrambled President Joe Biden's Middle East policy. And as countries in the region sort out the new geopolitical landscape, seasoned K Street operatives are eagerly extending a hand to help.

Fears loom over Afghanistan's internet - As the Taliban tighten their grip over Afghanistan, the militant group is setting its sights on a new target for conquest: the internet and the digital infrastructure which, for the past two decades, has allowed many Afghans access to free information.

KLRT

**(LR)** [AR Attorney General Rutledge warns of fake COVID-19 vaccine cards](#) - LITTLE ROCK, Ark. – With the rise of the delta variant and the worldwide recommendation to receive the vaccination, Arkansas Attorney General Leslie Rutledge warns Arkansans of fake COVID-19 vaccine cards.

SWARK

**(LR)** [Rutledge Warns of of Fake Covid-19 Vaccine Cards](#) - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge is warning Arkansans about fake Covid-19 vaccine cards as the state experiences another wave of positive Covid-19 cases. Con artists have been creating fake vaccine cards to provide to unvaccinated individuals, which is illegal, and charges could be filed by the federal government.

**(LR)** [Rutledge Wins: Eighth Circuit Reverses Decision Blocking School Choice](#) - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge issued a statement today following the Eighth Circuit Court of Appeals' decision reversing a district court's decision exempting four school districts from Arkansas's school choice law. The decision upholds Arkansas law and protects the right of parents to select schools that best fit their educational needs.

KARK

**(LR)** [AR Attorney General Rutledge warns of fake COVID-19 vaccine cards](#) - LITTLE ROCK, Ark. – With the rise of the delta variant and the worldwide recommendation to receive the vaccination, Arkansas Attorney General Leslie Rutledge warns Arkansans of fake COVID-19 vaccine cards.

Life News

**(LR)** [Arkansas Attorney General Leslie Rutledge Fights in Court for Law Saving Babies From Abortion](#) - On Thursday Arkansas Attorney General Leslie Rutledge's office appealed to the Eighth Circuit in a lawsuit over whether or not the state can prohibit abortions.

Texarkana Gazette

**(LR)** [Hope's School Choice exemption reversed | Lower court misapplied desegregation orders, federal appeals panel rules](#) - Decades-old federal school desegregation orders can't be used to stop students from transferring out of four south Arkansas school districts, including the Hope School District, a federal appeals court panel ruled Wednesday.

KNWA

**(LR)** [Arkansas attorney general warns of fake COVID-19 vaccine cards](#) - LITTLE ROCK, Ark. (KNWA/KFTA) — Arkansas Attorney General Leslie Rutledge is warning Arkansans about fake COVID-19 vaccine cards as the state experiences another wave of positive COVID-19 cases.

Courier News

**(LR)** [Attorney General sues Conway eye clinic](#) - LITTLE ROCK — The state Attorney General's office is suing a Conway eye clinic in a civil action claiming Medicaid fraud.

Newsweek

**(LR)** [South Dakota Attorney General Will Avoid Trial, Take Plea Deal Over Deadly Pedestrian Crash](#) - South Dakota Attorney General Ravnsborg will forgo a trial in favor of a plea deal after striking and killing a pedestrian in his car last year,

DEF000314

a prosecutor said Wednesday. Ravnsborg was supposed to appear in court on Thursday to face three misdemeanor charges that each could have resulted in 30 days of jail time and fines of up to $500, the Associated Press reported.

Def.'s Ex. 1

**Dylan Jacobs**

**From:** Stephanie Sharp
**Sent:** Saturday, August 28, 2021 12:34 PM
**To:** Stephanie Sharp
**Subject:** August 28, 2021 Clips

ADG

Investors said they were misled about failed wind farm, defrauded - FAYETTEVILLE -- Fraud is not a high-risk/high-reward investment, a Fayetteville man told jurors hearing the federal trial of two men accused of fraud in connection with a proposed wind farm in Elm Springs that never came to fruition.

Washington County has most new covid-19 cases in the state - Washington County had 296 new cases of covid-19 on Friday -- the most in the state, according to the Arkansas Department of Health.

Washington County planners table subdivision, question role of Fayetteville - FAYETTEVILLE -- Washington County planners on Thursday tabled a 59-lot subdivision at 4698 E. Mission Blvd., about half a mile outside Fayetteville, when questions were raised about the authority and responsibilities of the county and those of the city.

Bentonville's Bonilla to run for state rep seat - BENTONVILLE -- Daisy Bonilla announced this week she is running again for state representative. She currently lives in Arkansas House District 93, but redistricting may change that before the election.

Airstrike kills attack plotter, U.S. reports - KABUL, Afghanistan -- A U.S. drone strike early today killed a militant in the group blamed for the deadly suicide bombing at the Kabul airport, U.S. officials said, while American forces working under heightened security and threats of another attack pressed ahead in the closing days of the U.S.-led evacuation from Afghanistan.

Hospital, ventilator, ICU tallies fall; cases up 2,866 - The number of covid-19 patients in Arkansas hospitals and on ventilators fell for the second day in a row on Friday, while the number who were in intensive care dropped for the fourth-straight day.

Judge sides with schools on Florida mask edicts - FORT LAUDERDALE, Fla. -- Florida school districts can legally require their students to wear masks to prevent the spread of covid-19, a judge ruled Friday, saying Gov. Ron DeSantis overstepped his authority when he issued an executive order banning such mandates.

Council signs off on state use of U.S. aid for broadband, beds - The Arkansas Legislative Council on Friday authorized requests to spend federal American Rescue Plan funds, including on covid-19 matters and $120 million to finance grants to help pay for shovel-ready broadband projects across the state.

Evictions ruling 1st of blows ahead - The clock is ticking for millions of Americans facing a series of financial hardships in a matter of days, with the loss of federal protections against evictions and looming cuts to their weekly unemployment checks.

Biden, Israeli prime minister focus on Iran - WASHINGTON -- President Joe Biden told Israeli Prime Minister Naftali Bennett on Friday that diplomacy was his first option, but that he would consider other options if his effort to revive the Iran nuclear deal fails.

DEF000316                                                    Def.'s Ex. 1

Texas voter law advances despite efforts to protest - AUSTIN, Texas -- Texas Republicans advanced new voting restrictions Thursday night after months of protests by Democrats, who after returning from a 38-day walkout are now all but out of ways to stop a bill that includes a ban on drive-thru voting and would empower poll watchers.

Assassin of RFK granted parole - SAN DIEGO -- U.S. Sen. Robert F. Kennedy's assassin was granted parole Friday after two of Kennedy's sons spoke in favor of Sirhan Sirhan's release and prosecutors declined to argue that he should be kept behind bars.

Ida slams Cuba, steams toward Louisiana - NEW ORLEANS -- Hurricane Ida struck Cuba on Friday and threatened to slam into Louisiana with far greater force over the weekend, prompting New Orleans' mayor to order everyone outside the protection of the city's levees to evacuate.

Shot, killed rioter in U.S. Capitol, officer says - WASHINGTON -- The Capitol Police officer who fatally shot Ashli Babbitt, a pro-Trump rioter who stormed the U.S. Capitol during the Jan. 6 insurrection, publicly revealed his identity Thursday in an exclusive interview with NBC Nightly News.

Acquitted for bribery, ex-state senator Gilbert Baker to be retried on 8 other federal charges - Gilbert Baker, the Republican Party operative and former state senator who was acquitted of conspiracy to bribe a judge earlier this month, will be retried this fall on eight other counts that deadlocked a federal jury.

Cabot mask mandate lawsuit tossed by judge - A Lonoke County circuit judge Friday declined to issue a temporary restraining order to stop the 30-day covid-19 mask policy of the Cabot Public School District, noting in her ruling that several of the parents who filed the lawsuit didn't have children enrolled in the district.

Video shows Little Rock police spokesman confronted journalist over questions to chief on knife attacks - The civilian spokesman for the Little Rock Police Department sought to shut down a journalist's questions to the police chief about a recent series of stabbings in a heated exchange that was captured on video.

September events still planned despite postponement of Bikes, Blues & BBQ - FAYETTEVILLE -- Bikes, Blues & BBQ may be postponed, but events are still planned in Rogers, and some people say they intend to come.

Huntsville school attorney says administrators erred by not notifying press of sexual-harassment hearings - The Huntsville School District erred when it failed to notify news organizations about a School Board meeting in May that resulted in the expulsion of two students for sexual harassment, the district's lawyer said in a filing in Madison County Circuit Court.

Former UAM leader dead - Fred J. Taylor, former chancellor of the University of Arkansas at Monticello, died Aug. 27 in Little Rock.

Sheridan native serving aboard Navy destroyer - A Sheridan native serves in the U.S. Navy aboard guided-missile destroyer USS Donald Cook at Mayport, Fla.

Fed said on track to taper stimulus - WASHINGTON -- The Federal Reserve will start dialing back its ultra-low-rate policies this year as long as hiring continues to improve, Chairman Jerome Powell said Friday, signaling the beginning of the end of the Fed's extraordinary response to the pandemic recession.

U.S. spending up 0.3% in July - WASHINGTON -- Growth in U.S. consumer spending slowed in July to a modest increase of 0.3% as infections from the delta variant spread, while inflation over the past 12 months hit its fastest pace in three decades.

DEF000317
Def.'s Ex. 1

Apple settlement avoids big changes app makers want - Apple settled a wide-ranging class action lawsuit with U.S. app makers Thursday without agreeing to major changes to its policies, a victory for a company facing criticism that it wields too much power.

Arkansas Business

King Resigns From Lyon College - W. Joseph King resigned Thursday as president of Lyon College in Batesville after commenting on regional white supremacist sentiment in a July 26 article in the Chronicle of Higher Education.

Companies Pitch Fintech Products to Investors at Demo Day - Hundreds of investors, bankers and others interested in financial technology heard pitches Thursday from the 10 most recent graduates of the FIS Fintech Accelerator program.

Virus Cases Jump at Arkansas Schools in 2nd Week of Classes - LITTLE ROCK, Ark. (AP) — More than 3,100 active coronavirus cases have been reported in Arkansas public schools among students and employees, according to newly released numbers from the state.

Powell: Fed on Track to Slow Aid for Economy Later This Year - WASHINGTON (AP) — The Federal Reserve will start dialing back its ultra-low-rate policies this year as long as hiring continues to improve, Chair Jerome Powell said Friday, signaling the beginning of the end of the Fed's extraordinary response to the pandemic recession.

Nucor Steel Exec Appointed to State Education Board - Gov. Asa Hutchinson announced Thursday the appointment of Nucor Steel Executive Randy Henderson of Blytheville to the Arkansas State Board of Education.

Talk Business & Politics

The Supply Side: Survey finds consumers prefer buying adult beverages in-store - Alcohol sales surged in 2020 to their highest level in 18 years and grew at a 3.8% clip though this summer, according to the International Wines and Spirits Record (IWSR). The biggest gainers saw spirits sales up 4.6% last year, the highest increase in a decade. Agave-based spirits sales shot up 15.8% last year, falling just behind vodka and whiskey, IWSR reports.

Arkansas Times

(LR) Governor says state law prohibiting mask mandates is unconstitutional - As expected, Governor Hutchinson has filed a formal statement in the lawsuits challenging Act 1002, the ban on mask mandates in public schools and other state agencies, saying he believes the law is unconstitutional.

Between gun gunshots and departmental turmoil, the Little Rock Police Department has its hands full - More good city government reporting today from the Arkansas Democrat-Gazette's Joseph Flaherty, on the effort by Mark Edwards, a police spokesman, to shut down an interview by Fox 16's Kevin Kelly with Chief Keith Humphrey about a series of fatal stabbings.

Danyelle Musselman, an eloquent advocate for racial equity in Fayetteville schools - Lots of people are on the Muss Bus for Eric Musselman's work as Razorback basketball coach.

Notes from a mad mom: The Cabot mask controversy - Melissa "Missy" Bosch, the leader of mask resistance in the Cabot School District has put up quite a struggle (unsuccessful so far) and her efforts led me to make an FOI request for her communications with the district.

Former Conway lawmaker to face retrial on federal bribery charges - Federal prosecutors plan to retry former lobbyist and political fundraiser Gilbert Baker on bribery and other charges after a mistrial earlier this month.

A curvy girl in a Sunday dress raises questions about dress codes and double standards at Two Rivers High - Accounts about what exactly happened in the Two Rivers High School cafeteria Friday morning are hard to piece together, but no one denies that 16-year-old Bailey Ellis got walked to the principal's office around 8 a.m. for an official judgement on her cleavage. Was it visible? Was it not?

Coronavirus today: 2,866 new cases, 30 deaths and a more realistic shot count - More cases, more deaths, but tressure has not increased on hospitals in the last 24 hours.

Regression: Arkansas's surprising history as a gun safety state - Once upon a time, before the ascent of the National Rifle Association, when politics was not a full-time job and men sought election to public office so they could govern, a time before 24/7 news coverage — not to mention social media — changed the definition of newsworthy while altering the whole nature of civic and civil discourse, the state of Arkansas found itself at the center of a legal dispute over the right to bear arms. And though it's hard for us to imagine today, 179 years ago, the state of Arkansas threw its efforts behind keeping guns off the streets.

King Biscuit Blues Festival scrapped this year because of COVID - Blues are in order. Another blow this year to an Arkansas tradition.

UPDATE: Judge refuses to block Cabot School District's mask rule - Lonoke Circuit Judge Barbara Elmore this morning refused to block the Cabot School District's requirement of face coverings in its school as a pandemic safety measure.

Government will retry Gilbert Baker - So much for the theory mentioned here yesterday that the government might be leaning against retrying Gilbert Baker for charges related to bribery of then-Judge Mike Maggio to reduce a 2013 $5.2 million nursing home negligence verdict with campaign contributions from the owner of the nursing home.

Politico

'Today is it': Louisiana braces for Hurricane Ida - NEW ORLEANS — Weather forecasters warned residents along Louisiana's coast to rush preparations Saturday in anticipation of an intensifying Hurricane Ida, which is expected to bring winds as high as 140 mph when it slams ashore on Sunday.

Stephen Breyer says he's still mulling retirement - Supreme Court Justice Stephen Breyer remains undecided about his future on the United States' highest court, the longtime jurist said in an interview published Friday.

Covid-19 origins still murky after Biden administration's 90-day investigation - The Biden administration's 90-day investigation into the origins of Covid-19 was inconclusive, according to an unclassified report released from the intelligence community on Friday.

Daily Citizen/ Focus on the Family

(LR) Arkansas Asks Court to Allow State to Prohibit Abortion, Directly Challenging 'Roe v. Wade' - Arkansas Attorney General Leslie Rutledge will ask a federal appeals court to allow the state to prohibit nearly all abortions.

Resident Press

(AG) State Capitol Week in Review from Senator Terry Rice - LITTLE ROCK – A federal appeals court has ruled in favor of the state Education Department, and against four south Arkansas school districts that want to be exempt from the state school choice law.

Log Cabin Democrat

**(LR)** Attorney general discusses rental issues at FCLLA meeting - Attorney General Leslie Rutledge was the guest speaker at the monthly Faulkner County Landlord's Association (FCLLA) meeting Thursday afternoon where she helped answer some questions to the members in attendance.

**Law360**

**(LR)** Killing Fed. Tax Offset Rule Creates 'Loophole,' Treasury Says - A challenge by a group of states led by Alabama to kill the American Rescue Plan's state tax-cut limitation would create a loophole big enough to undermine the law's purpose.

Def.'s Ex. 1

**Dylan Jacobs**

---

**From:** Stephanie Sharp
**Sent:** Sunday, August 29, 2021 1:34 PM
**To:** Stephanie Sharp
**Subject:** August 29, 2021 Clips

ADG

**(LR)** Dozens of state's salary increases top $10,000 - Several dozen state employees outside of public colleges and universities have received raises of at least $10,000 so far in the fiscal year that started July 1, according to state records.

Hurricane Ida blasts ashore in Louisiana with major force - NEW ORLEANS — Hurricane Ida blasted ashore along the Louisiana coast on Sunday, with the eye of one of the most powerful storms ever to hit the U.S. arriving near the barrier island of Grand Isle.

U.S. says drone kills suicide bombers targeting Kabul airport - KABUL, Afghanistan — A U.S. drone strike Sunday struck a vehicle carrying "multiple suicide bombers" from Afghanistan's Islamic State affiliate before they could target the ongoing military evacuation at Kabul's international airport, American officials said.

'No words': Afghans in Arkansas grieve Taliban takeover, influx of refugees expected - FAYETTEVILLE -- On the wall in Ikram Bahram's office at the University of Arkansas, where he is working on his doctorate in the field of seismic risk perception, is a map of the fault lines that traverse Afghanistan, a country that sits in the middle of two major tectonic plates that are slowly colliding.

U.S. to go on hitting ISIS, Biden pledges - WASHINGTON -- President Joe Biden vowed Saturday to keep up airstrikes against the Islamic extremist group whose suicide bombing at the Kabul airport killed scores of Afghans and 13 American service members. Another terror attack, he said, is "highly likely" in the coming days as the U.S. winds down its evacuation.

Arkansas reports 2,116 more virus cases; hospitalizations, ventilator use drop - The numbers of Arkansans hospitalized with covid-19 and on ventilators dropped for the third-consecutive day Saturday.

Fight over masking of kids shifts into courts - WASHINGTON -- The rancorous debate over whether returning students should wear masks in classrooms has moved from school boards to courtrooms.

Haitians deal with infections, amputations - LES CAYES, Haiti -- In the wake of a devastating earthquake, many victims in Haiti are suffering from broken bones that can cause open wounds prone to infections, often leading to amputations.

Voting-rights throngs march in D.C. - WASHINGTON -- Thousands of people marched Saturday to mark the 58th anniversary of the historic March on Washington and voice their support for expanding and protecting access to the ballot.

Harris seen to hold up on Asia trip - HONOLULU -- Vice President Kamala Harris' weeklong trip to Singapore and Vietnam was overshadowed from start to finish by the crisis in Afghanistan. Questions about the messy U.S. withdrawal dominated her first few days in Singapore and the attack that killed 13 Americans outside the Kabul airport caused her to nix a planned visit to California on her way home.

Little Rock aims to improve child care quality, access under mayor's sales-tax package - The city resolution approved earlier this summer on Little Rock Mayor Frank Scott Jr.'s "Rebuild the Rock" sales-tax package outlines a $40 million investment in early-childhood education over the next decade.

DEF000321
Def.'s Ex. 1

Little Rock School District's ACT Aspire test scores fall in pandemic year, disappoint School Board - The Little Rock School District's 2021 ACT Aspire results were lower than the district's 2019 results and lower than the statewide results, which also fell between 2019 and 2021.

Evacuees raising questions in U.S. - WASHINGTON -- As the U.S. rushes to evacuate Americans and allies from the chaos of Afghanistan, a growing number of Republicans are questioning why the U.S. should take in Afghan citizens who worked side by side with Americans, further exacerbating divides within the party heading into next year's midterm elections.

Covid-19 leave revived for UA employees - FAYETTEVILLE -- Faculty and staff members at the largest public universities in the state once again have some form of paid covid-19 leave this fall, although as early as this month it wasn't clear that such paid time would be offered.

Louisianans get out as Ida rolls in - NEW ORLEANS -- Forecasters warned residents along the northern Gulf of Mexico coast to rush preparations Saturday ahead of an intensifying Hurricane Ida, which is expected to carry winds as high as 130 mph, life-threatening storm surge and flooding rain when it slams ashore in Louisiana today.

Helena house being built on historic Civil War battle site - A house is being built on a hill in north Helena.

Arkansas Poison Center gets 24 calls about ivermectin; local experts weigh in on controversial drug - The Arkansas Poison Center has received two dozen phone calls so far this year from people who have ingested Ivermectin, nearly as many as in the previous four years combined, according to officials.

Group's vision for city seen as murky - Since the beginning of its existence in 2017, Go Forward Pine Bluff has been the talk of the town, some good and some bad.

Shame to acclaim: Tony Curtis takes on Kirby house restoration for 20 years, amid foreclosure and city campaign - Tony Curtis' house at 1221 S. Louisiana St. has gone from what was once called "The House of Shame" to what present-day guests might call the "House of Acclaim."

Camp Aldersgate benefit has 'Wabi Sabi' as theme - There have been a lot of challenges in the last year and a half, but the board members and staff of Camp Aldersgate are making the best of a time that has been less than perfect. They've even decided to work that theme into their annual fall fundraiser calling it Wabi Sabi After Dark.

Groups working to restore little bit of green space amid Northwest Arkansas development - JOHNSON -- Bright yellow blooms of black-eyed Susans and partridge pea dotted the field Monday.

$12 million on table in Crawford County covid money - VAN BUREN -- A committee that will decide how to allocate millions of dollars in American Rescue Plan money for Crawford County set some ground rules on how to proceed.

Arkansas Times

COVID off to a strong start at the University of Arkansas - Here's a report from the Arkansas Traveler on the first four days of school at the University of Arkansas, Fayetteville.

All for COVID stand up and holler - Last night's Bryant-Benton football game at War Memorial Stadium prompted the Tweet from Tom Mars, the lawyer who's fighting in court to kill the state anti-mask-mandate law.

Politico

[Population growth fuels remake of Florida's famed I-4 corridor](#) - TALLAHASSEE — To understand how Florida's redistricting process will dramatically reshape the state's political lines and congressional map, look at Democratic Rep. Darren Soto's district along the fabled I-4 corridor.

[France, UK to propose Kabul airport safe zone at UN meeting](#) - France and the U.K. will put forward an emergency U.N. Security Council resolution calling for a safe zone at Kabul airport to allow people to continue to leave Afghanistan, according to Emmanuel Macron.

[Louisiana governor: Levees should hold against Hurricane Ida](#) - Shortly before Hurricane Ida made landfall Sunday, Louisiana Gov. John Bel Edwards said his state's $14 billion levy system should hold against the storm.

**KATV**

**(LR)** [Salt Bowl brings back tailgate with covid vaccines on staff, masks recommended](#) - Thousands of Arkansans took to War Memorial Stadium Saturday for the much-anticipated rivalry game between Benton and Bryant.

Def.'s Ex. 1

## Dylan Jacobs

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Monday, August 30, 2021 7:45 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | August 30, 2021 Clips |

ADG

Total covid hospitalizations in Arkansas reported down Sunday; ICU numbers up slightly - Covid-19 hospitalizations across the state dropped for the third day in a row Sunday, according to Arkansas Department of Health data, but hospitals report high intensive care numbers.

Central Arkansas' slower growth in last decade concerns Metroplan - Central Arkansas' population growth in the past 10 years was half the rate of the previous decade, and it was fueled by natural growth rather than migration for the first time in decades, according to a new analysis of the figures.

Little Rock sales-tax package would steer millions of dollars to downtown ambassadors program - Little Rock Mayor Frank Scott Jr.'s "Rebuild the Rock" package would steer millions of dollars to a downtown nonprofit group should voters approve a 1 percentage-point increase in the city's sales-tax rate on Sept. 14.

Tired of mowing, taking out the trash, North Little Rock mayor ready to shed properties - The city of North Little Rock is for sale. At least, some of it is.

U.S. says strike foiled bombing bid by ISIS - KABUL, Afghanistan -- A U.S. drone strike Sunday blew up a vehicle carrying "multiple suicide bombers" from Afghanistan's Islamic State affiliate before they could target the ongoing military evacuation at Kabul's international airport, American officials said.

Fauci: Open to speeding up boosters - Dr. Anthony Fauci said Sunday that the door is open to administering booster shots in the U.S. sooner than eight months after a completed covid-19 vaccination, a possibility that President Joe Biden has raised.

Rep. French Hill wins award for promoting healthy work environment in congressional office - A Washington nonprofit group has awarded U.S. Reps. French Hill, R-Ark., and Mary Gay Scanlon, D-Pa., its Democracy Award for practices that promote a healthy "Life in Congress -- Workplace Environment."

Pot businesses air complaints to Arkansas lawmakers - Members of Arkansas' medical marijuana industry at a legislative subcommittee meeting last week aired frustrations with the state contractor used to track cannabis products and sales.

New Orleans in dark as Ida thrashes coast - NEW ORLEANS -- Hurricane Ida blasted ashore Sunday as one of the most powerful storms ever to hit the U.S., knocking out power to all of New Orleans, blowing off roofs and reversing the flow of the Mississippi River as it rushed from the Louisiana coast toward one of the nation's most important industrial corridors.

FEMA reimbursements for 2019 flood on way to Fort Smith, consultant says - FORT SMITH -- Federal reimbursements from flood damage are on their way, according to the city of Fort Smith's consultants.

Studies seek early warning signs of Alzheimer's in odd driving habits and unpaid bills - Learning your odds of eventually developing dementia requires medical testing and counseling. But what if everyday behavior, like overlooking a couple of credit card payments or habitually braking while driving, could foretell your risk?

DEF000324   Def.'s Ex. 1

Missionaries serve others, share faith in Washington County - PRAIRIE GROVE -- Young men and women with The Church of Jesus Christ of Latter-day Saints serve on the mission field to help others, show their love for God and share the gospel.

Highway department holding on public meeting on Northwest Arkansas western north-south connector - The Arkansas Department of Transportation is hosting an online public meeting to show off alternatives for a possible road to connect the Bella Vista Bypass and the Springdale Northern Bypass or U.S. 412 via the Northwest Arkansas National Airport.

How to spend Rescue Plan cash still before Benton County panel - BENTONVILLE -- Benton County justices of the peace will resume talks about how to spend American Rescue Act money next month.

Arkansas Business

Ida: Economists Foresee Only Modest Damage to U.S. Economy - WASHINGTON (AP) — Hurricane Ida is sure to take a toll on the energy, chemical and shipping industries that have major hubs along the Gulf Coast, but the impact on the overall U.S. economy should be modest so long as damage estimates don't rise sharply and refinery shutdowns are not prolonged, economists suggested Sunday.

October Retrial Set for Gilbert Baker - LITTLE ROCK, Ark. (AP) — A federal judge has scheduled the retrial of a former Arkansas state senator on bribery and fraud charges for the first week of October.

MISO Goes on Hurricane Alert for Ida - The Midcontinent Independent System Operator, the regional power grid operator with a headquarters in Little Rock, is poised to respond to the widespread turmoil expected from Hurricane Ida in Louisiana and beyond.

Talk Business & Politics

(LR) AG Rutledge questions opponent's absence, discusses education policy and mask mandates - Attorney General Leslie Rutledge said she'd work with the state legislature to set education policy and she confirmed she would not institute a mask mandate or vaccine mandate to fight COVID-19, if she were elected governor. Rutledge also criticized her GOP primary opponent, Sarah Huckabee Sanders, for refusing to outline her positions on education in a public town hall.

Democratic hopefuls for governor dissect school closures, Critical Race Theory - Three of the four gubernatorial hopefuls in the Democratic Party of Arkansas met for an education town hall Thursday night (Aug. 26) and discussed issues ranging from mask mandates, school openings and closures, and critical race theory.

Metroplan dedicates more than $5 million to Southwest Trail - The Metroplan board of directors approved funding to the following applicants for the Surface Transportation Block Grant Program (STBG) and Highway Improvement Program (HIP).

UALR to allow athletes to profit from their name, image or likeness - University of Arkansas at Little Rock Athletics will allow Trojan student-athletes to start maximizing on name, image, and likeness (NIL) opportunities through the NOCAP Sports athlete marketing platform.

Politico

Pentagon prepared for 'mass casualty' attack at Kabul Airport hours before explosion - Just 24 hours before a suicide bomber detonated an explosive outside Hamid Karzai International Airport, senior military leaders gathered for the Pentagon's daily morning update on the deteriorating situation in Afghanistan.

Ida weakens as rescues begin and damage checked in Louisiana - NEW ORLEANS — Hurricane Ida became a tropical storm as its top winds slowed over Mississippi on Monday, while across southeast Louisiana residents waited for daylight to

be rescued from floodwaters and see how much damage was caused by one of the most powerful hurricanes ever to strike the U.S. mainland.

3rd conservative radio host who condemned vaccines dies of Covid - A conservative Florida radio host who spoke out against Covid-19 vaccines died after a weekslong fight with the virus, marking the third radio personality to die from coronavirus who publicly rejected vaccines.

KTLO

(LR) State AG warns about fake COVID vaccine cards - As Arkansas sees another wave of positive COVID-19 cases, state Attorney General Leslie Rutledge is warning residents about fake COVID vaccine cards. Con artists have been creating fake vaccine cards to provide to unvaccinated individuals, which is illegal, and charges could be filed by the federal government.

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Sunday, August 1, 2021 4:27 PM |
| **To:** | Stephanie Sharp |
| **Subject:** | August 1, 2021 Clips |

ADG

Schumer: Vote on infrastructure bill could come within days - WASHINGTON — The vote on a $1 trillion bipartisan infrastructure bill could be held "in a matter of days," Senate Democratic leader Chuck Schumer said Sunday, as negotiators scrambled to finish writing the legislation.

Fauci: More 'pain and suffering' ahead as covid cases rise - Dr. Anthony Fauci warned Sunday that more "pain and suffering" is on the horizon as covid-19 cases climb again and officials plead with unvaccinated Americans to get their shots.

More virus path to burnout; another surge pushing health workers to breaking point - Dr. Kathy Parnell is known throughout the hospital where she works as a pillar of strength, always smiling, trying to stay upbeat, offering compassion to her patients, and encouragement to nurses and to other doctors.

Video still withheld after Lonoke County deputy's fatal shooting of teen - More than a month after a Lonoke County deputy shot and killed 17-year-old Hunter Brittain, officials have yet to release body camera footage amid a national conversation about police transparency.

State panel to explore ways to issue 2 pot permits - After deciding last month that it will issue the remaining two dispensary licenses allowed under the state constitution, the Arkansas Medical Marijuana Commission this week will look at how those license recipients could be selected.

Variant's threat poses dilemma for U.S. parents - LOS ANGELES -- New evidence about the delta variant's ability to infect and spread even among those who are fully vaccinated has been particularly alarming for parents of young children who still are not eligible for the shots.

Fire-ant invasion widens quarantine in Arkansas - Invasive fire ants have infested four more Arkansas counties, prompting the U.S. Department of Agriculture this summer to expand the federal quarantine area in the state.

Tidal wave of evictions feared as freeze ends - A nationwide moratorium on residential evictions expired at midnight Saturday after a last-minute effort by the Biden administration to win an extension failed, putting hundreds of thousands of tenants at risk of losing shelter, while tens of billions in federal funding intended to pay their back rent sits untapped.

Eastbound lanes of I-40 bridge linking Arkansas, Tennessee reopened - MEMPHIS — Authorities on Saturday night reopened the Interstate 40 bridge linking Arkansas and Tennessee that had been closed ever since a crack was discovered in the span in May.

1,339 state virus cases added; deaths up 18 - Arkansas recorded 1,339 new coronavirus cases Saturday, according to data from the Arkansas Department of Health, raising the total cases to 386,452 since the pandemic began in March of last year.

DEF000327

Def.'s Ex. 1

Infrastructure plan is yet to jell - WASHINGTON -- The Senate convened for a rare weekend session Saturday, with Majority Leader Charles Schumer, D-N.Y., encouraging the authors of a bipartisan infrastructure plan to finish writing their nearly $1 trillion bill so that senators can begin offering amendments.

Big hack targeted prosecutors' emails - WASHINGTON -- The Russian hackers behind the massive SolarWinds cyberespionage campaign broke into the email accounts of some of the most prominent federal prosecutors' offices around the country last year, the Justice Department said.

Labels on detainees in rioting dismissed: they're inflated, Crawford states - WASHINGTON -- Americans detained for their role in the Jan. 6 attack on the U.S. Capitol aren't "political prisoners" as some of his colleagues are claiming, U.S. Rep. Rick Crawford, R-Ark., said last week.

New USDA chief lawyer an Arkansan - WASHINGTON -- The U.S. Senate confirmed the nomination late Friday of Janie Simms Hipp to serve as general counsel of the U.S. Department of Agriculture.

FBI task force targets child sex crimes in Northwest Arkansas, River Valley - n FBI task force focused on sex trafficking of minors saw immediate results when it started a few years ago in the River Valley, according to Special Agent Brenan Despain.

Fort Smith fire station to accept abandoned babies - FORT SMITH -- Struggling parents in the River Valley will have access to a new resource designed to help them and their newborn babies.

## Arkansas Business

I-40 Bridge Linking Arkansas, Tennessee Re-Opened - MEMPHIS, Tenn. (AP) — Authorities on Saturday night reopened the Interstate 40 bridge linking Arkansas and Tennessee that had been closed ever since a crack was discovered in the span in May.

## Talk Business & Politics

Little Rock convention chief says planning for pandemics now a long-term business strategy - Little Rock Convention & Visitors Bureau CEO Gretchen Hall is seeing signs of recovery in her industry, but there is still a lag from 2019 numbers and the new Delta variant surge of COVID-19 threatens the progress that's been made.

Blue Cross Blue Shield CEO on mask restrictions, vaccine hesitancy, and behavioral health - Arkansas Blue Cross Blue Shield CEO Curtis Barnett said the state's largest health insurance company is supportive of the governor's new call for a COVID-19 pandemic emergency and a special session to loosen mask-wearing restrictions in public schools.

## Arkansas Times

Little Rock mayor subject of telephone poll, with lots of questions about Steve Landers - I've received a couple of reports of telephone polling today about a race for Little Rock mayor, with a heavy emphasis on auto dealer Steve Landers.

Holy cow! A tale of herd immunity and COVID-19 - When Sen. Gary Stubblefield, the Republican dairy farmer, touted a cattle dewormer as a guard against COVID-19, it raised some eyebrows. Then it was raised again at the crazy Siloam Springs town hall Friday along with another dubious "therapeutic" treatment for COVID-19 in what seemed to be an anti-vaccination argument.

## Politico

Fauci: 'I don't think we're going to see lockdowns' - The nation's top infectious diseases expert said Sunday he did not expect the U.S. will need to reenter lockdown, as the Delta strain of the coronavirus drives surges in new cases across the country.

Justice Dept. moves to block Abbott order on immigrant transportation - The Biden administration is suing the state of Texas to block an executive order Gov. Greg Abbott issued restricting the transport of certain immigrants he contends pose a risk of spreading the coronavirus.

Susan Collins: Infrastructure bill has enough Republican support to pass in Senate - Sen. Susan Collins predicted Sunday that the bipartisan infrastructure package will have enough Republican support to pass the chamber this week.

**Paragould Daily Press**

**(LR)** We need to watch out for the radical right, too - An email from Arkansas Lt. Gov. Tim Griffin's campaign, as he seeks the Republican nomination for Arkansas Attorney General next year, couldn't have come at a better time this week.

**KTOY**

**(LR)** Rutledge Warns of Possible Price Gouging During Covid-19 Emergency Declaration - Arkansas Attorney General Leslie Rutledge is reminding consumers to be aware of potential price gouging on goods, products and services following Governor Asa Hutchinson's public health emergency declaration.

**KTLO**

**(LR)** AG warns of possible price gouging during COVID-19 emergency declaration - Arkansas Attorney General Leslie Rutledge is warning consumers to be aware of potential price gouging on goods, products and services following Gov. Asa Hutchinson's public health emergency declaration. That announcement was made Thursday as the state experiences a spike in Covid-19 cases.

**WREG**

**(LR)** Arkansas Attorney General Rutledge warns of potential price gouging during COVID-19 state of emergency - LITTLE ROCK, Ark. (KTVE/KARD)— On Friday, July 30, Arkansas Attorney General Leslie Rutledge reminds consumers to be aware of potential price gouging on goods, products and services following Governor Asa Hutchinson's public health emergency declaration on yesterday.

**Dylan Jacobs**

---

**From:** Stephanie Sharp
**Sent:** Thursday, August 5, 2021 7:29 AM
**To:** Stephanie Sharp
**Subject:** August 5, 2021 Clips

ADG

(LR) Alexander woman gets 4 years' probation for faking adopted son's illness - An Alexander woman accused of faking the illness of her adopted son pleaded guilty to endangering the welfare of a minor on Wednesday after her arrest last week.

Arkansas' Ryan Crouser wins shot, breaks own mark - Make it two Olympic gold medals in a row for Ryan Crouser, the former Texas Longhorn who now calls Arkansas home. Crouser broken his own Olympic record late Wednesday night on his way to defending his shot put title at Tokyo's Olympic Stadium.

Little Rock School District to sue state over statute that bans face mask mandates - The Little Rock School Board on Wednesday authorized district leaders to sue the state to stop the enforcement of Act 1002 of 2021 that prohibits school systems from mandating masks to prevent the spread of covid-19.

Panel backs repealing Iraq war approvals - The Senate Foreign Relations Committee voted Wednesday to finally repeal two decades-old measures giving open-ended approval for military action in Iraq, an early round of action in a growing Democratic push to reclaim congressional say over U.S. military strikes and deployments.

School mask bill pitched in House - A bill to allow public school boards in Arkansas to enact mask mandates under certain circumstances failed to advance from committee on Wednesday after the sponsor pulled it down to rework it at the end of about three hours of questions and debate.

Cases, deaths up again in state - Arkansas posted on Wednesday its second-highest number of new coronavirus cases in a single day since January as its number of active cases topped 20,000 for the first time since Jan. 22.

No shots, no jobs, care staff is warned - NEW YORK -- The U.S. nursing home industry's resistance to forcing workers to get vaccinated against covid-19 for fear that too many of them might quit began to crack this week when its biggest player announced that its employees must get the shots to keep their jobs.

Count of global virus cases tops 200 million - The known total global coronavirus infections surpassed 200 million Wednesday, according to the Center for Systems Science and Engineering at Johns Hopkins University. The global death toll stands at 4.2 million.

Hot, gusty weather prompts fire worries to rise in West - GREENVILLE, Calif. -- California's largest wildfire continued to grow Wednesday while thousands of firefighters prepared for a tougher fight as dangerous weather returns.

Democrats say Cuomo needs to go - ALBANY, N.Y. -- A majority of state Assembly members support beginning impeachment proceedings against Gov. Andrew Cuomo if he doesn't resign over investigative findings that he sexually harassed at least 11 women, according to an Associated Press count Wednesday.

Infrastructure bill aids state, analysis says - WASHINGTON -- Passage of the bipartisan Infrastructure Investment and Jobs Act would result in a major infusion of federal funding for Arkansas, the White House said Wednesday.

DEF000330                                                  Def.'s Ex. 1

Panel backs $37.6M for covid care - A state panel on Wednesday endorsed the state Department of Health's request for $37.68 million in federal coronavirus relief funds to partner with Baptist Health to increase hospital bed capacity and staffing for covid-19 cases.

Private colleges announce face covering requirements; Hendrix president cites rise in covid-19 cases - Face coverings must be worn indoors at Hendrix College effective immediately, the private liberal arts college in Conway announced Wednesday.

2 new CARTI physicians to work in Pine Bluff - CARTI announced the addition of two new physicians who will work in Pine Bluff.

Arkansas Business

School District's Virus Quarantine Grows as Legislators Debate Masks - LITTLE ROCK, Ark. (AP) — The number of students and staff at an east Arkansas school district who have quarantined because of a coronavirus outbreak grew to more than 700 on Wednesday as lawmakers debated whether to allow schools to mandate masks.

Legislators Begin Special Session on Mask Mandates - Legislators meeting in a special session Wednesday morning filed two bills dealing with Act 1002, which prohibits state and local governments from imposing mask mandates.

Growth in U.S. Services Sector Hits Record High - WASHINGTON (AP) — Growth in the U.S. services sector, where most Americans work, increased to a record pace in July even as businesses continued to face supply-chain challenges and problems in finding enough available workers.

Talk Business & Politics

First day of special session ends with uncertainty on mask policy - The 93rd General Assembly kicked off the start of the special session Wednesday (Aug. 4) to debate amending Act 1002 – a ban on mask mandates. Two bills were filed in the morning, but just one was debated in the afternoon.

Higher grain prices imperil catfish industry in Arkansas - Arkansas is the birthplace of the commercial catfish farm and processing industry. The state has been a top producer since the 1960s, but that's under threat right now. Rising grain prices are severely impacting the industry.

Veteran Fayetteville attorney Christy Comstock is Arkansas' newest federal magistrate judge - In a law career spanning nearly 30 years, attorney Christy Comstock became one of Arkansas' most formidable trucking defense attorneys — if not the nation.

Arkansas Times

LRSD Board votes to sue over mask ban - The Little Rock School District Board voted Wednesday to file a lawsuit challenging the state law that prohibits public mask mandates.

A squishy bill to reinstate mask requirements in some Arkansas schools sometimes, maybe, doesn't get far - A featherweight compromise that would free up local school districts to require masks in classrooms if they want, but only under specific circumstances, and only for short periods, got the expected mixed reviews before a House committee Wednesday, and ultimately stalled.

With next I-40 bridge inspection a month away, ArDOT still lacks explanation for failure - Though I-40 traffic is now flowing over the Hernando DeSoto Bridge for the first time in almost three months, officials with the Arkansas Department of Transportation have yet to explain how its inspection program missed the potentially catastrophic crack that closed the bridge in May.

DEF000331                                                                    Def.'s Ex. 1

Senator proposes mask powers for school districts, but to allow parents to flee and take tax money with them, even to private or home schools - Now it's getting crazy and who else to lead the charge but Sen. Alan Clark?

Arkansas legislature to meet: 'Pro-life'? You be the judge - The Arkansas legislature convenes a brief special session this morning at which Governor Hutchinson has made two requests: One apparently doomed and the other likely to pass.

Politico

Biden's vision for the border has gone bust. But what's Plan B? - President Joe Biden in March wrote off a spike in the number of migrants arriving at the U.S.-Mexico border as a result, at least in part, of winter months being the safest time to make the trek. "It happens every single, solitary year," he said.

The 'car guy' president wants Americans to go electric - Joe Biden's father sold cars for GM and Chrysler. As a senator, Biden was a top ally for two automakers that were major employers in Delaware. His most prized possession is a 1967 Goodwood-green Corvette Stingray.

How Biden's Supreme Court throwdown could backfire - President Joe Biden's audacious move to assuage liberals by extending a pandemic-related moratorium on evictions puts him in a position he has so far avoided: inviting a high-profile showdown with the Supreme Court.

Magnolia Reporter

(LR) Unified Natural State promises petition campaign for 10 new laws - Arkansans for a Unified Natural State ended their effort last week to ask voters whether three new state laws should take effect, and instead vowed to collect signatures for 10 new state laws.

KAIT

(LR) AG Rutledge files suit in wire fraud hack case - JONESBORO, Ark. (KAIT) - Arkansas Attorney General Leslie Rutledge said Wednesday that she filed a lawsuit to seek to recoup nearly $55,000 taken in a reported wire fraud hack case.

SWARK

(LR) Rutledge Files Lawsuit Seeking Arkansas Business's Money From Wire Fraud Hack - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge today filed a lawsuit to recover a Jonesboro company's money following an online hack.

Saline Courier

(LR) Mom pleads no contest, receives sentence - Wednesday morning, Kristy Schneider, 42, pled no contest to  endangering the welfare of a minor, a Class D felony, before Saline County Circuit Judge Josh Farmer. Schneider reached a deal to plea in exchange for a sentence of 48 months probation.

SWARK

(LR) Rutledge Fights Federal Government's Attack on the Second Amendment - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge and 17 other state attorneys general are leading the fight to defend Arkansans' rights to keep and bear arms.

**Dylan Jacobs**

---

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Friday, August 6, 2021 7:44 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | August 6, 2021 Clips |

ADG

(AG) Judge denies Little Rock officers' bid to review internal probe - A special judge on Thursday ruled that a report sought by four Little Rock police officers concerning complaints about their treatment was not subject to disclosure under the state's public records law, for now.

$250M to help Arkansas care facilities gets go-ahead - The panel appointed by Gov. Asa Hutchinson to recommend the best uses of $1.59 billion in federal American Rescue Plan funds on Thursday voted to support requests from the Department of Human Services and Department of Health for more than $250 million to assist hospitals and nursing homes struggling with increased covid-19 costs.

Little Rock, Marion school districts sue state over statute that bans face mask mandates - The Little Rock and Marion school districts on Thursday sued the state of Arkansas and the governor to overturn a state law that prohibits mask mandates in schools and other state-supported agencies.

Pulaski County wants in on mask-law suit - Pulaski County Judge Barry Hyde and Sheriff Eric Higgins filed a motion to intervene in the lawsuit that seeks to prevent the state from enforcing a law preventing mask mandates in the state.

State's cannabis licensing methods settled on - The Arkansas Medical Marijuana Commission decided Thursday to use a reserve list to award two remaining unassigned dispensary licenses and then use a lottery system to make these decisions in the future.

Mask leeway for schools fails - Arkansas lawmakers, meeting in a special session to consider easing a ban on mask mandates for schoolchildren on Thursday voted down two bills that would have allowed local school boards to mandate covid-19 face coverings in certain instances.

Little Rock mayor reinstates city mask mandate in defiance of state law - Little Rock Mayor Frank Scott Jr. on Thursday reinstated a mask mandate for buildings the city owns or operates, defying a state law that bars local governments from instituting face-covering requirements.

Virus hospitalizations hit a 6-month high for state - The number of covid-19 patients in Arkansas hospitals rose to a new six-month high Thursday as the state's count of cases grew by 2,777.

Hospitalizations up in Florida children - MIAMI -- More Florida children were hospitalized with covid-19 on Tuesday than in any other state, reflecting a rapid rise in serious illness among an age group considered to be at lowest risk of severe outcomes but with many still not eligible for vaccination.

Building bill adds to deficit, budget office says - WASHINGTON -- The bipartisan infrastructure deal moving through the Senate will increase the federal deficit by hundreds of billions of dollars, Congress' nonpartisan scorekeeper said Thursday, contradicting the claims of the bill's authors.

DEF000333
Def.'s Ex. 1

Defense rests in Gilbert Baker bribery trial, jury deliberations begin today - Just over an hour-and-a-half into the seventh day of testimony in Gilbert Baker's bribery trial, Baker's attorneys rested their case Thursday morning, making it likely that the case will be in the hands of the jury today.

Biden honors Jan. 6 responders - WASHINGTON -- President Joe Biden paid tribute to law enforcement officers who responded to the Jan. 6 Capitol insurrection by signing legislation Thursday to award them Congressional Gold Medals for their service. Biden thanked the officers for saving the lives of members of Congress during those "tragic hours" of the attack.

2 senators hold shouting match - Two senators had a heated exchange Thursday morning during an unofficial meeting in the Old Supreme Court room in the state Capitol, an indicator of tensions over a state law banning most government entities from mandating use of masks.

Moderna says vaccine efficacy strong 6 months out - The powerful protection offered by Moderna's covid vaccine does not wane in the first six months after the second dose, according to a statement released by the company Thursday in advance of its earnings call.

Coronavirus resurging in China - BEIJING — China's worst coronavirus outbreak since the start of the pandemic a year and a half ago escalated Wednesday with dozens more cases around the country, the sealing-off of one city and the punishment of its local leaders.

Four to compete for 2022 Arkansas Teacher of the Year honor - Teachers from school districts in Cabot, Lake Hamilton, Springdale and Wynne were named Thursday as state semifinalists for the 2022 Arkansas Teacher of the Year at a ceremony at the Governor's Mansion.

Covid patients at 29, hospital in Pine Bluff under strain - Jefferson Regional Medical Center had 29 covid-19 patients on Thursday, the most the hospital has housed at any other time during the pandemic.

PBSD details plans for safe school year - The Jefferson County sheriff's office will provide three security officers for the four secondary schools in the Pine Bluff School District and another to cover the five elementary campuses, the district's chief told stakeholders earlier this week.

Biden touts industry's e-car promise - WASHINGTON -- Declaring the U.S. must "move fast" to win the carmaking future, President Joe Biden on Thursday touted a commitment from the auto industry to make electric vehicles up to half of U.S. sales by the end of the decade.

Virus exposes supply-chain risk - WASHINGTON -- Game maker Eric Poses last year created The Worst-Case Scenario Card Game, making a wry reference to the way the coronavirus had upended normal life.

Jobless claims in U.S. drop - WASHINGTON -- The number of new applications for state unemployment benefits eased last week, highlighting the latest incremental improvement in the U.S. labor market.

Murphy Oil reports 2Q revenue up 181% - Houston-based Murphy Oil Corp. more than doubled its year-over-year revenue in the second quarter, the company said Thursday.

Benton County legislative districts are heavily overpopulated and under-represented, board figures show - BENTONVILLE -- The three most overpopulated state House districts in Arkansas are all in Benton County, according to information presented by the state board drafting new legislative boundaries.

Arkansas Business

Def.'s Ex. 1

[Schools Sue, Mayor Defies Arkansas Mask Mandate Ban](#) - LITTLE ROCK — Arkansas' ban on mask mandates faced new legal challenges -- including from a school district where more than 800 staff and students are quarantining because of a COVID-19 outbreak -- and defiance from the mayor of the state capital as Republican lawmakers rejected efforts to roll back the prohibition.

[U.S. Jobless Claims Down to 385K As Economy Rebounds](#) - WASHINGTON (AP) — The number of Americans applying for unemployment benefits fell last week by 14,000 to 385,000, more evidence that the economy and the job market are rebounding briskly from the coronavirus recession.

[Murphy Oil Reports $63M Q2 Loss](#) - Murphy Oil Corp. of Houston on Thursday reported a second-quarter loss of $63.1 million, or 41 cents per share, amid after-tax losses on crude oil derivative contracts.

## Talk Business & Politics

[Special session to end with no changes to state mask mandate ban](#) - Friday is expected to be the final day of a special session that started Wednesday to consider changes to a state law banning mask mandates.

[Tyson Foods financials expected to improve in third fiscal quarter report](#) - Most equity analysts expect improved third-quarter numbers from Tyson Foods with a turnaround in the chicken segment, gains in prepared foods and international with solid beef results. The company reports fiscal third-quarter earnings on Monday (Aug. 9).

[Officials still unsure what caused I-40 bridge fracture](#) - Why did a primary support beam on the Interstate 40 bridge that connects West Memphis to Memphis fracture and lead to a near collapse of the busiest freight bridge in the United States? It's a mystery that officials in Arkansas and Tennessee still don't have answers to even after repair work on the bridge was completed and east and westbound lanes reopened this week.

## Arkansas Times

[Jury to begin deliberations Friday in Baker bribery trial](#) - The defense rested its case Thursday in the federal bribery trial of former lobbyist and state Sen. Gilbert Baker without calling the Conway Republican to testify on his own behalf.

[Pulaski County judge and sheriff join lawsuit challenging ban on public mask requirements](#) - Pulaski County Judge Barry Hyde and Sheriff Eric Higgins have filed a motion to intervene in the legal challenge to the state law that prohibits public mask requirements.

[Arkansas GOP has no plan for school year, Democrats say](#) - Michael John Gray, chairman of the Democratic Party of Arkansas, sends along a statement on the failure of the Arkansas General Assembly and state Republican leaders to do anything to help vulnerable school children too young to receive a vaccine.

[An Arkansas pediatrician tries to debunk COVID-19 misinformation](#) - Dr. Charlie Feild, president of the Arkansas chapter of the American Academy of Pediatrics, came to the Capitol Thursday in an attempt to dispel the junk science about the COVID-19 pandemic.

[Two attempts to allow school districts to require masks go down in flames, and time is running out](#) - That brief and shining hope that local school districts might be allowed to protect students from COVID-19 with mask mandates got smashed to smithereens Thursday afternoon, when members of the Arkansas Public Health, Welfare and Labor Committee rejected two bills.

[More Arkansas school districts soar into the red zone of COVID infection rates](#) - A bill under consideration at the Arkansas Capitol that would allow school districts to require masks once community spread of COVID-19 meets a specific threshold isn't aggressive enough, but it's better than nothing.

DEF000335                                          Def.'s Ex. 1

Little Rock again imposes mask mandate in public spaces - Little Rock Mayor Frank Scott Jr. announced on Thursday the resumption of a mask mandate for public spaces in the city. It takes effect beginning Friday, Aug. 6. He encouraged private businesses to follow suit.

CNN reports staffing shortages at UAMS - CNN reported today that UAMS currently has 360 vacancies for health care providers, including 230 just for nurses, according to UAMS chancellor Cam Patterson.

Lawmakers vote repeatedly to withhold federal unemployment payments to Arkansans, make no progress on COVID-19 protection in schools - Lots of sound and fury signifying nothing at the Capitol today, where the special session Governor Hutchinson originally announced as a way to protect schoolchildren morphed into just another attack on the poor.

West Memphis family mourns the death of Jordyn Franklin, an 11-year-old who died of COVID-19 complications - "Full of life. She loved everybody. Academically, top in her class. Didn't meet a stranger." That's how Kirsten Clark described 11-year-old **Jordyn Franklin**. Jordyn died Monday of complications from COVID-19.

Little Rock and Marion school districts file lawsuit challenging public mask ban - As promised, the Little Rock and Marion school districts have joined together to file a lawsuit challenging the state law that prohibits public mask requirements. The case has been assigned to Pulaski County Circuit Judge Tim Fox, who will hold a nonjury hearing at 9:45 a.m. Friday on a similar lawsuit, filed on behalf of two public school parents by Tom Mars.

Judge Wendell Griffen criticizes Christian conservatives refusing masks and rejecting vaccines - Circuit Judge Wendell Griffen, who is a pastor at the New Millennium Church in Little Rock, wrote a column posted to Good Faith Media criticizing Christian conservatives who are rejecting vaccines and refusing to wear masks as the delta variant continues to infect thousands of people a day in Arkansas as hundreds of thousands of children are about to file into schools throughout the state. Here's to hoping Pulaski County Judge Tim Fox agrees with the sentiment.

Politico

All the governor's men — and women - Gov. Andrew Cuomo for years has shrugged off accusations that he oversees an office that runs on fear, threats, insularity and above all, fealty to Cuomo himself. Tough tactics were necessary, Cuomo and his allies said, to get things done in New York.

Senate punts infrastructure vote after amendment meltdown - Senate Majority Leader Chuck Schumer set up a pivotal vote on President Joe Biden's infrastructure plan for Saturday, after breakneck talks to wrap up the bill on Thursday night fell apart.

Garland urges Congress to protect voting rights - Attorney General Merrick Garland on Thursday urged Congress to act to protect the voting rights of millions of Americans.

National Cyber Security News

(LR) Rutledge Files Lawsuit Seeking Arkansas Business's Money From Wire Fraud Hack - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge today filed a lawsuit to recover a Jonesboro company's money following an online hack.

Lexology

(LR) CFPB, Arkansas AG settle FCRA violations - On August 4, in an action brought by the CFPB and the Arkansas attorney general, the U.S. District Court for the Eastern District of Arkansas entered a stipulated final judgment and order against a Utah-based home-security and alarm company (defendant) for allegedly failing to provide proper notices under the FCRA.

KAIT

Def.'s Ex. 1

**(LR)** House committee votes no on mask bills - LITTLE ROCK, Ark. (KAIT) - It was a debate between personal freedom and the ability to protect children Thursday as a House committee voted against two bills on the mask in schools issue.

SWARK

**(LR)** Attorney General Leslie Rutledge: Summary of Opinions Released

Def.'s Ex. 1

## Dylan Jacobs

**From:** Stephanie Sharp
**Sent:** Tuesday, August 10, 2021 7:39 AM
**To:** Stephanie Sharp
**Subject:** August 10, 2021 Clips

ADG

Panel OKs $245M to aid Arkansas hospitals nursing homes - The Arkansas Legislative Council on Monday authorized the state Department of Human Services to use a total of $245.6 million of federal coronavirus relief funds to assist hospitals and nursing homes with their staffing needs and increased costs amid a surge of coronavirus cases spawned by the delta variant.

Robinson picked for UA's interim chancellor post - FAYETTEVILLE -- Charles Robinson, the University of Arkansas, Fayetteville's top academic and student affairs administrator, has been named interim chancellor effective Aug. 16.

Job openings top 10 million in June - WASHINGTON -- U.S. employers posted a record 10.1 million job openings in June, another sign that the job market and economy are bouncing back briskly from last year's coronavirus shutdowns.

Jury in Baker's federal bribery trial adjourns until this morning - Jury deliberations in the bribery trial of former Republican lobbyist and state senator Gilbert Baker will resume this morning at 8:30 at the federal courthouse in Little Rock after the jury of eight women and four men recessed Monday without reaching a verdict.

State panel told census data nearly here - Raw 2020 census data is expected to come in sometime this week and be available for public review in early September, lawmakers learned Monday morning from their staff.

State hospitals hit with 1,376 covid patients - Only eight intensive care unit beds were available in the state Monday and the hospitalization of covid-19 patients jumped by 103 to 1,376, the largest daily increase and total since the pandemic began.

Vaccine mandate sought for all service members - WASHINGTON -- Defense Secretary Lloyd Austin will seek to mandate coronavirus vaccination for all service members by mid-September, and could begin requiring inoculation even sooner if a vaccine receives full approval from the Food and Drug Administration, the Pentagon said Monday.

Canada reopens to vaccinated Americans - DERBY LINE, Vermont -- Canada lifted its prohibition on Americans crossing the border to shop, vacation or visit on Monday while the United States is maintaining similar restrictions for Canadians, part of a bumpy return to normalcy from covid-19 travel bans.

Fake vaccination cards online worry college officials - SAN LUIS OBISPO, Calif. -- As the delta variant of the coronavirus sweeps across the United States, a growing number of colleges and universities are requiring proof of covid-19 vaccination for students to attend in-person classes. But the new mandate has opened the door for those opposed to getting the vaccine to cheat the system, according to interviews with students, education and law enforcement officials.

Judge: Cruise line can require vaccine proof - Norwegian Cruise Line Holdings received a federal judge's blessing Sunday to flout the Florida law that bans companies from demanding proof of vaccination against coronavirus.

Franklin County sheriff found guilty on two counts - FORT SMITH -- Franklin County Sheriff Anthony Boen has been found guilty of two of three federal accusations of unreasonable force against detainees.

Def.'s Ex. 1

Senators' building bill vote expected - WASHINGTON -- After weeks of fits, starts and delays, the Senate is on track to give final approval to the $1 trillion bipartisan infrastructure plan, with a growing coalition of Democrats and Republicans prepared to lift the first phase of President Joe Biden's rebuilding agenda to passage.

Washington County officials OK work on jail expansion plans - FAYETTEVILLE -- Washington County Sheriff Tim Helder on Monday pitched a short-term jail expansion costing between $12 million and $15.5 million to the Quorum Court's Jail, Law Enforcement and Courts Committee.

Fayetteville board OKs requiring masks for indoor school settings - FAYETTEVILLE -- Students, employees and visitors will need to mask up this school year.

## Arkansas Business

Arkansas Reports New Record for COVID-19 Hospitalizations - LITTLE ROCK, Ark. (AP) — Arkansas on Monday set a new record for the number of people in the state hospitalized because of COVID-19 as its coronavirus surge continued.

Appeals Court Revives Challenge to Arkansas 'Ag-Gag' Lawsuit - ST. LOUIS (AP) — A federal appeals court revived a legal challenge Monday to an Arkansas law that farm organizations have used to shield themselves from undercover investigations by animal rights groups.

Montrose Environmental Moves HQ to North Little Rock - Montrose Environmental Group Inc. said Friday that it has moved its headquarters office from Irvine, California, to North Little Rock. The relocation to 5120 Northshore Drive was effective Friday.

Sunstar Insurance Acquires Campbell & Co. - Sunstar Insurance Group LLC of Memphis continued adding to its Arkansas presence on Monday, acquiring Campbell & Co. Insurance of Camden.

UA Trustees to Consider $1 Online Acquisition - The board of trustees of the University of Arkansas System will hold a special meeting Wednesday to discuss acquiring Grantham University in Lenexa, Kansas, in an asset purchase agreement for $1.

SPATCO Acquires The Southern Co. Inc. of NLR - SPATCO Energy Solutions of Charlotte, North Carolina, announced last week that it had acquired two regional leaders in petroleum equipment sales, including The Southern Co. of NLR Inc. of North Little Rock.

Charles Robinson Named UA Interim Chancellor - Charles Robinson has been named interim chancellor at the University of Arkansas' flagship campus in Fayetteville, effective Aug. 16.

## Talk Business & Politics

Democratic Party chair Michael John Gray leaving post - Michael John Gray, the former state representative who has served as Democratic Party of Arkansas chairman since 2017, is leaving his position, he announced Monday (Aug. 9).

Analysts expect Car-Mart to post double-digit increase in earnings, revenue in fiscal first quarter - Rogers-based America's Car-Mart is expected to see gains in sales and earnings in the first quarter of fiscal 2022 as the buy here, pay here used car dealer celebrates its 40th anniversary.

PSSI to acquire North Little Rock-based Safe Foods Corp. - PSSI, a Wisconsin-based leading food safety and contract sanitation provider, announced Monday (Aug. 9) the signing of a definitive agreement to acquire Safe Foods Corp., the North Little Rock-based food safety management company.

Provost Charles Robinson named interim chancellor for University of Arkansas - The University of Arkansas System announced Monday (Aug. 9) that Charles Robinson, provost and executive vice chancellor for Academic and Student Affairs at the UA, will become interim chancellor for the state's flagship university beginning Aug. 16.

Tyson Foods earnings, revenue rise in fiscal third quarter - Springdale-based meat company Tyson Foods posted double-digit gains in earnings and revenue and beat expectations in the fiscal third quarter as its foodservice volumes and beef production increased amid rising demand.

## Arkansas Times

Arkansas Democratic Party Chair Michael John Gray to step down - Updated: Arkansas Democratic Party Chair Michael John Gray announced his plans to resign effective Sept. 1. Vice Chair Nicole Hart will take over until a state committee meeting can be convened to choose a new chairman.

Ask the Times: What do I do if I lost my vaccination card? - With an increasing number of situations that might warrant verifying your COVID-19 vaccination status, it's great to have that vax card on hand, but what happens if you lose it?

University of Arkansas looks to expand online options - On Wednesday, the University of Arkansas Board of Trustees will consider buying a Kansas-based online university to expand the Arkansas system's virtual degree program offerings from 24 to 60.

Arkansas is the subject of today's The New York Times "The Daily" podcast episode, "Back to School Amid the Delta Variant" - Today's The New York Times "The Daily" podcast tackles the subject of Arkansas students who are about to head back to classrooms.

Arkansas marijuana commission takes step to award final dispensary licenses - The Arkansas Medical Marijuana Commission unanimously decided Thursday to choose the state's final two dispensaries from a list of expired applications rather than initiate a new application process if the governor's office and a legislative committee sign off on the process.

Charles Robinson named interim chancellor at University of Arkansas - University of Arkansas System President Donald Bobbitt has named Charles F. Robinson interim chancellor for the University of Arkansas at Fayetteville. Robinson takes over Aug. 16 from Acting Chancellor Bill Kincaid, who was named to that role after the Joe Steinmetz resigned in June. Robinson now serves as provost and executive vice chancellor for academic and student affairs for the university.

Greenwood grapples with the coronavirus and vaccine hesitancy - The Wall Street Journal provides a window into the tragedy unfolding in Arkansas with a story about Greenwood, where a prominent architect died of coronavirus in July and vaccine skepticism is still rampant.

## Politico

Democrats' infrastructure visions take a bipartisan detour - President Joe Biden had big visions for his infrastructure plan: It would jump-start the economic recovery, counter racial inequities and combat climate change. Schools, public housing and child care centers would get money for badly needed upgrades. Americans would receive help paying for health care, including in their homes.

BioNTech: Third vaccine dose will be needed, but no need to adapt for Delta variant - BioNTech believes a booster dose of its coronavirus vaccine produced with Pfizer will be necessary, but it won't need to be altered to target the Delta variant, the company said Monday.

Decision to vaccinate children rests on ethics rather than science - LONDON — To vaccinate or not to vaccinate? The question is harder when it comes to kids.

DEF000340                                                      Def.'s Ex. 1

WCSC

**(LR)** [SC Attorney General calls for faster implementation of anti-robocall technology](#) - COLUMBIA, S.C. (WCSC) - South Carolina Attorney General Alan Wilson urged the Federal Communications Commission to fight back against illegal robocalls now.

STL News

**(LR)** [North Carolina AG Urges to Fight Back Against Robocalls](#) - Raleigh, NC (STL.News) Attorney General Josh Stein today led a bipartisan group of 51 attorneys general urging the Federal Communications Commission (FCC) to fight back against the scourge of illegal robocalls by moving up the deadline for smaller telephone companies to implement caller ID technology.  Attorney General Stein is co-leading these comments with Attorney General Josh Shapiro (PA) and Attorney General Leslie Rutledge (AR).

Def.'s Ex. 1

## Dylan Jacobs

**From:**          Stephanie Sharp
**Sent:**          Wednesday, August 11, 2021 7:53 AM
**To:**            Stephanie Sharp
**Subject:**       August 11, 2021 Clips


ADG

**(LR)** Governor hiring own lawyer in challenge of mask-rule ban - Gov. Asa Hutchinson said Tuesday that he will retain outside legal counsel to represent him in a lawsuit in which he is a defendant -- a case in which a Pulaski County circuit judge on Friday temporarily barred authorities from enforcing a state law banning mask mandates by most state and local governmental entities, including public schools.

**(AG)** After filings, rivals in Pope County casino fray wait - After filing their final appeal-related briefs earlier this week to the Arkansas Supreme Court, those vying to break ground on a Pope County casino said they're grateful the case over the contested operating license is moving forward.

Bentonville City Council approves agreements for park renovations - BENTONVILLE -- The City Council on Tuesday night approved agreements that will kick-start renovations at two city parks that will be paid for by money from an approved bond issue.

Fayetteville voters continue sales tax by significant majority - FAYETTEVILLE -- The city's primary source of money for operations and some capital expenditures will continue for another 10 years.

Springdale School Board approves temporary mask policy for K-7 students - SPRINGDALE -- The School Board on Tuesday approved a 30-day policy requiring masks for K-7 students indoors and on buses.

Arkansas legislators look at blocking employer vaccine mandates - Fresh from rejecting a proposal to allow schools to require masks for young students, some Arkansas lawmakers are now targeting businesses that require employees to be vaccinated against covid-19.

Hospitalized, ventilator counts up in state; for 2nd day, patient tallies top records - Already at record levels, the number of covid-19 patients in Arkansas hospitals and on ventilators continued growing on Tuesday as the state's count of cases rose by 2,620.

Senate vote advances $1T bill for infrastructure - WASHINGTON -- The Senate on Tuesday approved a roughly $1 trillion proposal to improve the nation's roads, bridges, pipes, ports and internet connections, advancing a historic burst in federal spending after years of failed attempts on Capitol Hill to invest anew in the country's aging infrastructure.

In Gilbert Baker trial, jury ordered to rest, return - In an effort Tuesday afternoon to avoid a possible hung jury in the bribery trial of former Republican state Sen. Gilbert Baker, Chief U.S. District Judge D. Price Marshall Jr. took the unusual step of instructing the jury to get a good night's sleep and return to court this morning. The move is known as an "Allen Charge."

Shortage of medics crippling hospitals; Arkansas among worst-hit states - The rapidly escalating surge in coronavirus infections across the U.S. has caused a shortage of nurses and other front-line workers in virus hot spots that can no longer keep up with the flood of unvaccinated patients and are losing staff members to burnout and lucrative out-of-state temporary gigs.

Little Rock board gets look at covid aid plans - Members of the Little Rock Board of Directors on Tuesday were given a proposed road map for how to use about $6.3 million of the money that remains symbolically unallocated from the first tranche of direct aid the city has received from the American Rescue Plan Act.

Fear a foe in covid fight, says UA's interim chief - FAYETTEVILLE -- The pandemic's challenges include managing fears caused by the virus, said Charles Robinson, set to become on Monday the interim chancellor for the University of Arkansas, Fayetteville.

DEF000342                                          Def.'s Ex. 1

Social media influencers enlisted to talk up shots - DENVER -- Colorado is part of a growing movement in states and cities that's paying social media influencers to try to reach the most vaccine-hesitant people at a neighborhood level.

N.Y. governor resigning, denies harassment claims - NEW YORK -- Gov. Andrew Cuomo announced his resignation Tuesday over a barrage of sexual harassment allegations in a fall from grace a year after he was widely hailed nationally for his detailed daily briefings and leadership during some of the darkest days of the covid-19 pandemic.

Animal advocates gun for 'ag-gag' law after appellate ruling - The U.S. Court of Appeals in St. Louis on Monday reversed and remanded a lawsuit challenging an Arkansas "ag-gag" law over First Amendment concerns.

Projects making drugs to cut costs - Impatient with years of inaction in Washington on prescription drug costs, U.S. hospital groups, startups and nonprofits have started making their own medicines in a bid to combat stubbornly high prices and persistent shortages of drugs with little competition.

## Arkansas Business

Arkansas COVID-19 Hospitalizations Hit New High for 2nd Day - LITTLE ROCK, Ark. (AP) — Arkansas' COVID-19 hospitalizations hit a new high for the second day in a row on Tuesday as a surge in coronavirus cases continued to overwhelm the state's health system.

Bullard: Robust Job Growth Supports Fed Tapering 'Soon' - WASHINGTON (AP) — Last week's monthly jobs report demonstrated the ongoing strength of the U.S. economy and underscored the need for the Federal Reserve to rein in its stimulus efforts, a Fed official said Tuesday.

Arkansas prepares to welcome students as COVID-19 cases and deaths ramp to record levels - Arkansas is experiencing the worst COVID-19 surge since the pandemic began, but Gov. Asa Hutchinson said Tuesday (Aug. 10) he doesn't support a statewide mask mandate or changing the start dates for schools.

Montrose Environmental Group relocates executive offices to Arkansas - Montrose Environmental Group Inc. said Tuesday (Aug. 10) it will locate its principal executive office from Irvine, Calif., to North Little Rock.

Simmons Bank Taps TCF Exec to Lead Commercial Finance Unit - Simmons Bank on Tuesday announced a new commercial finance business unit, which will focus on equipment finance in business aviation, over-the-road trucking, franchise finance and marine financing.

Arkansas Democrats' Chairman Steps Down to Lead Super PAC - LITTLE ROCK, Ark. (AP) — The Arkansas Democratic Party chairman said Monday that he would resign to head a super PAC targeting former White House press secretary Sarah Sanders' bid for governor.

## Talk Business & Politics

(LR) Arkansas prepares to welcome students as COVID-19 cases and deaths ramp to record levels - Arkansas is experiencing the worst COVID-19 surge since the pandemic began, but Gov. Asa Hutchinson said Tuesday (Aug. 10) he doesn't support a statewide mask mandate or changing the start dates for schools.

(AG) Pope County casino case hinges on meaning of 'the' - Will Gulfside Casino get to keep its Pope County license? It depends on what the meaning of the word "the" is. Gulfside, which operates a casino in Gulfport, Miss., was awarded the license July 31, 2020, by the Racing Commission, which now is a plaintiff in the suit against Gulfside.

Montrose Environmental Group relocates executive offices to Arkansas - Montrose Environmental Group Inc. said Tuesday (Aug. 10) it will locate its principal executive office from Irvine, Calif., to North Little Rock.

DEF000343

Def.'s Ex. 1

Arkansas Times

(LR) The public school mask mandate round-up - With less than a week before the start of school, school boards around the state have begun to make decisions on how to respond to a Pulaski County judge temporarily blocking the state law that prohibits public mask mandates.

Senate hearing on employer-mandated vaccines pits Republican senators against big poultry, science against misinformation - It turns out that Republican legislators, historically aligned with big poultry's right to operate as it sees fit, have the opposite philosophy when it comes to the question of employer-mandated vaccines.

Jury in Gilbert Baker trial ends second full day of deliberations without reaching a verdict - A hung jury is looking more likely in the bribery trial of Gilbert Baker, a former lawmaker and chairman of the state Republican Party. The jury just ended its second full day of deliberations without reaching a verdict, reports Debra Hale-Shelton, who has been covering the trial for the Arkansas Nonprofit News Network. The jury began deliberations the afternoon of Friday, Aug. 6.

Babe Ruth statue underway in Hot Springs' Majestic Park - There's a statue of Babe Ruth in Japan, and one in Baltimore, Maryland. Now, there will be an 8-foot monument to the legendary baseball player in Hot Springs, near the ball field where The Babe and other heavy hitter completed their annual spring training sessions.

Governor Hutchinson: targeting traditional Medicaid recipients for vaccine; numbers bad - Governor Hutchinson, at his weekly COVID-19 briefing, attributed some of Arkansas's lagging vaccination numbers on the state's residents who receive health insurance through traditional Medicaid. Only 27,000 of the 627,000 recipients of traditional Medicaid have been vaccinated, Hutchinson said. The traditional population includes children on ARKids (not all of who are vaccine eligible), elderly people and disabled people.

Cotton, Boozman voted no on infrastructure bill, but it passed anyway - The senators from Arkansas voted against the $1 trillion infrastructure plan embraced by both Republicans and Democrats. It passed anyway, and will now go up for consideration in the House.

UAMS chancellor Cam Patterson discusses effects of delta surge on hospitals on NPR - UAMS chancellor Cam Patterson appeared on NPR's "Morning Edition" to talk about the effects of the delta surge on hospitals one day after Arkansas set a record number for people hospitalized in the state with COVID-19.

A doctor evolves in light of new COVID-19 information, and you can, too - Johnson stuck to the party line over the past year or so, even voting with Republicans to ban schools, counties and municipalities from being allowed to institute mask requirements to protect people from COVID-19. The law handcuffed schools from following medical advice from the Centers for Disease Control and Prevention, the American Academy of Pediatrics and other leading experts, literally putting the lives of Arkansas children at risk.

ACHI Board calls for all K-12, college students and staff to wear masks - The Health Policy Board of the Arkansas Center for Health Improvement has released a common sense statement calling for all K-12 and college students and staff to wear masks. It also recommended that schools request waivers from the Department of Education to delay the start of school. The board is largely made up of health care professionals.

Unemployed Arkansans still have a shot at getting their hands on withheld federal benefits - The Arkansas legislature stuck it to constituents across the board last week by upholding both a ban on mask mandates in schools and the governor's decision to deny pandemic federal unemployment benefits.

Politico

Senate adopts budget that paves way for $3.5T spending plan - Senate Democrats adopted a budget measure early Wednesday morning to deliver their next filibuster-proof ticket to passing major legislation against the will of their GOP colleagues.

Biden: Republican governors' actions to oppose masks in school are 'a little disingenuous' - President Joe Biden on Tuesday called out Republican governors on their positions against mask mandates in schools, calling some recent actions "a little disingenuous" and out of line with a small government message.

Biden scores a bipartisan win. Even his team isn't 'Pollyannaish' about more. - For months, White House negotiators had a clear directive from the president: Whatever you do, find a way to get to "yes" with Republicans.

## Times Record

(LR) A look inside Lockheed Martin's F-35 simulator - With prominent leaders in the community and state present, Lockheed Martin showcased its F-35 simulator at TAC Air in Fort Smith.

(LR) Attorney General Leslie Rutledge visits Fort Smith Senior Activity Center to campaign - Even as polls show Sarah Sanders the favorite to win the 2022 Arkansas governor's race, Attorney General Leslie Rutledge believes she has a chance to win the Republican nomination.

## Texarkana Gazette

(AG) Public meeting on Arkansas redistricting tonight in Hope - HOPE, Ark. -- The state Board of Apportionment, which will decide how to redraw the state's 35 Senate and 100 House of Representatives districts according to 2020 Census data, will hold a public meeting tonight in Hope.

## JBSupra

(AG) The Courts and Healthcare Policy - August 2021 - The courts continue to play an important role in health policy. 2020 saw several notable lawsuits related to the Affordable Care Act (ACA). Several other Trump administration policies were challenged, including Medicare payment policies, price transparency, how the Medicaid program can change and whether Medicaid beneficiaries can sue over curtailed benefits, and immigration changes affecting access to programs like Medicaid. By June 2021, the Supreme Court had ruled in the risk corridors case and the case of Texas v. United States.

## WREG

(LR) COVID-19 in Arkansas: Gov. Hutchinson tackles mask, COVID ICU bed availability as 1.1 million surpassed of fully vaccinated Arkansans - LITTLE ROCK, Ark. – Governor Asa Hutchinson addressed growing concerns over the use of masks in schools as fully immunized Arkansans surpassed 1.1 million on Tuesday.

## KATV

(LR) Arkansas officially recommends masks in schools as COVID-19 surge continues - LITTLE ROCK (KATV) — The Arkansas Department of Education on Tuesday officially recommended that students wear masks in schools to limit the spread of COVID-19, aligning its guidelines with those of the U.S. Centers for Disease Control and Prevention.

## 4 State News

(LR) Governor Hutchinson: targeting traditional Medicaid recipients for vaccine: numbers bad - Governor Hutchinson, at his weekly COVID-19 briefing, attributed some of Arkansas's lagging vaccination numbers on the state's residents who receive health insurance through traditional Medicaid. Only 27,000 of the 627,000 recipients of traditional Medicaid have been vaccinated, Hutchinson said. The traditional population includes children on ARKids (not all of who are vaccine eligible), elderly people and disabled people.

DEF000345                                                                 Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Friday, August 13, 2021 7:25 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | August 13, 2021 Clips |

ADG

**(LR)** Lawmakers call on attorney general to discuss town status - The Legislative Joint Auditing Committee's co-chairmen have invited Attorney General Leslie Rutledge to next month's meeting to explain why her office has yet to take action aimed at dissolving the municipality of Allport in Lonoke County.

**(LR)** Fort Smith School District staff supports board's role in mask mandates - FORT SMITH -- School staff who responded to a poll are mostly in favor of the School Board deciding if they're required to wear masks to mitigate the spread of covid-19 -- a revelation that preceded the board's final ratification of a district-wide mask mandate.

Gilbert Baker acquitted on conspiracy charge in federal bribery trial, jury unable to reach verdict on other charges - After nearly four days of deliberation, a jury of eight women and four men on Thursday found former Republican state Sen. Gilbert Baker innocent on one count of conspiracy to commit bribery involving a former circuit judge.

State's covid-19 hospitalizations decrease by 50 - After setting records for the previous three days, the number of covid-19 patients in Arkansas hospitals fell by 50 on Thursday, but the state's count of cases rose by 2,318.

Extra doses OK'd for some - WASHINGTON -- U.S. regulators said Thursday that transplant recipients and others with weakened immune systems can get an extra dose of a covid-19 vaccine to better protect them as the delta variant continues to surge.

Census data shows NW spurt offsetting losses around state - Northwest Arkansas' explosive growth is reflected in the 2020 U.S. census figures, which were released Thursday.

With tubas and textbooks, students begin moving into residence calls at UA Fayetteville - FAYETTEVILLE -- The parking lot at Adohi Hall was full of Texas tags and music majors.

Masks required for most classes and activities, Little Rock School Board decides - The Little Rock School Board that sued the state for the right to require students and employees to wear masks followed through Thursday with an 8-0 vote for the masks to be worn inside school buildings and at indoor school functions.

Arkansas State University System trustees vote 'yes' for mask mandates on campuses - The Arkansas State University System passed a resolution Thursday permitting administrators at all ASU campuses to enforce a mask mandate should they feel it is necessary for the protection of faculty and staff members.

Sewer work shuts street till Monday - A $1.1 million project to replace a section of a 50-year-old sewer pipe will shut down a section of South Rodney Parham Road in Little Rock all weekend and require detours.

Chamber supports Little Rock mayor's push for sales-tax rise as election nears - The board of the Little Rock Regional Chamber of Commerce has endorsed Little Rock Mayor Frank Scott Jr.'s "Rebuild the Rock" sales-tax increase ahead of the Sept. 14 citywide referendum on the tax.

DEF000346                    Def.'s Ex. 1

Mask mandate issued for Pine Bluff schools - In an open letter Thursday, Pine Bluff School District Superintendent Barbara Warren announced that students, staff members and visitors must wear face coverings "at all times" on district property and buses, except while eating and drinking.

Sheriff: Kin told before report aired - Jefferson County Sheriff Lafayette Woods Jr. on Thursday denied allegations that he did not reach out to relatives of Dezmen X. McBride before releasing a statement about the status of an investigation into the 18-year-old's June 5 death while in custody.

Business Expo on, but with caution - Using all of the covid-fighting tools at their disposal and counting on attendees to use common sense, officials at the Pine Bluff Regional Chamber of Commerce are going ahead with plans for next week's annual Business Expo.

Friendship Aspire's campus is approved - Friendship Aspire Academy has been given the green light to establish a campus in downtown Pine Bluff to house prekindergartners through third graders.

Shot clinic set by city canceled - A covid vaccination clinic scheduled for Saturday has been canceled because of an expected low turnout, according to a release from the Pine Bluff mayor's office.

Dillard's reports robust 2Q - Dillard's Inc. continues its recovery from last year's pandemic-related losses, posting 70.8% growth in second-quarter revenue.

Arizonans brace for water cuts - CASA GRANDE, Ariz. -- A harvester rumbles through the fields in the early morning light, mowing down rows of corn and chopping up ears, husks and stalks into mulch for feed at a local dairy.

Building owner files suit over rent - The owner of the Bank of America building in downtown Little Rock wants to kick out its largest tenant, the law firm of Wright, Lindsey & Jennings, over a dispute involving $400,000 in unpaid rent and what law firm executives say is the poor condition of the 24-story skyscraper.

U.S. jobless claims inch toward pre-pandemic levels - WASHINGTON -- The number of new claims for state unemployment benefits fell for a third-straight time last week, the latest sign that employers are laying off fewer people as they struggle to fill a record number of open jobs and meet a surge in consumer demand.

OxyContin maker grilled on deal - NEW YORK -- Purdue Pharma's quest to settle thousands of lawsuits over the toll of OxyContin and its other prescription opioid painkillers entered its final phase Thursday with the grudging support of many of those who have claims against the company.

Producer prices rise higher than forecast, climb 1% last month - WASHINGTON -- Inflation at the wholesale level jumped a higher-than-expected 1% in July, matching the rise from the previous month and dimming hopes that the upward trajectory of prices would begin to slow.

Rogers school district approves temporary mask requirement - ROGERS -- The School Board on Thursday approved a temporary requirement to wear masks indoors and on district transportation for staff and students in pre-K through 12th grade.

East Fayetteville, Goshen residents asked to reduce water usage - FAYETTEVILLE -- The city is asking residents on the far east side of town and Goshen to conserve water.

## Arkansas Business

Inuvo Reports More Sales But $2M Loss in Q2 - Marketing technology provider Inuvo Inc. of Little Rock said Thursday that its second-quarter loss widened to $2.38 million, or 2 cents per share.

Dillard's Swings Back to Profit in Q2 - Dillard's Inc. of Little Rock on Thursday again reported improvement in quarterly profit and sales, compared to the second quarter of 2020, when stores closed or cut hours in response to the COVID-19 pandemic.

## Talk Business & Politics

Gulfside selects general contractors for River Valley Casino Resort - Arkansas-based Nabholz Corp. and AnderCorp of Mississippi have formed a joint venture to oversee construction of Gulfside Casino Partnership's proposed $254 million River Valley Casino Resort in Pope County.

Population rises in metro areas; U.S. representatives allocated to Arkansas unchanged, 2020 Census data shows - Population trends in Arkansas have remained the same in recent years at least through the onset of the COVID-19 pandemic, a state demographer said Thursday (Aug. 12). Meanwhile, the number of U.S. representatives apportioned to the state will remain at four, unchanged from the 2010 Census.

ACHI: 31 school districts now requiring masks - At least 31 Arkansas school districts have enacted mask mandates as of noon Thursday, while 12 have decided against the mandates, according to a list compiled by the Arkansas Center for Health Improvement (ACHI).

The Supply Side: Socket Lock-It gets Indiana startup on Walmart shelves - Bitten by the entrepreneur bug, Caitie Gehlhausen of Indianapolis always wanted to run her own company. She wasn't sure what that would be or where the journey would take her. In 2017, Gehlhausen left for High Point University in North Carolina on a golf scholarship. During her second semester, she took an entrepreneur class and declared that her major.

Report: 8% of Arkansas' hotel jobs won't return by year-end - A new report from the American Hotel and Lodging Association (AHLA) predicts that 8.3% of Arkansas' hotel jobs will not return by the end of the year. AHLA projects hotels will lose $44 billion nationally this year, compared with 2019.

John Erck ready to 'build something great' with UAMS - For nearly 20 years, John Erck of Fayetteville has successfully aligned donors' philanthropic goals with the right initiatives.

## Arkansas Times

Hung jury on all but one count in Baker trial; former lawmaker acquitted of conspiracy - A federal jury in Little Rock acquitted former lobbyist and political fundraiser Gilbert Baker of conspiracy Thursday but failed to reach a verdict on eight other charges, including one count of bribery and seven of wire fraud. The deadlock ended a two-week trial marked by high-profile witnesses, failing memories, legal jargon and an unwelcome guest: the coronavirus pandemic.

CHI St. Vincent to require staff vaccinations - CHI St. Vincent announced today that it would require vaccinations of all staff by Nov. 1.

More on the Census: Little Rock tops 200,000 population - Metroplan provides highlights of Census data released earlier today.

Jury acquits Gilbert Baker on one of 9 felony charges; jury hangs up on the rest - On its fifth day of deliberation, a federal court jury in Little Rock acquitted former Republican senator and state party chair Gilbert Baker of one count of conspiracy to commit bribery but said it was hung on 8 other charges of conspiracy and wire fraud.

Citing violation of COVID safety plan, Screen Actors Guild stops work on the Arkansas set of Martin Lawrence/John Malkovich movie - From Deadline (via Arkansas Times contributor Guy Lancaster) comes word that the Screen Actors Guild (SAG-AFTRA) issued a stop work notice on the set of "Mindcage," a Martin Lawrence and John Malkovich project

being filmed in Northwest Arkansas. The notice states that its producer, MC Scared LLC, "has failed to demonstrate its compliance with SAG-AFTRA's required Covid safety standards and protocols for a safe set." From the article:

Census data released; let the politics begin - The long-awaited 2020 Census data was released today and you can find it all here.

Sole Black professor in UALR's history department sues for discrimination - Brian Mitchell, an assistant professor of history at the University of Arkansas Little Rock, is suing the school for what his attorney said is an ongoing pattern of discrimination.

Arkansas Tech to retire student debt with COVID aid - Arkansas Tech University will use $1.75 million in federal COVID relief money to retire debt of more than 1,600 students who weree enrolled at Tech in 2020 and 2021.

The next legal target? Vaccination 'passport' ban - I've written before about Sen. '30 Percent' Trent Garner's new law to prohibit vaccination "passports." It prohibits documentation of vaccination as a "condition for entry, travel, education, or services." The governor, in approving this law, chooses to say it applies only to government agencies. A plain reading of the law suggests otherwise.

Northwest Arkansas says send in the immigrants - The New York Times reports on how immigrants have fueled the economic boom in Northwest Arkansas.

Politico

Four Senate Republicans wait on reelection bids as majority hangs in balance - Ron Johnson's got a piece of advice for Republicans who want him to run for reelection: Don't work with Democrats on "crap" like the bipartisan infrastructure bill.

FDA authorizes third dose of Pfizer, Moderna shots for immunocompromised - The FDA updated its emergency-use authorizations for the Pfizer and Moderna Covid-19 vaccines on Thursday, sanctioning third doses for a small percentage of Americans with compromised immune systems.

Crypto tax spurs House Democrats to rethink infrastructure bill - Crypto-friendly House Democrats are plotting a long-shot bid to scale back digital currency tax rules tucked into President Joe Biden's infrastructure plan, threatening to prolong a lobbying battle that snarled the legislation in the Senate.

NWA DemGaz

(LR) OPINION | BRENDA BLAGG: The mask battle goes on - A court did what the Arkansas Legislature wouldn't last week, temporarily lifting a state ban on government-mandated masks.

Lovely County Citizens

(LR) Special session: Legislature's inaction frustrates school administrators - Last week's special session of the Arkansas General Assembly didn't accomplish much except to leave local school administrators with a growing sense of frustration.

NCPA

(LR) NCPA backs Rutledge's bid for Arkansas governor - Arkansas Attorney General Leslie Rutledge has announced her candidacy to be the Republican nominee for governor in the 2022 election.

Natural State News

**(LR)** ARKANSAS ATTORNEY GENERAL'S OFFICE: RUTLEDGE Fights Federal Government's Attack on The Second Amendment - Arkansas Attorney General's Office issued the following announcement on Aug. 5.

**40/29**

**(AG)** Census: Fastest growth in Arkansas in northwest region - LITTLE ROCK, Ark. — The fastest-growing counties and metropolitan area in Arkansas over the past decade were in the state's northwest region, according to data released Thursday from the U.S. Census Bureau.

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Monday, August 16, 2021 7:39 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | August 16, 2021 Clips |

ADG

(AG) Pope County officials signaling split with exec on casino filing - Some members of the Pope County Quorum Court say they want the public to know that the county judge does not represent them when it comes to the casino controversy there.

State: Covid-19 hospitalizations down Sunday but ventilator use at an all-time high - Covid-19 hospitalizations in Arkansas decreased Sunday but remain higher than last week as reported cases are still on the rise, according to the Arkansas Department of Health.

Old-school education institutions turn to online, remote instruction for some students - The 2021-22 school year that starts this week features widespread opportunities for online public education instruction that are outside of traditional classrooms but within state-set parameters.

Decision seen near on covid boosters - WASHINGTON -- Warning of tough days ahead with surging covid-19 infections, the director of the National Institutes of Health said Sunday the U.S. could decide in the next couple weeks whether to offer coronavirus booster shots to Americans this fall.

Social worker to assist Little Rock police - Little Rock Police has begun using a social worker to provide a resource to people who officers encounter in the course of the duties but need help beyond what a typical officer can provide.

Westerman travels for facts; trip enlightening about immigration, forests, he says - WASHINGTON -- U.S. Rep. Bruce Westerman, R-Ark., has gone on fact-finding trips this summer, gathering information about topics ranging from immigration to agriculture.

Kabul falls to Taliban in one day - KABUL, Afghanistan -- Taliban fighters took control of Kabul on Sunday as the Afghan government collapsed, President Ashraf Ghani fled, and the long-dominant American presence appeared to be coming to an abrupt and chaotic end after nearly 20 years, with tens of thousands of people trying to escape.

White House gets grilling - WASHINGTON -- A conference call between members of Congress and the Biden administration's top diplomatic and military leaders on Afghanistan turned contentious Sunday, as lawmakers pressed the administration on how intelligence could have failed so badly and how long the military would help hold the Kabul airport.

Data shows rural areas' population dropping - Rural counties both in Arkansas and nationwide saw their populations mostly decline over the last decade, according to census data released last week.

Baum-Walker Stadium to host Bikes, Blues & BBQ main stage - FAYETTEVILLE -- The main stage of Bikes, Blues & BBQ will be at Baum-Walker Stadium this year to avoid construction work associated with the arts corridor downtown.

Northwest Arkansas city officials say sales tax revenue keeps growing - FAYETTEVILLE -- Local governments continue to see double-digit growth in sales tax revenue through the covid-19 pandemic, but

**Arkansas Business**

DEF000351
Def.'s Ex. 1

Average U.S. Price of Gas Up 3 Cents Per Gallon to $3.25 - CAMARILLO, Calif. (AP) — The average U.S. price of regular-grade gasoline jumped 3 cents over the past three weeks, to $3.25 per gallon.

Cannabis Dispensary Move to Russellville Quashed - In sharp contrast to a string of cannabis dispensary location moves that breezed through the Arkansas medical marijuana system, 3J Investments Inc. hit a wall in its Aug. 5 application to transfer its dispensary site.

First Orion Eyes Expansion - First Orion Corp. may already be outgrowing its $15 million five-story headquarters in North Little Rock's Argenta district.

Walmart Launches Logistical Revolution - If robots can beat grandmasters at chess, surely they can help Walmart with a game of logistical Tetris.

COVID-19 Makes Impact on Supply Chain - About 20% of logistics industry professionals worldwide reported that their supply chains were interrupted by the COVID-19 pandemic last year, according to Statista, a company that specializes in business data.

## Talk Business & Politics

UCA President: 'Sense of déjà vu' as students return to campus this fall - University of Central Arkansas President Dr. Houston Davis has experienced this scenario before – students returning to campus for the fall semester amidst the backdrop of a global pandemic. This time, however, he has a year of experience under his belt.

## Arkansas Times

The state's new guidance for schools: Masks - Better late than never: The state's revised "guidelines" for public schools

## Politico

'Clearly botched': Biden White House under assault on Afghanistan drawdown - President Joe Biden long touted his foreign policy credentials as a core asset he'd bring to the Oval Office. And once he was in the White House, he proudly proclaimed "America is back" on the world stage.

Texas Supreme Court backs governor on mask mandates - The Texas Supreme Court on Sunday sided with Gov. Greg Abbott by issuing temporary stay orders on the subject of mask mandates in public schools.

Death toll from Haiti earthquake rises to 1,297 - LES CAYES, Haiti — The death toll from a magnitude 7.2 earthquake in Haiti soared to at least 1,297 Sunday as rescuers raced to find survivors amid the rubble ahead of a potential deluge from an approaching tropical storm.

## NWA DemGaz

(AG) Lincoln seeks attorney general's opinion - LINCOLN -- In light of a new state law, the Lincoln City Council is asking for an opinion from the Arkansas attorney general's office on whether it can approve internal policies for its police department.

## Fox 13

(LR) Students in West Memphis return to school under mask mandate - WEST MEMPHIS, Ark. — Students in West Memphis, Arkansas are returning to school Monday.

DEF000352                                                                                          Def.'s Ex. 1

KTLO

**(LR)** [Bulk of Twin Lakes Area schools open today](#) - Monday is the first day public schools in Arkansas can open, with most in the Twin Lakes Area beginning classes.

Yahoo News

**(LR)** [Where Northwest Arkansas' biggest school districts stand on masks](#) - A judge ordered a temporary injunction on Act 1002 — Arkansas' law that bans public entities from requiring masks — meaning the law cannot be enforced for now.

KAIT

**(LR)** ["If it's stolen, keep on rollin": Recycling business explains process of buying catalytic converters](#) - JONESBORO, Ark. (KAIT) - For over a year, Region 8 News has reported on hundreds of catalytic converter thefts and the impact it leaves on those in the community. But, now we turn our attention to businesses that purchase catalytic converters.

Def.'s Ex. 1

**Dylan Jacobs**

---

**From:** Stephanie Sharp
**Sent:** Tuesday, August 17, 2021 7:46 AM
**To:** Stephanie Sharp
**Subject:** August 17, 2021 Clips

ADG

(LR) OPINION | JOHN BRUMMETT: All lawyered up - While we count covid cases and fret for schoolchildren, let's take a moment to update the lawyer scorecard.

(LR) Watson Chapel, White Hall report good first day of school all-around - Well before it was time to open the Edgewood Elementary campus, the Strickland family was rarin' to go on the first day of class in the Watson Chapel School District.

UA students lose 'right' to attend classes remotely; faculty must grant requests - University of Arkansas students are shown on the lawn in front of Old Main on the campus in Fayetteville in this file photo.
FAYETTEVILLE -- Faculty members at the University of Arkansas, Fayetteville this fall will largely decide whether to grant any requests from students to attend class remotely rather than in person, said Charles Robinson, UA's interim chancellor.

U.S. experts to pitch boosters for all, sources say - U.S. experts are expected to recommend covid-19 vaccine boosters for all Americans, regardless of age, eight months after they received their second dose of the shot, to ensure lasting protection against the coronavirus as the delta variant spreads across the country.

Little Rock board taking up aid-funds measure - Members of the Little Rock Board of Directors will get the opportunity at a meeting today to apportion more of the nearly $19 million windfall from the federal covid-19 relief package passed earlier this year.

Storm hits amid Haiti quake rescue - PORT-AU-PRINCE, Haiti -- Rescue workers and doctors with little equipment worked feverishly to save victims of the earthquake in southwestern Haiti on Monday as a powerful storm threatened to unleash flooding and further snarl aid efforts.

On agricultural beat, police team in Arkansas stays busy - Law enforcement agencies have many levels and specializations, from the federal level all the way to the local level.

Ex-trooper's death in Sevier County under investigation - LOCKESBURG -- Police are investigating the shooting death of a former Arkansas State Police trooper and Sevier County sheriff's office investigator.

With surrender, U.S. weaponry arming Taliban - WASHINGTON -- Built and trained at a two-decade cost of $83 billion, Afghan security forces collapsed so quickly and completely -- in some cases without a shot fired -- that the ultimate beneficiary of the American investment turned out to be the Taliban. They grabbed not only political power but also U.S.-supplied firepower -- guns, ammunition, helicopters and more.

Biden: Afghan leaders gave up; time to leave - WASHINGTON -- Speaking to the American people Monday from the East Room, President Joe Biden stood by his decision to end the longest war in United States history and rejected criticism from allies and adversaries about the events of the weekend that left hundreds of Afghans desperately running after military planes as they ferried Americans to safety out of the country's capital.

Ventilator patients in Arkansas tallied at record 323; hospitalizations also reach new high - While the number of new covid-19 cases announced Monday was lower than a week ago, patients on ventilators in Arkansas reached a record high of 323 -- 20 more than the previous day -- according to the Arkansas Department of Health.

U.S. seizes fake vaccination cards sent from China - Bundles of counterfeit coronavirus vaccination cards printed with the Centers for Disease Control and Prevention logo have been shipped from Shenzhen, China, to recipients all around the United States, as some unvaccinated people try to evade restrictions that require proof of the shot to enter certain bars, schools and public spaces.

Biden now face of U.S.' pullout in Afghan war - Four presidents share responsibility for the missteps in Afghanistan that accumulated over two decades, but only President Joe Biden will be the face of the war's chaotic, violent conclusion.

Appeals court says Springdale officer acted reasonably in detaining teens - FAYETTEVILLE -- The U.S. 8th Circuit Court of Appeals on Monday dismissed a lawsuit brought against a Springdale police officer who stopped two teens and briefly held them at gunpoint.

## Arkansas Business

Walmart Q2 Beats on Profit, Revenue - BENTONVILLE, Ark. (AP) — Walmart Inc. of Bentonville on Tuesday reported fiscal second-quarter profit of $4.28 billion.

SBA Administrator Visits Northwest Arkansas - Isabella Casillas Guzman, administrator of the Small Business Administration, on Friday told northwest Arkansas business owners that the agency is ready to continue helping them and wants to know about their current experiences as well as the future challenges they expect to face.

Average U.S. Price of Gas Up 3 Cents Per Gallon to $3.25 - CAMARILLO, Calif. (AP) — The average U.S. price of regular-grade gasoline jumped 3 cents over the past three weeks, to $3.25 per gallon.

## Talk Business & Politics

ACHI: 61% of nursing home personnel in Arkansas fully vaccinated - Forty-three nursing homes in Arkansas had less than 50% staff COVID-19 vaccination rates as of Aug. 1, according to data from 222 facilities that was analyzed and reported by the Arkansas Center for Health Improvement. An average of 61% of nursing home personnel in Arkansas were fully vaccinated against the COVID-19 virus, compared to a national average of 60%.

Alice Walton keeps up healthcare push with Cleveland Clinic partnership - Walmart heir and philanthropist Alice Walton and her foundation will partner with the Cleveland Clinic to improve specialty care access in Northwest Arkansas.

Introducing the Northwest Arkansas Business Journal's 2021 Forty Under 40 class - In its 25th year, the Northwest Arkansas Business Journal is proud to present this year's class of up-and-coming young professionals under the age of 40.

## Arkansas Times

(LR) Rutledge opines on 'critical race theory.' It's a doozy. - Well here's a doozy from the fevered brain of Arkansas Attorney General Leslie Rutledge.

(LR) Rutledge campaigns on vaccine acceptance - Attorney General Leslie Rutledge is using public funds for video featuring herself again, if in the worthy cause of promoting vaccinations.

Biden addresses Afghanistan, forcefully - The buck stops with him, he said. He defended his decision to withdraw. One more year or five more years wouldn't matter.

DEF000355                                                    Def.'s Ex. 1

Coronavirus today: Hospital count swells and a new high for patients on ventilators - Today's numbers: New cases: 856.

Pope County judge stands firmly behind Cherokee casino proposal - The Arkansas Democrat-Gazette's Jeannie Roberts reported at length this morning on a symbolic resolution before the Pope County Quorum Court tonight objecting to County Judge Ben Cross' continued support of an application by the Cherokee Nation to win a permit for a Pope County casino authorized by a 2018 constitutional amendment.

Qualified immunity, again. This time for a Springdale cop's stop of two innocent youths - Springdale boys, ages 12 and 14, were stopped in 2018 by a cop seeking fleeing suspects because they were both wearing hoodies and near the scene of a crash from which four people were seen fleeing. He pointed a gun at them. They were made to lie on the ground, handcuffed and frisked. In addition to being innocent of wrongdoing, they were compliant. So were their parents, who tried to explain the cops were making a mistake. When other officers arrived, the boys were released.

Politico

Can America Still Help Afghanistan? 8 Former Officials on What's Next. - With the Taliban's takeover, many Afghans have expressed deep feelings of betrayal by the United States for leaving Afghanistan behind in a dangerous and uncertain new phase. Americans, meanwhile, seem to agree that plenty of people share responsibility for the tragic end to 20 years of U.S. military presence.

Federal lawsuit challenges California recall as unconstitutional - OAKLAND — Two California voters are challenging the legality of the state's recall system less than a month before the Sept. 14 election, echoing concerns from constitutional scholars as Gov. Gavin Newsom fights for his political life.

Disbelief and betrayal: Europe reacts to Biden's Afghanistan 'miscalculation' - BERLIN — Until Sunday, Europe thought Joe Biden was an expert on foreign policy.

Radar Online

(LR) Convicted Con Artist And Televangelist Jim Bakker Loses Fight To Stop Fraud Investigation Into His COVID 'Cure' - Convicted con artist and infamous televangelist Jim Bakker has lost his fight to stop the ongoing investigation into his allegedly fraudulent COVID-19 "cure," which he hawked on his television show early into the coronavirus pandemic.

SWARK

(LR) Venue Change for Jonesboro Board of Apportionment Hearing - LITTLE ROCK – The Jonesboro Board of Apportionment Hearing, originally scheduled to be held at the Red Wolves Convention Center, will now be held from 6:30 p.m. to 8:00 p.m. at the following location: Carl R. Reng Student Union.

PEW Trust

(LR) AR: Arkansas AG to challenge mask-law ruling - Arkansas Attorney General Leslie Rutledge, a Republican, said she will appeal to the state Supreme Court a Pulaski County circuit judge's ruling that temporarily bars authorities from enforcing a state law banning mask mandates by most state and governmental entities, including the public schools.

AP

(LR) Arkansas virus hospitalizations at new high as classes begin - LITTLE ROCK, Ark. (AP) — Arkansas reached another new record for COVID-19 hospitalizations in the state on Monday as thousands of students headed back to school.

National File

(LR) BREAKING: Arkansas AG Confirms Anti-White CRT Propaganda Violates The Civil Rights Act And The U.S. Constitution - Arkansas Attorney General Leslie Rutledge confirmed in a statement released on Monday that anti-White, racemongering propaganda -often described colloquially as critical race theory – violates the Civil Rights Act and the U.S. Constitution, as well as the Arkansas Constitution.

Jonesboro Sun

(LR) Mask requirements - The action of the Arkansas Legislature to enact a ban on mask requirements, and then to refuse to overturn that ban, is indefensible.

Mena Star

(LR) Superintendent: First school day a success - JONESBORO — On a busy first day of classes, Kim Wilbanks, the Jonesboro district's superintendent, said many students were glad to be back.

(LR) State officials prepare for mask ban court fight - JONESBORO — As students in most Arkansas school districts return to class wearing masks to help fight the coronavirus, Gov. Asa Hutchinson, Attorney General Leslie Rutledge,and lawmakers prepare for battle in court.

KUAR

(LR) Arkansas Virus Hospitalizations At New High As Classes Begin - Arkansas reached another new record for COVID-19 hospitalizations in the state on Monday as thousands of students headed back to school.

Just the News

(LR) Arkansas Attorney General: Teaching Critical Race Theory violates state and federal law - The state attorney general wrote that public schools or universities teaching Critical Race Theory are in violation of both the Arkansas and U.S. Constitution.

THV

(LR) Arkansas Attorney General says critical race theory is an 'extremist political ideology' - Arkansas Attorney General Leslie Rutledge said in a statement that teaching critical race theory in Arkansas teaches children to judge people based on skin color.

SWARK

(LR) Attorney General Rutledge: Teaching Critical Race Theory Violates the Law - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge released an official opinion today on the dangers of promoting Critical Race Theory (CRT) in Arkansas schools. CRT is a neo-Marxist ideology that distorts and rewrites history, classifies people based on race, and teaches children to judge people based on skin color and sex.

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Saturday, August 21, 2021 10:33 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | August 21, 2021 Clips |

ADG

(LR) Tab for travel to South Dakota paid by state: vote-fraud event attended by aide - Secretary of State John Thurston's press secretary attended Mike Lindell's election-fraud symposium last week in South Dakota at state expense. Press secretary Chris Powell said Friday that he went because a number of people asked Thurston's office to attend the event.

(AG) Little Rock real estate agent Beverly Carter's killer barred from calling witnesses in trial over prison treatment - The man convicted of killing a Little Rock real estate agent won't be permitted to call any witnesses but himself in next week's trial over whether he was assaulted by state prison guards in 2016, a federal judge ruled Friday.

(AG) Little Rock police officer: Promotion snub part of chief's vendetta - A Little Rock police lieutenant suing Police Chief Keith Humphrey with former Assistant Chief Alice Fulk claims she was deliberately passed over for a promotion this year as part of Humphrey's ongoing vendetta against her and Fulk.

Northwest Arkansas ICU hospitalizations hit record high - Northwest Arkansas hospitals cared for an all-time high of 137 patients in intensive care units Thursday, surpassing the record of 128 set Monday.

Reward offered in search for Bella Vista woman - BELLA VISTA -- Barbara Doyle expected to stay three days at Brookfield Assisted Living Center while her husband went out of town. Authorities have been looking for her for more than a week.

UA System deal for online-only college gets approval - LITTLE ROCK — The board of directors for Grantham University and the school's ownership group recently approved a deal for the University of Arkansas System to acquire the online-only college, a spokesman said.

Biden vows to pull out Americans, cites risks - WASHINGTON -- President Joe Biden on Friday promised to bring home any American still trapped in Afghanistan, calling the evacuation effort for Americans and vulnerable Afghans "one of the largest, most difficult airlifts in history."

Taliban endorse prayers on unity while fears rise - KABUL, Afghanistan -- Reports of targeted killings in areas overrun by the Taliban mounted Friday, fueling fears that the extremists will return Afghanistan to the repressive rule they imposed when they were last in power, even as they urged imams to push a message of unity at weekly prayers.

State jobless rate 4.3%, but good help hard to find - As Arkansas' unemployment rate returns to near pre-pandemic levels -- with July's rate reported at 4.3% on Friday -- business owners and economic development officials remain concerned that the state's shrinking labor force is sapping business growth and recruitment efforts.

Ventilator use hits new high in state - The number of covid-19 patients in Arkansas hospitals fell Friday even as the number on ventilators set a record for the second day in a row.

Masks in schools draw Florida warning - MIAMI -- Florida officials are threatening to withhold funds equal to the salaries of school board members if districts in two counties don't immediately do away with strict mask mandates as the state continues to battle high hospitalization rates.

DEF000358                    Def.'s Ex. 1

Court upholds CDC eviction ban - WASHINGTON -- A federal appeals court Friday said a pause on evictions designed to curb the spread of the coronavirus can remain in place for now, setting up a battle before the nation's highest court.

Fire peril closes national forests in California - PLACERVILLE, Calif. -- Millions of acres of national forest in Northern California are being closed because of dangerous fire conditions that already have sent a score of blazes raging through the area and destroyed hundreds of homes.

Cotton, staff work to help Americans, allies escape Kabul - The tweet from U.S. Sen. Tom Cotton, R-Ark., posted Sunday, was short and simple.

U.S. keeps ban on nonessential border crossings - WASHINGTON -- The U.S. government extended Friday a ban on nonessential travel along the borders with Canada and Mexico to slow the spread of covid-19 despite increasing pressure to lift the restriction.

Putin expresses his views on Afghanistan, Taliban - MOSCOW -- Russian President Vladimir Putin said Friday that the nearly 20-year U.S.-led effort in Afghanistan had failed, and warned Western countries to stop the irresponsible "experiments" of trying to impose Western values and democracy on other countries.

Bar Pope County judge in casino case, side asks - A Mississippi casino operator awarded a state license said Friday in an Arkansas Supreme Court filing that a county judge should be barred from participating in an ongoing court battle over the license.

Game and Fish official to lead Natural Resources Division - Gov. Asa Hutchinson has appointed Arkansas Game and Fish Commission Deputy Director Chris Colclasure as director of the Arkansas Department of Agriculture's Natural Resources Division.

Fordyce photos preserve past - It's likely that many Arkansans could find the portrait of a close relative or a direct ancestor among the 25,000 envelopes of photo negatives in the Dallas County Museum's Alexander Studio collection.

Global rice prices spike during pandemic despite supply - The covid-19 pandemic created a spike in global rice prices in the second quarter of 2020, according to a new University of Arkansas System Division of Agriculture report.

Pea Ridge growth seen in census numbers - PEA RIDGE -- The numbers from the 2020 census are in, and they reflect what the increasing number of subdivisions show -- the city is growing.

## Arkansas Business

Phillips Media of Harrison Buys Gannett's Baxter Bulletin - After selling the Helena World in 2019, The Pine Bluff Commercial in 2020 and the Hot Springs Village Voice this year, The Gannett Co. has sold its longest-held Arkansas newspaper, the Baxter Bulletin of Mountain Home.

Lexicon and Seal Show Off Blytheville Array Made With Arkansas Steel – Heather Nelson was on a roll Friday morning. The Seal Solar president and her partner, CEO and fellow co-founder Josh Davenport, were riding high a day after the North Little Rock company teamed up with Lexicon Inc. to unveil the state's first solar array made with locally manufactured steel.

Arkansas Unemployment Drops to 4.3% in July - Arkansas' unemployment rate declined one-tenth of a percentage point to 4.3% from June to July, according to a report released Friday by the state Division of Workforce Services.

Coworking Project Fills Historic Conway Building - A coworking space called The Studio Downtown recently expanded to take over all of an iconic building at 1100 Oak St. in Conway that formerly housed EM Jeans.

Inc. Magazine Ranks 19 Arkansas Companies Among Fastest Growing - Inc. magazine has published its annual 5000 list of the country's fastest growing companies, and 19 companies in Arkansas made the cut.

**Talk Business & Politics**

(LR) Bentonville School District wants parents' mask mandate lawsuit removed to federal court - On Thursday (Aug. 19), attorneys representing the Bentonville School District filed a notice of removal in a mask mandate lawsuit against the district in an effort to remove the lawsuit from Benton County Circuit Court to the U.S. District Court for the Western District of Arkansas in Fayetteville.

The Supply Side: Rosy retail outlook for many despite Delta variant; apparel to benefit - Retailers across the country experienced the gamut in 2020 amid the COVID-19 pandemic — supply chain hiccups, reduced operating hours, keeping employees safe, record revenue, robust online growth and more attention to social, racial and equity issues.

July job numbers dip compared with June, but jobless rate falls to 4.3% - Jobs in Arkansas during July were up 3.8% compared with July 2020, the number of unemployed fell 38% year over year, and the state's jobless rate fell from 4.4% in June to 4.3% in July, according to Friday's (Aug. 20) report from the U.S. Bureau of Labor Statistics (BLS).

**Arkansas Times**

(AG) The Utter BS From The AG Edition - On this week's podcast, Max Brantley and Lindsey Millar talk about the latest COVID-19 news and the politics of critical race theory.

Arkansas a leader in vaccine resistance - Census data shows that Arkansas is in the bottom six of states when it comes to the percentage of population reluctant to get a COVID-19 vaccination.

Cutting off federal unemployment hasn't pushed people back to work - We reported yesterday that the Arkansas workforce declined in July, despite the early cutoff of federal pandemic unemployment benefits June 26 that was supposed to drive a flood of Arkansans back into the workforce.

Coronavirus today: 2,407 new cases and 33 more deaths - The full summary hasn't been released yet, but here are some key numbers:

Fulbright statue remains at UA — as do grievances over a legacy marred by racism - Although he's been dead for 26 years, it's likely U.S. Sen. J. William Fulbright's name got mentioned more at the University of Arkansas at Fayetteville campus this past school year than it had since he was its president, in 1941.

Bentonville School District moves mask lawsuit to federal court - The Bentonville School District, defendant in a lawsuit challenging the district's requirement for face coverings, has moved the case from state court to federal court.

Windgate sends millions to two colleges - The Windgate Foundation, stocked with millions from an early investment in Walmart, is continuing major gifts to Arkansas colleges.

Road rage: Little Rock freeway edition - A friend supplies a take on the double-dose of frustration that the Arkansas Department of Transportation has created with its billion-dollar concrete ditch I-30 project through the heart of Little Rock, combined with Interstate 430 bridge and related work at Highway 10.

Arkansas unemployment rate drops; so does the workforce - Arkansas reported a drop in its unemployment rate in July to 4.3 percent, down from 4.4 percent the month before.

**Politico**

Minnesota GOP 'in ruins' after shocking scandal - Less than a year ago, Minnesota looked every bit a swing state. Donald Trump was pouring millions of dollars into his campaign there, after nearly flipping the state in 2016, Republicans were making inroads in the ancestrally Democratic Iron Range. In the Twin Cities suburbs, nervous Democrats feared protests following the police murder of George Floyd could turn some voters to the GOP.

EU to boost Afghan humanitarian aid, press G7 on refugee resettlement - European Commission President Ursula von der Leyen on Saturday pledged more humanitarian aid for Afghanistan while calling on the international community to help resettle refugees.

'We're making the same commitment': Biden vows to evacuate all Afghan allies seeking safety from the Taliban - President Joe Biden on Friday vowed to evacuate all Afghan allies of the United States seeking to flee Afghanistan, extending the same commitment he made earlier this week to Americans still stranded in the Taliban-controlled country.

**NWA DemGaz**

**(LR)** No deadlines yet for redistricting, audience is told - Members of the state Board of Apportionment hope to start on redistricting as soon as possible, but exact deadlines are something they can't guarantee in this unique situation, officials told the public Thursday night.

**KUAR**

**(LR)** Bentonville School District Wants Parents' Mask Lawsuit Moved To Federal Court - On Thursday, attorneys representing the Bentonville School District filed a notice of removal in a mask mandate lawsuit against the district in an effort to remove the lawsuit from Benton County Circuit Court to the U.S. District Court for the Western District of Arkansas in Fayetteville.

**SW Times Record**

**(LR)** Arkansas attorney general sues Fort Smith leather goods store - The Arkansas attorney general is suing Ethos Custom Brands, a Fort Smith leather goods store, for failing to deliver products to customers.

DEF000361
Def.'s Ex. 1

**Dylan Jacobs**

---

| | |
|---|---|
| **From:** | Rusty Jackson |
| **Sent:** | Tuesday, December 21, 2021 8:13 AM |
| **To:** | Rusty Jackson |
| **Subject:** | Clips December 21, 2021 |

ADG

Ex-nursing home chief faces fraud charges, Arkansas attorney general says- A New York man who operated a failed national nursing home chain, including 21 facilities in Arkansas, faces arrest on eight state Medicaid fraud charges involving his former Arkansas nursing facilities.

Hutchinson asks president for federal aid to help Arkansas recover from Dec. 10 tornadoes- Gov. Asa Hutchinson on Monday formally requested that the federal government declare Arkansas a federal disaster area to ensure the availability of aid as the state recovers from tornadoes that swept through northeastern areas on Dec. 10.

Schumer: Spending bill to still get a vote- Senate Majority Leader Charles Schumer vowed Monday to hold a vote early next year on the $2 trillion bill to overhaul the country's health care, education, climate, immigration and tax laws, despite Sunday's announcement by Sen. Joe Manchin that he could not support President Joe Biden's signature legislation.

Arkansas governor issues executive orders on infrastructure, energy, audits- Other orders address energy, audits.

Arkansas has 434 new covid cases, largest Monday increase since Sept. 27- Deaths up 26; medical officer suggests omicron circulating.

Arkansas' low vaccination rate setting up omicron surge, experts say- Arkansas will confront the omicron variant with one of the lowest full vaccination rates in the nation as doctors warn the state should brace for another deadly coronavirus surge.

Texas crowd boos when Trump says he got booster- Former President Donald Trump revealed he received a booster shot of the covid-19 vaccine, drawing boos from a crowd in Dallas.

Officer injured by D.C. rioters resigns his post- Michael Fanone, the Washington, D.C., police officer who was dragged into a mob and beaten during the Jan. 6 insurrection at the U.S. Capitol and later publicly excoriated lawmakers and others who downplayed the attack, said he submitted his resignation from the force Monday.

Loyalists to China win Hong Kong vote- Candidates loyal to China's Communist Party won a landslide victory in Hong Kong's legislative elections after pro-democracy activists were imprisoned and authorities received the power to exclude those deemed inappropriate for office.

U.S., U.K. helping Ukraine prep for Russian cyberstrike- In the closing days of 2015, the lights went out across a swath of Ukraine as Russian hackers remotely took over an electric utility's control center and flipped off one power station after another, while the company's operators stared at their screens helplessly.

Moderna cites data on booster efficacy- Vaccine manufacturer Moderna said Monday that a booster dose of its coronavirus vaccine significantly raised antibody levels against the omicron variant, amid growing concerns about its rapid spread in the United States.

Def.'s Ex. 1

Little Rock receives $1M federal grant to support hiring 2 social workers based at Stephens Elementary- Little Rock officials said Monday that the city has been awarded a $1 million grant from the U.S. Department of Justice to support work related to the city's community schools initiative.

Election Commission approves Benton County JP district map-  The last justice of the peace map turned out to be the best fit for the Benton County Election Commission.

Wall Street joins global slump for stocks- Wall Street is joining a worldwide slump for financial markets on Monday amid worries about how badly the omicron variant, inflation and other forces will hit the economy.

Bond revoked for federal fraud suspect from Lavaca: prosecutors say he violated release conditions- Prosecutors say he violated release conditions.

Sheriff identifies 20-year-old man found shot dead- A 20-year-old man was found shot to death on Wilbur West Road on Sunday, according to the Jefferson County sheriff's office.

Arkansas Times

NBC: Former Arkansas nursing home owner faces criminal charges- Former owner of Arkansas nursing home charged with Medicaid and tax fraud.

Bond revoked for suspect in $100 million Medicaid fraud case- KHBS reports that a federal judge has revoked bond for Billy Joe Taylor, a Lavaca man accused in a $100 million Medicaid fraud case alleging he made claims for Medicaid reimbursement for medical tests that weren't performed.

City gets $1 million federal grant to help Stephens School neighborhood- Social workers are part of the added benefits for Stephens school neighborhood.

Metroplan outlines Central Arkansas trends following the Census- There's growth in Central Arkansas, some in more places, such as Saline County, than in others and notable growth in Saline and elsewhere in minority populations, says Metroplan in a review of the 2020 Census and a forecast.

Arkansas Business

Report: Former Arkansas Nursing Home Operator Charged with Medicaid Fraud, Tax Fraud- A former nursing home chain operator who had several facilities in Arkansas has been charged with eight counts of Medicaid fraud and two tax fraud counts, according to a report from NBC News on Monday.

California Sues Walmart Over Disposal of Hazardous Waste- Retail giant Walmart illegally dumps more than 1 million batteries, aerosol cans of insect killer and other products, toxic cleaning supplies, electronic waste, latex paints and other hazardous waste into California landfills each year, state prosecutors alleged Monday in a lawsuit that the company labeled "unjustified."

TV Stunt, Mall Default Drove Web Traffic in 2021- The rise and fall of leaders in Arkansas media, manufacturing and retail, along with some high-dollar residential deals and the foreclosure on a commercial landmark in Little Rock, caught the attention of Arkansas Business readers in 2021.

Talk Business

Def.'s Ex. 1

AG Rutledge pursuing charges against nursing home owner-Attorney General Leslie Rutledge announced Monday (Dec. 20) that a warrant has been issued for Joseph Schwartz, owner of Skyline nursing homes.

Arkansas Tourism Ticker: Tourism sector in recovery, job numbers still lag 2019 records-Hospitality tax collections show the Arkansas tourism industry is rebounding from 2020 and will break 2019 tax revenue collections, but the sector still lags record job numbers and hotel tax revenue posted in 2019, according to the Arkansas Tourism Ticker.

Medical marijuana sales dip in November, year-to-date sales top $250 million-Arkansas medical marijuana sales totaled $2.56 million in November, down from $2.75 million in November and well below the record of $3.28 million in May 2021, according to the Arkansas Department of Finance and Administration, the parent agency of the Arkansas Medical Marijuana Commission.

Politico

Democrats riled by Spanish-language radio attacks on Kamala Harris- Political operatives and the radio hosts themselves say the uptick in calls is notable. Who, if anyone, is behind them remains unclear.

DNC, state parties clash over coveted voter data- The Democratic National Committee and the early-nominating states are squabbling over how much to charge presidential candidates for valuable voter files.

How one of America's largest employers leans on federal law enforcement- Amazon has increasingly tipped off the Justice Department and FBI to investigate its own employees and the sellers using its platform, according to a POLITICO analysis.

## NBC NEWS

Arkansas charges former nursing home chain owner with Medicaid- Arkansas is also working with other state attorneys general considering civil action against Joseph Schwartz, says a person familiar with the discussions.

## KUAR

Arkansas attorney general pursues charges against nursing home owner- Arkansas Attorney General Leslie Rutledge announced Monday that a warrant has been issued for Joseph Schwartz, owner of Skyline nursing homes.

**Rusty Jackson**
Strategic Communications Advisor
Office of the Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Office: 501.682.6643
rusty.jackson@arkansasag.gov | ArkansasAG.gov

    

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Tuesday, December 1, 2020 8:01 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | December 1, 2020 Clips |

ADG

Georgia launches election inquiries - ATLANTA -- Georgia's top elections official announced investigations Monday into potential violations of election law even as he defended the integrity of the state's election against what he has said are baseless attacks.

State expects 25,000 doses for covid fight - As totals of covid-19 patients in hospitals set new records Monday, the state's health secretary told lawmakers he expects the first wave of a new covid-19 vaccine to arrive within weeks.

2nd vaccine's OK asked; shots foreseen in weeks - The drugmaker Moderna said it applied Monday to the Food and Drug Administration to authorize it's covid-19 vaccine for emergency use, and that if approved, injections for Americans could begin as early as Dec. 21.

Active covid cases in public schools drop by 400 - Active coronavirus cases in public schools across the state dropped by 400 after many districts were off campus for nearly all of last week for the Thanksgiving holiday.

Arizona, Wisconsin certify Biden wins - Two battleground states, Wisconsin and Arizona, certified their presidential election results Monday in favor of Joe Biden, even as President Donald Trump's legal team continued to dispute the results.

Iran claims Israel carried out killing remotely - TEHRAN, Iran -- A top Iranian security official on Monday accused Israel of using "electronic devices" to remotely kill a scientist who founded the Islamic Republic's military nuclear program in the 2000s.

Cyber Monday sales put at $12B - NEW YORK -- The viral pandemic is accelerating a transformation of America's Christmas shopping season.

Lawyer irked by deletion of police footage - Authorities in Little Rock failed to provide video footage of a June protest where demonstrators blocked traffic in the city after the death of George Floyd, causing frustration for a local defense attorney after he was told the footage was no longer on a police server.

New vote sought for House seat - State Rep. Jim Sorvillo, R-Little Rock, filed a complaint with the state Claims Commission last week seeking a new election in House District 32, even while his attempts to challenge results showing his loss to Democrat Ashley Hudson remain pending in the Arkansas Supreme Court.

Murals' vandals hit King, Floyd images - The Seventh Street civil-rights murals in Little Rock have been defaced multiple times this year and local artists are working together with the community to prevent it from happening again.

Trumann police chief praises department as he announces plan to resign - Trumann Police Chief Chadwick Henson announced Monday he will resign at the end of the year after more than eight years leading the department.

New $10.5M flagship library opens - With little fanfare; delayed by months due to the covid-19 pandemic; and stocked to the rafters with books, magazines, videos, technology and a little bit of whimsy, the Pine Bluff/Jefferson County Library System opened the doors to its ultra modern, state-of-the-art flagship facility on Monday.

Grant to benefit SEARK college - The Delta Regional Authority announced a $1,687,013 investment into 13 programs, including two Arkansas recipients -- Southeast Arkansas College at Pine Bluff and Restore Hope Inc. at Little Rock.

Schools leader signed for 2&1/2 - FORT SMITH -- The Fort Smith School Board has set the stage for a new school district superintendent to start work at the end of the year.

Justices hear arguments on House-seat allocation - WASHINGTON -- A skeptical Supreme Court on Monday reacted with frustration and some confusion to President Donald Trump's plan to exclude migrants living in the country illegally from the calculations used to allocate seats in the House.

Election to House by 6 votes certified - IOWA CITY, Iowa -- Iowa officials Monday certified a Republican candidate as the winner by six votes of an open seat in the U.S. House, in what is shaping up to be the closest congressional election in decades.

Springdale polling place closed after workers test positive for virus - FAYETTEVILLE -- Two poll workers set to work in today's runoff election have tested positive for the coronavirus, prompting officials to close a voting center in Springdale.

Expansion, pandemic factors in Fayetteville Public Library's budget next year - FAYETTEVILLE -- The library's revenue for the year likely will hit below budget, but not as badly as feared because of the pandemic, and administrators propose a balanced budget for next year, library board members heard Monday.

Biden names liberal econ team as pandemic threatens workers - WILMINGTON, Del. — With unemployment still high and the pandemic threatening yet another economic slump, President-elect Joe Biden is assembling a team of liberal advisers who have long focused on the nation's workers and government efforts to address economic inequality.

## Arkansas Business

Knives Out for Lawyers As Bielema Feud Festers - The feud between former University of Arkansas Head Football Coach Bret Bielema and the Razorback Foundation is getting worse.

CARTI Announces Location of New El Dorado Center - CARTI announced Monday the location of its previously announced comprehensive CARTI Cancer Center in El Dorado: the former Office Depot at 1601 North West Ave.

Arkansas Reaches New High in COVID-19 Hospitalizations - Arkansas' COVID-19 hospitalizations continued climbing to a new high on Monday as the state reported more than 1,100 new coronavirus cases.

Biden to Nominate Yellen, Highlight Diversity on Economic Team - President-elect Joe Biden announces his senior economic team, including his plans to nominate the first woman to head the Treasury Department.

## Talk Business & Politics

COVID-19 numbers again set new daily records; total cases up almost 39% in November - The hits just keep coming. COVID-19 hospitalizations and patients on ventilators again set new daily records in Monday's (Nov. 30) report from the Arkansas Department of Health (ADH). Total cases and deaths rose 38.5% and 26%, respectively, between Nov. 2 and Nov. 30.

Def.'s Ex. 1

Fort Smith cultivator owner says three remaining medical marijuana dispensary licenses should be approved - Storm Nolan believes approval of three remaining medical marijuana dispensary licenses should be granted by state regulators to provide greater access to licensed patients and to avoid another costly and time-consuming process to score dispensary applications.

British diplomat meeting virtually with NWA stakeholders this week - Richard Hyde, the British consul general for the South Central United States, based in Houston, will visit virtually with multiple Northwest Arkansas stakeholders this week.

Arkansas Times

Romero reports on vaccine: Shipment could come as early as the end of next week - The state's first shipment of COVID-19 vaccine is likely to be the Pfizer-BioNTech product and it could be arrive by the end of next week, state Secretary of Health Dr. Jose Romero told a joint legislative committee on health at the Capitol today.

Coronavirus today: Another relatively light day for new cases - The post-holiday COVID-19 count remains relatively low, 1,112 new cases in the last 24 hours. Again, a reduction in testing, particularly in the easy antigen tests, undoubtedly contributed to the lower number.

Defeated Republican House member goes to Claims Commission to prevent seating of Democratic winner - Republican Rep. Jim Sorvillo has gone to the state Claims Commission to argue that his District 32 seat should not be filled by Democrat Ashley Hudson, who was certified by the winner by 24 votes.

George's and other midsize Arkansas poultry companies struggled to control COVID-19 - Since late spring, when COVID-19 cases began to surge in meat processing plants around the country, large poultry processors such as Tyson Foods have come under public fire for failing to protect their workers. But smaller poultry companies in Arkansas and across the South have had the same problems — and faced much less scrutiny.

Politico

The quiet frontrunner: How Biden landed on Yellen for Treasury secretary - Two days after Joe Biden selected Kamala Harris to be his running mate in August, both Democrats sat down for a virtual briefing on the economic fallout from the coronavirus. They were joined via video conference by a handful of economic experts — two longtime Biden advisers, two from academia and one whose name stood out from the rest: former Federal Reserve Chair Janet Yellen.

EU regulator receives coronavirus vaccine applications from BioNTech/Pfizer, Moderna - European regulators could approve two coronavirus vaccines "within weeks," the European Medicines Agency wrote Tuesday.

Christie's 2013 campaign hasn't paid off $1M in debt to 2 firms - Seven years after his 2013 reelection, former New Jersey Gov. Chris Christie's gubernatorial campaign still owes $1 million in debt stemming from the Bridgegate scandal.

Joe Biden's 'radioactive' nominee - The easiest way for Neera Tanden to win confirmation as Joe Biden's budget director is for Democrats to take the Senate in January. Otherwise, she faces a perilous path to winning a majority vote in the chamber.

National Law Review

(LR) Administrator Wheeler Wraps Up Visit to Arkansas Meeting with Agriculture Partners - LITTLE ROCK (November 20, 2020) — Today, U.S. Environmental Protection Agency (EPA) Administrator Andrew Wheeler wrapped up his visit to Arkansas announcing more than $3 million to protect water quality, meeting with farmers, and touring a Grand Prairie Farming and Water Company, LLC pump project.

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Wednesday, December 1, 2021 7:37 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | December 1, 2021 Clips |

ADG

9 big firms' data sought for supply chain study - WASHINGTON -- The Federal Trade Commission has ordered nine large U.S. companies, including Walmart, Tyson Foods Inc., Amazon and Procter & Gamble, to provide detailed information about their operations in a bid to unravel the causes of the supply chain disruptions that are clouding the economic recovery.

Abortion rights at stake in historic Supreme Court arguments - WASHINGTON — Abortion rights are on the line at the Supreme Court in historic arguments over the landmark ruling nearly 50 years ago that declared a nationwide right to end a pregnancy.

Jury seated in Duggar child-porn trial - FAYETTEVILLE -- A jury was selected in federal court to hear Josh Duggar's child pornography case Tuesday evening, with opening statements and the evidentiary portion of the trial set for this morning.

U.S. ramps up its efforts to detect, control variant - Top federal health officials said Tuesday that they were expanding a surveillance program at some of the largest U.S. airports as part of an effort to identify and contain the anticipated first cases of the omicron coronavirus variant in the United States.

With holiday over, Arkansas sees new daily covid cases top 1,000; 400-plus in hospital - After a slowdown around Thanksgiving, Arkansas' surge in coronavirus cases resumed Tuesday, with the state's count of cases rising by more than 1,000 and the number of people hospitalized with the virus topping 400, a level not seen in more than a month.

Hutchinson sets Tuesday for start of special legislative session on income tax cuts - Arkansas Gov. Asa Hutchinson announced that he plans to call a special session of the General Assembly, starting Tuesday, to consider a multiyear income tax cut bill and some minor measures.

Meadows working with riot inquirers - Mark Meadows, President Donald Trump's chief of staff at the time of the Jan. 6 attack on the U.S. Capitol, is cooperating with the House committee investigating the pro-Trump insurrection, the committee's chairman, Rep. Bennie Thompson, said Tuesday.

Little Rock mayor assures city director of commitment to targeted community development - Little Rock Mayor Frank Scott Jr. assured at-large City Director Antwan Phillips during a meeting Tuesday that the city is examining ways to obtain new funding for targeted community development when Phillips asked about the initiative with an eye to the city's 2022 budget.

Court filing: Heirs have no contract to back claims in battle over Little Rock's historic Pike-Fletcher-Terry House - Plaintiffs in a lawsuit over Little Rock's historic Pike-Fletcher-Terry House have attempted to "craft a contract" from various documents because no contract existed between them and the Arkansas Museum of Fine Arts Foundation, according to a filing Monday in Pulaski County Circuit Court.

Washington County election officials eye redistricting changes - Washington County's Quorum Court districts are redrawn every 10 years after the U.S. Census. State and federal laws require the districts have roughly equal population.

DEF000368 Def.'s Ex. 1

Washington County's population after the 2020 census is 245,871, up from 203,065 after the 2010 census, according to information from Jennifer Price, the county's elections director.

UAMS opens digital health training center in Fayetteville - FAYETTEVILLE -- University of Arkansas for Medical Sciences and the South Central Telehealth Resource Center opened a digital health training center at the university's Northwest Arkansas campus Tuesday.

Fayetteville students to raise awareness, funds through homeless vigil - FAYETTEVILLE -- The Fayetteville High School Student Council on Thursday will hold its annual homeless vigil on the school's campus.

Arkansas special session to include other proposals ranging from saving unspent money to beefing up legislative security - Beyond proposed income tax legislation, Gov. Asa Hutchinson said Tuesday he plans on putting other bills on the call for the special session starting Tuesday.

New anti-gang program receives funding aimed at helping out city - Law enforcement officials, school superintendents and other community leaders announced the funding of a new program aimed at curbing gangs and violent crime in Jefferson County.

MEMS medic died 5 days after fall under utility vehicle during Little Rock Marathon - A paramedic died late last week from severe head injuries suffered after being pulled under a utility vehicle while responding to a call during the Little Rock Marathon, according to a police report and released statements from Metropolitan Emergency Medical Services.

## Arkansas Business

Former Craighead County Clerk Gets 10 Years For Embezzlement - Former Craighead County Clerk Jacob "Kade" Holliday was sentenced to 10 years in state prison Monday after he pleaded guilty to forgery and stealing nearly $14,000 from a nonprofit where he was the treasurer.

Powell Says Fed May Accelerate Pullback in Economic Support - WASHINGTON (AP) — Chair Jerome Powell said Tuesday that the Federal Reserve will consider acting more quickly to dial back its ultra-low-interest rate policies to counter higher inflation, which Powell acknowledged will likely persist well into next year.

## Talk Business & Politics

Black Friday and Cyber Monday online sales weaker than expected - Consumers did not live up to analysts' predictions of spending on Black Friday and Cyber Monday, two of the biggest shopping days of the year. Adobe Analytics reports consumers spent $10.7 billion making online purchases on Cyber Monday, down 1.4% from a year ago.

ACHE research designed to reduce food insecurity, promote healthy habits - Research conducted at the Arkansas College for Health Education (ACHE) facility at the former Golden Living facility in Fort Smith could "be the cornerstone" in improving the health of the community by changing lifestyles.

COVID cases again rising in Arkansas; Omicron variant still an unknown - Gov. Asa Hutchinson said Tuesday (Nov. 30) there is not yet enough data "to make definitive decisions" about how to react to the COVID-19 Omicron variant, but is concerned with recent trends showing more COVID cases and hospitalizations in the state.

Special Arkansas Legislative session focused on tax cuts called for Dec. 7 - With a majority of support from legislators for a tax reduction package, Gov. Asa Hutchinson said Tuesday (Nov. 30) he is calling a special legislative session for Dec. 7. The session also will include a vote on security personnel for the Arkansas House and Senate.

## Arkansas Times

**(LR)** Breaking: Rutledge avoids vaccine demagoguery opportunity. But not the hypocritical Freedumb Caucus of the House - She's made it clear enough she stands with the Freedumb Caucus on COVID vaccination, nonetheless give a small point to Attorney General Leslie Rutledge for passing up an opportunity to pile on.

Governor says session to cut taxes of wealthy will begin Dec. 7; acknowledges surging COVID numbers - Governor Hutchinson has the votes to pass an income tax cut that will primarily benefit the rich and said at his weekly news briefing today that the session would begin at 10 a.m. Tuesday, Dec. 7.

Senator Cottonelle on Fox News: No supply chain problems in the good ol' Trump days – Sen. Tom Cotton ("Senator Cottonelle" as a Blog reader dubbed him) is getting roasted on Twitter for declaiming on Fox that he recalled no supply chain issues in the first year of the pandemic.

Nonprofits urge legislature to improve services for children rather than give a tax cut to the rich - A coalition of nonprofits has written the Arkansas legislature urging it to turn away from plans to significantly cut the state income tax at a special session that could begin next week and invest in Arkansas children instead.

Politico

House Democrats grow antsy to pass shutdown fix ahead of Friday cliff - House Democrats are agitating for a Wednesday vote to pass a temporary shutdown patch, even as the majority party struggles to reach a deal that Senate Republicans will support.

Biden will lay down new travel restrictions as Omicron threatens - A tightened testing window will be part of the Biden administration's attempt to curb the spread of the virus ahead of another busy holiday travel period.

Authorities: Student kills 3, wounds 6 at Michigan school - OXFORD TOWNSHIP, Mich. — A 15-year-old sophomore opened fire at his Michigan high school on Tuesday, killing three students and wounding six other people, including a teacher, authorities said.

KATV

**(LR)** Hospitals, long-term care react to judge blocking vaccine mandate - LITTLE ROCK, Ark. (KATV) — Monday, Matthew T. Schelp, United States District Court Judge for the Eastern District of Missouri, issued a preliminary injunction against a coronavirus vaccine mandate that would impact thousands of healthcare workers.

SWARK

**(LR)** Summary of Opinions Released: November 30, 2021 - Can the federal government legally require mandatory vaccines for businesses with one hundred or more employees?

Arkadelphian

**(LR)** Rutledge blocks Biden's CMS vaccine in Arkansas - LITTLE ROCK – Attorney General Leslie Rutledge today announced the United States District Court, Eastern District of Missouri, issued a preliminary injunction, halting the Biden Administration from enforcing a vaccine mandate on healthcare workers in Arkansas and in nine other states.

Law 360

**(LR)** DOL Says Vaccine Rule Row Doesn't Need Full 6th Circ. Yet - The U.S. Department of Labor urged the Sixth Circuit to deny multiple bids to have the full court immediately hear challenges to the agency's COVID-19 vaccine-or-testing rule.

DEF000370                    Def.'s Ex. 1

Arkansas Traveler

**(LR)** [Attorney general should drop lawsuit against Biden's vaccine mandate](#) - Arkansas Attorney General Leslie Rutledge announced Nov. 5 her intention to join Alaska, Arizona, Iowa, Missouri, Montana, Nebraska, New Hampshire, North Dakota, South Dakota and Wyoming as a plaintiff in a lawsuit challenging President Joe Biden's federal vaccine mandate, which requires all businesses with over 100 employees to compel all staff to get tested weekly and wear masks, or get vaccinated against COVID-19.

Def.'s Ex. 1

**Dylan Jacobs**

---

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Friday, December 3, 2021 7:31 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | December 3, 2021 Clips |

ADG

**(AG)** Arkansas' largest disbility care firm under investigation for Medicaid fraud - The state's largest managed care provider for Arkansans with disabilities is under investigation for Medicaid fraud, according to documents obtained by the Arkansas Democrat-Gazette.

**(LR)** OPINION | JOHN BRUMMETT: Dimming a bright light - "This is why I'm not doing interviews right now," an emotional state Rep. Megan Godfrey of Springdale said as she gave an interview right now, this being Tuesday afternoon.

**(AG)** Care group for 20,000 Arkansans with disabilities under investigation for Medicaid fraud - One of the state's largest managed care providers for Arkansans with disabilities is under investigation for Medicaid fraud, according to documents obtained by the Arkansas Democrat-Gazette.

New covid cases in Arkansas top 1,200, highest in over 2 months; hospitals admit more patients - Continuing a renewed surge in identified coronavirus infections for a third day, Arkansas' case count rose Thursday by 1,226, the largest one-day increase in more than two months.

Illegal-exaction lawsuit targets lack of Arkansas funding for programs on problem gambling - The Arkansas Racing Commission and the state Department of Finance and Administration have not fulfilled their constitutional duty to establish compulsive-gambling-disorder treatment and educational programs, a lawsuit filed Wednesday claims.

Arkansas CARES committee gives nod to proposals for $57M in coronavirus aid - The state's federal coronavirus relief aid steering committee on Thursday endorsed requests totaling about $57.1 million from various state agencies and groups.

Computer analysts detail computer modifications, downloads in Duggar child porn trial - FAYETTEVILLE -- Prosecutors in Josh Duggar's child pornography trial questioned two computer forensics experts Thursday afternoon about a computer that they say was used to download the pornographic material at Duggar's used-car lot.

Wildfire contained at Hobbs State Park in Northwest Arkansas after burning 200 acres - Firefighters have contained a large wildfire that has been burning since Sunday at Hobbs State Park-Conservation Area in Benton County.

Judge denies Malvern's request to put Perla water system into receivership, orders insolvent system to pay - Circuit Court Judge Stephen Shirron on Thursday denied the request of the city of Malvern to place the dysfunctional and financially insolvent water system in the neighboring community of Perla into the hands of Central Arkansas Water, but the judge ordered Perla to pay Malvern for a water debt that has accumulated for more than three years.

Arkansas Supreme Court - The Arkansas Supreme Court released opinions Thursday. The court's ruling and the names of the cases are reprinted here. The full opinions and other court proceedings, including per curiam decisions, orders and submissions, can be found on the Internet at arcourts.gov.

Def.'s Ex. 1

Consolidated 911 system feasible, Sebastian County told - FORT SMITH — A full consolidation of the 911 system in Sebastian County was determined through a study to be both operationally and technologically feasible, with potential cost savings on the table.

Hyde running for fourth term as Pulaski County judge - Pulaski County Judge Barry Hyde announced Thursday he will seek a fourth term during the 2022 general election.

Military fitness linked to child nutrition - A group of military generals and nutrition advocates from throughout Arkansas agreed Thursday during a virtual roundtable discussion that increasing food security is essential, not only to address childhood obesity, but also to bolster national security by helping more young people meet the U.S. military's health and fitness standards.

Indian national sentenced to 30 months for sending over 2,500 harrassing emails - An Indian national indicted for stalking by a federal grand jury was sentenced to 30 months in prison at a sentencing hearing before U.S. District Judge James M. Moody on Thursday and faces immediate deportation upon his release.

Education cooperative board OKs tech upgrades - FARMINGTON — The Northwest Arkansas Education Service Cooperative Board of Directors on Thursday unanimously approved $165,000 in technology upgrades to its building on North Double Springs Road.

Finance Committee discusses next steps for rescue plan money - BENTONVILLE -- The Benton County Finance Committee at its last meeting of the year Thursday night discussed next steps in spending millions of dollars in American Rescue Plan funding.

## NWA ADG

(AG) 2 mayors testify in Malvern's lawsuit against neighboring Perla over troubled water system - The mayors of Malvern and Perla took the witness stand in circuit court Wednesday amid a dispute between the neighboring communities over Malvern's bid to have the troubled, financially insolvent Perla water system placed into receivership with the Little Rock-area Central Arkansas Water utility.

## Arkansas Business

Senate Passes Stopgap Funding Bill, Avoiding Shutdown - WASHINGTON (AP) — The Senate has passed a stopgap spending bill that avoids a short-term shutdown and funds the federal government through Feb. 18 after leaders defused a partisan standoff over federal vaccine mandates. The measure now goes to President Joe Biden to be signed into law.

Lawmakers Reach Deal on Spending Bill, but Hurdles Remain - WASHINGTON (AP) — Congressional leaders reached agreement Thursday on a stopgap spending bill to keep the federal government running through mid-February, though a temporary shutdown was still possible with some Senate Republicans holding out over the Biden administration's COVID-19 vaccine mandates for some workers.

US Jobless Claims Rise by 28,000, but Still Low at 222,000 - WASHINGTON (AP) — The number of Americans applying for unemployment benefits rose last week even though the U.S. job market has been rebounding from last year's coronavirus recession.

## Talk Business & Politics

CFO job at Walmart is a 'complex' and 'critical' position - Walmart has a full year to find a replacement for Chief Financial Officer Brett Biggs, who announced his retirement effective Jan. 31. 2023. Biggs has logged 22 years at Walmart, spending

the past six as CFO and helping shepherd the company through a growth period despite a global pandemic, workforce and supply chain challenges.

Railroad exec highlights benefit of truck-to-rail freight conversion - Shippers who want to reduce transportation expenses might look to other modes, such as intermodal, amid the high cost to deliver goods via truck, a railroad executive said.

## Arkansas Times

(AG) State investigates managed care company Empower for alleged Medicaid fraud - Empower Healthcare Solutions, a managed care organization that serves roughly 20,000 high-need Medicaid beneficiaries in Arkansas, is under investigation by state regulators and the attorney general's office for allegedly defrauding Medicaid.

Pulaski County Judge Barry Hyde to run for reelection - Pulaski County Judge Barry Hyde will seek a fourth term in 2022, he said in a news release today. No opposition has emerged thus far.

Deer with chronic wasting disease found in South Arkansas - A deer killed by a hunter in Union County has tested positive for chronic wasting disease, the Arkansas Game and Fish Commission reports. That's significant because it's the first case in Union County and South Arkansas and hundreds of miles from the closest previously reported cases. Moral of the story: Get your meat tested, hunters.

Joyce Elliott launches Get Loud Arkansas to juice civic participation and hit back on voter suppression - Arkansas ranked as the very worst state for voter participation in 2020, and Sen. Joyce Elliott is not having it. We can do so much better, and we will, she said.

Autism in Motion Clinics hosting a socially distant, sensory-friendly Santa Claus event in Bentonville Saturday Dec. 11 - Autism in Motion Clinics is hosting a socially distant, sensory-friendly Santa Claus event for the Northwest Arkansas autism community at the AIM Clinics therapy center at 2703 SE Otis Corley Drive, Suite 11, in Bentonville, Saturday Dec. 11 from 1 p.m.-3 p.m.

Watch Arkansas Times publisher talk about Israel anti-boycott law on CNN - Alan Leveritt, publisher of the Arkansas Times, continued his media tour earlier this week with a national TV interview explaining why we refuse to comply with a state law that punishes businesses that refuse to sign a pledge promising not to boycott Israel.

## Politico

WHO says measures used against Delta should work for Omicron - MANILA, Philippines — Measures used to counter the Delta variant should remain the foundation for fighting the coronavirus pandemic, even in the face of the new Omicron version of the virus, World Health Organization officials said Friday, while acknowledging that the travel restrictions imposed by some countries may buy time.

Biden is looking at blowout growth even as Covid clouds the outlook again - Republicans are portraying President Joe Biden's Democrats as the party of "stagflation," in a bid to recall the grim era of slow economic growth and skyrocketing prices that doomed Jimmy Carter's presidency in 1980.

Senators propose ban on FTC 'zombie votes' - Six GOP senators are introducing legislation that would bar the Federal Trade Commission from counting the votes of departed commissioners — a practice that has drawn new Republican criticism to agency Chair Lina Khan.

Biden administration to restart 'Remain in Mexico' program under court order - The Department of Homeland Security is preparing to revive the Migrant Protection Protocols policy under a federal court order, the department announced Thursday.

DEF000374

Def.'s Ex. 1

**Ballotpedia News**

**(LR)** Redistricting map updates: proposals, advancements, and enactments between Nov. 24 and Dec. 1 - Between Nov. 24 and Dec. 1, the Florida House and Senate Committees on Reapportionment released new draft maps and the Arkansas Board of Apportionment approved the state's final legislative maps. Meanwhile, one state—Illinois—enacted a new congressional district map.

**Epoch Times**

**(LR)** Tackling Critical Race Theory: What It Is and Where It Is Being Banned - The presence of critical race theory (CRT) in K-12 education has become a prominent issue in some of the nation's recent high-profile elections. In Virginia's gubernatorial race, Glenn Youngkin, a Republican running on an anti-CRT platform, defeated former Democratic Gov. Terry McAuliffe, who insisted that CRT isn't being taught in Virginia's K-12 classrooms and stated that…

**Insurance News Network**

**(AG)** Arkansas Investigates Empower For Alleged Medicaid Fraud - Empower Healthcare Solutions, a managed care organization that serves roughly 20,000 high-need Medicaid beneficiaries in Arkansas, is under investigation by state regulators and the attorney general's office for allegedly defrauding Medicaid.

**Magnolia Reporter**

**(AG)** Arkansas' final legislative district maps are made - We finally know what Arkansas' new legislative districts will look like, so now potential candidates know better whether they should jump in the race or walk away.

**Dylan Jacobs**

---

**From:** Stephanie Sharp
**Sent:** Saturday, December 4, 2021 3:26 PM
**To:** Stephanie Sharp
**Subject:** December 4, 2021 Clips

ADG

Bond set at combined $1M after Michigan parents enter pleas - PONTIAC, Mich. — A judge imposed a combined $1 million bond Saturday for the parents of the Michigan teen charged with killing four students at Oxford High School, hours after police said they were caught hiding in a Detroit commercial building.

Springdale council members concerned about recruiting, retaining police - SPRINGDALE -- Recruiting and retention of police officers concerned members of the City Council on Friday as they considered the 2022 budget proposal from Mayor Doug Sprouse.

Covid cases increasing in Northwest Arkansas; omicron a concern - As the number of covid-19 cases and hospitalizations in Northwest Arkansas and the state increases, the omicron variant is causing international alarm.

Vigil raises money for Fayetteville School District program that helps homeless students - FAYETTEVILLE -- The Fayetteville High School Student Council on Thursday participated in the 24th annual homeless vigil on the school's campus.

Hearing reset for Lavaca man charged with health care fraud - FORT SMITH -- The federal government wants a western Arkansas man charged with more than a dozen federal crimes to go to jail until his trial.

4 more states report cases of new variant - NEW YORK -- The omicron variant of covid-19, which had been undetected in the U.S. before the middle of this week, continued to spread Friday.

Arkansas' vaccinations close to 14,000 Friday as covid case tally rises by nearly 1,200 - Arkansas' count of coronavirus cases rose Friday by 1,174, continuing a steep upward trend after a slowdown around Thanksgiving.

November jobless rate drops to 4.2%; firms add fewer jobs - WASHINGTON -- America's unemployment rate tumbled last month to its lowest point since the pandemic struck, even as employers appeared to slow their hiring -- a mixed picture that pointed to a resilient economy that's putting more people to work.

Biden signs bill to avert shutdown - WASHINGTON -- President Joe Biden signed legislation to fund the government through Feb. 18, averting a government shutdown that would have kept multiple federal services closed and employees out of work just weeks before the holidays.

University of Arkansas launches online biography as step toward adding historical context to Fulbright statue - FAYETTEVILLE -- A new online biography launched Friday is a step toward adding historical context to a campus statue of former U.S. Sen. J. William Fulbright, the University of Arkansas, Fayetteville announced Friday.

$25 million grant, largest ever for Arkansas State University, will anchor arts and innovation district - A $25 million challenge grant described as the largest gift ever to Arkansas State University will go toward building an "anchor" for a new arts and innovation district, Chancellor Kelly Damphousse said Friday.

DEF000376                                          Def.'s Ex. 1

Henderson State University alcohol sales plan advances - A plan to sell beer, wine and mixed drinks at certain locations on the Henderson State University campus includes a restricted area at the university's football stadium, an Arkansas State University System spokesman said Friday.

Photos, data put Duggar near computer when child porn was downloaded, expert testifies - FAYETTEVILLE -- Josh Duggar was at his used-car lot every time child pornography was downloaded or viewed on a desktop computer at the business, prosecutors told jurors Friday.

State police arrest Little Rock police lieutenant on DWI charge after early morning I-430 crash - A Little Rock Police Department lieutenant was on administrative leave Friday after he was arrested and charged with driving while intoxicated, a police spokesperson said.

Arts-site budget request advances – A substantial increase in funding for the Arts & Science Center for Southeast Arkansas was moved to consideration of the full Pine Bluff City Council during the fourth day of the city's budget meetings Friday.

Panel backs $57 million in requests - The state's federal corona-virus relief aid steering committee on Thursday endorsed requests totaling about $57.1 million from various state agencies and groups.

## Arkansas Business

Windgate Foundation Gives $25M to ASU for Hall of Art & Innovation - Arkansas State University in Jonesboro on Friday received a $25 million donation from the Windgate Foundation to build and maintain the Windgate Hall of Art and Innovation that will anchor a planned Art & Innovation District.

Arkansas Farm Bureau Names 2 New Board Members - The Arkansas Farm Bureau named two new board members Friday, following elections at its 87th Annual Convention at the Statehouse Convention Center in Little Rock.

Moses Tucker Partners Splits From Newmark Group - Commercial real estate firm Newmark Moses Tucker Partners is once again Moses Tucker Partners.

## Talk Business & Politics

Gov. Hutchinson officially calls special session to cut taxes for Tuesday, Dec. 7 - Gov. Asa Hutchinson on Friday (Dec. 3) called a special session for Arkansas legislators to consider a major tax cut bill, and he has added seven other bills to the call. The session will begin at 10 a.m. on Tuesday, Dec. 7.

The Supply Side: Partnerships to become more common in retail - According to retail analysts and consultants, the retail landscape is ripe for more partnerships among competitors, suppliers and service providers. Walmart is at the center of that trend.

Windgate Foundation pledges $25 million challenge gift to Arkansas State University for Arts and Innovation district - The largest financial contribution in Arkansas State University history was announced Friday (Dec. 4) when the Windgate Foundation pledged a $25 million challenge gift to the school.

## Arkansas Times

Circuit Judge Alice Gray to hang up her robe - Alice Gray, who has served as the Judge in Arkansas's Sixth Circuit in Pulaski and Perry counties since first winning election in 1992, said she's decided against running for another term.

DEF000377

Double huckabuckraking as Sarah Huckabee Sanders and Mike Huckabee to speak at stuffy Coachella - The Palm Springs Desert Sun reports that father-daughter duo Mike Huckabee and Sarah Huckabee Sanders are set to appear in the Coachella Valley's Desert Town Hall speaker series on Feb. 1.

Former Republican Commissioner Gomez leaps back in on redistricting, and Democrats call BS - A ghost of elections past appeared at Pulaski County Election Commission this week when notorious former Chair Evelyn Gomez popped back into action, offering an 11th-hour draft map for Quorum Court redistricting. And although commissioners had already settled on four maps for consideration and put them out for public comment, the two Republican commissioners voted to put Gomez's proposal in the mix.

## Politico

Biden embraces his one-time foe: Walmart - Not long before he joined the 2008 campaign trail, then-Sen. Joe Biden traveled to Iowa to deliver a blistering speech attacking the nation's largest private employer, Walmart.

Top National Guard officer tests positive for Covid - Gen. Dan Hokanson, chief of the National Guard Bureau, tested positive for Covid-19 this week and is now isolating while working remotely, a bureau spokesperson said Friday.

POLITICO Playbook PM: Jobs report paints a 'mixed picture' for Biden - The White House Correspondents' Association announced today that its annual dinner — informally and half-self-effacingly known as "Nerd Prom" — will return in-person next spring.

## SWARK

(LR) Attorney General Leslie Rutledge: Summary of Opinions - Can the federal government legally require mandatory vaccines for businesses with one hundred or more employees?

## Stuttgart Daily Leader

(LR) Attorney General Alert: All I Want for Christmas is You (to avoid holiday scams) - LITTLE ROCK – The holidays bring out the best in Arkansans, but there are some who try to take advantage of kind hearts by posing as charitable organizations to help Arkansans in need during the holiday season.

## KNWA

(LR) Vaccine mandate on hold in AR: potential impact on staffing in long-term care facilities - FAYETTEVILLE, Ark. (KNWA/KFTA) – A U.S. District Judge puts a temporary hold on President Joe Biden's vaccine mandate for some states, including Arkansas. This will impact thousands of healthcare workers.

## Magnolia Reporter

(AG) State investigating care coordinator of services to developmentally disabled - Empower Healthcare Solutions, a managed care organization that serves roughly 20,000 high-need Medicaid beneficiaries in Arkansas, is under investigation by state regulators and the attorney general's office for allegedly defrauding Medicaid.

## KUAF

(AG) Arkansas opens Medicaid fraud investigation on disability services provider - Managed-care provider, Empower Healthcare Solutions, is being investigated for Medicaid fraud in Arkansas.

## Dylan Jacobs

**From:** Stephanie Sharp
**Sent:** Sunday, December 6, 2020 10:37 AM
**To:** Stephanie Sharp
**Subject:** December 6, 2020 Clips

ADG

Arkansas cities' parades take a different direction - Across Arkansas, Christmas parades have come to a standstill.

OPINION | REX NELSON: Arkansas Know Nothings - The Know Nothings were part of a nativist movement that originated in this country in 1844 and lasted until 1860. It started as a secret society and became known for its populist, xenophobic, anti-Catholic and anti-immigration tendencies.

OPINION | PHILIP MARTIN: Day drinking - They sat under a tent in a parking lot, at a fold-down table, with a nerdy weak sun slanting in from the west-southwest. A couple of hours of daylight were left, and it was a little raw, an intimation of impending Arkansas winter, but in their jackets and caps they could just about stand it.

Little Rock, police union resolve contract hitch, FOP president says - The president of Little Rock's largest police union said the organizing body has resolved an impasse with the city over negotiations on a new contract after talks stalled last month and the union requested federal mediation.

2,245 new cases logged in Arkansas; deaths up by 34 - Arkansas' count of coronavirus cases rose Saturday by more than 2,200 -- a smaller jump than the record number added the previous day but larger than the increase a week earlier.

Rallying in Georgia, Trump's focus on self - VALDOSTA, Georgia -- President Donald Trump pressed his grievances over losing the election at a Saturday night rally in Georgia, more so than trying to help two Republican Senate candidates whose fate will decide the balance of power in Washington once President-elect Joe Biden takes office next month.

States take new steps as fears of hospital-care shortage rise - Coronavirus infections across the U.S. continue to rise as the country moves deeper into a holiday season that threatens to push the numbers even higher.

Some say hard choices loom if jobless aid ends - INDIANAPOLIS -- Tina Morton recently faced a choice: Pay the bills -- or buy a birthday gift for a child? Derrisa Green is falling further behind on rent. Sylvia Soliz just had her electricity cut off.

Violence breaks out at protests in France - PARIS -- Thousands of people around France protested a proposed bill that could make it more difficult for witnesses to film police officers, with tensions quickly rising at the Paris march Saturday as intruders set fire to several cars, pillaged a bank and tossed objects at police.

Capsule back home with asteroid samples - TOKYO -- Japan's space agency said signals showed that a capsule released by the country's Hayabusa2 spacecraft has landed in a remote area in southern Australia as planned, bringing home long-awaited samples from a distant asteroid.

Single-sex scholarships singled out - Two Arkansas universities have joined the fast-growing ranks of institutions under federal investigation for offering "single-sex scholarships" — namely, scholarships for women.

Def.'s Ex. 1

North Poles pop up across state to fulfill wishes of foster kids - Project Zero volunteers wheeled out bicycles of all sizes and carts stacked with red bags as big as Santa's sack to the vehicles of expectant foster parents and children Saturday morning at the temporary North Pole in the Chenal Village retirement center parking lot.

EU, U.K. to return to talks on trade - LONDON -- The European Union and the United Kingdom decided Saturday to press on with negotiating a post-Brexit trade deal, with all three key issues still unresolved ahead of a year-end cutoff.

Armenian protesters call for premier's resignation - YEREVAN, Armenia -- Tens of thousands of opposition supporters marched across the Armenian capital Saturday to push for the resignation of the former Soviet nation's prime minister over his handling of the conflict with Azerbaijan concerning Nagorno-Karabakh.

Fort Smith woman voted in as GOP chief - BENTON -- The Republican Party of Arkansas state committee elected its national committeewoman Jonelle Fulmer of Fort Smith as party chairman Saturday to succeed Doyle Webb of Benton, who had served in the post since December of 2008.

Governor sets goal of $420M in reserve - Gov. Asa Hutchinson wants to continue bolstering a state savings account, with a proposal to double the amount of money it has to at least $420 million by mid-2023.

Moscow begins immunization push - MOSCOW -- The city of Moscow is opening 70 vaccination facilities where thousands of doctors, teachers and others in high-risk groups had signed up to receive covid-19 vaccines starting Saturday, a precursor to a nationwide immunization effort.

Future cloudy for Plaza Hotel - The Plaza Hotel, which was purchased by the city a year ago for $1.2 million, faces an uncertain future as Pine Bluff officials ponder the best route forward to provide the city with a viable hotel property adjoining the the convention center.

Art exhibit focus on female voice - The Female Gaze exhibit illustrates how men have driven the conversation in the art world, inside the classroom and inside the museum in the past. It's often a message of women as inferior, as objects to be sexualized, and it tells a story that crosses all races and touches on a number of female and racial issues.

New Horizons gives to Salvation Army - Sarah and Sophie Gwin, the two youngest members of the New Horizons Extension Homemakers Club, have been making masks for their school and for others, and at a recent club meeting, a family and consumer science teacher at their school asked the girls to bring their sewing machine and teach the students how to make masks, according to a news release.

New job calls on proven abilities - When Lynette Bloomberg left her position as director of the Pine Bluff Regional Chamber of Commerce to return to Southeast Arkansas College, the board of directors didn't have to look far to find a new leader, and for the past two months Pine Bluff native Ulanda Arnett has been busy settling in and planning for the future.

Donors still go to aid of Salvation Army - Although the fun and festivities were nixed due to the coronavirus, people showed their support for Pine Bluff's Salvation Army Corps during a Friday drive-thru donation event.

New board members buoy Thea Day of Giving theme - Joining the board of a nonprofit during a pandemic makes the usual learning curve for new board members even steeper. Just ask two of the newest additions to the board for the North Little Rock-based Thea Foundation.

Barley growers looking to India - Australian barley growers could soon be raising a glass to India's swelling cohort of beer drinkers, who are being eyed as a potential market for some of the country's excess stocks of the grain, after its biggest buyer China all but halted imports this year.

DEF000380

Def.'s Ex. 1

[Demographics change as covid deaths surge in Northwest Arkansas](#) - Northwest Arkansas is seeing a surge of covid-19 deaths, surpassing 100 in a single month for the first time in November, according to data from the Benton and Washington county coroners.

[ORT board changes could shift focus of public transit to urban areas of the region](#) - SPRINGDALE -- Public transportation in Northwest Arkansas will focus on urban areas as it expands in coming years, and those who pay the bulk of the bills will have more say in what that looks like.

[Zip code designation should help Tontitown mail delivery, tax collection](#) - TONTITOWN -- The city is getting a new postal designation that Mayor Paul Colvin Jr. says will improve delivery services and increase sales tax for city coffers.

[State reports 2,245 new covid cases; active cases set record](#) - Arkansas' count of coronavirus cases rose Saturday by more than 2,200 — a smaller jump after two consecutive days of record increases, but still the fifth-largest increase since the pandemic began.

Talk Business & Politics

[Southern Bancorp CEO Darrin Williams named to Bloomberg leaders list](#) - Bloomberg Businessweek has named Southern Bancorp CEO Darrin Williams to the 2020 Bloomberg 50, its annual list of innovators, entrepreneurs, and leaders who have changed the global business landscape over the past year.

[Romero: Vaccine recommendations meant to save the most lives](#) - The national committee recommending who first will be vaccinated for COVID-19 chose long-term care residents along with health care workers to save the most lives and reduce the strain on the health care system, said Arkansas Secretary of Health Dr. Jose Romero, who chairs the committee.

Arkansas Times

[Today's coronavirus count — not a record but not good — and the open line](#) - Well, at least it's not another record-setter, though numbers do tend to decline on the weekend and this is way more than the number on Saturday last week. But 34 more deaths; a rise in hospitalizations, and a continuing high positive test rate are not comforting indicators.

[Republicans choose Jonelle Fulmer as next party chair](#) - The Republican Party Facebook page brings news that Jonelle Fulmer of Fort Smith will succeed Doyle Webb as chair of the Arkansas Republican Party.

[The silence of the Republicans in Congress, including the Arkansans, on Joe Biden's victory](#) - With Donald Trump insisting more strenuously daily — dishonestly and without proof — that the election was stolen from him by Joe Biden, the Washington Post endeavored to find out what Republicans in Congress think about that.

[Another complaint filed about Pulaski County Election Commission. It targets GOP commissioners.](#) - Controversy grows over the Pulaski County Election Commission with a new complaint to a state commission about actions of the Republican majority on the commission.

Politico

[2020 meltdown leaves Iowa Democrats on edge](#) - Aside from ousting Donald Trump from the White House, the story of the 2020 election has an unhappy ending for Democrats. They failed to win back the Senate, nearly lost the House and fell short in statehouses all across the country.

[Biden's criticism of vaccine rollout 'just nonsense,' Azar says](#) - Health and Human Services Secretary Alex Azar shot back at President-elect Joe Biden on Sunday after he criticized the Trump administration's plan for rolling out a coronavirus vaccine.

States defer to health providers on who gets first vaccines - States struggling to prioritize who should receive the initial coronavirus shots are handing off those critical decisions to health care providers, giving them less than two weeks to decide how to ration the scarce doses among their own employees.

Judge orders Trump administration to restore DACA - A federal judge in New York has ordered the Trump administration to begin accepting new applications for the Deferred Action for Childhood Arrivals program — the Obama-era initiative that provides quasi-legal status to immigrants who entered the U.S. illegally as children.

KTLO

(LR) Hutchinson, Rutledge respond to U.S. Supreme Court's decision for new review of Arkansas Works - Gov. Asa Hutchinson and Attorney General Leslie Rutledge issued statements late Friday in support of a decision earlier in the day by the U.S. Supreme Court to hear oral arguments on Arkansas' Medicaid Expansion Community-Engagement Requirement, otherwise known as Arkansas Works.

DEF000382
Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Wednesday, December 8, 2021 7:44 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | December 8, 2021 Clips |

ADG

U.S.-contractors shots edict blocked by judge - A federal judge Tuesday blocked President Joe Biden's administration from enforcing a covid-19 vaccine mandate for employees of federal contractors, the latest in a string of victories for Republican-led states pushing back against pandemic policies.

Little Rock board adopts new ward map for the next decade following 2020 census - Members of the Little Rock Board of Directors voted Tuesday to adopt a new map of the city's seven wards, after they had opted to effectively sideline Mayor Frank Scott Jr. on the redistricting process this fall following the 2020 census.

932 new covid cases reported in Arkansas on Thursday, while vaccinations top 17,000 - In a break from Arkansas' recent upward trend in new coronavirus cases, the state's case count rose Tuesday by 932, the first daily increase in eight days that was smaller than the one a week earlier.

TSA, Little Rock airport warn holiday travelers about prohibited items and allowing enough check-in time - The federal Transportation Security Administration, and Bill and Hillary Clinton National Airport/Adams Field officials displayed flights-prohibited items Tuesday that ranged from knives and inert grenades to canned drinks and toy dart guns, all of which can delay holiday travelers as air traffic begins to rebound from the pandemic.

Biden warns Putin on Ukraine - WASHINGTON -- President Joe Biden warned President Vladimir Putin of Russia on Tuesday that an invasion of Ukraine would result in heavy economic penalties for him and lead NATO to reposition its troops in Europe, measures that he said would go well beyond the West's response to Russia's annexation of Crimea seven years ago.

Duggar's porn case going to jury today - FAYETTEVILLE -- Josh Duggar's federal child pornography case will go to jurors today after the defense rested its case late Tuesday afternoon and all rebuttal was completed.

Arkansas' U.S. senators join effort to block federal rule requiring covid-19 vaccinations at large companies - U.S. Sens. John Boozman and Tom Cotton, both Republicans from Arkansas, are backing a resolution to nullify a Biden administration rule that would require workers at large companies to get the coronavirus vaccination or undergo weekly testing.

Lawsuit filed over casino license for Pope County, contending Cherokee firm lacks experience - A lawsuit filed Tuesday asked the Pulaski County Circuit Court to issue a temporary restraining order halting any movement on a casino in Pope County until the question of whether Legends Resort and Casino has casino experience can be answered.

Won't meet Jan. 6 panel, Trump aide Meadows says in U-turn - WASHINGTON -- The House select committee investigating the Jan. 6 insurrection said it will "be left no choice" but to move to advance criminal contempt of Congress proceedings against Mark Meadows, a former chief of staff in the Trump White House, if he does not appear at a deposition scheduled for today.

DEF000383
Def.'s Ex. 1

Arkansas senators reject attempts to include tax credit bill not on governor's agenda for session - The first day of Arkansas' second special legislative session of 2021 saw multiple unsuccessful attempts -- opposed by the governor -- to introduce a proposal creating a tax credit for law enforcement officers.

State tax committees approve bills to cut income taxes, provide incentives to steel mill in Northeast Arkansas - The Arkansas House and Senate tax committees on Tuesday advanced identical bills that would cut the state's top individual and corporate income tax rates, consolidate low- and middle-income tax tables, and create a nonrefundable low income tax credit.

Parking deck contract fails with Fayetteville City Council vote - FAYETTEVILLE -- The city is going to have to reevaluate the plan for the parking deck associated with the arts corridor downtown after a council vote Tuesday, an administrator said.

Circuit judge temporarily blocks sale of troubled Perla water system following ratepayer lawsuit - A circuit court judge has temporarily blocked the sale of the massively indebted Perla water and wastewater system to another water utility based out of Benton after a lawsuit filed on behalf of a Perla ratepayer.

Without a jail, Madison County looks for place to put its detainees - Madison County Sheriff Rick Evans said he's not sure what he's going to do with the detainees he has in the Washington County jail in Fayetteville.

Open-meetings lawsuit filed against Fort Smith regarding sales tax - FORT SMITH -- A lawsuit filed Monday alleges the city Board of Directors violated the open-meetings provision of the Freedom of Information Act by making decisions via email on tax-related proposals.

## Arkansas Business

Arkansas Lawmakers Advance Income Tax Cut During Session - LITTLE ROCK, Ark. (AP) — Arkansas legislators on Tuesday advanced a nearly $500 million income tax cut package, rejecting efforts to include a tax credit for law enforcement officers.

US Trade Deficit Narrows in October as Exports Rebound - WASHINGTON (AP) — The U.S. trade deficit narrowed to $67.1 billion in October, the lowest in six months, after hitting a record high in September. A big rebound in exports helped to offset a much smaller rise in imports.

Garrick Feldman, Resilient Jacksonville Publisher, Dies at 73 - Garrick Feldman, who held his Holocaust survivor mother's hand while crossing frontiers to escape communism as a boy and went on to success as an Arkansas newspaper publisher and print operator, died Sunday, Dec. 5.

Arkansas Lawmakers Meeting to Take Up Income Tax Cut Plan - LITTLE ROCK, Ark. (AP) — The Arkansas Legislature is meeting on Tuesday to take up a nearly $500 million income tax cut plan, but some lawmakers are expected to push for other measures including an abortion ban styled after one passed in neighboring Texas.

## Talk Business & Politics

Legislators move tax cut bills quickly to floor; reveal incentive package for $3 billion steel project - Arkansas lawmakers went straight to work on Tuesday (Dec. 7) in their special session to deal with income tax cuts, and State Senators showed little interest in expanding the scope of the session beyond the governor's call.

ASU Chancellor Kelly Damphousse selected to NCAA Board of Governors - Arkansas State University Chancellor Kelly Damphousse has been appointed to the NCAA Board of Governors. The appointment to the primary governing body of the NCAA comes at a time of significant reform and potential change for the national association.

As COVID cases rise, Gov. Hutchinson urges Arkansans to get booster shots - Gov. Asa Hutchinson on Tuesday (Dec. 7) used his weekly press briefing to encourage Arkansans to get their vaccine booster shot as soon as possible. The push comes as the Delta variant continues to push cases higher in the state.

Economic growth boosts freight demand; COVID variant creates 'unknowns' - The trucking industry has benefited from a growing economy, but some headwinds remain like inflation and the pandemic, an industry economist said. Still, another economist said when freight demand softens, the industry should have enough drivers to meet demand.

EIA: Increased oil production to contribute to lower prices in 2022 - Global oil production is expected to rise more quickly than demand in 2022, and this should lead to lower prices of crude oil and petroleum products than in late 2021, according to the U.S. Energy Information Administration (EIA).

Arkansas Times

Little Rock board approves new ward boundaries, discusses possible money for Terry House - With no debate, the Little Rock Board of Directors approved new ward boundaries at its Tuesday meeting.

Income tax cut for the rich speeding through legislature - Senate and House committees today gave speedy approval to the giant income tax cut bill, potentially at least a half-billion-dollar-a-year annual reduction in state revenue with 70 percent of the money going into the pocket of the top 20 percent of Arkansas taxpayers.

Two more Pulaski maps up for consideration, including one that pits current JPs against each other - The Pulaski County Election Commission has put out two more options to consider as it works toward picking a map to set the 15 Quorum Court district boundaries for the coming decade. Public comment on these new options is open until 11:59 p.m. Friday, Dec. 10.

Details revealed on state handout for U.S. Steel expansion - Though some legislators grumbled about a lack of advance detail, a bill to expand a tax credit program to aid a $2 billion expansion in U.S. Steel's operation in Mississippi County.

Hutchinson defends narrow special session, talks coronavirus - Arkansas may be entering a third coronavirus surge, but Governor Hutchinson devoted much of his weekly news briefing to defending the limited scope of the special session of the legislature that began today. The focus of the session is to pass the largest tax cut in state history, which Hutchinson says, without evidence, will help the state increase jobs and prosperity.

Arkansas Leader publisher Garrick Feldman dies - arrick Feldman, the founder and publisher of The Leader, a community newspaper that covers north Pulaski, Lonoke and White counties, has died at age 73.

Garner files expected 'divisive concepts' bill - Sen. Trent Garner (R-El Dorado), with a passel of other legislative wingnuts as co-sponsors, has filed a bill that captures the Republican fervor to punish discussion of racism or sexism.

ArkansasCovid.com to publish final report Friday - Unfortunately, this news isn't because there are no new cases to report.

Senate votes against considering Rapert's proposed law enforcement tax credit - The Arkansas General Assembly returned to the state Capitol today for the beginning of a special session to consider the largest income tax cut in state history and several other odds and ends. The legislature is limited to considering only what's on Governor Hutchinson's call, but as we've reported, there are going to be several efforts to broaden the intent of the session or extend it.

Politico

'It's a sore spot for a lot of people': Why officials are raising questions about Biden's vaccine donations - When President Joe Biden entered office, he promised the U.S. would become a leader in the effort to vaccinate the world, carrying out a campaign divorced from politics to ship millions of doses to countries in need to help end the pandemic.

DEF000385                                           Def.'s Ex. 1

Congress waves its procedural magic wand - RAISE THE ROOF — There's a convoluted path forward for Congress to expedite an increase of the debt ceiling and it is already on the move. The House cleared a bill on Tuesday night that allows House lawmakers to exert rare influence on the processes and procedures of the upper chamber.

POLITICO Playbook: 'The least bad deal' - PAGING PELOSI — WaPo's Marianna Sotomayor and Jacqueline Alemany scooped just before midnight that Rep. AYANNA PRESSLEY (D-Mass.) and other House progressives plan to introduce a resolution today stripping Rep. LAUREN BOEBERT (R-Colo.) from her committee posts for Islamophobic comments. Their hope? To pressure Democratic leaders into taking action they've resisted taking since the spat with ILHAN OMAR began two weeks ago.

## Camden News

(LR) AG Alert: Rutledge warns of skyrocketing energy prices during winter weather season - LITTLE ROCK – In the coming weeks and months Arkansas will likely experience colder temperatures and Arkansans will unfortunately be looking at significant increases on their energy bills from years past. Lower temperatures mean heating units are working overtime, and more money will be draining from pocketbooks thanks to the previous winter weather spikes, inflation, supply chain issues, cancellation of the Keystone pipeline, and the halt of oil and gas drilling. Arkansans have already seen a rise of prices from gas to groceries and the next surge of prices will affect home energy during the winter months.

## KTVE

(LR) Arkansas man sentenced to 50 years on child porn-related charges - LITTLE ROCK, Ark. – A Jacksonville man will spend the next 50 years behind bars on child pornography-related charges.

## KATV

(AG) Attorney General's Office investigating Arkansas puppy scams - LITTLE ROCK (KATV) — Seven On Your Side has a warning for consumers as the holidays approach.

## KTLO

(LR) Arkansas AG announces number of Medicaid-related arrests, convictions - LITTLE ROCK, Ark. — Arkansas Attorney General Leslie Rutledge has announced a number of noteworthy arrests and convictions by the Medicaid Fraud Control Unit (MFCU) of her office.

## SWARK

(LR) Rutledge's Law Enforcement Round Up - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge announced recent noteworthy arrests and convictions by the Medicaid Fraud Control Unit (MFCU) of the Arkansas Attorney General's Office.

DEF000386                                     Def.'s Ex. 1

## Dylan Jacobs

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Thursday, December 9, 2021 7:40 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | December 9, 2021 Clips |

ADG

In Duggar trial, jury deliberates 5 hours, pauses - FAYETTEVILLE -- Jurors deciding Josh Duggar's guilt or innocence in a child pornography trial deliberated almost five hours Wednesday before calling it a day and telling the judge they'd rather come back this morning than continue into the evening.

New, less smelly North Little Rock police HQ to open thanks to 2017 tax increase - Inside North Little Rock's police headquarters, it's not always the scent of freshly brewed coffee that wafts through the hallways; often it's the stench of marijuana.

Income tax cut bills roll through Arkansas House and Senate; steel plant incentive also meets approval - The Arkansas House of Representatives and Senate on Wednesday handily approved identical income tax cut bills that state officials estimate will eventually provide nearly $500 million a year in tax relief for Arkansans.

Count of fully vaccinated hits 200 million in U.S. - PROVIDENCE, R.I. -- The number of Americans fully vaccinated against covid-19 reached 200 million Wednesday amid a holiday-season spike in cases and hospitalizations that has hit even New England, one of the most highly inoculated corners of the country.

Little Rock pledges $500,000 for improvements to Pike-Fletcher-Terry House amid legal fight over historic mansion - Little Rock's municipal administration has pledged to spend $500,000 on the Pike-Fletcher-Terry House if city directors approve an amended budget later this month amid a legal fight over the state of the historic property.

Court weighing tuition-aid case - WASHINGTON -- The Supreme Court heard sides Wednesday on whether religious schools can be excluded from a Maine program that offers tuition aid for private education, a decision that could ease religious organizations' access to taxpayer money.

Biden unveils new infrastructure slogan - KANSAS CITY, Mo. -- President Joe Biden unveiled a new slogan for his $1 trillion infrastructure package on Wednesday, but his overall message is staying largely the same.

50% of Arkansans fully vaccinated against covid, CDC says, as state's cases rise by 860 - Arkansas' count of coronavirus cases rose Wednesday by 860 -- the second daily increase in a row that was smaller than the one a week earlier.

Arkansas school boards cut ties with national organization, citing call for federal law enforcement, concerns over governance and finances - The Arkansas School Boards Association on Wednesday ended its decades-old affiliation with the National School Boards Association.

Arkansas Tech board backs university president following faculty's vote of no confidence - With a vote of no confidence from the Arkansas Tech University faculty senate in the shadows, the board of trustees issued a letter Wednesday in support of President Robin Bowen.

Boozman, Cotton vote with U.S. Senate for resolution objecting to covid vaccination mandate for large businesses - WASHINGTON -- U.S. Sens. John Boozman and Tom Cotton voted Wednesday to nullify a federal covid vaccination rule

DEF000387

Def.'s Ex. 1

directed at larger companies, helping the Senate pass a formal objection to a high-profile vaccination requirement from the Biden administration.

Water utility pushes Liberty on debt - A Pine Bluff Wastewater Utility official is ratcheting up the pressure on Liberty Utilities by turning over wastewater's collection efforts to an attorney.

Center opens to make impact - The opening of the Hurricane Outreach Distribution Center is giving a Pine Bluff church a chance to make a "lasting impact" on others.

30 hours per week in testing at Tyson - Tyson Foods is testing three-day workweeks for employees at some of its processing plants.

October job postings up to 11 million - WASHINGTON -- U.S. employers posted 11 million open jobs in October, 4% more than September and nearly matching a record high reached in July. It's a sign that companies were confident enough in the economy to expand.

Senators rip Instagram; 'Trust is over,' says one - WASHINGTON -- The head of a Senate panel examining social media's negative effects on young people has dismissed as "a public relations tactic" some safety measures announced by Facebook's popular Instagram platform.

STATE CAPITOL BRIEFS: Lawmakers allow transfer to development-incentives fund | House, Senate approve drafting issue fix - The Arkansas House of Representatives and Senate on Wednesday approved identical bills that would allow the state's chief fiscal officer to transfer up to $50 million from the long-term reserve fund to the general revenue allotment reserve fund for economic development incentives.

Arkansas legislative leaders hope to avoid extending session, urge focus on governor's agenda - While a number of resolutions aim to extend the Arkansas General Assembly's special session after lawmakers complete their work on tax cuts, legislative leaders plan to present a measure to adjourn and hope they will get enough votes to do so.

Arkansas Court of Appeals - The Arkansas Court of Appeals released opinions Wednesday.

## Arkansas Business

US Businesses Advertised Near-Record Open Jobs in October - WASHINGTON (AP) — U.S. employers posted 11 million open jobs in October, nearly matching a record high reached in July and a sign that companies were confident enough in the economy to expand.

Arkansas Lawmakers Give Initial OK to Massive Tax Cut Plan - LITTLE ROCK, Ark. (AP) — Arkansas lawmakers on Wednesday gave initial approval to the largest tax cut in the state's history, as legislative leaders hoped to wrap up a special session without taking up a Texas-style abortion ban or other items.

With Eye on Athletics Revenue, UA Little Rock Moves to New Conference - The University of Arkansas at Little Rock is moving from the Sun Belt Conference to the Ohio Valley Conference, where the school plans to increase athletics department revenue, reinvest money saved on team travel expenses and immediately compete for championships.

UAMS Gets $3M to Reimburse Clinics Treating Opioid Patients - The University of Arkansas for Medical Sciences on Wednesday announced that it had received $3 million from the Department of Human Services to reimburse facilities across the state that are providing treatment for people with opioid use disorders.

Riceland Foods Announces $13.2M Expansion - Riceland Foods on Wednesday announced a $13.2 million expansion that will bring 80 total new jobs to its Jonesboro and Stuttgart plants.

DEF000388

## Talk Business & Politics

House, Senate pass income tax cut; special session could end Thursday - The Arkansas House and Senate both passed measures Wednesday (Dec. 8) to reduce Arkansas' top income tax rate from 5.9% to 5.5% next year and to 4.9% in the next four years if certain economic conditions are met.

Riceland Foods to add 80 new jobs with $13.2 million operations expansion - Riceland Foods announced Wednesday (Dec. 8) it will add 80 new jobs and expand its operations in Stuttgart and Jonesboro with a $13.2 million investment. The majority of the expansion will be at the Stuttgart location, including two new packaging lines.

## Arkansas Times

Duggar jury goes home for the night - The six-man, six-woman jury considering child sex abuse-related charges against reality TV star Josh Duggar began deliberating at 12:15 p.m. today and broke for the night about 5 p.m.

COVID today: 860 new cases and 20 more deaths - Total cases: 535,450, an increase of 860 from Tuesday.

The second act of the legislature: Race and abortion UPDATE - Just so you'll know: The discussion about more punitive anti-abortion legislation and efforts to stamp out the discussion of racism isn't over.

Legislation nearing completion for a police officer for legislature - Legislation originating in the House cleared a Senate committee today will allow a legislative security officer to have law enforcement authority, including carrying a weapon, with statewide jurisdiction.

As Republicans hand money back to the well-to-do, Arkansas Democrats call for funding schools, health and quality of life improvements instead - By handing over hundreds of millions of dollars a year in tax cuts to the state's wealthiest people, Arkansas is missing a plum opportunity to provide universal pre-K, free two-year college and the services people with disabilities have been waitlisted for for years.

With a major tax cut for the rich coming, the question: Is Arkansas doing enough for public services? - Against a landrush yesterday by legislators to whoop through a massive income tax for the rich and major corporations, a handful of grassroots advocates and Democrats raised the question of whether available money should be spent on important services rather than comforting the rich.

## Politico

Old foes thwart Biden's foreign policy pivot - President Joe Biden wants to pivot U.S. foreign policy to the future but has not yet been able to shake the past.

Another eye-popping inflation reading is ahead. Next year could look very different. - Republicans have pounded Democrats for months over spiking gasoline and grocery costs, a phenomenon they've dubbed "Bidenflation." By the time next year's elections roll around, that line of attack may lose its punch.

Biden Wants to Save Global Democracy. Here's What He Can Actually Do. - Leaders from around the world are gathering (virtually) this week for President Joe Biden's Summit for Democracy. The event was one of the earliest and most concrete foreign-policy promises Biden made during his campaign — and it represents perhaps the most tangible way in which he has sought to elevate democracy as a defining feature of his foreign policy.

## Osceola Times

(LR) Deer season continues to Natural State - Deer season continues in the Natural State. Archery season opened in late Sept. and continues through Feb. 28, 2022. There will be an Private Land Antlerless-only Modern Gun Hunt Dec. 29-31. Modern Gun hunting will be allowed Dec. 26-28 and there will be a special Youth Modern Gun Hunt Jan. 1-2, 2022.

## Natural State News

(LR) ARKANSAS ATTORNEY GENERAL'S OFFICE: AG Rutledge warns of skyrocketing energy prices during winter weather season - Over the last week, AG Rutledge blocked Biden Administration's vaccine mandate for health care workers, warned of skyrocking energy scams that will impact most Arkansans, and after years of leading on pro-life issues, AG Rutledge watched her friend, the Mississippi AG argue for the life of the unborn before the Supreme Court.

## Arkadelphian

(LR) 2 Clark County suspects part of AG's arrest roundup - LITTLE ROCK — Arkansas Attorney General Leslie Rutledge announced recent noteworthy arrests and convictions by the Medicaid Fraud Control Unit (MFCU) of the Arkansas Attorney General's Office.

## SWARK

(LR) AG Rutledge: Summary of Opinions - Opinion Number: 2021-073 Requestor:   Eads, Lance The Honorable

DEF000390                                                           Def.'s Ex. 1

## Dylan Jacobs

**From:** Stephanie Sharp
**Sent:** Friday, December 10, 2021 7:41 AM
**To:** Stephanie Sharp
**Subject:** December 10, 2021 Clips

ADG

New laws create largest tax cut in Arkansas history, help state make pitch for steel mill expansion - The state Legislature finished its special session work Thursday morning, and in the early afternoon, Gov. Asa Hutchinson signed bills that authorize the largest tax cut in the state's history and that help Arkansas in its pitch for a proposed $3 billion U.S. Steel expansion project.

FDA approves Pfizer boosters for ages 16, 17 - Federal regulators Thursday authorized booster shots of Pfizer-BioNTech's coronavirus vaccine for 16- and 17-year-olds, a step that officials said would bolster protection against delta, the variant behind surging infections in parts of the United States, and could help tame the emerging omicron version.

Duggar guilty of child porn, jurors decide - FAYETTEVILLE -- A federal jury Thursday found former reality TV personality Josh Duggar guilty of receiving and possessing child pornography.

Little Rock district's 6-year superintendent to retire at end of school year; 'running to my family,' Mike Poore says in emotional letter - Mike Poore, the highly energized superintendent of the Little Rock School District since 2016, announced Thursday that he will retire from the nearly 21,000-student district at the end of this school year to spend more time with his family.

Jobless-aid claims sink to 52-year low - WASHINGTON -- The number of Americans applying for unemployment benefits plunged last week to the lowest level in 52 years, more evidence that the U.S. job market is recovering from last year's coronavirus recession.

Judge orders dysfunctional Perla water system into receivership, rebukes city for 'appalling' open-records violations - A circuit judge Thursday ordered the dysfunctional water system in the tiny community of Perla into receivership with Central Arkansas Water and castigated city leaders for "appalling" violations of the Arkansas Freedom of Information Act.

East Arkansas police chief arrested, charged with rape in encounter with drug suspect - The Turrell police chief was arrested Wednesday afternoon on charges of rape and sexual extortion related to an October incident with a female suspect, authorities said.

Little Rock School Board to decide on number of seats open for 2022 election – The Little Rock School Board will decide in the coming weeks whether to open two seats on the board for elections in November 2022 or all nine board seats.

Arkansas sees 918 more covid cases on Thursday, while hospitalizations rise to 460 - Arkansas' count of coronavirus cases rose Thursday by 918, the third daily increase in a row that was smaller than the one a week earlier.

Springdale's Van Voast, who is seeking state Senate seat, is appealing misdemeanor convictions - SPRINGDALE -- Derek Van Voast, a candidate for the Democratic nomination for state Senate District 7, has appealed misdemeanor convictions in Springdale District Court to Washington County Circuit Court.

Def.'s Ex. 1

Arkansas Tech board backs university president following faculty's vote of no confidence - RUSSELLVILLE -- With a vote of no confidence from the Arkansas Tech University faculty senate in the shadows, the board of trustees issued a letter Wednesday in support of President Robin Bowen.

Arkansas House, Senate defeat efforts to extend special session with proposals outside governor's agenda - Arkansas lawmakers adjourned a three-day special session on Thursday despite efforts by some to extend their time at the state Capitol.

State to get $250,000 to fight crime - Arkansas will receive more than $250,000 in federal funds to address violent crime, including gun violence.

Arkansas Supreme Court - The Arkansas Supreme Court released opinions Thursday. The court's ruling and the names of the cases are reprinted here. The full opinions and other court proceedings, including per curiam decisions, orders and submissions, can be found on the Internet at arcourts.gov.

## Arkansas Business

Winrock, Cartwheel Partner on $1.2M Startup Accelerator Project - Winrock International of North Little Rock and Cartwheel Startup Studio of Bentonville announced Thursday the launch of their new accelerator program funded by $1.2 million from the Walton Family Foundation.

Average US Long-Term Mortgage Rates Hold Firm Another Week - SILVER SPRING, Md. (AP) — The average interest rate on a long-term mortgage in the U.S. held firm again this week.

Tyson Foods outlines 3-year growth plan that includes plants in Asia – Tyson Foods is bullish on opportunities to grow revenue and record net income of $8 per share through 2024. The Springdale-based meat giant held its annual investor conference on Thursday (Dec. 9) where top executives unveiled growth plans and discussed challenges.

## Talk Business & Politics

Report: Retailers should broaden approach to address supply chain issues - Retailers seeking scalable, long-term success in global markets should account for the first 10,000 miles of the supply chain while focusing on and investing in e-commerce platforms and last-mile delivery, according to a recent whitepaper.

Governor signs tax cut bills into law: special session adjourns without additional measures taken up - Gov. Asa Hutchinson signed the largest tax cut in Arkansas history into law Thursday (Dec. 9) following a three-day special session. The cuts reduce Arkansas' top income tax rate from 5.9% to 5.5% next year and to 4.9% in the next four years if certain economic conditions are met.

## Arkansas Times

It's official: Rich in line for a whopping tax cut; the poor get a few pennies a day - The Senate voted 29-4 to approve the House version of the massive income tax cut bill which provides most benefits to the wealthy. Though it was foreordained, that left the legislation needing only the governor's signature to become law.

Little Rock School District superintendent to retire after this school year - Little Rock School District Supt. Mike Poore will retired at the end of the school year, he announced at tonight's LRSD Board meeting.

Racing Commission OKs refinancing for Saracen casino worth $30 million in annual savings - The state Racing Commission did a bit of business Saturday that's a commentary on the success of the Quapaw tribe's Saracen Casino Resort in Pine Bluff.

Josh Duggar convicted in child sex abuse case - 40/29 reports that a jury has convicted former reality TV star Josh Duggar of downloading and possessing images of child sexual abuse. Images were of children aged 18 months to 12 years old.

Senate, then House, vote to adjourn, stopping effort to extend session for anti-abortion legislation - With completion of the special session agenda, Sen. Jason Rapert made a motion to extend the special session for 15 days to take up a Texas-style bill to further ban abortion in Arkansas by vigilante enforcement by a private citizen complaint.

Politico

Biden health team ruled out free Covid tests for all over cost, logistics - The Biden administration opted for a controversial plan to pay for at-home Covid-19 testing through private insurance after officials concluded it would be too costly and inefficient to simply send the tests to all Americans for free, three administration officials told POLITICO.

New York becomes largest city to grant vote to noncitizens - NEW YORK — Nearly a million noncitizens in New York City will be able to vote in municipal elections under legislation that passed the City Council on Thursday.

Judge: Texas abortion law's enforcement mechanism not valid - AUSTIN, Texas — A Texas judge said Thursday the enforcement mechanism behind the nation's strictest abortion law — which rewards lawsuits against violators by awarding judgments of $10,000 — is unconstitutional in a narrow ruling that still leaves a near-total ban on abortions in place.

Newton County Times

(LR) Jacksonville man convicted for cyber crimes against children - LITTLE ROCK — Arkansas Attorney General Leslie Rutledge announced the conviction of a Jacksonville man for crimes related to distributing or viewing child pornography.

KNWA

(LR) Arkansas AG warns of rising energy prices during winter season - LITTLE ROCK, Ark. (KNWA/KFTA) — Arkansas Attorney General Leslie Rutledge is warning residents of increasing energy prices over the winter weather season.

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Saturday, December 11, 2021 1:37 PM |
| **To:** | Stephanie Sharp |
| **Subject:** | December 11, 2021 Clips |

ADG

**(LR)** Sides make final pleas in court fight over Arkansas' ban on government mask mandates - The state is constitutionally protected from legal challenges to Arkansas' prohibition on government mask mandates, state lawyers said in final arguments in the litigation submitted Friday.

Kentucky governor: Storms may have killed at least 70 people - MAYFIELD, Ky. — Kentucky's governor said at least 70 may have died in the state and the toll was climbing after tornadoes and severe weather ripped through at least five states, leaving widespread devastation.

Northwest Arkansas covid hospitalizations continue to increase - Covid-19 hospitalizations in Northwest Arkansas and across the state continued their upward trend this week.

Replacement named for Benton County justice of the peace - BENTONVILLE -- Larry Patrick of Rogers has been appointed to the District 1 spot on the Benton County Quorum Court by Gov. Asa Hutchinson.

Duggar outspends others in Senate special election in Washington County - Jim Bob Duggar's campaign spent more money in special primaries for state Senate District 7 than any other candidate who reported his spending in the race, the Republican's state campaign finance report from Oct. 1 through Dec. 6 shows.

Siloam Springs food pantries continue to serve despite national shortage - SILOAM SPRINGS -- Despite the national supply shortage, Siloam Springs' food pantries continue to serve people in need.

Justices limit field in Texas abortion suits - WASHINGTON -- The U.S. Supreme Court on Friday left in place Texas' ban on most abortions, offering only a glimmer of daylight for clinics in the state to challenge the nation's most restrictive abortion law.

Military called to help as virus taxes hospital staffs - More U.S. states desperate to defend against covid-19 are calling on the National Guard and other military personnel to assist virus-weary medical staffs at hospitals and other care centers.

Inflation rate rises to highest since '82, Labor index shows - WASHINGTON -- Prices paid by U.S. consumers continued to climb in November, rising at a 6.8% annual rate, according to the Labor Department's consumer price index.

Arkansas nursing home struck in storm: 1 person dies - At least one person died in Northeast Arkansas late Friday when a reported tornado struck a nursing home, officials said.

Arkansas lottery pulls in $47.1M in November revenue, raises $7.2M for scholarships – The Arkansas Scholarship Lottery's total revenue in November rose by about $4 million, or 9%, over the same month a year ago to $47.1 million, but the amount raised for college scholarships dropped by about $1 million, or 12%, to $7.2 million.

DEF000394                                                                 Def.'s Ex. 1

Arkansas' covid cases rise by 1,093, as hospitalizations reach highest level since Oct. 15 - Despite a downturn in new cases this week compared to a week earlier, Arkansas' hospitalizations from covid-19 continued rising on Friday, with the number in intensive care topping 200 for the first time in almost two months.

Little Rock public housing properties file suit - Three Little Rock low-income housing properties filed a federal lawsuit Wednesday against a Texas development firm that used to manage them, according to federal court documents.

North Little Rock's 'green station' moves, opens next week - North Little Rock's "green station" will open next week after moving around the block over the Thanksgiving holiday to West 13th and Sycamore streets, officials said Thursday.

Committee requests review of '22 budget - The Pine Bluff Ways and Means Committee did not recommend passage of the city's 2022 budget because two financial advisers who had analyzed the figures said the 2022 expectation for revenue was almost $1.5 million more than a six-year average.

State ag winter sessions planned - Winter production meetings, a long-running staple of the Cooperative Extension Service's efforts to help Arkansas growers succeed from field prep to harvest, will again be in-person throughout the state in 2022.

Arkansas Business

Baldwin & Shell CEO Scott Copas Stepping Down, Joining Wife Shayla's Company - Scott Copas is stepping down from his position as president and CEO of Baldwin & Shell Construction Co. and joining his wife Shayla's lifestyle company, the company announced Friday.

US Expands Pfizer COVID Boosters, Opens Extra Dose to Age 16 - U.S. health authorities again expanded the nation's booster campaign Thursday, opening extra doses of Pfizer's COVID-19 vaccine to several million 16- and 17-year-olds.

Talk Business & Politics

Tyson Foods sues former VP now working for competitor - Springdale-based Tyson Foods is seeking an injunction against former executive Rex Holstein in Washington County Circuit Court after Holstein took a job at a rival poultry company.

Lake City partnership named Arkansas Farm Family of the Year - The Cobb/Lyerly/Owens Partnership in Lake City (Craighead Co.) is the 2021 Arkansas Farm Family of the Year.

Arkansas Research Alliance adds 8 new members - The Arkansas Research Alliance (ARA) announced Thursday (Dec. 9) the induction of eight new members to the ARA Academy of Scholars and Fellows. This cohort is a combination of two classes because of the pandemic delay.

Arkansas Times

For your TV viewing displeasure: Hutch and the Huckster - CNN's bromance with Gov. Hutchinson continues. He'll be on CNN's State of the Union Sunday morning for the umpteenth time. They'll cheer our abysmal showing on COVID-19 and the whopping tax cut for the rich, I'd guess. Perhaps he can also knock President Biden's booming economy.

Two dead in Arkansas tornadoes UPDATE - Reports this morning say one person was killed and five injured when a tornado ripped the Monette Manor Nursing Home at Monette in Craighead County. Another person was killed when a tornado destroyed a Dollar General in Leachville in Mississippi County as well as other structures.

DEF000395                                    Def.'s Ex. 1

Gerrymandering, Pulaski County Republican-style - The Pulaski Election Commission's public comment period closes at 11:59 p.m. tonight on proposals to redraw zones for the Pulaski County Quorum Court and you should take a look at the proposal submitted by Republican Evelyn Gomez, the combative former chair of the Election Commission.

The Duggar conviction aftermath: A smile for the camera; reaction from parents - Josh Duggar, convicted Thursday by a federal jury in Fayetteville of two felony child porn charges and facing a long prison term, managed a smile when the Washington County Detention Center booked him. Conviction on such charges requires immediate detention. He'd been confined to a friend's home leading up to the trial.

Senator explains vote against income tax bill. Example: Same top tax rate for school teachers and billionaires - Only a handful of Democrats (and not all of them) voted against the half-billion-dollar income tax cut approved during the special session of the legislature. It was not an easy vote for those outliers and they'll likely hear about it in elections next year.

Politico

POLITICO Playbook PM: 3 things SCOTUS did this morning - In the debate over taxing the rich, a powerful father and his son are duking it out in public on opposite sides of the issue.

Dems want Schumer to play hardball against GOP blockade on ambassadors - Senate Democrats are pressuring Chuck Schumer to make Republicans pay for their blockade of President Joe Biden's diplomatic nominees, adding to the majority leader's long list of December headaches.

New York to impose statewide mask mandate - All New Yorkers must wear masks inside any business that does not implement a vaccine requirement, Gov. Kathy Hochul said Friday, announcing one of the most stringent mandates in the nation.

SWARK

(LR) Rutledge Urges Panel to Reject Amendments that Put Children at Risk - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge joined 36 other state Attorneys General in writing a letter to the American Law Institute (ALI) urging them to reject proposed changes to Section 213 of the Model Penal Code (MPC) that would weaken the ability of States to prosecute sexual assault, abuse, exploitation, and human trafficking crimes, jeopardizing the safety of victims of these crimes, and restricting the ability of law enforcement to protect the general public from reoccurring offender.

Today Show

(LR) Jana Duggar, Josh Duggar's sister, charged with endangering minor - Jana Duggar, 31, has pleaded not guilty. There is no evidence that the allegations against her Duggar are related to her brother Josh Duggar's case.

JD Supra

(LR) Kansas Recovers $27.6 Million from Pharmacy Benefit Manager for Alleged Overbilling of Medicaid - Kansas AG Derek Schmidt reached a settlement with pharmacy benefit manager Centene Corp. and its subsidiaries (collectively "Centene") to resolve allegations that it overbilled the state's Medicaid program.

**Dylan Jacobs**

---

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Tuesday, December 14, 2021 7:20 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | December 14, 2021 Clips |

ADG

[Arkansas covid hospitalizations top 500; 275 new cases Monday show drop from same day a week ago](#) - Arkansas' downturn in new coronavirus cases continued on Monday even as the number of people hospitalized with covid-19 in the state topped 500 for the first time in almost two months.

[Pulaski County officials will review feedback on Quorum Court redistricting options](#) - The Pulaski County Board of Election Commissioners will review nearly 150 public comments Wednesday related to four redistricting options for the county's Quorum Court -- a task that has become more complicated as public response has turned critical in recent days.

[27 Arkansas parks would get broadband service under $2.48M proposal endorsed by committee](#) - A state panel on Monday endorsed the state Department of Parks, Heritage and Tourism's request for $2.48 million in federal American Rescue Plan funds to install broadband infrastructure at 27 sites at state parks and welcome centers.

[ARHOME panel gives nod to 2022 performance targets for health insurance companies participating in state program](#) - A state advisory panel Monday voted to approve the Arkansas Department of Human Services' recommendations for performance targets in 2022 for health insurance providers participating in the next version of the state's Medicaid private-option program.

[UAMS-led effort named finalist in $1B competition; focus on "e-health" tech training, boosting medical residences](#) - FAYETTEVILLE -- A health care workforce proposal for Northwest Arkansas to train new and existing workers on "e-health technology" while also expanding medical residency positions is in the running to receive about $75 million in requested federal funding.

[North Little Rock's 2022 budget includes pay raises for city employees, elected officials](#) - The North Little Rock City Council approved the 2022 budget Monday night that includes a slight increase in revenue projections, signaling the city can comfortably ride through the covid-19 pandemic.

[Today is special election day in Washington County's state Senate District 7](#) - Polls open at 7:30 a.m. today in the special primary elections for northern and eastern Washington County's state Senate District 7 race. Polls close at 7:30 p.m.

[WCSD making push for a new high school](#) - The Arkansas Department of Education has approved a partnership with the Watson Chapel School District for creating funding toward a new high school, but district officials cautioned that more details needed to be worked out to determine how the facility would be paid for.

Arkansas Business

[Anthony Young Chosen as Southern Bancorp Community Partners President](#) - Southern Bancorp Community Partners on Monday announced that it had hired Anthony Young, a former director of capital programs at the nonprofit Epicenter Foundation, as its new president.

DEF000397

Def.'s Ex. 1

Tyson Obtains Restraining Order After Former Exec Joins Competitor - Washington County Judge Doug Martin issued an emergency temporary restraining order Friday to prevent a former executive with Tyson Foods Inc. of Springdale from working for a Little Rock competitor.

Duggars' Case Over Police Records Postponed – The trial of the civil lawsuit filed by four sisters of Josh Duggar involving allegations of invasion of privacy has been postponed.

$4M Settlement Approved in Turner Grain Case - Creditors in the bankruptcy case of Turner Grain Merchandising Inc. of Brinkley received some good news last month.

Unemployment Rates in Arkansas Reach Pre-Pandemic Levels - Just as unemployment fell statewide in October, to 3.7%, unemployment rates in all eight Arkansas metropolitan statistical areas also declined, with rates falling by 0.2 to 0.4 percentage points.

David Mitchell Jr. Elected Managing Member of Rose Law Firm - The Rose Law Firm on Monday announced that David Mitchell Jr. had been elected as the firm's new managing member.

## Talk Business & Politics

Truck driver shortage key part of supply chain problem - It is never more evident than during the Christmas season that Americans want what they want when they want it, often without any notion of how it gets there.

Researchers find ways to better cool chickens and conserve water - Creating a healthy environment for chickens can be a daunting task, but certain conditions are proving more lucrative for poultry farmers.

Anthony Young hired as president of Southern Bancorp Community Partners - Southern Bancorp Community Partners has hired Anthony Young as its next president. Young succeeds Dr. Karama Neal, who in Spring of 2021 was appointed Administrator for Rural Business-Cooperative Services at the U.S. Department of Agriculture by the Biden-Harris administration.

'Indie' bookstores have a resurgence amid pandemic - fter weathering the storm of COVID-19, independent bookstores are seeing a resurgence both locally and nationally.

## Arkansas Times

Supreme Court refuses to block vaccine requirement for New York health workers - There's no opinion simply a brief order saying the request for an injunction was denied. Justices Thomas, Alito and Gorsuch would have granted it.

City prepares to spend federal pandemic aid on violence reduction programs - The city of Little Rock is preparing to distribute $1.5 million in federal money to programs aimed at reducing violence.

The Republicans' Pulaski county government gerrymander gets scant public support - The Pulaski County Election Commission has issued this final tally on public comments on five proposals for redrawing election zones for the 15 seats on the Pulaski Quorum Court, the county's governing body.

14-year-old killed, 13-year-old in custody in Little Rock shooting - Little Rock police say a 14-year-old male was killed and a 13-year-old male is in custody following a shooting about 4:40 p.m. Friday at 3412 Pine Cone Drive in Southwest Little Rock.

DEF000398            Def.'s Ex. 1

Tyson, other major meat packers get rich off pandemic. Guess who pays? - Rising meat prices are a big part of the inflation picture. But before you blame Joe Biden, you might look at the major meat producers that control the majority of the U.S. market, including Arkansas-based Tyson Foods.

The Republican assault on democracy: Vote suppression, gerrymanders and election deniers - Arkansas is not alone in moving aggressively through the Republican legislature to make it harder to vote in the state, in ways that particularly harm the poor and the disproportionate number of minority voters among them.

Politico

Biden's rural investments run up against the culture wars in Wisconsin - MONROE COUNTY, Wis. — Democrats are making an all-out push to recapture support in rural areas by touting massive federal investments in everything from broadband to monthly child tax credit payments. But they're facing some deep skepticism from the people the money is supposed to help.

As Dems sprint against the clock, child tax credit might slip away - Democrats are hoping a year-end cliff with 35 million families on the line can finally shake a deal loose on President Joe Biden's marquee bill.

Biden to survey Kentucky tornado damage Wednesday - President Joe Biden said Monday he will travel to Kentucky later this week to survey damage left by a deadly tornado storm that struck late last week.

Biden administration's higher education rulemaking agenda moves ahead - All of the attention in Washington in recent weeks has been on whether Congress will pass President Joe Biden's sweeping social spending bill before the end of the year. But the administration's plans to overhaul major higher education policies are chugging along with far little fanfare.

## Dylan Jacobs

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Saturday, December 18, 2021 4:41 PM |
| **To:** | Stephanie Sharp |
| **Subject:** | December 18, 2021 Clips |

ADG

(LR) Court allows Biden employer vaccine mandate to take effect - A federal appeals court panel on Friday allowed President Joe Biden's covid-19 vaccine mandate for larger private employers to move ahead.

OSHA vaccine mandate penalties to start Jan. 10 - The Occupational Health and Safety Administration said Saturday that it would not issue citations tied to its coronavirus vaccination mandate before Jan. 10, so that companies have time to adjust to and implement the requirements.

$30 million film studio planned for Fort Smith - FORT SMITH -- A venue for producing feature-length films could be coming to the River Valley.

Benton County Election Commission to decide on JP map Monday - ROGERS -- Members of the Benton County Election Commission know what new justice of the peace map they prefer.

Northwest Arkansas covid hospitalizations increase by 58% - Northwest Arkansas has seen a 58% increase in the number of hospitalized covid-19 patients over the past two weeks, according to data from the Northwest Arkansas Council.

Former Centerton employee accused of theft from city - CENTERTON -- A former city employee was arrested Thursday in connection with stealing from the city.

Scalise to run for Washington County judge - FAYETTEVILLE -- Mark Scalise, a local attorney, has announced he will run for Washington County judge.

Arkansas confirms its first case of omicron covid variant; new daily cases top 1,000 as hospitalizations rise again - Arkansas announced its first confirmed infection caused by the fast-spreading omicron variant Friday as the state's count of coronavirus cases rose by 1,111, the second daily increase in three days that topped 1,000.

Families in Arkansas, elsewhere receive final federal child tax credit - WASHINGTON -- Arkansas families received their latest payments this week under the child tax credit program, a Democratic-backed effort to expand federal aid and give parents up to $300 per child on a monthly basis.

U.S. health experts favor 'test-to-stay' policies in schools - NEW YORK -- U.S. health officials are endorsing "test-to-stay" policies that allow close contacts of students infected with the coronavirus to remain in classrooms if they test negative.

Court allows big-business shots dictate - A federal appeals court panel Friday allowed President Joe Biden's covid-19 vaccine mandate for larger private employers to move ahead, reversing a previous decision on a requirement that could affect some 84 million U.S workers.

Arkansas lawmakers OK extra month for consultant to look over health insurance plans for state and school employees - The Legislative Council voted Friday to extend by one month the contract of a consultant that it hired in May to recommend changes to the state's health insurance plans for public school and state employees and retirees.

DEF000400                                                Def.'s Ex. 1

Ethics, airport business close year for A&P panel - The Pine Bluff Advertising and Promotion Commission wrapped up 2021 with its last meeting of the year in hopes to resolve some old business.

Hutchinson's $200,000 request for gambling treatment program gets approval of Legislative Council - The Legislative Council on Friday approved Gov. Asa Hutchinson's request to transfer $200,000 from the rainy-day fund to the Arkansas Racing Commission to fund compulsive gambling treatment and educational programs.

Work underway to repair dysfunctional Perla water system - Work is underway to assess and repair the water and wastewater system of the city of Perla after a circuit court judge earlier this month appointed Central Arkansas Water as the system's receiver.

Arkansas Tech to oversee $4.2M pilot program to help those seeking training, job opportunities - RUSSELLVILLE -- Russellville will be the launchpad for a $4.2 million pilot program to connect the workforce with education and job opportunities, Gov. Asa Hutchinson announced Friday during the Russellville Area Chamber of Commerce's annual meeting.

East Arkansas first responders receive $75M in damages after toxic chemical exposure - Around 4 o'clock on a Friday afternoon in April 2018, first responders arrived at the scene of an accident between a pickup and a tractor-trailer rig on U.S. 70 in St. Francis County.

State joblessness rate falls to 3.4% - Unemployment continues to improve in Arkansas with the state reporting Friday that the joblessness rate tumbled to 3.4% in November, down from 3.7% in October. The state's unemployment rate also continues to best the nation overall, with U.S. unemployment at 4.2% in November.

Board OKs bonuses for school employees in Gentry - GENTRY -- The Gentry School Board held a brief meeting Nov. 22 at the district board room and approved bonuses for all school employees in the amount of $1,000.

Arkansas Business

Hardwood Flooring Plant Faces $204K in Fines After Worker Injuries - The Occupational Safety and Health Administration has proposed more than $204,000 in fines against Maxwell Hardwood Flooring of Monticello after two workers were injured on the job.

Tempus Realty Partners Sells 5 Properties for $64.9M - Tempus Realty Partners, a real estate investment firm in Little Rock, announced Friday the $64.9 million sale of five out-of-state properties totaling 875,208 SF.

Heifer International Names Marcia Rasmussen its CFO - Heifer International announced Thursday the appointment of Marcia Rasmussen as its new chief financial officer, effective Jan. 1.

CARTI Opens Cancer Center in El Dorado - CARTI announced Thursday the opening of its CARTI Cancer Center at 1601 North West Ave. in El Dorado.

FAA Gives $23M from Infrastructure Law to Arkansas Airports - The Federal Aviation Administration has awarded $23.4 million in funds from the new bipartisan infrastructure law to Arkansas airports.

Arkansas Unemployment Drops to 3.4% in November - Arkansas' unemployment rate decreased three-tenths of a percentage point to 3.4% from October to November, according to a report released Friday by the state Division of Workforce Services.

Talk Business & Politics

The Supply Side: Retailers retooling for post-pandemic success – A recent 38-page report by consulting firm McKinsey & Co. compiled with Retail Industry Leaders Alliance (RILA) outlined imperatives for rethinking retail.

Arkansas job numbers up 3.9% in November, three sectors set new records - Three Arkansas job sectors posted record employment in November, with the state's jobless rate falling to 3.4%, below the 3.7% in November 2020. However, the labor force participation rate continued its 2021 decline.

Arkansas Times

(LR) Rutledge continues her fight for ill health, with forked tongue - Good news from a federal court, no thanks to a Trump judge dissenter.

An epic look at the Little Rock Police Department credits a reformer chief in conflict with entrenched Fraternal Order of Police - As predicted here yesterday, Radley Balko's promised opus (21,000 words) from an 18-month investigation concerns the Little Rock Police Department and its controversial chief, Keith Humphrey.

Criminal justice reporter promises major story Friday. Little Rock police a possible focus - Heads up today from Radley Balko, who writes investigative/opinion pieces for the Washington Post and also writes for other outlets, frequently about police and criminal justice issues. We reported late last year that Balko was at work on a story about Little Rock Fraternal Order of Police resistance to Chief Keith Humphrey and the effort to get the chief ousted. Is this the result?

Arkansas unemployment rate continues to drop - Arkansas recorded a 3.4 percent unemployment rate in November, down from 3.7 percent the month before.

Calling out modern-day Pharisees: Jim Hendren and Bryan King on the case - Call it a harmonic convergence.

Politico

Appeals court lifts stay on administration's vaccine-or-test mandate for large businesses - A federal appeals court on Friday reinstated the Biden administration's vaccine-or-test mandate for large businesses, lifting the 5th U.S. Circuit Court of Appeals' stay on the requirement.

White House not budging on Feb. 1 end to student loans forgiveness - The White House has been pretty clear in recent days: Federal student loan payments will resume Feb. 1 as President Joe Biden lifts the nearly two-year pandemic-era pause despite pressure from many in his own party to extend it.

Bad Covid winter brings questions about what's 'fully vaccinated' - The Biden administration was bracing for a bad Covid winter surge long before the Omicron variant. Now, with two competing strains and a burst of new cases, officials are rethinking what it means to be fully vaccinated — and how to steel the public for the possibility they'll need fourth shots.

THV

(AG) New Arkansas law protecting elderly against scams has already saved $25,000 - The SAFER AR Act was passed in Arkansas earlier this year to help prevent elderly citizens from falling victim to scammers.

SWARK

(LR) Rutledge Denounces Court of Appeals Decision Giving Green Light to OSHA Vaccine Mandate - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge released a statement following the U.S. Court of Appeals for the Sixth Circuit's decision to dissolve the Fifth Circuit's stay of the Occupational Safety and Health Administration's (OSHA) rule

implementing President Biden's vaccine mandate order. That rule requires private companies with 100 or more employees to mandate that employees be vaccinated against COVID-19 or submit to masking and weekly testing at their own expense.

## Dylan Jacobs

**From:** Stephanie Sharp
**Sent:** Sunday, December 27, 2020 12:47 PM
**To:** Stephanie Sharp
**Subject:** December 27, 2020 Clips

ADG

Nashville bombing investigation prompts FBI to search home - NASHVILLE, Tenn. — Federal agents converged Saturday on the home of a possible person of interest in the explosion that rocked downtown Nashville as investigators scoured hundreds of tips and leads in the blast that damaged dozens of buildings on Christmas morning.

Fewer women going to state Capitol - After the number of women in the Arkansas Legislature reached records over the past two years, the 93rd General Assembly will have fewer women in its ranks than at the start of 2019.

OPINION | REX NELSON: Hopes for 2021 - Most Arkansans will join me in saying good riddance to 2020. Our fondest hope for 2021 is that the vaccines are a success. Let's pray that they're widely distributed by spring and that life is getting back to something that resembles normal by late summer.

OPINION | PHILIP MARTIN: Maxims and reflections - If you find yourself hoping that one day you'll have your chance to be the good guy with the gun, people are probably worried about you. (Jan. 5)

OPINION | PAPER TRAILS: Painting of 1902 house just perfect - As soon as Scotty Shepard saw the photo, he knew he'd found the perfect Christmas gift for his friends Paul Whannel and Brian O'Gary.

HIGH PROFILE: Judge Wiley Austin Branton Jr. uses his courtroom to teach - As juvenile court judge, Wiley Branton lives by a motto that there are no throwaway people. And he uses his courtroom 'to teach people how to live appropriately.'

At desk up until exit, North Little Rock mayor sees love for city as his legacy - Over the past eight years, North Little Rock has seen downtown revitalized, large corporations move to town and financial stability under Mayor Joe Smith's watch, but the retiring mayor wants his legacy to be one of pure love for his hometown.

2 adults, 3 children found slain near Atkins - ATKINS -- Five people, including three children, were found dead late Christmas Day at a home in a rural area near Atkins, Pope County Sheriff Shane Jones said Saturday afternoon.

Arkansas cases up by 702 as slowdown in test results seen - Arkansas Department of Health officials reported 702 new covid-19 cases Saturday, a sharp daily drop from previous counts that they attributed to processing delays rather than pandemic improvements.

Records show lapses, gaps at state-run sites - A choking death at a southeast Arkansas center for people with disabilities followed three other incidents in which residents at state-run centers swallowed batteries, marker caps and other household objects, records show.

Poll finds Arkansas parents appreciate schools' efforts this year - Arkansas parents are fine with the quality of online education their kids are getting this school year, but they believe in-person learning is better, according to results from a recent poll.

DEF000404

Def.'s Ex. 1

Tips in Nashville blast lead agents to suburbs - NASHVILLE, Tenn. -- Federal agents converged Saturday on the home of a possible person of interest in the explosion that rocked downtown Nashville as investigators scoured hundreds of tips and leads in the blast that damaged dozens of buildings on Christmas morning.

U.K. variant spreads in EU, crosses seas - The highly transmissible variant of the coronavirus first detected in England had by Saturday been documented in several European countries, as well as Canada, Japan, Australia and Lebanon, despite efforts to curb its spread through global disruptions in travel and movement.

Jobless aid on line as bill lingers - WEST PALM BEACH, Fla. -- Unemployment benefits for millions of Americans struggling to make ends meet were set to lapse at midnight Saturday unless President Donald Trump signed an end-of-year covid relief and spending bill that had been considered a done deal before his sudden objections.

Pandemic breeds need, inspiration to meet it - Dylan Patel, a straight-A student since elementary school, didn't worry about his grades when Little Rock's Parkview Magnet High School switched to online learning in mid-March.

In test, prisons reopen for visits, cheering kin - When Patricia Daniel walked into the Delta Regional Unit prison in Dermott earlier this month, it had been nearly two years since she last saw her son face to face.

Regional education center on track for August opening - FORT SMITH -- Construction is underway of an education center that will be open for school districts across western Arkansas beginning next school year.

Center reopens, offers homeless respite during day - FAYETTEVILLE -- People experiencing homelessness in Fayetteville now have a safe, indoor place to go during the day for the first time in nine months.

Small-business loans available in 10-county area hit by virus - Owners of businesses that have been negatively affected by the coronavirus could qualify for a small-business loan.

A busy year for timber industry - Even if you leave out the effects of the covid-19 pandemic, the year 2020 was a busy one for timber-related news, both good and bad.

Prisons start 2nd energy project - Entegrity, a Little Rock energy services company, has announced an energy-efficiency project with the Arkansas Department of Corrections.

Employers wary of forcing shots - As covid-19 vaccines begin to roll out across the country, many employers are preparing to give the shots to workers, but not making it a requirement.

Election officials eye changes in state laws - FAYETTEVILLE -- Local election officials have compiled a wish list of changes to state laws and perhaps an Arkansas Constitution they say could improve the voting process.

New trails coming after board action - BELLA VISTA — The Property Owners Association board quickly approved a bylaws change dealing with the annual elections at its monthly meeting.

Talk Business & Politics

U.S. Rep. French Hill will vote to override veto on defense bill; unsure on fate of COVID-19 relief - With President Donald Trump throwing Congress two curve balls in the last week on carefully crafted federal spending, U.S. Rep. French Hill, R-Little Rock, says he'll vote to override a veto of defense spending and he hopes for a quick solution to paralyzed COVID-19 relief.

Arkansas Times

Def.'s Ex. 1

Legal marijuana's side effect: New avenues for government corruption - An article on Yahoo News reports that the rise of legal marijuana in the U.S. has been attended by a rise in local corruption — not unheard of when profit, government officials and government regulation intersect.

Coronavirus today and the open line - Scant testing on Christmas contributed to the lowest daily increase in new COVID-19 cases in weeks.

Politico

(LR) How state marijuana legalization became a boon for corruption - That was in 2015. Four years later, just a week before his re-election race, federal agents ignominiously led him away from his home in handcuffs and charged him with attempting to extort cannabis companies of $600,000 in exchange for granting them lucrative licenses to sell weed in his impoverished city.

Members of Congress to Trump: Sign stimulus bill - A bipartisan group of lawmakers on Sunday urged President Donald Trump to sign the bill funding the government and providing economic relief to a nation still reeling from the deadly coronavirus.

Governors on Covid-19 policies: 'We were all trying to figure this thing out as we went' - Michigan Gov. Gretchen Whitmer and Maryland Gov. Larry Hogan on Sunday defended their efforts during the ongoing coronavirus pandemic, noting that they and their colleagues were both forced to improvise amid a unique crisis in American history.

2 House newcomers decline to say if they'll back Pelosi for speaker - Two progressives newly elected to Congress in November declined to say Sunday whether they will vote for Nancy Pelosi for Speaker.

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Tuesday, December 29, 2020 8:15 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | December 29, 2020 Clips |

ADG

State has record-high 1,155 covid-19 patients in hospitals - The state reached a record high of 1,155 hospitalized covid-19 patients, while the number of virus patients on ventilators matched a record of 201 set at the end of November, according to state Department of Health data released Monday.

$2,000 checks win House OK - WASHINGTON -- The House voted overwhelmingly Monday to increase covid-19 relief checks to $2,000, meeting President Donald Trump's demand for bigger payments and sending the bill to the GOP-controlled Senate, where the outcome is highly uncertain.

Chief laments killings, says Little Rock tracks nation - After a weekend in which four homicides were reported in a 24-hour period, Little Rock's police chief said the city is seeing the same kind of uptick in killings that the rest of the country is experiencing.

Storms on way as year wraps up: heavy rain forecast for state, snow chance in Northwest - The National Weather Service office in North Little Rock is predicting 2020 to be ushered out with a blast of heavy rain over much of the state and the possibility of wintry precipitation in parts of Northwest Arkansas.

Pope County IDs 5 people who died in murder-suicide - Authorities in Pope County on Monday released the identities of the five people who were found killed on Christmas Day near Atkins.

5th vaccine hits final test stages - A huge U.S. study of another covid-19 vaccine candidate got underway Monday as states continue to roll out scarce supplies of the first shots to a nation anxiously awaiting relief from the pandemic.

State revises virus rules, requires plan for gatherings of more than 10 - HOT SPRINGS -- The state's directive regarding indoor venues has been revised to require an approved plan from the secretary of health for any event of more than 10 people, while still not exceeding 66% capacity of the venue.

House votes to ignore veto of defense bill - WASHINGTON -- The Democratic-controlled House voted overwhelmingly Monday to override President Donald Trump's veto of a defense policy bill, setting the stage for what would be the first veto override of his presidency.

I'll never be forgotten, suspect in Nashville blast told neighbor - NASHVILLE, Tenn. -- The man authorities believe was responsible for setting off a Christmas Day bomb that injured three people and damaged dozens of buildings in downtown Nashville told a neighbor days before the explosion that "Nashville and the world is never going to forget me."

Biden: Facing transition barriers - President-elect Joe Biden on Monday accused President Donald Trump and his political appointees of obstructing the transition of power to his incoming administration, particularly on national security issues, an escalation in tone after reports of isolated difficulties in the transition process last week.

13 organizations set to receive grants from promotion panel - Thirteen organizations have received a total of $177,000 in grants from the Pine Bluff Advertising and Promotion Commission.

DEF000407

Def.'s Ex. 1

Park was particularly enchanting this year - The Christmas lights at Regional Park have entertained people from near and far this year, and while the display of seasonal celebration is coming to a close, it is leaving behind smiles on thousands of youngsters' faces.

Annual event moves online - In past years, the Pine Bluff Branch of the NAACP's decades-old annual Emancipation Proclamation Program was held mid-morning in a local church, but covid-19 and the local elections have changed the plans.

Cotton growers persevere in a year with extra challenges - Arkansas' cotton crop got off to a slow, cool and wet start, endured a pandemic and the remains of two hurricanes, hinted at record yields and inexplicably ended the season with prices hitting a high note.

Holidays boost retail sales by 3% - NEW YORK -- Retail sales increased a modest 3% during a longer holiday season this year, as homebound shoppers spent more on furnishing and food but less on clothing and jewelry, according to figures released Saturday by a firm that tracks all forms of payments.

PTSD is weighed in Illinois shooting - CHICAGO -- An attorney for a U.S. Army Special Forces sergeant arrested in what authorities called a random shooting at an Illinois bowling alley that left three people dead said at an initial hearing on Monday that her client may suffer from post-traumatic stress disorder.

Lincoln amory to get refurbished M55 - SILOAM SPRINGS -- The state replaced a piece of history last week when it swapped out the National Guard Armory's M55 Howitzer for a refurbished model.

Heavy rainfall, chance for snow predicted in state this week - The latest forecast from the National Weather Service predicts heavy rainfall with isolated thunderstorms beginning Wednesday and continuing off and on through Thursday night, according to the National Weather Service.

Arkansas Business

Asa Hutchinson Praises Trump for Signing Relief Bill - LITTLE ROCK, Ark. (AP) — Gov. Asa Hutchinson lauded President Donald Trump on Monday for signing into law a massive bipartisan bill that, among other things, divvies up billions of dollars for states to procure vaccines and treatments to help fight the coronavirus pandemic.

Fired Tyson Boss Says COVID Office Pool Was A 'Morale Boost' - IOWA CITY, Iowa (AP) — One of the Tyson Foods managers fired for betting on how many workers would contract COVID-19 at an Iowa pork plant said the office pool was spontaneous fun and intended to boost morale.

US Stocks Higher After Trump Signs $900B Aid Package - NEW YORK (AP) — Stocks began the final week of 2020 moderately higher after President Donald Trump signed a $900 billion economic aid package that helps reduce uncertainty amid the re-imposition of travel and business curbs in response to a new coronavirus variant.

Talk Business & Politics

COVID-19 hospitalizations again set daily record, 'strain' noted on healthcare system - COVID-19 hospitalizations jumped a record 62 to set a new daily record of 1,155, according to Monday's (Dec. 28) report from the Arkansas Department of Health (ADH). The ADH also reported 56 statewide available ICU beds, down from 62 on Sunday.

Rice rebounds in 2020 despite weather and pandemic problems - Volatile weather, not just the COVID-19 pandemic, severely impacted the start of rice planting in Arkansas during the spring of 2020. Wet weather across much of the Southern Plains prevented almost all early rice planting. As March rolled into April, the COVID-19 pandemic began complicating agricultural practices both on and off the farm.

DEF000408                                                  Def.'s Ex. 1

State economists: Resurgence likely to depend on pace of vaccine distribution, extent of federal help - Modeling 2021 economic conditions may be akin to trying to hit a satellite with a BB gun. The virus is expected to rage well into the year, even with vaccines. Some dramatic changes in consumer and worker behavior could become trends. An additional federal stimulus may be stimulative. Or not. Add to all that the entry of a new U.S. president.

## Arkansas Times

House votes $2,000 aid checks - The House today voted to increase COVID-19 aid checks from $600 to $2,000, as Donald Trump had suggested.

**(LR)** The craziness continues in Trump world - U.S. Rep. Louie Gohmert and assorted other wackjobs have sued Mike Pence to win a ruling that Pence may unilaterally decide which electors vote Jan. 6 on the next president.

Little Rock City Board to finish year with a budget vote, more on the police chief and announcement of free city WiFi - Lots happening in Little Rock city government Tuesday.

Coronavirus today: The new cases edge back up and the number hospitalized hits a new record -  Here's the early jump on COVID-19 cases in Arkansas today and it's not good: A new record number of hospitalizations and 55 more deaths.

## Politico

Bernie Sanders to delay defense veto override in bid for $2,000 checks - Sen. Bernie Sanders will filibuster an override of President Donald Trump's defense bill veto unless the Senate holds a vote on providing $2,000 direct payments to Americans.

Judge blocks voter purge in 2 Georgia counties - A federal judge in Georgia on Monday ordered two counties to reverse a decision removing more than 4,000 voters from the rolls ahead of the Jan. 5 runoff elections that will decide control of the U.S. Senate.

Yellen's looming headache: Treasury's vanishing ranks - Janet Yellen, poised to become U.S. Treasury secretary, will be focused on preventing the collapse of the fragile economic recovery. Her first order of business will be making sure there are enough people at the department to help.

## Hays Post

**(AG)** Families wait for judge's ruling on fate of DACA program - HOUSTON (AP) — A federal judge has not issued a ruling following a court hearing Dec. 23 on the fate of a U.S. program shielding immigrants brought to the country illegally as children.

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Drake Moudy |
| **Sent:** | Thursday, December 16, 2021 7:34 AM |
| **To:** | Drake Moudy |
| **Subject:** | Clips December 16, 2021 |

## ADG

[Governor going to Trumann as FEMA assesses Arkansas tornado damage](#)-- Gov. Asa Hutchinson will travel to Trumann today to meet with local leaders and tour tornado response efforts, according to his office.

[Arkansas adds 1,027 new daily covid cases, up 167 from prior Wednesday; 21 more deaths reported](#)-- Departing from a recent downward trend, Arkansas' count of coronavirus cases rose Wednesday by 1,027, the first daily increase in nine days that was larger than the one a week earlier.

[Coach aims to keep his staff intact](#)-- FAYETTEVILLE -- Sam Pittman had five assistant coaching changes on his staff after the 2020 season, his first at the University of Arkansas.

[Analyst: UA has great in-state class--](#) CBS Sports Network national recruiting analyst Tom Lemming likes the University of Arkansas' football signing class and has it ranked No. 16 nationally.

[CWD response an ongoing case](#)-- News last week of the Arkansas Game and Fish Commission detecting chronic wasting disease in a deer killed in Felsenthal National Wildlife Refuge prompted a variety of responses.

[U.S. Senate passes defense bill backed by Arkansas congressional delegation](#)-- WASHINGTON -- A national defense bill that would authorize a pay bump for military service members in Arkansas and elsewhere cleared the U.S. Senate on Wednesday.

[Legislative subcommittee agrees with boosting pay for Arkansas corrections positions--](#) A new salary schedule for Arkansas Department of Corrections employees received approval from a legislative subcommittee Wednesday, and officials hope this is the first step in addressing employment and retention issues at prisons that have reached a crisis point.

[State panel backs extensions for 3 charter-school groups](#)-- Arkansas' Charter Authorizing Panel voted Wednesday in support of extending the operations of three open-enrollment charter school organizations.

[Philander Smith College gets largest-ever gift; $2.5M donation follows other anonymous gifts](#)-- A $2.5 million gift to Philander Smith College will help close the financial gaps for students at the historically Black college recently ranked as among the nation's top 10 most accessible schools for lower-income students.

[Springdale police chief announces retirement date](#)-- SPRINGDALE -- Police Chief Mike Peters announced his retirement Wednesday after 30 years with the department.

DEF000410                                                                                    Def.'s Ex. 1

## Arkansas Times

Duggar goes down hard in special Senate election; questions await the Republican ticket leader-- Reality TV star Jim Bob Duggar, father of recently convicted Josh Duggar, finished a poor third in a special election for Senate District 7 to complete the term of Lance Eads who left the legislature to lobby full-time.

Today's news: A Duggar defeat and another Huckabee on the state payroll-- The news is slow today but there was a special election to talk about in Northwest Arkansas and news arrives that a Huckabee is already on the state payroll ahead of his sister's run for the governor's office. The line is open.

## Talk Business

ACHE breaks ground on $22.5 million mixed-use building-- Officials with the Arkansas Colleges of Health Education broke ground Wednesday (Dec. 15) on a 78,131 square-foot, $22.5 million commercial building at the Village at Heritage in Fort Smith. The planned building is part of commercial and residential space across the street from the Arkansas College of Osteopathic Medicine.

XNA enplanements, projections inch closer to 2019 levels-- Northwest Arkansas National Airport (XNA) in Highfill is expected to have more than 600,000 enplanements in 2021 as projections for the year continue to improve.

November retail, food service sales up 18% from year ago-- Consumers are spending more money, in part because the cost of goods are rising. The U.S. Census Bureau reported retail and food service sales rose to $639.8 billion in November, up just 0.3% from the prior month, but rising 18.2% from a year ago.

DHS extends rent relief program into 2022-- The Department of Human Services (DHS) announced Wednesday (Dec. 15) an extension of the Arkansas Rent Relief Program. The program will continue accepting applications into 2022 as long as general rent relief funds are available.

## Politico

Will Democrats get coal instead of passed bills in their stockings?-- SENATE DEMS CHRISTMAS WISHES COULD RUN OUT — For Senate Democrats, not getting their social spending and climate plan wrapped up, or even just through the Senate, before Christmas is going to feel a bit like getting coal in their stockings.

Navy starts kicking out sailors for refusing Covid vaccine as Republicans rage over mandate-- The Navy has begun kicking out sailors who refuse to get the Covid-19 vaccine, but it won't slap dishonorable discharges on anyone for their decision to ignore a direct order.

Democrats urge Biden to avert student loan cliff next year-- Top Democrats are urging the Biden administration to again extend the freeze on federal student loan payments before it expires next month,

DEF000411                                                        Def.'s Ex. 1

warning that requiring tens of millions of Americans to resume paying their debt will drag down the economic recovery.

Def.'s Ex. 1

**Dylan Jacobs**

_____

| | |
|---|---|
| **From:** | Drake Moudy |
| **Sent:** | Friday, December 17, 2021 8:11 AM |
| **To:** | Drake Moudy |
| **Subject:** | Clips December 17, 2021 |

## ADG

Arkansas State trooper injured, kills two men in Memphis shootout-- An Arkansas State Police trooper was injured Thursday afternoon during a gunfight that left two men dead after an attempted arrest on Interstate 55 in Memphis, officials said.

CDC advisers raise concerns on J&J shots-- Most Americans should be given the Pfizer or Moderna vaccines instead of the Johnson & Johnson shot that can cause rare but serious blood clots, vaccine advisers to the Centers for Disease Control and Prevention recommended Thursday.

Hutchinson gives $10,000 in disaster aid to tornado-hit Trumann, says paying more endangers federal aid approval-- TRUMANN -- The state is giving $10,000 to aid relief efforts in Trumann, where tornadoes damaged about 200 homes last week, while the city awaits an assessment from federal officials, Gov. Asa Hutchinson announced while visiting with local leaders there Thursday.

Covid hospitalizations in Arkansas hit 2-month high Thursday; 805 new cases added to tally-- The number of people hospitalized with covid-19 in Arkansas jumped to a new two-month high Thursday even as the state posted a smaller increase in cases than the one a day earlier and a week ago.

Westrock Coffee plans to add Conway plant-- Westrock Coffee Co. announced Thursday it plans to double the size of its facilities in Central Arkansas as part of a more than $100 million investment in a multiyear project that also will increase production in North Carolina and Malaysia.

State's revenue forecast raised to $264M surplus; projections revised for coming years after income tax rates cut-- The state Department of Finance and Administration on Thursday projected Arkansas would have a general revenue surplus of $264.4 million at the end of the current fiscal year, revising an earlier forecast to factor in income tax cuts enacted in last week's special session.

U.S. judge tosses Purdue Pharma's opioid settlement-- A federal judge rejected OxyContin maker Purdue Pharma's bankruptcy settlement of thousands of lawsuits over the opioid epidemic Thursday because of a provision that would protect members of the Sackler family from facing litigation of their own.

Little Rock School Board approves record sale of $316 million in school construction bonds, sets maximum price tag for new school-- The Little Rock School Board -- in what is expected to be its last meeting of 2021 -- on Thursday laid the groundwork for governance changes and campus construction projects planned for the new year.

DEF000413

Def.'s Ex. 1

Westbound I-30 lanes in downtown Little Rock to be closed this weekend-- All westbound lanes on a section of Interstate 30 in downtown Little Rock will be closed and require a detour this weekend to accommodate work on a new overpass for East Ninth Street, the Arkansas Department of Transportation said.

All military branches disciplining troops over shots-- WASHINGTON -- All of the U.S. military services have now begun disciplinary actions and discharges for troops who have refused to get the mandated coronavirus vaccine, officials said Thursday, with as many as 20,000 unvaccinated service members at risk of being removed from service.

UA special teams see improvement-- FAYETTEVILLE -- The story of the University of Arkansas' kicking game the past two seasons is a winding road with a few major potholes that eventually let out into a fertile, happy valley.

Arkansas women coming together as nonconference ends-- FAYETTEVILLE -- University of Arkansas women's basketball Coach Mike Neighbors talked about his team having lots of good pieces prior to the start of this season.


## Arkansas Times

UPDATE: Casino permit capers continue in Pope County with Indian casino competitor involvement now part of the discussion-- The rump effort to prevent the Cherokee Nation from building a casino in Pope County is on the agenda of a special Pope County Quorum Court meeting tonight.

Supreme Court orders further review of messages between fired state agency head and vendor who got big contract

A court effort to get justice for innocent Springdale youths stopped and cuffed by police


## Talk Business

Westrock Coffee expanding to Conway; will add operations in North Carolina and Malaysia-- Arkansas-based Westrock Coffee Co. announced Thursday (Dec. 16) it would expand operations with a facility in Conway. When fully built, the plant will be the largest facility of its type in the U.S., the company said.

Gov. Hutchinson tours tornado-ravaged Trumann-- State officials hope to have preliminary tornado damage estimates in Northeast Arkansas done by Friday (Dec. 17) for the Federal Emergency Management Agency. Gov. Asa Hutchinson toured hard-hit Trumann on Thursday (Dec. 16) and said the uninsured damage levels have to reach at least $5 million for FEMA aid to kick in.

Trucking groups applaud White House plan to address industry labor issues-- Trucking industry groups support a new White House program addressing the ongoing workforce challenges in the industry that have worsened amid the COVID-19 pandemic, according to a Thursday (Dec. 16) news release.

DEF000414                                                      Def.'s Ex. 1

Arkansas airports to receive $23 million in first round of funding from new infrastructure law-- The Federal Aviation Administration (FAA) of the U.S. Department of Transportation announced Thursday (Dec. 16) it will award $2.89 billion in fiscal 2022 to 3,075 U.S. airports as a result of the new infrastructure law. In Arkansas, $23.35 million will go to 65 commercial, county and municipal airports.

CARTI opens cancer center in El Dorado-- CARTI has opened its new cancer center in El Dorado, its fifth comprehensive care center in Arkansas.


Politico

GOP blows off Trump's bid to oust McConnell-- Former President Donald Trump has hit a wall in his efforts to oust Mitch McConnell as GOP leader.

FDA loosens rules for distributing abortion pills, opening new battle fronts-- The Food and Drug Administration on Thursday said it's lifting longstanding restrictions on abortion pills, clearing the way for doctors to prescribe the drugs online and have them mailed to patients or sent to local pharmacies.

Senate parliamentarian rejects latest Dem proposal on immigration-- The Senate parliamentarian on Thursday rejected the most recent push from Democrats to include immigration reform in their party-line social spending bill, leaving party leaders scrambling for an alternative.

DEF000416
Def.'s Ex. 1

**Dylan Jacobs**

---

**From:** Drake Moudy
**Sent:** Sunday, December 19, 2021 11:43 AM
**To:** Drake Moudy
**Subject:** Clips December 19, 2021

## ADG

[3 Arkansas senators say they're running for Senate's top leadership position](#)-- For the second time in the past two years, Sens. Jimmy Hickey, R-Texarkana, and Bart Hester, R-Cave Springs, are vying to be the Arkansas Senate's leader.

[Investigator who looked into performance of Little Rock police chief resigned one day after mayor said chief would face no discipline](#)-- An outside investigator resigned from her part-time job with Little Rock's Human Resources Department this fall, one day after Mayor Frank Scott Jr. suggested her investigation into Police Chief Keith Humphrey had been tainted by bias and announced that Humphrey would face no disciplinary action.

[More Arkansans showing interest in bids for 2022 legislative races](#)-- Arkansas House and Senate seats continue to attract candidates, as more announcements were made last week by Republicans and a Democrat that they planned to seek various legislative offices.

[Kids enjoy bounty of Christmas spirit](#)-- North Little Rock children who have faced homelessness were treated to lunch, large sacks of presents, a show and the chance to meet Santa on Saturday at the city's first-ever Moments of Joy celebration, the brainchild of a city police officer brought to life through the efforts of city workers and community sponsors.

[Metroplan wrestles with soaring prices](#)-- Inflation is eating into money that cities and counties in Central Arkansas have set aside for select road construction projects built with federal dollars.

[Sen. Joe Manchin says no to $2T bill: 'I can't vote for it'](#)-- WASHINGTON — Democratic Sen. Joe Manchin said Sunday he cannot back his party's signature $2 trillion social and environment bill, seemingly dealing a fatal blow to President Joe Biden's leading domestic initiative heading into an election year when Democrats' narrow hold on Congress was already in peril.

[Arkansas virus cases up by 816; hospital tally down 22](#)-- Arkansas recorded 816 new covid-19 cases Saturday, 295 fewer than Friday but still the highest number of new cases on a Saturday since Oct. 9, according to data from the Arkansas Department of Health.

## Arkansas Times

[And speaking of story-telling photos: Security camera shot from Linda Collins' murder scene](#)

[The agony of defeat](#)

DEF000417                                    Def.'s Ex. 1

## Talk Business

[Southern Bancorp CEO Darrin Williams discusses expansion plans--](#) Southern Bancorp is expanding on a number of fronts. The Arkadelphia-based Community Development Financial Institution (CDFI) is about to receive a major equity investment from a new federal fund, has launched a minority business initiative with Arkansas banks, will open a banking center in Little Rock, and will expand its reach with a recent new hire.

## Politico

[Manchin crushes Biden's megabill--](#) Joe Manchin declared Sunday that he could not support President Joe Biden's sweeping social and climate spending bill, striking a decisive blow to Democrats' agenda.

[Former Sen. Johnny Isakson dies at 76--](#) ATLANTA — Johnny Isakson, an affable Georgia Republican politician who rose from the ranks of the state Legislature to become a U.S. senator known as an effective, behind-the-scenes consensus builder, died Sunday. He was 76.

[Fauci worried about increased hospitalizations but hopeful about schools--](#) Anthony Fauci on Sunday predicted increased hospitalizations during the winter but was also hopeful that children will be able to remain in schools.

## ESPN

[Arkansas Razorbacks DL Tre Williams arrested on DWI charge--](#) Arkansas defensive lineman Tre Williams was arrested early Sunday morning in Fayetteville, Arkansas, and charged with driving with while intoxicated.

DEF000419

Def.'s Ex. 1

**Dylan Jacobs**

---

**From:** Rusty Jackson
**Sent:** Monday, December 20, 2021 8:14 AM
**To:** Rusty Jackson
**Subject:** Clips December 20, 2021

ADG

Fauci airs concerns on omicron- The omicron variant is "just raging" around the world, the White House's top medical adviser said Sunday as President Joe Biden prepares to issue "a stark warning of what the winter will look like" for unvaccinated Americans.

3 leases on Little Rock board's agenda- Lease agreements on the upcoming meeting agenda of the Little Rock Board of Directors would formalize terms with three outside entities — the University of Arkansas for Medical Sciences, Philander Smith College and Southern Bancorp — that are seeking to occupy space in the long-vacant retail areas of the 12th Street police station.

Central High principal wraps up tenure as Central Arkansas Library System's board president-LR leaders to take up resolution on appointees for Central Arkansas system

Fayetteville considers changes to rules on short-term rentals-The city may tweak its rules on short-term rentals to help get more through its regulatory process.

Twisters exacerbate plight in Kentucky-Rural areas face struggle to rebuild

Manchin takes stance against spending bill-Won't advance $2 trillion measure, he says

Hutchinson hails Sunday decline in Arkansas' active covid-19 cases as good news going into holiday week-Hutchinson urges caution on holiday

Tougher U.K. restrictions weighed-Britain's health secretary has refused to rule out imposing tougher covid-19 restrictions before Christmas amid the rapid rise of infections and continuing uncertainty about the omicron variant.

Low turnout seen in Hong Kong elections-Largest opposition party fields no candidates after China amends electoral laws

Bella Vista Planning Commission approves lot splits, variance requests-Action taken Dec. 13 by the Bella Vista Planning Commission in its final meeting of 2021 included the approval of requests for three zone variances and two lot splits.

Arlington hotel restoration about to get underway-The start of the long-awaited restoration of the Arlington Resort Hotel & Spa is imminent, according to the president of operations for the hotel's parent company.

Johnny Isakson, former Georgia Republican U.S. senator, dies- Johnny Isakson, an affable Georgia Republican politician who rose from the ranks of the state legislature to become a U.S. senator known as an effective, behind-the-scenes consensus builder, died Sunday. He was 76.

North Little Rock ballpark talks focus on fixes, upgrades-North Little Rock survived Major League Baseball's effort to slash about 40 minor-league baseball teams, but its reward for making the cut is a mandate from MLB to spend millions of dollars on revamping Dickey-Stephens Park.

DEF000420                                    Def.'s Ex. 1

Officer with Tourette, fired for uttering racial slur, quits legal battle- A former Rogers police officer with Tourette syndrome recently gave up his legal battle to regain his job after being fired for saying a racial slur during a training exercise.

$30 million film studio planned for Fort Smith-A venue for producing feature-length films could be coming to the River Valley.

No open-meeting violation, court rules, in Fort Smith directors' decision via email-Lawsuit alleges board privately rejected sales-tax money proposal

Arkansas Times

COVID and the open line-Note that last Sunday cases rose by 214, almost double that today.

Hate on Manchin, sure, but don't forget the enablers in the Republican Party-Democratic Sen. Joe Manchin pronounced his final verdict on President Biden's additional stimulus/relief legislation and that has been followed by the pronouncement of the legislation's death and much anger from the Democratic side at the West Virginia lawmaker.

And speaking of story-telling photos: Security camera shot from Linda Collins' murder scene-I've been perusing the files recently released by Arkansas State Police from its investigation of the fatal stabbing of former Republican Sen. Linda Collins in her Pocahontas home

Arkansas Business

Court Allows Biden Vaccine Mandate to Take Effect-A federal appeals court panel on Friday allowed President Joe Biden's COVID-19 vaccine mandate for larger private employers to move ahead, reversing a previous decision on a requirement that could affect some 84 million U.S workers.

Talk Business

Movie studio company to build facility at Chaffee Crossing- The Fort Chaffee Redevelopment Authority Board of Directors agreed to a sale that will bring a Los Angeles-based film and television studio to Chaffee Crossing to support the movie industry in Arkansas and Oklahoma.

SWEPCO plans for coal plant retirements, renewable energy capacity additions-Southwestern Electric Power Co. (SWEPCO), a utility of Columbus, Ohio-based American Electric Power (AEP), recently released its Integrated Resource Plan that included timelines for coal plant retirements and renewable energy capacity additions

Politio

'It is embarrassing': CDC struggles- to track Covid cases as Omicron looms-The U.S. was behind other countries in charting the spread of disease in the pandemic's disastrous early months. It's still behind as new variants threaten to disrupt the winter.

The Congressman Who Doesn't Use Google-Is it possible to swear off the tech giants and still function in the Capitol? Ken Buck is trying to find out.

Dems trip over their own sky-high expectations-Joe Manchin's rejection of the party's social spending bill is just the latest episode in a series of lofty goals it's failed to deliver on.

**Rusty Jackson**
Strategic Communications Advisor
Office of the Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Office: 501.682.6643
rusty.jackson@arkansasag.gov | ArkansasAG.gov

    

DEF000422                                                              Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Rachel Ellis |
| **Sent:** | Tuesday, November 23, 2021 1:58 PM |
| **To:** | _ARAG |
| **Subject:** | Holiday Giving Opportunity |
| **Attachments:** | CAVHS Veteran Needs List 10012022.pdf |



*91 year old Curtis Johnson served 44 years in the Arkansas Army National Guard and is Military and Veterans Affairs Representative Tim Johnson's Dad.*

In the spirit of giving this holiday season, the Attorney General's office is working with the Central Arkansas Veteran Healthcare System's (CAVHS) gifts and donations program to help support veterans.  The Central Arkansas Veterans Healthcare System is one of the largest and busiest VA medical centers in the country.

Attached is a list provided by CAVHS of items that will enrich the lives of Arkansas veterans. For your convenience, donation boxes will be located on each floor beginning Monday, November 29th . Donations will be accepted through Friday, December 17th.  If you have any questions, please contact Tim Johnson tim.johnson@arkansasag.gov or Rachel Ellis rachel.ellis@arkansasag.gov.

More information about the CAVHS Giving program can be found online at http://www.littlerock.va.gov/giving/

**Tim Johnson**
Senior Military and Veteran Representative
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas, 72201

Office: 501.682.3659 | Fax:  501.682.7395
tim.johnson@arkansasag.gov |ArkansasAG.gov

    

Def.'s Ex. 1

## Dylan Jacobs

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Friday, January 1, 2021 11:26 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | January 1, 2021 Clips |

ADG

State notches 2,708 increase in virus cases - Arkansas' count of coronavirus cases grew Thursday by more than 2,700 as the number of patients hospitalized with the virus jumped to almost 1,200 -- setting a new high for the fourth day in a row.

Pandemic-struck world ushers in '21 from home - The world's New Year's Eve celebrations Thursday were like no other in modern times.

Pace of shots lags as challenges grow - Almost two weeks after Arkansas started to receive its first 68,800 doses of the Moderna coronavirus vaccine, only about 10% of the roughly 50,000 residents and employees in some 300 long-term-care facilities had been vaccinated as of Thursday morning, according to the Arkansas Department of Health.

Stimulus aid pits GOP senators - WASHINGTON -- The Senate was in turmoil Thursday as it tried to deal with expanding stimulus payments and a defense authorization act veto override vote.

State minimum wage climbs to $11 an hour - Effective today, Arkansans making the state minimum wage will receive a $1 per hour pay increase under an initiated act passed in 2018.

Minneapolis on edge after fatal police shots - MINNEAPOLIS -- A Minneapolis police officer shot and killed a man who reportedly opened fire on officers during a traffic stop Wednesday night, sparking new tensions in a city still deeply on edge since the police killing of George Floyd in May and the unrest that followed.

States sluggish with covid shots - TALLAHASSEE, Fla. -- Overworked, underfunded state public health departments are scrambling to patch together plans for administering covid-19 vaccines.

(LR) Panel upholds 4 decisions on school choice - A panel of the 8th U.S. Circuit Court of Appeals on Thursday upheld a set of lower court decisions that excuse four south Arkansas school systems from participating in interdistrict student transfers because of their decades-old federal school desegregation mandates.

Schools' cases hit 2,087 as year ends - Covid-19 cases in public schools dipped Thursday but remained more than double the number seen at the beginning of November, according to the final state health report on educational institutions before classes resume next week.

State's top income tax rate dips to 5.9% today - Arkansas' top individual income tax rate will drop from 6.6% to 5.9%, effective today.

Federal jury trials put off over covid-19 - Because of the increasing severity of the covid-19 pandemic, jury trials in the U.S. District Court for the Eastern District of Arkansas will be postponed until after March 23, according to an administrative order issued Thursday by Chief Judge D. Price Marshall Jr.

Police, fire negotiators reach deal on Little Rock pacts - Police and fire unions have reached employee agreements with the city of Little Rock for a 2021 contract, Little Rock Mayor Frank Scott Jr. announced Wednesday evening.

DEF000425                                                    Def.'s Ex. 1

Top corporate income tax rate declines - The state's top corporate income tax rate declines from 6.5% to 6.2% today.

Casino exec: Success set to get even better - Arguably, the biggest news in 2020 for Pine Bluff was the mid-October opening of the Saracen Casino Resort.

Peanut harvest easier in 2020 - Despite a plant-then-replant start, the 2020 Arkansas peanut growing season ended with a smoother harvest than in previous years thanks to weather and a couple of new buying points, said Andy Vangilder, an extension educator for the University of Arkansas System Division of Agriculture.

Advice abounds to help keep new resolutions all year long - The New Year is here. Resolutions are made. Now, how do people keep those resolutions? There is help available from many sources, but if people want research-based information, they should contact a local Extension Office.

Correctional facilities in lockdown for covid - In response to a recent increase in staff covid-19 cases, all Arkansas Department of Corrections facilities are in lockdown status until at least Jan. 15.

State index rallies, gains 8.18 in '20 - Arkansas-based stocks had a decidedly mixed 2020, scarred in the spring with the onset of the coronavirus pandemic but buoyed somewhat by investor confidence and other factors for the rest of the year.

Jobless-aid claims fall by 19,000 - WASHINGTON -- The number of Americans seeking unemployment benefits last week fell by 19,000 to 787,000, still a historically high level as a resurgent coronavirus maintains its grip on the U.S. economy.

U.S. bans Malaysian producer's palm oil - The U.S. said it will ban all shipments of palm oil from one of the world's biggest producers after finding indicators of forced labor and other abuses on plantations that feed into the supply chains of some of America's most famous food and cosmetic companies.

Interstate trucking at age 18 weighed - WASHINGTON -- A federal agency is proposing a pilot program to allow people as young as 18 to drive trucks across the country, an idea enthusiastically supported by trucking companies as a way to open the door to recruitment in high schools but facing deep opposition from safety organizations that say it will lead to immature drivers causing more crashes.

Average 30-year mortgage rate rings in new year at 2.67% - After tumbling to historic lows throughout December, the 30-year fixed mortgage rate rebounded slightly heading into the new year.

Stocks soar to highs to close out tumultuous 2020 - Wall Street closed out a tumultuous year for stocks with more record highs Thursday, a fitting coda to the market's comeback from a plunge in the early weeks of the coronavirus pandemic.

## Talk Business & Politics

RevUnit co-founder Saumweber, family hit the high seas to circle the globe - Bentonville entrepreneur Joe Saumweber and his family will spend the next couple of years living on a 65-foot catamaran named Lolalita circumnavigating the globe.

## Arkansas Times

Pulaski County extends its virus-related restriction of access to county buildings - Pulaski County Judge Barry Hyde has issued extended a previous order restricting access to county buildings from Jan. 4 to Feb. 28.

The Arkansas rich get richer, 2021 edition - The Arkansas Democrat-Gazette today noted in detail the coming of yet another income tax cut for the wealthy of Arkansas in 2021.

Coronavirus today: The hospital count continues to rise - No record on new cases today, but hospitalizations hit yet another high as active cases and deaths continue to grow.

Federal court in Little Rock suspends jury trials through March 23 - Judge Price Marshall, chief judge of federal courts in the Eastern District of Arkansas, has issued an order that all civil and criminal jury trials will be suspended through March 23, rather than resume in mid-January as originally hoped.

Governor extends 11 p.m. on-premise drinking curfew until Feb. 3 - Arkansas Health Director Dr. Jose Romero today extended the 11 p.m. closing time for restaurants and bars with alcohol permits until Feb. 3.

Legislation is rolling in: Measures include a tampon tax break and proposals for more capital crimes. - Though the Capitol is largely quiet this week, legislators continue to file bills for the coming session.

(AG) 8th Circuit denies state appeal of decision in South Arkansas school transfer case - In a 2-1 decision today, the 8th U.S. Circuit Court of Appeals upheld federal Judge Susan Hickey's order that four South Arkansas school districts could not be compelled to approve interdistrict student transfers because they operate under desegregation rulings.

(LR) When Leslie Rutledge goes to fibbing, she goes BIG - Here's a dishonest piece of work by Leslie Rutledge and another Republican attorney general on the Georgia Senate runoffs.

Little Rock distributes $212,000 in small business COVID emergency assistance - The city of Little Rock yesterday provided the list of recipients of forgivable loans it made to small businesses under a pandemic emergency assistance program. A total of $212,000 has been distributed to 43 businesses.

Amazon facility at Little Rock Port hits courthouse records with land sale - A friend in the real estate business notes reports in the Daily Record on legal filings related to the development of the massive Amazon distribution center at the Little Rock Port.

The vaccine rollout: Details needed - The Arkansas Democratic Party makes a worthy suggestion on vaccine distribution.

Politico

'Badasses in Their Own Right': Meet the Freshwomen of Congress - When the 117th Congress is sworn in on Sunday, it will have more women—and more women of color—than any Congress in history.

Janet Yellen made millions in Wall Street, corporate speeches - In the past two years, President-elect Joe Biden's pick to be Treasury secretary, Janet Yellen, has raked in more than $7.2 million in speaking fees from Wall Street and large corporations including Citi, Goldman Sachs, Google, City National Bank, UBS, Citadel LLC, Barclays, Credit Suisse, Salesforce and more.

WHO clears Pfizer/BioNTech coronavirus vaccine for emergency use - The World Health Organization on Thursday listed the Pfizer/BioNTech COVID-19 vaccine for emergency use, making it the first to receive such status since the pandemic began.

Texarkana Gazette

(LR) Transfer restraints at four regional schools upheld, court rules - A panel of the 8th U.S. Circuit Court of Appeals on Thursday upheld a set of lower court decisions that excuse four south Arkansas school systems from participating in interdistrict student transfers because of their decades-old federal school desegregation mandates.

Southwest Times Record

DEF000427

**(AG)** River Valley business sues Marijuana Commission for dispensary license - A Fort Smith business that is in the process of building a medical cannabis cultivation facility has entered a lawsuit with the Arkansas Medical Marijuana Commission for a dispensary license in Fort Smith.

Def.'s Ex. 1

**Dylan Jacobs**

---

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Sunday, January 10, 2021 11:19 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | January 10, 2020 Clips |

ADG

[Range of measures on lineup for state Legislature](#) - In the midst of the covid-19 pandemic, Arkansas' 93rd General Assembly begins at noon Monday and is expected to tackle a variety of measures in its regular session, including a proposed ban on most abortions and changes to the state's version of Medicaid expansion that provides health care coverage for low-income Arkansans.

[Arkansas National Guard helps with vaccine push](#) - As part of the state's fight against the covid-19 pandemic, about 45 Arkansas National Guard members are activated under orders from Gov. Asa Hutchinson as public health officials work on a plan to further distribute coronavirus vaccines.

[OPINION | REX NELSON: A place called Hope](#) - The Harry Thomason film that introduced nominee Bill Clinton to the Democratic National Convention in 1992 helped make Hope famous.

[Pine Bluff's Bobby Rush recognized for his impact on blues](#) - On Nov. 30, 2018, the community gathered in the Pine Bluff Convention Center to honor a world-renowned native son. The gala event was sponsored by the Delta Rhythm and Bayous Alliance with the express purpose of designating three blocks of downtown Pine Bluff's Third Avenue as "Bobby Rush Way."

[Little Rock, police '21 contract includes meet-and-confer clause](#) - The new 2021 employee agreement between Little Rock police officers and the city of Little Rock says two representatives holding dual membership in the city's largest police union as well as a city-recognized organization representing minority members of the department will be invited to attend meet-and-confer sessions intended to resolve issues.

[State's active cases of virus hit record: deaths top 4,000](#) - Arkansas reached 27,822 active cases of covid-19 Saturday, a new high and a mark a state health official said is likely a harbinger of higher numbers of hospitalizations in coming days.

[States face pressure on access to vaccine](#) - Just weeks into the U.S.' coronavirus vaccination effort, states have begun broadening access to the shots faster than planned, amid tremendous public demand and intense criticism about the pace of the rollout.

[Democrats push for impeachment](#) - WASHINGTON -- Momentum built among Democrats on Saturday for a fresh and fast push to impeach President Donald Trump, even as the House speaker accused his backers who violently invaded the Capitol of choosing "their whiteness over democracy."

[Cotton holds to tweets on rioting](#) - WASHINGTON -- After suggesting the use of military force to quell rioting in the summer, U.S. Sen. Tom Cotton received social media kudos from President Donald Trump and condemnation from The New York Times.

[Killing of elections monitor casts pall over Afghanistan](#) - KABUL, Afghanistan -- The former director's desk was empty of clutter, the bowl of nuts and raisins for visitors untouched. Down the hall, the dazed staff went through the motions of finishing year-end reports. The newly named director sagged sadly in an armchair, reluctant to sit in his old friend's place. Finally he straightened, struggling for composure.

Def.'s Ex. 1

Prisons' vaccine effort leaving inmates out - As Arkansas began rolling out covid-19 vaccines to staff members in the state's prison system last week, one group remained left off the priority list: inmates.

College contact tracing transfers - Contact tracing efforts for covid-19 cases at colleges and universities in the state have shifted from the University of Arkansas for Medical Sciences to the state Department of Health, ending a joint effort announced in July as having begun with $5 million in funding from federal coronavirus relief aid.

Poll of parents seeks to gauge how pupils faring in pandemic - About one in every three parents who responded to a recent statewide survey said their children who are learning remotely this school year are learning less than they would in a typical school year.

Lowest-paid hurt most in slump - WASHINGTON -- Ten months into America's viral outbreak, low-income workers are still bearing the brunt of job losses -- an unusual and harsh feature of the pandemic recession that flattened the economy last spring.

Prosecutors building cases in Capitol riot - Dozens of people have already been arrested as prosecutors across the U.S. have vowed to bring to justice those who stormed the U.S. Capitol on Wednesday, sending lawmakers into hiding as they began their work to affirm President-elect Joe Biden's victory.

Family of fallen Capitol officer: He 'did his job,' 'is a hero' - SOUTH RIVER, N.J. -- From his early days growing up in a New Jersey hamlet, Brian Sicknick wanted to be a police officer.

Boys and Girls Club ready for reopening - The Jefferson County Boys and Girls Club will be reopening its doors on Monday after closing while coronavirus cases rose.

Signed fiddle delivered to area volunteer - On Christmas Eve, Freedom Sings Arkansas Program Director Paul W. Tull delivered a Charlie Daniels-autographed fiddle to Sheila Beatty-Krout of the United States Daughters of 1812.

Alarm for Alzheimer's needs to sound in state, across US - Ellon Cockrill is convinced the alarm needs to sound about Alzheimer's, the disease of dementia that affects a significant and, unfortunately, an increasing portion of the population in Arkansas and the United States.

Brewer's 2020 troubles piled up - Core Brewing and Distilling Co. ran into an unexpected problem in the middle of a unprecedented business year brought on by the pandemic -- no new cans were available for some of the craft brewers selections.

More than 500 in region dead of virus in 2020 - More than 500 Benton and Washington county residents died of covid-19 in 2020, with December accounting for the most deaths in a single month at 114, according to the county coroners' offices.

"Stand your ground" gun law's support is strong enough to override any committee vote, sponsor claims - Its author confidently predicts the Legislature will pass a revised version of his "stand your ground" bill this year.

Bentonville state Senate race nearly breaks the region's spending record - State Sen. Bart Hester, R-Cave Springs, and Democratic challenger Ronetta Francis of Bentonville spent $262,260 in the race for Bentonville's Senate District 1, just short of breaking the record for spending in a Northwest Arkansas legislative race, candidate finance reports show.

Talk Business & Politics

All Arkansas ag sectors hurt by COVID-19 pandemic; impacts may continue into 2021 - The agriculture sector in Arkansas has faced many brutal challenges in recent years before the COVID-19 pandemic enveloped the world. Relatively low

Def.'s Ex. 1

commodity prices fueled by a more than two-year long trade war with China, increasing input costs, and unpredictable weather patterns have hampered farmers as the new decade has unfolded.

## Arkansas Times

The open line and COVID-19 UPDATE Arkansas disaster continues - Waiting for arrival of the daily COVID-19 crisis/vaccination fail update from the state Health Department.

## Politico

GOP prepares for battle with new archvillain - Republicans are fuming, but the timing of Donald Trump's Twitter ban couldn't have been better for the party.

Trump still poses a danger, House Democratic caucus chair says - House Democratic Caucus Chair Hakeem Jeffries (D-N.Y.) warned Sunday that President Donald Trump "may be in the Twitter penalty box" but still has access to the nuclear codes, following the deadly siege by pro-Trump supporters on the U.S. Capitol last week.

'Wednesday is one of those things that struck the very heart of what it means to be an American' - Former White House chief of staff Mick Mulvaney on Sunday described the president's actions to incite a deadly riot on Capitol Hill last week as something "very different" from his time in the White House.

## NWA Democrat Gazette

(LR) NWA EDITORIAL: Not gonna go there - "I see dead people ... voting."

## The Christian Post

(LR) Federal judges side against pro-life laws in Arkansas, call on Supreme Court to revisit Casey - A three-judge panel on a federal appellate court struck down several pro-life laws in Arkansas, and two of the judges have called on the U.S. Supreme Court to revisit its ruling in a major abortion case that upheld Roe v. Wade.

## The Intercept

(LR) TRUMP'S EXECUTION SPREE IS NOT ABOUT HIM. IT'S ABOUT US. - ONE WEEK BEFORE her client was scheduled to die in the federal execution chamber, capital defense attorney Kelley Henry shared a photograph with reporters assembled on a Zoom call. It showed an old trailer in a grassy field in Osage, Oklahoma. This was the spot where her client Lisa Montgomery was repeatedly raped as a child.

**Dylan Jacobs**

---

**From:** Stephanie Sharp
**Sent:** Thursday, February 4, 2021 7:42 AM
**To:** Stephanie Sharp
**Subject:** February 4, 2021 Clips

ADG

I-430 stretch to close over holiday weekend, state says - Little Rock and North Little Rock motorists should start preparing now for traffic delays and detours through residential areas when the Arkansas Department of Transportation closes all lanes of Interstate 430 around the Cantrell Road construction project over the Washington's Birthday weekend.

State legislators meet to discuss stand-ground bill - The sponsors of legislation that would eliminate the "duty to retreat" from Arkansas' self-defense laws met with Republican colleagues on Wednesday, after the bill was voted down the day before in a GOP-led committee.

CARTI building surgery site in Little Rock – CARTI plans to start construction this summer on a 35,000-square-foot surgery center next to its Little Rock campus. The $25 million facility is projected to create up to 75 new jobs when completed in 2022.

State roads agency to get big cut of $128.4M - The Arkansas Department of Transportation and three urban transportation areas in the state are receiving $128.4 million in funds from the $900 billion coronavirus relief bill Congress passed late last year.

Extending Russian arms pact, U.S. says - The United States joined Russia on Wednesday in extending the two countries' last remaining treaty limiting their stockpiles of nuclear weapons, two days before the pact was set to expire.

Little Rock hosts virtual forum to clear air on vaccines - Little Rock held a virtual town hall discussion Wednesday to address concerns about the covid-19 vaccine, particularly within minority-group communities.

State covid-19 cases back up: climb by 2,426 - After declining for the previous two days, the number of people hospitalized with covid-19 in Arkansas rose Wednesday as the state's cumulative count of cases topped 300,000.

In a state football first, UA, ASU to meet in '25 - FAYETTEVILLE -- The University of Arkansas crossed a football milestone Wednesday, announcing it has scheduled a game against Arkansas State University in 2025 at Little Rock's War Memorial Stadium.

Jobless-aid tax break advances - Legislation that would exempt federal and state unemployment benefits paid to recipients from state income taxes in 2020 and 2021 cleared the Arkansas Senate Revenue and Taxation Committee on Wednesday.

House vote paves way for party-line passage of $1.9 trillion aid bill - WASHINGTON -- House Democrats voted Wednesday to set the stage for party-line approval of President Joe Biden's $1.9 trillion coronavirus relief bill, heeding the president's calls for swift action on his first big agenda item -- but without the bipartisan unity he promised.

Russia dismisses Navalny rallies, West's ire - MOSCOW -- Russian authorities on Wednesday shrugged off the rallies against the jailing of top Kremlin foe Alexei Navalny and rejected Western criticism as "hysterics" as activists reported more than 1,400 new arrests in the crackdown on protesters.

DEF000432
Def.'s Ex. 1

Closed vaccine talks worry some - IOWA CITY, Iowa -- As the nation's covid-19 vaccination campaign accelerates, governors, public health directors and committees advising them are holding key discussions privately, including debates about who should be eligible for the shots and how best to distribute them.

McCarthy chastises Georgia lawmaker - WASHINGTON -- House Minority Leader Kevin McCarthy on Wednesday condemned Republican Rep. Marjorie Taylor Greene's open embrace of conspiratorial theories and racist views but criticized a drive by Democrats to remove her from her committees, signaling that he would not yield to a bipartisan outcry to punish her.

Congress leaders mourn Capitol officer - WASHINGTON -- Congressional leaders paid tribute Wednesday to slain U.S. Capitol Police officer Brian Sicknick in the building he died defending, promising his family and his fellow officers that they will never forget his sacrifice.

Proud Boys on Canada terror list - OTTAWA, Ontario -- Canada formally designated the Proud Boys as a terrorist group under its criminal law Wednesday, a move that allows financial seizures and allows police to treat any crimes they commit as terrorist activity.

Another guilty in drug probe - One of the leaders of the white supremacist organization and a central figure in the federal "Operation To The Dirt" investigation into methamphetamine distribution pleaded guilty Wednesday in federal court after reaching a deal with prosecutors to spend the next 35 years in prison.

Judge deciding suspect's status: Child or adult - Pulaski County Circuit Judge Cathi Compton is poised to decide in the coming days who Brian Edwards Shields is.

American flag stolen from rubber company returned to police station - A large American flag that was stolen from the property of Alliance Rubber Co. two weeks ago showed up at the Hot Springs Police Department on Wednesday morning, Cpl. Patrick Langley told The Sentinel-Record.

Prettier streets feared to be a tight squeeze - Pine Bluff's Main Street is looking spiffier with the Streetscape project underway, but it's not clear whether firetrucks will be able to navigate the narrower thoroughfares after the beautification.

Relyance Bank breaks ground on headquarters in White Hall - Relyance Bank executives and its partner contractors broke ground for the new Relyance Bank headquarters in White Hall on Wednesday.

Hemp a crop requiring many considerations beforehand - In Arkansas, agricultural hemp production is in its infancy, said Karen Lee, Extension assistant for the Small Farm Program at the University of Arkansas at Pine Bluff.

Web services exec to lead Amazon - Incoming Amazon.com Chief Executive Officer Andy Jassy cuts a low profile outside of the wonky world of cloud computing. But for much of the last decade he's been arguably the most important person in the tech industry.

(AG) State wants pot license challenge thrown out - LITTLE ROCK — A lawsuit claiming Arkansas medical marijuana regulators wrongfully awarded a Fort Smith sellers license in December is baseless and should be thrown out of court, state lawyers argue in the latest round of court filings.

Arkansas Business

CARTI to Build $25M Surgery Center in Little Rock - CARTI announced Wednesday plans to expand its Little Rock campus to include a $25 million on-site surgery center.

Def.'s Ex. 1

Razorbacks, Red Wolves to Face Off in 2025 at War Memorial - The University of Arkansas said Wednesday that it signed an amendment to its agreement with the state Department of Parks, Heritage and Tourism to bring two more football games to War Memorial Stadium in Little Rock, including a first-ever game against Arkansas State University.

Little Rock's Discovery, Triniti Nightclubs for Sale - Little Rock's Discovery and Triniti nightclubs have been listed at $1.75 million for both by their one and only owner, Norman Jones.

Damerows Gift $1M to UA Little Rock for Science Scholarships - Jerry and Sherri Damerow have made a planned gift of $1 million which will fund the Jerry and Sherri Damerow Endowed Science Scholarship program for science majors at the University of Arkansas at Little Rock.

Talk Business & Politics

Christmas Day alcohol sales blocked in committee - Serving alcohol on Christmas Day in Arkansas was voted down in committee on Wednesday (Feb. 3), but allowing alcohol deliveries and creating entertainment districts in dry counties passed.

Bill requiring pre-abortion phone calls advances - (Feb. 3) advanced a bill requiring women seeking an abortion to first call a helpline where they would be provided information about alternatives and support services.

Cumulative COVID-19 cases in Arkansas top 300,000 - After several days of week-over-week declines, the Arkansas Department of Health on Wednesday (Feb. 3) reported 2,246 new COVID-19 cases, well above the 1,777 reported the previous Wednesday. Active cases of 16,533 were below the 17,868 on the previous Wednesday.

PSC Chair tells legislature Arkansas can be leader in solar energy production - Arkansas has the capacity to be a leader in solar energy production but there are hurdles on the horizon, Arkansas Public Service Commission Chairman Ted Thomas told legislators on the Joint Energy Committee Wednesday (Feb. 3). During the previous session in 2019, the body passed the Solar Access Act, which has helped to expand solar energy production in the state.

Hog football schedule at War Memorial amended: Arkansas State game added in 2025 - An agreement to keep Arkansas Razorback football games at War Memorial Stadium in Little Rock includes a long-awaited matchup with Arkansas State University in 2025, and two games with the University of Arkansas at Pine Bluff (UAPB).

Report: Heartland region poised for industrial resurgence as firms consider reshoring - A new report Wednesday (Feb. 3) from Bentonville think tank Heartland Forward highlights the need for a bipartisan strategy to bring manufacturers back to the U.S.

Arkansas Times

Stand your ground bill headed for impasse? - The piece of a stand your ground bill that Arkansas prosecutors insisted on adding is the very piece Gun Owners of Arkansas and some conservative lawmakers are pushing to take out. The impasse threatens to stall attempts to resuscitate the controversial bill that died in committee Tuesday.

Legislative sausage making: Looking after Entergy's pocketbook in Joint Budget - When a state legislator gets involved in utility rate-making by way of the backdoor of "special language" in the Joint Budget Committee, it's well-advised to follow the smell of the sausage making.

CARTI announces expansion of surgery center - CARTI is adding a surgery center to its Little Rock campus, with construction to begin this summer and completion in the fall of 2022.

No vote on Stand Your Ground in the House - Austin Bailey will be along with more details but the House adjourned today without an effort to extract the stand-your-ground/license-to-kill legislation from the committee that refused to grant a do-pass yesterday.

Alcohol deliver bill approved by House committee - SB 32, already approved in the Senate to allow retail liquor stores to deliver to homes in wet counties, cleared the House Rules Committee today on a voice vote.

Hot Springs National Park announces mask mandate rules - The Biden administration's mask mandate for federal properties presented a bit of a dilemma for Hot Springs National Park, which occupies a significant chunk of downtown Hot Springs.

Arkansas won't ask for a waiver from standardized testing - Arkansas remains committed to statewide standardized testing in the spring, Ivy Pfeffer, Arkansas Department of Education deputy commissioner, said Tuesday at Governor Hutchinson's weekly COVID-19 briefing.

Committee protects Mike Preston's bonus - Rep. Frances Cavenaugh (R-Walnut Ridge) couldn't get a do-pass motion today for her HB 1189 that would have effectively ended the regular bonuses Commerce Secretary Mike Preston gets from the Arkansas Economic Development Foundation.

Enjoyed the Biden inaugural entertainment? Thank an Arkie - Thanks to the UA's Angie Maxwell I learned of a fine article in Pollstar about the role Siloam Springs native Adrienne Elrod, a veteran Democratic political operative, had in shaping the boffo entertainment events for the Biden inaugural. It included star turns by Lady Gaga, Garth Brooks, Jennifer Lopez, poet Amanda Gorman and many others.

How interstate freeways divided the hearts of cities UPDATE - Good timing for a Central Arkansas Library System Legacies and Lunch noon talk today.

Politico

'He's clearly laying groundwork': Hawley paves 2024 path - The face of the Biden resistance is taking shape in the Senate: Josh Hawley.

Frontrunner emerges for Biden's Medicare and Medicaid chief - Chiquita Brooks-LaSure, a longtime Democratic health policy expert, has emerged as the leading candidate to run President Joe Biden's Medicare and Medicaid agency, according to three sources familiar with the Biden team's discussions.

Cheney to keep her leadership position after tense GOP meeting - Rep. Liz Cheney will keep her job as the No. 3 House Republican after a resounding victory on Wednesday evening, easily beating back a conservative-led push to oust her as conference chair for voting to impeach Donald Trump.

Biden administration asks for more time to consider Trump tax-returns case - A federal judge on Wednesday granted the Biden administration's request for another month to decide how to proceed in a long-running court fight over former President Donald Trump's tax returns.

40/29

(LR) Interview with Attorney General Leslie Rutledge - LITTLE ROCK, Ark. — 40/29 interviewed Attorney General Leslie Rutledge Tuesday. Rutledge is running for Governor of Arkansas.

Def.'s Ex. 1

**(LR)** Arkansas legislative district lines to be redrawn after census data is released - As the population in Northwest Arkansas continues to grow, district lines and state representation are expected to change once the U.S. census data is released.

## Southwest Times

**(AG)** Fort Smith politician to run for state treasurer - A state senator who represents part of Sebastian County announced that he is campaigning for Arkansas treasurer.

## NWA DemGaz

**(LR)** NWA EDITORIAL: Thursday's thumbs - It's Thursday and another chance to fire off a few up or down thumbs about some news developments in our neck of the woods and elsewhere.

DEF000436

## Dylan Jacobs

**From:** Stephanie Sharp
**Sent:** Saturday, February 20, 2021 10:52 AM
**To:** Stephanie Sharp
**Subject:** February 20, 2021 Clips

ADG

OPINION | MASTERSON ONLINE: Gary's GodNod - Based on feedback, many of you appreciate the dozens of columns on the mysteries of GodNods I've been sharing for years.

OPINION | REX NELSON: A city goes forward - George Makris Jr. watched for years as the number of business and civic leaders who called Pine Bluff home declined.

After 4 years, kin hang on to hope: video asks Syria to free ex-Arkansan - WASHINGTON -- The family of former Arkansan Majd Kamalmaz marked the fourth anniversary of his disappearance this week, releasing a video on YouTube appealing for his release.

Northwest Arkansas clinic selected for federal vaccine program - Community Clinic, which has several health centers throughout Northwest Arkansas, will be the first in the state to receive covid-19 vaccines as part of a new federal distribution plan, according to a news release from Community Health Centers of Arkansas.

Gas service restored in Pea Ridge - PEA RIDGE -- Black Hills Energy wants any Pea Ridge customer without natural gas service to contact the company instead of trying to light pilot lights themselves, according to a news release from the company.

Texas still bearing brunt of historic Arctic storms - While most Texans are finally getting their power back, millions of people in the storm-ravaged state are facing an escalating water crisis after the historic Arctic outbreak that left pipes cracked and knocked water-treatment plants offline.

'America is back,' president tells allies - WASHINGTON -- President Joe Biden used his first address before a global audience Friday to declare that "America is back, the trans-Atlantic alliance is back," after four years of a Trump administration that flouted the alliance's foreign policy through an "America First" lens.

Vaccines finally go to folks who are homebound - Millions of U.S. residents will need covid-19 vaccines delivered to them because they rarely or never leave home. Doctors and nurses who specialize in home care are leading this push and starting to get help from state and local governments around the country.

U.S. hailed on climate-pact return - WASHINGTON -- World leaders welcomed the United States' official return to the Paris climate accord Friday, but politically trickier steps lie just ahead for President Joe Biden, including setting a tough national target in coming months for cutting damaging fossil-fuel emissions.

OPINION | DRIVETIME MAHATMA: O pothole, what merit in thee be? - Dear Mahatma: My son is a Boy Scout and currently working on his Citizenship in the Community merit badge. He needs to speak with someone at the city about the pothole process and what we as citizens can do to prevent potholes.

Arkansas governor urges weekend vaccinations - After a week of coronavirus vaccination clinics scuttled by snow, Gov. Asa Hutchinson on Friday urged pharmacies and hospitals to start giving shots again this weekend.

DEF000437
Def.'s Ex. 1

As the cold retreats, pipes bursting; utilities ask folks to conserve water - As Arkansas began thawing Friday, so did water pipes, causing bursts and ultimately overloading water infrastructure and in some cases leaving households without water.

Fayetteville council holds on parking deck contract decision; annexation request held as well - FAYETTEVILLE -- A contract dealing with land for a parking deck downtown and an annexation request for several acres at the northeast city limits will again come before the City Council.

Washington County to continue CARES Act debate - FAYETTEVILLE -- Washington County justices of the peace will continue their debate on how to spend $4.5 million in federal covid-19 relief money at the next Quorum Court meeting.

After storms, race on to get shots back on pace - PORTAGE, Mich. -- President Joe Biden toured a state-of-the art coronavirus vaccine plant Friday as extreme winter weather across the U.S. handed his vaccination campaign its first major setback, delaying shipment of about 6 million doses.

S.C.'s new abortion ban put on hold - COLUMBIA, S.C. -- South Carolina's new law banning most abortions was suspended by a federal judge Friday on its second day in effect.

Doubt cast on savings from agency mergers - Arkansas Legislative Audit is questioning a Department of Transformation and Shared Services report that says more than $57 million in cost savings resulted from the merger of 42 executive-branch state agencies into 15 departments.

Loss for UA fund put at 1% for 2020 - FAYETTEVILLE -- The endowment supporting the University of Arkansas, Fayetteville declined in market value by about 1% over the 12-month period that ended June 30, according to an annual survey tracking endowment changes at U.S. and Canadian institutions.

UCA room-and-board going up - Room-and-board costs will increase by about 4.5% in the upcoming academic year at the University of Central Arkansas.

Area, hospital feeling weight of water woes - Cold weather leading to leaks and burst pipes as well as an equipment breakdown at the water utility that serves Pine Bluff have led to low water pressure, warnings of a possible boil order and extraordinary steps taken by Jefferson Regional that involved a firetruck to keep the hospital's heat on.

Walmart sets new round of pay raises - Walmart Inc. is raising hourly pay for nearly a third of its U.S. workers. The raises, which vary in amount by location and market, will take effect March 13.

New tech deployed to watch Max jets - Using a technology that streams data from an airplane using satellites, the Federal Aviation Administration is now monitoring every Boeing 737 Max on every flight worldwide to check on the performance of the Max fleet as the jet returns to service.

Facebook news block angers Australians - CANBERRA, Australia -- Australia's prime minister Friday urged Facebook to lift its ban on news access for Australian users and return to the negotiating table with media organizations, warning that other countries would follow his government's example in making digital giants pay for journalism.

## Arkansas Business

Dansons, City Leaders Hope for Growth in Southwest Arkansas - A Dansons USA executive says Hope's proximity to raw materials, the company's largest customer base, rail and interstate transportation — along with the hospitality of state and local officials — lured the wood pellet manufacturer to the city's shuttered Georgia-Pacific plant.

In Gas Price Spike, CenterPoint Conserves as Jerry Jones Profits - As natural gas prices skyrocket in a winter power crisis and Dallas Cowboys owner Jerry Jones gets richer, gas utility CenterPoint Energy is pleading with customers to continue to conserve even as polar temperatures rise above freezing in many states for the first time in over a week.

## Talk Business & Politics

Amidst power shortage, energy executives discuss solar's future - During this week's historic winter weather, power companies across the South were waylaid with shortages to meet demand. Intertwined regional grid systems and Texas' standalone model complicated the flow of electricity to homes and businesses in unprecedented fashion.

## Arkansas Times

New audit says savings from 'transformation' of state government overstated. The bigger question: Are services any better? Not at Workforce Services, to hear the unemployed tell it. - Great reporting today from the Arkansas Democrat-Gazette's Michael Wickline on a legislative audit of Governor Hutchinson's vaunted "transformation" of state government and its supposed streamlining of 42 agencies into 15 departments.

What's Asa running for? President? And who is Boozman running against? - Is Asa Hutchinson planning to run for president in 2024?

Coronavirus today: Numbers continue to reflect weather - I'll update with the daily report when it arrives. I'm guessing the numbers in both new cases and vaccinations reflect a decline linked to the weather.

Governor urges makeup COVID vaccinations this weekend - Governor Hutchinson has issued a statement urging weekend work to catch up on vaccinations made impossible by the week's snow.

(LR) Asa slams Trump again on national TV, says he alone shouldn't define Republican Party - Governor Hutchinson isn't likely to be getting an invite to Mar-a-Lago anytime soon.

Follow the federal COVID payroll protection loans - Some data mining for you on another cold day. It's the database of 6 million forgivable loans made under the payroll protection program to help pandemic-hit businesses. It covers loans totaling more than $650 billion approved through Feb. 1.

## Politico

Trump gears up for war with his own party - There's no longer a chief of staff to screen his calls and he keeps no predictable working hours. So an unspoken rule has governed Donald Trump's calendar since he left Washington last month: To sit down with the former president, you must belong to his posh Palm Beach club or know how to contact him directly.

Biden approves major disaster declaration for Texas amid crippling freeze - President Joe Biden told reporters Friday that he will travel to Texas as the state remains locked in the throes of a days-long freeze that's brought power and water systems to their knees and endangered millions.

How a Disaster Vacation Could Take Down Ted Cruz - As Senator Ted Cruz endured the torments of public scorn on Thursday—outed by fellow passengers on his way to a warm Cancun vacation, as millions of fellow Texans suffered from freezing temperatures and a catastrophic electricity failure—I had a sudden uncomfortable feeling in the pit of my stomach: There but for the grace of God go I. Or at least someone I used to work for.

## Raw Story

**(LR)** Sarah Huckabee Sanders' campaign not met with 'excitement' by Arkansas' mainstream GOP: ex-RNC official - According to the former spokesperson for Republican National Committee, early GOP contenders for Arkansas' governorship that will open up in 2022 are getting out of the way for Sarah Huckabee Sanders, but mainstream Republicans in the state aren't thrilled about it.

**KAIT**

**(LR)** Paragould family says be careful with winter clean-up contractors - PARAGOULD, Ark. (KAIT) - As the snow starts to melt and more of you work to clear your driveways and streets, you may look to contractors to help you out.

**Magnolia Banner News**

**(LR)** Leaving GOP, Hendren says, cites D.C. riot - Sen. Jim Hendren of Sulphur Springs announced Thursday that he is leaving the Republican Party to be an independent, saying the "final straw" was the Jan. 6 riot at the nation's Capitol.

**Stuttgart Daily Leader**

**(LR)** Attorney General Rutledge warns Arkansans of winter weather scams, price gouging - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge today is urging Arkansans to be on guard against scam artists and price gouging following the recent severe winter weather that has impacted the entire State. The snow and ice can cause damage to homes, businesses, vehicles, trees and other property, and clean-up efforts may require some Arkansans to seek assistance from contractors or repairmen.

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Sunday, February 28, 2021 2:41 PM |
| **To:** | Stephanie Sharp |
| **Subject:** | February 28, 2021 Clips |

ADG

Cuomo asks state AG, top judge, to launch harassment probe - ALBANY, N.Y. — New York Gov. Andrew Cuomo has asked the state's attorney general and chief appeals court judge to jointly appoint an independent lawyer to investigate claims he sexually harassed at least two women who worked for him.

Fraud overwhelms pandemic-related unemployment programs - COLUMBUS, Ohio — With the floodgates set to open on another round of unemployment aid, states are being hammered with a new wave of fraud as they scramble to update security systems and block scammers who already have siphoned billions of dollars from pandemic-related jobless programs.

FDA signs off on third shot to fight virus - WASHINGTON -- The U.S. is getting a third vaccine to protect against the coronavirus, as the Food and Drug Administration on Saturday cleared a Johnson & Johnson shot that works with just one dose instead of two.

Democrats explore penalty for low pay - WASHINGTON -- Senior Democratic lawmakers trying to find a backup plan to a minimum-wage increase are exploring a tax penalty on companies with more than $2.5 billion in gross receipts that do not pay at least $15 an hour, according to two people familiar with the matter.

Bill aims to update Medicaid program - Arkansas' version of Medicaid expansion that provides health care coverage for more than 300,000 low-income Arkansans would be called the Arkansas Health and Opportunity program or ARHOME under legislation expected to be filed this week.

Rollout of shots in state at a snail's pace in places - In the race for scarce vaccinations against the covid-19 disease, where Arkansans live -- their county of residence -- matters.

Defendants, victims in Arkansas left waiting for justice in pandemic - Jury trials have essentially been on hold for almost a year by order of the Arkansas Supreme Court. Defendants can't get their day in court. Victims can't get justice. And lawyers and judges see cases stacking up, waiting to be resolved when the pandemic finally ends.

Museum of Discovery still assessing damage - Damage from a waterline break that left behind several inches of water at Little Rock's Museum of Discovery will likely cost millions of dollars to repair, museum officials said, and it will be several months before the museum can reopen.

'Outlook' for HSU updated to stable - An investor service company's formal "outlook" for Henderson State University has changed to stable from negative.

State adds 557 cases; vaccinations proceed - Arkansas saw nearly 557 covid-19 cases Saturday, but the total is down considerably from previous months, encouraging state health officials.

DEF000441                                                                      Def.'s Ex. 1

Confusion on evictions grows with Texas ruling - In a move that has triggered confusion across the nation's housing market, a federal judge in Texas issued a ruling on Thursday knocking down the Centers for Disease Control and Prevention's eviction moratorium as unconstitutional.

University of Arkansas-Fort Smith chancellor talks enrollment, budget during pandemic - FORT SMITH -- The University of Arkansas-Fort Smith has seen enrollment drops and a budget deficit this school year, but less than it estimated.

Virginia lawmakers vote to legalize recreational marijuana in 2024 - RICHMOND, Va. — Virginia lawmakers gave final approval Saturday to a bill that will legalize marijuana for adult recreational use, but not until 2024, when retail sales of the drug would also begin.

Springdale institute explores potential for $10 million medical education building - SPRINGDALE -- Northwest Technical Institute officials are exploring building a $10 million medical facility on campus to address local demand for health care workers.

State's covid hospitalizations near 5-month low - The daily increase in Arkansas covid-19 cases remained in the triple digits on Saturday as the number of Arkansans hospitalized with the coronavirus neared a five-month low.

FDA approves Johnson & Johnson single-shot covid vaccine - WASHINGTON — The U.S. now has a third vaccine to prevent covid-19.

Arkansas Business

Talk Business & Politics

ARHOME seeks to replace Arkansas Works as new Medicaid expansion proposal - Under construction for the past year, Arkansas lawmakers and Gov. Hutchinson's administration will unveil their newest version of Medicaid expansion on Monday (March 1).

Arkansas Times

Pit fire damages famed Jones Bar-B-Q Diner in Marianna - A fire at the fabled Jones Bar-B-Q Diner in Marianna? Sad news indeed. I got the word first via Tweet from barbecue aficionado Davy Carter, a reliable source when it comes to food as well as a Marianna native.

The slow pace of COVID vaccinations - Good reporting in today's Arkansas Democrat-Gazette by Lisa Hammersly on the mixed success of using private pharmacies as the backbone of COVID-19 vaccine delivery in Arkansas.

Report coming on race and gender disparities in small business loans - The Winthrop Rockefeller Foundation will release a study Monday about racial and gender disparities in loans to small businesses.

Almost half of Arkansans age 70-plus have received first COVID shot, state says - About 49% of all people in Arkansas age 70 or older have now received at least one shot of COVID-19 vaccine, according to numbers provided by the Arkansas Department of Health on Friday.

Politico

New York City's once-powerful Democratic bosses sit out mayor's race - NEW YORK — When Alexandria Ocasio-Cortez toppled Queens party boss Joe Crowley in 2018, it marked a new low for the local Democratic machines that once held sway over New York City politics.

DEF000442                    Def.'s Ex. 1

Fauci on CPAC speech: 'I'm sure that you can get a standing ovation by saying I'm wrong' - Dr. Anthony Fauci on Sunday said South Dakota Gov. Kristi Noem's criticism of him at the Conservative Political Action Conference was "not really helpful" to the nation's recovery from the coronavirus pandemic.

CPAC designed as a Trump coronation, former head of American Conservative Union says - The former head of the organization that oversees CPAC on Sunday called this year's ongoing event a coronation of Donald Trump.

## Dylan Jacobs

| | |
|---|---|
| **From:** | King, Andrew <Andrew.King@KutakRock.com> |
| **Sent:** | Tuesday, August 3, 2021 5:28 PM |
| **To:** | Leslie Rutledge; Chuck Harder; Dara Hall; Michael von Klemperer; mm@mikemoorelawfirm.com; jc@markmoorelawfirm.com; Gary Rogers; Michael Smith; Steve Berman; Jennifer Connolly; Ben Harrington ; John Davidson; Jay Ward |
| **Cc:** | Cooper, James W.; Adam M. Pergament (adam.pergament@arnoldporter.com); James (Jim) M. Simpson; Martin A. Kasten; mtmurphy@omm.com; Ross Galin; Charles Lifland; Steve Brody |
| **Subject:** | FW: Received Notice: Your filing, Re: 60CV-18-2018 - CIVIL-OTHER - RESPONSE/REPLY, was received |
| **Attachments:** | Reply in Support of New Schedule (Rutledge v. Endo).pdf; Exhibit 1, 2020.02.10 Letter re Endo MDL Documents Deemed Produced (Arkansas AG).pdf |

**EXTERNAL EMAIL**

Counsel:

Attached are documents that I uploaded for filing with the Pulaski County Circuit Clerk just now.

Regards,

Andrew

**Andrew King**
Partner

**Kutak Rock LLP**
124 W. Capitol Ave., Suite 2000, Little Rock, Arkansas 72201-3740
andrew.king@kutakrock.com
**p:** 501.975.3142  **m:** 501.412.9523  **f:** 501.975.3001

From: arkefiling@arcourts.gov <arkefiling@arcourts.gov>
Sent: Tuesday, August 3, 2021 5:21 PM
To: King, Andrew <Andrew.King@KutakRock.com>
Cc: McCasland, Suzette <Suzette.McCasland@KutakRock.com>; Hoover, Freda L. <Freda.Hoover@KutakRock.Com>
Subject: Received Notice: Your filing, Re: 60CV-18-2018 - CIVIL-OTHER - RESPONSE/REPLY, was received

**[ CAUTION - EXTERNAL SENDER ]**

| | | |
|---|---|---|
| **To:** | Andrew King | Andrew.King@KutakRock.com |
| **From:** | arkefiling@arcourts.gov | |
| **Date:** | 2021-08-03 17:21:19.0 | |
| **Subject:** | Your electronic filing, Re: 60CV-18-2018 - CIVIL-OTHER - RESPONSE/REPLY, was received by ARKANSAS JUDICIARY. | |

| | |
|---|---|
| **Case Number:** | 60CV-18-2018 |
| **Case Type:** | CIVIL-OTHER |

DEF000444   Def.'s Ex. 1

Document Type: RESPONSE/REPLY

Document Type: RESPONSE/REPLY

---

This E-mail message is confidential, is intended only for the named recipients above and may contain information that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 402-346-6000 and delete this E-mail message.

Thank you.

Def.'s Ex. 1

## Dylan Jacobs

**From:** Amanda Priest
**Sent:** Friday, July 9, 2021 7:28 AM
**To:** Stephanie Sharp
**Subject:** July 9, 2021 Clips

ADG

1,210 cases tallied in new state surge - Arkansas' coronavirus cases continued surging Thursday at levels not seen since February, with newly identified infections rising by 1,210 and the number of covid-19 patients in hospitals jumping by 49.

State loosens reins on LR schools - The Arkansas Board of Education voted Thursday to remove the 2019 restrictions or "guardrails" it placed on the Little Rock School Board's authority to operate, freeing the district to act more like other districts.

Pfizer set to request 3rd-dose approval - Pfizer is about to seek U.S. authorization for a third dose of its covid-19 vaccine, saying Thursday that another shot within 12 months could dramatically boost immunity and maybe help ward off the latest worrisome coronavirus mutation.

Afghan exit now Aug. 31, Biden says - WASHINGTON -- President Joe Biden said Thursday that the U.S. military operation in Afghanistan will end Aug. 31, delivering an impassioned argument for exiting the nearly 20-year war without sacrificing more American lives even as he bluntly acknowledged there will be no "mission accomplished" moment to celebrate.

2 U.S. citizens arrested in Haiti assassination – At least 17 people, including 15 Colombians and two U.S. citizens, were detained in the assassination of President Jovenel Moise, Haitian officials said Thursday night as they paraded the suspects before the news media and asserted that "foreigners" had been involved in the brazen attack.

Jet scramble interrupts leaders at NATO base - HELSINKI -- A news conference at a NATO air base in Lithuania featuring Lithuania's president and Spain's prime minister was abruptly cut off Thursday when the pair of Spanish fighter jets serving as the leaders' backdrop were scrambled to monitor errant military aircraft in the skies above the Baltics.

Crews note 2 weeks since collapse - SURFSIDE, Fla. -- Rescue workers now focused on finding remains instead of survivors in the rubble of a Florida condominium collapse paused briefly atop the pile Thursday to mark the two-week anniversary of the disaster.

Elsa leaves ruin on way up East Coast - SAVANNAH, Ga. -- Tropical Storm Elsa carved a destructive and soaking path up the East Coast after killing at least one person in Florida and spinning up a tornado at a Georgia Navy base that flipped recreational vehicles upside-down and blew one of them into a lake.

3 I-30 ramps to shut for good - Three ramps on a major Interstate 30 interchange serving downtown Little Rock will close for good later this month as part of the latest work on the nearly $1 billion 30 Crossing project, according to the Arkansas Department of Transportation

Governor's talk on vaccinations draws a crowd - CABOT -- A standing-room only crowd, with dozens lined up against a back wall, turned out Thursday evening to hear Gov. Asa Hutchinson answer questions during the first stop on his recently announced Covid Community Conversation tour.

DEF000446                                                                      Def.'s Ex. 1

[State reports 11 more covid deaths, adds 1,210 new cases](#) - Arkansas' coronavirus cases continued surging Thursday at levels not seen since February, with newly identified infections rising by 1,210 and the number of covid-19 patients in the state's hospitals jumping by 49.

['We Build The Wall' co-founder indicted on another tax charge](#) - PENSACOLA, Fla. — The co-founder of the "We Build The Wall" project aimed at raising money for a border wall has been indicted on a second tax charge in Florida, adding to an earlier tax charge and fraud charge.

[State board of education lifts restrictions on Little Rock School Board](#) - The state Board of Education voted on Thursday to lift restrictions on the Little Rock School Board's authority.

[Arkansas State Fair to make full return in October](#) - The Arkansas State Fair will return to its traditional format this year, including a full midway, after much of the event was scaled back last year because of the covid-19 pandemic.

[J.B. Hunt pledges $5M to Arkansas Children's Northwest](#) - SPRINGDALE -- J.B. Hunt Transport Services, Inc. will give $5 million to aid the expansion of Arkansas Children's Northwest.

[Hutchinson takes chairman position in governors group](#) - Running unopposed, Arkansas Gov. Asa Hutchinson claimed the chairmanship of the National Governors Association on Thursday during its virtual summer meeting.

[Boozman speaks with veterans on suicide rate](#) - FAYETTEVILLE -- Suicides among veterans remain high despite billions of taxpayer dollars spent to address the problem over many years, Sen. John Boozman told veterans groups Thursday.

[Inmates complete drug program](#) - Dressed in orange jumpsuits with their certificates in their hands, detainees in the Jefferson County jail graduated Thursday afternoon from the county's first Comprehensive Opioid Abuse Site-Based Program.

[Grants open for county charities](#) - Beginning Saturday, nonprofits in Pine Bluff and Jefferson County may begin applying online for Giving Tree grants through the Pine Bluff Area Community Foundation. Applications must be submitted by Aug. 15 at https://www.arcf.org/apply-for-giving-tree-grants/

[Mayor cheers Sharks swimmers](#) - Mayor Shirley Washington and the Pine Bluff City Council recognized the Pine Bluff Sharks Swim Team for bringing home first place at home during the Arkansas AAU State Championship.

[Suit hits Google's app store](#) - SAN RAMON, Calif. -- Dozens of states are taking aim at Google in an escalating legal offensive on big technology companies.

[Weekly jobless claims up a bit to 373,00](#) - WASHINGTON -- The number of Americans filing for unemployment benefits rose slightly last week even while the economy and the job market appear to be rebounding from the coronavirus recession with sustained energy.

[15 states, maker of painkiller reach deal](#) - Fifteen states have reached an agreement with Purdue Pharma, the maker of the prescription painkiller OxyContin, that would pave the way toward a settlement of at least $4.5 billion and resolve thousands of opioid cases.

[Lowell approves three large-scale developments](#) - LOWELL -- Planning commission members on Thursday approved three large-scale developments, including an industrial building, an office building and a warehouses.

[Onsite review completed for Sebastian County 911 center study](#) - FORT SMITH -- People in Sebastian County are receptive to a potential consolidation of the 911 system there that could result in financial savings, according to an organization looking into the idea.

DEF000447

Def.'s Ex. 1

Regional planners to meet in-person in Springdale - SPRINGDALE -- The Northwest Arkansas Regional Planning Commission is resuming some in-person meetings this month but will continue to have an online option.

## Arkansas Times

(LR) Advocacy group targets Leslie Rutledge - Accountable.US, an advocacy group, has announced a campaign to expose records of Attorney General Lelie Rutledge and other Republican attorneys general.

(LR) States, including Arkansas, sue Google over Android app dominance - Thirty-six states and the District of Columbia have sued Google for monopolizing apps for its Android operating system, used by most smartphones.

Worried LRSD parents, tonight's school board meeting worth watching - The Little Rock School District Board will hold its regular agenda meeting at 5:30 p.m. Thursday. It can be streamed on the district's YouTube page.

Little Rock School District fully released from state control - Six and a half years after the Arkansas State Board of Education voted to take over the Little Rock School District, the LRSD is fully free of state control.

Coronavirus today: The situation isn't improving — 1,210 new cases and still more in the hospital. - Get a shot, dammit. You might still get sick, but the odds are you won't die.

Tom Cotton smells a winner in race-baiting - Sen. Tom Cotton has thrown in ever more viciously with the Republican flavor of the day — invoking "critical race theory" as an anxiety-inducing euphemism for acknowledging racism past and present in the United States White privilege does not allow this.

Ruth Coker Burks and the missing monument - In 2015 Arkansas Times readers, and then the rest of the world, learned the story of Ruth Coker Burks. A single mom in Hot Springs during the nascent days of the AIDS epidemic in the 1980s and '90s, Burks cared for dying young men when no one else would. AIDS victims scorned by their families even in death had a forever home in Burks' family cemetery, where she buried their ashes under cover of darkness so their graves wouldn't be desecrated.

About those vaccination incentive lottery tickets - Even lottery tickets haven't moved many Arkansans to get the COVID-19 vaccination. I'm a little surprised. But even almost 6,000 dead Arkansans haven't moved half the adult population to get shots, so …..

State comes up with money to avoid most of health insurance increase for school employees, if legislature will go along - The state Board of Finance had a cut-and-dried meeting yesterday that was so quick it was over by the time I tried to tune in on Zoom.

## Arkansas Business

Arkansas Virus Cases Spike by More Than 1,200 - LITTLE ROCK, Ark. (AP) — Arkansas' coronavirus cases increased by more than 1,000 for the second day in a row Thursday as the state saw another spike in its hospitalizations and deaths.

Board Returns Local Control to Little Rock School District - LITTLE ROCK — The Arkansas Board of Education on Thursday lifted the last remaining restrictions on the Little Rock School District, returning it fully to local control nearly six and a half years after a state takeover.

Hutchinson Takes Over Governors Group as Virus Resurges - LITTLE ROCK — Arkansas Gov. Asa Hutchinson, a Republican whose state is struggling with a resurgence in coronavirus cases and lagging vaccinations, called combatting vaccine resistance a priority as he took over as head of the National Governors Association.

DEF000448                                        Def.'s Ex. 1

Beaty Capital Group Buys Grand Village For $37M - Investment firm Beaty Capital Group Inc. of Rogers paid $37 million for the Grand Village at Clear Creek retirement community in Fayetteville.

Equity Firm Buys Little Rock Tree Management Companies - Warren Equity Partners of Atlanta has acquired three companies, including two in Arkansas, that will be incorporated into Gunnison, its network of tree management companies.

J.B. Hunt Donates $5M to Arkansas Children's - J.B. Hunt Transport Services Inc. of Lowell said Thursday that it would donate $5 million over the next five years to Arkansas Children's Northwest in Springdale to support the hospital's expansion plans.

General Mills Completes Purchase of Tyson Foods' Pet Treats - General Mills Inc. of Minneapolis said Tuesday that it has completed its purchase of Tyson Foods' natural pet treats business.

Baxter Regional Foundation Raising $1.7M to Remodel Surgical Unit - The Baxter Regional Hospital Foundation announced Wednesday the public phase of its "5 South Surgical Services Capital Campaign" to remodel its Surgical Services Unit on the hospital's main campus in Mountain Home.

Arkansas Reports Biggest 1-Day Virus Spike in 5 Months - LITTLE ROCK, Ark. (AP) — Arkansas on Wednesday reported 1,000 coronavirus cases, its biggest one-day spike in nearly five months.

Talk Business

Designation of Fort Smith as UN city for art and culture may be part of a scam - Fort Smith's recent recognition as a United Nations international city for artistic and cultural innovation might be little more than an elaborate scam, according to a UN spokesman for the office of Secretary-General.

Officials believe I-40 bridge will open in late July or early August - Repairs to the fractured Interstate 40 bridge connecting West Memphis to Memphis are progressing rapidly and officials with the Arkansas Department of Transportation and the Tennessee Department of Transportation are confident the bridge will re-open by late July or early August.

Dangerous Cogongrass discovered in Arkansas - The Arkansas Department of Agriculture is notifying the public that a new invasive grass species, Cogongrass, has been confirmed in Arkansas for the first time.

J.B. Hunt gives $5 million to Arkansas Children's for Northwest Arkansas expansion - Lowell-based carrier J.B. Hunt Transport Services Inc. announced Thursday (July 8) a $5 million gift to support programs and expansion at Arkansas Children's Northwest in Springdale. It will be offered $1 million annually for five years.

State returns Little Rock School District to local control - The Arkansas State Board of Education voted unanimously on Thursday (July 7) to lift all restrictions on the Little Rock School Board and to remove the district from the state's level 5 intensive support category, a move that amounts to the long awaited return of the Little Rock School District to full local control.

Gov. Hutchinson takes reins as National Governors Association chairman - Gov. Asa Hutchinson became the third Arkansas governor to lead the National Governors Association as the group's summer session closed on Thursday (July 8).

Politico

West Virginia is Trading Trump for Tech Workers - MORGANTOWN, W.Va.—In a hotel just off of West Virginia University's campus in early June, drowsy night shift workers from the local pharmaceutical plant filed through a poorly lit suite, filling out unemployment paperwork, applying for supplemental health insurance and cracking jokes about the breathtaking advertisements for a new state program that will pay you to move to a place many of them are considering leaving.

'We don't like bullies, egomaniacs or jerks': Allen West crashes Texas governor's race - Even for a pol known for chaos and controversy, Allen West had a doozy of a first week as a Texas gubernatorial candidate.

Biden's assault on monopolies launches Friday - The White House is scheduled to issue an executive order Friday to promote competition throughout the U.S. economy in the most ambitious effort in generations to reduce the stranglehold of monopolies and concentrated markets in major industries.

Osceola Times

(LR) AG issues warning - Attorney General Leslie Rutledge is warning Arkansans of the increased number of scam artists calling and claiming their Social Security numbers have been stolen or compromised. These scams normally start with the scammers calling and stating they work for the Social Security Administration.

4 State News

(LR) Advocacy group targets Leslie Rutledge - Accountable.US, an advocacy group, has announced a campaign to expose records of Attorney General Lelie Rutledge and other Republican attorneys general.

Amanda Priest
Communications Director
Office of Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Cell: 501.414.2223
Amanda.priest@arkansasag.gov | ArkansasAG.gov

    

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Amanda Priest |
| **Sent:** | Saturday, July 10, 2021 2:08 PM |
| **To:** | Stephanie Sharp |
| **Subject:** | July 10, 2021 Clips |

ADG

Damaging winds, hail possible in Northwest Arkansas, forecasters say - Forecasters predict Northwest Arkansas is under an enhanced risk of seeing damaging winds, hail and heavy rain.

Robert E. Lee statue removed in Charlottesville - CHARLOTTESVILLE, Va. — A statue of Confederate Gen. Robert E. Lee was hoisted away from its place of prominence in Charlottesville on Saturday and carted off to storage, years after its threatened removal became a rallying point for white supremacists and inspired their violent 2017 rally that left a woman dead and dozens injured.

U.N.: Fort Smith arts declaration has 'hallmarks of a scam': artist pushes back - FORT SMITH -- United Nations officials say a declaration given to the city by an artist who is ostensibly an arts ambassador for the international organization could be a scam.

Crystal Bridges previews retrospective exhibition ahead of anniversary in Bentonville - BENTONVILLE -- Crystal Bridges at 10, the latest exhibit at Crystal Bridges Museum of American Art, features more than 130 works spanning 200 years to celebrate the museum's first 10 years and set the tone for the decade to come.

Covid hospitalizations continue to increase in Northwest Arkansas - The number of covid-19 hospitalizations in Northwest Arkansas continued to climb this week, following statewide trends.

CDC fall rules: Vaccinated kids can shed masks - WASHINGTON -- The Centers for Disease Control and Prevention issued new guidelines for schools Friday that give students who have been vaccinated the option of going maskless this fall while their classmates who have not had shots continue to wear face coverings.

Biden order takes aim at big business - WASHINGTON -- President Joe Biden signed an executive order Friday aimed at spurring competition across the economy, encouraging federal agencies to take a wide range of actions, including more closely scrutinizing the tech industry, cracking down on high fees charged by sea shippers and allowing hearing aids to be sold over the counter.

Biden tells Putin stop hackers or U.S. to act - WASHINGTON -- President Joe Biden told Russian President Vladimir Putin on Friday that the United States will take "any necessary action" to defend U.S. infrastructure after Russia-based hackers carried out the largest known ransomware attack to date, afflicting up to 1,500 companies, schools and hospitals around the world.

4 outfits recruited Haiti assassins, official says - PORT-AU-PRINCE, Haiti -- The Colombians implicated in the assassination of Haitian President Jovenel Moise were recruited by four companies and traveled to the Caribbean nation in two groups via the Dominican Republic, the head of Colombia's police said Friday.

First hearing is near for Capitol riot panel - WASHINGTON -- The panel that will investigate the Jan. 6 attack on the Capitol by a pro-Trump mob will hold its first hearing this month, its chairman, Rep. Bennie Thompson, D-Miss., said Friday.

DEF000451                                         Def.'s Ex. 1

Condo-collapse toll now 79: 61 missing - SURFSIDE, Fla. -- The death toll in the collapse of the Miami-area condo building rose to 79 Friday, a number the mayor called "heartbreaking" as recovery workers toiled for a 16th day to find victims in the rubble. Another 61 people remain unaccounted for.

Asian nations take precautions ahead of virus wave - BANGKOK -- Several countries around Asia and the Pacific that are experiencing their first major surges of the coronavirus rushed to impose tough restrictions, a year and a half into a pandemic that many initially weathered well.

State records 1,155 more virus cases - Arkansas' count of coronavirus cases rose Friday by 1,155 -- the third daily increase in a row that was in the quadruple digits.

Timing of booster-shots rollout sparks controversy - WASHINGTON -- An unusually public spat has broken out between the makers of one of the coronavirus vaccines and federal health officials over whether booster shots will be needed soon, a dispute that arises against the backdrop of renewed concerns about the pandemic.

Taliban claim big territorial wins - MOSCOW -- The Taliban claimed Friday that they now control 85% of Afghanistan's territory during a surge of victories and as American troops complete their pullout from the war-battered country.

I-40 bridge repairs enter 3rd phase - The contractor repairing the Interstate 40 bridge over the Mississippi River at Memphis is finishing the second phase of work and starting to repair "additional areas of concern" that an inspection uncovered after the crossing was closed May 11 when a significant fracture was discovered, the Tennessee Department of Transportation said Friday.

Goodwill school to open new campuses - The Excel Center, a charter high school in Little Rock for students 19 years and older who did not earn a diploma, received state Board of Education approval Friday to establish campuses in Springdale, Jonesboro and Fort Smith.

State police hand in slain teen's file - The Arkansas State Police on Friday turned over to prosecutors the investigative file in a Lonoke County deputy's fatal shooting of a 17-year-old during a June traffic stop.

'God bless abortions' sign hung on Christ of the Ozarks statue - EUREKA SPRINGS -- An artists group took responsibility for hanging a large banner stating "God bless abortions" on the Christ of the Ozarks statue Friday, calling the banner its latest piece of protest art.

Banking on Arkansas – Rex Nelson Commentary

Unions speak on police, fire raises - Public safety member organizations of Pine Bluff are making their preference known when it comes to raises for the police and fire department.

19th-century mayor subject of history talk - Ever wonder about Hercules King Cannon White? He was a Pine Bluff mayor for several years, but his story goes deeper than that. If you're interested in Pine Bluff history, a speaker brought in by the Jefferson County Historical Society will assist.

Fisher runs for tax collector - Jimmy Fisher Sr. of Pine Bluff has announced his candidacy for Jefferson County tax collector.

China's auto sales jump 27% in 2021 - BEIJING -- China's auto sales rose 27% in the first half of 2021 from a year earlier but still were below pre-pandemic levels, and production and sales fell in June because of global shortages of processor chips, an industry group reported Friday.

Simmons Foods pledges $500,000 for Gentry splash pad, soccer fields - GENTRY -- Simmons Foods has announced its intention to donate $500,000 to the city of Gentry to help cover the costs of the new splash pad being built in the city park and the soccer fields being built in the new sports complex.

Little Rock housing agency sets $160,000 for inquiry - LITTLE ROCK -- Little Rock's public housing agency will pay attorney Leon Jones Jr.'s consulting firm as much as $160,000 to investigate claims of misconduct and negligence levied against the board of commissioners in June.

Little Rock board OKs short-term financing - LITTLE ROCK -- Members of the Little Rock Board of Directors during a meeting Tuesday gave the green light to an effort to obtain nearly $6 million through short-term financing to undertake various projects.

## Arkansas Times

Arkansas's death march: The daily COVID-19 roundup - The numbers continue to look grim in Arkansas for COVID-19, so grim that they are drawing national attention.

State Police hand Hunter Brittain file to prosecutor - Fox 16 reports that the State Police have completed their review of the fatal shooting of Hunter Brittain, 17, by a Lonoke County deputy during a traffic stop and sent the file to the prosecuting attorney.

The Deja Vu All Over Again Edition - On this week's podcast, Max Brantley and Lindsey Millar talk about the Delta variant of the coronavirus raging in Arkansas, the release of the LRSD from state control, the Republican Party's obsession with race-baiting politics and the funeral of Hunter Brittain.

LRSD board begins to talk about millage extension - The Little Rock School District Board held a work session today to begin discussing asking voters to extend the LRSD millage. The working plan is put this to voters on November 2.

Coronavirus today: Still climbing with 1,155 new cases - Reports today say the rise of the Delta variant and vaccine resistance have reversed the national decline in COVID-19 cases.

Activists hang pro-abortion banner on Christ of the Ozarks - KNWA reports an activist stunt this morning that put a "God Bless Abortions" banner on the Christ of the Ozarks statue in Eureka Springs.

Doctors say: Get a shot, wear a mask - The Arkansas Center for Health Improvement issued a statement of alarm today over the rise of the Delta variant of COVID-19 in Arkansas and the state's low vaccination rate.

Arkansas: A great place to live. Also die. - Comments on Twitter this morning help explain the dilemma in which Arkansas finds itself. The hottest spot in the country for a deadly disease is home to many people, notably including legislators, proud of our status.

From the fields: Dicamba dispute continues - Sounds like the legislature next week will be talking more about dicamba, the controversial weed-control chemical.

LRSD board talks about school year prep amid resurgent pandemic - Little Rock School District officials are actively developing a plan for what the next school year will look like for students and educators amid a sharp rise in the Delta variant of the coronavirus.

## Arkansas Business

Heathcott, CJRW Settle 2018 Breach of Contract Lawsuit - Former Little Rock advertising man Gary Heathcott and marketing firm CJRW of Little Rock have settled Heathcott's $1.3 million breach of contract lawsuit from 2018, a case that gained local prominence at the height of the "Me Too" movement.

Arkansas Children's to Open Pine Bluff Clinic This Month - Arkansas Children's on Friday celebrated its new $17.5 million clinic in Pine Bluff, set to open later this month.

Standard Lithium to Trade on NYSE American - A Canadian company making steady strides toward establishing a lithium extraction industry in south Arkansas passed another milestone this week, announcing approval to list its shares on the NYSE American exchange.

Tyson Foods Recalls Almost 4,500 Tons of Chicken Products - DEXTER, Mo. (AP) — Tyson Foods Inc. of Springdale is recalling almost 4,500 tons of ready-to-eat chicken products after finding the products may be tainted with listeria bacteria, federal officials announced Thursday.

Talk Business

Arkansas records 3,365 new COVID-19 cases in three days - Friday (July 9) was the third consecutive day that new COVID-19 cases in Arkansas topped 1,000, and the rise in active cases in the past three days has risen more than 27%, according to the Arkansas Department of Health (ADH).

The Supply Side: Retailers make progress on recovery amid healthier than expected spending - U.S. discretionary spending on general merchandise continues to be healthier than expected. Dollar sales for the week ending June 12 rose 15% over the same period two years ago, continuing at a pace that exceeds the 9% growth over last year, according to "Retail Early Indicator" data from The NPD Group.

Tidwell named 2021 recipient of Jack White Leadership Award - Charolette Tidwell is the 2021 recipient of the Jack White Leadership Award, to be presented by the Fort Smith Regional Chamber of Commerce. Tidwell will be recognized at the Leadership Fort Smith Commencement event July 15 at the Doubletree Hotel.

Fort Smith School District fills several admin positions - In a little over a week Fort Smith Public Schools has filled several key administrative positions in preparation for the upcoming school year.

The Supply Side: Retailers make progress on recovery amid healthier than expected spending - U.S. discretionary spending on general merchandise continues to be healthier than expected. Dollar sales for the week ending June 12 rose 15% over the same period two years ago, continuing at a pace that exceeds the 9% growth over last year, according to "Retail Early Indicator" data from The NPD Group.

Breitbart

(LR) Activists Drape 'God Bless Abortions' Banner over Christ of the Ozarks Monument - Activist group Indecline has claimed responsibility for hanging a banner that declares "God Bless Abortions" over the statue of Christ of the Ozarks in Eureka Springs, Arkansas, Northwest Arkansas News reported Friday.

Stuttgart Daily Leader

(LR) Attorney General Alert: The Social Security Administration will not call you - LITTLE ROCK – Attorney General Leslie Rutledge is warning Arkansas of the increased number of scam artists calling and claiming their Social Security numbers have been stolen or compromised. These scams normally start with the scammers calling and stating they work for the Social Security Administration. They will then claim a Social Security number has been canceled due to fraud or misuse. In

response, Arkansans will often verify their information over the phone, but once the number is shared, the scam artist steals the victim's identity and uses it for their own monetary gain.

Politico

G20 finance ministers sign off on global tax deal - Finance ministers from the G20 club of large economies signed off on a plan for global tax reform at a summit in Venice on Saturday.

Plugging Obamacare's biggest hole poses dilemma for Democrats - Democratic lawmakers are grappling with how to extend health insurance to millions of poor Americans in states that have refused Obamacare's Medicaid expansion, believing their upcoming party-line "human infrastructure" package represents the best chance to plug the health law's biggest gap.

Why Are Republican Governors Sending National Guard to the Border? - So, governors are doing what? Over the last month, 8 Republican state governors have sent (or said they'll send) armed personnel to the Texas-Mexico border.

**Amanda Priest**
Communications Director
Office of Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Cell: 501.414.2223
Amanda.priest@arkansasag.gov | ArkansasAG.gov

    

DEF000455                                    Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Amanda Priest |
| **Sent:** | Monday, July 12, 2021 9:04 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | July 12, 2021 Clips |

ADG

**(LR)** State asks judge to rethink attorneys' fees in roads suit - The Arkansas Department of Transportation has asked a Pulaski County circuit judge to reconsider his decision to award $18 million in attorney fees in a lawsuit that successfully challenged the agency's spending on two major road construction projects.

**(LR)** Arkansas trooper honored for saving girl's life - For the effort that made him the Arkansas State Police's newest Trooper of the Year, Chet White got statewide recognition, the admiration of his fellow troopers and the heartfelt gratitude of one of his colleagues.

Top U.S. commander in Afghanistan hands over command - KABUL, Afghanistan — The top U.S. commander in Afghanistan relinquished his command at a ceremony in the Afghan capital of Kabul on Monday, taking the United States a step closer to ending its 20-year war. The move came as Taliban insurgents continue to gain territory across the country.

Governor talks of efforts to ease Arkansas' vaccine hesitancy - Gov. Asa Hutchinson appeared Sunday morning on ABC's "This Week" to discuss Arkansas' surge in covid-19 cases and its low vaccination rate -- now 44th in the country.

Housing agencies say federal program secures cash for fix-ups, but leaves coffers short - The two largest public housing agencies in Arkansas -- in Little Rock and North Little Rock -- are facing revenue shortfalls after enacting a federal program that secures funds to renovate their buildings, officials at both agencies said.

Need to hire impact consultant, state legislators say - State lawmakers want to hire a consultant to advise them on matters such as estimating the fiscal impact of proposed legislation and forecasting how much the state will collect in revenue.

State's prisons focus of UALR study; 4-year project to examine units' culture, climate - Professors at the University of Arkansas at Little Rock, in partnership with the state Department of Corrections, will spend the next few years studying prison life in Arkansas.

Variants risk to economy, Yellen states - VENICE -- Treasury Secretary Janet Yellen said Sunday that she was concerned that coronavirus variants could derail the global economic recovery and called for an urgent push to deploy vaccines more rapidly around the world.

Haitian new arrest in leader's slaying - The head of Haiti's national police announced Sunday that officers arrested a Haitian man accused of flying into the country on a private jet and working with the masterminds and alleged assassins behind the killing of President Jovenel Moise.

Diversity thin at cancer treatment centers, study finds - More than a third of the nation's top cancer treatment centers have no Black or Hispanic leaders, and white men are over-represented in powerful roles at the sites, a new study led by a University of Arkansas for Medical Sciences medical student reveals.

Def.'s Ex. 1

Arkansas couples overcome covid's hazards, delays to celebrate their love - June 25 turned out perfectly for Alejandro Solarte DeSalvo and Michael DeSalvo Solarte. It was their wedding day, and the couple exchanged vows at Carneros Resort and Spa in California's Napa Valley surrounded by vineyards and rolling hills.

Bentonville teen progresses on American Ninja Warrior - BENTONVILLE -- Owen Dyer is hanging on by his fingertips on the latest season of "American Ninja Warrior." That's just how he likes it.

Death toll 90 in collapse - SURFSIDE, Fla. -- Authorities searching for victims of a deadly collapse in Florida said Sunday that they hope to conclude their painstaking work in the coming weeks as a team of first responders from Israel departed the site.

Clean-energy prospects pit small versus big approach - At stake is how quickly the country can move to cleaner energy and how much electricity rates will increase as the nation faces once-in-a-generation choices about how energy ought to be delivered to homes, businesses and electric cars.

Fort Smith reports remaining park tax revenue all tied up - FORT SMITH -- A unique project proposed to the city could take a lot longer to come to fruition -- if it all -- if voters decide not to continue a city sales tax.

On the move: Springdale city staff will find homes in new municipal campus - SPRINGDALE -- Two construction workers in neon-colored T-shirts and hard hats blocked traffic Thursday morning on West Huntsville Avenue while construction crews moved a storage container from one side of the city's new municipal campus to the other.

Drake Field runway project in Fayetteville coming courtesy of federal government, manager says - FAYETTEVILLE -- Ronald Reagan flew in Air Force One the last time the runway at Drake Field got an overlay.

Sales tax revenue shows economy growing - Sales tax revenue for local governments continues to grow, with June receipts reaching near record levels for at least one city.

## Arkansas Times

An open line and open disdain for democracy from a not very fine person – The Trump defense of the violent coup attempt at the U.S. Capitol on Jan. 6 has come full circle.

Jake Bequette joins Republican race for U.S. Senate - Jake Bequette, a former football player and Army veteran, has joined the Republican primary race for U.S. Senate, in which Senator John Boozman is seeking re-election

## Arkansas Business

(AG) Friday Eldredge & Clark Adds Hollinger (Movers & Shakers) - Caleb Hollinger has joined Friday Eldredge & Clark LLP in Little Rock as an associate.

## Talk Business

Jake Bequette to challenge Boozman for U.S. Senate - Jake Bequette, an Army veteran and former standout Razorback defensive lineman who played in the NFL, announced Monday (July 12) that he will challenge U.S. Senator John Boozman, R-Ark., in the GOP primary.

## USA Today

(LR) How much does a Trump endorsement help GOP candidates? -

DEF000457

Politico

'This is freaking ridiculous': Britney Spears inspires lawmakers to tackle toxic conservatorships - The Free Britney movement has a new fan base on Capitol Hill, as lawmakers with wildly different ideologies work to help a cause once dismissed as niche.

'Nowhere to be found': The internet industry's D.C. powerhouse recedes - Silicon Valley's longtime voice in D.C. is in disarray.

What Arizona's 2010 Ban on Ethnic Studies Could Mean for the Fight Over Critical Race Theory - PHOENIX — In 2006, Tucson Unified School District's Mexican American studies curriculum was relatively unknown. The program — a series of middle and high school classes highlighting Mexican American contributions to U.S. history and culture — had shown promise in lifting Latino students out of lower test score brackets and boosting graduation rates. Only a handful of detractors had shown up at school board meetings to grouse about the curriculum's race-focused teachings.

Amanda Priest
Communications Director
Office of Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Cell: 501.414.2223
Amanda.priest@arkansasag.gov | ArkansasAG.gov



**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Tuesday, July 13, 2021 6:34 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | July 13, 2021 Clips |

ADG

(LR) Arkansas trooper honored for saving girl's life - For the effort that made him the Arkansas State Police's newest Trooper of the Year, Chet White got statewide recognition, the admiration of his fellow troopers and the heartfelt gratitude of one of his colleagues.

(AG) 8 public meetings on Arkansas redistricting announced - The Arkansas Board of Apportionment will hold eight public meetings on redistricting throughout the state over the next two months.

Cases of virus exceed 2,000 in 3-day span - The spread of the coronavirus in Arkansas continued to accelerate over the weekend, data released Monday indicated, with the state's count of cases growing by more than 2,000 over a three-day span and the number of people hospitalized with the virus rising by 68.

Still too soon, U.S. says of Pfizer's 3rd-shot push - Representatives for Pfizer met privately with senior U.S. scientists and regulators Monday to press their case for swift authorization of coronavirus booster vaccines, amid growing public confusion about whether they will be needed and pushback from federal health officials who say the extra doses are not necessary now.

Lottery hits records for revenue, scholarship money - The Arkansas Scholarship Lottery last fiscal year set records for revenue and scholarship fundraising, collecting $632.5 million in revenue and raising $106.6 million for college scholarships during the covid-19 pandemic.

Texas Democrats flee state to halt voting bills - Democratic lawmakers in Texas fled the Capitol and left the state Monday, potentially torpedoing the special session called by Republicans to take up voting restrictions and other GOP priorities.

More spots set for repairs on closed bridge - Sixteen locations on the Hernando de Soto Bridge must be repaired before the bridge reopens, according to the Tennessee Department of Transportation.

Special prosecutor named in Lonoke County case - A Lonoke County circuit judge appointed a special prosecutor Monday to investigate the shooting death of a teenager by a sheriff's deputy during a June traffic stop.

NWA ranks fourth on 'Best Places to Live' report - The Northwest Arkansas metropolitan area passed Austin, Texas, to claim the No. 4 spot in the U.S. News & World Report's annual "Best Places to Live" survey released today.

Bequette joins race for U.S. Senate - Former Arkansas Razorback football standout Jake Bequette said Monday that he will challenge U.S. Sen. John Boozman in the state's 2022 Republican primary.

Sebastian County to move forward with softball field drainage project - FORT SMITH -- The Sebastian County Quorum Court is allowing the county to move to the next step of a project designed to address drainage issues affecting eight of the 10 fields at the Ben Geren Softball Complex.

DEF000459

Def.'s Ex. 1

Planning commission denies trio of rezoning requests at Markham Hill in Fayetteville - FAYETTEVILLE -- The Planning Commission voted Monday to keep three pieces of Markham Hill as they are.

Trial in Union Pacific job case begins - A federal civil rights lawsuit on behalf of a Saline County man alleging job discrimination by the Union Pacific Railroad got underway Monday in Little Rock with jury selection and opening statements by an attorney for the plaintiff.

Records describe decision by EPA - For much of the past decade, oil companies engaged in drilling and hydraulic fracturing have been allowed to pump into the ground chemicals that, over time, can break down into toxic substances commonly known as PFAS (per- and polyfluoroalkyl substances), according to internal documents from the Environmental Protection Agency.

Kumar plans to face Womack in primary - Neil Robinson Kumar of Bentonville announced Monday that he plans to challenge U.S. Rep. Steve Womack in the Republican primary for Arkansas' 3rd Congressional District.

Board to weigh $15M construction plan at Mills High - A plan to spend as much as $15 million for a building addition and a sports field at Mills University Studies High School is on the agenda for action tonight by the School Board for the Pulaski County Special School District.

U.S. drilling approvals increase despite Biden's climate pledge - BILLINGS, Mont. -- Approvals for companies to drill for oil and gas on U.S. public lands are on pace this year to reach their highest level since George W. Bush was president, underscoring President Joe Biden's reluctance to more forcefully curb petroleum production in the face of industry and Republican resistance.

## Arkansas Business

Evoking Storied Past, The Hall Will Bring Music Back to West Ninth - Live music is returning to the end of West Ninth Street in Little Rock with the opening of The Hall, a music and events space that will pay tribute to a neighborhood landmark where Ella Fitzgerald, Count Basie, Louis Armstrong and Duke Ellington once trod the stage.

Standard Lithium Stock Added to Rare Earth, Strategic Metals EFT - Standard Lithium Ltd., the Canadian company producing lithium from south Arkansas' subterranean brine, announced Monday that its stock has been added to an important exchange traded fund in the mining industry, the VanEck Vectors Rare Earth/Strategic Metals EFT.

Jake Bequette Announces GOP Run for U.S. Senate - LITTLE ROCK — Former NFL player Jake Bequette on Monday announced he's challenging Arkansas Sen. John Boozman in next year's Republican primary.

## Talk Business & Politics

Native Brew owners hope to bring 'cool factor' to West End Jonesboro - Lifelong friends Jackson Spencer and Dustin Hundley had a similar problem. Spencer was working in various capacities of the retail sector, while Hundley spent each day in a cubicle working as an engineer.

Spirit Fitness to expand Jonesboro operations with $10 million investment, new jobs - Spirit Fitness, a company that builds residential and commercial fitness equipment, has announced plans to expand the company's operation in Jonesboro with the addition of a new facility in Jonesboro's Craighead Technology Park. When complete, Spirit's $10 million investment will create approximately 40-50 new jobs.

Analysts say J.B. Hunt revenue, earnings to rise in second quarter - Lowell-based carrier J.B. Hunt Transport Services Inc. is expected to report double-digit growth in earnings and revenue as analysts look to multiple years of growth on the strong foundation that the company has built.

DEF000460                                                     Def.'s Ex. 1

Providing a SafeHaven: Doug Elms' mission is to keep people safe, company's brands out of the headlines - On May 26, a maintenance worker at the Valley Transportation Authority in San Jose, Calif., showed up at the railyard where he worked and began shooting, killing nine people, including himself.

Jake Bequette to challenge Boozman for U.S. Senate - Jake Bequette, an Army veteran and former standout Razorback defensive lineman who played in the NFL, announced Monday (July 12) that he will challenge U.S. Senator John Boozman, R-Ark., in the GOP primary.

## Arkansas Times

(AG) Arkansas Board of Apportionment schedules public hearings - The Arkansas Board of Apportionment, which will draw state legislative districts to reflect the 2020 Census population changes, has announced eight public hearings on redistricting.

Biden administration announces help for rural hospitals - Given the continuing pressure on hospitals to cope with COVID-19, this counts as good news from the Biden Administration.

Campaign hijinks: Get Rapert edition - Annexing websites for campaign misdirection is just part of the political game these days.

Jake Bequette joins Republican race for U.S. Senate - Jake Bequette, a former football player and Army veteran, has joined the Republican primary race for U.S. Senate, in which Senator John Boozman is seeking re-election.

## Politico

'Get on the team or shut up': How Trump created an army of GOP enforcers - From the earliest days of his presidency Donald Trump and his political team worked to re-engineer the infrastructure of the Republican Party, installing allies in top leadership posts in key states.

Biden gun regulation nominee stuck in limbo as White House tries to stem crime - As President Joe Biden tries to go on the offensive against rising gun crime, his pick to oversee the nation's firearm regulations is stuck in limbo in the Senate.

Biden to call for 'a new coalition' to defend voting rights - In a high-profile voting rights speech Tuesday, President Joe Biden plans to "blast the denial of the right to vote as grounded in autocracy, undemocratic, un-American, and unpatriotic," a White House official shared with POLITICO.

## Batesville Daily Guard

(LR) Scammers still a problem - Arkansans who receive a notification that they have won a large sum of money or a luxury prize from a sweepstakes they do not remember entering should immediately realize that this is a scam.

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Sunday, July 18, 2021 10:47 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | July 18, 2021 Clips |

ADG

Biden faces challenge as illegal border crossings soar - WASHINGTON -- The influx in illegal border crossings that President Joe Biden described as "seasonal" is growing larger despite the summer heat. And the president worries that Republican attacks on the issue will resonate politically, according to people familiar with his thinking.

Virus trends worry experts - Coronavirus infections are surging in places with low vaccination rates. Covid-19 is continuing to mutate, with researchers confirming the delta variant is far more transmissible than earlier strains. And although the vaccines remain effective, the virus has bountiful opportunities to find ways to evade immunity.

Rise in Arkansas cases gives parents pause - Veronica McClane was looking forward to sending her child back to school this fall.

Clinton support laid out in memo - A former aide in the Bill Clinton White House linked "financial benefits" and Clinton support to a specific outcome in the search for the next leader of the Clinton School of Public Service in Little Rock.

Old negatives become focus of court dispute - An eccentric Heber Springs photographer died in his studio in 1959.

Expert says schools' test scores 'took a hit' - The drop in the student scores on the 2021 ACT Aspire tests was surprising in its consistency across the state and in its disconnect from any easily identifiable demographic characteristics, a statistician and researcher said last week.

Little Rock board provides ideas for covid aid - Several members of the Little Rock Board of Directors submitted recommendations for how the city ought to use direct aid from the American Rescue Plan Act approved by Congress next spring and summer, according to email records.

CDC: Overdose deaths rise in Arkansas - Overdose deaths in Arkansas are estimated to have increased by more than 40%, or 152 deaths, in 2020 according to data released this week by the Centers for Disease Control and Prevention National Center for Health Statistics.

Youth-lockup buy key to prison plan - The Arkansas Department of Corrections wants to expand its program for some lower-level parole and probation violators by purchasing a vacant juvenile detention facility in Independence County.

Services provider bows out after state cuts crisis center funds - FAYETTEVILLE -- The Northwest Arkansas Crisis Stabilization Unit can't open until a new medical services provider is found, again leaving law enforcement with few options for people they encounter who have mental health issues.

Virus's gravity hits home - Early Friday morning, a medical team at Arkansas Children's Hospital turned off 13-year-old Alexx Morris-Cooper's ventilator and removed the endotracheal tube.

DEF000462
Def.'s Ex. 1

Planning essential for face-to-face learning - Parents preparing children to return to face-to-face class after a year of pandemic-induced remote learning will need to be ready to deal with uncertainty, said Brittney Schrick, assistant professor and extension family life specialist for the University of Arkansas System Division of Agriculture.

Farm family earns county honor - When Jim Parker retired from the Pine Bluff Police Department in 1985 after 24 years in law enforcement, he decided he wanted a break from the public and chose to go into farming with his wife, Judy Parker.

Sales tax holiday a benefit for wary - The Arkansas sales tax holiday can be a benefit for back-to-schoolers, but buyers need to shop with care, said Laura Hendrix, associate professor and extension personal finance expert for the University of Arkansas System Division of Agriculture.

Area Agency on Aging senior centers to open Monday - Area Agency on Aging of Southeast Arkansas will reopen the Strachota Senior Citizens Center, 801 E. Eighth Ave., and all of its senior centers in the region beginning Monday.

Conservancy aims to aid 63 parks in Little Rock - With 63 parks in its system, the Little Rock Division of Parks and Recreation has its hands full trying to keep them maintained and updated.

Little Rock lab offers startups a hand - Nearly 125 years ago, Thomas Cox expanded his Dardanelle machinery business to Little Rock. He built new production facilities in the 300 block of East Markham Street and a warehouse, now known as the Cox building that's in the center of the River Market District.

Naloxone a life-saving tool for Northwest Arkansas police - BENTONVILLE -- Two police officers arrived at different scenes earlier this year. Both suspected the person in front of them was overdosing. The officers used naloxone to save their lives.

Fayetteville police chief proposing sign-on bonuses for new officers - FAYETTEVILLE -- The city's police chief hopes to fill vacancies in the department using sign-on bonuses.

Bella Vista Arts Council relaunches program - BELLA VISTA -- The Bella Vista Arts Council is relaunching the Artist of the Month recognition program by honoring Stevie Stevens as the July 2021 featured artist.

## Arkansas Times

(LR) Rutledge scores a court victory — for cruelty - The local newspaper mentioned Arkansas was among the states that won a federal court ruling in Texas that the executive action to protect undocumented "dreamers" was unlawful and further applications shouldn't be accepted.

The Trent Garner Memorial Surge open line - COVID-19 headlines galore today as the Trent Garner Memorial Surge continues in Arkansas.

A word from the UAMS chancellor: Get a shot - Maybe Trent could pull a bedpan shift to help out. But no. He'd have to wear a mask.

## Politico

Postponed Weddings, Stockpiled Insulin and Covid: The Bizarre Life of Texas Democrats in Exile - Celia Israel was putting finishing touches on her wedding last week when she learned that, instead, she had to drop everything and leave.

Social media must do more to support vaccination, surgeon general says - Surgeon General Vivek Murthy on Sunday dismissed the idea that the Biden administration is looking for a scapegoat and using Facebook misinformation as an excuse for missing its vaccination goals.

Psaki excoriates criticism of Biden administration work on vaccine misinformation - White House press secretary Jen Psaki forcefully defended the Biden administration's growing offensive on vaccine-related misinformation spreading on Facebook and other social media platforms.

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Monday, July 19, 2021 7:52 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | July 19, 2021 Clips |

ADG

Strength within, says 1st woman to take command at Little Rock base - Col. Angela Ochoa said she is living her dream as the new 19th Airlift Wing commander, the first woman to assume command at Little Rock Air Force Base.

650,000 acres of soybeans damaged by dicamba this summer, state estimates - An estimated 650,000 acres of soybeans have been damaged by dicamba in Arkansas this summer and dicamba complaints filed with the state have increased at a clip not seen since 2017.

Facebook falsities a hazard, U.S. says; blame misplaced, platform argues - WASHINGTON -- Facebook and the Biden administration engaged in an increasingly rancorous back and forth over the weekend after the administration denounced the social media giant for spreading misinformation about the covid-19 vaccines.

Disability act broken, Walmart jury finds - A jury in U.S. District Court for the Eastern District of Wisconsin, in Green Bay, has found that Walmart violated the Americans With Disabilities Act, which bans discrimination based on an employee's disability, and awarded Marlo Spaeth $125 million in punitive damages and $150,000 in compensatory damages.

Tax-crackdown plan called dead - WASHINGTON -- A proposal to strengthen IRS enforcement to crack down on tax scofflaws and help fund a nearly $1 trillion bipartisan infrastructure spending bill is officially off the table, Sen. Rob Portman, R-Ohio, said Sunday.

On Israel trip, Hill met new premier - WASHINGTON -- U.S. Rep. French Hill, R-Ark., traveled to Israel over the Independence Day recess, meeting with new Israeli Prime Minister Naftali Bennett and other officials.

UAMS wins $3.5M cancer-trial grant - The University of Arkansas for Medical Sciences has been awarded a multimillion-dollar grant from the National Institutes of Health for a phase 1 cancer clinical trial that could increase the effectiveness of a chemotherapy drug commonly used to treat breast cancer and lymphoma, among others.

Winds fan Northern California flames - Fueled by a trifecta of dangerous weather conditions -- strong winds, low humidity and high temperatures -- a series of wildfires, including a so-called megafire that has already charred more than 100,000 acres, continue to burn huge swaths of drought-dried vegetation in Northern California.

OPEC, allies agree to boost output - DUBAI, United Arab Emirates -- The Organization of the Petroleum Exporting Countries and allied nations agreed Sunday to raise the production limits imposed on five countries next year and boost their production by 2 million barrels per day by the end of this year, ending a dispute that roiled oil markets.

Low supply of patrol cars has law enforcement scrambling - SPRINGDALE -- Northwest Arkansas law enforcement is ready to roll, but the pace at which it can replace patrol vehicles has slowed.

Grant proposal for sheriff's youth baseball program on Pulaski County agenda - The Pulaski County sheriff's office wants to get back out on the baseball field.

DEF000465

Def.'s Ex. 1

Yvonne Richardson Community Center expansion in the works in Fayetteville - FAYETTEVILLE -- The city and the nonprofit board behind the Yvonne Richardson Community Center plan to make an extra effort to ensure the families who use the center the most have a say in its expansion.

Bella Vista veteran receives Legion of Honour medal - BELLA VISTA -- World War II veteran Kenneth "KB" Smith of Bella Vista was awarded the Legion of Honour medal by French Consul General Alexis Andres on July 7 at Lakepoint Restaurant.

## Arkansas Business

Hutchinson's Vaccination Tour Reveals Depths of Distrust - TEXARKANA, Ark. (AP) — Free lottery tickets for those who get vaccinated had few takers. Free hunting and fishing licenses didn't change many minds either. And this being red-state Arkansas, mandatory vaccinations are off the table.

Banner Profits for AFCU Accompany Long-Planned HQ Move - Arkansas Federal Credit Union is poised to move its headquarters from Jacksonville to Little Rock amid its most profitable season since its 1956 launch.

Former Premier Bank Employee Indicted for Embezzlement - A 61-year-old Crittenden County woman was recently indicted by a grand jury on a charge of embezzling money from Premier Bank of Arkansas.

Bull Home in Springdale Kept in Razorback Family - There was a double Razorback connection involved in a $2.25 million home sale that closed earlier this month.

Arkansas Q1 GDP Rises 6.9% - Real gross domestic product rose in all 50 states and the District of Columbia in the first quarter of 2021, while GDP for the nation increased at an annual rate of 6.4%, showing continued recovery from the pandemic-caused recession.

## Talk Business & Politics

Solar a viable option to power Arkansas poultry farms - Springdale native Millard Berry had an idea that would transform the agriculture industry in the Natural State.

UAMS Chancellor: Hospital full, bed and staffing shortage imminent - Health officials have been sounding the warning for weeks on the Delta variant of COVID-19, but it has yet to slow down the public health threat.

## Arkansas Times

The real aim of anti-critical race theory legislation: Silencing the long history of discrimination in the U.S. - The critical race theory hysteria is remarkable not only for the hysteria — built on nothing — but for its dishonesty.

## Politico

It's Not a Border Crisis. It's a Climate Crisis. - ALDEA XUCUP, PANZÓS, Guatemala — Here, in the small Mayan indigenous village of Xucup, men and boys pack tightly and stand in the back of pick-up trucks in the early morning, heading to the fields to check on their crops after a night of harsh rain.

Pollsters: 'Impossible' to say why 2020 polls were wrong - A new, highly anticipated report from the leading association of pollsters confirms just how wrong the 2020 election polls were. But nine months after that closer-than-expected contest, the people asking why are still looking for answers.

Chinese government recruiting criminal hackers to attack Western targets, U.S. and allies say - The Biden administration and U.S. allies on Monday blamed the Chinese government for a sprawling web of cyberattacks, including a blizzard of hacks into Microsoft email servers in March and intrusions for which Beijing partnered with cyber criminals.

## Newton County Times

(LR) Immediately delete vulgar text messages - LITTLE ROCK – Scammers have resorted to new lows in an age-old scheme to steal consumers' personal information. Attorney General Leslie Rutledge is once again warning Arkansans of phishing schemes where scam artists will send a link through text or email hoping the cell phone users will allow access to information on the phone.

## Magnolia Reporter

(LR) Traveling exhibit will highlight Arkansas' missing persons - A statewide traveling exhibit will bring attention to the stories of missing people in Arkansas.

## Texarkana Gazette

(AG) New election laws take effect July 28 in Arkansas - In the 2021 regular session, the legislature approved at least 25 new election laws that will go into effect on July 28.

## KTLO

(AG) Mountain Home to host one of eight public redistricting meetings - Mountain Home will play host to one of eight public meetings conducted by the Arkansas Board of Apportionment (ABA) on legislative redistricting in the state.

DEF000467
Def.'s Ex. 1

**Dylan Jacobs**

---

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Tuesday, July 20, 2021 7:27 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | July 20, 2021 Clips |

ADG

U.S., allies call China culprit in email hack - WASHINGTON -- The Biden administration and Western allies, including all NATO members, formally blamed China on Monday for a major hack of Microsoft Exchange email server software and asserted that criminal hackers associated with the Chinese government have carried out ransomware and other illicit cyberoperations.

Arkansas Tech sorry for fund bypass; student payments broke law, lawmaker tells university - The counsel for Arkansas Tech University on Monday apologized to state lawmakers for the school bypassing the state Department of Finance and Administration before paying $1.1 million in emergency financial aid grants to students.

Biden backs off Facebook claim - President Joe Biden on Monday balanced his earlier criticism of Facebook by blaming bad actors on the website for spreading dangerous misinformation about the coronavirus and vaccines, but he still called on the company to be more aggressive in combating the problem.

State's covid-19 cases, hospitalizations spike - The coronavirus appeared to continue to spread rapidly in Arkansas over the weekend, with the state's count of cases growing by more than 2,500 over a three-day span, the number of hospitalized virus patients rising by more than 100 and the state's death toll since the start of the pandemic topping 6,000.

Virus-fear renewal jars world markets - NEW YORK -- Resurgent pandemic worries knocked stocks lower from Wall Street to Tokyo on Monday, fueled by fears that a faster-spreading variant of the virus will upend the economy's strong recovery.

1st Capitol riot felony defendant sentenced to 8 months in prison - WASHINGTON -- A federal judge Monday handed down an eight-month prison term to the first person sentenced for a felony in the Jan. 6 Capitol breach, after an hourslong hearing that included arguments over whether the sentence would further divide the country, deter future attacks against the government or lead hundreds of others charged to plead guilty or face trial.

Guantanamo detainee released - WASHINGTON -- The Biden administration took a step Monday toward its goal of shutting down the Guantanamo Bay detention center for terror suspects, releasing into the custody of his home country a Moroccan who'd been held without charge almost since the U.S. opened the facility 19 years ago.

Proposal aims at intervention with Little Rock youths - An addition to this evening's meeting agenda of the Little Rock Board of Directors would authorize a contract with a local nonprofit for up to $200,000 in exchange for services aimed at conflict resolution and reducing violent incidents.

Little Rock School District proposes virus-shot incentive - Little Rock School District leaders are recommending an incentive of as much as $300 for all school system employees who are fully vaccinated against the covid-19 virus by Oct. 1.

California's public schools to offer free meal to all students - SAN FRANCISCO -- When classrooms in California reopen for the fall term, all 6.2 million public school students will have the option to eat school meals for free, regardless of their family's income.

DEF000468                                    Def.'s Ex. 1

U.S. set to relocate Afghans to Virginia - WASHINGTON -- The Biden administration said Monday that it would evacuate about 2,500 Afghans who worked for the U.S. government and their families to a military base in Virginia pending approval of their visas.

Pandemic leaves trash service with barely a bag to hold, Springdale City Council told - SPRINGDALE -- Waste Management, the company that provides trash collection for residential and commercial customers, soon will run out of collection bags. The company wants to provide stickers instead.

Roberts named to interim post at Arkansas Arts Academy in Rogers - ROGERS -- An interim chief executive officer will guide Arkansas Arts Academy through the next school year.

Highway department has amended plans for Arkansas 112 improvements in Northwest Arkansas, now seeking public input - The design for improvements and widening of Arkansas 112 to four lanes have changed since the Arkansas Department of Transportation first showed the plans to the public in December and residents are getting a look at them in a series of public input sessions this week.

## Arkansas Business

Pandemic Recession Ended in April 2020, Shortest on Record - WASHINGTON (AP) — It hit like a derailed train, was hugely destructive but short-lived.

J.B. Hunt Reports Q2 Net Earnings Up 41% - J.B. Hunt Transport Services Inc. of Lowell on Monday reported net earnings of $172.2 million, up 41% from the same quarter last year.

Denise Thomas to Lead World Trade Center Arkansas - Denise Thomas has been named to lead the World Trade Center Arkansas, making her the first Black woman to become CEO of a World Trade Center in the United States.

## Talk Business & Politics

J.B. Hunt profit rose 41%, revenue up 35% in second quarter - Lowell-based carrier J.B. Hunt Transport Services Inc. exceeded analysts' expectations in profit and revenue as freight demand surged in the second quarter.

State and national architecture leader with projects in Fort Smith and Northwest Arkansas has died - Michael LeJong, a leader in the state and national architecture industry, has died. He was 48. His high profile work includes the $55 million Windgate School of Art and Design at the University of Arkansas, and he was recently elected president of the Arkansas State Board of Architects, Landscape Architects and Interior Designers.

Delta variant overrunning NEA hospital systems; Jonesboro mayor urging vaccines - Delta Blues is a term describing music that was made and played in the Mississippi Delta region, but it could have a whole new connotation as the worst disease outbreak since the 1918 Spanish Flu pandemic grips the region once more. Arkansas has become one of the hot spots in the country for the spread of the Delta variant of the COVID-19 virus, and Northeast Arkansas is feeling the impact.

Retail sales rebound in June - Retail sales across the U.S. rebounded in June. Demand remains strong despite shifting away from goods to services and travel and declining automobile sales.

## Arkansas Times

Making sport of Garner's law - Who knows. Maybe lawyer Tom Mars is onto something here.

Arkansas in the spotlight again as COVID central - Today's it's CBS shining a light on the Trent Garner Memorial Surge.

From the trenches: Get a shot. - I was copied on this report from a Hot Springs hospital, which does deserve wider notice.

**Politico**

New academic center aims to 'strengthen' democracy in U.S. - A well-regarded elections law expert is launching a new center focusing on elections and free speech at the University of California-Irvine School of Law.

Senior House Dem trashes Senate's bipartisan infrastructure talks - A top House Democrat scorched the Senate's bipartisan infrastructure negotiations during a private call Monday, saying he hopes the talks fail 48 hours before a high-profile test vote in the upper chamber.

Biden's ATF pick has 'a lot of issues' says No. 2 Senate Dem leader - Senate Majority Whip Dick Durbin said Monday that "there are a lot of issues" with President Joe Biden's pick to oversee the nation's firearm regulations.

**SWARK**

**(LR)** Rutledge's Law Enforcement Round Up - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge announced recent noteworthy arrests and convictions through the Medicaid Fraud Control Unit (MFCU) of the Arkansas Attorney General's Office.

**Batesville Daily Guard**

**(LR)** AG notes medicaid fraud enforcement - LITTLE ROCK — Arkansas Attorney General Leslie Rutledge announced recent noteworthy arrests and convictions through the Medicaid Fraud Control Unit (MFCU) of the Arkansas Attorney Generals Office.

Def.'s Ex. 1

**Dylan Jacobs**

---

**From:** Stephanie Sharp
**Sent:** Monday, July 26, 2021 8:07 AM
**To:** Stephanie Sharp
**Subject:** July 26, 2021 Clips

ADG

(LR) School-race candidates in state hit snag on filing dates - The candidate filing period for the Nov. 2 school board elections begins this week -- amid some confusion about the actual first couple of days of it.

(LR) Attorney general wants '22 vote on income tax - Republican gubernatorial candidate Leslie Rutledge said she plans to try to get a proposed constitutional amendment that would eliminate the state's individual income tax on the 2022 general election ballot.

Hospitals' covid-19 cases jump by 44 in state - Another 44 people have been hospitalized with covid-19 in Arkansas, reflecting a delta variant that will not be tamed until more get vaccinated, the governor said Sunday.

Isolation space cut at schools in state: colleges set virus protocols for fall - FAYETTEVILLE -- Residence halls this fall at the University of Arkansas, Fayetteville will have far less isolation or quarantine housing compared with last year.

Pelosi picks Kinzinger for panel - WASHINGTON -- House Speaker Nancy Pelosi on Sunday named a second Republican critic of former President Donald Trump, Rep. Adam Kinzinger, to a special committee investigating the Capitol riot and pledged that the Democratic-majority panel will "get to the truth."

Central Arkansas Water weighs net-zero vow for emissions - The regional water utility Central Arkansas Water is considering adopting a net-zero carbon emissions pledge, according to officials.

Spa City pot-shop dispute is settled - HOT SPRINGS -- A dispute over ownership of the only licensed medical marijuana dispensary inside the Hot Springs city limits has been resolved, ending an almost two-year court battle.

Virus aid on North Little Rock council agenda - The North Little Rock City Council will finalize its pandemic wish list at its meeting tonight after receiving the first of two covid checks from the federal government.

Fauci expresses worry as variant spreads in U.S. - Dr. Anthony Fauci warned Sunday that the coronavirus pandemic is "going in the wrong direction" in the U.S. because too many Americans are still choosing not to get vaccinated. He also spoke on the possibility of renewed mask-wearing and of booster shots for vulnerable groups.

Spending stance by Pelosi gets GOP riled - WASHINGTON -- House Speaker Nancy Pelosi on Sunday said she wasn't backing off her plan to hold up a bipartisan infrastructure package until the Senate delivers a larger plan by Democrats that's expected later this year, prompting a rebuke from Senate Republicans.

Hoping to end extinctions, Iowa sculptor donates four bird replicas to Hot Springs library - Dean S. Hurliman carves sculptures of birds that are beautiful to look at and difficult to see.

Little Rock School District board to meet on mask proposal - A proposed resolution calling for state lawmakers to allow local decision-making in regard to requiring students and staff to wear face masks will be the subject of a special meeting of the Little Rock School Board at 5:30 p.m. today.

DEF000471
Def.'s Ex. 1

Arkansas Business

New Projects Follow $43M Harbor Town - The first new house built in the neighborhood immediately east of downtown Little Rock since 1995 is occupied, and scores of apartments will be ready within weeks.

AcreTrader Raises $10.3M - Farmland investing platform AcreTrader of Fayetteville has recently raised $10.3 million, according to filings this month with the U.S. Securities & Exchange Commission.

Otter Creek Villas Sold for $6.6M - This week, we serve up a six-pack of real estate transactions that includes apartments, commercial space and a home in Little Rock as well as undeveloped acreage in northwest Pulaski County and undeveloped apartment land in Sherwood.

Foreign Ownership in U.S. Corporate Stock Hits 40% - Foreign investors owned about 40% of U.S. corporate equity in 2019, up substantially over the last few decades, according to an Oct. 20 post by Steven M. Rosenthal and Theo Burke of the Urban-Brookings Tax Policy Center of Washington, D.C.

Arkansas Times

Spinning and grinning with Asa - CNN had the governor on again this morning to explain why a high-COVID, low vaccination state is doing everything just right.

Politico

'We're f---ed': Dems fear turnout catastrophe from GOP voting laws - ATLANTA — After Georgia Republicans passed a restrictive voting law in March, Democrats here began doing the math.

'No justification': Fed pressed to stop pumping cash into booming markets - Shortly after the pandemic struck last year, the Federal Reserve began buying billions of dollars in government debt every month to drive down borrowing costs and keep the economy from collapsing.

Leaders in under-vaccinated areas should 'speak out' amid virus surge, Fauci says - Anthony Fauci, the country's top infectious disease expert, on Sunday said more leaders in areas that are lagging in vaccination against the coronavirus should "speak out" to persuade people to get inoculated as the Delta variant surges.

The National Interest

(LR) Social Security Fraud: What It Looks Like and How Not to Get Scammed - Social Security has done a lot of good since its inception in the 1930s, including dramatically reducing poverty among the elderly over the course of the elderly. But very often, Social Security provides a benefit that others try to take away.

DEF000472                                    Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Wednesday, July 28, 2021 7:15 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | July 28, 2021 Clips |

ADG

Arkansas logs 2,052 new cases; deaths up by 10 - Arkansas' count of coronavirus cases rose by more than 2,000 on Tuesday for just the second time in a single day since February, while the number of patients hospitalized with covid-19 topped 1,000 for the first time since January.

State issues coronavirus guidelines for schools - New covid-19 guidelines call for Arkansas schools to maintain as many virus precautions as possible -- including mask use in classrooms where children are under age 12 or where vaccination status of students cannot be confirmed.

Bobbitt favors adding context on Fulbright - University of Arkansas System President Donald Bobbitt has recommended adding context to a statue of former U.S. Sen. J. William Fulbright "in a way that presents the full legacy" of Fulbright while keeping the statue in its current location on the Fayetteville campus.

Olympic champ Biles withdraws from all-around competition - TOKYO — Simone Biles will not defend her Olympic title.

In U-turn, CDC tells vaccinated to mask up - Revising a decision made just two months ago, the Centers for Disease Control and Prevention said Tuesday that people vaccinated against the coronavirus should resume wearing masks in public indoor spaces in parts of the country where the virus is surging.

Weather offers break in battling 2 wildfires - INDIAN FALLS, Calif. -- Cooler weather Tuesday helped calm two large wildfires in the U.S. West, but property losses mounted in a tiny California community savaged by flames last weekend and in a remote area of Oregon. Both areas are bracing for more hot, dry conditions that have been making the blazes so explosive.

Array of proposed projects unveiled on Little Rock use of $18.8M in aid - Members of the Little Rock Board of Directors on Tuesday heard a proposal for funding projects using the first half of direct aid from the federal American Rescue Plan Act.

County official: I-40 bridge east to open Sunday - The Interstate 40 bridge over the Mississippi River at Memphis is scheduled to start reopening Sunday night, just under 12 weeks after it was abruptly closed when a fracture affecting the integrity of the structure was discovered, according to Crittenden County's top executive.

Baker trial finishes 2nd day - The bribery trial of former lawmaker Gilbert Baker of Conway entered its second full day of testimony Tuesday as jurors heard from the nursing home magnate at the center of the case and an Arkansas Supreme Court justice.

Need in-person talks, bus drivers' union says - In this file photo passengers wait for their Rock Region Metro bus at the River Cities Travel Center in downtown Little Rock.
An official with the union representing Rock Region Metro bus drivers and maintenance personnel says the union wants in-person negotiations for a new labor agreement because virtual discussions are moving at a "snail's pace."

No statues on the way, park says - HOT SPRINGS -- The superintendent of Hot Springs National Park says it has "no intention" of acquiring statues of Confederate generals removed from downtown parks in Charlottesville, Va.

Walmart upgrades schooling benefit - Walmart said Tuesday that it will pay 100% of college tuition and books for its workers, allowing them to earn degrees or learn trade skills without going into burdensome debt.

Rogers council approves recycling upgrades - ROGERS -- Refurbishing rather than replacing a material baler at the city's recycling center will save more than $300,000 while preventing future shutdowns, according to the facility superintendent.

Northwest Arkansas candidates consider school board races amid filing date confusion - Those interested in running for one of two Bentonville School Board seats up for election this fall have a week to file, starting today, according to Benton County Clerk Betsy Harrell.

Bentonville City Council upholds rezoning denial - BENTONVILLE -- The City Council on Tuesday night upheld a Planning Commission decision not to rezone a piece of property on Southwest Regional Airport Boulevard.

Springdale approves easement to protect Rabbit Foot, land - SPRINGDALE -- The Springdale City Council on Tuesday night approved 8-0 a conservation easement for the property surrounding the historic Rabbit Foot Lodge.

Tontitown landfill expansion plan delayed until Aug. 31 - TONTITOWN -- Expansion of Northwest Arkansas' only landfill was tabled until at least Aug. 31 on Tuesday by the Tontitown Planning Commission as residents opposed another 12-year extension of the useful life of the 42-year-old facility.

Mother accused over boy's illnesses - A Saline County woman surrendered Tuesday on a felony warrant after authorities said she lied to doctors about the highly publicized illnesses of her young son.

County judge: I-40 bridge to begin opening this weekend - The Interstate 40 bridge over the Mississippi River at Memphis is scheduled to start re-opening Sunday night, just under 12 weeks after it was abruptly closed when a fracture affecting the integrity of the structure was discovered, according to Crittenden County's top executive.

Arkansas Business

Donald Bobbitt: Fulbright Statue Should Stay - LITTLE ROCK, Ark. (AP) — The leader of the University of Arkansas system on Tuesday proposed keeping a statue of the late Sen. J. William Fulbright on its flagship campus but add "contextualization" about his legacy, despite calls to remove the monument because of Fulbright's support of segregation.

Arkansas COVID-19 Hospitalizations Reach 1,025 - LITTLE ROCK, Ark. (AP) — The number of people hospitalized in Arkansas because of COVID-19 reached 1,025 on Tuesday as the governor and legislative leaders prepared to discuss calls to allow schools to require face masks.

$15 Wage Becoming A Norm As Employers Struggle to Fill Jobs - WASHINGTON (AP) — The signs and banners are dotted along suburban commercial strips and hanging in shop windows and restaurants, evidence of a new desperation among America's service-industry employers: "Now Hiring, $15 an hour."

Simmons First Q2 Profit Beats Wall Street Expectations - Simmons First National Corp. of Pine Bluff on Tuesday reported second-quarter net income of $74.9 million, up 27% from the same quarter last year.

Walmart Will Cover Tuition, Books for Its Live Better U Program - Walmart Inc. of Bentonville said Tuesday that it will pay full tuition and buy books for employees taking part in its Live Better U education program, removing the dollar-a-day fee for participants effective Aug. 16.

Talk Business & Politics

(LR) Education town halls scheduled for GOP, Democratic gubernatorial candidates - KATV and Talk Business & Politics will host two town halls focused on education in August that will provide forums for the Republican and Democratic candidates for Arkansas governor.

Ritter Communications investing $12 million in River Valley region - Ritter Communications announced Tuesday (July 27) it is investing $12 million to bring 100% fiber internet services and advanced cloud solutions to businesses in the Arkansas River Valley region.

Simmons First sees net income jump 27% - Simmons First National Corp. reported Tuesday (July 27) second quarter net income of $74.9 million. One year ago, the Pine Bluff-based financial institution posted quarterly net income of $58.8 million.

Walmart to expand college program with $1 billion investment - Walmart is ending the price of its $1 per-day college benefit for approximately 1.5 million U.S. employees and is instead making a $1 billion investment over the next five years to provide free tuition and books to any full-time or part-time employee at Walmart or Sam's Club taking part in the Live Better U program.

Chinese demand, lower inventories and drought spurring soybean markets as harvest approaches - Arkansas' soybean farmers are two months away from harvest, and both the cash and book markets for the crop are well into double-digit dollars. Markets closed Friday (July 23) as high as $14.31/bu. for cash crops and $13.51/bu. for crops that are booked. A series of factors are colliding to cause these continued price spikes as the harvest season looms.

Arkansas Times

State Supreme Court Justice takes witness stand in federal bribery trial of Conway lobbyist - Arkansas Supreme Court Justice Rhonda Wood testified Tuesday that she never talked with former Circuit Judge Michael Maggio about his decision to alter a jury's award in a nursing home negligence case in 2013 — a ruling that led to Maggio's imprisonment and to federal bribery charges against former lobbyist Gilbert Baker.

Little Rock board skeptical of city plans for spending federal relief money - Ongoing tension between the Little Rock Board of Directors and Mayor Frank Scott Jr. surfaced again Tuesday as several board members expressed skepticism for how the city administration has proposed to spend $18.8 million in federal relief funds.

Arkansas Children's Hospital urges vaccinations and masking. Family values anyone? - The Arkansas legislature talks a lot about family values, particularly the Republicans.

Governor Hutchinson: No decision on legislative session to fix COVID laws. - Governor Hutchinson's report on his meeting with House Speaker Matthew Shepherd and Senate President Jimmy Hickey on bringing the legislature back to fix problems with legislation tying local officials' hands in coping with COVID-19.

UPDATE Coronavirus today: Hospitalization number tops 1,000 and 2,000 new cases. Hospital group urges mandatory shots for health workers. - The COVID-19 count continues its rise.

State publishes new 'guidance' for schools to cope with COVID - The state has has issued its guidance for the coming 2021-22 school year in dealing with the pandemic.

CDC has new guidelines, new insight into COVID-19 transmission among vaccinated - New guidelines from the Centers for Disease Control call for masking indoors when in public, even for fully vaccinated people, in regions where the delta variant of the COVID-19 virus is spreading rapidly. Arkansas, that's us.

UA Board sets meeting on Fulbright recogition on Fayetteville campus - The University of Arkansas Board of Trustees will meet at 11 a.m Wednesday to consider System President Donald Bobbitt's recommendation for dealing with tributes to former Sen. J. William Fulbright on the Fayetteville.

Settlement discussions underway in suit over Little Rock police shooting of Bradley Blackshire UPDATE - A settlement is being discussed in the lawsuit filed by the estate of Bradley Blackshire, killed by then-Little Rock Police Officer Charles Starks when Blackshire tried to drive away from a traffic stop.

Eric Higgins to seek re-election as Pulaski sheriff - Eric Higgins has announced he'll seek election to a second four-year term as sheriff of Pulaski County.

Michael Morton takes stand in Baker bribery case; says he was enraged by jury verdict against his nursing home - Michael Morton, the nursing home magnate whose political contributions are key to the bribery charge against former Republican chair and former state Sen. Gilbert Baker, began testifying in Baker's trial in federal district court in Little Rock this morning.

Memorializing Fulbright - If everyone could agree that there is considerable irrationality, from the right and the left, in what they call the "cancel culture" movement, we might also agree that the late and often inscrutable J. William Fulbright offers a solution.

The COVID situation grows worse. Will the state act? - Governor Hutchinson says the state Education Department will provide (belated) guidance on the soon-to-begin school year in the time of a COVID-19 surge.

The not-ready-for-prime-time Arkansas legislature: When do COVID laws take effect, if they take effect at all? - It's clear as a practical matter that the legislature's closing rush to prohibit local public health rules on masking and vaccinations was a bad idea. The state is leading the country with a new surge of illness and death and school is about to begin with school leaders stripped of tools to curb infections.

## Politico

POLITICO Playbook: The return of masks, and the beginning of mandates - On Tuesday, two months after telling us (i.e. the vaccinated) that it was OK to be maskless, the CDC announced that fully vaccinated people should wear masks inside in areas where there is "substantial" or "high" Covid-19 spread.

Democrats press Biden to extend eviction ban - The White House is facing increasing pressure from Democrats in Congress to extend the federal eviction ban before it expires this weekend amid persistent bottlenecks in the distribution of rental aid.

Canada-U.S. border reopening threatened by 'dramatic' disruption after strike vote - OTTAWA — An intensifying labor dispute is threatening to snarl Justin Trudeau's plans to reopen the Canadian border to vaccinated Americans.

Warren urges Yellen to crack down on cryptocurrency - Sen. Elizabeth Warren is pressing Treasury Secretary Janet Yellen to rally federal agencies to develop a "coordinated and cohesive regulatory strategy" on cryptocurrencies, which the Massachusetts Democrat says pose growing risks to the financial system.

## Daily Citizen

(LR) Rutledge calls for putting tax elimination on '22 ballot - LITTLE ROCK, Ark. (AP) — Arkansas Attorney General Leslie Rutledge said Thursday that while running for the Republican nomination for governor, she also will try to put on next year's ballot a proposition to end the state's individual income tax.

## KUAR

(LR) Candidates For Governor Of Arkansas To Take Part In Education Forums - Two town hall meetings are being planned for next month featuring candidates vying for the Democratic and Republican nominations for Arkansas Governor.

KATV

(LR) Education town halls scheduled for GOP, Democratic gubernatorial candidates - LITTLE ROCK, Ark. (TB&P) — KATV and Talk Business & Politics will host two town halls focused on education in August that will provide forums for the Republican and Democratic candidates for Arkansas governor.

Magnolia Reporter

(LR) Income tax cuts without spending cuts can be disastrous - Attorney General Leslie Rutledge has announced an effort to eliminate Arkansas' income tax, but she hasn't released the details about how the numbers would add up afterwards.

Baxter Bulletin

(LR) Mountain Home native police major receives award - Retired Arkansas State Police Maj. Mark Hollingsworth, 60, of Mountain Home was awarded the Arkansas Attorney General Star of Excellence Award on July 22.

Newton County Times

(LR) Rutledge announces in-coming officials - LITTLE ROCK — Arkansas Attorney General Leslie Rutledge today announced the departure of Chief of Staff Cory Cox in mid-August as he transitions to work in the private sector. Cox was named Chief of Staff in October 2017 and has worked in state government for more than 20 years. With the departure of Cox, Rutledge appointed her current Deputy Chief of Staff Brian Bowen of Little Rock to serve as Chief of Staff and Kerry Jucas Moody of Little Rock to serve as Deputy Chief of Staff.

Times Record

(LR) Arkansas receiving $216 million from drug manufacturers for their role in opioid epidemic - Arkansas will receive $216 million from opioid manufacturers Cardinal, McKesson, AmerisourceBergen, and Johnson & Johnson that will go toward treatment and prevention of another opioid epidemic.

SWARK

(LR) Watermelon Festival Parade: an 'appetizer for the main dish' [PHOTOS] - The Watermelon Festival kicked off Monday evening with the first Watermelon Festival Parade since the 1970s with many people in attendance.

Paragould Daily Press

(LR) The campaign for cash - Four Democrats and two Republicans have already raised a total of $11,157,683 for their Arkansas gubernatorial campaigns, but $9,107,937 of that has all gone to Republican candidate Sarah Huckabee Sanders.

DEF000477
Def.'s Ex. 1

**Dylan Jacobs**

---

**From:** Stephanie Sharp
**Sent:** Thursday, July 29, 2021 7:42 AM
**To:** Stephanie Sharp
**Subject:** July 29, 2021 Clips

ADG

(LR) Attorney general sues Arkansas couple accused of lying about son's illnesses - A Saline County couple face a lawsuit from the attorney general's Office after authorities said the two lied to doctors about the highly publicized illnesses of their young son.

(LR) State sues, cites couple's lies - A Saline County couple faces a lawsuit from the state attorney general's office after authorities said the two lied to doctors about the highly publicized illnesses of their adopted son.

(AG) Ruling paves way for firm's marijuana case to go to trial - A Little Rock company rejected for a medical-marijuana growers license for a Jacksonville site won a partial victory in court this week over its claims that state regulators wrongly awarded the license to a Fort Smith grower.

Health official seeks to boost hospital space - With Arkansas' covid-19 cases continuing to soar, the state's top public health official said Wednesday that he will seek money from the state's allocation of coronavirus relief funds to expand hospital capacity.

CDC guidelines renew bitter division on masks - New guidance from the federal government set off a cascade of mask rules across the nation Wednesday as cities, states, schools and businesses raced to restore mandates and others pushed back against the guidelines at a time when Americans are exhausted and confused over constantly shifting pandemic measures.

I-40 bridge begins reopening Monday - The Interstate 40 bridge over the Mississippi River at West Memphis will be among the safest bridges in Arkansas once it fully reopens next week, the top transportation official in the state said Wednesday.

Fulbright's UA statue to stay, put in context - The University of Arkansas System board of trustees Wednesday approved a resolution that will keep a statue of former U.S. Sen. J. William Fulbright in its current spot on the Fayetteville campus but with added context to show Fulbright's "complex legacy."

Ex-judge testifies in Baker's bribe trial - The bribery trial of former lawmaker Gilbert Baker of Conway entered its third day of testimony Wednesday with former Circuit Judge Mike Maggio taking the stand to testify about Baker's role in raising campaign funds that ended up with Maggio in prison and Baker on trial.

GOP members in House deride new mask edict - WASHINGTON -- House Republicans on Wednesday angrily criticized a new order from the Capitol Hill physician to wear masks inside the Capitol because of the spread of the delta variant of the coronavirus, leading Speaker Nancy Pelosi to call House Minority Leader Kevin McCarthy a "moron" over his argument that the decision was not based on science.

Pfizer says vaccine's strength ebbs a bit over time - Pfizer reported Wednesday that the power of its two-dose covid vaccine wanes slightly over time, but nonetheless offers lasting and robust protection against serious disease. The company suggested that a third shot could improve immunity, but whether boosters will be widely needed is far from settled, the subject of heated debate among scientists.

DEF000478                                                      Def.'s Ex. 1

Scott says Little Rock alive and well, out of tunnel - Little Rock Mayor Frank Scott Jr. during a virtual conference on local government Wednesday told an interviewer that "on the other side of a global pandemic, I'm happy to report that Little Rock is alive and well."

College erasing student balances - Returning students at Philander Smith College this fall will have unpaid balances from last year wiped clean from their student accounts.

Little Rock tenants describe poor living conditions - Sharon Jackson estimates she spends $40 per month on bleach and cleaning supplies, which she uses every day, to remove the smell of sewage from her apartment in southwest Little Rock.

Inquired on Lee statue, Hot Springs man says - A Hot Springs man who inquired about purchasing a Gen. Robert E. Lee statue removed from Charlottesville, Va., earlier this month says a misunderstanding created a false belief that the request was from Hot Springs National Park.

Program at UAPB helps couple's farm-owning dreams come true - Thirty years ago, Kenneth Carswell knew he had met his soulmate when he went on a date with Jacqueline Rhodes. During the dinner out, the conversation turned toward their individual goals for the future. It just so happened that Kenneth and Jacqueline had the same dream -- to someday own and retire to a farm.

School weighing steps as classes near - Without the ability to mandate face masks, Friendship Aspire Schools officials are in the same position as other public school leaders, thanks to Arkansas Act 1002, which went into effect Wednesday.

Arkansan Browning wins silver medal in women's trap shooting - After Greenbrier's Kayle Browning missed two of her 25 shots in the first round of qualifying in women's trap shooting at the Tokyo Olympics, she began to climb out of the middle of the pack.

Regional planners look to dole out $9 million for 2022 projects in Northwest Arkansas - SPRINGDALE -- Regional planners have a list of proposed transportation and trail projects for next year that will use about $9 million the region receives from the Federal Highway Administration.

Springdale to study infrastructure costs for sewer system - SPRINGDALE -- The pace of growth in Northwest Arkansas is quickly overcoming existing infrastructure, and the Water and Sewer Commission wants the developers to help pay to add more.

Arkansas Business

I-40 Bridge Over Mississippi River to Begin Reopening - MEMPHIS — The Interstate 40 bridge linking Arkansas and Tennessee that was closed after a crack was found in the span will begin reopening to traffic next week, transportation officials said Wednesday.

UA Board Backs Plan to Keep Fulbright Statue - LITTLE ROCK, Ark. (AP) — The University of Arkansas Board of Trustees on Wednesday approved a plan to keep a statue of the late Sen. J. William Fulbright on its flagship campus, despite calls to remove it because of his opposition to integration.

Murphy USA Reports Solid Q2 Profit of $128M - Murphy USA of El Dorado, the gasoline and convenience retailer with more than 1,650 outlets nationwide, announced strong second-quarter results after the close of the stock market Wednesday, including net income of $128.8 million and revenue of $4.45 billion.

Arkansas Virus Cases, Hospitalizations Continue to Climb - LITTLE ROCK, Ark. (AP) — Arkansas on Wednesday reported 1,703 new coronavirus cases as the number of people in the state hospitalized because of the virus continued to climb.

Talk Business & Politics

UA trustees keep Fulbright College name, statue in place - The University of Arkansas Board of Trustees approved Wednesday (July 28) a resolution to leave the statue of former U.S. Sen. J. William Fulbright where it is on the University of Arkansas at Fayetteville campus, but to provide "historical context" for the monument to the longtime leader.

'Challenging' operating environment pares Murphy USA profits - Operational challenges lowered Murphy USA's quarterly profit, but it was still a strong financial showing for the El Dorado-based gasoline convenience store chain.

Walmart to sell technology services to smaller online retailers - Taking another play from Amazon's operational game plan, Walmart has partnered with the Adobe Commerce retail platform to sell its cloud-based tech and fulfillment services to smaller retail operations in hopes of improving and growing their marketplace businesses.

EPA grants 'crisis exemption' for rice farmers due to armyworms - The worst outbreak of armyworms in recent memory could cost Arkansas farmers millions of dollars in crop losses, but rice farmers just received a bit of good news. The federal Environmental Protection Agency on Wednesday (July 28) granted a crisis exemption enabling growers to use a needed insecticide.

Harps Food Stores has record revenue year amid COVID challenges - Harps Food Stores Inc. has plenty to celebrate in its 91st year of business. The Springdale-based company has come a long way since founders Floy and Harvard Harp opened the Harps Cash Grocery in downtown Springdale with $500 in 1930. Today, Harps is one of nine regional grocers servicing the southern part of the U.S. The company is also one of the largest privately-owned businesses in Arkansas.

I-40 Memphis bridge to reopen with limited use on Monday - The Arkansas Department of Transportation (ARDOT) announced Wednesday (July 27) that the I-40 Hernando de Soto Bridge over the Mississippi River will reopen Monday, Aug. 2 under limited traffic while contractors finish their work.

Arkansas Times

(LR) Civil suit added to 'Munchausen by proxy' case - A civil suit was added to a criminal charge already filed against Kristy Beth Schneider of Alexander, who's alleged to have lied about illnesses to her son to deceive others.

(AG) Fighting for police information at Little Rock City Hall - Robert Newcomb, an attorney for police officers locked in conflict with Little Rock Police Chief Keith Humphrey, has had to go to court to get information he can't dislodge from city officials.

UPDATE: Coronavirus today: 1,703 new cases, 12 more deaths and a Hutchinson news conference - With hospitalization numbers continuing a three-week rise, Governor Hutchinson has added a 1:30 p.m. Capitol news conference Thursday to his weekly schedule.

Tom Cotton not only schmoozes Big Tech for big bucks, he'll join Ron DeSantis - More from Teddy Schleifer, a writer on the billionaire beat, who reported a few days ago that Sen. Tom Cotton, scourge of Big Tech, was having a $2,500-to-$5,000-a-head breakfast at a fancy hotel in Menlo Park, Calif., home of Facebook.

Now if the governor and legislators could be like the Craighead County sheriff ... - How about that? An elected official with a backbone.

Dicamba intrudes on the grave of an Arkansas legend, Lily Peter - Maylon Rice, who writes a column for papers in Northwest Arkansas, writes today about an Arkansas historical figure apparently besmirched by the controversial weed-killer dicamba.

UA Board approves System president's recommendations on Fulbright at Fayetteville campus - The University of Arkansas Board of Trustees after a brief discussion unanimously approved System President Donald Bobbitt's recommendations on dealing with tributes to former Sen. J. William Fulbright.

Pediatrician, infectious disease expert and grandfather Gary Wheeler offers COVID guidance for worried parents - School starts in a couple of weeks, and with COVID-19 infection numbers, mask policies and legislative action/inaction still so hard to predict, Arkansas parents are rightfully losing their shit.

UPDATE: Gilbert Baker trial: Attorney says Supreme Court justice implicated by Maggio. He testifies he lowered judgment to get campaign cash - Arkansas Supreme Court Justice Rhonda Wood completed initial testimony this morning in the bribery trial of former Republican Party chair and senator Gilbert Baker, who is accused of funneling money from nursing home owner Michael Morton to then-Circuit Judge Michael Maggio, who reduced a verdict against a Morton nursing home in a negligence death by $4.2 million.

Faculty survey: Democrat-Gazette publisher's 'values' rejected as standard for journalism school named for him - More reporting from NC Policy Watch on the continuing controversy at the University of North Carolina over intervention by conservative Republicans, including UNC grad and Arkansas Democrat-Gazette owner Walter Hussman, to prevent the journalism school from hiring 1619 Project creator Nikole Hannah-Jones as a tenured distinguished faculty member.

How bad is the COVID situation in Arkansas? Not bad enough yet to grow spines in legislative 'leadership' - Can we agree, at least governor, that there's a third surge?

Tom Mars moves ahead with lawsuit plans, urges governor and legislature to act - Lawyer Tom Mars, after news of a non-decision by Governor Hutchinson and legislative leaders yesterday on restoring some health powers to local governments and school boards, stepped up his call for action and a promise of legal action to challenge the law banning mask mandates.

Politico

House passes first $67B in funding bills amid bid to bolster government spending - House Democrats passed their first two spending bills Wednesday as the next government shutdown threat looms nine weeks away, an attempt to display unwavering "unity" among the ranks of their slim majority to bolster the party's negotiating stance.

Senate nears make or break vote on infrastructure - The Senate's bipartisan infrastructure proposal is set to move forward on Wednesday night, after Senate Republican negotiators appeared to lock down the necessary votes.

Abbott aims to restrict immigrant travel through Texas, citing rising Covid-19 infections - Republican Gov. Greg Abbott issued an executive order Wednesday designed to restrict border entries in Texas, saying the action will cut down on Covid-19 infections, as his party continues to criticize the president's handling of the border.

Vaccinated visitors from EU and US to avoid quarantine in England - LONDON — Travelers from the European Union and the United States who are fully vaccinated against the coronavirus will soon be able to avoid quarantine when arriving in England.

Saline Courier

(LR) AG announces Schneider lawsuit - Arkansas Attorney General Leslie Rutledge has announced that her office will file a civil lawsuit against Kristy and Eric Schenider in regards to illegally obtained funds raised to allegedly help aid in the care of their supposedly terminally ill son, "Louie."

KATV

Def.'s Ex. 1

**(LR)** [Arkansas AG sues couple for lying about son's medical condition to collect donations](#) - LITTLE ROCK (KATV) — The Arkansas Attorney General's Office is suing a couple for fraud after they allegedly collected thousands of dollars in donations by lying about their adopted son's medical condition.

My Northwest

**(LR)** [Couple accused of lying about son's health to get donations](#) - An Arkansas boy received unneeded medical procedures and drugs based on lies his parents told doctors and charities about his health to get donations, according to a lawsuit filed Wednesday by the state attorney general.

Newsweek

**(LR)** [Couple Accused of Collecting Over $31K in Donations for Son's Fake Health Problems](#) - The parents of a boy in Arkansas who received unnecessary medical procedures and drugs lied to doctors and charities about the boy's health to get donations, a lawsuit filed by the state attorney general claims.

KTVE

**(LR)** [Leslie Rutledge files lawsuit against Arkansas couple for falsifying their child's health condition to receive charitable donations](#) - LITTLE ROCK, Ar. (KTVE/KARD) — Arkansas Attorney General Leslie Rutledge announced today that she is filing a lawsuit against Kristy and Erik Schneider, an Arkansas couple that wrongfully misrepresented that their child was deathly ill.

Log Cabin Democrat

**(LR)** [Arkansas AG sues couple for lying about son's medical condition to collect donations](#) - The Arkansas Attorney General's Office is suing a couple for fraud after they allegedly collected thousands of dollars in donations by lying about their adopted son's medical condition.

KLRT

**(LR)** [Arkansas AG files lawsuit against Saline Co. parents accused of falsifying child's illness](#) - LITTLE ROCK, Ark. – Arkansas Attorney General Leslie Rutledge filed a lawsuit on Wednesday against two parents accused of falsifying their child's illness for profit.

SWARK

**(LR)** [Rutledge Files Lawsuit Against Kristy and Erik Schneider for Falsifying Their Child's Health Condition to Receive Charitable Donations](#) - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge filed a lawsuit today against Kristy and Erik Schneider, from Saline County, who wrongfully misrepresented that their minor child was deathly ill resulting in the Schneiders receiving over $31,000 in charitable contributions and assistance from Arkansas consumers, organizations, and law enforcement agencies. The Schneiders falsified their child's health condition to medical providers and lied to the general public in order to provoke an outpouring of well wishes, which often resulted in donations. The complaint alleges the Schneiders' actions violated the Arkansas Deceptive Trade Practices Act (ADTPA).

University of Colorado – Colorado Springs

**(AG)** [UCCS announces Hull as new Managing Counsel](#) - The University of Colorado System has announced the hire of Amanda "Mandy" Hull as the new Managing Counsel for the University of Colorado Colorado Springs campus. Hull joins

UCCS from the University of Arkansas at Little Rock, where she was most recently the Associate Vice Chancellor of Human Resources and Policy Advisor to the Chancellor.

## Honduras News

**(LR) -** The couple accused of picking up more than $ 31,000 in donations for their son's false health problems - The boy's parents in Arkansas, who received unnecessary medical procedures and medication, lied to doctors and charities about the boy's health in order to receive donations, the prosecutor's lawsuit claims.

## KTLO

**(LR)** Arkansas couple accused of lying about son's health to get donations - UNDATED (AP) – An Arkansas boy received unneeded medical procedures and drugs based on lies his parents told doctors and charities about his health to get donations, according to a lawsuit filed Wednesday by the state attorney general.

## Magnolia Reporter

**(LR)** Arkansas attorney general promotes El Dorado native - Kerry Jucas Moody of Little Rock has been appointed to serve as deputy chief of staff to Attorney General Leslie Rutledge.

## Fox 5 Vegas

**(LR)** Couple accused of lying about son's health to get donations - An Arkansas boy received unneeded medical procedures and drugs based on lies his parents told doctors and charities about his health to get donations, according to a lawsuit filed Wednesday by the state attorney general.

## Washington Newsday

**(LR)** A couple has been accused of collecting over $31,000 in donations for their son's fictitious health issues. - A couple has been accused of collecting over $31,000 in donations for their son's fictitious health issues.

DEF000483
Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Friday, July 30, 2021 7:21 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | July 30, 2021 Clips |

ADG

**(LR)** AG's chief of staff taking new job - Attorney General Leslie Rutledge's chief of staff, Cory Cox, will depart next month for a job in the private sector and Rutledge will promote Deputy Chief of Staff Brian Bowen to replace Cox, Rutledge announced this week.

Sharp shooting: Arkansas' Kayle Browning earns silver medal - After Greenbrier's Kayle Browning missed two of her 25 shots in the first round of qualifying in women's trap shooting at the Tokyo Olympics, she began to climb out of the middle of the pack.

Capitol safety, riot debt, Afghan visas bill passes - WASHINGTON -- Congress overwhelmingly passed emergency legislation Thursday to bolster security at the Capitol, repay debts from the violent Jan. 6 insurrection and increase the number of visas for allies who worked alongside Americans in the Afghanistan war.

New K-8 school tops Little Rock district list - A new kindergarten-through-eighth grade school on the site of the vacant McClellan High is the Little Rock School District's top construction priority, Superintendent Mike Poore said Thursday.

Suit: Huntsville School Board broke law - The Huntsville School District violated the Arkansas Freedom of Information Act when its Board of Education held a special meeting regarding students accused of sexual assault, according to a lawsuit filed Wednesday in Madison County Circuit Court.

Governor reinstates emergency - Gov. Asa Hutchinson on Thursday reinstated Arkansas' public health emergency and said he would call a special session to lift a state law's prohibition on mask requirements for kindergarten through 12th-grade public schools.

Federal workers get shot mandate - WASHINGTON -- President Joe Biden announced Thursday that all federal employees and on-site contractors will have to be vaccinated against the coronavirus or be required to wear masks and undergo repeated testing, an order that will affect millions of workers and is designed to be a model for other employers.

Judge to state: Try to restart  jobs relief - Pulaski County Circuit Judge Herbert T. Wright Jr. on Thursday ordered the state to try to resume its participation in a federal unemployment assistance program that Gov. Asa Hutchinson had sought to end.

Illness of prosecutor rattles bribery trial - The bribery trial of former state Sen. Gilbert Baker was nearly upended Thursday for a second time related to a covid-19 scare after Assistant U.S. Attorney Patrick Harris was reported to have taken ill with a fever and other symptoms after leaving court Wednesday.

Arizona GOP-led audit of '20 vote ends - The Arizona Senate returned nearly 2.1 million ballots to the control of the state's largest county Thursday as the GOP-led recount of votes cast in the 2020 presidential election drew to a rocky close, marked by upheaval that is likely to further undermine public confidence in its conclusions, set to be announced next month.

DEF000484
Def.'s Ex. 1

Revising ban seen as 'heavy lift' for governor - Gov. Asa Hutchinson acknowledged Thursday that legislative leaders advised him it would be "a heavy lift" to change state law to allow school boards to decide whether to require people to wear masks in public school to help prevent the spread of the coronavirus.

LR denies bid for documents on police chief - Little Rock this week declined to release records to the Arkansas Democrat-Gazette when asked for materials related to an investigation of complaints within the Police Department that was overseen by an Arkansas Tech University professor.

UA emphasizes flexibility going into school year - FAYETTEVILLE -- No specific covid-19 criteria have been set that would trigger a campus pivot to remote learning this fall at the University of Arkansas, Fayetteville, said Bill Kincaid, UA's acting chancellor.

North Little Rock fire crews face sick staff, more calls - With the delta variant surging across the state, a wave of covid-19 has hit the North Little Rock Fire Department, its chief said.

2 more lawsuits filed over diagnosis errors at VA - FAYETTEVILLE -- Two more lawsuits have been filed against Veterans Health Care System of the Ozarks over missed diagnoses linked to a former pathologist now imprisoned for involuntary manslaughter.

School chiefs welcome special session - Dumas School District Superintendent Kelvin Gragg made his voice heard and Gov. Asa Hutchinson is taking action.

Year's 4-H O-Rama takes hybrid approach to state-level contests - Arkansas 4-H members from around the state are meeting this week, in person and virtually, for the Arkansas 4-H O-Rama, the annual gathering to elect new state officers, compete at the state level in events ranging from fly fishing to tractor maneuvers, and more.

State redistricting board told of lack of '20 U.S. census data - Representatives of the Arkansas Board of Apportionment held the first redistricting hearing Thursday evening, where members explained to the public how the process is taking place when the state still doesn't have population numbers from the U.S. Census Bureau.

JPs approve 'pro-life' resolution - BENTONVILLE -- The Benton County Quorum Court passed a "pro-life" resolution Thursday night.

## Arkansas Business

Governor Calls Special Session on Mask Law, Declares Emergency - Gov. Asa Hutchinson said Thursday he will call a special legislative session, likely next week, to consider amending a law prohibiting mask mandates by state and local governments — a move that could allow public K-12 school districts to implement their own mask policies.

Arkansas Judge Orders State to Resume Extra Jobless Aid - LITTLE ROCK, Ark. (AP) — A judge has ordered Arkansas to resume its participation in supplemental federal unemployment assistance that the state cut off to thousands of workers.

U.S. Jobless Claims Down 24,000 to 400,000 As Economy Recovers - WASHINGTON (AP) — The number of Americans collecting unemployment benefits slid last week, another sign that the job market continues to recover rapidly from the coronavirus recession.

U.S. Economy Surpasses Pre-Pandemic Size With 6.5% Q2 Growth - WASHINGTON (AP) — Fueled by vaccinations and government aid, the U.S. economy grew at a solid 6.5% annual rate last quarter in another sign that the nation has achieved a sustained recovery from the pandemic recession. The total size of the economy has now surpassed its pre-pandemic level.

Talk Business & Politics

(LR) Judge orders state to return to supplemental unemployment program - Jobless workers who received supplemental unemployment benefits until Gov. Asa Hutchinson removed the state from the program could receive those benefits once more.

Democratic Senate candidate Dan Whitfield says infrastructure spending needs to grow - 2022 Democratic U.S. Senate hopeful Dan Whitfield said he thinks a $1 trillion bipartisan deal on infrastructure doesn't go far enough, and if he's elected, he wants to see more spent on traditional and non-traditional infrastructure investment.

First half 2021 income up 123.7% at USA Truck; revenue up 31.1% - A national and global supply chain facing far more demand than capacity to deliver has helped Van Buren-based USA Truck turn the corner on what was a financially tough 2020. First-half 2021 revenue is up more than 30% and net income is up 123.7%.

Arts integration designed to improve physician empathy, communication skills - The arts play a fundamental role across all ages and levels of education in multiple areas, said Dr. Elizabeth McClain, chief wellness officer for Arkansas Colleges of Health Education. And in the coming months, it will play an important role in education at ACHE.

Governor declares new health emergency; calls special session to address changes for local control - With a rising surge in COVID-19 cases, Gov. Asa Hutchinson said Thursday (July 29) he has established a new public health emergency and will call a special session for next week to ask Arkansas lawmakers to change restrictions on local control that were changed under Act 1002.

UA extends Dave Van Horn's contract through 2031 - The University of Arkansas has signed Razorback baseball coach Dave Van Horn to a new long-term contract that should keep him Fayetteville for the next decade.

Arkansas Times

(LR) COVID: The legal challenge - Tom Mars continues to threaten, but has not yet filed, a lawsuit challenging the state law banning mask mandates.

COVID: Horror tales from the hospital trenches - The Internet is full of COVID horror stories and reports on exponential growth in cases while the legislature and governor dither. The problem in Garland County reported by KATV above is but one example.

COVID: A report of hospital action on vaccinations today, but none followed - A reliable source says Little Rock area hospitals will announce this morning that they will begin requiring vaccinations of staff and masks.

Coronavirus today: Governor declares emergency and will convene special session to ask for repeal of mask mandate ban for K-12 schools, but no other specific measures to cope with surge - "It's not a good day," the governor said as he opened a news conference with a huge increase in new cases that seems likely to continue to fuel more hospital demand.

Judge reinstates federal unemployment benefits - Good news for 69,000 Arkansans who lost 10 weeks of federal COVID unemployment benefits because of an executive order by Governor Hutchinson.

U.S. attorney in Gilbert Baker bribery case out sick, being tested for COVID - Federal Judge Price Marshall, presiding over the bribery trial of former Republican chair and senator Gilbert Baker, announced this morning that Assistant U.S. Patrick Harris, one of the main government lawyers in the case, had become ill last night and developed a fever.

Politico

White House tries to preempt criticism of vaccination-or-test policies - The White House attempted to neutralize criticism ahead of its anticipated vaccination rules for federal employees.

Biden's economic gains come with newer worries about the future - The economy expanded by 6.5 percent in the second quarter of the year, a weaker-than-expected performance that underscores the forces dragging on growth as the U.S. struggles to recover from the crippling Covid-19 pandemic.

House passes Capitol security bill, sending to Biden's desk - Both the House and Senate on Thursday easily passed a bill addressing Capitol security concerns exacerbated by the Jan. 6 insurrection, following weeks of deadlock.

SWARK

(LR) Special Master Urges Supreme Court to Rule for Rutledge-led Coalition on Millions Owed in Unclaimed MoneyGram Funds - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge issued a statement following the report submitted to the U.S. Supreme Court by Special Master Judge Pierre N. Leval. The report recommends that the Supreme Court rule in favor of a bipartisan, 29-state coalition led by Attorney General Rutledge and hold that this coalition is entitled to more than $200 million dollars in unclaimed funds that MoneyGram Payment Systems, Inc., improperly sent to Delaware. If the Supreme Court adopts the report's recommendation, Judge Leval will then conduct further proceedings to determine precisely how much money Delaware owes Arkansas and each of the 28 other states in its coalition. Arkansas is owed upwards of $650,000 on unclaimed funds.

KAIT

(LR) Couple accused of lying about son's health to get donations - LITTLE ROCK, Ark. (AP) - A lawsuit accuses an Arkansas couple of lying about their son's health to get donations.

Oxygen

(LR) Mom Accused Of Faking Adopted Son's Illness, Forcing Him To Undergo Painful Procedures, For Her Own Benefit - An Arkansas woman has been accused of faking her adopted son's mysterious illness, forcing him to endure painful and unnecessary medical procedures as her family raked in cash from the community.

Newton County Times

(LR) AG files lawsuit for falsifying child's health to get donations - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge filed a lawsuit today against Kristy and Erik Schneider, from Saline County, who wrongfully misrepresented that their minor child was deathly ill resulting in the Schneiders receiving over $31,000 in charitable contributions and assistance from Arkansas consumers, organizations, and law enforcement agencies.

Courthouse News

(LR) Adoptive parents - LITTLE ROCK, Ark. — The state of Arkansas filed a lawsuit accusing a couple of falsely claiming their adopted son was deathly ill to get over $30,000 in donations from charities and individuals. The state's attorney general also says the boy received unnecessary medical procedures and drugs based on the lies.

Deseret

(AG) Can you add fraud, price gouging to things that vexed you during COVID-19? - American families know well the pain of school and business closures, remote work, layoffs and travel restrictions that resulted from COVID-19. But the pandemic also brought families a slew of challenges in the form of fraud, price-gouging, canceled prepaid events like vacations, changing refund policies, undelivered services and improbable cures.

DEF000487

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Saturday, July 31, 2021 12:49 PM |
| **To:** | Stephanie Sharp |
| **Subject:** | July 31, 2021 Clips |

ADG

**(LR)** Little Rock district draws up suit on mask law - Superintendent Mike Poore is recommending that the Little Rock School District challenge in court the constitutionality of Act 1002 of 2021 that prohibits school systems from requiring students and employees to wear masks.

Governor heckled at covid forum - SILOAM SPRINGS -- Gov. Asa Hutchinson met resistance when he arrived with his pro-vaccine message Friday for the latest in his series of covid conversations.

Hooping for another country is side door to the Olympics for native Arkansan, others - SAITAMA, Japan — Yvonne Anderson knew playing in the Olympics for the U.S. was a longshot at best. Realistically, it was likely never going to happen.

So far, state infections unabating - Coronavirus cases appeared to be continuing to surge in Arkansas on Friday as the state's count of cases rose by 2,544 -- the second-largest one-day new case total since January.

Early finish lets I-40 bridge reopen tonight - The eastbound lanes of the Hernando de Soto bridge over the Mississippi River are scheduled to reopen tonight -- 81 days after the bridge was closed because of a crack in a metal beam.

CDC: Variant spread possible, shots or not - Fully immunized people with so-called breakthrough infections of the delta variant may spread the virus to others just as easily as unvaccinated people, the Centers for Disease Control and Prevention said in a report published Friday.

Walmart tells staff masking on again - Walmart Inc. on Friday resumed the mask requirements for employees that it had relaxed earlier this summer when covid-19 infection numbers dropped.

Afghan helpers reach U.S. on first flight out; interpreters, guides to start new lives - WASHINGTON -- The first group of Afghans promised refuge by the Biden administration for helping the U.S. during the 20-year war in Afghanistan landed on American soil early Friday, starting a new chapter after years of waiting.

No vote set to extend eviction moratorium - WASHINGTON -- Hours before a nationwide eviction moratorium is set to expire, Congress raced Friday to try to extend the ban in a long-shot effort to prevent millions of Americans from being forced from their homes during a covid-19 surge.

Renters advocates in Arkansas fear evictions rise when ban expires - The end of the federal eviction ban Sunday foreshadows troublesome spikes in evictions and homelessness throughout Arkansas in the coming months, advocates for renters and for unhoused people said Friday.

State board extends prison mask mandate - The state Board of Corrections approved multiple measures Friday afternoon to target covid-19 infections in the state's prison system, including buying 112,000 rapid testing kits, increasing inmate incentive pay to $25 and extending a mask mandate at prisons until Aug. 30.

DEF000489                                                                    Def.'s Ex. 1

State investigating city car sales - A spokesperson for the Arkansas State Police confirmed that the agency is investigating allegations of unauthorized sales of Pine Bluff city-owned vehicles.

Municipal Campus set for secure start Monday in Springdale - SPRINGDALE -- City officials have touted the Municipal Campus now under construction as an improvement for customer service over the current City Administration Building. But it's also a safe haven for city employees.

Fort Smith police officer's termination sustained after hearing - FORT SMITH -- A police officer who fired earlier this year for his role in the falsification of an accident report was denied the opportunity to return to his job.

Northwest Arkansas delegation members see special session call as a tall order on changing anti-mask bill - None of the Northwest Arkansas delegation members contacted Thursday and Friday have changed their views yet on the state law prohibiting school districts from mandating the wearing of face masks on campus.

Infrastructure plan advances in Senate - WASHINGTON -- The Senate advanced a roughly $1 trillion infrastructure plan Friday with a bipartisan group of senators helping it clear one more hurdle and bracing to see if support can hold during the next few days of debate and efforts to amend it.

Israelis over 60 get booster shots - JERUSALEM -- Israeli health authorities began administering coronavirus booster shots Friday to people over 60 who've already received both doses of a vaccine, in a bid to combat a recent spike in cases.

Health official warns of a 'challenging' fall - The U.S. needs to expand its vaccination campaign going into the fall if the country is going to stem the nationwide surge of coronavirus cases driven by the delta variant, one of the federal government's top health officials said Friday.

Philippine leader stays with U.S. war-drills pact - MANILA, Philippines -- The Philippines will keep having large-scale combat exercises with the U.S. after President Rodrigo Duterte retracted his decision to terminate a key defense pact in a move that may antagonize an increasingly belligerent China.

Nurse, doctor emphasize need to get vaccinated against covid - Erin Bolton told of the harrowing experience of getting the news more than a year ago that Jefferson Regional had admitted the state's first covid patient, and then she transitioned to the hospital's current stress as the coronavirus spikes again.

EU data protector fines Amazon $887M - A European privacy regulator has slapped Amazon with a record fine totaling $887 million for violating the European Union's data protection laws, the e-commerce giant said Friday.

Panel forms to oppose Little Rock tax rise; city's vice mayor among leaders - An opposition committee with Little Rock's vice mayor on its leadership team has formed in the run-up to the Sept. 14 citywide referendum on a sales-tax increase.

## Arkansas Business

U.S. Consumers Boost Spending 1% As Inflation Remains High - WASHINGTON — American consumers increased their spending by 1% in June — a dose of energy for an economy that is quickly rebounding from the pandemic recession but is facing new risks led by the delta variant of the coronavirus.

Walmart Mandates Masks for All Workers in Some Areas - NEW YORK (AP) — Walmart Inc. of Bentonville, the nation's largest retailer and private employer, is reversing its mask policy and will require all its workers including vaccinated ones in areas with high infection rates to wear masks.

USA Truck Reports Quarterly Revenue Record - USA Truck Inc. of Van Buren reported Thursday second-quarter revenue of $170 million, which the company said was an all-time best.

DEF000490                    Def.'s Ex. 1

## Talk Business & Politics

The Supply Side: Walmart's Open Call gives two Arkansas companies a shot - Two Arkansas-based companies made the cut at Walmart's eighth annual Open Call event to get their products on the retailer's shelves.

Walmart mandates vaccine for corporate staff, steps up mask requirements in stores - Walmart on Friday (July 30) joined a growing number of companies requiring all or certain employees to be vaccinated. The Bentonville-based retailer said all market, regional and divisional employees working in multiple facilities and all campus offices must be vaccinated by Oct. 4, unless they have an approved exception.

## Arkansas Times

I-40 bridge to reopen eastbound tonight - The Tennessee Department of Transportation announced yesterday that repair work was moving faster than anticipated and eastbound lanes of the Interstate 40 bridge at Memphis would reopen at 10 p.m. tonight, rather than Monday morning. Westbound lanes are tentatively set to reopen by Friday.

Arkansans can evolve: See Jason Wiles - Here's an antidote for the rejection of science yesterday in Siloam Springs: Arkansans can be taught.

Former judge, now serving prison time, testifies in bribery trial of alleged co-conspirator - A nursing home magnate, one of Arkansas's highest-ranking jurists and a former judge in shackles were among witnesses in the first week of the federal bribery trial of former lobbyist Gilbert Baker.

Governor Hutchinson gets more angry response in Siloam Springs to vaccination sales pitch - Governor Hutchinson's town hall in Siloam Springs today was again marked with loud protests to his encouragement for more vaccinations.

School district data on COVID resumes: not good - The Arkansas Center for Health Improvement has resumed compiling COVID rates by school district and its new findings are not encouraging.

Campaign begins to defeat Little Rock sales tax proposal - A campaign has begun to defeat the one-cent city Little Rock sales tax increase set for a special election Sept. 14.

Little Rock school superintendent will ask School Board to sue to invalidate ban on local mask mandates - Little Rock School Superintendent Michael Poore posted this video this morning. He will ask School Board Wednesday to sue to invalidate Act 1002, which prevents school districts from requiring masks. That law also bans mask mandates by city and county governments and other state entities.

Nightmare continues for Arkansas parents hoping for masks in schools - If you're too mad to think straight, it's best to sleep on it before you say anything. But what if you wake up the next day, madder than you were before?

Arkansas congressmen vote to defund police - The one Republican vote did not come from Reps. French Hill, Rick Crawford, Bruce Westerman and Steve Womack of Arkansas. (It came from Don Young of Alaska.)

Hutchinson asks Supreme Court to clear way to uphold law he called unconstitutional - Governor Hutchinson has admitted on national television that he'd signed a total ban on abortion in Arkansas that was unconstitutional under existing law.

Arkansas Heart Hospital to require vaccinations: Conway Regional joining movement, too - Arkansas Heart Hospital is implementing a vaccination requirement for staff.

Def.'s Ex. 1

Fact-checking Jake Bequette: Oppo researchers seem to be at work - Jake Bequette, who's running from the Trumpian right against incumbent Republican U.S. Sen. John Boozman, has been catching flak since his glossy entry to the race.

Politico

Biden's new mask guidance too little, too late for parts of the country, officials say - A summer of freedom from lockdowns and face coverings is being punctuated by Centers for Disease Control and Prevention warnings to wear masks again. And officials in some states hardest hit by the Delta variant can already predict the public's response.

'Down the drain': Millions face eviction after Biden lets protections expire - As the clock runs out on a nationwide eviction ban for what's expected to be the final time, millions of tenants are staring at the prospect of losing their homes as they wait for emergency rental aid that the government has failed to deliver.

KARK

(LR) Arkansas Attorney General Rutledge warns of potential price gouging during COVID-19 state of emergency - LITTLE ROCK, Ark. (KTVE/KARD)— On Friday, July 30, Arkansas Attorney General Leslie Rutledge reminds consumers to be aware of potential price gouging on goods, products and services following Governor Asa Hutchinson's public health emergency declaration on yesterday.

Opera News

(LR) Arkansas AG files lawsuit against Saline Co. parents accused of falsifying child's illness - LITTLE ROCK, Ark. – Arkansas Attorney General Leslie Rutledge filed a lawsuit on Wednesday against two parents accused of falsifying their child's illness for profit.

Resident Press

(LR) AG Alert: Immediately Delete Vulgar Text Messages - Scammers have resorted to new lows in an age-old scheme to steal consumers' personal information. Attorney General Leslie Rutledge is once again warning Arkansans of phishing schemes where scam artists will send a link through text or email hoping the cell phone users will allow access to information on the phone.

Baxter Bulletin

(LR) Former Washington cop opens bakery and blacksmith shop with wife in Mountain Home - Thursday was hot and Shane Nelson's shirt clung to his back as he pulled a rod out of the forge.

NowMyNews

(LR) Arkansas couple 'falsely claimed their adopted son, 5, was terminally ill to scam $31,000 in donations, criticized the child for 'doing a bad job dying' and asked for him to be transferred to HOSPICE' - An Arkansas couple forced their adopted son to spend his formative years in a wheelchair being treated for a terminal illness that he never had, including being put on a feeding tube and transferred to hospice care, as part of a twisted scam to get donations.

KTVE

(LR) Arkansas Attorney General files appeal against judge's ruling to resume federal unemployment assistance - EL DORADO, Ark. (KTVE/KARD) — Debate surrounding the state's participation in the federal unemployment assistance and compensation program will now be taken up with the Arkansas Supreme Court.

DEF000492

**(LR)** [Arkansas AG warns of potential price gouging during COVID-19 state of emergency](#) - LITTLE ROCK, Ark. (KTVE/KARD)— Arkansas Attorney General Leslie Rutledge issues a warning to Arkansas residents about potential price gouging on goods, products, and services following Governor Asa Hutchinson's public health emergency declaration yesterday.

**Batesville Daily Guard**

**(LR)** [AG warns of price-gougers](#) - Arkansas Attorney General Leslie Rutledge today is reminding consumers to be aware of potential price gouging on goods, products and services following Gov. Asa Hutchinsons public health emergency declaration. The announcement was made Thursday as the state experiences a spike in COVID-19 cases.

**KNWA**

**(LR)** [Arkansas attorney general joins coalition urging Supreme Court to overrule Roe v. Wade](#) - LITTLE ROCK, Ark. (KNWA/KFTA) — Arkansas Attorney General Leslie Rutledge joined a brief filed today with 24 other states urging the Supreme Court to overrule Roe v. Wade and Planned Parenthood v. Casey.

DEF000493

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Tuesday, July 6, 2021 7:41 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | July 6, 2021 Clips |

ADG

Benton County building, bridge projects move along - BENTONVILLE -- Work continues moving forward on a county bridge and courthouse building, Benton County Judge Barry Moehring said.

Benton, Washington county officials to consider 'pro-life' resolutions - FAYETTEVILLE -- Officials in both Benton and Washington counties will decide later this month what role, if any, county government has in the debate over reproductive rights.

Research explores reasons Northwest Arkansas residents hesitate to get covid vaccine - Northwest Arkansas residents cited questions about safety, side effects and how rapidly vaccines were developed as their top concerns and reasons for refusing the covid-19 vaccine, according to a recent poll.

Little Rock board to consider temporary entertainment district near River Market - Little Rock city directors will get another opportunity to approve a temporary entertainment district just south of the River Market during today's meeting, after they chose to delay action last month.

Justice Building project underway on Capitol grounds - An expansion to the Justice Building on the grounds of the state Capitol will provide much-needed office space and will also serve as a place of education for visitors young and old.

Agency, trucking group seek safe spaces in state for drivers to park - Parking space for big trucks along Arkansas highways has been identified as a safety issue, which is why the state Department of Transportation and the state trucking association have teamed up to create more space for truckers needing a break.

Some in GOP seek global warming fix: Arkansans among climate caucus - WASHINGTON -- While some Republicans have portrayed global warming as a "hoax," others are expressing concern about the rise in greenhouse gases and a desire to address what they describe as a genuine problem.

Search effort expands in Florida site's rubble - SURFSIDE, Fla. -- Workers searched through fresh rubble Monday after the rest of a collapsed Florida condominium was demolished, allowing crews into previously inaccessible places such as bedrooms where people were believed to be sleeping at the time of the disaster, officials said.

Air travel demand weighs on airlines - This summer is shaping up to be a difficult one for air travelers.

Reimagined Truman presidential library reopens - INDEPENDENCE, Mo. — After nearly two years of renovations complicated by covid-19 restrictions, the Harry S. Truman Presidential Library and Museum is welcoming visitors back with an updated focus on how Truman's legacy resonates today.

Arkansas Business

 Def.'s Ex. 1

New U.S. Rules to Protect Animal Farmers Expected This Week - OMAHA, Neb. (AP) — The Biden administration plans to issue a new rule to protect the rights of farmers who raise cows, chickens and hogs against the country's largest meat processors as part of a plan to encourage more competition in the agriculture sector.

Arkansas Sees Another Spike in Virus Cases Over Weekend - LITTLE ROCK, Ark. (AP) — Arkansas on Monday reported 1,246 new coronavirus cases and 23 more hospitalizations from the past three days as Gov. Asa Hutchinson warned that the state could face a "tough week" in the virus' growth.

Politico

Biden allies brace for GOP attacks when southern border reopens - The White House is expected to reopen the U.S.-Mexico border in the coming weeks, and even President Joe Biden's allies are worried he's not ready for the logistical and political impact, including an avalanche of Republican attacks that will follow.

A hidden abortion crew prepares to confront a post-Roe America - The Supreme Court's decision to review Mississippi's stringent restrictions on abortion — putting Roe vs. Wade under its roughest stress test yet — is being seen as a call to action for the nation's community of underground abortion activists.

Biden's new dilemma: How to slash housing costs for low-income borrowers - WASHINGTON — President Joe Biden's move to fire the top U.S. mortgage regulator is triggering calls from fellow Democrats to use the agency to expand access to loans for lower-income people, who have struggled to buy homes since the financial crisis.

**Dylan Jacobs**

---

**From:** Stephanie Sharp
**Sent:** Wednesday, July 7, 2021 6:30 AM
**To:** Stephanie Sharp
**Subject:** July 7, 2021 Clips


ADG

(LR) OPINION | If that's the future ... - Speaking of gloom, a little item showed up last week on the Associated Press wire about Asa Hutchinson supposedly being a relic and Donald Trump the future.

Mourners remember teen, call for changes in policing - BEEBE -- Rebecca Payne gripped the arms of the Rev. Al Sharpton and civil-rights attorney Ben Crump as she tearfully looked at the face of her 17-year-old grandson for the last time Tuesday at the Beebe High School auditorium.

State's covid-19 hospitalizations soar - The number of patients hospitalized with covid-19 in Arkansas jumped Tuesday by 55, to 416, the largest one-day increase since January.

Biden outlines efforts to boost vaccination rate - WASHINGTON -- President Joe Biden said Tuesday that the rise of a more transmissible covid-19 variant in the U.S. "should cause everybody to think twice."

Florida-site search yields no signs of life - SURFSIDE, Fla. -- Officials overseeing the search at the site of the Florida condominium collapse sounded increasingly somber Tuesday about the prospects for finding anyone alive, saying they detected no new signs of life in the rubble as the death toll climbed to 36.

City director sues over run-in with LR officer - Little Rock City Director Ken Richardson last month filed a lawsuit against the city, Police Chief Keith Humphrey and a police officer over a 2019 encounter in which Richardson was handcuffed and cited for obstructing governmental operations.

1619 Project creator declines N.C. post - WINSTON-SALEM, N.C. -- A Black investigative journalist who won a Pulitzer Prize for her groundbreaking work on the bitter legacy of slavery in the U.S. announced Tuesday that she will not join the faculty at the University of North Carolina after an extended tenure fight marked by allegations of racism and conservative backlash about her work.

Powered up to hurricane, Elsa to hit Florida today - ST. PETERSBURG, Fla. -- A storm that has lashed the Caribbean and the Florida Keys with pounding rain and gusty winds and complicated the search for survivors in the deadly condominium collapse has strengthened into a hurricane.

Update given on I-40 bridge effort - Ultrasonic testing on more than 500 weld connections on the closed Interstate 40 bridge found nine locations that need steel plating for additional support, the Tennessee Department of Transportation said Tuesday.

Farmers request aid after flooding - PICKENS -- Southeast Arkansas farmers expressed to U.S. Sen. Tom Cotton on Tuesday the urgent need for federal relief after last month's floods caused more than $200 million in crop loss.

LR school district hopes big raise will keep exec - The Little Rock School Board at a special meeting Tuesday took steps to give chief financial officer Kelsey Bailey expanded job duties, a new title and a $71,514 pay increase that would raise his salary to $210,000.

Springdale Planning Commission approves 340 homes to meet housing crisis - SPRINGDALE -- The Planning Commission on Tuesday approved plans for 340 possible new housing units in the city. Seven subdivisions, in various stages of planning, and one multi-family project each received 6-0 unanimous votes.

Fayetteville council continues Board of Health operation, adds to scope of duties - FAYETTEVILLE -- The second iteration of the city's Board of Health will continue with a broader purpose, this time without a time limit attached.

State licenses care provider - State officials licensed a fourth company to provide medical care and other services to the nearly 50,000 Medicaid beneficiaries with significant behavioral health needs or developmental disabilities, according to a Tuesday announcement.

State gets OK on plan to use relief funding - WASHINGTON -- The U.S. Education Department has signed off on Arkansas' plan for spending its share of more than $1.25 billion in American Rescue Plan Elementary and Secondary School Emergency Relief funding, Deputy Secretary Cindy Marten announced today.

## Arkansas Business

Hutchinson Announces Series of COVID-19 'Conversations' - LITTLE ROCK — Gov. Asa Hutchinson announced Tuesday that he would hold "community COVID conversations" in communities across the state in the hope that he can persuade more Arkansans to be vaccinated against COVID-19.

Kevin Burton to Lead New Unity Health-Jacksonville Hospital - Kevin Burton has been named administrator of the new Unity Health-Jacksonville hospital.

U.S. Service Sector Grows, Albeit Slightly Slower in June - SILVER SPRING, Md. (AP) — Growth in the services sector, where most Americans work, slowed in June following record expansion in May.

Frank Braun Named Dean of UA Little Rock Business College - The University of Arkansas at Little Rock has named Frank Braun the new dean of its College of Business, Health & Human Services, effective Aug. 16.

## Talk Business & Politics

Arkansas remains largest rice producing state - Arkansas is easily the top rice producing state and it's no surprise it leads the nation in rice exports, according to the State Agricultural Trade database released by the U.S. Department of Agriculture.

Worker incentives, 'community' conversations part of Gov. Hutchinson's new plan to boost vaccinations - Gov. Asa Hutchinson said Tuesday (July 6) the state was "winning the (COVID) battle in April … (but) we are losing ground in July." He called on employers to do more to encourage employees to receive the vaccine as part of a two-prong strategy to boost the state's dismal vaccination rate.

Sizzling summer beef demand pushes prices higher - Beef prices typically increase following Memorial Day with more summer grilling demand but prices this year are trending higher than a year ago, according to Derrell Peel, livestock marketing specialist with Oklahoma State University Extension.

## Arkansas Times

Little Rock to seek financing for park improvements, new fire truck; entertainment districts also approved - The Little Rock Board of Directors voted Tuesday to allow the city to take out a short-term loan to pay for park improvements, a new fire truck, mobile radios for the police department and more. The city will seek $5.9 million in financing.

DEF000497
Def.'s Ex. 1

Hunter Brittain funeral includes loud (and biracial) calls for justice and police reform - Arkansas Times photographer Brian Chilson provides coverage for the funeral for Hunter Brittain at Beebe High School, where most seats in the auditorium appear to be taken.

Lonoke death joins national discussion on police tactics - A memorial service at Beebe High School today for Hunter Brittain, 17, the McRae youth shot to death during a traffic stop by a Lonoke County deputy, will join the ongoing national discussion of police practices.

UPDATE: Nikole Hannah-Jones declines job at University of North Carolina. Statement faults Democrat-Gazette publisher for his role. - In an interview, this morning on CBS, 1619 Project creator Nikole Hannah-Jones said she will decline an offer of a tenured distinguished professorship in journalism at the University of North Carolina.

Drew Pritt announces — again — for lieutenant governor - Drew Pritt of Warren, a political consultant who frequently announces intentions to run for political office, has distributed a news release announcing his Democratic candidacy for lieutenant governor.

Politico

Delta variant makes up more than half of Covid cases in U.S., CDC says - The more-transmissible Delta Covid-19 strain accounted for more than half of the coronavirus cases in the U.S. between June 20 and July 3, according to new data the Centers for Disease Control and Prevention released on Tuesday.

Biden's Covid vaccine push crashes into reality - CHICAGO — Buzzing razors collided with roaring laughter that collectively rose and fell as James Brown screeched in the backdrop. It's so loud at the "It's Official Barbershop" that it's hard to hear the reply from Mark Harmon, a soft-spoken 17-year-old wearing a McDonald's sweatshirt, when asked if he had gotten the Covid vaccine.

Trump's Supreme Court shrinks from controversy - When President Donald Trump was selecting Supreme Court nominees, his advisers spoke in exceptionally vague terms about what he was looking for in a justice, but again and again offered up the same word: "courage."

Pea Ridge Times

(LR) Apple left indelible mark on community - "We've got the watch," Pea Ridge Police Officer Jeff Hunt said, speaking to hundreds of law enforcement officers attending the funeral of former Police Officer Kevin Apple Friday, July 2. He said many, through the course of the funeral, said they're continuing the legacy Apple left.

Washington County Enterprise-Leader

(LR) Farmington Adopts 'Faith Family Freedom Acts' - FARMINGTON -- In compliance with recent laws passed by the State Legislature, during its June 28 meeting Farmington School Board approved several new policy additions to the district handbook.

Magnolia Reporter

(LR) Arkansas' budget surplus doesn't provide true picture of state's economy - The state of Arkansas is running a record budget surplus. The federal government has been running record budget deficits. This is not a coincidence.

Numbers USA

**(LR)** Arkansas and Ohio Join Multitude of States Sending Law Enforcement to Southern Border - Arkansas Gov. Asa Hutchinson announced last Tuesday that Arkansas would become the tenth state to send National Guard troops to the southern border to help with the unprecedented surge in illegal immigration and equally unprecedented lack of action from the federal government.

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Amanda Priest |
| **Sent:** | Thursday, July 8, 2021 6:27 AM |
| **To:** | Stephanie Sharp |
| **Cc:** | Amanda Priest; Andy Davis; Barbara Stull; Beth Walker; Brad Nye; Brian Bowen; Cheryl Hall; Christian Gonzalez; Chuck Harder; Cory Cox; Crystal Carey; Daniel Faulkner; Darnisa Johnson; Dawnetta Calhoun; Debra Hope; Devyn Young; Doug House; Drake Moudy; Drew Evans; Dwayne Yarbrough; Dylan Jacobs; Heather Jones; Heather McKim; Jaime Land; Jennifer Merritt; Julie Benafield; Kate Donoven; Katie Yarbrough; Katy Restum; Kelly Summerside; Kenny House; Kerry Moody; Kristina Carnes; Lacie Kirchner; Lauren Shipley; Leslie Rutledge; Lloyd Warford; Marcus Hatley; Mark Vaught; Matilda Benson; Melanie Hamilton; Micah Warbington; Michael Cantrell; Michael Mosley; Michele Kulesa; Nicholas Bronni; Rachel Ellis; Ray Pierce; Renae Hudson; Robin Mizell; Rusty Jackson; Samantha Montgomery; Sandy Martinez; SarahTackerEmailForward; Stephanie Sharp; Tim Johnson; Vincent Wagner; Will Jones; Michael Mosley |
| **Subject:** | July 8, 2021 Clips |

**ADG**

**(LR)** Hearing in Fayetteville rape case involving discredited FBI testimony moved to fall - FAYETTEVILLE -- A judge Wednesday delayed a hearing for a Fayetteville man convicted of rape in 1990.

State logs 1,000 new cases of virus - Arkansas' count of coronavirus cases rose Wednesday by exactly 1,000 -- the largest single-day increase since February -- while the number of people hospitalized in the state with covid-19 rose by double digits for the second day in a row.

Worldwide toll from pandemic passes 4 million - The global death toll from covid-19 eclipsed 4 million Wednesday as the crisis increasingly becomes a race between the vaccines and the highly contagious delta variant.

Florida effort shifts to recovery mission - SURFSIDE, Fla. -- Emergency workers gave up Wednesday on any hope of finding survivors in a collapsed Florida condominium, telling sobbing families that there was "no chance of life" in the rubble as crews shifted their efforts to recovering more remains.

Haitian president assassinated by raiding gunmen - PORT-AU-PRINCE, Haiti -- A squad of gunmen assassinated Haitian President Jovenel Moise and wounded his wife in a raid on their home early Wednesday, and police killed four suspects and arrested two others hours later amid growing chaos in a country already enduring gang violence and protests of Moise's rule.

Lawsuits by Trump aimed at sites' bans - Former President Donald Trump on Wednesday filed class-action lawsuits targeting Facebook, Google and Twitter, escalating his long-running battle with the companies after their suspensions of his accounts.

California acts on sterilization reparations - SACRAMENTO, Calif. -- California is poised to approve reparations of up to $25,000 to some of the thousands of people -- some as young as 13 -- who were sterilized decades ago because the government deemed them unfit to have children.

Pressure grows on Biden to curb ransomware hits - WASHINGTON -- With a widespread ransomware attack last week intensifying pressure on the Biden administration to demonstrate that it can curb the threat, top national-security officials briefed the president Wednesday on the government's efforts to counter and blunt the impact of the costly, increasingly brazen assaults by Russia-based hackers.

Health-plan fixes advance - The state Board of Finance on Wednesday recommended no premium increases next year for current employees and retirees in the state's health insurance plan for public school employees.

UAMS receives approval to buy Springdale site - A University of Arkansas System trustees committee on Wednesday approved a $13.6 million land-purchase agreement for approximately 31.2 acres near Interstate 49 in Springdale, to be used as the site for a new orthopedic and sports medicine center.

LR board OKs short-term financing - Members of the Little Rock Board of Directors during a meeting Tuesday gave the green light to an effort to obtain nearly $6 million through short-term financing to undertake various projects.

Housing agency sets $160,000 for inquiry - Little Rock's public housing agency will pay attorney Leon Jones Jr.'s consulting firm as much as $160,000 to investigate claims of misconduct and negligence levied against the board of commissioners in June.

Hutchinson to start term as head of governors' group - WASHINGTON -- Arkansas Gov. Asa Hutchinson will take the helm of the National Governors Association today, the third Arkansan to lead the 113-year-old national organization.

JPs' discussions key on use of relief funds - The Jefferson County Quorum Court committees met Tuesday to discuss several appropriation plans involving funding from the American Recovery Plan. Jefferson County was awarded about $12.7 million and received half of those funds last month.

Class of athletes chosen for hall - Nine people have been chosen for induction into the Arkansas AM&N/UAPB Letter "A" Club Sports Hall of Fame.

Kids' club invites all to jubilee - The Boys and Girls Club of Jefferson County will celebrate its 75th anniversary Friday and Saturday and the community is invited to attend.

Innovation advised for state recovery - A Bentonville think tank issued a report Wednesday encouraging Arkansas business leaders and policymakers to act quickly to move the state forward in the post-pandemic economy.

May's 9.21 million job openings highest ever as economy rallies - WASHINGTON -- U.S. employers posted a record-high number of open jobs for the second-straight month as a rapidly rebounding economy generates intense demand for workers.

At June meeting, Fed talked of cuts in bond purchases - WASHINGTON -- Federal Reserve officials started discussing at their meeting last month the timing and mechanics of reducing their huge monthly bond purchases, which are used to keep longer-term interest rates in check.

Biden set to sign order on worker opportunity - President Joe Biden plans to sign an executive order that will reduce the ability of employers to prevent workers from going to rival firms and will remove some of the state occupational licensing requirements that make it harder to land a job.

Mercy requires workers to get vaccinated, affects employees in Arkansas, Missouri, Oklahoma and Kansas - Mercy Health System announced Wednesday all of its workers must receive a covid-19 vaccine by the end of September, joining numerous hospital systems nationally that have implemented the same requirement.

Study to pinpoint water quality issues at Lake Fayetteville - FAYETTEVILLE -- A water quality study at Lake Fayetteville should help find a way to make recreational swimming a possibility at the city's most popular park, the parks advisory board heard Wednesday.

Arkansas Times

Def.'s Ex. 1

Coronavirus today: Biggest jump in hospitalizations since January - Governor Hutchinson's weekly briefing included a bad piece of COVID-19 news — a jump in the number hospitalized by 55, the biggest one-day jump since January. Of those, 176 are in ICU and 76 are on ventilators.

UA announces three finalists to be dean of Clinton School of Public Service - UA System President Donald Bobbitt has announced three finalists to be the next dean of the UA Clinton School of Public Service in Little Rock. They'll be interviewed in July and August.

Fentanyl death added to charges against federal suspect - The U.S. attorney's office announced additional charges in fentanyl crime, including one related to an overdose death.

Today's news roundup includes COVID news and Trump ignorance - 1st Amendment figures in a lot of news today: a lawsuit against Little Rock; a privileged publisher versus a distinguished journalist, an empty and ill-informed threat by Donald Trump over his Twitter banishment. The line is open.

City Director Kenneth Richardson sues city, police chief, officer over arrest - The Arkansas Democrat-Gazette's Joseph Flaherty reported this morning on a lawsuit filed last month by Little Rock City Director Kenneth Richardson over his 2019 arrest by Police Sgt. Alexander Sullivan for "obstructing government operations."

Arkansas Democrat-Gazette publisher Walter Hussman: No regrets for his role in driving Nikole Hannah-Jones away from journalism school named for him - Jay Rosen, an NYU journalism professor, offers a comment in this tweet to a statement Arkansas Democrat-Gazette owner/publisher Walter Hussman made to a Poynter Institute reporter in an interview about his role in the ultimate decision of Nikole Hannah-Jones, creator of the 1619 Project, not to take a position as a tenured professor in the University of North Carolina journalism school named for Hussman after he pledged a $25 million gift (not yet fully delivered.)

Fox 16 stonewalled by State Police on training for controversial PIT maneuver - Fox 16 is continuing to dig into State Police use of the so-called PIT (precision immobilization technique) maneuver to stop vehicles being pursued.

Arkansas Business
Task Force Suggests Strategies to Move Arkansas' Economy Beyond COVID-19 - Arkansas can implement a range of strategies in six key areas to guide itself out of the economic harm caused by the COVID-19 pandemic, according to a report written by think tank Heartland Forward of Bentonville and the governor's Economic Recovery Task Force, led by Steuart Walton.

U.S. Job Openings Rise to Record High, Layoffs Hit Record Low - WASHINGTON (AP) — U.S. employers posted a record-high number of open jobs for the second straight month as a rapidly rebounding economy generates intense demand for workers.

Garver Headquarters Sells for $13.2M - Garver of North Little Rock's three-story headquarters on Northshore Drive has sold for $13.2 million — $3 million more than the property commanded last summer.

Mercy to Require Workers to Get COVID-19 Vaccine - Mercy, which operates hospitals in Fort Smith and Rogers, announced Wednesday that it will require workers to be vaccinated for COVID-19, effective Sept. 30.

$770K Grant to Fund Consortium to Study COVID Variants - A $770,000 National Institutes of Health grant will fund a new collaboration studying COVID-19 variants in Arkansas, increasing the capacity for genomic sequencing, tracking and analyses of virus samples.

Talk Business & Politics

Def.'s Ex. 1

Mercy will require mandatory COVID-19 vaccine for employees - Missouri-based healthcare system Mercy, which has significant operations in Northwest Arkansas and Fort Smith, said Wednesday (July 7) that it would require its employees to be vaccinated against COVID-19 by Sept. 30.

Jonesboro sales tax collections climb to new highs - Jonesboro's astronomical sales tax collections surge continued unabated in June.

Fort Smith receives UN arts designation - Fort Smith has received recognition as a United Nations international city for artistic and cultural innovation, becoming the 10th city in the world to be so designated by Ibiyinka Alao, an arts ambassador to the United Nations from Nigeria.

Former Pulaski County Election Commissioner Josh Price to pursue Secretary of State bid - Former Pulaski County Election Commissioner Josh Price said Wednesday (July 7) he will seek the Democratic nomination to run for Arkansas Secretary of State. Price made the announcement from the Darragh Center inside the Central Arkansas Library in Little Rock.

Researchers unveil strategy for state economy's post-pandemic rebound, expansion - Bentonville think tank Heartland Forward released a report Wednesday (July 7) that offers guidance to Arkansas policymakers seeking to strengthen the state's economic rebound and growth as it recovers from the COVID-19 pandemic.

ASU Museum chosen to participate in nationwide study - Arkansas State University Museum has been selected to participate in a nationwide research project that will examine the impact American museums have on their communities.

Former Pulaski County Election Commissioner Josh Price to pursue Secretary of State bid - Former Pulaski County Election Commissioner Josh Price said Wednesday (July 7) he will seek the Democratic nomination to run for Arkansas Secretary of State. Price made the announcement from the Darragh Center inside the Central Arkansas Library in Little Rock.

## NWADG

(LR) Farmington Adopts 'Faith Family Freedom Acts' - FARMINGTON -- In compliance with recent laws passed by the State Legislature, during its June 28 meeting Farmington School Board approved several new policy additions to the district handbook.

## Politico

As Bezos called for tax hikes, Amazon lobbied to keep its tax bill low - As Amazon publicly embraced President Joe Biden's plan to raise the corporate tax rate across the board, it has also lobbied Congress to preserve a prized tax break that's helped it lower its corporate tax bill.

Sources: U.S. troop withdrawal from Afghanistan complete 'for all intents and purposes' - The U.S. military's withdrawal from Afghanistan is essentially complete, despite President Joe Biden's comments last week that American troops will leave by late August, according to two U.S. officials.

Biden's new Cold War with China will result in climate collapse, progressives warn - As a new Cold War takes shape between the U.S. and China, progressives fear the result will be a dramatically warming planet.

## Russellville Courier

(LR) Rutledge Donates $250,000 to Jonesboro's Veterans Village - LITTLE ROCK — Arkansas Attorney General Leslie Rutledge joined Jonesboro city leaders Wednesday for an appreciation tour of the new Veterans Village. The Veterans Village is Arkansas's first neighborhood providing housing and resources for homeless veterans.

DEF000503                                Def.'s Ex. 1

**KAIT**

**(LR)** Jonesboro Veterans Village set to open - JONESBORO, Ark. (KAIT) - The very first in the state.

**SWARK**

**(LR)** Attorney General Rutledge Donates $250,000 to Jonesboro's Veterans Village - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge joined Jonesboro city leaders today for an appreciation tour of the new Veterans Village. The Veterans Village is Arkansas's first neighborhood providing housing and resources for homeless veterans. Attorney General Rutledge allocated $250,000 to complete the project in January 2021.

**Pea Ridge Times**

**(LR)** State officials offer eulogies for Apple - "As governor, I recognize your commitment, your sacrifice and the love you express every day as you serve your fellow man ... and because of you, our nation is stronger and survives... and we have hope for the next generation as well," began Arkansas Governor Asa Hutchinson Friday at the funeral of Pea Ridge Police Officer Kevin Apple, who was killed in the line of duty Saturday, June 26,

Amanda Priest
Communications Director
Office of Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Cell: 501.414.2223
Amanda.priest@arkansasag.gov | ArkansasAG.gov



DEF000504                                                    Def.'s Ex. 1

**Dylan Jacobs**

---

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Tuesday, June 1, 2021 7:53 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | June 1, 2021 Clips |

ADG

**(LR)** Fallen soldiers honored at North Little Rock event - Memorial Day services resumed in person this year as dozens gathered Monday at the Arkansas State Veterans Cemetery to honor those who lost their lives fighting in wars.

Elkins School District expands computer science offerings - ELKINS -- The School District is increasing its emphasis on computer science by expanding its participation in the Amazon Future Engineer program and improving district resources, administrators said.

Fayetteville council to mull putting sales tax to Aug. 10 vote - FAYETTEVILLE — The City Council will today consider asking voters to renew the city's 1-cent sales tax.

Renter protections set to start in Arkansas this fall - Dirty water bubbled just beneath the shower drain last week at Mark Burbank's Little Rock apartment.

Democracy's in peril, Biden warns nation - ARLINGTON, Va. -- President Joe Biden honored America's war dead at Arlington National Cemetery on Memorial Day by laying a wreath at the hallowed burial ground and extolling the sacrifices of the fallen for the pursuit of democracy.

Website aids Arkansas man accused in Capitol riot - A fundraiser has been started to help a Gravette man arrested in connection with the Jan. 6 breach of the U.S. Capitol.

Shot-clinic planners think small - FALLON, Nev. -- Pickup drivers motor up to a white trailer in a parking lot on Fallon Paiute-Shoshone land in Nevada's high desert and within a few moments they're handed forms to sign, jabbed with coronavirus vaccine and sent on their way.

New infections up 30 in a day; active cases dip - Officials with the Arkansas Department of Health say covid-19 infections continue trending downward as more vaccinations are administered throughout the state and the number of fully vaccinated Arkansans approaches 1 million.

Video on Little Rock police shooting produced in-house, officials say - The most recent critical-incident video of a police shooting, released by the Little Rock Police Department on May 13, was produced by Little Rock Television and department personnel, according to records and statements from officials, unlike an earlier critical-incident video production for which the city relied on a marketing firm tied to the mayor's chief spokeswoman.

In trying year, Little Rock school pulls rabbit out of hat - Dewey, the very real rabbit that spends his weekdays in Little Rock's Jefferson Elementary media center, doesn't seem to pay much attention to the highs and lows of school operations.

Early on, the Mississippi River was a locked gate to state - Historically, it was hard to get to Arkansas.

Texas governor hits back at legislators - AUSTIN, Texas -- Texas Gov. Greg Abbott vowed to veto funding for lawmakers' salaries Monday, a day after House Democrats walked off the floor to prevent passage of a voting bill, a Republican priority.

Prayer wall dedicated in Tulsa - TULSA -- Hundreds of people gathered Monday for an interfaith service dedicating a prayer wall outside historic Vernon African Methodist Episcopal Church in Tulsa's Greenwood neighborhood on the centennial of one of the deadliest racist massacres in the nation.

On visit to Israel, Cruz rips president - JERUSALEM -- U.S. Sen. Ted Cruz on Monday accused President Joe Biden of being soft on Israel's foes and inviting further violence during a deadly 11-day conflict that left Israelis rattled and turned parts of the Gaza Strip to rubble.

## Arkansas Business

Nearly 60K Arkansas Coronavirus Doses Near Expiration - LITTLE ROCK — Nearly 60,000 doses of Arkansas' allotment of the Johnson & Johnson coronavirus vaccine are nearing their expiration date and would have to be discarded if not used by the end of June, according to a state health official.

Tom Dees' Long Fight to Keep Holiday Island Afloat - Drive the curvy roads north out of Eureka Springs to the state's mountainous northern edge, and you'll discover Holiday Island, "the town that Tom built."

Stone Bank Sued Over Farm Loans - A Boone County farmer has sued Stone Bank of Mountain View, its president, its former president and a former loan officer in a wide-ranging complaint that includes allegations of fraud in its government-backed farm loan program and pressure to pay kickbacks to the loan officer.

New Electricity Generation Renewables Dominate in 2021 - Developers and power plant owners plan for 39.7 gigawatts of new electricity generating capacity to start commercial operation this year, according to the U.S. Energy Information Administration. One gigawatt can power about 1 million U.S. homes.

## Talk Business & Politics

Fed chief: Inflation to rise in 2021, ranging from 2.5% to 3% - Inflation is expected to be higher this year, between 2.5% and 3%, said James Bullard, president of the Federal Reserve Bank of St. Louis. Bullard expects the rate to be about 2.5% in 2022.

## Arkansas Times

Proposed doggy day care spikes worries about noise, traffic - The Foxcroft neighborhood is a place where people splash in pools at the Little Rock Racquet Club and indulge in purple milkshakes at the Purple Cow.

## Politico

What Joe Biden wants from this week's critical infrastructure talks - The White House continues to see upside to infrastructure negotiations with Republicans, even as the talks run on longer than President Joe Biden initially planned.

Europe to US: Pass new laws if you want a data-transfer deal - The United States must pass new legislation to limit how its national security agencies access Europeans' data if Washington and Brussels are to hammer out a new deal on transferring people's digital information across the Atlantic, according to European Commission Vice President Věra Jourová.

New attention on abortion pill dispensing amid challenge to Roe v. Wade - The Supreme Court's decision to take a Mississippi case that poses a direct challenge to Roe. v. Wade has raised the stakes for the Biden administration's newly launched review of restrictions on abortion pills, which could dramatically expand access to the procedure.

DEF000506
Def.'s Ex. 1

**THV 11**

**(LR)** [Memorial Day event hosted at Arkansas State Veterans Cemetery](#) - NORTH LITTLE ROCK, Ark — This time last year, Memorial Day festivities were canceled, delayed, or virtual. This year, the state's annual memorial day program was held in person with limited military and state officials and their families.

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Wednesday, June 2, 2021 7:25 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | June 2, 2021 Clips |

ADG

State virus cases up by 69 as tests hit holiday lull - Arkansas' count of coronavirus cases rose by just 69 Tuesday after a slowdown in testing over the holiday weekend, while the number of people hospitalized with covid-19 in the state rose by one.

Pope outlaws church-related sex abuse - VATICAN CITY -- Pope Francis has changed Catholic Church law to explicitly criminalize the sexual abuse of adults by priests who abuse their authority and to say that laypeople who hold church office also can be sanctioned for similar sex crimes.

McPherson inmates lap up chance to train dogs - NEWPORT -- The celebration at the Arkansas Department of Corrections' McPherson Unit in Newport on Tuesday afternoon could be heard long before attendees walked through a series of locking metal gates and down a long tiled corridor to an open door.

Meat firm's production hamstrung by cyber hit - CANBERRA, Australia -- A ransomware attack on the world's largest meat processing company is disrupting production around the world just weeks after a similar incident shut down a U.S. oil pipeline.

No more silence, Biden says of Tulsa massacre - TULSA -- President Joe Biden marked the 100th anniversary of the massacre that destroyed a thriving Black community in Tulsa, declaring Tuesday that he had "come to fill the silence" about one of the nation's darkest -- and long suppressed -- moments of racial violence.

Premium hikes for state plans supported - The state Board of Finance on Tuesday recommended a 5% increase next year in health insurance premiums for both current and retired employees in the state's health insurance plan for state employees.

U.K. goes day free of deaths from covid-19 - Britain recorded no new covid-19 deaths Tuesday for the first time since July. Apart from July 30, there have been no days without officially recorded covid-19 deaths since March 2020.

Work begins to dig up Rebel general, wife - MEMPHIS -- Workers arrived at a Tennessee park Tuesday to begin digging up the remains of Confederate Gen. Nathan Bedford Forrest and moving the former slave trader's body from its longtime resting place in Memphis to a museum hundreds of miles away.

Israeli: Would risk U.S. tension to foil Iran - TEL AVIV, Israel -- Israeli Prime Minister Benjamin Netanyahu said Tuesday that he's prepared to risk tension with the U.S. if that is what it takes to neutralize Iran's nuclear capabilities.

Greyhound pulling out of old North Little Rock bus station - Greyhound Lines Inc. is leaving North Little Rock, and city officials say it's for the best as the bus service looks for a more streamlined approach to transportation and the old bus station becomes part of the city's downtown development plan.

Aims on infrastructure touted; Cotton, Boozman await details from GOP's proposal - Arkansas' two U.S. senators tentatively expressed support for a Republican-backed alternative to the White House's infrastructure spending proposal Tuesday.

Womack talks transit funding, tours new facility - SPRINGDALE -- Third District Rep. Steve Womack, R-Rogers, toured Ozark Regional Transit's new headquarters and talked about how to pay for transit over lunch with staff Tuesday.

Old Walmart distribution center zoned for ArcBest expansion in Fort Smith - FORT SMITH -- A zoning change will allow ArcBest to expand its operations in the old Walmart distribution center at 8100 Zero St.

Fayetteville council loosens mask mandate - FAYETTEVILLE -- Unvaccinated people should wear face coverings at indoor public places, but they aren't required, under changes the City Council approved Tuesday to the city's mask ordinance.

## Arkansas Business

Next 'Business Forum' Webcast to Interview Steve Cannon - Steve Cannon, CEO of AMB Sports and Entertainment, will lead the June 9 webcast in a series presented by Arkansas Business throughout 2021.

Midwest Economy Report Stays Strong, Shows Inflation Worries - OMAHA, Neb. (AP) — The economy in nine Midwest and Plains states remains strong in the wake of a devastating global pandemic, according to new monthly survey of business leaders and managers, but the survey's index gauging inflation soared to a new record high.

Caisson Capital, a New Firm, Buys $8.9M Complex in Bentonville - Caisson Capital Partners of Rogers launched as a real estate investment firm on Monday by announcing its first purchase, an $8.9 million deal for the Ridges of Bentonville.

## Talk Business & Politics

Walmart to expand store hours this weekend, give worker bonuses for COVID vaccinations - Walmart said Tuesday (June 1) it is time to expand store hours from 6 a.m. to 11 p.m. beginning Saturday, June 5 across the U.S. The exceptions will be state or local government mandates that will take precedence should they be enacted.

UAMS, Baptist Health partner on new cancer care initiative - UAMS announced to employees on Tuesday (June 1) that it is collaborating on a new cancer care initiative with Little Rock-based Baptist Health.

Meat prices rise to record levels - Consumers will pay near-record prices for many of the meats they grill this summer. Derrell Peel, livestock marketing specialist at Oklahoma State University, said meat protein prices are "red hot" as the economy continues to open and restaurant demand returns.

## Arkansas Times

Clinton Center will fully reopen July 1 - This news from the Clinton Presidential Center.

Gilbert Baker seeks to expand questions for potential jurors in his coming bribery trial with queries about politics, nursing homes and more - Attorneys for Gilbert Baker, the former Republican Party chair and senator accused of bribing Mike Maggio with political contributions to get him to reduce a verdict in a nursing home negligence case, have asked federal Judge Price Marshall to allow expanded questioning of potential jurors because of unusual aspects of the case.

LaTonya Austin Honorable announces for circuit judgeship - LaTonya Austin Honorable has announced she'll be a candidate for Pulaski circuit judge from Sub-district 6.1, a seat now held by Circuit Judge Wendell Griffen, who has said he won't seek another term next year.

Crystal Bridges joins observance of Tulsa Race Massacre centennial and commits to being an 'antiracist' institution - The Crystal Bridges Museum of American Art in Bentonville has created a webpage with resources for learning more about the Tulsa Race Massacre 100 years ago.

DEF000509                                    Def.'s Ex. 1

Government responds to former Sen. Jon Woods' request to set bribery conviction aside - The Justice Department this week filed its expected objection to Jon Woods' request that his conviction be set aside in a bribery case involving, among others, kickbacks from state money funneled to Ecclesia College.

Governor's clemency decision expected soon on Rolf Kaestel after 40 years for a taco stand holdup - We've written before about Rolf Kaestel, 70, serving a life sentence for the 1981 robbery of $264 from a Fort Smith taco stand in which Kaestel carried a water pistol. The Daily Beast tells the story again in detail.

Politico

Biden allies urge Facebook to review spread of election fraud claims - A nonprofit advocacy group with close ties to President Joe Biden on Wednesday joined calls for Facebook to review whether its actions contributed to the spread of unfounded election fraud claims leading up to the Jan. 6 siege on the Capitol.

Her great-grandmother survived the Tulsa Race Massacre. She wants Biden to embrace reparations. - BLACK WALL STREET, TULSA, Okla. — One hundred years after the Tulsa Race Massacre, Anneliese Bruner walked into the wine cellar of The Chalkboard restaurant in the city where it all took place. At first glance, Bruner is a pretty unassuming 62-year-old: average height, a close cropped salt and pepper fade and a nose ring.

FEC watchdog says agency struggling to keep up with rise in campaign spending - FEC STRUGGLING TO KEEP UP WITH CAMPAIGN SPENDING SURGE WITH 'STATIC' BUDGET: The gush of money flowing into federal elections continues to pose an issue for the FEC, whose annual budget has failed to even keep up with inflation over the past few decades, the agency's watchdog said in a report Friday.

Sun Times

(LR) Families of the Missing event slated for July - Arkansas Attorney General Leslie Rutledge will host the Tenth Annual Never Forgotten event and luncheon for the law enforcement community and families of the missing will be held Thursday, July 22, at the Benton Event Center. Participating law enforcement and attorneys will receive 3.5 hours of continuing education credit for this all-day training and families attending the event can participate in a breakout session that features discussion on utilizing social media, organizing files as well as a listening session with law enforcement leaders.

## Dylan Jacobs

**From:** Stephanie Sharp
**Sent:** Friday, June 4, 2021 7:57 AM
**To:** Stephanie Sharp
**Subject:** June 4, 2021 Clips

ADG

(AG) Little Rock schools ruling appealed - Attorneys for the state and for a group of parents and educators made their arguments to the state Supreme Court on Wednesday over whether Arkansas Education Commissioner Johnny Key and the state Board of Education can be sued for imposing restrictions on the Little Rock School District after five years of state control.

State reports 197 more virus cases; shots-takers' reward claims fall - The number of people hospitalized with covid-19 in Arkansas fell Thursday for the second day in a row, reaching its lowest level in more than two weeks, while the state's count of deaths from the virus rose by seven.

DeLay says he's in race for seat on high court - Circuit Judge Gunner DeLay, who is a former state lawmaker, prosecutor and district judge, is seeking the state Supreme Court post now held by Karen R. Baker next year, DeLay said Thursday.

Biden makes tax pitch to GOP - President Joe Biden is trying to break a logjam with Republicans on how to pay for infrastructure improvements, proposing a 15% minimum tax on corporations and the possibility of revenue from increased IRS enforcement as a possible compromise.

Air Force picks state for fighter training - FORT SMITH — American pilots and airmen from around the world are scheduled to begin training side by side in Fort Smith, a move officials believe will bring hundreds of new residents to the area.

Judge lets Mississippi County farmer go, calls posts free speech - A circuit judge Thursday cleared a Mississippi County farmer of possible contempt-of-court charges, citing a lack of evidence that the farmer had sprayed dicamba in defiance of a court order.

Clearing of Floyd site draws protesters - MINNEAPOLIS -- Arriving before dawn Thursday, city workers began removing memorials and barricades at the Minneapolis intersection where the police killed George Floyd just over a year ago. The unannounced effort to reopen the area to traffic instead brought hundreds of people to the scene in protest.

Netanyahu rivals seek quick vote - TEL AVIV, Israel -- Prime Minister Benjamin Netanyahu's opponents pushed Thursday for a quick parliament vote to formally end his lengthy rule, hoping to head off any last-minute attempts to derail their newly announced coalition government.

Tuition, fees flat at six campuses of ASU System - Tuition and mandatory fee rates will remain unchanged at six of the seven campuses in the Arkansas State University System while rising about 2.35% at Henderson State University after approval Thursday from the Arkansas State University System Board of Trustees.

Boys, Girls State back, but different - Arkansas Boys State is different this year.

6 organizations file to open 7 charter schools in state - Six organizations have submitted initial applications to the state to establish seven new open-enrollment charter school campuses, five of which are proposed for Pulaski County and two are planned for Fort Smith and Hope.

DEF000511   Def.'s Ex. 1

Ex-sheriff of Pope County, crime center chief dies - Jay Winters, who spent 19 years as sheriff of Pope County before taking the helm as director of the Arkansas Crime Information Center, died Tuesday. He was 67.

Soffer exits as election secretary - In a two-paragraph email Thursday, Stu Soffer announced he would immediately step down as Jefferson County Election Commission secretary.

Battling weeds creates better livestock grazing, expert says - In Arkansas, one farmer's weed is another farmer's favorite forage, said David Fernandez, Extension livestock specialist and interim dean of Graduate Studies and Continuing Education for the University of Arkansas at Pine Bluff.

Jobless-aid claims dip to 385,000 - WASHINGTON -- The number of Americans seeking unemployment benefits fell last week for a fifth-straight week to a new pandemic low, the latest evidence that the U.S. job market is regaining its health as the economy further reopens.

AMC posts roller-coaster day - The wild ride for the summer's blockbuster stock, AMC Entertainment, got even crazier Thursday.

GM outlook on chips, earnings boosts stock - DETROIT -- Shares of General Motors Co. rose to record highs Thursday after the company said its efforts to manage the global computer chip shortage have worked better than expected, so it's financial results will improve.

## Arkansas Business

Buttigieg Visits Closed Interstate 40 Bridge in Tennessee - MEMPHIS, Tenn. (AP) — U.S. Department of Transportation Secretary Pete Buttigieg traveled to Tennessee on Thursday to learn how the closure of the Interstate 40 bridge connecting that state and Arkansas has affected freight movement since it was shut down more than three weeks ago when a crack was found in the span.

Bank OZK Holds Groundbreaking for $6M Solar Array - Bank OZK broke ground Thursday on its $6 million solar power plant.

Arkansas Judge Announces Bid for State Supreme Court Seat - LITTLE ROCK — An Arkansas judge and former Republican lawmaker on Thursday announced he's running for a seat on the state Supreme Court, which has been drawn the attention and spending by outside conservative groups in recent years.

US Jobless Claims Drop to 385,000, Another Pandemic Low - WASHINGTON (AP) — The number of Americans seeking unemployment benefits fell last week for a fifth straight week to a new pandemic low, the latest evidence that the U.S. job market is regaining its health as the economy further reopens.

J.B. Hunt Funds UA Endowment Scholarship - J.B. Hunt Transport Services Inc. of Lowell gave $1 million for an endowed scholarship fund at the University of Arkansas' Walton College of Business.

Walmart Aims to Empower Workers With Own Devices, New App - New York (AP) — Walmart is coming out with a new app for its store workers' phones that allows them to do a variety of tasks from digitally clocking into work to helping locate merchandise and answering customers' questions.

Committee Recommends Approval of $150M for Broadband Grants - The governor's American Rescue Plan Act (ARPA) Steering Committee late Wednesday voted to recommend that the governor approve $150 million in federal funding for broadband deployment grants.

DEF000512                                                    Def.'s Ex. 1

Talk Business & Politics

Fort Smith selected for military pilot training center; estimated $1 billion economic impact - Ebbing Air National Guard Base in Fort Smith has been selected by acting Secretary of the Air Force John Roth to be the long-term pilot training center supporting F-16 and F-35 fighter planes purchased by Singapore, Switzerland and other countries participating in the Foreign Military Sales (FMS) program.

NWA Tech Summit will be hybrid event in 2021 - The Northwest Arkansas Technology Summit existed in October 2020 primarily because of — surprise — technology.

ASU schools will not raise tuition and fees, mask requirements end - Tuition and fees will remain the same and masks will be gone on the Arkansas State University campus in Jonesboro in the coming school year. ASU and the five two-year institutions in the ASU System will not increase tuition and fees for students this fall while holding budgeted expenses below pre-pandemic levels.

Arkansas Times

(LR) Arkansas taxpayers lose another out-of-state intervention by Attorney General Leslie Rutledge - A federal judge in South Dakota has rejected Governor Kristi Noem's lawsuit to force the National Park Service to have a fireworks show at Mount Rushmore July 4.

Transportation Secretary Buttigieg visits I-40 bridge, but timeline for repair and reopening remains unclear - Transportation Secretary Pete Buttigieg and various politicians visited the closed Interstate 40 bridge at Memphis today.

Is state government immune to lawsuits? Arkansas Supreme Court considers the question re: LRSD takeover - The government of Arkansas cannot do whatever it likes and face zero legal consequences, attorney Ross Noland argued at the state Supreme Court Thursday in an ongoing bid to liberate the Little Rock School District.

Publisher Hussman contradicted by J-school dean on his opposition to hiring of 1619 Project creator - The Assembly, a new digital magazine in North Carolina, has more today on Arkansas Democrat-Gazette Publisher Walter Hussman's opposition to the University of North Carolina journalism school hiring Nikole Hannah-Jones as a distinguished professor.

Will Jones announces for 6th District prosecuting attorney - Will Jones of North Little Rock, who is currently chief deputy prosecuting attorney in the judicial circuit including Jefferson and Lincoln Counties, has announced as a candidate to succeed the retiring Larry Jegley as prosecuting attorney for Pulaski and Perry Counties, the 6th District.

Another Republican aims for Arkansas Supreme Court - Another candidate deeply identified with Republican politics is aiming for a seat on the Arkansas Supreme Court, theoretically non-partisan.

Supreme Court affirms 30-day suspension of Circuit Judge Barry Sims - The Arkansas Supreme Court today accepted a judicial panel's recommendation that Pulaski Circuit Judge Barry Sims be suspended without pay for 30 days and take other remedial measures for rude treatment of lawyers in his court.

Politico

'That's where we get the leg up': How former government officials boost Amazon's cloud computing unit - Amazon's massive cloud-computing unit is aggressively recruiting U.S. government officials as it pushes to make itself essential to branches such as the military and the intelligence community, a POLITICO analysis has found.

Pence says he and Trump may never 'see eye to eye' on Jan. 6 insurrection - In his second public address since leaving office, former Vice President Mike Pence on Thursday put a little space between himself and his ex-boss, saying he and former President Donald Trump might never "see eye to eye" on the Jan. 6 insurrection.

What Makes Caitlyn Jenner Run? - MALIBU, Calif.—At the top of a hill, at the end of a steep and winding road, here in this wealthy, seaside enclave that's been for a hundred years a haven for boldfaced names with a desire to hide and a need to be seen, Caitlyn Jenner lives surrounded by arid and craggy canyons in a posh fortress of a house from which she descends nearly daily for her grande vanilla latte at the Pacific Coast Highway Starbucks where the paparazzi often wait.

New York Times

**(AG)** The Sound of Silence on Abortion - Back in 2014, when the Arizona Legislature passed a bill to provide business owners with a religious excuse to discriminate against gay people, the N.F.L. threatened to move Super Bowl XLIX out of the University of Phoenix Stadium in Glendale. Gov. Jan Brewer vetoed the bill.

KTAL

**(LR)** AG warns Arkansas residents about rise in catalytic converter thefts - LITTLE ROCK, Ark. (KTAL/KSHV) – Attorney General Leslie Rutledge is warning Arkansas residents about the rise in catalytic converter thefts across the state.

KAIT

**(LR)** AG warns of catalytic converter thefts, being careful - LITTLE ROCK, Ark. (KAIT) - Northeast Arkansas has seen more than its share of catalytic converter thefts in recent months, with lawmakers approving a bill and Gov. Asa Hutchinson signing the bill into law in the last legislative session.

Magnolia Reporter

**(LR)** Sanders can't be bothered by pesky press questions now - What does the world's second-ranked female tennis player have to do with Arkansas politics? A lot more with Sarah Huckabee Sanders than with Gov. Asa Hutchinson.

Courier News

**(LR)** Rutledge, Israeli consul general discuss Arkansas-Israel relations - Arkansas Attorney General Leslie Rutledge welcomed Israeli Consul General Gilad Katz to Arkansas recently to discuss Arkansas' law prohibiting the State from contracting with entities that are boycotting Israel, and how the two leaders can work to strengthen the Arkansas-Israel relationship.

Life News

**(LR)** Arkansas Abortions Drop to Lowest Level Since 1970s, More Babies Saved From Abortion - On Wednesday the Arkansas Department of Health released its annual reports on the number of abortions performed in the state.

SWARK

**(LR)** Attorney General Alert: Catalytic Converter Theft on the Rise - LITTLE ROCK – Attorney General Leslie Rutledge is warning Arkansans that catalytic converter thefts are on the rise and how people can protect their automobiles from this type of crime. A catalytic converter is an EPA-approved exhaust emission control device that is usually found beneath the vehicle as part of the exhaust system. Thieves are stealing catalytic converters from all types of automobiles for their precious metals. Specifically, hybrid and lower emission vehicles contain higher amounts of precious metals in their converters and certain larger vehicles have multiple catalytic converters making both high value targets.

DEF000514                                             Def.'s Ex. 1

DEF000515

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Sunday, June 6, 2021 12:11 PM |
| **To:** | Stephanie Sharp |
| **Subject:** | June 6, 2021 Clips |

ADG

(LR) Array of new Arkansas laws focus on abortion - Even as Republicans passed bills to ban nearly all abortions in Arkansas in the first half of the 2021 legislative session, at least 10 other laws that add restrictions around the procedure and facilities that provide it were enacted.

Arkansas tenants say housing program unwieldy - Chandra Profit had to move four times within the same North Little Rock public housing complex in a year's time, and she is not the only resident in that situation, she said.

Manchin say he'll vote against 'partisan' Dem elections bill - WASHINGTON — A key Democratic senator says he will not vote for the largest overhaul of U.S. election law in at least a generation, defying his party and the White House and virtually guaranteeing the failure of the legislation after a near party-line approval in the House.

Pulaski County Special School District set to extend math, English periods - The Pulaski County Special School District is moving toward a class schedule at its four middle schools in which math and English/language arts courses will each be 80 minutes per day, five days a week.

Vaccines going out in small ways now: state's new covid cases increase by 203 - Ten people received Johnson & Johnson's single-shot covid-19 vaccinations Saturday at St. Joseph's Farm Stand in North Little Rock.

Little Rock agencies file U.S.-aid wish lists - At the request of Little Rock Mayor Frank Scott Jr., leaders of city departments have submitted recommendations for how the city ought to use the first half of $37.7 million on its way as a result of the American Rescue Plan Act.

G-7 countries agree on 15% corporate tax - LONDON -- The Group of Seven wealthy democracies agreed Saturday to support a global minimum corporate tax of at least 15% to deter multinational companies from avoiding taxes by stashing profits in low-rate countries.

Reporters' records put off-limits in leaks cases - WASHINGTON -- The Justice Department said Saturday that it no longer will secretly obtain reporters' records during leak investigations, a policy shift that abandons a practice decried by news organizations and press freedom groups.

Push to get water to 625 Crawford County residences in deadline limbo - MOUNTAINBURG -- An initiative to furnish potable water to about 625 households in north-central Crawford County has fallen short of the support it needs to proceed.

Pine Bluff students join national virtual graduation - Seventy students in the Pine Bluff Interested Citizens for Voter Registration Pen or Pencil "Writing A New History" Education Expansion will take part in the virtual graduation ceremony as ambassador students. The graduation will be live-streamed from 1-2:45 p.m. June 15 from the sanctuary of First Assembly of God Church, 1002 Ridgway Road.

DEF000516
Def.'s Ex. 1

Public input sought on new Arkansas 59 bridge plans - SILOAM SPRINGS -- The Arkansas Department of Transportation will hold a public meeting from 4 to 7 p.m. Thursday to share the proposed design for the Illinois River bridge replacement on Arkansas 59 in Benton County.

**Talk Business & Politics**

Economist: A lot of good news in April jobs report - University of Arkansas Walton College economist Mervin Jebaraj says the April 2021 Arkansas jobs report is layered with good news.

**Arkansas Times**

Tornadoes increasing in Arkansas due to climate change, researcher says - On the afternoon of Saturday, March 28, 2020, Kathie Pace and her family hid in a stairwell as a tornado slashed through their northeast Jonesboro subdivision.

Former leader blasts Southern Baptist Convention's handling of sexual abuse - In that the denomination has the largest number of followers among Arkansans with religious preferences, controversy in the Southern Baptist Convention resonates here. This Washington Post article will be widely read.

Furor continues over refusal to grant tenure to Nikole Hannah-Jones, 1619 Project creator - The controversy over the University of North Carolina's hiring of 1619 Project creator Nikole Hannah-Jones continues with a faculty protest and silence so far on a legal request that the UNC Board of Trustees reconsider its decision to allow her hiring, but without the tenure normally given distinguished professors.

A Chick-fil-A on Broadway? There will be questions - This report from KARK on Chick-fil-A's interest in developing the former McDonald's at 7th and Broadway is the tip of what could be a lively debate.

**Politico**

Modest goals for Kamala Harris in her first foreign trip - GUATEMALA CITY — The Biden administration is trying to manage expectations for Kamala Harris' first international trip as vice president.

Facebook VP defends Trump suspension as reasonable and proportionate - Defending Facebook's latest ruling on the former president, executive Nick Clegg said Sunday that the two-year suspension of Donald Trump reflected improved processes.

Cyberattacks 'are here to stay,' Commerce secretary says - Commerce Secretary Gina Raimondo said Sunday that ransomware attacks "are here to stay," and that businesses should plan accordingly.

**KTLO**

(LR) Arkansas AG issues warning about catalytic converter thefts - Attorney General Leslie Rutledge is warning Arkansans that catalytic converter thefts are on the rise and how people can protect their automobiles from this type of crime.

**Southwest Times**

(LR) Naomi Osaka and Arkansas politics - What does the world's second-ranked female tennis player have to do with Arkansas politics? A lot more with Sarah Huckabee Sanders than with Gov. Asa Hutchinson.

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Tuesday, June 8, 2021 7:53 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | June 8, 2021 Clips |

ADG

Alzheimer's drug approved by FDA - WASHINGTON -- The Food and Drug Administration on Monday approved the first Alzheimer's treatment intended to slow cognitive decline, a move hailed by patients and advocates but sharply criticized by others who argued there was not sufficient evidence the drug works.

Little Rock port celebrates 50 years of barge highway system - The Port of Little Rock marked the McClellan-Kerr Arkansas River Navigation System's 50th anniversary Monday afternoon with a panel featuring U.S. Secretary of Transportation Pete Buttigieg, Mayor Frank Scott Jr. and Port Executive Director Bryan Day at the Little Rock Regional Chamber of Commerce.

Heat's on as Senate regathers - WASHINGTON-- Bracing for political trouble, Senate Majority Leader Charles Schumer warned Democratic colleagues Monday that June will "test our resolve" as senators returned to consider infrastructure, voting rights and other stalled-out priorities at a crucial moment in Congress.

Global glitch: Swaths of internet go down after cloud outage - LONDON — Multiple major websites went offline briefly Tuesday after an apparent outage at the cloud service company Fastly, and there were still reports of sporadic disruptions after the company patched the problem about an hour later.

UA land sale continues, despite law - The University of Arkansas System is continuing with plans to sell about half of the acreage at its Pine Tree Research Station in St. Francis County to a private entity even though the General Assembly this spring passed a law prohibiting the sale.

Vaccinations on pace to fall short of target - When Gov. Asa Hutchinson announced a goal last month of raising the proportion of Arkansans who have at least one coronavirus vaccine dose to at least 50% within 90 days, he acknowledged that meeting the target would require the pace of vaccinations to increase.

No-women draft is left to Congress - WASHINGTON -- The Supreme Court on Monday declined to hear a challenge to a federal law that requires only men to register for the military draft.

Most of pipeline ransom recovered - WASHINGTON -- The Justice Department has recovered most of a multimillion-dollar ransom payment made to hackers after a cyberattack that caused the operator of the nation's largest fuel pipeline to halt its operations last month, officials said Monday.

Student loan payments' restart looms - More than 40 million holders of federal student loans are due to start making monthly installments again on Oct. 1, when the freeze imposed as part of covid-19 relief measures is due to run out.

U.S. threatens Texas governor with legal action - The Biden administration threatened Monday to pursue legal action if Texas Gov. Greg Abbott doesn't rescind his order shutting down federally funded shelters that house migrant children who cross the U.S.-Mexico border without their parents.

No plans to go, postal chief tells lawmaker critics - WASHINGTON -- As he approaches his first anniversary at the U.S. Postal Service's helm, Louis DeJoy is under mounting pressure to resign and has been criticized by lawmakers from both parties for changes to the agency that have resulted in service slowdowns.

## Arkansas Business

Attorney Resigns in Fraud Case - An attorney has been given permission to stop representing an ex-con accused of defrauding an elderly man of $4.5 million.

Argenta Landmark Changes Hands in $5.6M Transaction - Commercial investment firm 1 Riverfront QOZB LLC has purchased for $5.6 million the eight-story, 113,650-SF building at 1 Riverfront Place in downtown North Little Rock.

Lance Turner Named Next Editor of Arkansas Business - Lance Turner, currently the online editor for Arkansas Business Publishing Group, will succeed Gwen Moritz as editor of Arkansas Business, the weekly statewide business journal, ABPG President Mitch Bettis announced Monday.

Update: Simmons First Buys 2 Banks, Expands Tennessee Footprint - Simmons First National Corp. of Pine Bluff announced Monday that it will buy two Memphis-area bank companies in separate deals worth a combined $277.9 million.

Surprise! City Sales Tax Receipts Rise, Defying COVID-19 Predictions - When the pandemic began devastating commerce in March 2020, Arkansas cities slashed budgets and tabled projects, fearing sales tax revenues would fall off the shelf.

U.S. Home Broadband Gains Greatest in Suburbs - The adoption of home broadband varies by demographics, including community type: urban, suburban and rural.

Fed Plans Seizure of Lab Owner's Properties - The federal government wants to seize several pieces of property owned by Billy Joe Taylor, which they say were bought with the proceeds of Taylor's alleged crimes.

New Owner of Bentonville Building Sues Over Vacated Tenants - The California buyer of a $6 million office building in Bentonville has sued alleging fraud by the company that sold the property.

## Talk Business & Politics

Transportation Secretary Buttegeig joins Arkansas officials for LR Port's 50th anniversary - In 1943, research began on a massive infrastructure project in the heart of the mid-south. The McClellan-Kerr Navigation System, completed in the early 1970's, has become an economic engine that spurred the growth of the port system along the Arkansas River and other waterways in the region that tie into it.

Freight market continues to show strength; carriers increase driver pay - Trucking capacity has remained tight, and rates have been at record highs as carriers boost driver pay.

188th officials 'laser-focused' on new mission: Michigan senators' objections not likely to reverse decision - Decisions about facility renovation, new construction and other practical matters are part of the process for the U.S. Air Force pilot training center coming to Fort Smith, and objections to the decision are not likely to change a final decision set for spring 2023.

## Arkansas Times

Oaklawn to begin horse racing in December - Oaklawn has announced a big change in its thoroughbred racing schedule.

Def.'s Ex. 1

[Are jobless benefits discouraging people from returning to work? It's more complicated than Asa suggests](#) - Weekend reporting should be read by Governor Hutchinson, the chamber of commerce and hundreds of Republican politicians who think added federal unemployment benefits are the reason for job vacancies.

## Politico

[Senators reveal further Capitol riot security failures in bipartisan report](#) - Capitol security officials tracking threats of violence on Jan. 6 saw social media posts as early as late December 2020 about a plot to breach the complex — complete with maps of the building's tunnels and explicit threats of violence against members of Congress.

[Major outage strikes the internet](#) - Popular websites including Twitch and a host of news websites including the New York Times and the Guardian went down on Tuesday.

[Justice Department expands use of body-worn cameras by feds](#) - The Justice Department is dramatically expanding the use of body-worn cameras by federal law enforcement, announcing plans to require its agents to wear such devices when carrying out search warrants or making pre-planned arrests.

## Law 360

(LR) [Wis. Legislature Asks To Intervene In State Tax Cut Limit Case](#) - The Wisconsin Legislature moved to intervene in a case several state attorneys general have filed to invalidate a provision in the recent federal coronavirus aid package that prohibits states from using federal funds for state tax cuts.

## Life News

(LR) [Arkansas Has Become One of the Most Pro-Life States in America, Protecting Babies From Abortion](#) - Arkansas is not only among the most pro-life states in America, it continues to pass protective legislation that as much as possible hedges in the "right" to abortion while enacting measures to protect and inform abortion-minded women.

## Marietta Times

(AG) [Ohio suits against drug middlemen in for long haul](#) - Ohio has been one of the most active states litigating against drug middlemen, whom Attorney General Dave Yost accuses of bilking state agencies out of tens of millions of dollars.

## Dylan Jacobs

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Tuesday, June 8, 2021 8:10 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | June 8, 2021 Clips |

ADG

**(LR)** Dickey, former chief justice, appointed to oversee state redistricting - The Arkansas Board of Apportionment on Monday hired former state Supreme Court Chief Justice Betty Dickey as the panel's redistricting coordinator.

Alzheimer's drug approved by FDA - WASHINGTON -- The Food and Drug Administration on Monday approved the first Alzheimer's treatment intended to slow cognitive decline, a move hailed by patients and advocates but sharply criticized by others who argued there was not sufficient evidence the drug works.

Little Rock port celebrates 50 years of barge highway system - The Port of Little Rock marked the McClellan-Kerr Arkansas River Navigation System's 50th anniversary Monday afternoon with a panel featuring U.S. Secretary of Transportation Pete Buttigieg, Mayor Frank Scott Jr. and Port Executive Director Bryan Day at the Little Rock Regional Chamber of Commerce.

Heat's on as Senate regathers - WASHINGTON-- Bracing for political trouble, Senate Majority Leader Charles Schumer warned Democratic colleagues Monday that June will "test our resolve" as senators returned to consider infrastructure, voting rights and other stalled-out priorities at a crucial moment in Congress.

Global glitch: Swaths of internet go down after cloud outage - LONDON — Multiple major websites went offline briefly Tuesday after an apparent outage at the cloud service company Fastly, and there were still reports of sporadic disruptions after the company patched the problem about an hour later.

UA land sale continues, despite law - The University of Arkansas System is continuing with plans to sell about half of the acreage at its Pine Tree Research Station in St. Francis County to a private entity even though the General Assembly this spring passed a law prohibiting the sale.

Vaccinations on pace to fall short of target - When Gov. Asa Hutchinson announced a goal last month of raising the proportion of Arkansans who have at least one coronavirus vaccine dose to at least 50% within 90 days, he acknowledged that meeting the target would require the pace of vaccinations to increase.

No-women draft is left to Congress - WASHINGTON -- The Supreme Court on Monday declined to hear a challenge to a federal law that requires only men to register for the military draft.

Most of pipeline ransom recovered - WASHINGTON -- The Justice Department has recovered most of a multimillion-dollar ransom payment made to hackers after a cyberattack that caused the operator of the nation's largest fuel pipeline to halt its operations last month, officials said Monday.

Student loan payments' restart looms - More than 40 million holders of federal student loans are due to start making monthly installments again on Oct. 1, when the freeze imposed as part of covid-19 relief measures is due to run out.

U.S. threatens Texas governor with legal action - The Biden administration threatened Monday to pursue legal action if Texas Gov. Greg Abbott doesn't rescind his order shutting down federally funded shelters that house migrant children who cross the U.S.-Mexico border without their parents.

DEF000521

Def.'s Ex. 1

No plans to go, postal chief tells lawmaker critics - WASHINGTON -- As he approaches his first anniversary at the U.S. Postal Service's helm, Louis DeJoy is under mounting pressure to resign and has been criticized by lawmakers from both parties for changes to the agency that have resulted in service slowdowns.

Arkansas Business

Attorney Resigns in Fraud Case - An attorney has been given permission to stop representing an ex-con accused of defrauding an elderly man of $4.5 million.

Argenta Landmark Changes Hands in $5.6M Transaction - Commercial investment firm 1 Riverfront QOZB LLC has purchased for $5.6 million the eight-story, 113,650-SF building at 1 Riverfront Place in downtown North Little Rock.

Lance Turner Named Next Editor of Arkansas Business - Lance Turner, currently the online editor for Arkansas Business Publishing Group, will succeed Gwen Moritz as editor of Arkansas Business, the weekly statewide business journal, ABPG President Mitch Bettis announced Monday.

Update: Simmons First Buys 2 Banks, Expands Tennessee Footprint - Simmons First National Corp. of Pine Bluff announced Monday that it will buy two Memphis-area bank companies in separate deals worth a combined $277.9 million.

Surprise! City Sales Tax Receipts Rise, Defying COVID-19 Predictions - When the pandemic began devastating commerce in March 2020, Arkansas cities slashed budgets and tabled projects, fearing sales tax revenues would fall off the shelf.

U.S. Home Broadband Gains Greatest in Suburbs - The adoption of home broadband varies by demographics, including community type: urban, suburban and rural.

Fed Plans Seizure of Lab Owner's Properties - The federal government wants to seize several pieces of property owned by Billy Joe Taylor, which they say were bought with the proceeds of Taylor's alleged crimes.

New Owner of Bentonville Building Sues Over Vacated Tenants - The California buyer of a $6 million office building in Bentonville has sued alleging fraud by the company that sold the property.

Talk Business & Politics

Transportation Secretary Buttegeig joins Arkansas officials for LR Port's 50th anniversary - In 1943, research began on a massive infrastructure project in the heart of the mid-south. The McClellan-Kerr Navigation System, completed in the early 1970's, has become an economic engine that spurred the growth of the port system along the Arkansas River and other waterways in the region that tie into it.

Freight market continues to show strength; carriers increase driver pay - Trucking capacity has remained tight, and rates have been at record highs as carriers boost driver pay.

188th officials 'laser-focused' on new mission; Michigan senators' objections not likely to reverse decision - Decisions about facility renovation, new construction and other practical matters are part of the process for the U.S. Air Force pilot training center coming to Fort Smith, and objections to the decision are not likely to change a final decision set for spring 2023.

Arkansas Times

Oaklawn to begin horse racing in December - Oaklawn has announced a big change in its thoroughbred racing schedule.

[Are jobless benefits discouraging people from returning to work? It's more complicated than Asa suggests](#) - Weekend reporting should be read by Governor Hutchinson, the chamber of commerce and hundreds of Republican politicians who think added federal unemployment benefits are the reason for job vacancies.

## Politico

[Senators reveal further Capitol riot security failures in bipartisan report](#) - Capitol security officials tracking threats of violence on Jan. 6 saw social media posts as early as late December 2020 about a plot to breach the complex — complete with maps of the building's tunnels and explicit threats of violence against members of Congress.

[Major outage strikes the internet](#) - Popular websites including Twitch and a host of news websites including the New York Times and the Guardian went down on Tuesday.

[Justice Department expands use of body-worn cameras by feds](#) - The Justice Department is dramatically expanding the use of body-worn cameras by federal law enforcement, announcing plans to require its agents to wear such devices when carrying out search warrants or making pre-planned arrests.

## Law 360

(LR) [Wis. Legislature Asks To Intervene In State Tax Cut Limit Case](#) - The Wisconsin Legislature moved to intervene in a case several state attorneys general have filed to invalidate a provision in the recent federal coronavirus aid package that prohibits states from using federal funds for state tax cuts.

## Life News

(LR) [Arkansas Has Become One of the Most Pro-Life States in America, Protecting Babies From Abortion](#) - Arkansas is not only among the most pro-life states in America, it continues to pass protective legislation that as much as possible hedges in the "right" to abortion while enacting measures to protect and inform abortion-minded women.

## Marietta Times

(AG) [Ohio suits against drug middlemen in for long haul](#) - Ohio has been one of the most active states litigating against drug middlemen, whom Attorney General Dave Yost accuses of bilking state agencies out of tens of millions of dollars.

Def.'s Ex. 1

## Dylan Jacobs

**From:** Stephanie Sharp
**Sent:** Wednesday, June 9, 2021 7:41 AM
**To:** Stephanie Sharp
**Subject:** June 9, 2021 Clips

ADG

(LR) Dicamba spraying ruled OK for now - The Arkansas Supreme Court late Monday granted an emergency stay of a Pulaski County circuit judge's temporary restraining order against the state Plant Board's 2021 rules for spraying dicamba.

(LR) OPINION | JOHN BRUMMETT: Surplus cynicism - When a news release appeared last week from the governor's office reporting a record $980 million surplus, my knee jerked and I challenged the news.

Biden shifts gears in bid for infrastructure deal - WASHINGTON -- President Joe Biden on Tuesday ended talks with a group of Republican senators led by Shelley Moore Capito, R-W.Va., over his infrastructure proposal and started reaching out to senators from both parties in a new effort for a bipartisan deal, setting a summer deadline for Congress to approve his top legislative priority.

Little Rock police chief talks at downtown forum; reporters barred from meeting - Little Rock Police Chief Keith Humphrey addressed residents at a forum on policing and crime in the River Market hosted Tuesday afternoon by the Downtown Little Rock Partnership, but an event organizer barred news reporters from attending.

Governor: Don't wait to get kids vaccinated - Gov. Asa Hutchinson on Tuesday urged parents to have their children vaccinated as soon as possible, noting that students who are fully vaccinated no longer have to quarantine after exposure to someone with covid-19.

Governor tells agencies to give out pay raises - Gov. Asa Hutchinson on Tuesday authorized state agencies to use up to 3% of total salary expenses for merit pay raises for employees.

U.S. on track to miss 70% vaccination goal - WASHINGTON -- For months, President Joe Biden has laid out goal after goal for taming the coronavirus pandemic and then exceeded his own benchmarks. Now, though, the U.S. is on pace to fall short of his aim to have 70% of Americans at least partially vaccinated by July 4.

Democrat offers no give on election-bill opposition - WASHINGTON -- Sen. Joe Manchin was unswayed Tuesday by civil-rights leaders who implored him to rethink his opposition to a sprawling election bill that House Speaker Nancy Pelosi, D-Calif., said is crucial to countering a "Republican assault on our democracy."

State sets traffic-flow changes - Eastbound traffic on Interstates 40 and 55 in West Memphis will be reduced to one lane each between the highways' two merging points starting at 6 p.m. today in an effort to improve the traffic flow that has been disrupted by the closure of the I-40 bridge over the Mississippi River, state officials announced Tuesday.

Soil found to 'slump' near Heritage Division building in Little Rock - A slow-moving landslide has been discovered near the state Division of Heritage headquarters, Parks, Heritage and Tourism Secretary Stacy Hurst told employees Monday.

Filing backs Trump in lawsuit - NEW YORK -- Former President Donald Trump cannot be held personally liable for "crude and disrespectful" remarks he made about a woman who accused him of rape because he made the comments while he was president, U.S. Justice Department lawyers told an appeals court late Monday.

DEF000524                    Def.'s Ex. 1

Fayetteville council committee reviews feedback on Mission Trail, Archibald Yell projects - FAYETTEVILLE -- Public comment is helping shape two major transportation projects in the city.

Do not repeat a fatal mistake with vulnerable veterans, state lawmakers told - Legislators need to oversee the state's care of vulnerable veterans because the lack of supervision at the federal level led to deaths at a Fayetteville hospital, lawmakers heard Tuesday.

Ballot set for special election in August to extend Fayetteville sales tax - FAYETTEVILLE -- The Washington County Election Commission approved Tuesday the ballot for Fayetteville's upcoming special election to extend an existing sales tax.

Boozman opposing Pine Tree land sale - U.S. Sen. John Boozman, R-Ark., said Tuesday that he does not support the planned sale of 6,300 acres of the University of Arkansas System's Pine Tree Research Station in St. Francis County.

State board backs $35M request for school employee health plan - The state Board of Finance on Tuesday voted to recommend that the state Department of Education ask the Legislative Council to authorize the transfer of $35 million from the state's restricted reserve fund to shore up the health insurance plan for public school employees next year.

Moving University of Arkansas' Fulbright statue violates law, legislators tell administrators - Moving the University of Arkansas' statue of the late Sen. J. William Fulbright would violate the law and could result in a criminal charge, state legislators told university officials Tuesday.

Failing trickling filter could impact 30,000 Fort Smith residents - FORT SMITH -- The potential negative impact of a failing filter at the city's Massard Water Reclamation Facility in Barling has caused concern and an urge to construct a new apparatus.

## Arkansas Business

Arkansas Says Vaccinated Students No Longer Need Quarantine - LITTLE ROCK, Ark. (AP) — Arkansas no longer requires students exposed to the coronavirus to quarantine so long as they're fully vaccinated against the virus, Gov. Asa Hutchinson announced Tuesday.

Hutchinson Approves 3% Merit Pay Raises for Workers - LITTLE ROCK, Ark. (AP) — Gov. Asa Hutchinson on Tuesday approved performance-related merit pay raises of as much as 3% for state employees.

U.S. Job Openings Surge to Record 9.3M in April - WASHINGTON (AP) — U.S. employers posted a record 9.3 million job openings in April with the U.S. economy reopening at break-neck speed.

Oaklawn Wants to Hold Races in December - Oaklawn Racing Casino Resort of Hot Springs said Monday that it wants to add December live racing dates to its calendar and host a 66-day season, from Dec. 3, 2021-May 8, 2022.

Buttigieg: Infrastructure Needs Fixes, Long-Term Investment - Now is the right time to not only repair our infrastructure but invest in it for the future, U.S. Secretary of Transportation Pete Buttigieg said Monday afternoon during a panel to celebrate the 50th anniversary of the McClellan-Kerr Navigation System.

## Talk Business & Politics

State Finance Board discusses options for estimated $70 million school employee insurance shortfall - The state of Arkansas is an estimated $70 million short related to public school employees' benefits for the year 2022. During a State

Board of Finance meeting on Tuesday (June 8), board members and staff discussed the shortfall predicted by insurance actuaries.

State commits $17 million for Ebbing military mission; Governor outlines merit bonuses, new school vaccine policy - Governor Asa Hutchinson made news on three fronts Tuesday (June 8) in his weekly press briefing. Hutchinson outlined the state's commitment to a new military mission in Fort Smith, performance bonuses for state workers, and a loosening of student quarantines for those fully vaccinated.

State Supreme Court issues stay on dicamba ruling - Farmers will be able to use dicamba until the end of June, thanks to a ruling from the state's highest court.

Southern Bancorp CEO Darrin Williams appointed to LR branch of St. Louis Fed - Darrin Williams, CEO of Southern Bancorp Inc., was appointed Tuesday (June 8) to the board of directors of the Little Rock branch of the Federal Reserve Bank of St. Louis.

Pace Industries puts Fayetteville HQ up for sale; company plans to 'rightsize' market presence - Pace Industries, an aluminum, zinc and magnesium die casting company based in Fayetteville, is selling its 22,200-square-foot office building at 481 Shiloh Drive along Interstate 49.

Arkansas Times

Deal reached on Little Rock sales tax plan? - The Little Rock Board of Directors may soon consider whether to ask voters to approve a sales tax increase.

Governor announces 3 percent merit pay increase for state employees - At his weekly briefing today, Governor Hutchinson said he'd authorized a 3 percent performance or merit pay bonus for state employees.

Unstable land discovered behind state building on Arkansas River - The state has closed a portion of the parking lot behind the Department of Arkansas Heritage building at 1100 North Street because the land that slopes down to the Arkansas River is unstable.

Legislators blister UA officials over recommendation to move Fulbright statue on Fayetteville campus; then turn anger to land sale - If you can stand it, you might want to cue up a legislative committee meeting this morning at which legislators raked University of Arkansas officials over the coals for Chancellor Joseph Steinmetz's decisions on campus honors for Sen. J. William Fulbright and, to a lesser degree, former Gov. Charles Brough.

Board will ask legislature for $35 million to prop up public school employee health insurance - The state Board of Finance, now in charge of overseeing state and school employee health insurance plans, decided today to ask the legislature to take $35 million from a reserve fund to cover part of a $70 million deficit forecast in the public school employee health insurance fund.

The I-40 bridge fracture, up close - In case you haven't seen them, the Arkansas Department of Transportation has compiled a gallery of photographs of the fractured beam that caused closure of the Interstate 40 bridge over the Arkansas River at Memphis.

Inaugural junior college football championship in Little Rock said to be a good start for four-game run - War Memorial Stadium was the setting last Saturday for the National Junior College Athletic Associations' championship football game, delayed by the pandemic from a normal December time slot.

Politico

[Where Europe and the US don't see eye to eye](#) - With eight days of glad-handing, photo ops and fanfare, Joe Biden and his team are hoping his trip to Europe will reboot transatlantic relations.

[Trans-Atlantic talks to end steel tariffs face a tough problem: China](#) - European leaders are expected to press President Joe Biden in meetings starting this week to scrap the steel and aluminum tariffs that former President Donald Trump slapped on them. That will require reaching a deal that appeases Biden's key constituencies at home — namely steelmakers and unions.

[Biden ends infrastructure talks with Senate GOP, starts engaging bipartisan group](#) - Bipartisan infrastructure talks between President Joe Biden and GOP Sen. Shelley Moore Capito are over, and the White House will now focus on working with a bipartisan group of 20 senators.

Politico

(LR) [POLITICO Playbook](#) - HAPPY BIRTHDAY Arkansas A.G. Leslie Rutledge

40/29

(AG) [Morgan Nick Foundation assisted with more than 1,500 missing Arkansans](#) - ALMA, Ark. —
The Morgan Nick Foundation assisted with more than 1,500 missing person cases last year, according to foundation director Colleen Nick.

KUAR

(LR) [Arkansas Apportionment Board Hires Former Chief Justice As Redistricting Coordinator](#) - The members of the state Board of Apportionment, who are responsible for redrawing Arkansas' congressional districts, on Monday approved the hiring of a former state Supreme Court chief justice to serve as the redistricting coordinator.

US News & World Report

(LR) [Former Chief Justice to Coordinate Arkansas Redistricting](#) - LITTLE ROCK, Ark. (AP) — The Arkansas board that redraws legislative district boundaries every 10 years following the U.S. census has hired a former state chief justice to be the panel's coordinator.

KATV

(LR) [Arkansas AG warns consumers of secondhand recalled Fisher-Price inclined sleeper](#) - LITTLE ROCK (KATV) — The company Fisher-Price is under fire this week. A new congressional report claims the company ignored repeated warnings about its once-popular Rock 'n' Play sleeper, resulting in the deaths of at least 95 infants.

(LR) [Buy something online with a debit card recently? You may want to check your account](#) - Little Rock — Arkansas Attorney General Leslie Rutledge is warning consumers to keep an eye on their accounts, especially after online purchases.

WV News

(LR) [Law Enforcement Executes Search Warrants In Harrison County West Virginia Stolen Catalytic Converter Probe](#) - CLARKSBURG, W.Va. (WV News) — Law enforcement executed search warrants Monday in Harrison County relating to an investigation of stolen catalytic converters, Sheriff Robert Matheny said.

Def.'s Ex. 1

**Dylan Jacobs**

---

**From:** Stephanie Sharp
**Sent:** Saturday, June 12, 2021 12:12 PM
**To:** Stephanie Sharp
**Subject:** June 12, 2021 Clips

ADG

(LR) Plaintiffs in AG suit told to get more proof - A lawsuit that accuses Arkansas Attorney General Leslie Rutledge of using her office to promote her political career over the best interests of the state and illegally using public money to do so has survived its first legal challenge.

Biden urges G-7 leaders to call out and compete with China - CARBIS BAY, England — Leaders of the world's largest economies unveiled an infrastructure plan Saturday for the developing world to compete with China's global initiatives, but there was no immediate consensus on how forcefully to call out Beijing over human rights abuses.

Expiration added to Little Rock tax proposal - A 10-year sunset date has been added to Little Rock Mayor Frank Scott Jr.'s proposed "Rebuild the Rock" sales-tax increase of 1 percentage point, according to city meeting materials released Friday.

OPINION | MASTERSON ONLINE: Controversy vs. core values - Should society continue to embrace traditional journalistic values of objectivity, accuracy and fairness, as described in the Statement of Core Values published daily in this newspaper (and 10 others owned by publisher Walter Hussman) or prefer questionably accurate and subjective methods of "award-winning" advocacy reporting, as published by The New York Times Magazine's 1619 Project?

Fayetteville Housing Authority development nonprofit agrees to sell, relinquish properties - FAYETTEVILLE -- The Housing Authority's nonprofit arm wants to cut its losses and sell or relinquish ownership of five properties it intended to buy and renovate for low-income residents.

Northwest Arkansas hospitals see slight increase in covid-19 patients - The number of covid-19 cases in Northwest Arkansas hospitals spiked from 10 last week to 21 Wednesday, according to area health care providers.

Fort Smith's Boyd announces state Senate bid - FORT SMITH -- Rep. Justin Boyd, R-Fort Smith, announced his bid for the District 8 seat in the state Senate.

Geffken unable to attend city manager interview in Florida - FORT SMITH -- City Administrator Carl Geffken is unable to attend next week's interview process for the city manager's job in Clearwater, Fla., due to a family emergency, according to Clearwater officials.

Inquiry set on seizure of Democrats' records - WASHINGTON -- The Justice Department's internal watchdog opened an investigation Friday after revelations that former President Donald Trump's administration secretly seized phone data from at least two House Democrats as part of an aggressive leaks inquiry. Democrats called the seizures "harrowing" and an abuse of power.

State virus cases up by 393 in day - Arkansas' count of coronavirus cases rose Friday by 393 -- the largest one-day jump in almost three months -- while the number of patients hospitalized with the virus fell for the second day in a row.

DEF000528

Def.'s Ex. 1

Vaccine demand still wanes in U.S. - The U.S. is facing an ever-growing surplus of coronavirus vaccine, looming vaccine expiration dates and lagging demand even as the developing world clamors for doses to stem covid-19 infections and variants of the disease continue to spread.

State's share of child care funds in U.S. aid package -- $464.6M - WASHINGTON -- The American Rescue Plan contained $39 billion for child care, including $464.6 million for Arkansas.

Pulitzers focus on virus, police coverage - Pulitzer Prizes were awarded Friday to news organizations that provided in-depth coverage of the dramatic turns of 2020, a year dominated by a pandemic that left millions dead and a national conversation on race after the murder of George Floyd.

Harris promotes child care funding - Vice President Kamala Harris highlighted the Biden administration's efforts to expand child care and relieve the financial pressures of parenthood during a visit to a child care center Friday.

Biden sells G-7 on minimum global tax - CORNWALL, England -- President Joe Biden joined the leaders of other leading democracies on the white sands of Carbis Bay in England on Friday, posing for the traditional "family photo" and opening their annual Group of Seven summit with meetings focusing on boosting the global economic recovery from the coronavirus, strengthening democracies and taking firmer action to tackle climate change.

Virus rules to stay at summer camps - SANTA FE, N.M. -- Overnight summer camps will be allowed in all 50 states this season, but covid-19 rules and a pandemic labor crunch mean that many fewer young campers will attend, and those who do will have to observe coronavirus precautions for the second consecutive year.

Lawsuit filed over pull-over wreck - A Pulaski County woman's lawsuit against the Arkansas State Police claims a trooper "negligently" used a maneuver that caused her sport utility vehicle to crash into a concrete barrier along U.S. 167 near Jacksonville, according to the lawsuit.

Google offers U.K. role in changes - LONDON -- Google is offering U.K. regulators a role overseeing its phasing out of ad-tracking technology from its Chrome browser, in a package of commitments the tech giant is proposing to apply globally to head off a competition investigation.

Reprieve of loans is halted - MILWAUKEE -- A federal judge has halted a loan forgiveness program for farmers of color in response to a lawsuit alleging the program discriminates against white farmers.

Economy in U.K. rises 2.3% in April as lockdowns ease - LONDON -- The easing of lockdown restrictions in April helped the British economy grow at its fastest rate since July and regain further ground lost during the coronavirus pandemic, official figures showed Friday.

## Arkansas Business

(LR) Attorney General Files Suit Against Rural Broadband Company - Arkansas Attorney General Leslie Rutledge announced Thursday that she has filed a lawsuit against Flowmatic Technical Solutions LLC and its owner, Joseph Michael Bradford.

Haag Brown Buys Bentonville Building for $3M - Haag Brown Commercial Real Estate & Development of Jonesboro, through affiliate Haag-Brown Encore Holdings LLC, has purchased for $3 million the First Horizon Bank building at 706 S. Walton Blvd. in Bentonville.

Square Inc. Invests in Southern Bancorp - Digital payments company Square Inc. of San Francisco said Friday that it made an equity investment in Southern Bancorp Inc. of Little Rock.

DEF000529                                            Def.'s Ex. 1

Judge Halts Loan Forgiveness Program for Farmers of Color - MILWAUKEE (AP) — A federal judge has halted a loan forgiveness program for farmers of color in response to a lawsuit alleging the program discriminates against white farmers.

## Talk Business & Politics

Poll: After contentious session, state legislature sees high negative numbers - Controversial topics drowned out the typical bread-and-butter business of the legislative session, and that played out in public opinion.

The Supply Side: Social commerce gaining traction among retailers - Social commerce, or live streaming shopping events on social media platforms, is gaining traction in U.S. retail.

## Arkansas Times

(LR) Full 8th Circuit appeals court to take up state anti-Israel boycott law - The 8th U.S. Circuit Court of Appeals yesterday granted the state of Arkansas's request for a hearing by the full court on the Arkansas Times' lawsuit challenging the state law that requires a pledge not to boycott Israel from those who want to do business with the state.

More attention to Ronnie Floyd in Baptist Convention sex abuse controversy - The whistleblowing on Southern Baptist Convention churches' handling of sexual abuse complaints continues to produce blowback on former Arkansas pastor Ronnie Floyd, now president of the executive committee of the convention, meeting this coming week in Nashville.

Little Rock sales tax proposal changed to include 10-year sunset; spending changes and promises on an early childhood program - As Lindsey Millar reported earlier this week, a compromise appears in the works on a Little Rock sales tax proposal.

Former U.S. attorney Cody Hiland takes state legal post; also developments on the PIT controversy - A news release today confirms my earlier report that former U.S. Attorney Cody Hiland is going to work as chief legal counsel for the Arkansas Department of Public Safety.

George Floyd videographer wins Pulitzer recognition - Worth noting: The special recognition given in Pulitzer Prizes announced today to Darnella Frazier, whose video of George Floyd's murder by Minneapolis police set off shock waves that still continue.

Little Rock police announce Operation Cease Fire - The LRPD has a weekend of events to encourage a more peaceful Little Rock.

Bryan King renews fight to get repayment of state money sent to Ecclesia College - Former state Sen. Bryan King recently filed a new suit in Washington County to force Ecclesia College to repay almost $700,000 it received in state funds as part of a bribery scheme with former legislators Micah Neal and Jon Woods.

Parent complains Huntsville schools covering up sexual assault - KNWA reports on a controversy in the Huntsville School District on the handling of sexual complaints against male basketball players.

## Politico

Fed explores 'once in a century' bid to remake the U.S. dollar - The Federal Reserve is taking what may be the first significant step toward launching its own virtual currency, a move that could shake up banks, give millions of low-income Americans access to the financial system and fortify the dollar's status as the world's reserve currency.

Def.'s Ex. 1

A pricey new drug that may not work? Why drug pricing critics are staying quiet. - The FDA's approval of an expensive new Alzheimer's therapy would seem like the perfect candidate for inflaming Washington's long-running debate over sky-high prescription drug prices.

Biden revels in Trump's absence from the world stage - CARBIS BAY, England — Joe Biden had many messages for U.S. allies during his first foreign trip as president. But perhaps none were more pronounced than this: I'm not Donald Trump.

## Taiwann News

(LR) Appeals court to rehear Arkansas' Israel boycott pledge case - LITTLE ROCK, Ark. (AP) — A federal appeals court on Thursday said it will reconsider a panel's decision that Arkansas' law requiring state contractors to pledge not to boycott Israel is unconstitutional.

## RFD-TV

(LR) Catalytic converter thefts are on the rise - Catalytic converter thefts are on the rise. Thieves are stealing the exhaust control device for their precious metals. While all types of automobiles are being targeted, larger vehicles that sit higher, like trucks, are more susceptible.

## Stuttgart Daily Leader

(LR) Attorney General Alert: Catalytic converter theft on the rise - LITTLE ROCK – Attorney General Leslie Rutledge is warning Arkansans that catalytic converter thefts are on the rise and how people can protect their automobiles from this type of crime.

DEF000531
Def.'s Ex. 1

**Dylan Jacobs**

From:       Stephanie Sharp
Sent:       Monday, June 14, 2021 7:52 AM
To:         Stephanie Sharp
Subject:    June 14, 2021 Clips

ADG

Low-vaccination areas a worry - JACKSON, Miss. -- New covid-19 cases are declining across most of the country, even in some states with vaccine-hesitant populations. But almost all states bucking that trend have lower-than-average vaccination rates, and experts warn that relief from the pandemic could be fleeting in regions where few people get inoculated.

Ship named after Little Rock faces decommissioning - The USS Little Rock's time in service stands to be coming to an end as a proposed budget for the U.S. Navy shows the ship scheduled for decommission in 2022.

Biden claims success at G-7 meeting's end - NEWQUAY, England -- President Joe Biden on Sunday said the United States had restored its presence on the world stage as he used his first overseas trip since taking office to connect with a new generation of leaders from some of the world's most powerful countries and more closely unite allies on addressing the coronavirus pandemic and China's trade and labor practices.

FBI warns Arkansans of ransomware risk - FBI officials are warning Arkansans about how ransomware can affect them both through businesses and direct attacks.

Victim of 1927 lynching remembered in Little Rock - More than 50 people gathered in the Sunday afternoon heat at Haven of Rest Cemetery in Little Rock to memorialize John Carter, a 38-year-old Black man who was lynched nearby 94 years ago.

Food-truck court near ballpark back on North Little Rock council agenda - A proposal for a large food-truck court near Dickey-Stephens Park in North Little Rock has been on hold for several weeks because of confusion surrounding the proposed ordinance's purpose, city officials said.

Sources: Records sought on McGahn - WASHINGTON -- Apple told Donald McGahn, the White House counsel to former President Donald Trump, last month that the Justice Department had subpoenaed information about an account that belonged to him in February 2018 and that the government barred the company from telling him at the time, according to two people briefed on the matter.

Novavax: Large study finds covid-19 shot about 90% effective - Vaccine maker Novavax said Monday its shot was highly effective against covid-19 and also protected against variants in a large, late-stage study in the U.S. and Mexico.

New infections at 91 as active cases drop - Arkansas saw 91 new cases of covid-19 Sunday, with active cases remaining above 2,000, according to the state Department of Health's daily update.

Netanyahu ousted as Israeli premier - JERUSALEM -- Israel's parliament Sunday narrowly approved a new coalition government, ending the historic 12-year rule of Prime Minister Benjamin Netanyahu and sending the polarizing leader into the opposition.

$22 million pledged for Fort Smith runway extension - FORT SMITH -- City directors will decide this week whether to contribute to a $22 million runway extension at Ebbing Air National Guard Base to prepare for new training missions.

DEF000532
Def.'s Ex. 1

Deadline extension sought for proposed Crawford County water project - MOUNTAINBURG -- An initiative to furnish potable water to about 625 households in north-central Crawford County has fallen short of the support it needs to proceed.

School to sounds: Developer transforming historic Rudy schoolhouse into music, wedding venue - RUDY -- A venue that once held the sounds of recess and physical education class will soon be filled with live music and wedding bells.

Springdale needs another ambulance, fire chief says - SPRINGDALE -- The city's emergency dispatch center in the past 16 months received more than 100 calls for ambulance service when no ambulance was available, the city's fire chief said.

## Arkansas Business

Dillards Make Quick Billion-Dollar Rebound - Last week, the value of the William Dillard family's stock in the publicly traded Little Rock retail chain stood at $1.4 billion, up 244% from last November.

Trafficking Lawsuit Against PerfectVision Founder Dismissed - Terry L. Fleming scored a legal victory last week when a judge dismissed a civil lawsuit that accused him of human trafficking and sexually exploiting younger women.

Courts Tackle Cases Delayed by Pandemic - The Arkansas Supreme Court said jury trials could resume at the beginning of May, meaning a stack of criminal cases finally have their chance to see resolution.

## Arkansas Times

Another Democrat set to announce Monday for U.S. Senate - Natalie James, a Little Rock realtor who's been active in city political issues, will formally announce Monday as a Democratic candidate for U.S. Senate. The Republican incumbent, Sen. John Boozman, is seeking re-election.

Neighborhood group has questions about latest city sales tax proposal - The Coalition of Little Rock Neighborhoods has responded to a revised Little Rock sales tax proposal — to be considered Tuesday, by the City Board — with some questions.

## Politico

House returns with long to-do list - GUESS WHO'S BACK, BACK AGAIN: It felt empty with the House out for three weeks, but recess is over and it doesn't take Slim Shady to know these next few weeks are going to be hectic.

Novavax's coronavirus vaccine proves more than 90 percent effective - Novavax's coronavirus vaccine proved to be 90.4 percent effective in preventing COVID-19 cases, putting it on the same playing field as highly effective mRNA shots, the company announced Monday.

Collins says new infrastructure offer won't include gas tax hike - Sen. Susan Collins said on Sunday that there won't be any gas tax hike or any undoing of former President Donald Trump's signature 2017 tax bill in the infrastructural proposal she and a small bipartisan group of lawmakers are developing.

## Arkansas Public News Service

(LR) Arkansas AG Warns of Potential Fraud, Financial Stress from Student Loans - LITTLE ROCK, Ark. -- Among Arkansans who graduated in 2018, 53% have student-loan debt.

DEF000533

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Tuesday, June 22, 2021 7:47 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | June 22, 2021 Clips |

ADG

Lowell Planning Commission asks for time to develop beekeeping regulations - LOWELL -- Planning Commission members on Monday voted to ask the City Council for 90 days to research and present an ordinance regulating beekeeping rather than banning the hobby entirely.

Fayetteville school district works toward equal learning growth for students of color - FAYETTEVILLE -- The School District's Black and Hispanic students score lower in literacy and math than their white peers, an issue administrators said they're working to address.

I-40 bridge repair said to be on track - Workers on Monday began removing the fractured portion of the Interstate 40 bridge over the Mississippi River, a "significant" step toward reopening the closed crossing between Arkansas and Tennessee.

Acting UA chancellor named; leader for school year undecided - FAYETTEVILLE -- Bill Kincaid, a campus attorney, has been named acting chancellor at the University of Arkansas, Fayetteville but more time is needed to decide who should lead in the upcoming academic year, UA System President Donald Bobbitt said Monday.

Medicaid swells amid pandemic - The number of Americans relying on Medicaid swelled to an apparent record high during the coronavirus pandemic, with nearly 74 million Americans covered through the safety-net health insurance, new federal figures show.

State announces series of moves on recreation, conservation - Arkansas officials on Monday announced the purchase of about 450 acres of land in Pulaski County for conservation and recreational use, as well as an agreement to put the Lake Sylvia Recreation Area and Camp Ouachita under the state parks system.

Arkansas Museum of Fine Arts signals reopening later than planned - Just months after the Arkansas Museum of Fine Arts announced a May 2022 reopening, officials said Monday that they need more time to allow for additional improvements to the building and grounds.

Arkansas health official advises: Keep wearing mask - As the number of covid-19 patients in Arkansas hospitals continued to climb Monday, a top public health official said she'd recommend even people who are vaccinated to wear masks in public or when around people whose vaccination status is unknown.

U.S. on pace to miss vaccine-sharing goal - WASHINGTON -- President Joe Biden is expected to fall short of his commitment to ship 80 million covid-19 vaccine doses abroad by the end of June because of regulatory and other hurdles, officials said Monday as they announced new plans for sharing the shots globally.

Fraud suit returned to lower court; justices put onus on bank in teacher pension fund's case - Goldman Sachs will get another opportunity to attempt to prevent class-action certification in a securities fraud case brought by the Arkansas Teacher Retirement System and other investors, the U.S. Supreme Court ruled Monday.

DEF000534                                    Def.'s Ex. 1

Iranian vows to restore nuke deal, rejects limits on missile program - ISTANBUL -- Iranian President-elect Ebrahim Raisi said Monday that he opposes talks on limiting Tehran's ballistic missile program and its support for regional proxy forces. But he promised to salvage the 2015 nuclear deal to secure relief from U.S. sanctions that have devastated the Iranian economy.

Chamber's Little Rock sales-tax stand said a few weeks away - The Little Rock Regional Chamber of Commerce has yet to take a position on the Little Rock sales-tax referendum set for Sept. 14, according to the head of the business group.

Appellate race gets second hopeful - Saline County District Judge Stephanie Casady is running for a seat on the Arkansas Court of Appeals, she announced Monday.

Watson Chapel audit clean, board advised - A financial audit of the Watson Chapel School District for the 2019-20 school year revealed no findings, deficiencies or noncompliance.

Arkansas Business

Bill Kincaid Named Acting UA Chancellor - Bill Kincaid has been named acting chancellor of the University of Arkansas at Fayetteville, effective immediately, following Chancellor Joe Steinmetz's sudden resignation on Friday.

Governor Forms Outdoor Recreation Office, Adds Blue Mountain to Offerings - Gov. Asa Hutchinson on Monday announced the creation of the Arkansas Office of Outdoor Recreation, a 10-member advisory board to guide that office, and the addition of the 459-acre Blue Mountain to the state's outdoor recreation opportunities.

NWA Graduate Medical Programs Get $12.5M Boos - The Arkansas Legislative Council on Friday approved nearly $12.5 million in funding to establish up to 92 new graduate medical education positions at Washington Regional Medical Center by 2030.

High Court Sides with Former Athletes in Dispute with NCAA - WASHINGTON (AP) — The Supreme Court decided unanimously Monday that the NCAA can't enforce rules limiting education-related benefits — like computers and paid internships — that colleges offer to student athletes.

Today's Power Building Array for Ozark Mountain Schools - In another school solar project coordinated with the Barnabas Team, a Bentonville consultancy, Today's Power Inc. of North Little Rock broke ground June 17 on a solar power project in St. Joe to supply 80% of the electricity needs for the Ozark Mountain School District.

2020 Brought Feast, Famine to Private Companies - VCC was so close in 2019 that just a 6% increase in revenue would have cracked the billion-dollar mark. But 2020 was not kind to the Little Rock general contractor.

Lexicon Growth Continues Following Founder's Death - Lexicon's 2020 performance included the start of a $100 million job for Tesla in Austin, Texas, and continuing work for Nucor and Big River Steel.

Market Street Plaza Sold for $4.1M - This week's parade of nine million-dollar real estate transactions kicks off with a retail center in west Little Rock.

Ottenheimer Market Hall Makes Return in River Market - At Ottenheimer Market Hall in the River Market, four vendors failed to survive the COVID-19 pandemic shutdown, but perhaps more surprising — considering that the hall's doors were closed for more than a year — is that 11 vendors have returned.

Talk Business & Politics

Def.'s Ex. 1

Truck parking shortage worsens: new study notes systems issues - A lack of national standards on technology and systems that show truck parking availability might contribute to driver distrust of them and confusion, according to new research. Meanwhile, the trucking industry continues to struggle with a truck parking shortage as freight demand surges.

I-40 bridge closure complicating West Memphis traffic, tourists and taxes - There is one place in the western hemisphere where north meets south and east meets west from a goods distribution perspective. Interstate 55, which connects Canada to Mexico, and Interstate 40, which connects the west coast to the east coast, meet in West Memphis, the largest city in Crittenden County that abuts the Mississippi River.

Kincaid named acting UA chancellor during search for next campus boss - Bill Kincaid, the managing associate general counsel at the University of Arkansas, has been named acting University of Arkansas chancellor following the sudden resignation last week of former Chancellor Dr. Joseph Steinmetz.

Gov. Hutchinson creates Office of Outdoor Recreation - Gov. Asa Hutchinson announced Monday (June 21) the creation of the Arkansas Office of Outdoor Recreation and the expansion of outdoor recreation in the state that includes an agreement with the U.S. Forest Service.

Walmart plans on Northwest Arkansas drone deliveries by the fall - Walmart plans to begin drone deliveries by this fall from a Bentonville store. That news was part of the retailer's announcement that it is investing in drone delivery provider DroneUp to expand work in final mile delivery. The company did not disclose financial terms of the investment.

Introducing the 2021 class of Women in Business honorees - The Northwest Arkansas Business Journal is pleased to introduce its 10 honorees for the 2021 Women in Business awards program. Honorees represent women from various careers who have forged a path of success for others to emulate.

## Arkansas Times

Coronavirus today: Another jump in number hospitalized - The daily COVID-19 count reflects another big jump in the number hospitalized, from 216 yesterday to 281 today.

Bill Kincaid named acting UA chancellor as president mulls Steinmetz replacement. Bobbitt still silent on sudden exit. - University of Arkansas System President Donald Bobbitt has named Bill Kincaid, associate general counsel for the UA campus in Fayetteville as acting chancellor of the system's flagship campus.

Governor announces sharper state focus on outdoor recreation and expansion of outdoor areas - Governor Hutchinson announced today an initiative to focus more of the state's tourism effort on outdoor recreation.

Arkansas children suffer high rates of poverty and racial inequity, but we want tax cuts anyway - Arkansas isn't a topnotch state for any children to thrive, but it's significantly tougher for children of color.

Supreme Court reverses decision in securities case including Arkansas Teacher Retirement System - The U.S. Supreme Court today reversed certification of a $13 billion class-action lawsuit against Goldman Sachs in which the Arkansas Teacher Retirement System is a lead plaintiff.

Race develops for Court of Appeals seat - A contest has developed for the race to succeed retiring Arkansas Court of Appeals Judge Larry Vaught in a district covering Pulaski, Saline and Perry counties.

Chris Jones' video gives him a running start for governor - Chris Jones, Democratic candidate for governor, has hit the ground running with his video introducing himself.

DEF000536

College athletes get a win at U.S. Supreme Court - It's a partial victory. Not at issue in this appeal was the question of payment to college athletes, but it opens a crack the NCAA didn't want to open.

Politico

The pandemic changed how we vote. These states are making the changes permanent. - WASHINGTON — The Covid-19 pandemic is receding in America. But some of the changes it prompted in American elections are here to stay.

Senate's bipartisan infrastructure deal nears its big reveal - The Senate's bipartisan group is racing to finalize an accord on infrastructure, hoping to clinch a deal totaling $579 billion in new spending as soon as this week.

How Democrats are 'unilaterally disarming' in the redistricting wars - Oregon Democrats had finally secured total control of redistricting for the first time in decades.

Black Enterprise

(AG) REALITY STAR COUPLE BUSTED FOR SCAMMING BLACK FOLKS DURING PANDEMIC, SUED BY TEXAS AG - A celebrity D.J. who goes by the name D.J. ASAP, aka Marlon Moore, and his wife LaShonda, are being accused of ripping off tens of millions of dollars from people through an illegal pyramid scheme. They are now being sued over it.

SWARK

(LR) Attorney General Rutledge and 15 Other States to SEC: Disclosure Initiative is Unneeded, Unconstitutional - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge joined a 16-state coalition to push back against a Biden administration initiative that would require companies to make policy statements submitted to the U.S. Securities and Exchange Commission (SEC), not related to financial performance, a move the attorneys general argue would serve a political agenda while decimating freedom of speech.

JD Supra

(AG) 2021 Arkansas Insurance Legislation Summary: General - The 93rd Arkansas General Assembly convened on January 11, 2021 and entered into an extended recess on April 27, 2021. The resolution authorizing the extended recess provides for the legislature to reconvene for the following purposes.

Clarion Ledger

(AG) State Auditor 'looking into' UnitedHealth as part of Medicaid pharmacy benefits probe - The Mississippi State Auditor's Office is looking into whether UnitedHealth Group, the fifth largest company in the U.S., is over-billing Medicaid for prescription drugs.

Times Record

(LR) Chris Jones, Democrat, joins 2022 governor's race - Pine Bluff native Chris Jones has announced that he will run for the Democratic nomination for the 2022 governor's race.

Metro Voice News

(LR) Televangelist Jim Bakker back in court over COVID-19 cure claims - Branson televangelist Jim Bakker has asked a St. Louis appeals court to reinstate a free-speech lawsuit against Arkansas and California officials investigating a fake COVID-19 cure. Attorney Derek Ankrom of Springfield represented Bakker and his Morningside Church before the three-judge panel in a teleconference hearing.

DEF000537

Def.'s Ex. 1

MSNBC

**(LR)** [Dr. Chris Jones' viral campaign ad shows how extraordinary Black politicians have to be](#) - Until Monday, the only thing I knew about the race for governor in Arkansas was that former White House press secretary Sarah Huckabee Sanders had thrown her hat into the ring.

Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Wednesday, June 23, 2021 7:56 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | June 23, 2021 Clips |

ADG

**(LR)** [Governor hopeful Chris Jones' ad draws attention](#) - Three days after formally launching his Arkansas gubernatorial campaign last week, Democrat Chris Jones set a couple of modest benchmarks for measuring short-term success.

[Springdale veterans park project hopes to raise $5.8 million, City Council told](#) - SPRINGDALE -- Fundraising for a $5.8 million park to honor veterans has begun, the nonprofit Springdale Veterans Organization informed the City Council on Tuesday.

[Day's 485 cases largest increase in three months](#) - Arkansas' count of coronavirus cases rose Tuesday by 485 -- the largest single-day increase since March 5 and the first one since March 12 that topped 400.

[End cocaine-case disparity, governor urges](#) - WASHINGTON -- Arkansas Gov. Asa Hutchinson urged the Senate Judiciary Committee on Tuesday to eliminate sentencing disparities in cocaine-related cases, saying crack and powder forms of the substance are equivalent.

[Democrats' push to overhaul voting laws stymied in Senate](#) - WASHINGTON -- Democratic lawmakers' attempt to rewrite U.S. voting laws stalled in the Senate on Tuesday, blocked by Republican opposition to what would have been the largest overhaul of the electoral system in a generation.

[State lawyers urge judge to dismiss suit over new vote laws](#) - A voting-rights lawsuit challenging the legality of a quartet of Arkansas election changes passed by lawmakers this year must be dismissed because there is no evidence the new laws will harm voters, state lawyers assert in a response to the month-old litigation.

[70% vaccination rate out of reach, U.S. says](#) - WASHINGTON -- The United States will miss President Joe Biden's original goal of getting at least one dose of coronavirus vaccine to 70% of adults by July 4, White House coronavirus coordinator Jeff Zients said Tuesday.

[Judge, dismayed by deal, gives ex-youth pastor 33 months in sex-abuse case](#) - A former youth pastor in Little Rock and Denton, Texas, accused of molesting young girls under his charge two decades ago was sentenced to 33 months in federal prison in a dramatic hearing Tuesday and ordered to spend the rest of his life under federal supervision once he is allowed out of prison.

[Walmart goes from fries to sushi](#) - From sushi to salad and cheesecake to cheesesteak, Walmart Inc. is testing a number of options to fill leased space in its stores formerly occupied by McDonald's restaurants.

[Biden still optimistic on Iran nuclear deal](#) - WASHINGTON -- Biden administration officials are insisting that the election of a hard-liner as Iran's president won't affect prospects for reviving the faltering 2015 nuclear deal with Tehran. But there are already signs that their goal of locking in a deal just got tougher.

[No compromises struck at infrastructure meeting](#) - WASHINGTON -- Top White House aides wrapped up a meeting with a group of senators Tuesday without producing an infrastructure compromise, as differences on how to pay for a proposed $579 billion in new spending for roads, bridges and other projects continue to bedevil the talks.

DEF000539

Def.'s Ex. 1

Attorney: Fort Smith sewer rates will need to increase; efforts needed to soften blow - FORT SMITH -- Environmental counsel says the city will need to raise its sewer rates to appease federal officials enforcing its consent decree but is looking at ways to keep the increase as low as possible.

Sebastian County earmarks $1 million for Air National Guard base - FORT SMITH -- The Sebastian County Quorum Court approved setting aside $1 million in Coronavirus Aid, Relief, and Economic Security Act money to support an expansion of Ebbing Air National Guard Base.

Pulaski County officials back allocation of federal aid funds - The Pulaski County Quorum Court during its Tuesday meeting approved an ordinance allocating some of the funds from the American Rescue Plan.

Insurance-plan funds debated - Some state Board of Finance members on Tuesday contemplated asking the Legislative Council for more money to put into the health insurance plan for public schools next year beyond the $35 million the council authorized on Friday.

LR medical-cannabis outlet approved to move a few miles - State regulators on Tuesday approved a Little Rock medical-marijuana dispensary's move a few miles west.

## Arkansas Business

Frontier Airlines Adds Las Vegas Direct Flight From XNA - Frontier Airlines announced a twice-weekly direct flight from Northwest Arkansas National Airport to Las Vegas.

FAA Says U.S. Airports Will Get $8B in Pandemic Relief - WASHINGTON (AP) — Airports around the country will share $8 billion in federal grants to help them recover from the pandemic, which caused a steep drop in air travel and a loss of revenue that airports expect from airlines and passengers.

Arkansas Has Biggest 1-Day Jump in Virus Cases Since March - LITTLE ROCK, Ark. (AP) — Arkansas on Tuesday reported 485 new coronavirus cases, its biggest one-day jump in more than three months.

Hutchinson, Other GOP Governors Urge Release of Census Data - Fifteen Republican governors sent a letter Tuesday to the U.S. Department of Commerce urging that the U.S. Census Bureau release redistricting data as soon as possible, saying further delays would hurt efforts to redraw congressional and legislative districts.

ACHE Receives $32.3M Gift From Anonymous Source - Arkansas Colleges of Health Education in Fort Smith on Tuesday announced that it has received a $32.3 million dollar gift to fund health and wellness initiatives.

Melanie, Edwin Wells Give $1M to Arkansas Children's Foundation - The Arkansas Children's Foundation on Tuesday announced a $1 million donation from Melanie and Edwin Wells to establish an endowment supporting the pediatric health system's CEO Strategic Initiatives Fund.

Jake Nabholz Named Next CEO of Nabholz Construction - The third generation of the Nabholz family will take over in January at the state's largest commercial contractor.

U.S. Existing Home Sales Fall Again As Prices Soar - WASHINGTON (AP) — Sales of previously-occupied homes fell for the fourth straight month in May as soaring prices and a limited number of available properties discouraged many would-be buyers.

## Talk Business & Politics

Amazon Prime Day sales up nearly 9% from 2020 - According to two surveys of shoppers by Adobe Analytics and Numerator, Amazon is on pace for record Prime Day sales this year.

ACHE receives $32.3 million donation to fund numerous research and wellness programs - A$32.3 million anonymous donation to the Arkansas Colleges of Health Education will support a holistic approach to health and wellness and include partnerships with public schools, art centers, a community garden, and a Northwest Arkansas based culinary study center.

FAA to give almost $25 million to Arkansas airports - The Federal Aviation Administration (FAA) announced Tuesday (June 22) allocating nearly $25 million to 65 Arkansas airports as part of $8 billion in COVID-19 relief money that was approved in March. The grants are expected to keep U.S. airport workers employed, construction projects going and help U.S. airports recover from the impacts of the pandemic.

Baptist Health celebrates 100th anniversary - Baptist Health was born on Feb. 16, 1921 just as the nation was coming out of a global pandemic known as the Spanish Flu. One hundred years later, Arkansas and the world find themselves in similar territory.

Nabholz makes leadership changes, Jake Nabholz to become CEO - Conway-based general contractor Nabholz Construction Services announced Tuesday (June 22) that regional president Jake Nabholz will become CEO effective Jan. 1, 2022. Existing CEO Greg Williams, who also is chairman of the board, will retain his chairman role.

## Arkansas Times

Report: Khashoggi killers got military training in Arkansas - Says the New York Times.

Fort Smith institution receives $32 million gift for health and wellness programs - The Arkansas Colleges of Health Education in Fort Smith says in a news release that it has received a $32.3 million gift from an anonymous donor to develop health and wellness programs.

Governor renews call for end to disparity in cocaine sentences. Blowback from the usual sources. – For better than a decade, Governor Hutchinson, who headed the Drug Enforcement Administration under President George W. Bush, has advocated an end to sentencing disparities for people convicted of federal crack and powder cocaine offenses.

Little Rock Nine member Terrence Roberts to speak Saturday - Author, educator and civil rights vanguard Terrence Roberts will give a virtual address at 4:30 p.m. Saturday to celebrate 18 new graduates of the Arkansas chapter of the New Leaders Council.

The I-40 bridge becomes a stimulus calling card for Joe Biden - It is using the closed Interstate 40 bridge as a selling point for President Biden's infrastructure spending proposal.

State Board of Finance on public school employee health insurance - The state Board of Finance took up today the question of dealing with a $70 million shortfall expected next year in the public school employee health insurance program.

Watershed update: No report yet from sheriff on tree-cutting near Lake Maumelle - Prosecuting Attorney Larry Jegley says he's still awaiting a sheriff's report on its investigation of tree-cutting on Central Arkansas Water property in the Lake Maumelle watershed to improve the view from Dennis Rainey's home overlooking the lake.

## Politico

GOP riven by infighting over Big Tech crackdown - Republicans want to go after Big Tech. But they're now openly clashing with each other over a bipartisan effort to do just that.

Top adviser to Dem megadonor privately blasts party's prioritization of voting rights bill - The top political adviser to one of the Democratic Party's biggest donors privately urged fellow Democrats last week to abandon the push around federal voting rights legislation in favor of legislative items with better chances of passage.

YouTube wins in court ruling on copyright breaches by users - Google's video-sharing platform YouTube was Tuesday handed a victory in a ruling by the Court of Justice of the European Union over breaches of EU copyright rules.

EU opens probe into Google's adtech services - The European Commission announced Tuesday that it opened an investigation into whether Google favors its own advertising services to the detriment of rivals.

**Healthcare Finance**

**(LR)** Centene settles PBM lawsuits with Ohio, Mississippi for $143 million - Centene has settled lawsuits in Ohio and Mississippi alleging the company overcharged the states' Medicaid programs for pharmacy services, according to Centene and the states' attorneys general.

**Lexology**

**(LR)** FTC alleges operators participated in illegal pyramid scheme - On June 16, the FTC and the Arkansas attorney general filed a complaint against the operators of a "blessing loom" investment program (defendants), alleging that they acted as an illegal pyramid scheme that bilked millions of dollars from thousands of consumers.

**SWARK**

**(LR)** Rutledge Urges Congress to Restore Hyde Amendment to Prohibit Taxpayer Funding of Abortions - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge announced sending a letter to congressional leaders urging Congress to maintain the Hyde Amendment in the 2022 budget. The letter was signed by Rutledge and 21 other state attorneys general. It explains that the amendment, which prohibits the use of federal funds for abortions, was conspicuously removed by the Biden Administration despite its inclusion in federal budgets for the last forty-five years.

**NWA DemGaz**

**(LR)** BRENDA BLAGG: An impressive long shot - The cast of characters for Arkansas' 2022 gubernatorial election just got a little more interesting.

**40/29**

**(AG)** JESSE GIBSON IS RUNNING FOR ATTORNEY GENERAL OF ARKANSAS IN 2022 - FAYETTEVILLE, ARK. — JESSE GIBSON IS THE ONLY DEMOCRAT TO DATE RUNNING FOR ATTORNEY GENERAL OF ARKANSAS IN 2022.

DEF000542

Def.'s Ex. 1

**Dylan Jacobs**

---

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Thursday, June 24, 2021 7:42 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | June 24, 2021 Clips |

ADG

**(LR)** Arkansas trooper's traffic maneuver justified, state says in filing - The Arkansas State trooper who deliberately crashed a pregnant woman's car to make a traffic stop did nothing wrong, state lawyers asserted Wednesday in response to the woman's negligence and excessive-force lawsuit.

**(LR)** Little Rock teacher Anthony Bland announces run for governor - HOT SPRINGS -- The field of candidates running for governor in 2022 grew this week after Anthony Bland announced Wednesday he will seek the Democratic nomination for governor.

**(LR)** Names and faces - Jim Bakker and his southwestern Missouri church will pay restitution of $156,000 to settle a lawsuit that accuses the TV pastor of falsely claiming a health supplement could cure the coronavirus.

**(AG)** Jim Bakker, southwest Missouri church settle lawsuit over covid-19 claims - O'FALLON, Mo. — Jim Bakker and his southwestern Missouri church will pay restitution of $156,000 to settle a lawsuit that accuses the TV pastor of falsely claiming that a health supplement could cure the coronavirus.

Gun-trade bad actors on notice, Biden says; city crackdowns part of proposal - WASHINGTON -- President Joe Biden announced new efforts Wednesday to stem a rising national tide of violent crime, declaring that the federal government is "taking on the bad actors doing bad things to our communities." But questions persist about how effective the efforts can be in what is expected to be a turbulent summer.

State panelists endorse $3.7M in requests - The steering committee appointed by Gov. Asa Hutchinson to recommend the best uses of $1.25 billion in federal coronavirus relief funds endorsed requests totaling $3.7 million from the departments of corrections, transformation and public safety.

Retirement system to invest $30M; money to go into health care, related business sectors - The Arkansas Teacher Retirement System's board of trustees Wednesday authorized an investment of $30 million in a buyout fund that will invest in small and medium-sized companies in the health care and related business sectors.

Delta variant raging where few got shots - The rapid spread of the delta variant of the coronavirus is poised to divide the U.S. again, with highly vaccinated areas continuing toward post-pandemic freedom and poorly vaccinated regions threatened by greater caseloads and hospitalizations, health officials warned this week.

Surge rolls into new day; Arkansas adds 389 virus cases - An uptick in new coronavirus infections in Arkansas appeared to continue as the state's count of cases rose Wednesday by 389.

More Arkansans seeking jobs before benefit cut - Jobless Arkansans appear to be searching for work for the first time in months, nudged back into the job market in part by the state's impending shutdown of supplemental federal unemployment benefits.

DEF000543                    Def.'s Ex. 1

Irate teen's rant held as free speech by justices - WASHINGTON -- The Supreme Court on Wednesday ruled for a Pennsylvania cheerleader whose profane off-campus rant cost her a spot on the cheerleading squad, saying the punishment violated her First Amendment rights.

Youths' arrests spark police inquiry - FORT SMITH — The Police Department announced Tuesday that it's conducting an internal investigation of two of its officers after the arrests of two juvenile offenders Monday.

Arkansas jobless rate stays at 4.4% for May - The state's joblessness rate remained unchanged at 4.4% in May, still well below the national unemployment rate of 5.8%, Arkansas officials said Wednesday. Unemployment in Arkansas was 8.5% a year ago as the pandemic strangled the economy.

May new-home sales off 5.9% - WASHINGTON -- Sales of new homes fell unexpectedly in May and the 5.9% retreat was the second consecutive monthly decline even as the median price hit an all-time high.

Court rejects structure of mortgage overseer - WASHINGTON -- The Supreme Court on Wednesday gave the president greater power to fire the head of the agency that oversees mortgage giants Fannie Mae and Freddie Mac, ruling that the agency's structure violates separation of powers principles in the Constitution.

Lonoke County deputy kills teenage driver at traffic stop - A Lonoke County deputy shot and killed a 17-year-old early Wednesday during a traffic stop near Cabot, authorities said.

Pulaski County's election error broke law, board finds - The Pulaski County clerk's office violated state election law when an error by a deputy clerk resulted in the wrong precinct being assigned to several voters, the state Board of Election Commissioners found Wednesday.

## Arkansas Business

Amazon Plans Solar Farms in Mississippi, Arkansas - JACKSON, Miss. (AP) — Amazon has announced plans to build a solar farm in Mississippi and in at least 10 other states, including Arkansas and Pennsylvania.

NLR Wastewater Utility Dedicates Its Own Solar Power Array - The North Little Rock Wastewater Utility has hooked up to its own solar power array, built by Scenic Hill Solar of Little Rock, and is poised to get about 20% of its electricity load from the 850-kilowatt plant.

Arkansas Unemployment Rate Unchanged at 4.4% - Arkansas' unemployment rate remained unchanged at 4.4% from April to May, according to a report Wednesday by the state Division of Workforce Services.

U.S. New Home Sales Drop 5.9% in May, Second Monthly Decline - WASHINGTON (AP) — Sales of new homes fell for a second month in May, dropping by a larger-than-expected 5.9%.

## Talk Business & Politics

(LR) Dr. Anthony Bland becomes 4th Democrat to enter governor's race - Dr. Anthony Bland fell short in his 2018 attempt to win the lieutenant governor's race in Arkansas, but that did not deter the Democrat from Little Rock from setting his sights on the state's top job.

First public trucking academy launched in Arkansas - Arkansas didn't have a public trucking academy – until today.

Floods in early June cause more than $200 million in crop damages; number could rise - Major floods in the southern Arkansas Delta in early June caused more than $200 million in direct losses to major crops, according to a preliminary estimate by experts with the University of Arkansas System Division of Agriculture.

DEF000544                    Def.'s Ex. 1

[UA Little Rock awarded $453,000 contract from state to study prison culture and climate](#) - The Arkansas Department of Corrections has awarded the University of Arkansas at Little Rock a multi-year contract of more than $453,000 to study and assess the prison culture and climate in Arkansas.

Arkansas Times

**(AG)** [Televangelist Jim Bakker settles Missouri suit over claim of COVID-19 cure; similar Arkansas suit still pending](#) - Televangelist Jim Bakker and his Morningside Church Productions have settled a state of Missouri lawsuit over false claims that Silver Solution, a health supplement, could cure coronavirus.

[Candidate plans Happy Others Day in Harrison](#) - James R. "Rus" Russell III, a Democratic candidate for governor, has scheduled a Happy Others Day from noon to 8 p.m. Sunday at Minnie Harris Park in Harrison.

[Today's must watch: Gen. Mark Milley](#) - No further comment necessary.

[1619 Project creator wants tenure to work at UNC; lawyers cite negative influence of Arkansas publisher](#) - The latest round in the controversy over whether 1619 Project creator Nikole Hannah-Jones will go to work as a distinguished professor at the University of North Carolina is a letter from her lawyers saying she won't take the job without the tenure she was originally offered.

[Ron DeSantis and the Show Me state give Arkansas a run for the money on legislative lunacy](#) - Bad as the 2021 legislature was, the Arkansas General Assembly managed not to accomplish some of the assaults on freedom passed or under consideration in other states.

[Study rates Arkansas standards 'mediocre' in civics and history instruction](#) - The Thomas B. Fordham Institute released today an analysis of state standards for teaching civics and U.S. history.

[Chris Jones, sudden video star, emphasizes the positive](#) - I talked by phone Tuesday with Chris Jones, one of the Democratic candidates for governor, who's been a social media hit this last week with his introductory video, viewed 4.6 million times according to a count this morning.

[Arkansas jobless rate unchanged in May](#) - The Arkansas unemployment rate in May held steady at 4.4 percent.

[Arkansas rises in dangerous Delta variant of COVID-19. Get a shot, dammit.](#) - News continues to come in about Arkansas's high rate of new COVID-19 cases, low vaccination rate and increasing percentage of the more readily transmissible Delta variant.

Politico

[Obamacare supporters see opening to shore up law after court win](#) - After the latest Supreme Court ruling on Obamacare secured its survival, some of the law's staunchest supporters have a clear message on what President Joe Biden should do next: Fix it.

['We've got to get an answer': UFOs catch Congress' interest](#) - Lawmakers used to laugh when asked about UFOs. Now they have real questions — and they're eager for the rare answers they'll get later this week.

[Tech crackdown survives House panel's marathon slugfest](#) - The House Judiciary Committee voted in the wee hours Thursday to block the hugest tech companies from buying their competitors and disadvantaging their rivals — part of a series of bipartisan moves, stretching overnight toward dawn, aimed at hobbling Silicon Valley's reigning powers.

KLRT

(LR) FOX 16 Investigates: Lawyers for Arkansas State Police, trooper respond to lawsuit filed by pregnant driver stopped with PIT maneuver - LITTLE ROCK, Ark. – Lawyers from the Arkansas Attorney General's office are denying many of the claims in a lawsuit brought by a pregnant driver who was stopped by a trooper using a PIT maneuver.

Salina Post

(AG) TV preacher, church settle lawsuit over COVID-19 claims - O'FALLON, Mo. (AP) — Jim Bakker and his southwestern Missouri church will pay restitution of $156,000 to settle a lawsuit that accuses the TV pastor of falsely claiming a health supplement could cure the coronavirus.

Newsweek

(AG) Jim Bakker Banned from Selling, Advertising Health Supplement That He Claimed Cures COVID - Missouri TV pastor Jim Bakker is banned from selling and advertising a health supplement called "Silver Solution" that he is accused of claiming it cured COVID-19 on his streaming program, The Jim Bakker Show.

KARK

(LR) Dr. Anthony Bland announced candidacy for Arkansas Governor - HOT SPRINGS, Ark. — Another person has entered into the running for the democratic nominee for Arkansas Governor.

KUAR

(LR) Baptist Minister Becomes 4th Democrat To Enter Arkansas Governor's Race - Dr. Anthony Bland fell short in his 2018 attempt to win the lieutenant governor's race in Arkansas, but that did not deter the Democrat from Little Rock from setting his sights on the state's top job.

KY3

(AG) Missouri attorney general, televangelist Jim Bakker settle lawsuit over 'silver' claims - JEFFERSON CITY, Mo. (AP) - Jim Bakker and his southwestern Missouri church will pay restitution of $156,000 to settle a lawsuit that accuses the TV pastor of falsely claiming that a health supplement could cure the coronavirus.

SWARK

(LR) Attorney General Alert: Online Predators Don't Take Off in the Summertime - LITTLE ROCK – Oftentimes when Arkansans hear of sexual abuse of an individual viewing explicit images of a child, they are surprised that such behavior could happen in their own neighborhoods or homes. Many parents think something like this could never happen to their child because they monitor their child's internet usage. Unfortunately, parents and family members could unknowingly be the ones giving pictures to cybercriminals.

**Dylan Jacobs**

From:        Stephanie Sharp
Sent:        Friday, June 25, 2021 7:42 AM
To:         Stephanie Sharp
Subject:    June 25, 2021 Clips

ADG

[Unvaccinated account for most virus deaths in U.S.](#) - Nearly all covid-19 deaths in the U.S. now are people who weren't vaccinated, a demonstration of how effective the shots have been and an indication that deaths per day -- now down to fewer than 300 -- could be practically zero if everyone eligible got the vaccine.

[Little Rock panel OKs more community schools](#) - The Little Rock School Board voted to expand the number of community schools from four to six contingent upon the receipt of a $1 million grant that would enable Mabelvale Elementary and Middle schools to become part of that program.

[Capitol riot panel forming, Pelosi says](#) - WASHINGTON -- House Speaker Nancy Pelosi, D-Calif., announced Thursday that the House will form a select committee to investigate the January attack on the Capitol by a pro-Trump mob, a month after Senate Republicans blocked an effort to form an independent, bipartisan commission.

[Scores missing in Florida condo fall](#) - SURFSIDE, Fla. -- A beachfront condo building partially collapsed Thursday outside Miami, killing at least one person and trapping others in the tower that resembled a giant fractured dollhouse, with one side sheared away. Dozens of survivors were pulled out, and rescuers kept up a desperate search for more.

[Biden: Infrastructure deal reached](#) - WASHINGTON -- President Joe Biden on Thursday announced a hard-earned bipartisan agreement on a pared-down infrastructure plan that would make a start on his top legislative priority and validate his efforts to reach across the political aisle. But he openly acknowledged that Democrats will probably have to tackle much of the rest on their own.

[Housing agency chief says time for board to go](#) - The head of Little Rock's public housing authority asked Mayor Frank Scott Jr. on Wednesday to dismiss the agency's entire governing board, alleging "gross misconduct," "inefficient governance," financial mismanagement and excessive involvement in day-to-day agency operations.

[Spike in new cases in Arkansas persists a 3rd day](#) - An upswing in new coronavirus infections continued in Arkansas for a third day Thursday as the state's count of cases rose by 383.

[Biden vows to aid Afghan helpers](#) - President Joe Biden vowed Thursday that Afghans who helped the U.S. military "are not going to be left behind" as his administration stepped up planning to evacuate thousands of Afghan interpreters while their applications for U.S. entry are processed.

[Giuliani loses N.Y. law license over election claims](#) - NEW YORK -- An appeals court suspended Rudy Giuliani from practicing law in New York on Thursday because he made false statements while trying to get courts to overturn Donald Trump's loss in the presidential race.

[Russia insists U.K. ship fired on, issues warning on next incursion](#) - MOSCOW -- Russia is prepared to target intruding warships if they fail to heed warnings, a senior Russian diplomat declared Thursday after a Black Sea incident in which a British destroyer sailed near Crimea in an area that Russia claims as its territorial waters.

DEF000547                        Def.'s Ex. 1

Central Arkansas Library System officials talk millage plans - A Central Arkansas Library System official told board members Thursday that petitions signed by Little Rock residents must be collected by mid-July so they can be submitted to the city to tee up a fall referendum on a millage increase.

North Little Rock schools set online class plan - The North Little Rock School District is looking to outsource its virtual learning academy this coming school year to allow teachers to focus on in-person teaching.

$4.3M in UCA contracts OK'd - The University of Central Arkansas board of trustees unanimously approved more than $4.3 million in contracts for a range of uses -- including artificial turf, security locks and technology work -- in a special meeting Thursday.

WEHCO investment sets up PB as 'gig city' - WEHCO Media, Inc. President Walter E. Hussman, Jr. on Thursday made a "gig announcement," as the sign near a podium at the Pine Bluff Convention Center suggested.

Generator intends to plug in entrepreneurs - The Generator in Pine Bluff is offering the opportunity for entrepreneurs to expand their business ideas with their Gentrepreneurship Business Program, a beginning entrepreneurship accelerator.

Chief pay is subject of meeting - An urgently called Administration Committee meeting will be held today via Zoom at 1:15 p.m. regarding a resolution amending the 2021 Pine Bluff municipal budget to increase the compensation permitted for the chief of police position.

Jobless-benefit claims slide by 7,000 in week - Applications for U.S. state unemployment insurance fell slightly last week, as the labor market meanders toward a full recovery.

Easing lifts hope for EU travel - SWANSEA, Wales -- When Sierra Schade booked a trip from Atlanta to Greece, she hoped more European countries would follow Greece's lead and open to U.S. travelers.

Amazon tied to solar projects in Cross, Crittenden counties - Amazon's plans for two solar farms in Arkansas -- in Cross and Crittenden counties -- arrived quietly and include a tie-in to a solar project previously announced.

Transit board looking at three outfits to help implement new plans - SPRINGDALE -- Ozark Regional Transit has three potential players to help the public transit provider begin implementing a 10-year plan.

State's high court favors mom in girl's inoculations - In a 4-3 ruling, the Arkansas Supreme Court on Thursday overturned a circuit judge's denial of a mother's request to stop the state Department of Human Services from immunizing her daughter, who was in foster care.

Arkansas Supreme Court - The Arkansas Supreme Court released opinions Thursday.

## Arkansas Business

CDC Extends Eviction Moratorium A Month, Says It's Last Time - WASHINGTON (AP) — The Biden administration has extended the nationwide ban on evictions for a month to help tenants who are unable to make rent payments during the coronavirus pandemic, but it said this is expected to be the last time it does so.

Funeral Friday for Former Southwestern Energy CEO Charles Scharlau - Charles Scharlau, who retired as CEO of Southwestern Energy in 1998 after 47 years with the company, died June 18 in Fayetteville; he was 94.

U.S Economy Up 6.4% in Q1 with Stronger Future Gains Expected - WASHINGTON (AP) — The U.S. economy grew at a solid 6.4% rate in the first three months of the year, setting the stage for what economists believe may be the strongest year for the economy in about seven decades.

DEF000548

**Talk Business & Politics**

(LR) Candidates for Arkansas governor respond to children's health report - A new study that shows a 26% rise in Arkansas children without health insurance garnered responses from the seven candidates running for governor in 2022.

Jeff Teague named chairman and CEO of Citizens Bancshares after sale of auto dealerships to NBA legend Karl Malone - Jeff Teague has been appointed Citizens Bancshares chairman and CEO. Citizens Bancshares of Batesville, Inc. is the holding company for Citizens Bank of Batesville.

Report: 26% surge in Arkansas children without health insurance (UPDATED) - Despite decades of effort and an expansion of Medicaid, Arkansas saw a dramatic surge in the number of children going without health insurance between 2018 and 2019, according to a new report released this week.

**Arkansas Times**

West Little Rock gets its first medical marijuana dispensary - West Little Rock's first medical marijuana dispensary is scheduled to open on November 1 after the owners received approval from the state Medical Marijuana Commission Tuesday night.

An anniversary Little Rock won't celebrate: FedEx's 50th - The Commercial Appeal in Memphis (paywall) today is marking a 50th anniversary that won't be celebrated in Little Rock.

Pelosi to form select committee to study Jan. 6 insurrection - Since Senate Republicans don't want to investigate the Jan. 6 insurrection/riot in a bipartisan fashion, House Speaker Nancy Pelosi will create a select committee to study the attempt to overturn the 2020 election.

Amazon commits to renewable energy, plans include two solar projects in Arkansas - Amazon has announced an array of wind and solar power projects to meet a goal of 100 percent renewable energy by 2025 and the new investments include 11 "utility-scale" solar projects, two of them in Arkansas.

Rudy Giuliani's law license is suspended - Order today from an appellate divisions of the New York Supreme Court.

**Politico**

Joe Biden basks in bipartisan glow, if but for a fleeting moment - It was the type of 'I told you so' moment Joe Biden lives for.

U.S. to keep about 650 troops in Afghanistan after withdrawal - Roughly 650 U.S. troops are expected to remain in Afghanistan to provide security for diplomats after the main American military force completes its withdrawal, which is set to be largely done in the next two weeks, U.S. officials told The Associated Press on Thursday.

'Lean into the culture war': House conservatives push fight against critical race theory - The head of Congress' largest conservative caucus is encouraging Republicans to embrace anti-critical race theory rhetoric, as the GOP looks to lean into the nation's culture wars ahead of the looming battle for the House.

**Newsbreak**

(LR) Missouri Attorney General recoups $156,000 in restitution, settles case against Jim Bakker and Morningside Church - Missouri Attorney General Eric Schmitt today announced that his office has recovered $156,000 and obtained a consent judgment against Jim Bakker and Morningside Church Productions.

DEF000549
Def.'s Ex. 1

**40/29**

**(AG)** [Lt. Governor Tim Griffin is running for Attorney General of Arkansas in 2022](#) - Lt. Governor Tim Griffin is running for Attorney General of Arkansas in 2022.

**THV11**

**(LR)** [History being made in 2022 race for Arkansas Governor](#) - LITTLE ROCK, Arkansas — It's an open seat for the next Governor of Arkansas and the historic race is already heating up with more than a year left until elections.

**KATV**

**(LR)** [Hutchinson, candidates for Arkansas governor respond to children's health report](#) - LITTLE ROCK (Talk Business & Politics) — A new study that shows a 26% rise in Arkansas children without health insurance garnered responses from the seven candidates running for governor in 2022.

DEF000550                                                                 Def.'s Ex. 1

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Sunday, June 27, 2021 1:01 PM |
| **To:** | Stephanie Sharp |
| **Subject:** | June 27, 2021 Clips |

ADG

Bipartisan infrastructure deal back on track after walk-back - WASHINGTON — A bipartisan deal to invest nearly $1 trillion in the nation's infrastructure appeared to be back on track Sunday after a stark walk-back by President Joe Biden to his earlier insistence that the bill be coupled with an even larger Democrat-backed measure in order to earn his signature.

Families hold onto hope as condo collapse toll rises to 9 - SURFSIDE, Fla.— Miami-Dade Mayor Daniella Levine Cava said the death toll from the building collapse has risen to nine as search and rescue efforts continue.

No threat intended on deal, Biden says - WASHINGTON -- Aiming to preserve a bipartisan deal on infrastructure, President Joe Biden endorsed it "without hesitation" Saturday, walking back from a threat to veto it if Congress also didn't pass an even larger package to expand the social safety net.

Vaccinated cruisers set sail from Florida - FORT LAUDERDALE, Fla. -- The first cruise ship to leave a U.S. port since the coronavirus pandemic brought the industry to a 15-month standstill sailed away Saturday with nearly all its passengers vaccinated.

Arkansas psychiatric site sanctioned over its care of youth - Physical restraints that broke kids' bones, at least one suicide attempt and sexual contact between unsupervised patients prompted the rare reprimand of a Little Rock psychiatric center for children and teens.

Collapse's toll climbs by 1: sounds from rubble go silent - SURFSIDE, Fla. -- The death toll from the building collapse near Miami has risen to five, Miami-Dade Mayor Daniella Levine Cava said Saturday. Working throughout the day, rescue crews found another body in the rubble, but also other human remains, she said.

Bonus for executive director of Arkansas Economic Development Commission exceeds $50,000 - For the sixth-consecutive year, Mike Preston, executive director of the Arkansas Economic Development Commission, will get a performance bonus of more than $50,000 in private funds from an affiliated nonprofit foundation.

After a life of quiet leadership, Skip Rutherford heads into retirement - Skip Rutherford is very aware of the doors.

Right to Life event hears Cotton - HERNDON, Va. -- Pro-choice advocates have been "emboldened by the most pro-abortion White House in American history," U.S. Sen. Tom Cotton, R-Ark., said late Saturday at the 50th annual National Right to Life convention in Herndon, Va.

City of Little Rock's email-retention policy allows deletion within 30 days - Little Rock Mayor Frank Scott Jr. vowed in his 2019 inauguration speech to make openness one of his governing philosophies.

Pea Ridge police officer hit by car, dies on duty - PEA RIDGE -- Residents of this northeast Benton County town planned to spend today celebrating freedom with a parade and fireworks, but two words changed that.

DEF000551 Def.'s Ex. 1

11 kids caught up in Little Rock facility licensing dispute - An edict to move 11 children in the care of a Little Rock inpatient mental health care facility because of a licensing dispute was paused Thursday afternoon by a state oversight board.

Hospital unveils hub for OB-GYN practice - Jefferson Regional cut the ribbon last week on a new 13,000-square-foot facility that will bring all of the hospital's OB-GYN services into one area.

1st waterfowl management class ready to get hands dirty - Brandon Bennett knew from his earliest days what he wanted to do with his life.

Pandemic led farmers to seek out classes on funding, improvements - In his work with the University of Arkansas at Pine Bluff's Small Farm Program, Dameion White, Extension associate, has noticed one positive change brought on as result of the pandemic. More Arkansas producers are signing up for and taking part in educational programming that benefits their operations.

Radio host delivers meals, smiles - Radio host Roger Scott started volunteering for CareLink's Meals on Wheels program in Central Arkansas two years ago because he couldn't say no to his daughter.

Talk Business & Politics

Governor, legislative leaders discuss fall session expectations, future bipartisanship - Gov. Asa Hutchinson and State Senators Jonathan Dismang, R-Beebe, and Joyce Elliott, D-Little Rock, participated in a KATV-Talk Business & Politics town hall in late May to discuss recent session business and a future legislative meeting later this year.

Arkansas Times

Hutchinson questioned again on national TV about low shot rate in Arkansas - Governor Hutchinson had another appearance on CBS' Face the Nation today and was again asked about Arkansas' poor performance on getting people vaccinated.

The Saga of Bonnie and Jack: A walk back in history with Orval Faubus, his family and JFK - Speaking again today of history with a racial element.

Race: Theory and practice in Arkansas - Critical race theory, the latest bogeyman of Republican anxiety merchants, is not being taught in Arkansas public schools and isn't likely to be.

Arkansas asked to send state troopers for Mexican border duty; Hutchinson 'evaluating' - Governor Hutchinson is considering a request by Texas and Arizona governors to deploy state troopers for Mexican border security.

Pea Ridge police officer hit by vehicle and killed - A Pea Ridge police officer was struck by a vehicle and killed at a gas station about noon today.

Politico

Republicans back on board after Biden's infrastructure clean-up - President Joe Biden's domestic agenda appears back on track in Congress, with Republicans praising his newly clarified approach to their bipartisan infrastructure plan and a key Democrat endorsing work on a separate, larger spending package.

Arkansas governor trying to reverse his state's trends on vaccination - Arkansas Gov. Asa Hutchinson said Sunday that hospitalizations are up among those who are unvaccinated and that vaccinations have slowed, a worrying trend among several states across the country.

Inflation summer vs. recovery summer: Biden fights to win the narrative - President Joe Biden faces a daunting task over the summer months: convincing Americans struggling to return to a normal life that rising prices on everything from gasoline and food to airline tickets won't last.

## Latin Post

(LR) Police Officer in Arkansas Found Dead After Being Run Over by 2 Suspects - Kevin Apple, an Arkansas police officer for 23 years, was run over by a vehicle that showed two suspects. US officials have sharied their thoughts and condolences.

## Daily Mail

(LR) Veteran cop dies after suspects run over and drag him when they try to flee a traffic stop - as both driver and passenger are charged with capital murder - An Arkansas police officer was killed Saturday after a vehicle he approached rammed into him and dragged him during a traffic stop.

## Texas News Today

(LR) Two arrested after Arkansas police officers were dragged to death at a transportation stop - A veteran police officer died after the suspect was overrun and dragged when he tried to escape from a transportation stop, and both the driver and the passenger were charged with murder.

## Daily News

(LR) Arkansas police officer run over, dragged to death: two suspects arrested - A Pea Ridge, Ark., police officer was killed Saturday while pursuing two people, according to local police.

## Law Officer

(LR) Arkansas police officer killed after being hit, dragged by vehicle - PEA RIDGE, Ark. — An Arkansas police officer in the town of Pea Ridge was killed shortly after 12:00 p.m. Saturday when a vehicle he approached on foot ran him over and dragged him, according to authorities.

## KSFM

(LR) Pea Ridge Officer Hit By Vehicle, Dies - A Pea Ridge Officer is dead following an incident that happened Saturday morning (June 26), according to Lt. Michael Lisenbee with the Pea Ridge Police Department.

## Newton County Times

(LR) Rutledge to host tenth annual never forgotten event July 22 at the Benton Event Center - LITTLE ROCK – Arkansas Attorney General Leslie Rutledge announced today she will be hosting the 10th Annual Never Forgotten – Arkansas Takes Action event on Thursday, July 22, 2021, at the Benton Event Center.

**Dylan Jacobs**

| | |
|---|---|
| **From:** | Trae Reed <mayor@cityoflonoke.com> |
| **Sent:** | Monday, October 25, 2021 11:23 AM |
| **To:** | Leslie Rutledge |
| **Cc:** | FlyRN05@gmail.com |
| **Subject:** | Lonoke Resident seeking refugee support |

**EXTERNAL EMAIL**

Leslie,

Thank you for taking time to consider this.
Arlane Ghilisi is a resident of Lonoke and she is attempting to rescue 5 Afghan families; of which she is connected from a previous deployment to Bagram AB. Arlane is a retired Lt Col having served her career as a flight nurse. In Aug, she submitted refugee applications to the State Department and has been in communication with both Senator Cotton & Boozman's office. So far she has heard nothing back. There is an additional refugee family in California she is connected with. It appears they are receiving little/no support from the State of CA and are considering a move to AR. From my talk with Arlane, all of these members are educated with professional careers in journalism and medicine. You can see the recent story here: THV11 Link
It's an honorable attempt at saving her friends from what we all realize is taking place under Taliban rule. My hope is to get her connected with whatever support the State of AR can offer. Thanks for all you do.

Btw, Lonoke is in on the Opioid support list.

V/r,

Trae Reed
Mayor, City of Lonoke
501-676-4300
*CityofLonoke.com*



*To Love, Life, & Opportunity!*

**Confidentiality Notice**: The information contained in this email message and any attachment(s) is the property of the City of Lonoke and may be protected by the laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distributing this transmission is strictly prohibited. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender, and then please delete and destroy all copies and attachments.

## Dylan Jacobs

**From:** Stephanie Sharp
**Sent:** Monday, March 1, 2021 7:27 AM
**To:** Stephanie Sharp
**Subject:** March 1, 2021 Clips

## ADG

City Council mulls measure to remove Maumelle dog ban - The hotly debated dog ban issue in Maumelle isn't going to be resolved anytime soon after council members amended a proposed ordinance last week.

North Little Rock close to breaking ground on Park Hill roadway project – It has been several years since North Little Rock promised to revamp roadways in the Park Hill area, but change is coming soon.

Fire damages award-winning Marianna diner - An iconic Arkansas barbecue restaurant was damaged by fire Sunday morning.

Donors, city cash warmed homeless - FAYETTEVILLE -- A combination of grant money and community donations helped keep more than 200 people safe when snow and record low temperatures battered the region more than a week ago.

State eviction law drawing challenge - Though federal rules have protected some renters who fall behind on payments during the covid-19 pandemic, others in Arkansas have lost their homes because of a law that has come under scrutiny by several attorneys and housing law experts.

Vets focus of vaccination effort - Health care workers in the covid-19 isolation ward at the Central Arkansas Veterans Healthcare System started receiving covid vaccine shots within hours of the system receiving its first doses on Dec. 16.

University of Arkansas-Fort Smith chancellor talks enrollment, budget during pandemic - FORT SMITH -- The University of Arkansas-Fort Smith has seen enrollment drops and a budget deficit this school year, but less than it estimated.

'Data clean-up' lifts state's tally of covid cases, cuts deaths linked to virus - The Arkansas Department of Health reported an additional 288 new cases of covid-19 Sunday, continuing a downward trend of reported cases from the previous months.

## Arkansas Business

COVID-19 Batters Clinton National Airport - The pandemic's impact on the state's largest airport shows operating revenue down 33% in 2020 from the previous year.

Expendable Employees on Margins of Minimum Wage - There's an employee type likely to be judged expendable if the nation moves toward a $15 minimum wage, even if few business owners will dare mention it.

Arkansas Hospitality Tax Receipts Plunge in 2020 - The COVID-19 pandemic sent hospitality tax collections in Arkansas plummeting last year, and the blow to some tourism bureaus in the state, which rely on the taxes for revenue, was even worse than those figures show.

## Talk Business & Politics

Def.'s Ex. 1

The Supply Side: Niche brands took share from large CPG players in 2020 - Consumers hunkering down at home during the pandemic spent more on food consumed at home. Many of them also reached for smaller, niche brands as supply chain disruptions meant national consumer packaged goods (CPG) manufacturers had a hard time keeping products on grocery shelves.

Arkansas Times

UPDATE: Coronavirus today: Corrected figures make comparisons difficult - The governor hasn't issued his daily summary yet but the early update on COVID-19 numbers are weird.

Politico

Biden won't release White House virtual visitor logs - Few bars have been set lower than the one Joe Biden has had to clear when it comes to bringing transparency back to the White House. Donald Trump has been an easy act to follow.

Trump's CPAC remarks in 180 seconds

Justice Department appeals order blocking federal eviction ban - The Justice Department is appealing a ruling by a U.S. judge in Texas blocking the federal eviction moratorium, the agency announced late Saturday, arguing that the ban remains broadly in effect in the meantime.

NWA DemGaz

(LR) Suit faults Rutledge interventions, says she's pursuing political ends - LITTLE ROCK — Attorney General Leslie Rutledge has no legal justification, beyond her own political interests, to intervene in out-of-state lawsuits involving the presidential election and the National Rifle Association, a group of detractors who are suing her claim in recent filings.

Stuttgart Daily Leader

(LR) Attorney General Alert: Don't get snowed by utility bill scams - LITTLE ROCK – After Arkansas's historic snowfall has melted away and the temperatures return to more consistent weather, Arkansans are left to deal with pesky scam callers pretending to be utility providers. Scam artists will pose as utility companies and prey on unsuspecting Arkansans then ask for immediate payment over the phone. This scam causes far too many Arkansans to lose their hard-earned money.

DEF000556                                        Def.'s Ex. 1

**Dylan Jacobs**

_____

| | |
|---|---|
| **From:** | Stephanie Sharp |
| **Sent:** | Tuesday, March 2, 2021 7:59 AM |
| **To:** | Stephanie Sharp |
| **Subject:** | March 2, 2021 Clips |

ADG

Arkansas' schools, universities see upticks - An uptick of covid-19 in public school districts since Thursday raised active case totals to 446 as of Monday, an increase of about 4% over a four-day period, according to the state Department of Health.

Federal jury-trial moratorium extended until May 21 - Concerns over limited supplies of covid-19 vaccines, slowdowns in vaccinations because of the recent winter weather, periodic upticks in infections and other issues have prompted Chief U.S. District Judge D. Price Marshall Jr. to extend a moratorium on federal jury trials for two more months, until May 21.

State due 24,000 doses of 3rd vaccine this week - Arkansas is awaiting 24,000 doses of the new one-shot Johnson & Johnson covid-19 vaccine and expects to receive them by the end of this week, state Epidemiologist Jennifer Dillaha said Monday.

Bill on Medicaid-expansion overhaul unveiled - Lawmakers seeking to preserve Arkansas' "private option" Medicaid expansion program unveiled legislation Monday that would replace the controversial work requirement with a system that incentivizes work through access to government-funded private health insurance.

Bills on retirement systems receive committee's support - The Legislature's committee on retirement endorsed a bill Monday that would eliminate the one-month waiting period between retirement and reemployment for Arkansas Teacher Retirement System members with at least 38 years of service.

Plan set for pupils while Little Rock schools fixed - The Little Rock School District announced Monday plans for temporarily relocating Pulaski Heights Elementary and Middle School pupils while their campuses are being repaired after last month's winter storm damage.

Senate confirms Biden's pick for education chief - The Senate voted Monday to confirm Miguel Cardona as education secretary, clearing his way to lead President Joe Biden's effort to reopen the nation's schools amid the coronavirus pandemic.

Fallout grows from Texas outages - The largest power generation and transmission cooperative in Texas has filed for bankruptcy protection after power failures that caused a national energy crisis during February's winter freeze.

Stocks begin month with wave of buying: S&P 500 climbs 2.4% - Wall Street kicked off March with a broad rally Monday that sent the Dow Jones Industrial Average more than 600 points higher and gave the S&P 500 its best day in nine months.

Arkansas expects 24,000 doses of one-shot vaccine this week - Arkansas will receive 24,000 doses of the new one-shot Johnson & Johnson covid-19 vaccine this week, State Epidemiologist Dr. Jennifer Dillaha said Monday.

Student shot at Pine Bluff middle school: 1 in custody - The student injured in a shooting at Watson Chapel Junior High School has not died, Pine Bluff police spokesman Lt. David DeFoor clarified Monday afternoon.

Def.'s Ex. 1

Democratic voting bill would make biggest changes in decades - WASHINGTON — As Congress begins debate this week on sweeping voting and ethics legislation, Democrats and Republicans can agree on one thing: If signed into law, it would usher in the biggest overhaul of U.S. elections law in at least a generation.

Stocks climb more than 2% as investors get back to buying - Stocks are rising across the board on Wall Street as traders welcomed a move lower in long-term interest rates in the bond market. Investors were also watching Washington as a big economic stimulus bill moved to the Senate.

State eviction law drawing challenge - Though federal rules have protected some renters who fall behind on payments during the covid-19 pandemic, others in Arkansas have lost their homes because of a law that has come under scrutiny by several attorneys and housing law experts.

## Arkansas Business

$15 U.S. Wage Plan: How Would Arkansas Fare? - Some in the hospitality industry question the timing of raising the federal minimum to $15, fearing added burdens could halt recovery from the COVID-19 pandemic.

Target Powers Through Pandemic; Sales Growth Explodes in 2020 - Target Corp. extended its strong streak through the holiday quarter and sales grew by more than $15 billion in a pandemic year, exceeding the company's annual sales growth over the past 11 years combined.

Arkansas Reports 94 New Virus Cases, Hospitalizations Drop - Arkansas reports 94 new cases of the coronavirus and seven more deaths, but the number of people hospitalized with COVID-19, the illness the virus causes, continued to drop.

Hutchinson, Lawmakers Unveil Proposed Overhaul of Medicaid Expansion - Gov. Asa Hutchinson and Republican lawmakers propose overhauling Arkansas' Medicaid expansion to encourage recipients to work after the state's work requirement was halted by the courts and the new president.

Minimum Wage Hike All But Dead in Federal Virus Relief Bill - Democrats' efforts to include a minimum wage increase in their $1.9 trillion COVID-19 relief bill seemed all but dead Monday as Senate leaders prepared to begin debate on their own version of the House-passed aid package.

Tyson Foods Partners With Arkansas Immigrant Defense - Tyson Foods Inc. of Springdale says it is partnering with the nonprofit law firm Arkansas Immigrant Defense to offer free legal services to its employees and their families.

Survey: Economy Grows, But Inflation, Shipping Worries Loom - The economy in nine Midwest and Plains states continues to improve to levels seen before the start of the coronavirus pandemic last year, according to a new monthly survey of business leaders.

US Spending on Construction Projects Rises 1.7% in January - Spending on U.S. construction projects rose 1.7% in January as new home building continues to lift the sector.

Arkansas Lithium Passes Second Purification Test - The Canadian startup dedicated to creating a new lithium industry in Arkansas has proved a second method of purifying Arkansas-produced lithium chloride into high-quality lithium carbonate for the battery market.

## Talk Business & Politics

Women and minorities less likely to get Small Business Administration loans - The life blood of many small businesses is access to capital. Since 2017, the Small Business Administration (SBA) has distributed $658.8 million in SBA 7(A) loans in Arkansas, with few of those going to women and minorities.

DEF000558
Def.'s Ex. 1

Manufacturing sector expands at faster rate in February; labor shortage persists - Economic activity in the manufacturing sector rose in February, from January, while the overall economy expanded for the ninth consecutive month, according to the Institute for Supply Management (ISM). Meanwhile, labor issues continued to restrict sector production growth.

## Arkansas Times

(LR) A Twitter poll on the Republican gubernatorial candidates: 'Sophie's Choice' - Sarah Huckabee Sanders' nationalizing of a race for Arkansas governor — illustrated by her nasty appearance at CPAC over the weekend — and her avoidance of Arkansas contact inspired me to do a Twitter poll Sunday.

Tom Cotton off to slow start in 2024 race for the White House if CPAC is a measure - The Conservative Political Action Conference polled attendees on presidential choices — one with Donald Trump and one without.

Lending favors white men. Surprise - The Winthrop Rockefeller Foundation released today a report on the disparity in small business lending.

Money talking for Sarah Sanders, if not necessarily with her - Two things about this invite for a "virtual" fund-raiser Wednesday for Sarah Huckabee Sanders.

Senate passses AEDC appropriation on third try - The Senate today finally mustered the three-fourths vote (27 of the 35 members) required for passage of the appropriation for the Arkansas Economic Development Commission.

The new plan for Medicaid expansion — carrot rather than stick - The Hutchinson administration and allied legislators rolled out their plan today for a successor to Arkansas Works, the Medicaid expansion plan built on a work requirement that was struck down in court and which the Biden administration has said it wouldn't support.

Tom Cotton opposes Merrick Garland as attorney general - Of course he did, along with six others in the crackpot caucus.

## Politico

The state of the Bernie-Biden relationship remains strong - As Sen. Bernie Sanders (I-Vt.) fought to include a minimum wage increase inside Democrats' coronavirus relief package, he made sure to keep the White House in the loop.

LA teachers union slams California schools plan as 'propagating structural racism' - SACRAMENTO — California's largest local teachers union on Monday slammed the state's new school reopening plan as "a recipe for propagating structural racism" hours after Gov. Gavin Newsom and Democratic lawmakers unveiled their compromise proposal.

Inside Joe Biden's decision to dive into the Amazon union drive - Joe Biden's endorsement of the right of workers at an Amazon facility in Alabama to unionize was the culmination of weeks of private talks with labor organizers and Democratic officials who viewed the standoff as an early test of the president's commitment to their cause.

## Washington Times

(LR) GOP attorneys general demand Biden withdraw controversial DOJ nominee - The Republican attorneys general in five states on Monday urged President Biden to withdraw the nomination of Vanita Gupta for the No. 3 position at the Justice Department, saying her controversial statements about policing would damage the department's relationship with local law enforcement.

## The Federalist

**(LR)** Five Attorneys General Send Letter To Biden Urging Him To Reject 'Radical' Nominee Vanita Gupta - Today, five attorneys general from Indiana, Texas, Arkansas, Louisiana, and Oklahoma sent a joint letter to President Joe Biden urging him to withdraw his nomination of Vanita Gupta to be associate attorney general.

BreitBart

**(LR)** Exclusive – Todd Rokita, GOP Attorneys General Call on Joe Biden to Withdraw Vanita Gupta's Nomination - Indiana Attorney General Todd Rokita and four Republican attorneys general wrote to President Joe Biden Monday, urging him to withdraw Vanita Gupta's nomination to be the next associate attorney general, arguing that her support for defunding law enforcement and other "radical" views disqualify her for the position, Breitbart News has learned exclusively.

Log Cabin Democrat

**(LR)** 'Stand Your Ground' heads for governor's signature - The Arkansas State Legislature passed three bills that address controversial political topics this week as part of a push by both chambers to clear the backlog of bills that accumulated while the legislature was in recess due to the winter storms which hit Arkansas two weeks ago.

DEF000560
Def.'s Ex. 1