IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT ET AL.**                                            **PLAINTIFFS**

vs.                              **NO. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE ET AL.**                                         **DEFENDANTS**

**NOTICE**

Pursuant to the Court's order dated March 9, 2022, *see* ECF No. 105, Representative Mary Bentley, Senator Alan Clark, Representative Robin Lundstrum, Representative Marcus Richmond, and Representative Jim Wooten (collectively, the "Legislators") respectfully provide notice of their submission of the privilege log attached as exhibit 1.

Certain documents listed on the privilege log have been withheld by the Legislators pursuant to the attorney-client privilege and the work product doctrine. The remaining documents are protected by applicable legislative/deliberative process privileges. *See United States v. Brewster*, 408 U.S. 501, 525, 92 S. Ct. 2531, 2544, 33 L. Ed. 2d 507 (1972) (holding the legislative privilege "protects against inquiry into acts that occur in the regular course of the legislative process and into the motivation for those acts"); *see also In re Hubbard*, 803 F.3d 1298, 1310 (11th Cir. 2015) (analyzing the scope of the privilege); *Almonte v. City of Long Beach*, 478 F.3d 100, 107 (2d Cir. 2007) (same); *Bruce v. Riddle*, 631 F.2d 272, 280 (4th Cir. 1980) (same). In addition to the legislative/deliberative process privileges, the Legislators also affirmatively assert all related state law protections which apply to the documents. *See, e.g.*, Ark. Code Ann § 10-2-129(b)(1) (affording protection to any "drafting request or information request made to a legislative employee by or on behalf of a legislator").

Non-privileged documents responsive to the subpoenas served on the Legislators have been marked as Bates Nos. GA-MEMBERS-000001 through GA-MEMBERS-006381. Undersigned counsel has sent an electronic copy of this production to counsel for Plaintiffs.

>
> Respectfully submitted,
>
> Anton L. Janik, Jr. (Ark. Bar No. 2007271)
> Graham Talley (Ark. Bar No. 2015159)
> **MITCHELL, WILLIAMS, SELIG,**
> **GATES & WOODYARD, PLLC**
> 425 West Capitol Avenue, Suite 1800
> Little Rock, Arkansas 72201
> Phone:  501-688-8800
> Fax:  501-688-8807
> ajanik@mwlaw.com
> gtalley@mwlaw.com