**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

DYLAN BRANDT, et al.,

      Plaintiffs,

      v.

LESLIE RUTLEDGE, et al.,

      Defendants.

CIVIL ACTION

Case No.   4:21CV450-JM

**PLAINTIFFS' MOTION TO ADMIT DANIEL J. RICHARDSON, *PRO HAC VICE***

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Daniel J. Richardson, moves this Court for an Order admitting Daniel J. Richardson, *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

Daniel J. Richardson is a member in good standing of the Bar of the Commonwealth of Virginia and is admitted to practice in all state courts in the Commonwealth of Virginia. He is not admitted to practice in the United States District Courts in Arkansas. His office address is: Sullivan & Cromwell LLP, 1700 New York Ave., Washington, DC 20006.

Under Local Rule 83.5(d), Daniel J. Richardson, designates me, Beth Echols, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

Beth Echols
Gill Ragon Owen
425 West Capitol Avenue
Little Rock, AR 72201
Tel: 501-376-3800
Email: echols@gill-law.com

WHEREFORE, Plaintiffs pray that Daniel J. Richardson, be granted permission to appear *pro hac vice* in this cause.

Dated:  March 31, 2022

Respectfully submitted,

*/s/ Beth Echols*

Beth Echols          Ark. Bar No. 2002-203
Gill Ragon Owen
425 West Capitol Avenue
Little Rock, AR 72201
Tel:  501-376-3800
Email:  Echols@gill-law.com

*On Behalf of Sullivan & Cromwell LLP*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

DYLAN BRANDT, et al.,

      Plaintiffs,

      v.

LESLIE RUTLEDGE, et al.,

      Defendants.

CIVIL ACTION

Case No. 4:21CV450-JM

## DECLARATION OF DANIEL J. RICHARDSON
## IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE*

I, Daniel J. Richardson, declare under penalty of perjury that the following is true and correct:

1.      I am an associate of the law firm Sullivan & Cromwell LLP, and counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Motion of Beth Echols for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Beth Echols, who is a member in good standing of this Court.

2.      I am an attorney licensed in Virginia (Bar Registration No. 94961). I was admitted to practice in the Courts of the Commonwealth of Virginia in 2019. My office address is: Sullivan & Cromwell LLP, 1700 New York Ave., Washington, DC 20006.

3.      I am in good standing and currently eligible to practice in all state courts in the Commonwealth of Virginia.

4.      No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

-3-

5.        Plaintiffs have requested my representation in the above-captioned matter.

6.        I affirm that I will submit to the jurisdiction of the Court in matters of

discipline. I further affirm that I have read and will abide by the Local Rules of the United States

District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the

United States District Court for the Eastern District of Arkansas.


DATED:  March 31, 2022

                                        Respectfully submitted,

                                        /s/ Daniel J. Richardson
                                        Daniel J. Richardson
                                        Sullivan & Cromwell LLP
                                        1700 New York Ave.
                                        Washington, DC 20006
                                        Tel:  202-956-7500
                                        Email:  richardsond@sullcrom.com

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT DANIEL JAMES RICHARDSON IS AN ACTIVE MEMBER OF THE VIRGINIA

STATE BAR IN GOOD STANDING. MR. RICHARDSON WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON

OCTOBER 18, 2019, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF

BAR EXAMINERS.

Issued March 28, 2022

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER