IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT,** *et al.*                                                                      **PLAINTIFFS**

vs.                                   CASE NO. 4:21-CV-0452-JM

**LESLIE RUTLEDGE,** *et al.*                                                              **DEFENDANTS**

### ENTRY OF APPEARANCE

Gary Sullivan, Legal Director for the American Civil Liberties Union of Arkansas, hereby enters his appearance as counsel for the Plaintiffs and requests that all future notices, pleadings, motions, service and correspondence be sent accordingly. I hereby certify that I am admitted or otherwise authorized to practice in this Court.

> Respectfully submitted,
>
> Gary L. Sullivan
> Ark Bar No. 92051
> Arkansas Civil Liberties Union
> Foundation, Inc.
> 904 West 2nd Street
> Little Rock, AR 72201
> PH: (501) 374-2842
> Fax: (501) 374-2070
> Email: gary@acluarkansas.org