# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DYLAN BRANDT, et al.                                                                                            PLAINTIFFS

v.                                     NO. 4:21-cv-00450-JM

LESLIE RUTLEDGE, et al.                                                                     DEFENDANTS

## **ORDER**

The motion to admit counsel *pro hac vice* on behalf of Plaintiffs (Docket No. 111) is GRANTED. Daniel J. Richardson is hereby admitted to appear before this Court as co-counsel of record in this action.

IT IS SO ORDERED this 1st day of April, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE