# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DYLAN BRANDT**, *et al.*,

                            **PLAINTIFFS**,

v.   No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE**, *et al.*,   **DEFENDANTS.**

## NOTICE OF APPEARANCE

Arkansas Assistant Attorney General Amanda D. Land hereby enters an appearance as counsel for Leslie Rutledge in her official capacity as the Attorney General of the State of Arkansas; Amy E. Embry in her official capacity as the Executive Director of the Arkansas State Medical Board; and Sylvia D. Simon, Robert Breving Jr., Veryl D. Hodges, John H. Scribner, Elizabeth Anderson, Rhys L. Branman, Edward "Ward" Gardner, Rodney Griffin, Betty Guhman, Brian T. Hyatt, Timothy C. Paden, Don R. Philips, William L. Rutledge, and David L. Staggs in their official capacities as members of the Arkansas State Medical Board. I certify that I am admitted to practice in this Court.

Dated: April 4, 2022

                            Respectfully Submitted,

                            LESLIE RUTLEDGE
                            Arkansas Attorney General

                            Amanda D. Land (2012135)
                            Assistant Attorney General
                            ARKANSAS ATTORNEY GENERAL'S OFFICE
                            323 Center Street, Suite 200
                            Little Rock, AR 72201
                            Phone: (501) 682-2029
                            Fax: (501) 682-8118
                            amanda.land@arkansasag.gov

                            *Attorneys for Defendants*