IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, ET AL**                                                                 **PLAINTIFFS**

V.                                           4:21CV00450 JM

**LESLIE RUTLEDGE, ET AL**                                                              **DEFENDANTS**

## ORDER

The Court overrules the Defendants' relevance objection to the 4,500 emails which are responsive to Plaintiffs' First Requests for Production and at issue in the motion hearing held before the Court on April 5, 2022. The Court finds that the emails are relevant for discovery purposes. *See Hofer v. Mack Trucks, Inc.*, 981 F.2d 377, 380 (8th Cir. 1992) ("Rule 26(b) "is widely recognized as a discovery rule which is liberal in scope and interpretation, extending to those matters which are relevant and reasonably calculated to lead to the discovery of admissible evidence.")

Defendants are ordered to produce a privilege log regarding these documents within ten (10) days of the date of this Order.

Plaintiffs' Motion to Compel (ECF No. 100) is GRANTED.

IT IS SO ORDERED this 6th day of April, 2022.

_____
James M. Moody Jr.
United States District Judge