IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT ET AL.**                                                                 **PLAINTIFFS**

vs.                                    NO. 4:21-CV-00450-JM

**LESLIE RUTLEDGE ET AL.**                                                              **DEFENDANTS**

### MOTION TO QUASH AND FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Representative Robin Lundstrum ("Rep. Lundstrum") respectfully moves to quash and/or for protective order concerning a deposition subpoena. Legislative privilege prevents Plaintiffs from taking Rep. Lundstrum's deposition on matters related to her legislative activity.

In support of this request, Rep. Lundstrum relies on the attached exhibits and the accompanying brief.

Respectfully submitted,

Anton L. Janik, Jr. (Ark. Bar No. 2007271)
Graham Talley (Ark. Bar No. 2015159)
**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: 501-688-8800
Fax: 501-688-8807
ajanik@mwlaw.com
gtalley@mwlaw.com