**From:** Robin Lundstrum <robin@lundstrum.us>
**Sent:** Monday, April 05, 2021 12:48 PM CDT
**To:** Jerry Cox <jerry@familycouncil.org>; Quena Gonzalez <qdg@frc.org>; Joseph Backholm, Attorney <jbackholm@frc.org>; Clark, Alan <alan.clark@senate.ar.gov>; Alan Clark <alanclark4statesenate@gmail.com>; Robin Lundstrum <robin@lundstrum.us>
**Subject:** WATCH LIVE: Governor to speak on transgender bill at 1 p.m.

```
https://www.arkansasonline.com/news/2021/apr/05/watch-live-governor-speak-reporters-1-pm/?
utm_medium=email&utm_campaign=midday-4-5-21&utm_content=midday-4-5-
21+CID_6e7e5f90c4845c4a8e734d1d97ccea37&utm_source=Email%20Marketing%20Platform&utm_term=READ%20MORE


Robin Lundstrum
479-957-1959
```

**EXHIBIT 1**