**From:** Robin Lundstrum <robin@lundstrum.us>
**Sent:** Friday, April 09, 2021 8:41 AM CDT
**To:** Robin Lundstrum <robin@lundstrum.us>
**Subject:** TODAY! Friday at 10:00 am Expert Briefing on HB 1570 SAFE ACT

UPDATE – More doctors have added to the call to support us and Tony Perkins with Family Research Council would like to say thank you.

Dear Colleagues,

Thank you for your overwhelming support for HB 1570, the gender reassignment bill. The way you stood beside me makes me so glad to serve with you. Like me, I know you have received lots of emails and calls about this bill. Several members have asked me questions about the bill that the experts can answer much better. I am inviting you to a brief Zoom meeting tomorrow at 10 a.m. with three psychiatrists who can answer your questions and better prepare you for answering questions your constituents may ask you. Here are our guests and below is a link to the meeting. I look forward to seeing you on Zoom on Friday at 10 a.m.

Thank you,
Robin

Dr. Roger Hiatt, M.D.
Child and Adolescent Psychiatrist
Dr. Hiatt practiced psychiatry in Little Rock for many years. He now practices in the Memphis area.

Dr. Charles Lewis, M.D.
Psychiatrist
Dr. Lewis practiced psychiatry in Little Rock at the Rice-Lewis clinic. He is now with Delta Counseling Associates.

Dr. Melanie Conway, MD
Psychiatrist
Diplomate, American Board of Psychiatry and Neurology
Dr. Conway practices psychiatry in Little Rock.

Topic: Zoom Meeting
Time: Apr 9, 2021 10:00 AM Central Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/86401778884?pwd=Ri9WakIxRE1zeXhESWdURjhEQWtqUT09

Meeting ID: 864 0177 8884
Passcode: 1111
One tap mobile
+16699006833,,86401778884#,,,,*1111# US (San Jose)
+12532158782,,86401778884#,,,,*1111# US (Tacoma)

Dial by your location
    +1 669 900 6833 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 929 205 6099 US (New York)
    +1 301 715 8592 US (Washington DC)
    +1 312 626 6799 US (Chicago)
Meeting ID: 864 0177 8884
Passcode: 1111
Find your local number: https://us02web.zoom.us/u/kBaHhhRj9

**EXHIBIT 2**