# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DYLAN BRANDT, et al.                                                                           PLAINTIFFS

v.                                          NO. 4:21-cv-00450-JM

LESLIE RUTLEDGE, et al.                                                                       DEFENDANTS

## ORDER

The motion to admit counsel *pro hac vice* on behalf of Plaintiffs (Doc. No. 118) is GRANTED. Emily T. Armbruster is hereby admitted to appear before this Court as co-counsel of record in this action.

IT IS SO ORDERED this 12th day of May, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE