# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                                      **PLAINTIFFS**

**v.**                        **CASE NO. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE, et al.,**                                        **DEFENDANTS**

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Pursuant to Rule 45(d)(2)(B)(i) of the Federal Rules of Civil Procedure, Plaintiffs Dylan Brandt et al. (the "Plaintiffs") hereby move to compel Mary Bentley, Alan Clark, Robin Lundstrum, Marcus Richmond, and Jim Wooten (collectively, "Legislators") to produce documents withheld pursuant to the legislative or deliberative process privilege. This motion should be granted for the reasons detailed below, as supported by Plaintiffs' *Brief in Support*.

1. On February 28, 2022 the Court granted Plaintiffs' Motion for Order to Show Cause and to Compel Production of Documents from the Legislators and ordered the Legislators to file a privilege log.

2. The Legislators' privilege log withholds 584 documents pursuant to the legislative or deliberative process privilege.

3. Of those documents, the Legislators are improperly applying the legislative or deliberative process privilege to 227 because they were made after the

Health Care Ban was passed, contain purely factual information, or include correspondence with third parties. *Appendices A-C* to *Brief in Support*.

4. Of the remaining documents over which the deliberative process privilege could apply, in this case the five factors used by Courts in applying the privilege—relevance, availability of other evidence, seriousness of the litigation, role of the government in the litigation, and risk of chilling future governmental speech—weigh in favor of disclosure. *Rodriguez* v. *Pataki*, 280 F. Supp. 2d 89, 101 (S.D.N.Y. 2003) aff'd, 293 F. Supp. 2d 302 (S.D.N.Y. 2003) (citations omitted).

**WHEREFORE,** Plaintiffs respectfully request the Court find good cause to grant the *Motion*, and issue an order to compel Legislators to produce the documents withheld pursuant to legislative or deliberative process privilege.

Dated:  May 13, 2022

*/s/ Leslie Cooper*
Leslie Cooper
Chase Strangio*
American Civil Liberties Union
Foundation
125 Broad St.
New York, NY 10004
Telephone:  (917) 345-1742
lcooper@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Beth Echols, Ark. Bar No. 2002203
Christopher Travis, Ark. Bar No. 97093
Drake Mann, Ark. Bar No. 87108
Gill Ragon Owen, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, AR 72201
Telephone:  (501) 376-3800
echols@gill-law.com
travis@gill-law.com
mann@gill-law.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Breean Walas, Ark. Bar No. 2006077
Walas Law Firm, PLLC
P.O. Box 4591
Bozeman, MT 59772
Telephone: (501) 246-1067
breean@walaslawfirm.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Sarah Everett, Ark. Bar No. 2017249
Arkansas Civil Liberties Union Foundation, Inc.
904 W. 2nd Street
Little Rock, AR 72201
Telephone: (501) 374-2842
sarah@acluarkansas.org
*Attorneys for the Plaintiffs*

Garrard R. Beeney*
Jonathan J. Ossip*
Alexander S. Holland*
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
beeneyg@sullcrom.com
ossipj@sullcrom.com
hollanda@sullcrom.com
*Attorneys for the Plaintiffs*

Laura Kabler Oswell*
Duncan C. Simpson LaGoy*
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 461-5600
oswell@sullcrom.com
simpsond@sullcrom.com
*Attorneys for the Plaintiffs*

**Admitted pro hac vice*