**Appendix A - Factual Documents**

| Custodian | Begin doc num from PrivilegeProduction | End doc num from PrivilegeProduction | Email From Address | Email To Address | Email CC Address | Email BCC Address | Email Sent Date | Email Sent Time | Email Subject | Attachment Names | File Name | Document Date-Time | Privilege | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001849 | GA-MEMBERS-PRIVILEGED-001850 | | | | | | | | | Help Not Harm Lawmaker Cheat Sheet.pdf | 7/16/2021 18:35 | Legislative/Deliberative Process Privileged | Privileged support for proposed legislation |
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001851 | GA-MEMBERS-PRIVILEGED-001864 | | | | | | | | | Help Not Harm Model Language_with new enforcement.pdf | 7/29/2021 15:26 | Legislative/Deliberative Process Privileged | Privileged support for proposed legislation |
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001865 | GA-MEMBERS-PRIVILEGED-001866 | | | | | | | | | SGS Cheat Sheet Version 2021.pdf | 7/17/2021 17:39 | Legislative/Deliberative Process Privileged | Privileged support for proposed legislation |
| Robin Lundstrum - Research & Background Articles | GA-MEMBERS-PRIVILEGED-001921 | GA-MEMBERS-PRIVILEGED-001956 | | | | | | | | | scan_mwood_2022-03-17-13-10-22.pdf | 3/17/2022 13:56 | Legislative/Deliberative Process Privileged | Privileged slide deck of Representative Robin Lundstrum regarding factual background and reasons for HB 1570 and efforts to pass HB 1570 |
| Robin Lundstrum - Book Covers | GA-MEMBERS-PRIVILEGED-001957 | GA-MEMBERS-PRIVILEGED-001957 | | | | | | | | | scan_twarbritton_2022-03-17-12-58-32.pdf | 3/17/2022 14:01 | Legislative/Deliberative Process Privileged | Privileged book Ken Williams "The Journey Out How I Followed Jesus Away From Gay" for Robin Lundstrum's support of HB 1570 |
| Robin Lundstrum - Book Covers | GA-MEMBERS-PRIVILEGED-001958 | GA-MEMBERS-PRIVILEGED-001958 | | | | | | | | | scan_twarbritton_2022-03-17-12-58-55.pdf | 3/17/2022 14:01 | Legislative/Deliberative Process Privileged | Privileged book "Irreversible Damage The Transgender Craze Seducing Our Daughters" by Abigail Shrier for Robin Lundstrum's support of HB 1570 |

| Custodian | Begin doc num from PrivilegeProduction | End doc num from PrivilegeProduction | Email From Address | Email To Address | Email CC Address | Email BCC Address | Email Sent Date | Email Sent Time | Email Subject | Attachment Names | File Name | Document Date-Time | Privilege | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robin Lundstrum - Book Covers | GA-MEMBERS-PRIVILEGED-001959 | GA-MEMBERS-PRIVILEGED-001959 | | | | | | | | | scan_twarbritton_2022-03-17-12-59-27.pdf | 3/17/2022 14:02 | Legislative/Deliberative Process Privileged | Privileged book "Changed #OnceGay Stories" by Unknown for Robin Lundstrum's support of HB 1570 |
| Robin Lundstrum - Research & Background Articles | GA-MEMBERS-PRIVILEGED-002014 | GA-MEMBERS-PRIVILEGED-002014 | | | | | | | | | scan_mwood_2022-03-17-13-11-17.pdf | 3/17/2022 14:11 | Legislative/Deliberative Process Privileged | Privileged article Do Not Sterilize Children by Peter Sprigg for support for HB 1570 |
| Robin Lundstrum - Running of the Bill | GA-MEMBERS-PRIVILEGED-002015 | GA-MEMBERS-PRIVILEGED-002018 | | | | | | | | | scan_twarbritton_2022-03-17-13-08-54.pdf | 3/17/2022 14:11 | Legislative/Deliberative Process Privileged | Privileged excerpts from articles regarding studies on treatment for gender dysphoria considered by Representative Robin Lundstrum in running HB 1570 |
| Robin Lundstrum - Research & Background Articles | GA-MEMBERS-PRIVILEGED-002019 | GA-MEMBERS-PRIVILEGED-002025 | | | | | | | | | scan_mwood_2022-03-17-13-11-52.pdf | 3/17/2022 14:11 | Legislative/Deliberative Process Privileged | Privileged research Understanding the Issue Sex vs. Gender for support for HB 1570 |
| Robin Lundstrum - Research & Background Articles | GA-MEMBERS-PRIVILEGED-002026 | GA-MEMBERS-PRIVILEGED-002036 | | | | | | | | | scan_mwood_2022-03-17-13-12-25.pdf | 3/17/2022 14:12 | Legislative/Deliberative Process Privileged | Privileged research Effect of Cross-Sex Hormones on Fertility for support for HB 1570 |

