**Appendix C - Communications and Documents Dated After April 6, 2021**

| Custodian | Begin doc num from PrivilegeProduction | End doc num from PrivilegeProduction | Email From Address | Email To Address | Email CC Address | Email BCC Address | Email Sent Date | Email Sent Time | Email Subject | Attachment Names | File Name | Document Date-Time | Privilege | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLR | GA-MEMBERS-PRIVILEGED-001053 | GA-MEMBERS-PRIVILEGED-001053 | Quena Gonzalez <qdg@frc.org> | Lundstrum, Robin <robin.lundstrum@arkansashouse.org> | | | 4/12/2021 | 9:24:33 AM | SB 347 heard today | | SB 347 heard today.msg | 4/12/2021 9:24 | Legislative/Deliberative Process Privileged | Privileged discussion regarding potential amendments to HB 1570 |
| BLR | GA-MEMBERS-PRIVILEGED-001059 | GA-MEMBERS-PRIVILEGED-001059 | Clark, Alan <alan.clark@senate.ar.gov> | Jsprea2@uic.edu <Jsprea2@uic.edu> | | Johnson, Mark <mark.johnson@senate.ar.gov> | 7/19/2021 | 9:27:56 PM | Re: SAFE ACT | | Re SAFE ACT.msg | 7/19/2021 21:27 | Legislative/Deliberative Process Privileged | Privileged discussion regarding Alan Clark's deliberative process in supporting HB 1570 |
| BLR | GA-MEMBERS-PRIVILEGED-001060 | GA-MEMBERS-PRIVILEGED-001060 | Spreadbury, Jacqueline M <jsprea2@uic.edu> | Clark, Alan <alan.clark@senate.ar.gov> | | | 7/19/2021 | 10:41:25 PM | Re: SAFE ACT | | Re SAFE ACT.msg | 7/19/2021 22:41 | Legislative/Deliberative Process Privileged | Privileged discussion of Alan Clark's supporting of HB 1570 |
| BLR | GA-MEMBERS-PRIVILEGED-001061 | GA-MEMBERS-PRIVILEGED-001061 | Melissa Schmidt <Melissa.Schmidt@house.mo.gov> | Lundstrum, Robin <robin.lundstrum@arkansashouse.org> | | | 2/3/2022 | 10:58:40 AM | see attached | Child protection rough draft 833a.pdf | see attached .msg | 2/3/2022 10:58 | Legislative/Deliberative Process Privileged | Privileged communication regarding and attaching draft bill for review |
| BLR | GA-MEMBERS-PRIVILEGED-001129 | GA-MEMBERS-PRIVILEGED-001129 | Mary Bentley <mb.52rd@gmail.com> | Dylan Jacobs <dylan.jacobs@arkansasag.gov> | | | 3/2/2022 | 4:24:35 PM | Fwd: HB1570 SAFE Act Talking Points for Media and Interviews.docx | Final-SAFE Act Talking Points for Media and Interviews.docx | Fwd HB1570 SAFE Act Talking Points for Media and Interviews.docx.msg | 3/2/2022 16:24 | Legislative/Deliberative Process Privileged | Privileged discussion regarding support for HB 1570 |
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001292 | GA-MEMBERS-PRIVILEGED-001294 | Robin Lundstrum <robin@lundstrum.us> | Garrity, Marty <garritym@blr.arkansas.gov> | | | 3/11/2022 | 4:28:33 PM | Documents/legislative Notes | | Documents legislative Notes .msg | 3/11/2022 16:28 | Legislative/Deliberative Process Privileged | Privileged talking points regarding HB 1570 |
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001295 | GA-MEMBERS-PRIVILEGED-001297 | Robin Lundstrum <robin@lundstrum.us> | Garrity, Marty <garritym@blr.arkansas.gov> | | | 3/11/2022 | 4:29:12 PM | Documents/legislative Notes | | Documents legislative Notes.msg | 3/11/2022 16:29 | Legislative/Deliberative Process Privileged | Privileged talking points regarding HB 1570 |
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001298 | GA-MEMBERS-PRIVILEGED-001299 | Robin Lundstrum <robin@lundstrum.us> | Garrity, Marty <garritym@blr.arkansas.gov> | | | 3/11/2022 | 4:29:55 PM | Documents/Legislative Notes | | Documents Legislative Notes .msg | 3/11/2022 16:29 | Legislative/Deliberative Process Privileged | Privileged talking points regarding HB 1570 |
