Case 4:21-cv-00450-JM   Document 124   Filed 05/16/22   Page 1 of 3

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 16 2022

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DYLAN BRANDT ET AL.                                         PLAINTIFFS

vs.                    NO. 4:21-CV-00450-JM

LESLIE RUTLEDGE ET AL.                                      DEFENDANTS

## MOTION OF PRESIDENT PRO TEMPORE OF THE SENATE, ON BEHALF OF THE ARKANSAS SENATE, AND SPEAKER OF THE HOUSE OF REPRESENTATIVES, ON BEHALF OF THE ARKANSAS HOUSE OF REPRESENTATIVES, FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Senator Jimmy Hickey, in his role as President Pro Tempore of the Senate and on behalf of the Arkansas Senate ("Senate"), and Representative Matthew Shepherd, in his role as Speaker of the House of Representatives and on behalf of the Arkansas House of Representatives ("House"), respectfully move for leave to file the attached amicus brief (see attached Exhibit 1) in support of Representative Robin Lundstrum's Motion to Quash and for Protective Order.

1.   Proposed amicus Senator Jimmy Hickey is the President Pro Tempore of the Senate, and proposed amicus Representative Matthew Shepherd is the Speaker of the House.

2.   The proposed amici's interest in this matter is to express the viewpoint of the House and the Senate on the efforts to depose Representative Lundstrum regarding the intent of the House and the Senate in enacting Act 626 of 2021, the "Arkansas Save Adolescents from Experimentation (SAFE) Act." Given the potential impact that the outcome of the Motion to Quash and for Protective Order could have upon the legislative process, the amici submit that their amicus brief is desirable and relevant to the disposition of the issue.

3. "Courts typically grant amicus status where the parties 'contribute to the court's understanding of the matter in question' by proffering timely and useful information." *Ga. Aquarium, Inc. v. Pritzker*, 135 F. Supp. 3d 1280, 1288 (N.D. Ga. 2015). The proposed amici submit that their amicus brief is timely and useful as it provides the perspective of the House and the Senate on important matters pertaining to legislative service and the legislative process as the Court considers whether to grant Representative Lundstrum's Motion to Quash and for Protective Order.

4. The attached amicus brief is relevant as it delineates why the court should grant Representative Lundstrum's Motion to Quash and for Protective Order the subpoena based upon the established principles of legislative privilege and the deliberative process privilege. Denying the Motion to Quash and for Protective Order and allowing the deposition to proceed would constitute an impermissible invasion of the General Assembly's legislative process, which would threaten both the ability of individual legislators to make well-researched, well-reasoned decisions and the ability of the General Assembly as a whole to examine evidence and discuss ideas in the legislative process. Such an outcome would impact not only Representative Lundstrum, but all 135 members of the General Assembly (as well as its prospective members). Denying the motion to quash will enable a chilling effect upon the membership of the House and the Senate that will inhibit honest communication between members of the House and the Senate regarding legislative matters and ultimately result in less sound governmental policy. This chilling effect will threaten the ability of the House and the Senate to serve the citizens of Arkansas in the manner intended by their constituents.

5. For the foregoing reasons, the proposed amici respectfully request that this Court grant their motion for leave to file the attached brief to express the interests of the House and the

Senate and express support for Representative Lundstrum's Motion to Quash and for Protective Order.

Respectfully submitted,

*/s/ Matthew B. Miller*

Matthew B. Miller (Ark. Bar No. 2002063)
**Bureau of Legislative Research**
One Capitol Mall, Fifth Floor
Little Rock, Arkansas 72201
Phone: 501-537-9122
Fax: 501-683-1140
millerm@blr.arkansas.gov

## CERTIFICATE OF SERVICE

I hereby certify that on __May 16__, 2022, I filed the foregoing document with the Clerk of the Court for the Eastern District of Arkansas. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Matthew B. Miller*

Matthew B. Miller

3