FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 16 2022

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DYLAN BRANDT ET AL.                                                                PLAINTIFFS

vs.                                    NO. 4:21-CV-00450-JM

LESLIE RUTLEDGE ET AL.                                                           DEFENDANTS

## ENTRY OF APPEARANCE

Matthew B. Miller of the Bureau of Legislative Research hereby enters an appearance on behalf of Senator Jimmy Hickey, in his role as President Pro Tempore of the Senate and on behalf of the Arkansas Senate, and Representative Matthew Shepherd, in his role as Speaker of the House of Representatives and on behalf of the Arkansas House of Representatives.

Respectfully submitted,

_____
Matthew B. Miller (Ark. Bar No. 2002063)
**Bureau of Legislative Research**
One Capitol Mall, Fifth Floor
Little Rock, Arkansas 72201
Phone: 501-537-9122
Fax: 501-683-1140
millerm@blr.arkansas.gov