IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                           **PLAINTIFFS**

v.                              **CASE NO. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE, et al.,**                                        **DEFENDANTS**

### NOTICE OF VIDEOTAPED DEPOSITION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on May 24, 2022, Plaintiffs Dylan Brandt, et al. will take the remote and videotaped deposition of Dr. Rhys Branman before a certified court reporter in accordance with and pursuant to the Federal Rules of Civil Procedure. The deposition shall begin at 9:00 a.m. at the Office of the Arkansas Attorney General, 323 Center Street, Suite 200, Little Rock, Arkansas, 72201. The deposition shall be recorded by audiovisual and stenographic means. All parties are invited to attend the taking of this deposition.

Dated: May 17, 2022

*/s/ Leslie Cooper*

| | |
|---|---|
| Leslie Cooper | Beth Echols, Ark. Bar No. 2002203 |
| Chase Strangio* | Christopher Travis, Ark. Bar No. 97093 |
| American Civil Liberties Union Foundation | Drake Mann, Ark. Bar No. 87108 |
| 125 Broad St. | Gill Ragon Owen, P.A. |
| New York, NY 10004 | 425 W. Capitol Avenue, Suite 3800 |
| Telephone: (917) 345-1742 | Little Rock, AR 72201 |
| | Telephone: (501) 376-3800 |

lcooper@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

echols@gill-law.com
travis@gill-law.com
mann@gill-law.com
*Attorneys for the Plaintiffs*

Breean Walas, Ark. Bar No. 2006077
Walas Law Firm, PLLC
P.O. Box 4591
Bozeman, MT 59772
Telephone:  (501) 246-1067
breean@walaslawfirm.com
*Attorneys for the Plaintiffs*

Sarah Everett, Ark. Bar No. 2017249
Gary Sullivan Ark Bar No. 92051
Arkansas Civil Liberties Union Foundation, Inc.
904 W. 2nd Street
Little Rock, AR 72201
Telephone:  (501) 374-2842
sarah@acluarkansas.org
*Attorneys for the Plaintiffs*

Garrard R. Beeney*
Jonathan J. Ossip*
Brandyn Rodgerson*
Emily T.L. Armbruster*
Alexander S. Holland*
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
beeneyg@sullcrom.com
ossipj@sullcrom.com
rodgersonb@sullcrom.com
armbrustere@sullcrom.com
hollanda@sullcrom.com
*Attorneys for the Plaintiffs*

Laura Kabler Oswell*
Duncan C. Simpson LaGoy*
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 461-5600
oswell@sullcrom.com
simpsond@sullcrom.com
*Attorneys for the Plaintiffs*

Daniel J. Richardson*
Sullivan & Cromwell LLP
1700 New York Avenue NW
Washington, DC 20006
Telephone: (202) 956-7500
richardsond@sullcrom.com

*Attorney for the Plaintiffs*

*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I, DANIEL J. RICHARDSON, hereby certify that on May 17, 2022, I caused a true and correct copy of the foregoing **NOTICE OF VIDEOTAPED DEPOSITION OF DR. RHYS BRANMAN**, to be served via electronic mail on the defendants' counsel of record as follows:

Nicholas Bronni (nicholas.bronni@arkansasag.gov)

Michael Cantrell (michael.cantrell@arkansasag.gov)

Dylan Jacobs (dylan.jacobs@arkansasag.gov)

Amanda Land (amanda.land@arkansasag.gov)

Dated:  May 17, 2022

*/s/ Daniel J. Richardson*
**Daniel J. Richardson**
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Washington, DC 20006
Telephone: (202) 956-7500