EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DYLAN BRANDT, *et al.*,                                                    PLAINTIFFS,

v.                                    No. 4:21-CV-00450-JM

LESLIE RUTLEDGE, *et al.*,                                                 DEFENDANTS.

## DECLARATION OF RHYS L. BRANMAN

I, Rhys L. Branman, hereby declare that I am competent to testify and have personal knowledge regarding the statements contained in this declaration. I further declare, under penalty of perjury, as follows:

1. I am a medical doctor and currently serve as a member of the Arkansas State Medical Board. I was appointed to the Board in May 2018 by Governor Asa Hutchinson, with my term scheduled to expire on December 31, 2022.

2. In addition to my role as a member of the Board, I also maintain a private medical practice and treat patients in this practice. In my private practice, my treatment of patients includes performing surgeries and procedures, which are scheduled months in advance.

3. On May 17, 2022, the Plaintiffs in this case served a Notice of Deposition upon me through my counsel. The deposition is scheduled to take place on Tuesday, May 24, 2022, beginning at 9:00 a.m.

4. Through my counsel, I advised Plaintiffs that I am unavailable on May 24, 2022, and I am also unavailable on May 25, 2022.

5. I submit this declaration to provide additional information concerning my unavailability during the week of May 23, 2022.

6. I currently am scheduled to perform numerous surgeries on patients under my care from May 23 through 25, 2022, respectively.

7. Specifically, on Monday, May 23, 2022, I am currently scheduled to conduct a 6-hour surgery on a patient, which is a significant undertaking. Also on that day, I have three (3) other patients who are scheduled to see me for post operative appointments. These appointments are vital in ensuring the patient is fully recovering from a surgery I have performed.

8. On Tuesday, May 24, 2022, I have three (3) total surgeries scheduled, including a 4-hour surgery. The other two surgeries on this date are both scheduled to be 1-hour surgeries, but may take longer.

9. On Wednesday, May 25, 2022, I have two (2) total surgeries scheduled, including a 5-hour surgery and another 1-hour surgery, both of which may take longer than their scheduled times.

10. As stated above, I consult with my patients months in advance regarding the scheduling or their surgeries, which necessarily involves my patients making arrangements in their own professional and personal lives. Because the scheduled surgeries are set to take place in less than a week, my patients have already made scheduling arrangements in both having their respective surgeries conducted and the time needed to recover from the surgery. Moving a surgery will cause it to be postponed until months away, and will likely cause an undue hardship on both my patient and my medical practice.

11. Similarly, I am scheduled to undergo a personal medical procedure on Thursday, May 26, 2022, which has also been scheduled for weeks. Due to this procedure, I will require approximately a recovery time of one week until I am able to begin seeing my patients again. I have had to make significant adjustments in my professional scheduling to ensure my personal

medical care does not conflict with my treatment of patients. Moving this medical procedure will cause an undue hardship on me because it will postpone my treatment and force me to reschedule this procedure to a time that will likely conflict with previously-scheduled surgeries of my own patients and cause undue hardships on those patients as well.

12. Preparing for and attending a deposition any day during the week of May 23, 2022, including on the scheduled time on Tuesday, May 24, 2022, will significantly burden my ability to perform my professional duties in treating my patients, as well as interfere with my own personal medical care.

I swear, under penalty of perjury, that the foregoing statements are true.

Executed this 19th day of May, 2022.

_____
RHYS L. BRANMAN