# Jake Kornegay

| | |
|---|---|
| **From:** | Amanda Land <amanda.land@arkansasag.gov> |
| **Sent:** | Friday, May 20, 2022 5:01 PM |
| **To:** | AREDdb_clerksoffice |
| **Cc:** | 'armbrustere@sullcrom.com'; 'beeneyg@sullcrom.com'; lcooper_aclu.org; 'echols@gill-law.com'; 'jesseks@aclu.org'; 'sarah@acluarkansas.org'; 'hollanda@sullcrom.com'; 'mann@gill-law.com'; 'ossipj@sullcrom.com'; 'oswelll@sullcrom.com'; 'Richardsond@sullcrom.com'; 'rodgersonb@sullcrom.com'; 'simpsond@sullcrom.com'; 'cstrangio@aclu.org'; 'gary@acluarkansas.org'; 'travis@gill-law.com'; 'breean@walaslawfirm.com'; Michael Cantrell; Matilda Benson |
| **Subject:** | Docket correction: Case no. 4:21-cv-00450-JM; DE 130 |
| **Attachments:** | Motion for Protective Order - EXHIBIT A - Notice of Deposition to Dr. Rhys Branman.pdf; Motion for Protective Order - EXHIBIT B - Declaration fo Branman.pdf |

**CAUTION - EXTERNAL:**

To whom it may concern:

Regarding the above-referenced case number and docket entry number, I just submitted for filing a Motion for Protective Order and to Quash the Notice of Deposition of Separate Defendant Rhys L. Branman. I inadvertently did not attach two exhibits: Exhibit A and Exhibit B. Please find the attached exhibits that should have been attached to the Motion. I have copied Plaintiffs' counsel on this email.

Thank you,

**Amanda Land**
Senior Assistant Attorney General, Public Protection Division
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Office: 501.682.2029 | Fax: 501.682.8118
Amanda.Land@ArkansasAG.gov | ArkansasAG.gov



CONFIDENTIALITY NOTICE:  The information contained in this e-mail message and any attachment is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information.  It may contain information that is privileged, confidential, or otherwise protected from disclosure.  It is intended solely for the use of the addressee.  If you are not the intended recipient, you are hereby notified that reading, copying or distributing this e-mail or the information herein by anyone other than the intended recipient is STRICTLY PROHIBITED.  The sender has not waived any applicable privilege by sending the accompanying transmission.  If you have received this transmission in error, please notify the sender by reply e-mail immediately, and delete this message and attachments from your computer.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.