IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT ET AL.**                                                                                       **PLAINTIFFS**

vs.                                             NO. 4:21-CV-00450-JM

**LESLIE RUTLEDGE ET AL.**                                                           **DEFENDANTS**

<u>**MOTION FOR LEAVE**</u>

Pursuant to Local Rule 7.2(d)(2), Representative Mary Bentley, Senator Alan Clark, Representative Robin Lundstrum, Representative Marcus Richmond, and Representative Jim Wooten (collectively, the "Legislators") respectfully move for leave to supplement their preliminary response, *see* ECF No. 127, to the Motion to Compel, *see* ECF Nos. 122-123, filed on behalf of Plaintiffs.

A supplement to the preliminary response is necessary to point out that Plaintiffs initially told the Court that a decision on the legislative privilege could not be made until the Legislators first filed a privilege log which enabled Plaintiffs to assess the privilege as applied to specific documents. *See* ECF No. 85, at 7 n.9 ("[W]ithout a privilege log and the requisite specificity demonstrating the application of any privilege to a certain document or electronically stored information, it would be purely academic to provide an in-depth analysis of those privileges at this time."). But Plaintiffs now claim that Local Rule 7.2's unambiguous directive that Plaintiffs "confer[] in good faith on the *specific issue or issues in dispute*" did not obligate them to meet and confer as to *any* particular document noted on the Legislators' privilege log after it was filed.

Plaintiffs cannot have it both ways. The Federal Rules, the Local Rules, and this Court's Rules all required Plaintiffs to initiate a meet and confer on the specific, individual documents withheld by the Legislators. Plaintiffs never did this.

A copy of the Legislators' proposed supplement is attached.

        Respectfully submitted,

        Anton L. Janik, Jr. (Ark. Bar No. 2007271)
        Graham Talley (Ark. Bar No. 2015159)
        **MITCHELL, WILLIAMS, SELIG,**
        **GATES & WOODYARD, PLLC**
        425 West Capitol Avenue, Suite 1800
        Little Rock, Arkansas 72201
        Phone:  501-688-8800
        Fax:  501-688-8807
        ajanik@mwlaw.com
        gtalley@mwlaw.com