# Exhibit 2

Page 1

```
 1   THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF ARKANSAS
 2   CENTRAL DIVISION
 3   _____
 4   DYLAN BRANDT, by and through his mother,
     JOANNA BRANDT, et al.,
 5
                 Plaintiffs,
 6          vs.                         CASE NO.
                                        4:21-CV-00450-JM
 7
     LESLIE RUTLEDGE, in her official
 8   capacity as the Arkansas
     Attorney General, et al.,
 9
                 Defendants.
10   _____
11
12          ORAL/VIDEO CONFERENCE/VIDEOTAPED
13     DEPOSITION OF CLIFTON FRANCIS "BILLY" BURLEIGH, JR.
14             TAKEN ON BEHALF OF THE PLAINTIFFS
15                  LITTLE ROCK, ARKANSAS
16                   ON APRIL 28, 2022
17                      9:07 a.m.
18
19
20
21
22
23
24
25   REPORTED BY:  TRENA K. BLOYE, CSR
```

Page 100

1   lesbians.
2       Q   And how did that make you feel presenting as
3   lesbian?
4       A   Very awkward.
5       Q   Why?  Tell me about that.
6       A   I grew up knowing that God was there.  And then
7   he made man and woman in marriage.  I loved God, but I
8   didn't know God at that time.  I was trying to live.
9   And that was -- I'm having trouble with the words to
10  describe it and I'll do the best I can.
11          That was against -- that was against God's
12  principle.  I knew God, I loved God, I knew of him, and
13  there was a disconnect there and that caused me trouble.
14      Q   You said there that you believed it was against
15  God's principle, I think was your word --
16      A   Yes, sir.
17      Q   -- to be presenting as a lesbian; is that
18  right?
19      A   That is accurate.
20      Q   Okay.  Do you believe that anybody that
21  identifies as gay or lesbian or bisexual is acting
22  against God's principle?
23              MS. LAND:  Object to form.
24      A   I desire to answer the question and provide
25  clarity to my response.  We have the battle for our

1  thoughts and our mind.  And so being gay, being a
2  lesbian is -- and if I remember your question correctly,
3  not against God's principles.  We're all in this battle
4  for our mind.  Acting on it as another thing, taking it
5  to the level of acting and engaging and the performance
6  of what you would consider gay or lesbian acts, that
7  would be against God's principles as I understand it in
8  his word.
9       Q   I see.
10      A   And mind you, that is not -- it's not
11 necessarily against my principles.  Who am I to make
12 such principles.  But I look to God and what he has
13 said.
14      Q   Do you believe it is harmful for people to be
15 in same-sex relationships?
16          MS. LAND:  Objection to form, vague.
17      A   Yes, I actually believe it is harmful for a
18 person's well being, their physical wellbeing, but also
19 their internal well being.
20      Q   (By Mr. Rodgerson) What about physical
21 wellbeing do you think is harmful?
22      A   I have learned by reading Dr. Anderson's book
23 and listening to others that sometimes when we get deep
24 into sin, when we get deep into our problems, when we
25 have given a lot of ground to the devil, sometimes these

1   problems can manifest themselves physically.  So
2   sometimes physical ailments may not be due to a physical
3   cause, but could possibly result from a spiritual cause.
4           To add contrast to this statement, here in the
5   west when we have problems we'll go to a physical
6   doctor.  And animistic cultures, such as Native
7   Americans or those in African tribes, if they have a
8   physical problem they may go to a spiritual doctor for
9   healing.  It's a difference of thinking.  And I do
10  believe that that lifestyle can lead to physical
11  problems.
12              (Plaintiffs' Exhibit 4 was marked for
13               identification and made a part of the
14               record.)
15      Q   Okay.  I'm going to hand you a document,
16  Mr. Burleigh, that I will mark as Exhibit 4.
17      A   Okay.
18      Q   This is another text message chain.  I believe
19  we looked at one earlier were.
20      A   Let's see.  Now, I'm seeing the name of Jerry
21  Cox, so this is another text message group.  And a
22  number of these participants in this group were also
23  participants in the effort to move the bill past being a
24  bill and into law.  I recognize this.
25      Q   Thank you very much.  That's really helpful.

Page 103

1      Do you see at the bottom there is numbers on
2 the pages?
3    A   Yes, sir.
4    Q   Could you turn to the page that ends with 6176,
5 Mr. Burleigh?
6    A   6176?
7    Q   That's correct.
8    A   Okay.  Standby.  Okay.
9    Q   Okay.  This is a text message from July 27th.
10 Do you see that at the top?
11    A   Yes, sir.
12    Q   And then there is a text message from you,
13 there is your name, Billy Burleigh.
14    A   Yes, sir.
15    Q   And the text says, and read with me if you
16 will, "I share the following as food for thought and
17 consideration.  At the root I believe the following is
18 the what we are battling.  LGBTQ is offering to satisfy
19 some of these needs."  Did I read that accurately?
20    A   Yes, you did, sir.
21    Q   Mr. Burleigh, what do you mean by that
22 statement that "LGBTQ is offering to satisfy some of
23 these needs"?
24    A   May I read the rest because I --
25    Q   Sure.

