Exhibit 4

 AT&T Wi-Fi 📶　　2:21 PM　　🚗 ⓐ 31% 🔋

‹ 101  🎥

12 People ›

Text Message
Fri, Apr 16, 3:08 PM

Jerry Cox

Watch for an important text from Robin Lundstrum.
Jerry Cox

Team,
60 Minutes is coming to town for a "fact finding" mission....... please do not respond or engage. Quena is helping me craft a response. I am not planning on doing any interviews. We have run the Bill, successfully passed the bill and overridden the Governor's veto. Game over!

  


EXHIBIT
22
PENGAD 800-631-6989


AT&T Wi-Fi

2:22 PM

32%



**12 People >**

successfully passed the bill and overridden the Governor's veto. Game over!

I don't think it is wise at this time to put the Bill on trial in the court of media biased public opinion.  Let's stay in touch and watch closely as this unfolds.

On a positive note, a New Hampshire and  Ohio Representative just emailed this afternoon that they would like to talk about running the same Bill!

Dr. Roger Hiatt

Great news about New

   Text Message






AT&T Wi-Fi

2:22 PM

32%

101

12 People >

running the same Bill!

Dr. Roger Hiatt

Great news about New Hampshire and Ohio. This is truly the Achilles Heel of the transgender movement. Opponents will do anything to prevent momentum. I'm afraid Asa Hutchinson will give 60 Minutes exactly what they want. Is there a recall option in Arkansas? He is betraying the public interest for personal gain.

There isn't a recall and session is out hopefully in 2 weeks !!! Or less

Jerry Cox




Text Message

 AT&T Wi-Fi 🛜          2:22 PM          🛏 🄮 32% 🔋



12 People ›

> You guys are killing me! Surfing Fox News for clips right now!!

Dr. Roger Hiatt

 Billy sent a link. I'll look for it

fb.watch 

Thu, May 27, 7:41 PM

Billy  Burleigh

Robin, I was so nervous. I prayed and went forward. After the segment was done I couldn't remember what I had said – I was hoping I didn't say anything bad on national TV. I've received good and

    Text Message



AT&T Wi-Fi

2:22 PM

32%



< 101

12 People >

what I had said - I was hoping I didn't say anything bad on national TV.
I've received good and encouraging feedback.
Here is a link to the segment.

Tap to Load Preview

BB   fb.watch   >

Dr. Melanie  Conway, MD

DC   It was great.  Well done!
Melanie Conway

Billy  Burleigh

Thank you, Melanie.

Doug with Life Site News

      Text Message

 AT&T Wi-Fi   2:22 PM   32%

 101



12 People >

 **Melanie Conway**

Billy  Burleigh

Thank you, Melanie.

Doug, with Life Site News, reached out to me and shared the link bellow.

Tap to Load Preview

BB   lifesitenews.com   >

Dr. Grady  Crosland

Billy, just watched the segment. You handled yourself really well.  Proud of you. Grady Crosland, the old doc with you in Little

  Text Message

  

2:22 PM   32%

12 People >

Dr. Grady  Crosland

Billy, just watched the segment. You handled yourself really well.  Proud of you. Grady Crosland, the old doc with you in Little Rock



Dr. Roger Hiatt

Grady, did you testify to the legislature about HB 1570?

Dr. Grady  Crosland

Yes

This is amazing!!! Perfect! God got you!!! Thank you!

Dr. Grady  Crosland



It's a pleasure to have the opportunity to serve in a righteous endeavor. God is

  Text Message






.ıl AT&T Wi-Fi 🛜          2:22 PM          🚗 ⊚ 32% 🔋

‹ 101          12 People ›          ▢

God got you!!! Thank you!

**Dr. Grady Crosland**          👍

It's a pleasure to have the opportunity to serve in a righteous endeavor. God is good, all the time

**Dr. Roger Hiatt**

Asking for the ACLU response: Did Dr. Grady Crosland testify to the legislature?

**Billy Burleigh**

Thanks, Robin!
I contacted Vincent Wagner, Deputy Solicitor General, and gave him my testimony. Also, Walt Heyer and Erin Brewer are reaching out to other

        ⬭ Text Message






12 People >

Billy Burleigh

Thanks, Robin!
I contacted Vincent
Wagner, Deputy Solicitor
General, and gave him my
testimony. Also, Walt Heyer
and Erin Brewer are
reaching out to other
detransitioners and asking
them to contact Vincent to
support this effort. Praying
for great support from this
community

Dr. Roger Hiatt

Loved "Thanks, Robin!
I contacted Vincent
Wagner, Deputy Solicitor
General, and gave him my
testimony. Also, Walt Heyer
and Erin Brewer are
reaching out to other




Text Message

  

  

12 People ›

Wagner, Deputy Solicitor General, and gave him my testimony. Also, Walt Heyer and Erin Brewer are reaching out to other detransitioners and asking them to contact Vincent to support this effort. Praying for great support from this community "

Billy  Burleigh

Thank you, Grady!
You are right! God is good, all the time!!!

