Exhibit 5

 AT&T Wi-Fi 🛜    2:40 PM    🚗 ◎ 46% 🔋

< 101        

Dr. Roger Hiatt ›

Wed, Apr 7, 12:00 PM

Thank-you and your colleagues for having the courage to stand up for the well-being of Arkansas' children. I firmly believe you are a "handmaid of the Lord."

Wed, Apr 7, 1:18 PM

Thank you!!!

Mon, May 17, 12:01 PM

Do you have a source describing the movement in California to compel physicians to provide transgender "affirming"


EXHIBIT
20
PENGAD 800-631-6989

     iMessage    

 AT&T Wi-Fi    2:40 PM    46%

< 101   DH

Dr. Roger Hiatt >

Do you have a source describing the movement in California to compel physicians to provide transgender "affirming" treatments if they provide similar care in the general population?

Mon, May 17, 1:10 PM

Let me ask Quena he may know

Thanks. Dr. Conway is doing a radio interview for Tony Perkins Washington Watch this afternoon and would like backup. Dr. Lewis sent one item that is helpful

    iMessage   

 AT&T Wi-Fi 🛜   **2:41 PM**   🚗 ⓐ 46% 🔋

 101      

Dr. Roger Hiatt ›

> They are awesome!!

> Sent her some notes to help with interviews

Thanks!

Wed, May 26, 5:37 PM

Hi, it's Dr. Roger Hiatt Jr. I'd very much like to talk to you for a few minutes when you have some time.

Sat, May 29, 6:47 AM

I affirm that HB1570 prohibits interventions that actually are in violation of at least the first seven of The ten points of the

    iMessage  

 AT&T Wi-Fi           2:41 PM           46%

< 101                    **DH**                    ▢

Dr. Roger Hiatt ›

Sat, May 29, 6:47 AM

I affirm that HB1570 prohibits interventions that actually are in violation of at least the first seven of The ten points of the Nuremberg Code. The ten points of the code were given in the section of the judges' verdict entitled "Permissible Medical Experiments":

   1   The voluntary consent of the human subject is absolutely essential.

   2   The experiment should be such as to yield fruitful results for the good of society, unprocurable by other methods or means of

    iMessage   

.ıl AT&T Wi-Fi 🛜          2:41 PM          🚘 ⓐ 46% 🔋

< 101          DH          📹

Dr. Roger Hiatt >

fruitful results for the good
of society, unprocurable by
other methods or means of
study, and not random and
unnecessary in nature.

3   The experiment
should be so designed and
based on the results of
animal experimentation
and a knowledge of the
natural history of the
disease or other problem
under study that the
anticipated results will
justify the performance of
the experiment.

4   The experiment
should be so conducted as
to avoid all unnecessary
physical and mental
suffering and injury.

5   No experiment

📷   Ⓐ   �External iMessage   〰️

 AT&T Wi-Fi 🛜          2:41 PM          🚗 ⊚ 46% ⚡

‹ 101           **DH**          

Dr. Roger Hiatt ›

suffering and injury.

5  No experiment
should be conducted
where there is an a priori
reason to believe that
death or disabling injury
will occur; except, perhaps,
in those experiments where
the experimental
physicians also serve as
subjects.

6  The degree of risk to
be taken should never
exceed that determined by
the humanitarian
importance of the problem
to be solved by the
experiment.

7  Proper preparations
should be made and
adequate facilities provided

           iMessage

 AT&T Wi-Fi 🛜          2:41 PM          🚗 ⦿ 47% 🔋



‹ 101                    DH                    📹

Dr. Roger Hiatt ›

7   Proper preparations should be made and adequate facilities provided to protect the experimental subject against even remote possibilities of injury, disability, or death.

8   The experiment should be conducted only by scientifically qualified persons. The highest degree of skill and care should be required through all stages of the experiment of those who conduct or engage in the experiment.

9   During the course of the experiment the human subject should be at liberty to bring the experiment to an end if he has reached

      iMessage     

 AT&T Wi-Fi 🛜          2:41 PM          🚗 @ 47% 🔋

 DH

Dr. Roger Hiatt >

subject should be at liberty to bring the experiment to an end if he has reached the physical or mental state where continuation of the experiment seems to him to be impossible.

10 During the course of the experiment the scientist in charge must be prepared to terminate the experiment at any stage, if he has probable cause to believe, in the exercise of the good faith, superior skill and careful judgment required of him that a continuation of the experiment is likely to result in injury, disability, or death to the experimental subject

iMessage

 AT&T Wi-Fi          2:41 PM               47%

‹ 101                    **DH**                    📹

Dr. Roger Hiatt ›

and careful judgment required of him that a continuation of the experiment is likely to result in injury, disability, or death to the experimental subject.

Sat, May 29, 7:59 AM

This is great, helpful to us and damning to the opposition!!
Wow

The Rare Sides of Twin Research: Nancy L Segal. Twin Res Hum Genet. 2019 Oct. Regarding John Money, PhD, father of transgenderism

     iMessage                

▪▪ıl AT&T Wi-Fi 📶    2:41 PM    🚗 ⓐ 47% 🔋

‹ 101    DH    🎥

Dr. Roger Hiatt ›

The Rare Sides of Twin Research: Nancy L Segal. Twin Res Hum Genet. 2019 Oct. Regarding John Money, PhD, father of transgenderism

"This article explores some rare sides of twin research. The focus of this article is the sad plight of the Dionne quintuplets, born in Canada in 1934. However, several other studies belong in this category, such as Dr Josef Mengele's horrifying twin research conducted at the Auschwitz concentration camp, Dr John Money's misguided attempt to turn

  iMessage



‹ 101

Dr. Roger Hiatt ›

quintuplets, born in Canada in 1934. However, several other studies belong in this category, such as Dr Josef Mengele's horrifying twin research conducted at the Auschwitz concentration camp, Dr John Money's misguided attempt to turn an accidentally castrated male twin into a female..."

