# Exhibit 6



# Arkansas State Legislature
## 93rd General Assembly - Regular Session, 2021

**This page shows information from a previous legislative session and is presented for archive purposes only.**

# HB1570 - TO CREATE THE ARKANSAS SAVE ADOLESCENTS FROM EXPERIMENTATION (SAFE) ACT.

| Bill Number: | HB1570 |
|---|---|
| Act Number: | 626 |
| Status: | House -- Notification that HB1570 is now Act 626 |
| Originating Chamber: | House |
| Lead Sponsor: | Lundstrum |
| Other Primary Sponsor: | A. Clark |
| CoSponsors: | Barker, Bentley, Brown, Bryant, Cavenaugh, Cloud, Coleman, C. Cooper, Cozart, Crawford, Dalby, Dotson, C. Fite, Furman, Gazaway, Gonzales, M. Gray, Haak, Hollowell, Ladyman, Lowery, Lynch, J. Mayberry, McGrew, McNair, S. Meeks, Miller, Payton, Penzo, Pilkington, Ray, Richmond, Slape, B. Smith, Speaks, Tollett, Tosh, Underwood, Vaught, Warren, Watson, Wing, Bragg, Hillman, Wooten, B. Ballinger, Beckham, Bledsoe, B. Davis, J. English, Gilmore, K. Hammer, |

## Upcoming Events

**No upcoming events for this bill.**

| | Hill, Irvin, B. Johnson, M. Johnson, Rapert, Rice, G. Stubblefield, D. Wallace, D. Sullivan, Hester, T. Garner |
|---|---|
| Introduction Date: | 2/25/2021 1:01:16 PM |
| Act Date: | 4/6/2021 |

# Bill Status History

| House | 4/13/2021 1:14:46 PM | Notification that HB1570 is now Act 626 | |
|---|---|---|---|
| House | 4/6/2021 3:28:31 PM | Transmitted to the Governor's Office having overridden the Veto | |
| House | 4/6/2021 3:27:19 PM | RECEIVED FROM THE SENATE | |
| Senate | 4/6/2021 2:09:15 PM | Ordered immediately returned to the House as passed having overriden the Governor's Veto. | |
| Senate | 4/6/2021 2:09:00 PM | Override of the Governor's Veto of HB1570. The override of the Governor's Veto passed. | Senate Votes |
| Senate | 4/6/2021 2:08:45 PM | Motion for Immediate Consideration. Motion passed. | |
| Senate | 4/6/2021 2:08:30 PM | Motion to reconsider the passage of HB1570 notwithstanding the veto of the Governor. Motion passed. | |
| Senate | 4/6/2021 2:08:25 PM | Returned from the House having overriden the Governor's Veto. | |
| House | 4/6/2021 1:26:25 PM | Transmitted to the Senate | |
| House | 4/6/2021 1:26:20 PM | Override of Governor's Executive Veto passed | House Votes |
| House | 3/30/2021 8:44:29 AM | Correctly enrolled and ordered transmitted to the Governor's Office. | |

| House | 3/29/2021 6:16:54 PM | TO BE ENROLLED | |
| House | 3/29/2021 6:16:51 PM | Returned From the Senate as passed. | |
| Senate | 3/29/2021 4:38:35 PM | Returned to the House as passed. | |
| Senate | 3/29/2021 4:38:26 PM | Read the third time and passed. | Senate Votes |
| Senate | 3/22/2021 6:19:06 PM | Returned by the Committee, with the recommendation that it Do Pass | |
| Senate | 3/10/2021 4:22:01 PM | Read first time, rules suspended, read second time, referred to PUBLIC HEALTH, WELFARE AND LABOR COMMITTEE - SENATE | |
| Senate | 3/10/2021 4:21:48 PM | Received from the House. | |
| House | 3/10/2021 2:39:16 PM | Read the third time and passed and ordered transmitted to the Senate. | House Votes |
| House | 3/9/2021 7:07:42 PM | Returned by the Committee Do Pass | |
| House | 3/8/2021 12:43:02 PM | REPORTED CORRECTLY ENGROSSED | |
| House | 3/8/2021 8:36:21 AM | Amendment No. 2 read and adopted and the bill ordered engrossed. | |
| House | 3/8/2021 8:36:18 AM | Placed on second reading for the purpose of amendment. | |
| House | 3/2/2021 10:57:52 AM | REPORTED CORRECTLY ENGROSSED | |
| House | 3/2/2021 8:36:54 AM | Amendment No. 1 read and adopted and the bill ordered engrossed. | |
| House | 3/2/2021 8:36:51 AM | Placed on second reading for the purpose of amendment. | |
| House | 2/25/2021 5:24:36 PM | Read the first time, rules suspended, read the second time and referred to the Committee on PUBLIC HEALTH, WELFARE AND LABOR COMMITTEE- HOUSE | |
| House | 2/25/2021 1:01:24 PM | Filed | |

## Amendments

| House | H1 | Lundstrum | 3/1/2021 2:38:10 PM |
|-------|-----|-----------|---------------------|
| House | H2 | Lundstrum | 3/4/2021 2:19:29 PM |

View Previous Versions

## DFA Fiscal Impacts

| DFA1 | 3/15/2021 |
|------|-----------|