# Exhibit 8


**Called Together: Statesmen Academy Reunion & FPC Conference**



### CALLED TOGETHER STATESMEN AGENDA

Hilton Washington D.C. National Mall
480 L'Enfant Plaza SW
Washington, DC

### July 20-23, 2021

**Event Attire:** Business casual except for Wednesday evening when business attire is recommended. Casual attire is acceptable for off-site tours Wednesday & Thursday afternoon.

### Tuesday, July 20, 2021

| | | |
|---|---|---|
| 3:00 – 5:00 p.m. | **Registration** | Location: Hotel Lobby |
| 5:00 – 6:00 p.m. | **Welcome Reception** | Location: Solarium |
| 6:00 – 8:30 p.m. | **Buffet Dinner** | Location: L'Enfant Ballroom |
| 8:30 – 10:00 p.m. | **Dessert & Coffee Bar**, fellowship time | Location: Solarium |

### Wednesday, July 21, 2021

| | | |
|---|---|---|
| 7:15 – 8:00 a.m. | **Breakfast** | Location: L'Enfant Ballroom |
| 8:00 – 8:20 a.m. | **Worship** led by National Community Church | |
| 8:20 – 8:50 a.m. | **Devotions** presented by: Rep. John Moolenaar (MI-04) | |
| 9:00 – 10:00 a.m. | **Alumni Leadership Panel** | |

Panelists:
Rep. Susan Humphries, KS – Former Majority Caucus Chair
Sen. Mark Johnson, MN – Deputy Majority Leader
Sen. Dave Gallegos, NM – Former 4-term representative & newly elected senator

Moderator: Amanda Banks, Statesmen Academy Director

8655 Explorer Drive
Colorado Springs, CO 80920

P 866.655.4545

UNLEASHING CITIZENSHIP
FamilyPolicyFoundation.com


**Called Together: Statesmen Academy Reunion & FPC Conference**



## Wednesday, July 21 – continued

| | | |
|---|---|---|
| 10:00 – 10:15 a.m. | **Break** | |
| 10:15 - 11:45 a.m. | **Media Training 2.0** | Location: L'Enfant Ballroom |

Presented by: Autumn Stroup, Vice President, Strategy, Family Policy Alliance
Meridian Baldacci, Policy & Communication Specialist, Family Policy Alliance

| | | |
|---|---|---|
| 10:30 – 11:30 a.m. | **Statesmen Spouse Coffee** | Location: Mt. Vernon |
| 12:00 – 1:30 p.m. | **Working Lunch:** | Location: L'Enfant Ballroom |
| | **How FPCs & Statesmen Work Together to Achieve Mutual Goals** | |
| 1:45 – 4:15 p.m. | **Smithsonian Museum Tours** | |
| 5:00 p.m. | **Board bus and depart hotel** | Location: Hotel Valet |
| 5:15 – 5:30 p.m. | **Group photos** | Location: Capitol Hill |
| 6 – 7:30 p.m. | **Congressional Reception** | Location: Capitol Hill Club |

Remarks, invited Members of Congress
Coburn Statesman Award Presentation
Remarks, Q&A, Sen. James Lankford (R-Okla.)
Remarks, Q&A, Republican Leader Kevin McCarthy (CA-23)

## Thursday, July 22, 2021

| | | |
|---|---|---|
| 7:15 – 8:00 a.m. | **Breakfast** | Location: L'Enfant Ballroom |
| 7:35 – 7:55 a.m. | **Statesmen Academy Mentoring Program** | |

Presented by: Eric Turner, former Indiana House Speaker Pro Tempore

| | | |
|---|---|---|
| 8:00 – 8:20 a.m. | **Worship** led by National Community Church | |
| 8:20 – 8:50 a.m. | **Devotions** | |

Presented by: Nathan Winters,
Executive Director, Family Policy Alliance of Wyoming

8655 Explorer Drive
Colorado Springs, CO 80920

P 866.655.4545

UNLEASHING CITIZENSHIP
FamilyPolicyFoundation.com




**Called Together: Statesmen Academy Reunion & FPC Conference**

### Thursday, July 22 – continued

| | |
|---|---|
| 9:00 – 10:15 a.m. | **The New Conservative Movement: What it is & What it Means for You** |

Panelists:
Saurabh Sharma, President, The American Moment
Ryan Girdusky, author, "They're Not Listening: How the Elites Created the National Populist Revolution"
Rachel Bovard, Senior Director of Policy, Conservative Partnership Institute

Moderator: Rep. Jim Banks (IN-03), Statesmen Academy alumnus

| | |
|---|---|
| 10:15 – 10:30 a.m. | **Break** |
| 10:30 – 11:45 a.m. | **Gender Issues Policy Panel** |

Panelists:
Rep. Robin Lundstrum, Statemen Academy alumna & author of Arkansas S.A.F.E. Act and The Promise to Arkansas's Children
Jerry Cox, President, Family Council (Arkansas)
Norman Woods, Executive Director, Family Heritage Alliance (South Dakota)
Dr. Roger Hiatt, Jr., Medical Director, Residential Treatment Services, Perimeter Behavioral Health (West Memphis, Ark. & Jackson, Tenn.)

Moderator: Autumn Stroup, Vice President of Strategy, Family Policy Alliance

| | |
|---|---|
| 12 – 1:15 p.m. | **Lunch** |
| | **"Prudence in Imprudent Times"** Presented by: Dr. Matthew Spalding, Vice President & Dean of the Van Andel School of Government, Hillsdale College |
| 1:30 p.m. | **Depart hotel** for Museum of the Bible, 400 4th St. SW |
| | *Uber, taxi or walk* |
| 1:45 – 4:15 p.m.* | **Museum of the Bible Tour**       Location: 400 4th St. SW |
| | *Those not doing individual media training are welcome to stay until 5 p.m.* |
| 4:30 - 6:00 p.m. | **Optional Individual Media Training**       Location: NoMa, Dupont, Potomoc |

8655 Explorer Drive
Colorado Springs, CO 80920

P 866.655.4545

UNLEASHING CITIZENSHIP
FamilyPolicyFoundation.com

 **Called Together: Statesmen Academy Reunion & FPC Conference**



| | | |
|---|---|---|
| 6 p.m. | **Dinner on Your Own** *Optional walking, scooter, bus and trolley tours on your own to follow* | |

### Friday, July 23, 2021

7:15 – 8:00 a.m.  **Breakfast**  Location: L'Enfant Ballroom

8:00 – 8:30 a.m.  **Devotions**
Presented by: Os Guinness, author and social critic

8:30 – 8:50 a.m.  **Worship** led by National Community Church

9:00 – 9:30 a.m.  **"Wisdom and Cultural Challenges about Human Flourishing"**
Presented by: Jennifer Patterson, Director, Institute for Theology and Public Life, Reformed Theological Seminary

9:30 – 10:00 a.m.  **"Rules of Engagement: Addressing the Administration—an Insiders' Perspective"**  A discussion with Roger Severino, senior fellow, Ethics and Public Policy Center and former Director of the Office for Civil Rights, U.S. Department of Health and Human Services; and Nicole Hudgens, government affairs, Family Policy Alliance and former Deputy Director of the Center for Faith and Opportunity Initiatives, U.S. Department of Labor

10:00 – 10:30 a.m.  Break, Check out of hotel

10:30 – 12:00 p.m.  **Closing Session: "Reflect and Look Forward"**
Facilitated by: Amanda Banks, Statesmen Academy Director

12:00 p.m.  Boxed lunched available  Location: Archives Foyer