# Exhibit 9

Called Together 2021



## Called Together Speaker Information

**The New Conservative Movement Panel**

- ❖ **Rachel Bovard**, Senior Director of Policy, Conservative Partnership Institute
    - Website: https://www.cpi.org/
    - Biography: https://www.cpi.org/staff/rachel-bovard
    - Email: rbovard@cpi.org
    - Twitter: https://twitter.com/rachelbovard
    - Weekly column sign-up: https://rachelbovard.substack.com/p/coming-soon
    - Book: Conservative: Knowing What to Keep

- ❖ **Saurabh Sharma**, President & Co-Founder, The American Moment
    - Website: https://www.americanmoment.org/
    - Biography: https://www.americanmoment.org/team/
    - Email: saurabh@theamericanmoment.org
    - Twitter: https://twitter.com/ssharmaUS
    - Podcast: https://www.americanmoment.org/category/podcast/

- ❖ **Ryan Girdusky**, Author
    - Website: https://1776projectpac.com
    - Biography: https://ryangirdusky.com/about-me/
    - Email: rgirdusky@gmail.com
    - Twitter: https://twitter.com/ryangirdusky
    - Book: They're Not Listening: How the Elites Created the National Populist Revolution"

**Gender Issues Policy Panel**

- ❖ **Rep. Robin Lundstrum**, author of Arkansas S.A.F.E. Act
    - Email: Robin@Lundstrum.us
- ❖ **Jerry Cox,** President, Family Council (Arkansas)
    - Email: Jerry@familycouncil.org
- ❖ **Norman Woods,** Executive Director, Family Heritage Alliance (South Dakota)
    - Email: Norman@familyheritagealliance.org
- ❖ **Dr. Roger Hiatt, Jr.,** Medical Director, Residential Treatment Services, Perimeter Behavioral Health (West Memphis, Ark., & Jackson, Tenn.)
    - Email: RHiatt2310@gmail.com

8675 Explorer Drive, Suite 112
Colorado Springs, CO 80920

P 866.655.4545

UNLEASHING CITIZENSHIP
FamilyPolicyAlliance.com

Called Together 2021



**Prudence in Imprudent Times**

- ❖ **Dr. Matthew Spalding**, Vice President & Dean of the Van Andel School of Government, Hillsdale College
    - o Website: The Hillsdale 1776 Curriculum
    - o Biography: https://www.hillsdale.edu/staff/matthew-spalding/
    - o Email: mspalding@hillsdale.edu
    - o Book: We Still Hold These Truths: Rediscovering Our Principles, Reclaiming Our Future

**Friday Devotions**

- ❖ **Os Guinness,** Author
    - o Website: http://www.osguinness.com
    - o Biography: http://www.osguinness.com/about-os-guinness/
    - o Books (there are more than 30) http://www.osguinness.com/books/

**Wisdom and Cultural Challenges About Human Flourishing**

- ❖ **Jennifer Patterson,** Director, Institute for Theology and Public Life, Reformed Theological Seminary
    - o Website: https://www.heritage.org/staff/jennifer-marshall
    - o Biography: https://rts.edu/people/mrs-jennifer-patterson/
    - o Email: jpatterson@rts.edu

**Rules of Engagement: Addressing the Administration**

- ❖ **Roger Severino**, senior fellow, Ethics and Public Policy Center
    - o Website: https://eppc.org
    - o Biography: https://eppc.org/author/roger_severino/
    - o Email: rseverino@eppc.org

- ❖ **Nicole Hudgens**, government affairs, Family Policy Alliance
    - o Website: www.familypolicyalliance.com
    - o Biography: https://familypolicyalliance.com/about/team/nicole-hudgens/
    - o Email: Nicole.Hudgens@familypolicyalliance.com

8675 Explorer Drive, Suite 112
Colorado Springs, CO 80920

P 866.655.4545

UNLEASHING CITIZENSHIP
FamilyPolicyAlliance.com