# Exhibit 11

**From:** Quena Gonzalez <qdg@frc.org>
**Sent:** Wednesday, April 14, 2021 10:49 AM CDT
**To:** Robin Lundstrum <robin@lundstrum.us>
**Subject:** Dr. Lewis

Can you give me email addresses for Drs. Conway and Lewis? I have a question for them and for Dr. Hiatt about the line of attack the governor is taking on the SAFE Act.

--
Quena D. González
Director, State and Local Affairs
qdg@frc.org | @QuenaGonzalez | FRC.org/States

Family Research Council
801 G Street NW
Washington, DC 20001
Phone:
Fax:
@FRCdc | FRC.org

