# Exhibit 12

**From:** Robin Lundstrum <robin@lundstrum.us>
**Sent:** Tuesday, July 13, 2021 4:08 PM CDT
**To:** rhiatt2310@gmail.com <rhiatt2310@gmail.com>
**CC:** Autumn Stroup <autumn.stroup@familypolicyalliance.com>
**Subject:** Invitation to Arkansas medical expert

Dear Dr. Hiatt,

I hope you are well! I received a stellar recommendation of each of you from Robin, who shared with us about how critical your expertise and support has been to her and the state of Arkansas in seeing the successful passage of the Arkansas SAFE Act this year. What an example for the entire nation! We applaud all of you and your hard work and leadership.

My organization, Family Policy Alliance, is hosting a conference where we will have a "Gender Policy Issues" panel, and we've been searching high and low for a medical expert who could address some of the critical questions that arise when discussing state legislation like the Arkansas SAFE Act. We are hoping you might be interested and available to fill that critical slot on the panel! The panel will be the morning of Thursday, July 22nd. So, Family Policy Alliance would absolutely cover expenses for one of you (whomever is available and interested in this opportunity) to travel to Washington, D.C. on Wednesday the 21st, stay in the Hilton where our conference will be held, and then your return flight to your home on Thursday afternoon/evening. We will also cover all food while you are attending the conference as well.

For a bit more information on who FPA is, the conference and the audience…

Family Policy Alliance is a national alliance-building organization (we ally with your local Family Council led by Jerry Cox) that engages in the issues of life, family, sexuality, religious freedom, and more at the state and national levels. We train elected leaders to advance these policies, we work actively in elections to get them elected, and we advance public policy through our advocacy work and by mobilizing the grassroots.

Our conference next week is targeted at two primary audiences: (1) our network of state policymakers who are graduates of our premier training program, the Statesmen Academy (of which Robin is a stellar graduate!); and (2) our alliance of state-based family policy councils in about 40 states that advocate for these types of policies in their respective states. In other words, the audience will consist of key state leaders who we hope will be inspired to lead the effort to protect children from dangerous gender transition procedures in their respective states—and the audience considers what you all were able to accomplish in Arkansas as heroic and praiseworthy!

The "Gender Policy Panel" will consist of two leaders from the state family policy councils who will talk about the success or failure to pass a "save girls' sports" bill in their state, Robin to talk about the SAFE Act, and hopefully —you! We feel that these lessons from the states, as well as your medical expertise, will be critical and most valuable to the state leaders as they seek to advance these types of bills in their own states.

An example of one of the most frequent questions that arises when we debate bills like the SAFE Act is—what about children already taking puberty-blockers or cross-sex hormones? Can you just cut them off "cold-turkey" or do they need a "weaning off" period?

I realize this is probably landing upon you last-minute, but we'd love to hear from you your thoughts on this and whether you think this is something you could participate in!

Please respond to via email at your earliest convenience or feel free to call me directly on my cell at: 719-221-0913. Please note that if one of you is interested in and willing to participate in the panel slot next week but simply can't travel, we may be able to work in your appearance via Zoom, so please let me know that as well.

Thank you so much!

GA-MEMBERS-003862

-Autumn



AUTUMN STROUP, ESQ.  UNLEASHING CITIZENSHIP
Vice President, Strategy  FamilyPolicyAlliance.com



o 719.308.2784

8675 Explorer Drive, Suite 112, Colorado Springs, CO 80920

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, please notify the sender immediately that you have received this email and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking action in reliance on the contents of this information is strictly prohibited.