# Exhibit 13

From: Erin Hogan <erin@familycouncil.org>
Sent: Friday, April 09, 2021 10:56 AM CDT
To: Rep. Robin Lundstrum <robin@lundstrum.us>; Lundstrum, Robin <robin.lundstrum@arkansashouse.org>
CC: Jerry Cox <jerry@familycouncil.org>; Charisse Dean <charisse@familycouncil.org>; David Cox <david@familycouncil.org>
Subject: List of People on the Call

Rep. Lundstrum,

Here is the list you asked for of people who were on the call.

1. Dr. Anton Duke
2. Dr. Melanie Conway
3. Dr. Charles Lewis
4. Dr. Hiatt (█████████)
5. Dr. Greg Bledsoe
6. Tony Perkins (█████████)
7. Quena Gonzales (Family Research Council)
8. Jerry Cox (Family Council)
9. Charisse Dean (Family Council)
10. David Cox (Family Council)
11. Erin Hogan (Family Council)
12. Chip Gross (Family Council)
13. Vincent Wagner from AG's office (█████████)
14. Rep. Cindy Crawford
15. Rep. Karilyn Brown
16. Rep. Robin Lundstrum
17. Rep. John Carr
18. Rep. Charlene Fite (█████████)
19. Rep. Delia Haak (█████████)
20. Rep. Julie Mayberry
21. Rep. Deanne Vaught
22. Rep. Mary Bentley
23. Rep. Josh Bryant
24. Rep. Ken Bragg
25. Rep. Les Eaves
26. Rep. Cameron Cooper (█████████)
27. Rep. Rick McClure
28. Rep. Lee Johnson (█████████)
29. Rep. Johnny Rye (█████████)
30. Sen. Jason Rapert

Blessings,

Erin Hogan
Family Council
414 S. Pulaski, STE 2
Little Rock, AR 72201
█████████

GA-MEMBERS-001927

EXHIBIT 32