# Exhibit 14

**From:** Erin Brewer <brewerin@gmail.com>
**Sent:** Thursday, October 28, 2021 10:34 AM CDT
**To:** Robin Lundstrum <robin@lundstrum.us>
**CC:** Nicolas Reynolds <ntr@frc.org>; MELANIE CONWAY <melanieconway@sbcglobal.net>; Drake Moudy <drake.moudy@arkansasag.gov>; Jennifer Bauwens <jlb@frc.org>; bnetz95959@yahoo.com <bnetz95959@yahoo.com>; Joseph Backholm <jbackholm@frc.org>; Chrysta Johnson <clj@frc.org>
**Subject:** Re: Last check in: Legislative Summit on Protecting Children from Sterilization

Thank you for hosting this and for everyone participating!

On Thu, Oct 28, 2021 at 9:28 AM Robin Lundstrum <robin@lundstrum.us> wrote:
> All,
> Please friend me on Facebook! Such a privilege to listen to each of you and so thankful for you.
>
> Erin and Brenton you are amazing and I am so sorry for what you have been through!!!
>
> Dr. Haitt and Dr. Conway thank you again for standing up for the kids of Arkansas!!!
>
> So very very thankful for Family Research Council!!!
>
> Robin
>
>
> Robin Lundstrum
> [redacted]
>
>> On Oct 27, 2021, at 12:18 PM, Robin Lundstrum <robin@lundstrum.us> wrote:
>>
>> Got it, looking forward to seeing everyone!!
>> Robin
>>
>> Robin Lundstrum
>> [redacted]
>>
>>> On Oct 27, 2021, at 10:30 AM, Nicolas Reynolds <ntr@frc.org> wrote:
>>>
>>> Thank you all for being a part of our Legislative Summit on Protecting Children from Sterilization!
>>>
>>> Your willingness to participate today and tomorrow is very much appreciated. Just a few things to keep in mind:
>>>
>>> - Please join the Zoom meeting (via the link you used for the rehearsal) 10 minutes prior to 11am Eastern Time. This will allow us to do one final check on everyone's mics and cameras.
>>>
>>> In the case that any of you have last minute difficulties or any questions, feel free to reach me via call or text at [redacted]
>>>
>>> You will all join the program tomorrow via this link: [redacted]
>>>
>>> I have also attached our program outline for your review.
>>>
>>> Thank you, all -- we will see you tomorrow!
>>>
>>> --
>>>
>>> **Nicolas T. Reynolds**
>>>
>>> **Legislative Assistant**
>>>
>>> ntr@frc.org
>>>
>>> Phone: [redacted]
>>>
>>> Family Research Council

801 G Street NW

Washington, DC 20001

Fax: █████

frc.org

<Virtual SAFE Act Summit Outline.docx>