# Exhibit 15



# Virtual SAFE Act Summit
# October 28th, 2021

| | |
|---|---|
| 11:00 AM | Joseph welcomes viewers / gives brief overview of the event (5 minutes) |
| | Transitions to Tony's remarks (pre-recorded) |
| 11:05 AM | Tony's remarks (pre-recorded) (5 minutes) |
| | Joseph transitions to **first segment** – **personal testimonies** |
| 11:10 AM | Joseph interviews Erin Brewer (10 minutes) |
| | Joseph transitions to interviewing Brenton Netz |
| 11:20 AM | Joseph interviews Brenton Netz (10 minutes) |
| | Joseph transitions to **second segment** – **medical perspective** |
| 11:30 AM | Joseph interviews Dr. Hiatt and Dr. Conway (20 minutes) |
| 11:50 AM | Joseph takes Q&A for Doctors (10 minuets) |
| | Joseph transitions to interviewing Jennifer B. |
| 12:00 PM | Joseph interviews Jennifer B. (15 mins) |
| | Joseph transitions to **third segment** – **legislative response** |
| 12:15 PM | Joseph introduces & turns over to AG Rutledge (15 mins) |
| | Joseph thanks AG for tuning in and sharing / transitions to Rep. Lundstrum |
| 12:30 PM | Rep. Lundstrum – (15 mins) |
| | Joseph transitions to Q&A for Lundstrum |
| 12:45 PM | Q&A for Lundstrum (15 mins) |
| 1:00 PM | Joseph closes |



EXHIBIT 34