# Exhibit 16

Case 4:21-cv-00450-JM   Document 134-16   Filed 05/24/22   Page 2 of 3

| | |
|---|---|
| From: | Jerry Cox <jerry@familycouncil.org> |
| Sent: | Sat 3/13/2021 11:52 AM (GMT-06:00) |
| To: | rhiatt2310@gmail.com |
| Cc: | |
| Bcc: | |
| Subject: | FW: Rep Lundstrum Request |
| Attachments: | Rep Lundstrum Request.docx |

Sorry, Your old email automatically filled in on my previous email.

**From:** Jerry Cox [mailto:jerry@familycouncil.org]
**Sent:** Saturday, March 13, 2021 11:23 AM
**To:** 'rhiatt2310@sbcglobal.net' <rhiatt2310@sbcglobal.net>
**Cc:** 'Lundstrum, Robin' <robin.lundstrum@arkansashouse.org>; Robin Lundstrum (robin@lundstrum.us) <robin@lundstrum.us>
**Subject:** Rep Lundstrum Request

Roger,

Rep. Lundstrum asked me to reach out to you and ask you to address your letter to Governor Hutchinson and cc other lawmakers. I have attached more details regarding her request. Please let me know if you have any questions or thoughts

Thanks again for your help.

Jerry



BrandtPlaintiffs-00001699

Roger,

I spoke with Rep. Lundstrum this morning.  She is deeply grateful for your help.  She asked me to reach out to you and see if you can:
1. Address your letter to the governor
2. Cc other key lawmakers along with the House and Senate Public Health Committees.
3. Recommend any other professionals who could be persuasive by testifying in the committee or writing a letter to the governor and members of the committees.

Below is a guide for your letter that you may find helpful along with the Governor's address.

The Honorable Asa Hutchinson
Governor of Arkansas
500 Woodlane Street
State Capitol, Room 250
Little Rock, AR 72201

Dear Governor Hutchinson:

Note:  Make it clear in the beginning of your letter that you are in support of House Bill 1570.

cc:     Senator Jimmy Hickey
        Representative Matthew Shepherd
        Senator Cecile Bledsoe
        Representative Jack Ladyman
        Senate Public Health Labor and Welfare Committee
        House Public Health Labor and Welfare Committee

In your closing, please include your name, title/credentials, address, phone, and email.

BrandtPlaintiffs-00001700