# Exhibit 17

**From:** Robin Lundstrum <robin@lundstrum.us>
**Sent:** Tuesday, August 24, 2021 12:34 PM CDT
**To:** Bryant Richardson <brichardson@mspublications.com>
**Subject:** Re: SAFE ACT

https://www.youtube.com/watch?v=x3RJpBJQ25Y

I texted this to fellow members and was able to recruit co-sponsors quickly!

R

Robin Lundstrum

> On Aug 24, 2021, at 11:06 AM, Bryant Richardson <brichardson@mspublications.com> wrote:
>
> Thank you for this material. I am hoping to be the prime sponsor of a similar bill in the Delaware Senate next year.
>
> Stay blessed,
>
> Bryant
>
>> On Aug 24, 2021, at 11:09 AM, Robin Lundstrum <robin@lundstrum.us> wrote:
>>
>> <IMG_8360.jpg>
>>
>> <IMG_8362.jpg>
>>
>> <IMG_8363.jpg>
>>
>> <IMG_8364.jpg>
>>
>> <IMG_8365.jpg>
>>
>> <IMG_8366.jpg>
>>
>> <IMG_8367.jpg>

Robin Lundstrum

███████

GA-MEMBERS-003770