# Exhibit 18

**From:** Nicolas Reynolds <ntr@frc.org>
**Sent:** Thursday, July 22, 2021 2:55 PM CDT
**To:** Robin Lundstrum <robin@lundstrum.us>
**Subject:** Next Week

Wonderful job today! Just wanted to ask really fast    when were you planning on leaving Salt Lake next week? UT president of the senate Stuart Adams would love to meet us and you and talk about the SAFE act, though can't stay after dinner on Thursday.

Let me know what you think.

Thanks!

--
***Nicolas T. Reynolds***
**Legislative Assistant**
ntr@frc.org
Phone: ▮▮▮▮▮▮▮▮
Family Research Council
801 G Street NW
Washington, DC 20001
Fax: ▮▮▮▮▮▮▮▮
frc.org