# Exhibit 19

**From:** Robin Lundstrum <robin@lundstrum.us>
**Sent:** Friday, March 11, 2022 2:53 PM CST
**To:** Garrity, Marty <garritym@blr.arkansas.gov>
**Subject:** Search Word "Safe Act"

---

**From:** Quena Gonzalez <qdg@frc.org>
**Sent:** Wednesday, February 16, 2022 1:24 PM
**To:** Jennifer Bauwens <jlb@frc.org>; Robin Lundstrum <robin@lundstrum.us>
**Subject:** Mo. SAFE Act

Rep. Lundstrum,

I thought the news below would be of interest to you, both the growing number of sponsors and a death in Rep. Pollock's family.

-- Quena

---

**From:** Jennifer Bauwens <jlb@frc.org>
**Sent:** Wednesday, February 16, 2022 2:21 PM
**To:** Travis Weber <tsw@frc.org>; Quena Gonzalez <qdg@frc.org>
**Subject:** FW: Many thanks!

Co-sponsors are growing...

**Jennifer Bauwens, Ph.D.**
*Director of the Center for Family Studies*
Family Research Council
801 G Street NW
Washington, D.C. 20001
Office: ▮▮▮▮

---

**From:** Melissa Schmidt <Melissa.Schmidt@house.mo.gov>
**Sent:** Wednesday, February 16, 2022 2:17 PM
**To:** Jennifer Bauwens <jlb@frc.org>
**Subject:** RE: Many thanks!

Hello, we are so thankful that you were able to attend!
Representative Pollock has had a death in the family and is out until next week, we will know more then as to where we are in process for HOUSE BILL 2649.
We are at 21 co-sponsors at this point.

---

**From:** Jennifer Bauwens <jlb@frc.org>
**Sent:** Wednesday, February 16, 2022 1:15 PM
**To:** Melissa Schmidt <Melissa.Schmidt@house.mo.gov>
**Subject:** Many thanks!

Hi Melissa,

I wanted to thank you and Representative Pollock for your hospitality last week. It was an honor to be present while Representative Pollock filed the bill to protect children. Please let me know if there's anything I can do to support your efforts.

All the best,
Jennifer

**Jennifer Bauwens, Ph.D.**
*Director of the Center for Family Studies*
Family Research Council
801 G Street NW
Washington, D.C. 20001
Office: ▮▮▮▮