# Exhibit 20

**From:** Robin Lundstrum <robin@lundstrum.us>
**Sent:** Monday, April 19, 2021 2:12 PM CDT
**To:** Gary Click <Rep88@ohiohouse.gov>
**Subject:** HB1570
**Attachment(s):** "HB1570.pdf"

https://www.arkleg.state.ar.us/Bills/FTPDocument?path=%2FBills%2F2021R%2FPublic%2FHB1570.pdf


Robin Lundstrum
███████████