# Exhibit 21

**From:** Rep88@ohiohouse.gov <Rep88@ohiohouse.gov>
**Sent:** Friday, April 16, 2021 3:03 PM CDT
**To:** Lundstrum, Robin <robin.lundstrum@arkansashouse.org>
**Subject:** Meeting Request w/ Rep. Lundstrum

Good afternoon,

I am reaching out on behalf of Ohio State Representative Gary Click. He would like to request a meeting with Representative Lundstrum regarding the SAFE Act. Representative Click has interest in similar legislation. I have provided Rep. Click's webpage. If Rep. Lundstrum would be willing, Representative Click would appreciate the opportunity to have a Zoom meeting in the future. If a meeting would be of interest please provide dates that may work for Representative Lundstrum and we will try to coordinate on our end.

https://ohiohouse.gov/members/gary-click

Best,

**George Christy**
*Legislative Aide to Representative Gary Click*
88th District