Exhibit 22

**From:** Gary.Click@ohiohouse.gov <Gary.Click@ohiohouse.gov>
**Sent:** Wednesday, October 20, 2021 11:07 AM CDT
**To:** Lundstrum, Robin <robin.lundstrum@arkansashouse.org>
**Subject:** SAFE Act

https://ohiohouse.gov/legislation/134/hb454

GA-MEMBERS-003597