Exhibit 23

**From:** Lundstrum, Robin on behalf of Lundstrum, Robin <robin.lundstrum@arkansashouse.org>
**Sent:** Friday, April 16, 2021 3:35 PM CDT
**To:** Gregg Hough <gregghough2020@gmail.com>
**Subject:** Re: Safe Act

Gregg,

I glad to help anyway I can anyway I can, please give me a shout! My cell is ▮▮▮▮▮ and my personal email is ▮▮▮▮▮

Robin

State Representative Robin Lundstrum
District 87

> On Apr 16, 2021, at 10:02 AM, Gregg Hough <gregghough2020@gmail.com> wrote:
>
> Greetings Rep lundstrum,
>
> I am writing in hopes of having a conversation with you about the Safe Act. I am a Representative in NH and would like to introduce similar legislation. Let me know when you might be available. Thank you
>
> Regards,
>
> Gregg Hough
> Labor, Industrial, and Rehabilitation services Committee.
> NH State Representative
> District 3 Belknap County,
> Laconia, New Hampshire.