# Exhibit 24

**From:** Rex P. Shipp <rshipp@le.utah.gov>
**Sent:** Tuesday, August 17, 2021 5:16 PM CDT
**To:** Lundstrum, Robin <robin.lundstrum@arkansashouse.org>
**Subject:** Transgender Information

Hi Robin,

I met you at the dinner at the ALEC conference where Walt Hyer spoke. I am running a transgender bill and I would be interested in getting a copy of your bill that passed and any info that would be helpful as I continue to work on it. Thank you so much!

**Representative Rex P Shipp**
Representative | Utah House of Representatives
C: ▇▇▇▇▇▇▇▇
E: rshipp@le.utah.gov