# Exhibit 25

**From:** Jake Torrie <jake.torrie@iga.in.gov>
**Sent:** Thursday, September 09, 2021 8:10 AM CDT
**To:** Lundstrum, Robin <robin.lundstrum@arkansashouse.org>
**Subject:** Legislative Inquiry

Dear Representative Lundstrum,

My name is Jake Torrie and I serve as Legislative Assistant to Indiana State Senator Jeff Raatz. I hope this email finds you well.

Senator Raatz asked me to reach out on the subject of conversion therapy/puberty-blocking drugs in minors. Specifically, he informed me that you had authored legislation in the Arkansas House to ban such practices for being prescribed to minors.

If possible, Senator Raatz was wondering if you would be able to provide a copy of said legislation for him to review. The senator is considering authoring similar legislation for the coming legislative session. Additionally, he would certainly be open to a virtual meeting to discuss the subject in greater depth.

Please let me know if you are able to share a copy of the aforementioned legislation, as well as if you would be open to a conversation with Senator Raatz in the coming months. Thank you kindly for your assistance on this important issue. We look forward to hearing back from you soon.

Best,

**Jake T. Torrie**
Indiana Senate | Legislative Assistant
Senator Jeff Raatz | Chair, Education and Career Development
Senator Dennis Kruse
Direct: