# Exhibit 26

**From:** Joyanna Huang <yannajoy5@gmail.com>
**Sent:** Monday, September 27, 2021 7:21 AM CDT
**To:** Lundstrum, Robin <robin.lundstrum@arkansashouse.org>
**Subject:** Information concerning sex change treatments for minors

Representative Lundstrum,

I am Joyanna Huang and I am an intern for Iowa state representative, Sandy Salmon. I am gathering information for one of her bills, HF 193, which would prohibit minors in our state, from sex change surgeries.
I know you lead the successful SAFE Act bill in Arkansas, so I was wondering if you could please help me out. I am looking for any examples/information that covers what I am looking for, below.

• Examples of minors who have had sex change treatments and its negative effects on them.

• Stories of what has happened to them that you don't hear about from the mainstream media.

I know that you are incredibly busy, so if it would be more convenient for you to just direct me to some resources that is at all concerning the information above, I understand.

Thank you for setting a wonderful example for other states who are working to pass legislation similar to the SAFE Act!

Blessings!
- Joyanna Huang