# Exhibit 27

From: Autumn Stroup <autumn.stroup@familypolicyalliance.com>
Sent: Saturday, July 17, 2021 7:40 PM CDT
To: Dr Roger Hiatt <rhiatt2310@gmail.com>; Robin Lundstrum <robin@lundstrum.us>; Jerry Cox <jerry@familycouncil.org>; Norman Woods <norman@familyheritagealliance.org>
CC: Erin Hogan <erin@familycouncil.org>; Meridian Baldacci <Meridian.Baldacci@familypolicyalliance.com>; Amanda Banks <Amanda.Banks@familypolicyfoundation.com>
Subject: OUTLINE FOR GENDER PANEL next week
Attachment(s): "Gender Issues Policy Panel - Outline.docx"

Dear Panelists,

Attached please find the outline I promised for the Gender Policy Issues panel next week. Please take a look and let me
know if there are any problems with your section or changes you need made. I've color-coded the outline so that questions
to you match your color so that you can find them more easily in scanning the document.

I am so looking forward to this next week! I think it's going to be the BEST session of all (though I may be biased!), and I
truly believe that the audiences will gain much from your experiences and expertise.

So, thank you again for giving of your time and for sharing your experiences with the state legislators and state family policy
councils in attendance.

Final note: Even though we have 1 hour (plus 15 minutes for Q&A), there is a LOT to cover. So, I ask that you keep your
answers as tight as possible. If the audience needs to know more, they will have time to ask during the Q&A, or I can ask
you follow-ups to your answer if I think they are missing something critical or you may have forgotten something.

Thank you again! I am praying for each of you—that next week will be enjoyable, for safe travel, and for blessings over you
all.

-Autumn

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended
recipient, please notify the sender immediately that you have received this email and delete this email from your system. If you are not the intended recipient, you are notified that
disclosing, copying, distributing or taking action in reliance on the contents of this information is strictly prohibited.

GA-MEMBERS-003817

GENDER ISSUES POLICY PANEL – July 22, 2021



**KEY**
<span style="color:red">Norman Woods</span>
<span style="color:green">Jerry Cox</span>
<span style="color:blue">Robin Lundstrum</span>
<span style="color:purple">Roger Hiatt</span>

*What we're looking for in your response is text in italics*

INTRODUCTION – Moderator, Autumn Stroup

1. **Overview of both topics & "state of play" for both**
    a. Huge success & pushback on the LGBT agenda from the states
    b. Federal impact with Biden Administration & Equality Act
2. **Gratitude**
    a. Thanks to lawmakers and FPCs who made the progress possible
    b. Thanks to national allies who contributed their resources and talents to take on these issues:
        i. The Heritage Foundation
        ii. Christian Medical and Dental Association
        iii. Alliance Defending Freedom
        iv. Concerned Women for America
        v. Family Research Council
        vi. Focus on the Family
        vii. American Principles Project
        viii. American College of Pediatricians
        ix. Ethics & Public Policy Center
3. **Introduction of Panelists**
    a. Norman Woods, Executive Director, Family Heritage Alliance of South Dakota
    b. Jerry Cox, Founder & President, Family Council of Arkansas
    c. Representative Robin Lundstrum, representative of District 87 since 2015
    d. Dr. Roger Hiatt, Medical Director, Residential Treatment Services, Perimeter Behavioral Health, West Memphis (AR) and Jackson (TN)

GIRLS SPORTS

GENDER ISSUES POLICY PANEL – July 22, 2021



1. **Huge success for girls' sports in 2021**
    a. 1 state last year with 38 states running legislation & 7 (maybe 8 with Texas!) signing it into law
    b. AP admits girls' sports legislation stopped the Equality Act in the Senate
2. **Success story:  Arkansas**
    a. To Jerry: What were the key elements you knew would be essential to a good girls' sports bill?
    b. To Jerry: How do you recommend preparing your sponsors and hearing witnesses?
    *Every sponsor gets a 3-ring binder to make them the most knowledgeable on the issue; preparation and hospitality for witnesses, especially those from out-of-state so they understand the culture and "state of play"; preparing all to understand the high tensions on these bills & need for security*
    c. To Jerry: I understand there were some competing bills in Arkansas for awhile. Tell us the short story of what happened and your advice to preventing or managing this for other states.
3. **Dramatic Story:  South Dakota**
    a. To Norman: Things in SD started and ended with a lot of drama. This was your 5th time trying a girls' sports bill in SD, and you didn't expect it to clear the more moderate Senate. Tell us what happened the last week of session that gave you hope.
    *Bill dying in committee; Senators force it to floor; expected to die; Gov. Noem tweet on Women's Day (confirmed she verbally committed to the tweet)*
    b. To Norman: But then things took a more negative dramatic turn when Gov. Noem sat on the bill a few days. What happened with the Governor's office?
    *Gov's staff told Norman about changes to bill, which Norman explained were not welcome or helpful; things go silent; Gov. Noem announces style & form veto*
    c. To Norman: Ok, what is a style & form veto and was Gov. Noem right to do that?
    *Explain style & form; this was a misuse; Legislature strongly rejected the veto*
    d. To Norman: How did you push back on Gov. Noem as this played out &



       how was that received?
*Share about your on-the-ground work, possibly thank national orgs who rallied around you; Gov. Noem announcing her own "window dressing" coalition; share about Lt. Gov's call to your Board if you like*

