# Exhibit B

| | |
|---|---|
| **From:** | Richardson, Daniel J. |
| **Sent:** | Thursday, May 19, 2022 2:28 PM |
| **To:** | Michael Cantrell |
| **Cc:** | Nicholas Bronni; Dylan Jacobs; Amanda Land; zzExt-LCOOPER; Simpson LaGoy, Duncan C. |
| **Subject:** | RE: Deposition of Dr. Rhys Branman |

Mike,

We sent our notice of deposition shortly after we completed the 30(b)(6) deposition for the Arkansas Medical Board and two weeks before the close of discovery.  And although we offered at that time to discuss dates that were most convenient, you did not take us up on that offer.  That said, we would be willing to discuss ways to accommodate Dr. Branman's schedule.  We would be willing to limit the deposition to three hours on the record and to meet with him at a time that is most convenient, including in the evenings or during the weekend.  We also already offered to stipulate to taking Dr. Branman's deposition after the close of discovery.

We are willing to meet and confer with you concerning this deposition to reach a reasonable compromise, but we are not going to withdraw our notice of deposition.

Best,
Dan

---

**From:** Michael Cantrell <michael.cantrell@arkansasag.gov>
**Sent:** Wednesday, May 18, 2022 5:56 PM
**To:** Richardson, Daniel J. <richardsond@sullcrom.com>; zzExt-LCOOPER <LCOOPER@aclu.org>; Simpson LaGoy, Duncan C. <SimpsonD@sullcrom.com>
**Cc:** Nicholas Bronni <nicholas.bronni@arkansasag.gov>; Dylan Jacobs <dylan.jacobs@arkansasag.gov>; Amanda Land <amanda.land@arkansasag.gov>
**Subject:** [EXTERNAL] RE: Deposition of Dr. Rhys Branman

Daniel,

We have contacted Dr. Branman.  But, as a surgeon, his schedule is understandably booked out several weeks in advance, and he has conflicts for next week.

Dr. Branman has been a Defendant throughout the entire eleven months of this litigation, and Plaintiffs could have sought to depose him during that time.  Given that discovery ends next week, there is not sufficient time to do that now.  Plaintiffs should withdraw the notice of deposition so we are not forced to file a motion to quash.  Please let me know.

Regards,

Mike


**Michael A. Cantrell**
Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
501.813.0857
Michael.Cantrell@ArkansasAG.gov | ArkansasAG.gov [arkansasag.gov]

---

**From:** Richardson, Daniel J. <richardsond@sullcrom.com>
**Sent:** Tuesday, May 17, 2022 5:52 PM
**To:** Michael Cantrell <michael.cantrell@arkansasag.gov>
**Cc:** zzExt-LCOOPER <LCOOPER@aclu.org>; Simpson LaGoy, Duncan C. <SimpsonD@sullcrom.com>
**Subject:** RE: Deposition of Dr. Rhys Branman

**EXTERNAL EMAIL**

Mike,

We wanted to follow up on our request for a deposition date for Dr. Rhys Branman.  Attached is a notice of deposition, we are willing to revise the date if there is a better one for the witness.

Best,
Alex

---

**From:** Richardson, Daniel J.
**Sent:** Friday, May 13, 2022 1:30 PM
**To:** Michael Cantrell <michael.cantrell@arkansasag.gov>
**Cc:** zzExt-LCOOPER <LCOOPER@aclu.org>; Simpson LaGoy, Duncan C. <SimpsonD@sullcrom.com>
**Subject:** Deposition of Dr. Rhys Branman

Mike,

Plaintiffs intend to depose Dr. Rhys Branman from the Arkansas Medical Board.  Would Dr. Branman be available on either Monday, May 23 or Tuesday, May 24 for the deposition?  We are willing to meet and confer about dates, including to potentially stipulate to taking his deposition after the close of fact discovery, if those dates do not work.

Thanks very much and have a nice weekend.

Best,
Dan

Daniel Richardson
Sullivan & Cromwell LLP | 1700 New York Avenue, N.W. |
   Suite 700 | Washington, D.C. 20006-5215
T: (202) 956-7024| F: (202) 956-7600
Richardsond@sullcrom.com | http://www.sullcrom.com
*Not admitted to the bar

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

---

**\*\*This is an external message from:** michael.cantrell@arkansasag.gov **\*\***