IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                                                 **PLAINTIFFS**

v.                             Case No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE, et al.,**                                                         **DEFENDANTS**

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE**, that, pursuant to Rule 83.5(f) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas, on the accompanying declaration, I, Jonathan J. Ossip, hereby move this Court for leave to withdraw as counsel for Plaintiffs in the above-captioned action. The remaining counsel of record will continue to represent Plaintiffs in this action.

Dated: June 1, 2022

                                                                   Respectfully submitted,

                                                                   */s/ Jonathan J. Ossip*
                                                                   Jonathan J. Ossip
                                                                   SULLIVAN & CROMWELL LLP
                                                                   125 Broad Street
                                                                   New York, New York  10004-2498
                                                                   Telephone:    (212) 558-4000
                                                                   Facsimile:     (212) 558-3588

                                                                   *Counsel for Plaintiffs*