**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DYLAN BRANDT, et al.,**  **PLAINTIFFS**

v.  Case No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE, et al.,**  **DEFENDANTS**

### DECLARATION OF JONATHAN J. OSSIP

I, Jonathan J. Ossip, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I have been admitted *pro hac vice* to practice before this Court and am an associate at Sullivan & Cromwell LLP, counsel to Plaintiffs in the above-captioned action.

2. As of June 7, 2022, I will no longer be affiliated with Sullivan & Cromwell LLP.

3. Remaining counsel of record will continue to represent Plaintiffs in this matter.

4. I have provided Plaintiffs, through their counsel, with copies of my Notice of Motion to Withdraw as Counsel and this declaration prior to their filing, and Plaintiffs have consented to my withdrawal. Copies of my Notice of Motion to Withdraw as Counsel and this declaration will also be served on all other parties to the above-captioned action via ECF.

Executed on June 1, 2022 in New York, New York.

/s/ *Jonathan J. Ossip*
Jonathan J. Ossip