# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                                                 **PLAINTIFFS**

**v.**                            **Case No. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE, et al.,**                                                              **DEFENDANTS**

### [PROPOSED] ORDER APPROVING WITHDRAWAL AS COUNSEL

This matter having come before the Court by the filing of a Motion to Withdraw as Counsel by Jonathan J. Ossip,

**IT IS HEREBY ORDERED** as follows:

1. Jonathan J. Ossip is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned action, and is fully discharged from any further representation or obligation in this case.

2. Remaining counsel of record will continue to represent Plaintiffs.

3. Jonathan J. Ossip (email: ossipj@sullcrom.com) is removed from the CM/ECF service list for this action.

SO ORDERED this ___ day of June 2022 by:

_____
The Honorable James M. Moody, Jr.
United States District Judge