**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

DYLAN BRANDT, *et al.*,

PLAINTIFFS,

v.                                    No. 4:21-CV-00450-JM

LESLIE RUTLEDGE, *et al.*,                                    DEFENDANTS.

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND
TO QUASH NOTICE OF DEPOSITION OF DEFENDANT DR. RHYS L. BRANMAN**

Defendants, through counsel, for their Motion for Leave to File a Reply to Plaintiffs'

Response to their Motion for a Protective Order, state:

1.      Plaintiffs filed this lawsuit over one year ago, on May 25, 2021. Defendant Dr.

Branman has been sued in his official capacity as a member of the Arkansas State Medical Board.

Plaintiffs have had more than ample time to depose Dr. Branman during the twice-extended

discovery period.

2.      The discovery deadline of May 26, 2022, has now passed. (Doc. 99).  That deadline

had been extended *twice* following the Court's issuance of the Final Scheduling Order on

September 30, 2021.  Plaintiffs notified Defendants for the first time of their intent to depose Dr.

Branman less than two weeks before the already extended discovery deadline.  Notice of less than

two weeks for a deposition, especially the deposition of a named defendant—not, for example, a

witness who emerged at the last minute—in no way constitutes "reasonable notice" under Fed. R.

Civ. P. 30(b).

3.      Dr. Branman operates an active medical practice and conducts, in the course of his

medical practice, surgeries that are scheduled months in advance, as is typical in surgical practices

of all types.  Due to his duty to perform long-scheduled surgeries as part of his practice, as well as

a previously scheduled personal medical procedure necessitating a minimum weeklong recovery period, Dr. Branman was unavailable not only on the two dates proposed by Plaintiffs, but the entire week of May 23, 2022.

4.      As stated previously in Defendants' motion for a protective order, Defendants notified Plaintiffs, in writing, of Dr. Branman's unavailability.  Plaintiffs refused to withdraw their Notice of Deposition to Dr. Branman for May 24, 2022, despite having been informed of Dr. Branman's unavailability.

5.      Defendants' reply is to clarify the inaccurate claims Plaintiffs' Response makes and further address the unreasonableness of the Notice of Deposition. Therefore, Defendants respectfully seek leave to file the reply and requests that the Court consider it with their motion.

6.      A copy of the reply is submitted with this Motion.

WHEREFORE, Defendants respectfully request that the Court grant their motion for leave to file a reply in support of their motion to quash and for a protective order.

Respectfully submitted,

LESLIE RUTLEDGE
Arkansas Attorney General

Dylan L. Jacobs
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2700
Email: dylan.jacobs@arkansasag.gov

Michael Cantrell
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2401
Email: michael.cantrell@arkansasag.gov

Amanda D. Land (2012135)
Assistant Attorney General
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2029
Fax: (501) 682-8118
amanda.land@arkansasag.gov

*Attorneys for Defendants*