IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
DYLAN BRANDT, et al.,                              :
                    Plaintiff,                     :
         v.                                        :
                                                   :   Case No. 4:21-CV-00450-JM
LESLIE RUTLEDGE, et al.,                           :
                    Defendant.                     :
                                                   :
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiffs' respectfully request leave to respond to the Legislators' *Response in Opposition* and file a Reply in Support of their Motion to Compel Production of Documents from Mary Bentley, Alan Clark, Robin Lundstrum, Marcus Richmond, and Jim Wooten (collectively, the "Legislators"). In support thereof, Plaintiffs state as follows:

1. On February 28, 2022, the Court granted Plaintiffs' Motion for Order to Show Cause and to Compel Production of Documents from the Legislators and ordered the Legislators to file a privilege log. (ECF 98.)

2. The Legislators privilege log includes 584 documents withheld from production purportedly pursuant to the legislative or deliberative process privilege. (ECF 123, Exhibit 1.)

3. On May 13, 2022, Plaintiffs filed a Motion to Compel Production of these 584 documents withheld pursuant to the legislative or deliberative process privilege. Plaintiffs contend that 227 of the documents were improperly withheld because they are not protected by the legislative privilege at all, and that the remaining documents should be produced because the factors considered by courts in assessing legislative privilege claims weigh in favor of disclosure. (ECF 123).

4. On May 18, 2022, the Legislators filed a Preliminary Response in Opposition to Motion to Compel (ECF 127), which Plaintiffs responded to on May 19, 2022 (ECF 129).

5. On May 27, 2022, the Legislators filed a Response in Opposition to Motion to Compel urging the Court to adopt an absolute legislative privilege over all document or testimonial evidence by state legislators. (ECF 138.)

6. Plaintiffs' reply is to clarify the scope of the legislative privilege as applied to document requests to state legislators and rebut outdated and inapplicable case law relied on by the Legislators in their Response. Therefore, Plaintiffs respectfully seek leave to file a reply and request that the Court consider it with their motion.

7. A copy of the Reply is attached hereto as Exhibit A, and submitted with this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant their

motion for leave to file a Reply in Support of their Motion to Compel Production of Documents from the Legislators.

Dated: June 3, 2022

*/s/ Leslie Cooper*
Leslie Cooper
Chase Strangio*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Telephone: (917) 345-1742
lcooper@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Beth Echols, Ark. Bar No. 2002203
Christopher Travis, Ark. Bar No. 97093
Drake Mann, Ark. Bar No. 87108
Gill Ragon Owen, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, AR 72201
Telephone: (501) 376-3800
echols@gill-law.com
travis@gill-law.com
mann@gill-law.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Breean Walas, Ark. Bar No. 2006077
Walas Law Firm, PLLC
P.O. Box 4591
Bozeman, MT 59772
Telephone: (501) 246-1067
breean@walaslawfirm.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Sarah Everett, Ark. Bar No. 2017249
Gary Sullivan, Ark. Bar No. 92051
Arkansas Civil Liberties Union Foundation, Inc.
904 W. 2nd Street
Little Rock, AR 72201
Telephone: (501) 374-2842
sarah@acluarkansas.org
*Attorneys for the Plaintiffs*

Garrard R. Beeney*
Alexander S. Holland*
Brandyn Rodgerson*

Laura Kabler Oswell*
Duncan C. Simpson LaGoy*
Sullivan & Cromwell LLP

Emily T. Armbruster*
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
beeneyg@sullcrom.com
hollanda@sullcrom.com
rodgersonb@sullcrom.com
armbrustere@sullcrom.com
*Attorneys for the Plaintiffs*

Daniel J. Richardson*
1700 New York Avenue NW
Suite 700
Washington, DC 20006
Telephone: 202-956-7500
richardsond@sullcrom.com
*Attorney for Plaintiffs*

1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 461-5600
oswell@sullcrom.com
simpsond@sullcrom.com
*Attorneys for the Plaintiffs*

*Admitted pro hac vice*