IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, ET AL**                                                                 **PLAINTIFFS**

V.                                      **4:21CV00450 JM**

**LESLIE RUTLEDGE, ET AL**                                                              **DEFENDANTS**

## ORDER

Pending is the Motion to Quash filed by Representative Robin Lundstrum, Plaintiff's Motion to Compel the Production of Documents, and Defendants' Motion to Quash the Deposition of Defendant Dr. Rhys Branman.

Defendants are directed to file a substantive response to Plaintiffs' Motion to Compel by Friday, June 17, 2022. The Court will not deny the Motion to Compel based upon a failure to meet and confer under the circumstances of this motion as Defendant suggests.

Within twenty days from the date of this Order, Dr. Branman is directed to sit for a deposition and Representative Robin Lundstrom is directed to sit for a deposition regarding her non-legislative activity.

Representative Lundstrom's Motion to Quash (ECF No. 119) is GRANTED IN PART and DENIED IN PART. Plaintiff's Motion to Compel (ECF No. 122) is taken under advisement pending Defendants' response. Defendant's Motion to Quash Dr. Branman's Deposition (ECF No. 130) is DENIED.

IT IS SO ORDERED this 9th day of June 2022.

_____
James M. Moody Jr.
United States District Judge