Case: 4:21-cv-00450-JM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 16 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

EMILY T. ARMBRUSTER
SULLIVAN & CROMWELL, LLP
125 BROAD STREET
NEW YORK NY 10004-2498

--------------------------------------------------

STATES DISTRICT COURT
CLERK'S OFFICE
ARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

RECEIVED
US DISTRICT COURT
[ILLEGIBLE]

2022 JUN 16 A 9: 35

neopost
05/26/2022
US POSTAGE

FIRST-CLASS MAIL
$00.53⁰



ZIP 72201
041L11248479

**UNDELIVERABLE**
Commercial Mail Receiving Agency

No Authorization to Receive
Mail for this Addressee

NIXIE     971   DE 1         0006/13/22
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 72201332999     *0155-07417-26-36

72201>3329
10004$2498 C001