# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                        **PLAINTIFFS**

**v.**                 **CASE NO. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE, et al.,**                                   **DEFENDANTS**

## STIPULATED MOTION TO AMEND THE SCHEDULING ORDER AND EXTEND THE MOTION DEADLINES

Plaintiffs, by and through undersigned counsel, hereby move the Court for entry of the Stipulation and Proposed Order, attached hereto as Exhibit A. Defendants have authorized Plaintiffs to state that they concur in this motion.

Dated: June 16, 2022

*/s/ Leslie Cooper*

| | |
|---|---|
| Leslie Cooper | Beth Echols, Ark. Bar No. 2002203 |
| Chase Strangio* | Christopher Travis, Ark. Bar No. 97093 |
| American Civil Liberties Union Foundation | Drake Mann, Ark. Bar No. 87108 |
| 125 Broad St. | Gill Ragon Owen, P.A. |
| New York, NY 10004 | 425 W. Capitol Avenue, Suite 3800 |
| Telephone: (917) 345-1742 | Little Rock, AR 72201 |
| lcooper@aclu.org | Telephone: (501) 376-3800 |
| cstrangio@aclu.org | echols@gill-law.com |
| *Attorneys for the Plaintiffs* | travis@gill-law.com |
| | mann@gill-law.com |
| | *On behalf of the Arkansas Civil Liberties Union Foundation, Inc.* |
| | *Attorneys for the Plaintiffs* |

| | |
|---|---|
| Breean Walas, Ark. Bar No. 2006077<br>Walas Law Firm, PLLC<br>P.O. Box 4591<br>Bozeman, MT 59772<br>Telephone:  (501) 246-1067<br>breean@walaslawfirm.com<br>*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*<br>*Attorneys for the Plaintiffs* | Sarah Everett, Ark. Bar No. 2017249<br>Gary Sullivan, Ark. Bar No. 92051<br>Arkansas Civil Liberties Union Foundation, Inc.<br>904 W. 2nd Street<br>Little Rock, AR 72201<br>Telephone:  (501) 374-2842<br>sarah@acluarkansas.org<br>gary@acluarkansas.org<br>*Attorneys for the Plaintiffs* |
| Garrard R. Beeney*<br>Jonathan J. Ossip*<br>Brandyn Rodgerson*<br>Emily T.L. Armbruster<br>Alexander S. Holland*<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone:  (212) 558-4000<br>beeneyg@sullcrom.com<br>ossipj@sullcrom.com<br>rodgersonb@sullcrom.com<br>armbrustere@sullcrom.com<br>hollanda@sullcrom.com<br>*Attorneys for the Plaintiffs* | Laura Kabler Oswell*<br>Duncan C. Simpson LaGoy*<br>Sullivan & Cromwell LLP<br>1870 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone:  (650) 461-5600<br>oswell@sullcrom.com<br>simpsond@sullcrom.com<br>*Attorneys for the Plaintiffs* |
| Daniel J. Richardson*<br>1700 New York Avenue NW<br>Suite 700<br>Washington, DC 20006<br>Telephone: 202-956-7500<br>richardsond@sullcrom.com<br>*Attorney for Plaintiffs* | *Admitted pro hac vice |