# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                                       **PLAINTIFFS**

**v.**                        **CASE NO. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE, et al.,**                                          **DEFENDANTS**

## STIPULATION AND PROPOSED ORDER

The parties, by and through their counsel, respectfully submit the following Stipulation:

WHEREAS, this Court granted the parties' Stipulation and Proposed Revised Scheduling Order on February 28, 2022, which set the deadline for all motions, with the exception of motions in limine, to be filed on or before June 17, 2022, motions in limine to be filed on or before June 28, 2022, responses thereto shall be filed seven days thereafter, and the trial for the week of October 17, 2022.

WHEREAS, on June 16, 2022 counsel to both parties conferred regarding outstanding motions. Plaintiffs requested additional time to file their motions because certain counsel are ill with COVID-19. The parties agreed to stipulate to a short extension of the deadline to file and respond to motions.

NOW, THEREFORE, the parties, by and through their counsel, hereby stipulate and agree to an extension for the deadline for all motions, with the

exception of motions in limine, to June 22, 2022, the deadline for any responses to these motions to July 15, 2022 the deadline for all motions in limine to July 20, 2022.

Dated:  June 16, 2022

/s/ Leslie Cooper
Leslie Cooper
Chase Strangio*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Telephone:  (917) 345-1742
lcooper@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Beth Echols, Ark. Bar No. 2002203
Christopher Travis, Ark. Bar No. 97093
Drake Mann, Ark. Bar No. 87108
Gill Ragon Owen, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, AR 72201
Telephone:  (501) 376-3800
echols@gill-law.com
travis@gill-law.com
mann@gill-law.com
*Attorneys for the Plaintiffs*

Breean Walas, Ark. Bar No. 2006077
Walas Law Firm, PLLC
P.O. Box 4591
Bozeman, MT 59772
Telephone:  (501) 246-1067
breean@walaslawfirm.com
*Attorneys for the Plaintiffs*

Sarah Everett, Ark. Bar No. 2017249
Gary Sullivan Ark Bar No. 92051
Arkansas Civil Liberties Union Foundation, Inc.
904 W. 2nd Street
Little Rock, AR 72201
Telephone:  (501) 374-2842
sarah@acluarkansas.org
*Attorneys for the Plaintiffs*

Garrard R. Beeney*
Brandyn Rodgerson*
Emily T.L. Armbruster*
Alexander S. Holland*
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
beeneyg@sullcrom.com

Laura Kabler Oswell*
Duncan C. Simpson LaGoy*
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 461-5600
oswell@sullcrom.com
simpsond@sullcrom.com
*Attorneys for the Plaintiffs*

rodgersonb@sullcrom.com
armbrustere@sullcrom.com
hollanda@sullcrom.com
*Attorneys for the Plaintiffs*


Daniel J. Richardson*
Sullivan & Cromwell LLP
1700 New York Avenue NW
Washington, DC 20006
Telephone: (202) 956-7500
richardsond@sullcrom.com
*Attorney for the Plaintiffs*

**Admitted pro hac vice*


/s/ Michal A. Cantrell
LESLIE RUTLEDGE
Arkansas Attorney General
NICHOLAS J. BRONNI (2016097)
Arkansas Solicitor General
MICHAEL A. CANTRELL (2012287)
Assistant Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-8090
michael.cantrell@arkansasag.gov
Counsel for Defendants

**IT IS SO ORDERED.**

_____
Hon. James M. Moody, Jr.
United States District Judge