IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - x
DYLAN BRANDT, et al.,                         :
                                              :
                Plaintiff,                    :
                                              :
        v.                                    :   Case No. 4:21-CV-00450-JM
                                              :
LESLIE RUTLEDGE, et al.,                      :
                                              :
                Defendant.                    :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - x
```

## MOTION TO EXCLUDE EXPERT TESTIMONY
## OF MARK D. REGNERUS

Pursuant to Federal Rule of Civil Procedure 7, Local Rule 7.2, and Federal Rule of Evidence 702, Plaintiffs hereby move to exclude the expert testimony of Mark R. Regnerus from trial. This *Motion* should be granted for the reasons detailed below, as supported by Plaintiffs' *Brief in Support*:

1. Prof. Regnerus is not qualified to opine of medical issues concerning the treatment of adolescents with gender dysphoria. *See Am. Auto. Ins. Co.* v. *Omega Flex, Inc.*, 783 F.3d 720, 724 (8th Cir. 2015).

2. Prof. Regnerus lacks the qualifications necessary to support his opinions on "ideological capture," and those opinions are also unsupported and unreliable. *See Pressley* v. *Lakewood Eng'g and Mfg, Co.*, 553 F.3d 638, 643 (8th Cir. 2009).

**WHEREFORE,** Plaintiffs respectfully request the Court grant the *Motion* and exclude Prof. Regnerus's testimony in its entirety.

Dated:  June 22, 2022

<div style="columns:2">

/s/ Leslie Cooper
Leslie Cooper
Chase Strangio*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Telephone:  (917) 345-1742
lcooper@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Beth Echols, Ark. Bar No. 2002203
Christopher Travis, Ark. Bar No. 97093
Drake Mann, Ark. Bar No. 87108
Gill Ragon Owen, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, AR 72201
Telephone:  (501) 376-3800
echols@gill-law.com
travis@gill-law.com
mann@gill-law.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Breean Walas, Ark. Bar No. 2006077
Walas Law Firm, PLLC
P.O. Box 4591
Bozeman, MT 59772
Telephone:  (501) 246-1067
breean@walaslawfirm.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Sarah Everett, Ark. Bar No. 2017249
Gary Sullivan, Ark. Bar No. 92051
Arkansas Civil Liberties Union Foundation, Inc.
904 W. 2nd Street
Little Rock, AR 72201
Telephone:  (501) 374-2842
sarah@acluarkansas.org
gary@acluarkansas.org
*Attorneys for the Plaintiffs*

Garrard R. Beeney*
Brandyn J. Rodgerson*
Emily T.L. Armbruster*
Alexander S. Holland*
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000

Laura Kabler Oswell*
Duncan C. Simpson LaGoy*
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 461-5600
oswell@sullcrom.com
simpsond@sullcrom.com

</div>

| | |
|---|---|
| beeneyg@sullcrom.com<br>rodgersonb@sullcrom.com<br>armbrustere@sullcrom.com<br>hollanda@sullcrom.com<br>*Attorneys for the Plaintiffs* | *Attorneys for the Plaintiffs* |
| Daniel J. Richardson*<br>1700 New York Avenue NW<br>Suite 700<br>Washington, DC 20006<br>Telephone: 202-956-7500<br>richardsond@sullcrom.com | |
| *Attorney for Plaintiffs* | **Admitted pro hac vice* |