## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                                              **PLAINTIFFS**

v.                               CASE NO. 4:21-CV-00450-JM

**LESLIE RUTLEDGE, et al.,**                                                           **DEFENDANTS**

### STATUS REPORT

Pursuant to paragraph five of the Amended Final Scheduling Order (ECF No. 99), the parties, by and through their counsel, respectfully submit the following Status Report:

1. The parties have not conducted a mediation and there is no mediation scheduled.

2. The parties do not believe there is a settlement prospect, and the parties do not believe a settlement conference before the Magistrate Judge would be effective.

3. The parties estimate that trial will last 10 days.

Dated: July 5, 2022

*/s/ Leslie Cooper*
Leslie Cooper
Chase Strangio*
American Civil Liberties Union
Foundation
125 Broad St.

Beth Echols, Ark. Bar No. 2002203
Christopher Travis, Ark. Bar No. 97093
Drake Mann, Ark. Bar No. 87108
Gill Ragon Owen, P.A.
425 W. Capitol Avenue, Suite 3800

| | |
|---|---|
| New York, NY 10004 | Little Rock, AR 72201 |
| Telephone: (917) 345-1742 | Telephone: (501) 376-3800 |
| lcooper@aclu.org | echols@gill-law.com |
| cstrangio@aclu.org | travis@gill-law.com |
| *Attorneys for the Plaintiffs* | mann@gill-law.com |
| | *Attorneys for the Plaintiffs* |
| | |
| Breean Walas, Ark. Bar No. 2006077 | Sarah Everett, Ark. Bar No. 2017249 |
| Walas Law Firm, PLLC | Gary Sullivan Ark Bar No. 92051 |
| P.O. Box 4591 | Arkansas Civil Liberties Union |
| Bozeman, MT 59772 | Foundation, Inc. |
| Telephone: (501) 246-1067 | 904 W. 2nd Street |
| breean@walaslawfirm.com | Little Rock, AR 72201 |
| *Attorneys for the Plaintiffs* | Telephone: (501) 374-2842 |
| | sarah@acluarkansas.org |
| | gary@acluarkansas.org |
| | *Attorneys for the Plaintiffs* |
| | |
| Garrard R. Beeney* | Laura Kabler Oswell* |
| Brandyn Rodgerson* | Duncan C. Simpson LaGoy* |
| Emily T.L. Armbruster* | Sullivan & Cromwell LLP |
| Alexander S. Holland* | 1870 Embarcadero Road |
| Sullivan & Cromwell LLP | Palo Alto, CA 94303 |
| 125 Broad Street | Telephone: (650) 461-5600 |
| New York, NY 10004 | oswell@sullcrom.com |
| Telephone: (212) 558-4000 | simpsond@sullcrom.com |
| beeneyg@sullcrom.com | *Attorneys for the Plaintiffs* |
| rodgersonb@sullcrom.com | |
| armbrustere@sullcrom.com | |
| hollanda@sullcrom.com | |
| *Attorneys for the Plaintiffs* | |

Daniel J. Richardson*
Sullivan & Cromwell LLP
1700 New York Avenue NW
Washington, DC 20006
Telephone: (202) 956-7500

richardsond@sullcrom.com
*Attorney for the Plaintiffs*

\**Admitted pro hac vice*


/s/ *Michal A. Cantrell*
LESLIE RUTLEDGE
Arkansas Attorney General
NICHOLAS J. BRONNI (2016097)
Arkansas Solicitor General
MICHAEL A. CANTRELL (2012287)
Assistant Solicitor General
AMANDA D. LAND (2012135)
Senior Assistant Attorney General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-8090
michael.cantrell@arkansasag.gov
Counsel for Defendants