# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

------------------------- x

DYLAN BRANDT, et al.,  :
       Plaintiff,

v.

LESLIE RUTLEDGE, et al.,
       Defendant.

Case No. 4:21-CV-00450-JM

------------------------- x

**TRIAL DEPOSITION DESIGNATIONS OF PLAINTIFFS**

**Amy Embry Deposition, May 10, 2022**

| Start Page: Line | End Page: Line |
| --- | --- |
| 42:7 | 44:9 |
| 45:7 | 50:16 |
| 51:14 | 54:23 |
| 58:19 | 66:9 |
| 71:6 | 83:23 |
| 92:14 | 102:14 |
| 107:2 | 116:24 |
| 119:2 | 122:24 |

Exhibit "A"

| | |
|:---:|:---:|
| 125:5 | 148:22 |
| 149:9 | 154:25 |
| 159:8 | 164:18 |
| 170:2 | 191:11 |
| 197:6 | 217:6 |
| 221:3 | 221:12 |
| 223:12 | 228:8 |
| 229:8 | 233:3 |
| 233:12 | 234:15 |
| 235:18 | 245:15 |

Dated:  June 24, 2022

*/s/ Leslie Cooper*
Leslie Cooper
Chase Strangio*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Telephone:  (917) 345-1742
lcooper@aclu.org

Beth Echols, Ark. Bar No. 2002203
Christopher Travis, Ark. Bar No. 97093
Drake Mann, Ark. Bar No. 87108
Gill Ragon Owen, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, AR 72201
Telephone:  (501) 376-3800
echols@gill-law.com

cstrangio@aclu.org
*Attorneys for the Plaintiffs*

travis@gill-law.com
mann@gill-law.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Breean Walas, Ark. Bar No. 2006077
Walas Law Firm, PLLC
P.O. Box 4591
Bozeman, MT 59772
Telephone: (501) 246-1067
breean@walaslawfirm.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Sarah Everett, Ark. Bar No. 2017249
Gary Sullivan, Ark. Bar No. 92051
Arkansas Civil Liberties Union Foundation, Inc.
904 W. 2nd Street
Little Rock, AR 72201
Telephone: (501) 374-2842
sarah@acluarkansas.org
*Attorneys for the Plaintiffs*

Garrard R. Beeney*
Alexander S. Holland*
Brandyn Rodgerson*
Emily T. Armbruster*
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
beeneyg@sullcrom.com
hollanda@sullcrom.com
rodgersonb@sullcrom.com
armbrustere@sullcrom.com
*Attorneys for the Plaintiffs*

Laura Kabler Oswell*
Duncan C. Simpson LaGoy*
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 461-5600
oswell@sullcrom.com
simpsond@sullcrom.com
*Attorneys for the Plaintiffs*

Daniel J. Richardson*
1700 New York Avenue NW
Suite 700
Washington, DC 20006
Telephone: 202-956-7500
richardsond@sullcrom.com
*Attorney for Plaintiffs*

*Admitted pro hac vice