IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT**, *et al.*,

                                                                                                                       **PLAINTIFFS**,

v.                        No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE**, *et al.*,                        **DEFENDANTS**.

### DEFENDANTS' DEPOSITION DESIGNATIONS

Defendants, through counsel, pursuant to Local Rule 26.2, submit the following Deposition Designations:

Amy Embry (Arkansas Medical Board 30(b)(6))

| Page Start | Line Start | Page End | Line End |
|---|---|---|---|
| 18 | 5 | 19 | 10 |
| 19 | 21 | 20 | 6 |
| 22 | 19 | 24 | 3 |
| 27 | 25 | 28 | 3 |
| 35 | 25 | 39 | 22 |
| 40 | 8 | 42 | 6 |
| 50 | 17 | 51 | 13 |
| 54 | 24 | 58 | 18 |
| 67 | 21 | 69 | 15 |
| 70 | 8 | 71 | 5 |
| 84 | 9 | 88 | 21 |

Exhibit "B"

| Page Start | Line Start | Page End | Line End |
|---|---|---|---|
| 89 | 6 | 92 | 13 |
| 116 | 25 | 118 | 25 |
| 122 | 25 | 125 | 4 |
| 148 | 23 | 148 | 25 |
| 158 | 17 | 159 | 7 |
| 194 | 19 | 196 | 6 |
| 222 | 9 | 223 | 11 |
| 228 | 21 | 229 | 5 |
| 234 | 16 | 235 | 17 |

Dated: July 1, 2022

Respectfully Submitted,

LESLIE RUTLEDGE
Arkansas Attorney General

Dylan L. Jacobs
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2700
Email: dylan.jacobs@arkansasag.gov

Michael Cantrell
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2401
Email: michael.cantrell@arkansasag.gov

Amanda D. Land (2012135)
Senior Assistant Attorney General
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2029
Fax: (501) 682-8118
amanda.land@arkansasag.gov

*Attorneys for Defendants*