IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                                         **PLAINTIFFS**

v.                                **Case No. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE, et al.,**                                          **DEFENDANTS**

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE**, that, pursuant to Rule 83.5(f) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas, on the accompanying declaration, I, Duncan C. Simpson LaGoy, hereby move this Court for leave to withdraw as counsel for Plaintiffs in the above-captioned action. The remaining counsel of record will continue to represent Plaintiffs in this action.

Dated: July 12, 2022

                                                                               Respectfully submitted,

                                                                               */s/ Duncan C. Simpson LaGoy*
                                                                               Duncan C. Simpson LaGoy*
                                                                               Sullivan & Cromwell LLP
                                                                               1870 Embarcadero Rd.
                                                                               Palo Alto, CA 94303
                                                                               Telephone: (650) 461-5600
                                                                               simpsond@sullcrom.com

                                                                               *Counsel for Plaintiffs*

                                                                               *\*Admitted pro hac vice*