**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DYLAN BRANDT, et al.,**                                                       **PLAINTIFFS**

**v.**                                         **Case No. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE, et al.,**                                              **DEFENDANTS**

**[PROPOSED] ORDER APPROVING WITHDRAWAL AS COUNSEL**

This matter having come before the Court by the filing of a Motion to Withdraw as Counsel by Duncan C. Simpson LaGoy,

**IT IS HEREBY ORDERED** as follows:

1.      Duncan C. Simpson LaGoy is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned action, and is fully discharged from any further representation or obligation in this case.

2.      Remaining counsel of record will continue to represent Plaintiffs.

3.      Duncan C. Simpson LaGoy (email: simpsond@sullcrom.com) is removed from the CM/ECF service list for this action.

SO ORDERED this ___ day of July 2022 by:


_____
The Honorable James M. Moody, Jr.
United States District Judge