**Appendix A: Response to Objections**

| Page Start | Line Start | Page End | Line End | Objection | Response |
|---|---|---|---|---|---|
| 42 | 7 | 44 | 9 | No objection. | N/A |
| 45 | 7 | 50 | 16 | Object to lines 45:7–50:16 as to relevance under Rules 401 and 402.<br><br>Object to lines 46:1–47:4, 48:10–50:16 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702. | Testimony provides foundation for relevant testimony.<br><br>Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>For 46:1–47:4, 48:10–50:16: Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony. |
| 51 | 14 | 54 | 23 | Object to lines 51:14–54:23 as to relevance under Rules 401 and 402.<br><br>Object to lines 51:24–52:24, 53:19–54:14 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702. | Testimony provides foundation for relevant testimony.<br><br>Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>For lines 51:24–52:24, 53:19–54:14: Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony. |

| Page Start | Line Start | Page End | Line End | Objection | Response |
|---|---|---|---|---|---|
| 58 | 19 | 66 | 9 | Object to lines 58:19–66:9 as to relevance under Rules 401 and 402.<br><br>Object to lines 58:22–59:3, 61:4–62:3, 62:13–63:19, 64:24–66:9 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702. | Testimony provides foundation for relevant testimony.<br><br>Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>For lines 58:22–59:3, 61:4–62:3, 62:13–63:19, 64:24–66:9: Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony. |
| 71 | 6 | 83 | 23 | Object to lines 71:6–83:23 as to relevance under Rules 401 and 402.<br><br>Object to lines 71:6–72:12, 77:9–23, 81:16–82:19, 83:3–83:23 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702. | Testimony provides foundation for relevant testimony.<br><br>Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>Testimony is relevant because it tends to make it more probable that Act 626 will cause harm.<br><br>For lines 71:6–72:12, 77:9–23, 81:16–82:19, 83:3–83:23: Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony. |

| Page Start | Line Start | Page End | Line End | Objection | Response |
|---|---|---|---|---|---|
| 92 | 14 | 102 | 14 | Object to lines 92:14–102:14 as to relevance under Rules 401 and 402.<br><br>Object to lines 92:14–102:14 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702. | Testimony provides foundation for relevant testimony.<br><br>Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>Testimony is relevant because it tends to make it more probable that Act 626 will cause harm.<br><br>Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony. |

| Page Start | Line Start | Page End | Line End | Objection | Response |
|---|---|---|---|---|---|
| 107 | 2 | 116 | 24 | Object to lines 107:2–116:24 as to relevance under Rules 401 and 402.<br><br>Object to lines 107:2–113:22, 115:16–22, 116:12–21 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702.<br><br>Object to lines 109:7–16, 113:15–22. 115:16–22, 116:12–21 due to calling for speculation under Rule 602. | Testimony provides foundation for relevant testimony.<br><br>Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>Testimony is relevant because it tends to make it less probable that Act 626 is narrowly tailored to a compelling government interest, substantially related to an important government interest, or rationally related to a legitimate government interest.<br><br>Testimony is relevant because it tends to make it more probable that Act 626 will cause harm.<br><br>For lines 107:2–113:22, 115:16–22, 116:12–21: Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony.<br><br>For lines 109:7–16, 113:15–22. 115:16–22, 116:12–21: Objection is waived as to all questions within the line designations for which an objection was not raised during the deposition. Testimony is within the scope of the Board's corporate knowledge and is not speculative. |

| Page Start | Line Start | Page End | Line End | Objection | Response |
|---|---|---|---|---|---|
| 119 | 2 | 122 | 24 | Object to lines 119:2 – 122:24 as to relevance under Rules 401 and 402. | Testimony provides foundation for relevant testimony.<br><br>Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors. |
| 125 | 5 | 148 | 22 | Object to lines 125:5 – 148:22 as to relevance under Rules 401 and 402.<br><br>Object to lines 126:8– 127:4, 127:9–130:3, 131:12–22, 132:13–135:20, 136:6–14, 137:11–138:8, 142:25–143:20, 147:3– 148:12 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702. | Testimony provides foundation for relevant testimony.<br><br>Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>Testimony is relevant because it tends to make it less probable that Act 626 is narrowly tailored to a compelling government interest, substantially related to an important government interest, or rationally related to a legitimate government interest.<br><br>Testimony is relevant because it tends to make it more probable that Act 626 will cause harm.<br><br>For lines 126:8–127:4, 127:9– 130:3, 131:12–22, 132:13– 135:20, 136:6–14, 137:11– 138:8, 142:25–143:20, 147:3– 148:12: Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony. |

| Page Start | Line Start | Page End | Line End | Objection | Response |
|---|---|---|---|---|---|
| 149 | 9 | 154 | 25 | Object to lines 149:9–154:25 as to relevance under Rules 401 and 402.<br><br>Object to lines 149:9–18, 151:6–152:16, 154:7–24 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702. | Testimony provides foundation for relevant testimony.<br><br>Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>Testimony is relevant because it tends to make it more probable that Act 626 will cause harm.<br><br>For lines 149:9–18, 151:6–152:16, 154:7–24: Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony. |

