# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DYLAN BRANDT**, *et al.*,                                                                 **PLAINTIFFS**,

**v.**                                       No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE**, *et al.*,                                                              **DEFENDANTS.**

### DEFENDANTS' MOTION IN *LIMINE*

Defendants, through counsel, for their Motion in *Limine*, hereby state as follows:

1. This is an action challenging Act 626 of 2021 (the "SAFE Act"). The case is set for trial commencing October 17, 2022. (*See* Amended Final Scheduling Order, Doc. 99).

2. Plaintiffs bring three claims against the Defendants: (1) the SAFE Act violates the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution; (2) the SAFE Act violates the right to parental autonomy under the Due Process Clause of the Fourteenth Amendment; and (3) the SAFE Act violates the First Amendment's guarantee of freedom of speech. *See* Compl., pp. 41–47.

3. Defendants anticipate that Plaintiffs will seek to introduce inadmissible evidence in the form of arguments, testimony, and exhibits. As a result, Defendants present this Motion in *Limine* to exclude the inadmissible evidence.

4. Defendants request that the Court enter an Order prohibiting Plaintiffs and their counsel from referencing the following irrelevant and prejudicial information during any portion of the trial:

   a. Any testimony or evidence concerning a party or witness's religious affiliations, practices, beliefs, or customs;

   b. Any testimony or evidence concerning a party or witness's personal beliefs on individuals who are lesbian, gay, bisexual, or transgender;

      c.     Any testimony or evidence concerning a lay person's opinions on legal or scientific matters, and any matters about which the individual has no personal knowledge;

      d.     Any testimony or evidence that was not disclosed during the course of discovery; and

      e.     Any testimony that is cumulative, repetitive, unnecessary, and not admissible pursuant to Rule 403.

5.     A brief in support of this Motion is being filed concurrently herewith and is incorporated herein by reference.

6.     The following exhibits are attached to this Motion and are incorporated herein by reference:

      a.     Exhibit A – Excerpts from the Deposition of Laura Perry;

      b.     Exhibit B – Excerpts from the Deposition of Billy Burleigh;

      c.     Exhibit C – Excerpts from the Deposition of Dr. Paul Hruz;

      d.     Exhibit D – Excerpts from the Deposition of Dr. Mark Regnerus;

      e.     Exhibit E – Excerpts from the Deposition of Amy Embry; and

      f.     Exhibit F – Excerpts from the Deposition of Dr. Rhys Branman.

7.     Defendants note that Pretrial Disclosures have not yet been submitted by either party to this Court, the deadline for which is set for August 8, 2022. Accordingly, Defendants reserve the right to amend this Motion and present any defenses available to them after Plaintiffs submit their Pretrial Disclosures.

WHEREFORE, Defendants respectfully request that this Court grant their Motion in *Limine*, enter an Order excluding the inadmissible evidence, and for all other just and proper relief to which they are entitled.

Respectfully Submitted,

LESLIE RUTLEDGE
Arkansas Attorney General

Dylan L. Jacobs (2016167)
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2700
Email: dylan.jacobs@arkansasag.gov

Michael Cantrell (2012287)
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2401
Email: michael.cantrell@arkansasag.gov

Amanda D. Land (2012135)
Assistant Attorney General
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2029
Fax: (501) 682-8118
amanda.land@arkansasag.gov

*Attorneys for Defendants*