```
 1   THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF ARKANSAS
 2   CENTRAL DIVISION
 3   _____
 4   DYLAN BRANDT, by and through his mother,
     JOANNA BRANDT, et al.,
 5
               Plaintiffs,
 6         vs.                    CASE NO.
                                  4:21-CV-00450-JM
 7
     LESLIE RUTLEDGE, in her official
 8   capacity as the Arkansas
     Attorney General, et al.,
 9
               Defendants.
10   _____
11
12         ORAL/VIDEO CONFERENCE/VIDEOTAPED
13    DEPOSITION OF CLIFTON FRANCIS "BILLY" BURLEIGH, JR.
14          TAKEN ON BEHALF OF THE PLAINTIFFS
15              LITTLE ROCK, ARKANSAS
16                ON APRIL 28, 2022
17                   9:07 a.m.
18
19
20
21
22
23
24
25   REPORTED BY:  TRENA K. BLOYE, CSR
```

```
 1                A P P E A R A N C E S
 2
 3   For the Plaintiffs:
 4          SULLIVAN & CROMWELL, LLP
            BRANDYN RODGERSON
 5          DUNCAN SIMPSON LAGOY    (Via video conference)
            SOPHIA M. MATTHEW       (Via video conference)
 6          125 Broad Street
            New York, New York  10004-2498
 7          212-558-4000
            rodgersonb@sullcrom.com
 8
            GILL RAGON OWEN
 9          BETH ECHOLS
            425 West Capitol Avenue
10          Suite 3800
            Little Rock, Arkansas 72201
11          501.376.3800
            echols@gill-law.com
12
            ACLU OF ARKANSAS
13          GARY SULLIVAN
            904 West 2nd Street
14          Little Rock, Arkansas 72201
15
16   For the Defendants:
17          OFFICE OF THE ARKANSAS ATTORNEY GENERAL
            AMANDA LAND
18          323 Center Street
            Suite 200
19          Little Rock, Arkansas 72201
            amanda.land@arkansasag.gov
20
21   Videographer:
22          Mike Tscheimer
23
24
25
```

C O N T E N T S

|  | Page |
|---|---|
| Examination by Mr. Rodgerson | 6 |
| Examination by Ms. Land | 252 |
| Re-Examination by Mr. Rodgerson | 258 |
| Certificate | 262 |

PLAINTIFFS' INDEX OF EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1 | Dec 7 text message chain | 15 |
| Exhibit 2 | April 13 email chain | 59 |
| Exhibit 3 | Free to Change website printout | 73 |
| Exhibit 4 | text message chain | 102 |
| Exhibit 5 | Declaration of Clifton Francis Burleigh, Jr. | 116 |
| Exhibit 6 | 4/13/22 Email chain | 199 |
| Exhibit 7 | "Thoughts Secular." | 215 |
| Exhibit 8 | "A thought, the Bible, and my testimony." | 216 |
| Exhibit 9 | DSM-3 Transgender | 217 |
| Exhibit 10 | Amicus curiae brief | 236 |
| Exhibit 11 | Feb 6 text message string | 243 |

* * * * *

1  S T I P U L A T I O N S

4  IT IS HEREBY STIPULATED AND AGREED BY and
5  between the parties hereto, through their respective
6  attorneys, that the videotaped deposition of CLIFTON
7  FRANCIS "BILLY" BURLEIGH, JR., may be taken on behalf of
8  the PLAINTIFFS on the 28th day of April, 2022, via
9  videoconference, by Trena K. Bloye, Certified Shorthand
10 Reporter for the State of Oklahoma, by notice pursuant
11 to the Federal Rules of Civil Procedure.

16           * * * * *

Page 173

1  me in my journey and they just loved me.
2      Q   Thank you, Mr. Burleigh.  Is that an accurate
3  statement?  And by that I mean is that an accurate
4  account of your experience?
5      A   Yes.  And I believe I see a little bit of your
6  confusion as far as the question that God spoke with me,
7  because when I shared and using liberal use of words
8  that I had these thoughts that came into my mind.  So
9  when the facilitator of that small group was sharing
10 about regret and about something that he did, I had
11 those thoughts that came into my mind, Go ahead, Billy,
12 Go ahead, tell them.
13         And so then I started having this personal
14 conversation within my mind and I was like, Are you
15 crazy?  But all self talk.  So when I saying that God
16 was speaking to me, the Holy Spirit was speaking to me,
17 these are actually thoughts coming into my mind.  I
18 believe that they weren't my thoughts.  I believe that
19 these were thoughts from God challenging me.
20     Q   Thank you, Mr. Burleigh.  That's very helpful.
21         And just so I fully understand, then, would you
22 say that religion was a factor in that moment in your
23 life when you decided to detransition?
24     A   Religion was a factor at the moment in my life
25 when I decided to detransition.  At this particular

