**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - x

DYLAN BRANDT, et al.,       :

             Plaintiff,     :

       v.                 :

                        :   Case No. 4:21-CV-00450-JM

LESLIE RUTLEDGE, et al.,   :

            Defendant.    :

                        :

                        :

- - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF PATRICK W. LAPPERT

Plaintiffs respectfully request leave to file a reply in support of their *Motion to Exclude Expert Testimony of Patrick W. Lappert* (ECF 153), attached hereto as Exhibit 1, in response to Defendants' *Response to Plaintiffs' Motion to Exclude Expert Testimony of Patrick W. Lappert* (ECF 162). In support thereof, Plaintiffs state as follows:

1.       On July 9, 2021, Defendants filed the *Declaration of Patrick W. Lappert, M.D.* as Exhibit 4 to their *Response in Opposition to Plaintiffs' Motion for Preliminary Injunction* (ECF 45-4), offering Dr. Lappert to provide expert testimony regarding: the validity of the diagnosis of gender dysphoria; a range of

opinions about the treatment of gender dysphoria, including his views about the proscribed hormonal treatments; assertions about the lack of psychological benefits of the prohibited hormonal and surgical treatments; and the claim that valid informed consent for such treatments cannot be obtained.

2.    On June 22, 2022, Plaintiffs filed their *Motion to Exclude Expert Testimony of Patrick W. Lappert*, arguing that Dr. Lappert, a plastic surgeon with no education, training, or experience diagnosing or treating gender dysphoria, is not qualified to opine on gender-affirming care except as to surgical risks or complications of surgical treatments for such care.  (ECF 153; 154.)

3.    On July 15, 2022 Defendants filed their *Response to Plaintiffs' Motion to Exclude Expert Testimony of Patrick W. Lappert*.  (ECF 162.)

4.    Plaintiffs' respectfully seek leave to file their reply to respond to Defendants' arguments and clarify the bases for Plaintiffs' motion to exclude Dr. Lappert, including that he lacks the requisite training, education, and experience in diagnosing and treating gender dysphoria.  Therefore, Plaintiffs respectfully seek leave to file a reply and request that the Court consider it with their motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion for leave to file a reply in support of their *Motion to Exclude Expert Testimony of Patrick W. Lappert*.

Dated:  July 22, 2022

*/s/Leslie Cooper*
Leslie Cooper
Chase Strangio*
American Civil Liberties Union
Foundation
125 Broad St.
New York, NY 10004
Telephone:  (917) 345-1742
lcooper@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Beth Echols, Ark. Bar No. 2002203
Christopher Travis, Ark. Bar No. 97093
Drake Mann, Ark. Bar No. 87108
Gill Ragon Owen, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, AR 72201
Telephone:  (501) 376-3800
echols@gill-law.com
travis@gill-law.com
mann@gill-law.com
*On behalf of the Arkansas Civil Liberties*
*Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Breean Walas, Ark. Bar No. 2006077
Walas Law Firm, PLLC
P.O. Box 4591
Bozeman, MT 59772
Telephone:  (501) 246-1067
breean@walaslawfirm.com
*On behalf of the Arkansas Civil*
*Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Sarah Everett, Ark. Bar No. 2017249
Gary Sullivan, Ark. Bar No. 92051
Arkansas Civil Liberties Union
Foundation, Inc.
904 W. 2nd Street
Little Rock, AR 72201
Telephone:  (501) 374-2842
sarah@acluarkansas.org
*Attorneys for the Plaintiffs*

Garrard R. Beeney*
Alexander S. Holland*
Brandyn Rodgerson*
Emily T. Armbruster*
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
beeneyg@sullcrom.com
hollanda@sullcrom.com
rodgersonb@sullcrom.com

Laura Kabler Oswell*
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 461-5600
oswell@sullcrom.com
*Attorneys for the Plaintiffs*

armbrustere@sullcrom.com
*Attorneys for the Plaintiffs*

Daniel J. Richardson*
1700 New York Avenue NW
Suite 700
Washington, DC 20006
Telephone: 202-956-7500
richardsond@sullcrom.com
*Attorney for Plaintiffs*                    *\*Admitted pro hac vice*