IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
DYLAN BRANDT, et al.,                              :
              Plaintiff,                           :
      v.                                           :
                                                   :   Case No. 4:21-CV-00450-JM
LESLIE RUTLEDGE, et al.,                           :
              Defendant.                           :
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

# MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF MARK D. REGNERUS

Plaintiffs respectfully request leave to file a reply in support of their *Motion to Exclude Expert Testimony of Mark D. Regnerus* (ECF 155), attached hereto as Exhibit 1, in response to Defendants' *Response to Plaintiffs' Motion to Exclude Expert Testimony of Mark D. Regnerus* (ECF 161). In support thereof, Plaintiffs state as follows:

1. On July 9, 2021, Defendants filed the *Declaration of Dr. Mark Regnerus* as Exhibit 2 to their *Response in Opposition to Plaintiffs' Motion for Preliminary Injunction* (ECF 45-2), offering Prof. Regnerus as an expert on a host of medical issues concerning treatments for gender dysphoria, the practices of medical providers in this field, the ability of minors to consent to the medical

-1-

interventions prohibited under the Health Care Ban, and the bases for the recommendations of medical organizations, providers, and researchers that support, provide, and research medical interventions for gender dysphoria.

2. On July 19, 2021, Defendants filed their *Supplemental Declaration of Dr. Mark Regnerus*. (ECF 55-2.)

3. On June 22, 2022, Plaintiffs filed their *Motion to Exclude Expert Testimony of Mark D. Regnerus*, arguing that Prof. Regnerus is not qualified to opine on gender-affirming care, especially considering that Prof. Regnerus has no experience or academic training in medicine, mental healthcare, or the treatment of gender dysphoria. (ECF 155,156.)

4. On July 15, 2022 Defendants filed their *Response to Plaintiffs' Motion to Exclude Expert Testimony of Mark Regnerus*. (ECF 161.)

5. Plaintiffs' respectfully seek leave to file their reply to respond to Defendants' arguments and clarify the bases for Plaintiffs' motion to exclude Prof. Regnerus, including that he lacks the education, training, and experience to opine on medical issues and that Prof. Regnerus's opinions are unreliable.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion for leave to file a reply in support of their *Motion to Exclude Expert Testimony of Mark D. Regnerus*.

Dated: July 22, 2022

<u>/s/ Leslie Cooper</u>
Leslie Cooper
Chase Strangio*
American Civil Liberties Union
Foundation
125 Broad St.
New York, NY 10004
Telephone: (917) 345-1742
lcooper@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Beth Echols, Ark. Bar No. 2002203
Christopher Travis, Ark. Bar No. 97093
Drake Mann, Ark. Bar No. 87108
Gill Ragon Owen, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, AR 72201
Telephone: (501) 376-3800
echols@gill-law.com
travis@gill-law.com
mann@gill-law.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Breean Walas, Ark. Bar No. 2006077
Walas Law Firm, PLLC
P.O. Box 4591
Bozeman, MT 59772
Telephone: (501) 246-1067
breean@walaslawfirm.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Sarah Everett, Ark. Bar No. 2017249
Gary Sullivan, Ark. Bar No. 92051
Arkansas Civil Liberties Union
Foundation, Inc.
904 W. 2nd Street
Little Rock, AR 72201
Telephone: (501) 374-2842
sarah@acluarkansas.org
*Attorneys for the Plaintiffs*

Garrard R. Beeney*
Alexander S. Holland*
Brandyn Rodgerson*
Emily T. Armbruster*
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
beeneyg@sullcrom.com
hollanda@sullcrom.com
rodgersonb@sullcrom.com

Laura Kabler Oswell*
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 461-5600
oswell@sullcrom.com
*Attorneys for the Plaintiffs*

armbrustere@sullcrom.com
*Attorneys for the Plaintiffs*

Daniel J. Richardson*
1700 New York Avenue NW
Suite 700
Washington, DC 20006
Telephone: 202-956-7500
richardsond@sullcrom.com
*Attorney for Plaintiffs*                *Admitted pro hac vice*