# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| DYLAN BRANDT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LESLIE RUTLEDGE, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 4:21-CV-00450-JM<br><br>**PLAINTIFFS' MOTION TO ADMIT LAUREN M. GOLDSMITH, *PRO HAC VICE*** |

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Lauren M. Goldsmith, moves this Court for an Order admitting Lauren M. Goldsmith, *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

Lauren M. Goldsmith is a member in good standing of the Bar of the State of New York and is admitted to practice in all state courts in the State of New York. She is not admitted to practice in the United States District Courts in Arkansas. Her office address is: Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004-2498.

Under Local Rule 83.5(d), Lauren M. Goldsmith, designates me, Beth Echols, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

-2-

Beth Echols
Gill Ragon Owen
425 West Capitol Avenue
Little Rock, AR 72201
Tel: 501-376-3800
Email: Echols@gill-law.com

WHEREFORE, Plaintiffs pray that Lauren M. Goldsmith, be granted permission to appear *pro hac vice* in this cause.

Dated: August 1, 2022

Respectfully submitted,

*/s/ Beth Echols*

Beth Echols          Ark. Bar No. 2002-203
Gill Ragon Owen
425 West Capitol Avenue
Little Rock, AR 72201
Tel: 501-376-3800
Email: Echols@gill-law.com

*On Behalf of Sullivan & Cromwell LLP*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DYLAN BRANDT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LESLIE RUTLEDGE, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 4:21-CV-00450-JM |

**DECLARATION OF LAUREN M. GOLDSMITH
IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE***

I, Lauren M. Goldsmith, declare under penalty of perjury that the following is true and correct:

1. I am an associate of the law firm Sullivan & Cromwell LLP, and counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Motion of Beth Echols for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Beth Echols, who is a member in good standing of this Court.

2. I am an attorney licensed in New York (Bar Registration No. 5617378). I was admitted to practice in the Courts of the State of New York in 2018. My office address is: Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004-2498.

3. I am in good standing and currently eligible to practice in all state courts in the State of New York.

4. No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5. Plaintiffs have requested my representation in the above-captioned matter.

-3-

6. I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

DATED: July 28, 2022

Respectfully submitted,

*/s/ Lauren M. Goldsmith*
Lauren M. Goldsmith
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498
Tel: 212-558-4000
Email: goldsmithl@sullcrom.com



## Appellate Division of the Supreme Court of the State of New York
### Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Lauren Maisel Goldsmith

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 22, 2018,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on July 21, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00076211

Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022