# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| DYLAN BRANDT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LESLIE RUTLEDGE, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>Case No. 4:21-CV-00450-JM<br><br>**PLAINTIFFS' MOTION TO ADMIT<br>AVIV S. HALPERN, *PRO HAC VICE*** |

    COMES NOW, the undersigned counsel and, upon the annexed Declaration of Aviv S. Halpern, moves this Court for an Order admitting Aviv S. Halpern, *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

    Aviv S. Halpern is a member in good standing of the Bar of the State of California and is admitted to practice in all state courts in the State of California. He is not admitted to practice in the United States District Courts in Arkansas. His office address is: Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California 94303-3308.

    Under Local Rule 83.5(d), Aviv S. Halpern, designates me, Beth Echols, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

Beth Echols
Gill Ragon Owen
425 West Capitol Avenue
Little Rock, AR 72201
Tel: 501-376-3800
Email: Echols@gill-law.com

WHEREFORE, Plaintiffs pray that Aviv S. Halpern, be granted permission to appear *pro hac vice* in this cause.

Dated: August 1, 2022

Respectfully submitted,

*[signature: Beth Echols]*

Beth Echols            Ark. Bar No. 2002-203
Gill Ragon Owen
425 West Capitol Avenue
Little Rock, AR 72201
Tel: 501-376-3800
Email: Echols@gill-law.com

*On Behalf of Sullivan & Cromwell LLP*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DYLAN BRANDT, et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION |
| LESLIE RUTLEDGE, et al., | Case No. 4:21-CV-00450-JM |
| Defendants. | |

**DECLARATION OF AVIV S. HALPERN**
**IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE***

I, Aviv S. Halpern, declare under penalty of perjury that the following is true and correct:

1. I am an associate of the law firm Sullivan & Cromwell LLP, and counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Motion of Beth Echols for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Beth Echols, who is a member in good standing of this Court.

2. I am an attorney licensed in California (Bar Registration No. 327100). I was admitted to practice in the Courts of the State of California in 2019. My office address is: Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California 94303-3308.

3. I am in good standing and currently eligible to practice in all state courts in the State of California.

4. No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5. Plaintiffs have requested my representation in the above-captioned matter.

6.        I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

DATED: July 28, 2022

                                                Respectfully submitted,

                                                */s/ Aviv S. Halpern*
                                                Aviv S. Halpern
                                                Sullivan & Cromwell LLP
                                                1870 Embarcadero Road
                                                Palo Alto, California 94303-3308
                                                Tel: 650-461-4600
                                                Email: halperna@sullcrom.com



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *AVIV SHAUL HALPERN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify AVIV SHAUL HALPERN #327100, was on the 19th day of November, 2019 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on this day of July 20th, 2022.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By:_____
Florentino Jimenez, Assistant Deputy Clerk