# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DYLAN BRANDT, et al.                                                                                           PLAINTIFFS

v.                                        No. 4:21-cv-00450-JM

LESLIE RUTLEDGE, et al.                                                                                       DEFENDANTS

## ORDER

The motions to admit counsel *pro hac vice* on behalf of Plaintiffs are GRANTED. (Document Nos. 173, 174, 175). Lauren M. Goldsmith, Rebecca S. Kadosh, and Aviv S. Halpern are hereby admitted to appear before this Court as co-counsel of record in this action.

IT IS SO ORDERED this 3rd day of August, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE