# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__ALEXANDER PEACOCKE__, Bar # __5516141__

was duly admitted to practice in the Court on

__December 21, 2021__

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   August 4, 2022
New York, New York

Ruby J. Krajick    By    s/ S. Gonzalez
Clerk of Court           Deputy Clerk