# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ARUN BODAPATI_____ , Bar # _____AB1991_____

was duly admitted to practice in the Court on

_____April 10, 2018_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.              On       _____August 4, 2022_____
            New York, New York

                                       By

_____Ruby J. Krajick_____          _____s/ S. Gonzalez_____
        Clerk of Court                              Deputy Clerk