# Jake Kornegay

| | |
|---|---|
| **From:** | Holland, Alexander S. <hollanda@sullcrom.com> |
| **Sent:** | Friday, August 5, 2022 11:05 AM |
| **To:** | AREDdb_clerksoffice |
| **Cc:** | Goldsmith, Lauren M.; Bodapati, Arun; Peacocke, Alexander; zzExt-mann |
| **Subject:** | Brandt v. Rutledge - Pro Hac Vice Forms |
| **Attachments:** | Pro Hac Vice - Arun Bodapati.pdf; Pro Hac Vice - Alexander Peacocke.pdf |

**CAUTION - EXTERNAL:**

Hello,

In *Brandt* v. *Rutledge*, incorrect Pro Hav Vice forms were inadvertently filed earlier today. Would it be possible to substitute the attached documents for the documents uploaded on Pacer as docket entries 179 (Peacocke) and 180 (Bodapati)?

Thank you!
Alex

Alexander S. Holland
Sullivan & Cromwell LLP | 125 Broad Street |
   New York, NY  10004-2498
T: (212) 558-4262 | C: (414) 943-6313
hollanda@sullcrom.com | http://www.sullcrom.com

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.