# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
DYLAN BRANDT, et al.,                              :
                                                   :
                   Plaintiffs,                     :
                                                   :
         v.                                        :   Case No. 4:21-CV-00450-JM
                                                   :
LESLIE RUTLEDGE, et al.,                           :
                                                   :
                   Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

## PLAINTIFFS' NOTICE REGARDING THE PARTIES' JOINT STIPULATION OF FACTS NOT IN CONTROVERSY

Pursuant to the Court's *Amended Scheduling Order* (ECF 99), the parties were required to "stipulate in writing the facts not in controversy on August 10, 2022." On August 3, and August 5, 2022, the parties corresponded by e-mail concerning Plaintiffs' proposed joint stipulations of facts not in controversy. Defendants have indicated that they will not stipulate to any facts not already admitted in their *Answer* (ECF 73) but have not proposed any stipulations based on those admissions. The parties have therefore been unable to reach agreement on any stipulations.

Dated: August 10, 2022

<u>*Leslie Cooper*</u>

| | |
|---|---|
| Leslie Cooper | Beth Echols, Ark. Bar No. 2002203 |
| Chase Strangio* | Christopher Travis, Ark. Bar No. 97093 |
| James Esseks | Drake Mann, Ark. Bar No. 87108 |
| American Civil Liberties Union Foundation | Gill Ragon Owen, P.A. |
| 125 Broad St. | 425 W. Capitol Avenue, Suite 3800 |
| New York, NY 10004 | Little Rock, AR 72201 |
| Telephone: (917) 345-1742 | Telephone: (501) 376-3800 |
| lcooper@aclu.org | echols@gill-law.com |
| cstrangio@aclu.org | travis@gill-law.com |
| jesseks@aclu.org | mann@gill-law.com |
| *Attorneys for the Plaintiffs* | *On behalf of the Arkansas Civil Liberties Union Foundation, Inc.* |
| | *Attorneys for the Plaintiffs* |
| | |
| Breean Walas, Ark. Bar No. 2006077 | Sarah Everett, Ark. Bar No. 2017249 |
| Walas Law Firm, PLLC | Gary Sullivan, Ark. Bar No. 92051 |
| P.O. Box 4591 | Arkansas Civil Liberties Union Foundation, Inc. |
| Bozeman, MT 59772 | |
| Telephone: (501) 246-1067 | 904 W. 2nd Street |
| breean@walaslawfirm.com | Little Rock, AR 72201 |
| *On behalf of the Arkansas Civil Liberties Union Foundation, Inc.* | Telephone: (501) 374-2842 |
| | sarah@acluarkansas.org |
| *Attorneys for the Plaintiffs* | gary@acluarkansas.org |
| | *Attorneys for the Plaintiffs* |
| | |
| Garrard R. Beeney* | Laura Kabler Oswell* |
| Lauren M. Goldsmith* | Aviv S. Halpern* |
| Arun Bodapati* | Sullivan & Cromwell LLP |
| Alexander Peacocke* | 1870 Embarcadero Road |
| Rebecca Kadosh* | Palo Alto, CA 94303 |
| Brandyn J. Rodgerson* | Telephone: (650) 461-5600 |
| Emily T.L. Armbruster* | oswell@sullcrom.com |
| Alexander S. Holland* | halperna@sullcrom.com |
| Sullivan & Cromwell LLP | *Attorneys for the Plaintiffs* |

-2-

125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
beeneyg@sullcrom.com
goldsmithl@sullcrom.com
bodapatia@sullcrom.com
peacockea@sullcrom.com
kadoshr@sullcrom.com
rodgersonb@sullcrom.com
armbrustere@sullcrom.com
hollanda@sullcrom.com
*Attorneys for the Plaintiffs*       **Admitted pro hac vice*

Daniel J. Richardson*
1700 New York Avenue NW
Suite 700
Washington, DC 20006
Telephone: 202-956-7500
richardsond@sullcrom.com
*Attorney for Plaintiffs*