IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DYLAN BRANDT, *et al.*,

PLAINTIFFS,

v.   No. 4:21-CV-00450-JM

LESLIE RUTLEDGE, *et al.*,   DEFENDANTS.

## DEFENDANTS' PROPOSED STIPULATIONS OF FACT

Defendants, through counsel, for their proposed stipulations of fact pursuant to this Court's Amended Final Scheduling Order (Doc. 99), hereby state as follows:

1. The Arkansas General Assembly approved the Save Adolescents from Experimentation (SAFE) Act, Arkansas Act 626 of 2021, on April 6, 2021.

2. The effective date of the SAFE Act was July 28, 2021.

3. Leslie Rutledge is the Attorney General of the State of Arkansas, whose office is located at 323 Center Street, Suite 200, Little Rock, Arkansas 72203.

4. Amy Embry is the Executive Director of the Arkansas State Medical Board.

5. The Medical Board is an agency of the State of Arkansas and has the power to license physicians and revoke physicians' licenses. The Medical Board's office is located at 1401 West Capitol Avenue, Suite 340, Little Rock, Arkansas 72201.

6. Sylvia Simon, Robert Breving, Veryl Hodges, John Scribner, Elizabeth Anderson, Rhys Branman, Edward Gardner, Rodney Griffin, Betty Guhman, Brian Hyatt, Timothy Paden, Don Phillips, David Staggs, and Brian McGee[1] are members of the Medical Board.

---

[1] Plaintiffs named William L. Rutledge as a defendant in his official capacity as a member of the Medical Board. Dr. Rutledge is no longer a board member, and his position has been replaced with that of Brian McGee. Dr. McGee is automatically substituted as a party for Dr. Rutledge pursuant

7. At the time of Plaintiffs' filing of the Complaint, Dylan Brandt was 15 years old.

8. At the time of Plaintiffs' filing of the Complaint, Sabrina Jennen was 15 years old.

9. At the time of Plaintiffs' filing of the Complaint, Brooke Dennis was 9 years old.

10. At the time of Plaintiffs' filing of the Complaint, Parker Saxton was 16 years old.

Dated: August 10, 2022

Respectfully Submitted,

LESLIE RUTLEDGE
Arkansas Attorney General

Dylan L. Jacobs (2016167)
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2700
Email: dylan.jacobs@arkansasag.gov

Michael Cantrell (2012287)
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2401
Email: michael.cantrell@arkansasag.gov

Amanda D. Land (2012135)
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2029
Email: amanda.land@arkansasag.gov

*Attorneys for Defendants*

---

to Rule 25(d) of the Federal Rules of Civil Procedure. Under the rules, "[l]ater proceedings should be in the substituted party's name[.]" Fed. R. Civ. P. 25(d).