IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                                                         **PLAINTIFFS**

v.                       Case No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE, et al.,**                                                     **DEFENDANTS**

<u>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**</u>

**PLEASE TAKE NOTICE**, that, pursuant to Rule 83.5(f) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas, on the accompanying declaration, I, Brandyn J. Rodgerson, hereby move this Court for leave to withdraw as counsel for Plaintiffs in the above-captioned action. The remaining counsel of record will continue to represent Plaintiffs in this action.

Dated: August 10, 2022

                                                       Respectfully submitted,

                                                       <u>*/s/ Brandyn J. Rodgerson*</u>
                                                       Brandyn J. Rodgerson*
                                                       125 Broad Street
                                                       New York, NY 10004
                                                       Telephone: (212) 558-4158
                                                       *Counsel for Plaintiffs*

                                                       **Admitted pro hac vice*