IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                              **PLAINTIFFS**

v.                          Case No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE, et al.,**                                           **DEFENDANTS**

**[PROPOSED] ORDER APPROVING WITHDRAWAL AS COUNSEL**

This matter having come before the Court by the filing of a Motion to Withdraw as Counsel by Emily T. Armbruster,

**IT IS HEREBY ORDERED** as follows:

1. Emily T. Armbruster is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned action, and is fully discharged from any further representation or obligation in this case.

2. Remaining counsel of record will continue to represent Plaintiffs.

3. Emily T. Armbruster (email: armbrustere@sullcrom.com) is removed from the CM/ECF service list for this action.

SO ORDERED this ___ day of August 2022 by:

_____
The Honorable James M. Moody, Jr.
United States District Judge