# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| DYLAN BRANDT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LESLIE RUTLEDGE, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>Case No.  4:21CV450-JM<br><br>**PLAINTIFFS' MOTION TO ADMIT LISA NOWLIN-SOHL, *PRO HAC VICE*** |

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Lisa "Li" Nowlin-Sohl, moves this Court for an Order admitting Li Nowlin-Sohl *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

Li Nowlin-Sohl is a member in good standing of the Bar of the State of Washington and is admitted to practice in all state courts in the State of Washington; the United States District Court for Western and Eastern Districts of Washington; and the United States Court of Appeals for the Ninth Circuit. She is not admitted to practice in the United States District Courts in Arkansas. Her office address is: American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004.

Under Local Rule 83.5(d), Li Nowlin-Sohl, designates me, Beth Echols, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

Beth Echols
Gill Ragon Owen
425 West Capitol Avenue
Little Rock, AR 72201
Echols@gill-law.com
Tel: (501) 376-3800


  WHEREFORE, Plaintiffs pray that Lisa Nowlin-Sohl, be granted permission to appear *pro hac vice* on in this cause.



Dated: September 23, 2022

                                        Respectfully submitted,



                                        */s/ Beth Echols*
                                        Beth Echols         Ark. Bar No. 2002-203
                                        Gill Ragon Owen
                                        425 West Capitol Avenue
                                        Little Rock, AR 72201
                                        Echols@gill-law.com
                                        Tel: (501) 376-3800

                                        *On Behalf of the Arkansas Civil Liberties Union Foundation, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DYLAN BRANDT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LESLIE RUTLEDGE, et al., <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 4:21CV450-JM |

**DECLARATION OF LISA NOWLIN-SOHL,
IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE**

I, Lisa "Li" Nowlin-Sohl, declare under penalty of perjury that the following is true and correct:

1. I am a Staff Attorney with the LGBTQ & HIV Project of the American Civil Liberties Union Foundation, and counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Motion of Beth Echols for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Beth Echols, who is a member in good standing of this Court.

2. I am an attorney licensed in Washington (Bar Registration No. 51512). I was admitted to practice in the Courts of the State of Washington in 2016. My office address is American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004.

3. I am in good standing and currently eligible to practice in the Courts of the State of Washington; the United States District Court for Western and Eastern District of Washington; and the United States Court of Appeals for the Ninth Circuit.

3

4.	No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5.	Plaintiffs have requested my representation in the above-captioned matter.

6.	I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

Dated: September 23, 2022

Respectfully submitted,

/s/ L. Nowlin-Sohl
Lisa Nowlin-Sohl, WA 51512
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, New York, 10004
Telephone: 206-348-3163
Facsimile: 212-549-2650
lnowlin-sohl@aclu.org

# United States District Court
## Western District of Washington



### CERTIFICATE OF GOOD STANDING

I, Ravi Subramanian, Clerk of the United States District Court for the Western District of Washington, do hereby certify that **Lisa Nowlin-Sohl** was admitted to practice in said Court on November 9th, 2016 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on the 14th day of September, 2022.

Ravi Subramanian
Clerk of Court

By _Martin Valencia_
Deputy Clerk