## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYLAN BRANDT,** *et al.*                                   **PLAINTIFFS**

**vs.**                    **CASE NO. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE,** *et al.*                              **DEFENDANTS**

### ENTRY OF APPEARANCE

Lisa "Li" Nowlin-Sohl hereby enters her appearance as counsel for

the Plaintiffs and requests that all future notices, pleadings, motions,

service and correspondence be sent accordingly. I hereby certify that I

am admitted or otherwise authorized to practice in this Court.

Dated: September 28, 2022

                    Respectfully submitted,

                    /s/ L. Nowlin-Sohl
                    Lisa Nowlin-Sohl, WA 51512
                    **American Civil Liberties Union**
                    **Foundation**
                    125 Broad Street, 18th Floor
                    New York, New York, 10004
                    Telephone: 206-348-3163
                    Facsimile: 212-549-2650
                    lnowlin-sohl@aclu.org