# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DYLAN BRANDT**, *et al.*,

                                                       **PLAINTIFFS,**

v.     No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE**, *et al.*,     **DEFENDANTS.**

## NOTICE OF APPEARANCE

Arkansas Assistant Solicitor General Hannah L. Templin hereby enters an appearance as counsel for Leslie Rutledge in her official capacity as the Attorney General of the State of Arkansas; Amy E. Embry in her official capacity as the Executive Director of the Arkansas State Medical Board; and Sylvia D. Simon, Robert Breving Jr., Veryl D. Hodges, John H. Scribner, Elizabeth Anderson, Rhys L. Branman, Edward "Ward" Gardner, Rodney Griffin, Betty Guhman, Brian T. Hyatt, Timothy C. Paden, Don R. Philips, William L. Rutledge, and David L. Staggs in their official capacities as members of the Arkansas State Medical Board. I certify that I am admitted to practice in this Court.

Dated: September 28, 2022

                                                 Respectfully Submitted,

                                                 LESLIE RUTLEDGE
                                                 Arkansas Attorney General

                                                 Hannah L. Templin (No. 2021277)
                                                 Assistant Solicitor General
                                                 ARKANSAS ATTORNEY GENERAL'S OFFICE
                                                 323 Center Street, Suite 200
                                                 Little Rock, AR 72201
                                                 (501) 503-4336
                                                 hannah.templin@arkansasag.gov

                                                 *Attorneys for Defendants*