| Custodian | Begin doc num from PrivilegeProduction | End doc num from PrivilegeProduction | Email From Address | Email To Address | Email CC Address | Email BCC Address | Email Sent Date | Email Sent Time | Email Subject | Attachment Names | File Name | Document Date-Time | Privilege | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robin Lundstrum - Research & Background Articles | GA-MEMBERS-PRIVILEGED-002055 | GA-MEMBERS-PRIVILEGED-002056 | | | | | | | | | scan_mwood_2022-03-17-13-14-50.pdf | 3/17/2022 14:14 | Legislative/Deliberative Process Privileged | Privileged article Do Gender Transition Procedures Prevent Suicide? for support for HB 1570 |
| Robin Lundstrum - Research & Background Articles | GA-MEMBERS-PRIVILEGED-002057 | GA-MEMBERS-PRIVILEGED-002061 | | | | | | | | | scan_mwood_2022-03-17-13-15-16.pdf | 3/17/2022 14:15 | Legislative/Deliberative Process Privileged | Privileged SAFE Act Information for Media for support for HB 1570 |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002082 | GA-MEMBERS-PRIVILEGED-002082 | | | | | | | | | scan_mwood_2022-03-17-13-17-26.pdf | 3/17/2022 14:17 | Legislative/Deliberative Process Privileged | Privileged book/pamphlet titled, Save Adolescents from Experimentation (SAFE) Act: 2021 Family Council Legislation, in support of the SAFE Act |
| Robin Lundstrum - Running of the Bill | GA-MEMBERS-PRIVILEGED-002092 | GA-MEMBERS-PRIVILEGED-002135 | | | | | | | | | scan_twarbritton_2022-03-17-13-19-56.pdf | 3/17/2022 14:22 | Legislative/Deliberative Process Privileged | Privileged article Blocking Puberty for Gender Dysphoria for Representative Robin Lundstrum's support of HB 1570 |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002136 | GA-MEMBERS-PRIVILEGED-002137 | | | | | | | | | scan_mwood_2022-03-17-13-23-09.pdf | 3/17/2022 14:23 | Legislative/Deliberative Process Privileged | Privileged document, entitled "Q&A," regarding talking points in support of the SAFE Act |

| Custodian | Begin doc num from PrivilegeProduction | End doc num from PrivilegeProduction | Email From Address | Email To Address | Email CC Address | Email BCC Address | Email Sent Date | Email Sent Time | Email Subject | Attachment Names | File Name | Document Date-Time | Privilege | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002139 | GA-MEMBERS-PRIVILEGED-002140 | | | | | | | | | scan_mwood_2022-03-17-13-23-50.pdf | 3/17/2022 14:23 | Legislative/Deliberative Process Privileged | Privileged state policy brief from Family Research Council in support of the SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002179 | GA-MEMBERS-PRIVILEGED-002184 | | | | | | | | | scan_mwood_2022-03-17-13-31-10.pdf | 3/17/2022 14:31 | Legislative/Deliberative Process Privileged | Privileged article titled Biblical Principles for Human Sexuality, from Family Research Council |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002203 | GA-MEMBERS-PRIVILEGED-002208 | | | | | | | | | scan_mwood_2022-03-17-13-32-15.pdf | 3/17/2022 14:32 | Legislative/Deliberative Process Privileged | Privileged article National Firestorm on Horizon as States Consider Criminalizing Transgender Treatment for Youths for support of SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002209 | GA-MEMBERS-PRIVILEGED-002218 | | | | | | | | | scan_mwood_2022-03-17-13-33-24.pdf | 3/17/2022 14:33 | Legislative/Deliberative Process Privileged | Privileged Alabama state legislation for support of the SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002219 | GA-MEMBERS-PRIVILEGED-002224 | | | | | | | | | scan_mwood_2022-03-17-13-33-50.pdf | 3/17/2022 14:33 | Legislative/Deliberative Process Privileged | Privileged Colorado state legislation for support of the SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002225 | GA-MEMBERS-PRIVILEGED-002226 | | | | | | | | | scan_mwood_2022-03-17-13-34-14.pdf | 3/17/2022 14:34 | Legislative/Deliberative Process Privileged | Privileged Florida state legislation for support of the SAFE Act |