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001300 | GA-MEMBERS-PRIVILEGED-001300 | Robin Lundstrum <robin@lundstrum.us> | Garrity, Marty <garritym@blr.arkansas.gov> | | | 3/11/2022 | 4:39:23 PM | Search Word "Safe Act" | | Search Word Safe Act .msg | 3/11/2022 16:39 | Legislative/Deliberative Process Privileged | Privileged email discussing work to support passage of SAFE Act in additional states |
| Alan Clark | GA-MEMBERS-PRIVILEGED-001301 | GA-MEMBERS-PRIVILEGED-001301 | Alan Clark <alanclarksd13@gmail.com> | Anton Janik <AJanik@mwlaw.com> | | | 3/12/2022 | 2:16:44 AM | Fwd: SAFE Act Info | Dr. Hiatt letter.pdf; SAFE Act FRC Issue Analysis-Do Not Sterilize Children.pdf; SAFE Act State Policy Brief (3-1-21) FRC.pdf; SAFE Act Talking Points.docx | Fwd SAFE Act Info.msg | 3/12/2022 2:16 | Legislative/Deliberative Process Privileged | Privileged discussion regarding support for HB 1570 |
| Alan Clark | GA-MEMBERS-PRIVILEGED-001327 | GA-MEMBERS-PRIVILEGED-001327 | Alan Clark <alanclark4statesenate@gmail.com> | Anton Janik <AJanik@mwlaw.com> | | | 3/12/2022 | 2:17:09 AM | Fwd: SAFE Act op-ed revised.docx | SAFE Act op-ed revised.docx | Fwd SAFE Act op-ed revised.docx.msg | 3/12/2022 2:17 | Legislative/Deliberative Process Privileged | Privileged communication regarding revisions to support op ed for HB 1570 |
| Alan Clark | GA-MEMBERS-PRIVILEGED-001332 | GA-MEMBERS-PRIVILEGED-001332 | Alan Clark <alanclark4statesenate@gmail.com> | Anton Janik <AJanik@mwlaw.com> | | | 3/12/2022 | 2:23:12 AM | Fwd: Governor's Key Points | | Fwd Governor's Key Points.msg | 3/12/2022 2:23 | Legislative/Deliberative Process Privileged | Privileged discussion of Governor's key points against HB 1570 |
| Alan Clark | GA-MEMBERS-PRIVILEGED-001333 | GA-MEMBERS-PRIVILEGED-001335 | Alan Clark <alanclark4statesenate@gmail.com> | Anton Janik <AJanik@mwlaw.com> | | | 3/12/2022 | 2:25:10 AM | Fwd: I started working on this | | Fwd I started working on this.msg | 3/12/2022 2:25 | Legislative/Deliberative Process Privileged | Privileged communication regarding support for HB 1570 |
| Alan Clark | GA-MEMBERS-PRIVILEGED-001336 | GA-MEMBERS-PRIVILEGED-001336 | Clark, Alan <alan.clark@senate.ar.gov> | Anton Janik <AJanik@mwlaw.com> | | | 3/12/2022 | 2:25:36 AM | Fwd: HEADS UP!!! THE PRESS IS CALLING!!! | | Fwd HEADS UP!!! THE PRESS IS CALLING!!!.msg | 3/12/2022 2:25 | Legislative/Deliberative Process Privileged | Privileged communication regarding support for draft SAFE Act legislation in other states |
| Alan Clark | GA-MEMBERS-PRIVILEGED-001337 | GA-MEMBERS-PRIVILEGED-001338 | Alan Clark <akabavah@yahoo.com> | Anton Janik <AJanik@mwlaw.com> | | | 3/12/2022 | 3:23:10 AM | Screenshot texts from Charisse Dean/Family Council | | Screenshot texts from Charisse Dean Family Council.msg | 3/12/2022 3:23 | Legislative/Deliberative Process Privileged | Privileged communication regarding support for HB 1570 |
| Alan Clark | GA-MEMBERS-PRIVILEGED-001383 | GA-MEMBERS-PRIVILEGED-001384 | Alan Clark <akabavah@yahoo.com> | Anton Janik <AJanik@mwlaw.com> | | | 3/12/2022 | 3:31:50 AM | Texts from Charisse Dean | | Texts from Charisse Dean.msg | 3/12/2022 3:31 | Legislative/Deliberative Process Privileged | Privileged communication regarding support for HB 1570 |
| Alan Clark | GA-MEMBERS-PRIVILEGED-001385 | GA-MEMBERS-PRIVILEGED-001385 | Alan Clark <alanclarksd13@gmail.com> | Anton Janik <AJanik@mwlaw.com> | | | 3/12/2022 | 3:33:52 AM | Texts from Charisse Dean | | Texts from Charisse Dean.msg | 3/12/2022 3:33 | Legislative/Deliberative Process Privileged | Privileged communication regarding support for HB 1570 |