Case 4:21-cv-00450-JM   Document 134-2   Filed 05/24/22   Page 7 of 10

Page 104

```
1        A    -- don't remember the context of this.
2        Q    Yes.
3        A    So, Looking to satisfy some of these needs, the
4   following is humanities' basic needs, in bold print.  My
5   God shall supply all your needs according to his riches
6   in glory in Christ Jesus.  Adam and Eve were created
7   spiritually alive.  The attributes they -- and I don't
8   have the rest of the text message string.
9        Q    That's all right.  I just --
10       A    But I think I knew where this is going.
11       Q    Apologies for that, but this is what we have
12  been produced to us.
13       A    Okay.
14       Q    I saw that cutting off your text message.
15       A    Okay, so --
16       Q    Does that trigger a recollection, Mr. Burleigh,
17  of what you might have been saying in that text message?
18       A    Yes, sir, it does.
19       Q    Okay.  And what do you mean by that?
20       A    So in detransitioning and in the hunt of trying
21  to reflect and solve my initial problems, I also learned
22  that every one of us has three -- three basic needs that
23  need to be satisfied.  And as a child, as a young adult,
24  as an adult, as an old man or woman, and that is
25  acceptance, significance, and security.
```

Veritext Legal Solutions
212-279-9424                    www.veritext.com                    212-490-3430

1      And so where we seek to find our acceptance,
2 significance, and security can either help our growth
3 or, as we -- as the conversation just now, it can dive
4 us more down a road that may not be helpful to our
5 physical or spiritual wellbeing.  What I see with the
6 LGBTQ community is that they are looking to satisfactory
7 some, if not all, of these three basic needs,
8 acceptance, significance, security.
9      And I believe that's what I mean without having
10 the rest of the context.
11   Q   Um-hum.  Thank you.  That's helpful.
12      Do you see that as problematic in any way?
13   A   I see it as very problematic both for physical
14 wellbeing, and most definitely for eternal well being.
15 Should I continue?
16   Q   When you say eternal well being, what are you
17 referring to?
18   A   The Bible makes it -- many different religious
19 groups give different thoughts on if there is life after
20 this life and what -- and if there is life after this
21 life, what will that life be.  According to the Bible
22 there is heaven and there is hell and there Jesus has
23 had made very clear statements in the Bible how for us
24 to get to heaven and how for us -- well, the alternative
25 is not get to heaven, or hell.

1           I care about people and I personally do not
2     want to see anybody, not one person go to hell.  From
3     reading the Bible the -- that place is not a good place,
4     and so I believe that this lifestyle is not healthy,
5     both for physical and eternal wellbeing.
6           Q    And by "this lifestyle" you do mean --
7           A    LGBTQ.
8           Q    -- LGBTQ?
9           A    Yes, sir.
10          Q    Do you believe that if somebody acts on LGBTQ
11    feelings they will go to hell?
12          A    No, sir, not necessarily.
13          Q    Okay.
14          A    Because who am I to say that they will or they
15    will not.  Because even though in courts of law the
16    judgment is on physical things that we can see, on acts
17    that may have been -- I'm at a loss for words.
18               Sometimes acts are not observed, but there may
19    be other evidence to -- to show the acts, such as
20    circumstantial evidence.  The way that God -- God knows
21    each person intimately, he knows our thoughts and he
22    knows our heart.  That connection is actually from the
23    heart and that is in a personal relationship between
24    that person and God.
25               I actually do not know who is going to heaven

1  or who is going to hell.  But the Bible does talk about
2  the fruits of our beliefs.  And often our actions come
3  out of what we believe, they are observable.
4         And so I only make assumptions that they are
5  going down the wrong path.  Did I answer the question?
6     Q   Yes.  I think I understand.
7     A   Okay.
8     Q   Just so I heard that right, you do think that
9  you're making assumptions that people that engage with
10 homosexual acts, for example, are going down the wrong
11 path.  Is that what you said?
12            MS. LAND:  Object to form.
13    A   I do not know the person's beliefs.  But often
14 a person's actions comes out of a person's beliefs.  So
15 by observing a person's actions you can make assumptions
16 about their beliefs.
17        So by -- through observation my -- through
18 observation my assumptions are that these people are not
19 following God's word and that they do not have that
20 personal relationship with God and that, as a result,
21 their eternal wellbeing is in jeopardy.
22    Q   (By Mr. Rodgerson) I see.  Thank you for that
23 clarification.  That's very helpful.
24        Mr. Burleigh, does the term "LGBTQ agenda" mean
25 anything to you?