Fri, May 28, 1:21 PM

twitter.com 

Sen. Alan Clark

   Text Message



< 101

 

12 People >

Billy Burleigh

Thank you, Alan! Looking up & pressing forward!

Dr. Grady  Crosland

There is a very good lecture you can download by a theological Ph. D. entitled Theology of the Body that is available on the Christian Medical and Dental Society website under CMDA Matters.





   Text Message

  

  

12 People ›



entitled Theology of the Body that is available on the Christian Medical and Dental Society website under CMDA Matters.



**The Cultural Tide is Turning**
stream.org

Sat, May 29, 9:32 AM

Billy  Burleigh

Sharing this as a resource that we can share with others to educate them on

   Text Message



that we can share with others to educate them on some of the causes for general dysphoria. The specific video is: Trans-Identity Development: Potential Causes

There are many videos on this page that may help others gain understanding of the harm transitioning causes.

Tap to Load Preview

familywatch.org   >

  

 AT&T Wi-Fi 🛜   **2:23 PM**   🛏 @ 32% 🔋

 ‹ 101      📹

**12 People** ›

Thu, Jun 17, 1:09 PM

Jerry Cox

Tap to Load Preview

cbc-network.org   ›

From Robin Lundstrum.
Jerry Cox

Tue, Jun 22, 9:09 PM

Jerry Cox

From Robin  Lundstrum:
Cain slams treatment of
kids in US: 'What is wrong
with us?'
https://video.foxnews.com/
v/6260547938001
Explore the Fox News apps

    Text Message






2:23 PM

◀ 101

12 People ›


Jerry Cox

Sat, Jul 3, 11:55 AM

Billy Burleigh

Liberty Counsel update on counseling ban case in Maryland and other commentary on other related matters.



**Maryland Counseling Ban Case Continues with New**






Text Message

 AT&T Wi-Fi

2:23 PM

 32%



**12 People** >

Sat, Jul 3, 8:32 PM

Dr. Roger Hiatt

foxnews.com 

**Los Angeles spa protest turns violent after alleged transgender exposure incident**

Thu, Jul 22, 7:00 AM

Here is the statement that I sent out late yesterday afternoon. Thanks to Quena for helping me polish it up so quickly!!!

**************

While disappointing, this

  Text Message 




12 People >

afternoon. Thanks to Quena for helping me polish it up so quickly!!!

*****************

While disappointing, this injunction is not the last word on this matter. The battle to protect children from chemical and surgical castration which has irreversible consequences for minors - who cannot possibly understand the long term effects - will have a full hearing in court. I'm confident that when the facts come out, all will clearly see the need to protect children from the harms associated with




Text Message



harms associated with these procedures. I am grateful that the Attorney General has already indicated that she will appeal this ruling.

Dr. Roger Hiatt



Perfect!

Charisse Dean

Liked "Here is the statement that I sent out late yesterday afternoon. Thanks to Quena for helping me polish it up so quickly!!!

**************

While disappointing, this

  Text Message



12 People >

While disappointing, this injunction is not the last word on this matter. The battle to protect children from chemical and surgical castration which has irreversible consequences for minors - who cannot possibly understand the long term effects - will have a full hearing in court. I'm confident that when the facts come out, all will clearly see the need to protect children from the harms associated with these procedures. I am grateful that the Attorney General has already indicated that she will appeal this ruling. "

Text Message

  

 

12 People >

Jerry Cox

Well said.
Jerry Cox

Thanks to Quena!!!

Jerry, Roger and I are about to be panelist to encourage legislators from other states to take up this bill. Please say a prayer that this falls on open ears and hearts.

Now on to the next battle!!

Dr. Roger Hiatt

Emphasized "Thanks to Quena!!!

Jerry, Roger and I are about

 

Text Message







AT&T Wi-Fi       2:23 PM       33%

< 101

12 People >

Emphasized "Thanks to Quena!!!

Jerry, Roger and I are about to be panelist to encourage legislators from other states to take up this bill. Please say a prayer that this falls on open ears and hearts.

Now on to the next battle!! "

Jerry Cox



Jerry Cox

Dr. Melanie  Conway, MD

Will do.

Melanie Conway







**12 People** ›

Quena Gonzalez

Since the plaintiffs have raised suicidality as part of their argument in the court case, here is FRC's latest on gender transition and suicidality:

Tap to Load Preview

 frcblog.com                    ›

Dr. Roger Hiatt

**Thanks**

Thank you!

Sat. Jul 24. 11:15 AM

Text Message

# Safe Act

# Texts

Voltaire said, "I may not agree with what you have to say, but I will defend to the death your right to say it."