Tue, Jul 13, 6:03 PM

Were you able to reach my wife?

Left a message



  iMessage 

.ıll AT&T Wi-Fi 🛜          2:41 PM          🚗 ⓔ 47% 🔋

‹ 101          **DH**          📹

Dr. Roger Hiatt ›



Tue, Jul 13, 10:36 PM

I spoke to my wife and she is thinking about it. I will let you know in the morning.

Melanie Conway cannot do. I think Zoom would be best for me, but let me make sure my wife is ok with that.

Makes sense let's talk in the morning

Ok

Thu, Jul 22, 9:19 AM



📷  🅰  iMessage  〰

 AT&T Wi-Fi

2:41 PM

47% 



Dr. Roger Hiatt >

Makes sense let's talk in the morning

Ok

Thu, Jul 22, 9:19 AM



Hello!

    iMessage   



Hello!

Hi! We got you

Love the tie

Better turn your phone down

Ok

Fri, Oct 15, 8:26 PM



**Psychiatrists Shift Stance on Gender Dysphoria,**

 AT&T Wi-Fi 🛜      2:41 PM      🚗 47% ⚡

< 101            

Dr. Roger Hiatt >

Fri, Oct 15, 8:26 PM



**Psychiatrists Shift Stance on Gender Dysphoria, Recommend Therapy**

medscape.com

Wed, Dec 22, 2:07 PM

Merry Christmas from Dr. Roger and Cary Hiatt! Cary and I celebrated 32 years. We started a Crumbl Cookies business with our

  iMessage 

 AT&T Wi-Fi 🛜    2:41 PM    🚗 🅐 47% 🔋



Dr. Roger Hiatt ›

Sun, Jan 16, 7:19 PM



BREAKING NEWS:

CANADA OFFICIALLY BANS LGBTQ+ CONVERSION THERAPY, MAKING IT A PUNISHABLE OFFENSE

24,220 likes

news.leaks BREAKING! Full article link



     iMessage    



.ıll AT&T Wi-Fi 🛜                2:42 PM                🚗 🅟 47% 🔋

‹ 101                              DH                            ▢

Dr. Roger Hiatt ›

**Thousands of churches raise alarm about scope of new Canadian 'conversion therapy' ban**

foxnews.com

> My limited understanding is that electric shock therapy died years ago.

> I think this was a farce to limit speech

That's right. Canada is just a bit ahead of us on the road to totalitarianism. Breathtaking:(

Thu, Jan 27, 2:24 PM

   iMessage 

  

< 101   DH   Dr. Roger Hiatt >

Thu, Jan 27, 2:24 PM



**NCAA, leaders are deliberately turning a blind eye to injustices in women's sports**

foxnews.com

Fri, Jan 28, 4:04 PM



iMessage

  

 AT&T Wi-Fi 🛜    2:42 PM    🚗 ⓐ 47% 🔋

< 101     Dr. Roger Hiatt >    

Fri, Jan 28, 4:04 PM



**Florida father sues school after daughter's suicide attempts, says gender counseling hidden from parents**

foxnews.com

And so it begins...

Time for parents to fight back!

Read 1/28/22

  iMessage

HB1570
3rd Reading
Lundstrum
TO CREATE THE ARKANSAS SAVE ADOLESCENTS FROM EXPERIMENTATION (SAFE) ACT.
Yea - 70
Nay - 22
Present - 0
N ALLEN
Y BARKER
Y BEATY
Y BECK
Y BENTLEY
Y BERRY, M.
Y BERRY, S.
Y BOYD
Y BRAGG
Y BREAUX
Y BROOKS
Y BROWN
Y BRYANT
Y CARR
Y CAVENAUGH
CHRISTIANSEN
Y CLOUD
N CLOWNEY
Y COLEMAN
N COLLINS
Y COOPER
Y COZART
Y CRAWFORD
DALBY
Y DAVIS
Y DEFFENBAUGH
Y DOTSON
Y EAVES
N ENNETT
Y EUBANKS
Y EVANS
N FERGUSON, D.
N FERGUSON, K.
FIELDING
Y FITE, C.
Y FITE, L.
N FLOWERS
Y FORTNER
Y FURMAN
N GARNER
Y GAZAWAY
N GODFREY
Y GONZALES
Y GRAY
Y HAAK
N HAWKS
Y HILLMAN
N HODGES
Y HOLCOMB
Y HOLLOWELL
N HUDSON
Y JEAN
JETT
N JOHNSON
Y LADYMAN
N LOVE
Y LOWERY
Y LUNDSTRUM
Y LYNCH
Y MADDOX
N MAGIE
Y MAYBERRY
Y MCCLURE
Y MCCOLLUM
N MCCULLOUGH
Y MCELROY
Y MCGREW
Y MCKENZIE
Y MCNAIR
Y MEEKS
Y MILLER
Y MILLIGAN
MURDOCK
N NICKS
Y PAYTON
Y PENZO
N PERRY
Y PILKINGTON
Y RAY
N RICHARDSON
Y RICHMOND
Y RYE
N SCOTT
Y SLAPE
Y SMITH, B.
SMITH, S.
Y SPEAKS
N SPRINGER
Y TOLLETT
Y TOSH
Y UNDERWOOD
VAUGHT
Y WARDLAW
Y WARREN
Y WATSON
N WHITAKER
Y WING
Y WOMACK
Y WOOTEN
MR. SPEAKER 