4. **The Practical stuff**
   a. You both had a very clear strategy in getting bill sponsors and cosponsors. Tell us about that.
      i. Jerry *(strong female sponsors who will champion the legislation, including when groups attempt to weaken it; goal to get every female GOP on the bill)*
      ii. Norman *(first time in 5 tries to have female sponsors; goal to get as many GOP women as possible; female witnesses to female-sponsored legislation)*
5. **The questions we all want answered:**
   a. To Jerry: Why did Gov. Hutchinson sign girls' sports and reject the SAFE Act, the bill banning gender transition procedures on minors?
   b. To Norman: Why did Gov. Noem flip-flop so dramatically on this issue?
   *Please share whatever you're comfortable with, but please do mention that she had killed the minor gender transition bill in South Dakota behind-the-scenes last year. She is not with us on these issues.*
   c. To Jerry: How did Gov. Noem's behavior affect you all in Arkansas?
   *Concern that if a perceived strong Governor like Noem was scared, Arkansas should be, etc.*
   d. To Norman: What was the biggest win in all of this?
   *Gov. Noem is exposed, loss of national stage & key support; now other GOP leaders and presidential hopefuls know that these are issues you can't mess up on*

MINOR GENDER TRANSITION

1. **First-in-the-nation bill!**
   a. To Robin: You led a groundbreaking and challenging bill, seeing it overcome a veto and become the first of its kind in the nation. What inspired you to do this?
   *GOP women in Arkansas; wanting to prevent it from coming to the state; shock at finding out it was already there; deep concern for these*



       *children*
- b. <span style="color:purple">To Roger:</span> What about you, Dr. Hiatt, why do you care so deeply about this issue as a medical professional who actually works with children experiencing distress about identifying with their biological sex on a regular basis?
*Every child Dr. Hiatt has treated with struggles with gender identity has a background of sexual abuse and/or comorbidities; NEVER seen a young person where gender dysphoria as been their only or even primary source of distress; has seen a growing number of his patients reject a gender identity when their psychopathology is under control; you can't actually change your sex—that is a lie*

2. **The practical stuff**
   a. <span style="color:blue">To Robin:</span> You also had a very successful strategy in how you gathered cosponsors for your bill. Tell us about that.
   *Secured cosponsors ahead of time; targeted cosponsors on committees the bill could go through and as many women as possible*
   b. <span style="color:blue">To Robin:</span> What were other key factors that made this a success story?
   *Team spirit in Arkansas; prayer team; "Talking is silver but silence is gold"; help of medical professionals; other legislators worked press with/through you; video*
   c. <span style="color:purple">To Roger:</span> One of the biggest problems legislators and family policy councils face when running bills like this is feeling like the weight of the medical community is against them—the AMA, American Academy of Pediatricians, and more.
   *A reminder to all that organized medicine is heavily skewed toward academics and not practitioners; they claim to speak for the entire membership, but there are many practitioners who do not agree with what's going on*

3. **The Tough Stuff**
   a. One of the questions that kept coming up over and over again, even reverberating nationally, was "what about the children who are already undergoing 'treatment' with puberty-blockers and/or cross-sex hormones"? How do you both respond to that?
      i. <span style="color:blue">Robin</span> *(We're not looking in the medicine cabinet; these drugs are already dangerous; once off drugs, suicide risk goes down, so this is critical to get children off of these medications; need care of a*

GENDER ISSUES POLICY PANEL – July 22, 2021 

> *physician to help them work off the drugs; be prepared to be blamed when a child identifying as transgender commits suicide—it WILL happen*
>    ii. Roger *(the legislation comes with a window of time for weaning off which may be helpful for cross-sex hormones and isn't necessary for puberty-blockers)*
>  b. To Robin: What do you wish you had communicated more clearly on during this process or what lesson could you share with others as they go into the next session, possibly running this bill?
>    *Made more clear that the legislation bans harmful gender transition procedures but other forms of treatment and help are all still available*
>  c. To Roger: Hearing about how politicized medicine is affecting children already struggling with mental health issues is obviously a very hard topic. You shared with me something even more disturbing that I had not heard about puberty blockers and how they are making the problem worse. Can you educate the audience on that?
>    *Puberty is one of the most powerful motivators for children to move away from a trans identity to a gender identity consistent with their biological sex. The use of puberty blockers itself is preventing them from acknowledging and experiencing the biological realities of their own bodies. Plus, when their peers are maturing and their bodies are frozen as 10-year-olds, this is bound to have its own healthcare effects*
>  d. To Robin: The final word here—was it worth it?

RESOURCES

1. **Promise to America's Children: Growing Movement & Platform**
   a. Platform with 10 key statements of agreement, promising to protect children's minds, bodies, and hearts—a positive rallying cry for what we stand FOR, not just against
      i. Both pieces of legislation today fit squarely within the Promise
      ii. Promise endorses other legislation as well
   b. 60 state & national organizations
      i. Led by Heritage, FPA, ADF
      ii. Includes nearly every FPC

8675 Explorer Drive, Suite 112
Colorado Springs, CO 80920

P 866.655.4545

UNLEASHING CITIZENSHIP
FamilyPolicyAlliance.com

GENDER ISSUES POLICY PANEL – July 22, 2021



         iii. Includes 32 state legislators
- c. Media takeoff and anger by the Left
- d. Adaptable by state
  - i. To Robin: Please share briefly what you did with the Promise in Arkansas
- e. Encouragement to join

2. **Help Not Harm model legislation**
   - a. Based on FPA original language from 2017/2018 cycle, updates in Rep. Lundstrum's SAFE Act, wise counsel from the experts at Christian Medical and Dental Association, and increased access to a civil cause of action and damages for child victims—including when they become adults
   - b. Brief walkthrough of sections
3. **Introduction of Meridian Baldacci (Autumn)**
4. **Help Not Harm Messaging Resources (Meridian)**
   - a. Campaign website
   - b. Messaging packet