| Page Start | Line Start | Page End | Line End | Objection | Response |
|---|---|---|---|---|---|
| 159 | 8 | 164 | 18 | Object to lines 159:8–164:18 as to relevance under Rules 401 and 402.<br><br>Object to lines 160:7–19, 161:23–163:8 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702. | Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>Testimony is relevant because it tends to make it less probable that Act 626 is narrowly tailored to a compelling government interest, substantially related to an important government interest, or rationally related to a legitimate government interest.<br><br>Testimony is relevant because it tends to make it more probable that Act 626 will cause harm.<br><br>For lines 160:7–19, 161:23–163:8: Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony. |

| Page Start | Line Start | Page End | Line End | Objection | Response |
|---|---|---|---|---|---|
| 170 | 2 | 191 | 11 | Object to lines 170:2–191:11 as to relevance under Rules 401 and 402.<br><br>Object to lines 170:2–16, 170:20–173:15, 174:2–175:12, 176:16–181:8, 181:19–190:22 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702. | Testimony provides foundation for relevant testimony.<br><br>Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>Testimony is relevant because it tends to make it less probable that Act 626 is narrowly tailored to a compelling government interest, substantially related to an important government interest, or rationally related to a legitimate government interest.<br><br>Testimony is relevant because it tends to make it more probable that Act 626 will cause harm.<br><br>For lines 170:2–16, 170:20–173:15, 174:2–175:12, 176:16–181:8, 181:19–190:22: Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony. |

| Page Start | Line Start | Page End | Line End | Objection | Response |
|---|---|---|---|---|---|
| 197 | 6 | 217 | 6 | Object to lines 197:6–217:6 as to relevance under Rules 401 and 402.<br><br>Object to lines 197:11–200:3, 200:25–217:6 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702. | Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>Testimony is relevant because it tends to make it less probable that Act 626 is narrowly tailored to a compelling government interest, substantially related to an important government interest, or rationally related to a legitimate government interest.<br><br>Testimony is relevant because it tends to make it more probable that Act 626 will cause harm.<br><br>For lines 197:11–200:3, 200:25–217:6: Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony. |
| 221 | 3 | 221 | 12 | Object to lines 221:3–12 as to relevance under Rules 401 and 402. | Testimony is relevant because it tends to make it more probable that Act 626 will cause harm. |

| Page Start | Line Start | Page End | Line End | Objection | Response |
|---|---|---|---|---|---|
| 223 | 12 | 228 | 8 | Object to lines 223:12–228:8 as to relevance under Rules 401 and 402.<br><br>Object to lines 223:12–228:8 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702. | Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>Testimony is relevant because it tends to make it more probable that Act 626 will cause harm.<br><br>Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony. |

| Page Start | Line Start | Page End | Line End | Objection | Response |
|---|---|---|---|---|---|
| 229 | 8 | 233 | 3 | Object to lines 229:8–233:3 as to relevance under Rules 401 and 402.<br><br>Object to lines 230:18–231:12, 231:20–233:3 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702. | Testimony provides foundation for relevant testimony.<br><br>Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>Testimony is relevant because it tends to make it less probable that Act 626 is narrowly tailored to a compelling government interest, substantially related to an important government interest, or rationally related to a legitimate government interest.<br><br>Testimony is relevant because it tends to make it more probable that Act 626 will cause harm.<br><br>For lines 230:18–231:12, 231:20–233:3: Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony. |

| Page Start | Line Start | Page End | Line End | Objection | Response |
|---|---|---|---|---|---|
| 233 | 12 | 234 | 15 | Object to lines 233:12–234:15 as to relevance under Rules 401 and 402.<br><br>Object to lines 233:12–234:15 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702. | Testimony provides foundation for relevant testimony.<br><br>Testimony is relevant because it calls into question the state's asserted interest in protecting the health and safety of minors.<br><br>Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony. |

| Page Start | Line Start | Page End | Line End | Objection | Response |
|---|---|---|---|---|---|
| 235 | 18 | 245 | 15 | Object to lines 235:18–245:15 as to relevance under Rules 401 and 402.<br><br>Object to lines 235:18–245:15 as to improper lay opinion and legal conclusion testimony under Rules 701 and 702.<br><br>Object to lines 236:12–239:4 due to calling for speculation under Rule 602. | Testimony is relevant because it tends to make it more probable that Act 626 will cause harm.<br><br>Testimony is relevant because it tends to make it less probable that Act 626 is narrowly tailored to a compelling government interest, substantially related to an important government interest, or rationally related to a legitimate government interest.<br><br>Testimony is within the scope of the Board's corporate knowledge and does not constitute improper lay opinion or legal conclusion testimony.<br><br>For lines 236:12–239:4: Objection is waived as to all questions within the line designations for which an objection was not raised during the deposition. Testimony is within the scope of the Board's corporate knowledge and is not speculative. |