1  time, what I just read, at that time that's when I gave
2  my life to God and I didn't know the next step.  But
3  actually God made that appointment for me to be in this
4  group at that particular time and he led me.
5          And so yes, later in the decision to
6  transition, that was a big factor.  At this point in
7  time from which we are referring to it was a smaller
8  factor.
9      Q   Okay.  That's very helpful.  Thank you.  And
10 when you say later in the process it was a larger
11 factor, what do you mean by that?
12     A   I grew up in the Roman Catholic faith.  I went
13 to Catholic school all my life.  You would think that
14 with all of that, that I would know God.  But never once
15 in all of our religious studies did we ever open or
16 crack open a Bible.  So I knew God and I knew the
17 religious practices of the Catholic church.
18         At this particular point in time from what I
19 just read, I developed a hunger to get to know God and I
20 started reading the Bible.  I may even go on to say that
21 I started devouring the Bible, trying to read it as much
22 as possible.  So this was the beginning of my journey to
23 freedom is what I say.
24         In my depression, in my distraughtness I wasn't
25 feeling well, I wasn't doing well, I was starting to

Page 175

1  spiral.  But on this particular journey I not only
2  started to get my health back, I started gaining
3  understanding about the battle that I was in ,And I saw
4  that I was starting to walk toward true freedom.
5         Did I answer the question?  I don't know if I
6  did.
7     Q   I think that makes sense, Mr. Burleigh.
8     A   Okay.
9     Q   It's very helpful.  Thank you.
10        Okay.  Mr. Burleigh, at the time throughout
11 your transition did you ever have doubts that God was
12 okay with your identity or your transition?
13            MS. LAND:  Objection, vague.
14    Q   (By Mr. Rodgerson) Let me rephrase.  At the
15 time of your transition did you ever have doubts that
16 God was okay with that transition?
17    A   Transition to female or transition back to
18 male?
19    Q   Transition to female.
20    A   I never did think that God was okay with that
21 decision.  At that point, the way that I describe it to
22 others, we all have choices but we do not have the
23 choice of the consequences of our choices.  God is such
24 a gentleman that he stands by and he waits for us to
25 open the door.  He will knock, but he will not come in

1  until we open the door.
2          I had so many problems that I had my hand on
3  the steering wheel of this vehicle.  I was in control.
4  I was calling out to God the entire time to help me, but
5  at no point did I ever surrender.
6          My -- in this I may have started on flat ground
7  in the initial transition to female.  At no point did I
8  think that God was in control or that he liked what I
9  was doing.  I was just trying to survive because
10 death -- because suicide was not an option.  I didn't
11 think God was okay with it.
12         It wasn't until later going back into the
13 second depression it was like I was going down the back
14 side of a mountain with failed brakes and I was still
15 trying to steer the car down the mountain, and I was not
16 doing a very good job of steering the car.  And at some
17 point when I broke down and gave my life to God, at that
18 point I just threw my hands off the wheel and told God
19 he's got to do it, I can't do it.
20         But God was never okay with my transition to
21 female.  And the road was so rough, he wasn't with me.
22 He let me make the decisions.
23    Q    Do you think God is ever okay with somebody
24 transitioning?
25              MS. LAND:  Object to form, relevance.

Page 177

1    A    No, sir, I do not believe that God is okay with
2  anybody transitioning, but he lets it happen because he
3  has given us freedom of choice.  It doesn't stop him
4  from loving us, but he's not okay with it, not according
5  to what I have read in his word of how he made man and
6  he made woman.
7    Q    (By Mr. Rodgerson)  Mr. Burleigh, in this
8  document that we just read through you reference this
9  church group that you had found at LSU.
10    A    Yes, sir.
11    Q    And you describe them loving you "right where I
12  was."
13    A    Yes, sir.
14    Q    Previously we had discussed that you felt
15  isolated after your transition.  Did this group welcome
16  you in and accept you for who you were?
17    A    They accepted me not necessarily for who I was,
18  but because they could see that I loved God.  They
19  accepted me for the potential.  They accepted me -- they
20  accepted me because they saw that God was working on me.
21  And actually, my friends shared that much, much, much,
22  many years later, because I asked a similar question.
23  You know, why did you all embrace me?
24         And she shared with me that she didn't know why
25  the group didn't just out reject me.  I mean, these

Page 262

C E R T I F I C A T E

STATE OF OKLAHOMA)
SS:
COUNTY OF OKLAHOMA)

I, Trena K. Bloye, Certified Shorthand Reporter within and for the State of Oklahoma, certify that CLIFTON FRANCIS Burleigh, JR., was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth, in the case aforesaid; that the above and foregoing videotaped, video conference deposition was taken by me in shorthand and thereafter transcribed; that the same was taken on April 28, 2022, at 9:07 a.m., at the Arkansas Attorney General's Office, 323 Center Street, Suite 200, Little Rock, Arkansas; that I am not an attorney for nor a relative of any of said parties or otherwise interested in the event of said action.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 8th day of May, 2022.

_____
Trena K. Bloye, CSR
State of Oklahoma CSR No. 1522

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.