| Custodian | Begin doc num from PrivilegeProduction | End doc num from PrivilegeProduction | Email From Address | Email To Address | Email CC Address | Email BCC Address | Email Sent Date | Email Sent Time | Email Subject | Attachment Names | File Name | Document Date-Time | Privilege | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002227 | GA-MEMBERS-PRIVILEGED-002262 | | | | | | | | | scan_mwood_2022-03-17-13-34-39.pdf | 3/17/2022 14:34 | Legislative/Deliberative Process Privileged | Privileged Illinois state legislation for support of the SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002263 | GA-MEMBERS-PRIVILEGED-002264 | | | | | | | | | scan_mwood_2022-03-17-13-35-17.pdf | 3/17/2022 14:35 | Legislative/Deliberative Process Privileged | Privileged Illinois state legislation for support of the SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002265 | GA-MEMBERS-PRIVILEGED-002270 | | | | | | | | | scan_mwood_2022-03-17-13-35-34.pdf | 3/17/2022 14:35 | Legislative/Deliberative Process Privileged | Privileged Kentucky state legislation for support of the SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002271 | GA-MEMBERS-PRIVILEGED-002271 | | | | | | | | | scan_mwood_2022-03-17-13-36-01.pdf | 3/17/2022 14:35 | Legislative/Deliberative Process Privileged | Privileged Missouri state legislation for support of the SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002272 | GA-MEMBERS-PRIVILEGED-002272 | | | | | | | | | scan_mwood_2022-03-17-13-36-17.pdf | 3/17/2022 14:36 | Legislative/Deliberative Process Privileged | Privileged Missouri state legislation for support of the SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002273 | GA-MEMBERS-PRIVILEGED-002276 | | | | | | | | | scan_mwood_2022-03-17-13-36-35.pdf | 3/17/2022 14:36 | Legislative/Deliberative Process Privileged | Privileged Missouri state legislation for support of the SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002277 | GA-MEMBERS-PRIVILEGED-002278 | | | | | | | | | scan_mwood_2022-03-17-13-36-56.pdf | 3/17/2022 14:36 | Legislative/Deliberative Process Privileged | Privileged Oklahoma state legislation for support of the SAFE Act |

| Custodian | Begin doc num from PrivilegeProduction | End doc num from PrivilegeProduction | Email From Address | Email To Address | Email CC Address | Email BCC Address | Email Sent Date | Email Sent Time | Email Subject | Attachment Names | File Name | Document Date-Time | Privilege | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002279 | GA-MEMBERS-PRIVILEGED-002280 | | | | | | | | | scan_mwood_2022-03-17-13-37-21.pdf | 3/17/2022 14:37 | Legislative/Deliberative Process Privileged | Privileged South Carolina state legislation for support of the SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002281 | GA-MEMBERS-PRIVILEGED-002282 | | | | | | | | | scan_mwood_2022-03-17-13-37-41.pdf | 3/17/2022 14:37 | Legislative/Deliberative Process Privileged | Privileged South Dakota state legislation for support of the SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002283 | GA-MEMBERS-PRIVILEGED-002284 | | | | | | | | | scan_mwood_2022-03-17-13-38-07.pdf | 3/17/2022 14:37 | Legislative/Deliberative Process Privileged | Privileged West Virginia state legislation for support of the SAFE Act |
| Robin Lundstrum - Research & Background Articles | GA-MEMBERS-PRIVILEGED-002381 | GA-MEMBERS-PRIVILEGED-002390 | | | | | | | | | scan_mwood_2022_03_17_13_15_44_1.pdf | | Legislative/Deliberative Process Privileged | Privileged Changed Movement support for HB 1570 positioning |
| Robin Lundstrum - Running of the Bill | GA-MEMBERS-PRIVILEGED-002400 | GA-MEMBERS-PRIVILEGED-002403 | | | | | | | | | scan_twarbritton_2022_03_17_13_10_18_1.pdf | | Legislative/Deliberative Process Privileged | Privileged support for HB 1570 titled "Sweden Ends the Use of Puberty Blockers For" |
| Robin Lundstrum - Running of the Bill | GA-MEMBERS-PRIVILEGED-002520 | GA-MEMBERS-PRIVILEGED-002529 | | | | | | | | | scan_twarbritton_2022_03_17_13_10_18_2.pdf | | Legislative/Deliberative Process Privileged | Privileged Mayo Clinic article titled Pubertal Blockers for Transgender and Gender Diverse Youth with annotations by Representative Robin Lundstrum |

| Custodian | Begin doc num from PrivilegeProduction | End doc num from PrivilegeProduction | Email From Address | Email To Address | Email CC Address | Email BCC Address | Email Sent Date | Email Sent Time | Email Subject | Attachment Names | File Name | Document Date-Time | Privilege | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robin Lundstrum - Research & Background Articles | GA-MEMBERS-PRIVILEGED-002539 | GA-MEMBERS-PRIVILEGED-002540 | | | | | | | | | scan_mwood_2022_03_17_13_15_44_2.pdf | | Legislative/Deliberative Process Privileged | Privileged excerpts from articles regarding treatment of gender dysphoria with highlights by Robin Lundstrum in running HB 1570 |