| Alan Clark | GA-MEMBERS-PRIVILEGED-001422 | GA-MEMBERS-PRIVILEGED-001424 | Alan Clark <alanclarksd13@gmail.com> | Anton Janik <AJanik@mwlaw.com> | | | 3/12/2022 | 3:39:20 AM | texts from Dr Roger Hiatt | | texts from Dr Roger Hiatt.msg | 3/12/2022 3:39 | Legislative/Deliberative Process Privileged | Privileged text regarding support for SAFE Act |
| Alan Clark | GA-MEMBERS-PRIVILEGED-001425 | GA-MEMBERS-PRIVILEGED-001427 | Alan Clark <akabavah@yahoo.com> | Anton Janik <AJanik@mwlaw.com> | | | 3/12/2022 | 3:39:52 AM | Texts from Dr Roger Hiatt | | Texts from Dr Roger Hiatt.msg | 3/12/2022 3:39 | Legislative/Deliberative Process Privileged | Privileged text regarding support for SAFE Act |

| Custodian | Begin doc num from PrivilegeProduction | End doc num from PrivilegeProduction | Email From Address | Email To Address | Email CC Address | Email BCC Address | Email Sent Date | Email Sent Time | Email Subject | Attachment Names | File Name | Document Date-Time | Privilege | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001576 | GA-MEMBERS-PRIVILEGED-001576 | Robin Lundstrum <robin@lundstrum.us> | Garrity, Marty <garritym@blr.arkansas.gov> | | | 3/12/2022 | 9:24:15 AM | Search Word "Safe Act" SAFE Act Policy Brief | PB SAFE Act Draft 3.docx | Search Word  Safe Act  SAFE Act Policy Brief.msg | 3/12/2022 9:24 | Legislative/Deliberative Process Privileged | Privileged discussion regarding legislative strategyÂ°concerning potential support for HB 1570. |
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001755 | GA-MEMBERS-PRIVILEGED-001756 | Jerry Cox <jerry@familycouncil.org> | Autumn Stroup <autumn.stroup@familypolicyalliance.com> | Amanda Banks <Amanda.Banks@familypolicyfoundation.com>; Robin Lundstrum <robin@lundstrum.us>; Charisse Dean <charisse@familycouncil.org>; Ken Yang <ken@familycouncil.org> | | 5/27/2021 | 2:30:11 PM | RE: Gov. Hutchinson weirdness | | RE Gov. Hutchinson weirdness.msg | 5/27/2021 14:30 | Legislative/Deliberative Process Privileged | Privileged communication regarding status of SAFE Act during legislative recess |
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001842 | GA-MEMBERS-PRIVILEGED-001842 | Robin Lundstrum <robin@lundstrum.us> | Garrity, Marty <garritym@blr.arkansas.gov> | | | 3/12/2022 | 4:08:13 PM | FW: Follow-up info & resources: Called Together | ADF Save Womens Sports Act Model Legislation 2021.pdf; Called Together Speaker Info.docx; Help Not Harm Lawmaker Cheat Sheet.pdf; Help Not Harm Model Language_with new enforcement.pdf; image001.gif; SA 2021 Survey_FINAL.docx; SGS Cheat Sheet Version 2021.pdf | FW  Follow-up info & resources  Called Together.msg | 3/12/2022 16:08 | Legislative/Deliberative Process Privileged | Privileged email regarding support for proposed legislation |
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001849 | GA-MEMBERS-PRIVILEGED-001850 | | | | | | | | | Help Not Harm Lawmaker Cheat Sheet.pdf | 7/16/2021 18:35 | Legislative/Deliberative Process Privileged | Privileged support for proposed legislation |
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001851 | GA-MEMBERS-PRIVILEGED-001864 | | | | | | | | | Help Not Harm Model Language_with new enforcement.pdf | 7/29/2021 15:26 | Legislative/Deliberative Process Privileged | Privileged support for proposed legislation |
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001865 | GA-MEMBERS-PRIVILEGED-001866 | | | | | | | | | SGS Cheat Sheet Version 2021.pdf | 7/17/2021 17:39 | Legislative/Deliberative Process Privileged | Privileged support for proposed legislation |
| Robin Lundstrum | GA-MEMBERS-PRIVILEGED-001889 | GA-MEMBERS-PRIVILEGED-001891 | Robin Lundstrum <robin@lundstrum.us> | Garrity, Marty <garritym@blr.arkansas.gov> | | | 3/14/2022 | 9:08:05 AM | FW: Co- sponsors No Hormone Therapy Bill for those under 18 | BPG048 - Lundstrum hormone therapy CURRENT 1-25.pdf | FW  Co- sponsors No Hormone Therapy Bill for those under 18.msg | 3/14/2022 9:08 | Legislative/Deliberative Process Privileged | Privileged discussion regarding draft bill |