.ıll AT&T Wi-Fi 🛜   2:23 PM   🚗 ⓐ 33% 🔋

‹ 101      12 People ›   📹

Tap to Load Preview

westernjournal.com   ›

**Robin asked me to forward this to you.**
**Jerry Cox**

Dr. Roger Hiatt

**Ya, they won the battle, but we are going to win the war!**

Sat, Jul 24, 12:39 PM

Quena  Gonzalez

**ACLU Files Discrimination Suit Against XY Chromosome Pair**

    Text Message



12 People ›

 we are going to win the war!

Sat, Jul 24, 12:39 PM

Quena Gonzalez

ACLU Files Discrimination Suit Against XY Chromosome Pair

Tap to Load Preview

babylonbee.com ›

Dr. Roger Hiatt

Laughed at "ACLU Files Discrimination Suit Against XY Chromosome Pair"

Tue, Jul 27, 9:15 AM

  Text Message

◀ Messages ▁▂▃ 📶          2:24 PM          🚙 ⌚ 33% 🔋

 EcoChip                    Open

# ACLU Files Discrimination Suit Against XY Chromosome Pair

`Lifestyle`   `U.S.`

July 19th, 2016 · BabylonBee.com



| 73.5k Shares | **f** 18.7kSHARE | **🐦** 17.1kSHARE | **✉** SHARE |

RICHMOND, VA—Anthony D. Romero, Executive Director of the American Civil Liberties Union, announced Tuesday that they have filed a class action lawsuit against the XY chromosome pair on behalf of the nation's transgender, agender, bigender, genderqueer, pangender, third-gender,

AA        🔒 babylonbee.com        ↻

<        >          ↥    📖    🗐

Tue, Jul 27, 9:15 AM

Billy  Burleigh

I share the following as food for thought and consideration. At the root, I believe the following is what we are battling – LGBTQ is offering to satisfy some of these needs.

HUMANITY'S BASIC NEEDS

My God shall supply all your needs according to His riches in glory in Christ Jesus (Philippians 4:19)

Adam and Eve were created spiritually alive. The attributes they





**12 People** >

Fri, Jul 30, 1:48 PM

Billy  Burleigh

This is a very good  article, sharing insights into the trans ideologies.
Here is a snipping of the linked article.

"The Court examined the medical protocols applied to Keira Bell—protocols identical to the ones we have in the United States—and was horrified that a young girl had been allowed to consent to begin a process of eliminating her future fertility and sexual function at an age, 15, when she could not possibly have gauged that




Text Message



allowed to consent to begin a process of eliminating her future fertility and sexual function at an age, 15, when she could not possibly have gauged that loss.

Hailed as a "landmark case" by The Times of London, The Economist, and even The Guardian, Bell's victory was widely viewed as a serious condemnation of the effort to fast-track teen girls to gender transition. One of the appalling things the Court noted was that the national gender clinic had been unable to show any psychological improvement



.ıll AT&T Wi-Fi 📶     2:24 PM     🚗 @ 34% 🔋

< 101          📹

12 People >

Court noted was that the national gender clinic had been unable to show any psychological improvement in the adolescents it had treated with transitioning hormones."

Tap to Load Preview

BB    imprimis.hillsdale.edu    >

Sat, Aug 21, 6:14 AM

Quena Gonzalez

Paul McHugh shut down the Johns Hopkins gender clinic in 1979. Gerry Bradley is a widely-respected constitutional

     Text Message

◀ Messages ⋅ 📶 🛜          2:25 PM          🛏 ◎ 34% 🔋⚡

# Gender Ideology Run Amok

June/July 2021 • Volume 50, Number 6/7 • Abigail Shrier

## Abigail Shrier
Author, *Irreversible Damage: The Transgender Craze Seducing Our Daughters*



**Abigail Shrier** is a journalist and author. She received her A.B. from Columbia College, where she was a Euretta J. Kellett Fellow; her B.Phil. from the University of Oxford; and her J.D. from Yale Law School, where she was a Coker Fellow. A member of the Board of Advisors of the Foundation Against Intolerance and Racism, she has written for numerous publications, including *City Journal*, *Newsweek*, RealClearPolitics, The Federalist, the *New York Post*, and *The Wall Street Journal*. She is the author of *Irreversible Damage: The Transgender*

  AT&T Wi-Fi  2:25 PM  34%

 101



12 People >

Sat, Aug 21, 6:14 AM

Quena Gonzalez

Paul McHugh shut down the Johns Hopkins gender clinic in 1979. Gerry Bradley is a widely-respected constitutional law scholar.

Tap to Load Preview

 QG   commentary.org   >

Sun, Nov 28, 10:10 AM

Jerry Cox

Tap to Load Preview

    Text Message