| Robin Lundstrum - Running of the Bill | GA-MEMBERS-PRIVILEGED-001960 | GA-MEMBERS-PRIVILEGED-001961 | | | | | | | | | scan_twarbritton_2022-03-17-13-01-23.pdf | 3/17/2022 14:04 | Legislative/Deliberative Process Privileged | Privileged notes of Representative Robin Lundstrum regarding House and Senate members support for HB 1570 |
| Robin Lundstrum - Running of the Bill | GA-MEMBERS-PRIVILEGED-001962 | GA-MEMBERS-PRIVILEGED-001971 | | | | | | | | | scan_twarbritton_2022-03-17-13-03-06.pdf | 3/17/2022 14:05 | Legislative/Deliberative Process Privileged | Privileged notes of Representative Robin Lundstrum regarding votes on HB 1570 in committee meeting |
| Robin Lundstrum - Running of the Bill | GA-MEMBERS-PRIVILEGED-001972 | GA-MEMBERS-PRIVILEGED-001989 | | | | | | | | | scan_twarbritton_2022-03-17-13-04-06.pdf | 3/17/2022 14:06 | Legislative/Deliberative Process Privileged | Privileged notes of Representative Robin Lundstrum on opposition to HB 1570, responses to opposition points, and strategy for passing bill |
| Robin Lundstrum - Running of the Bill | GA-MEMBERS-PRIVILEGED-001990 | GA-MEMBERS-PRIVILEGED-002007 | | | | | | | | | scan_twarbritton_2022-03-17-13-06-39.pdf | 3/17/2022 14:09 | Legislative/Deliberative Process Privileged | Privileged notes of Representative Robin Lundstrum on physicians who have expressed support for HB 1570 and may testify in support of HB 1570 |

| Custodian | Begin doc num from PrivilegeProduction | End doc num from PrivilegeProduction | Email From Address | Email To Address | Email CC Address | Email BCC Address | Email Sent Date | Email Sent Time | Email Subject | Attachment Names | File Name | Document Date-Time | Privilege | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robin Lundstrum - Running of the Bill | GA-MEMBERS-PRIVILEGED-002008 | GA-MEMBERS-PRIVILEGED-002013 | | | | | | | | | scan_twarbritton_2022-03-17-13-07-19.pdf | 3/17/2022 14:10 | Legislative/Deliberative Process Privileged | Privileged notes of Representative Robin Lundstrum on overriding Governor's veto of HB 1570 |
| Robin Lundstrum - Running of the Bill | GA-MEMBERS-PRIVILEGED-002037 | GA-MEMBERS-PRIVILEGED-002054 | | | | | | | | | scan_twarbritton_2022-03-17-13-11-11.pdf | 3/17/2022 14:14 | Legislative/Deliberative Process Privileged | Privileged analysis of HB 1570 with research notes |
| Robin Lundstrum - Running of the Bill | GA-MEMBERS-PRIVILEGED-002062 | GA-MEMBERS-PRIVILEGED-002081 | | | | | | | | | scan_twarbritton_2022-03-17-13-14-08.pdf | 3/17/2022 14:17 | Legislative/Deliberative Process Privileged | Privileged draft bill with annotations by Representative Robin Lundstrum |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002083 | GA-MEMBERS-PRIVILEGED-002083 | | | | | | | | | scan_mwood_2022-03-17-13-17-55.pdf | 3/17/2022 14:17 | Legislative/Deliberative Process Privileged | Privileged personal notes of Robin Lundstrum regarding talking points in support of the SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002084 | GA-MEMBERS-PRIVILEGED-002085 | | | | | | | | | scan_mwood_2022-03-17-13-19-13.pdf | 3/17/2022 14:19 | Legislative/Deliberative Process Privileged | Privileged document regarding talking points in support of the SAFE Act. |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002088 | GA-MEMBERS-PRIVILEGED-002089 | | | | | | | | | scan_mwood_2022-03-17-13-20-31.pdf | 3/17/2022 14:20 | Legislative/Deliberative Process Privileged | Privileged letter from physician Roger Lew Hiatt, Jr., MD, in support of the SAFE Act |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002090 | GA-MEMBERS-PRIVILEGED-002091 | | | | | | | | | scan_mwood_2022-03-17-13-20-54.pdf | 3/17/2022 14:20 | Legislative/Deliberative Process Privileged | Privileged document regarding talking points in support of the SAFE Act with personal notes of Representative Robin Lundstrum |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002161 | GA-MEMBERS-PRIVILEGED-002168 | | | | | | | | | scan_mwood_2022-03-17-13-29-45.pdf | 3/17/2022 14:29 | Legislative/Deliberative Process Privileged | Privileged document Bill Summary of SAFE Act with handwritten notes from Robin Lundstrum |
| Robin Lundstrum - 2021 Family Council Legislation | GA-MEMBERS-PRIVILEGED-002169 | GA-MEMBERS-PRIVILEGED-002178 | | | | | | | | | scan_mwood_2022-03-17-13-30-23.pdf | 3/17/2022 14:30 | Legislative/Deliberative Process Privileged | Privileged draft bill of HB 1570 with handwritten notes from Robin Lundstrum |
| Robin Lundstrum - Texts 2 | GA-MEMBERS-PRIVILEGED-002306 | GA-MEMBERS-PRIVILEGED-002308 | | | | | | | | | scan_twarbritton_2022-03-17-13-43-25.pdf | 3/17/2022 14:46 | Legislative/Deliberative Process Privileged | Privileged text message exchange between Representative Robin Lundstrum and Representative Carlton Wing regarding sponsorship and support for SAFE Act. |
| Robin Lundstrum - Texts 3 | GA-MEMBERS-PRIVILEGED-002312 | GA-MEMBERS-PRIVILEGED-002312 | | | | | | | | | scan_twarbritton_2022-03-17-13-49-37.pdf | 3/17/2022 14:52 | Legislative/Deliberative Process Privileged | Privileged undated text message exchange between Representative Robin Lundstrum and Representative Austin McCollum regarding draft language for SAFE Act |
| Robin Lundstrum - Texts 3 | GA-MEMBERS-PRIVILEGED-002313 | GA-MEMBERS-PRIVILEGED-002316 | | | | | | | | | scan_twarbritton_2022-03-17-13-57-22.pdf | 3/17/2022 15:00 | Legislative/Deliberative Process Privileged | Privileged text message exchange between Representative Jim Dotson and Representative Robin Lundstrum regarding strategy and support to overturn Governor's veto for HB 1570 |

| Custodian | Begin doc num from PrivilegeProduction | End doc num from PrivilegeProduction | Email From Address | Email To Address | Email CC Address | Email BCC Address | Email Sent Date | Email Sent Time | Email Subject | Attachment Names | File Name | Document Date-Time | Privilege | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robin Lundstrum - Texts 3 | GA-MEMBERS-PRIVILEGED-002317 | GA-MEMBERS-PRIVILEGED-002319 | | | | | | | | | scan_twarbritton_2022-03-17-13-59-10.pdf | 3/17/2022 15:01 | Legislative/Deliberative Process Privileged | Privileged text message exchange from January 11, 2021 and Februyary 26, 2021 between Representative Robin Lundstrum and Senator Breanne Davis regarding contents of SAFE Act and support for SAFE Act |
| Robin Lundstrum - Texts 3 | GA-MEMBERS-PRIVILEGED-002364 | GA-MEMBERS-PRIVILEGED-002365 | | | | | | | | | scan_twarbritton_2022-03-17-14-02-58.pdf | 3/17/2022 15:05 | Legislative/Deliberative Process Privileged | Privileged text message exchange between Representative Robin Lundstrum and Senator Trent Garner on March 3, 2021 regarding support for the SAFE Act |
| Robin Lundstrum - Texts 3 | GA-MEMBERS-PRIVILEGED-002366 | GA-MEMBERS-PRIVILEGED-002370 | | | | | | | | | scan_twarbritton_2022-03-17-14-05-00.pdf | 3/17/2022 15:07 | Legislative/Deliberative Process Privileged | Privileged February 18, 2021 to March 22, 2021 text message exchange between Representative Robin Lundstrum and Senator Bart Hester regarding support and sponsorship for the SAFE Act |