# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DYLAN BRANDT, et al.                                                                                          PLAINTIFFS

v.                                       NO. 4:21-cv-00450-JM

LESLIE RUTLEDGE, et al.                                                                                        DEFENDANTS

## ORDER

The motion to admit counsel *pro hac vice* on behalf of Plaintiffs (Docket No. 207) is GRANTED. Jonathan G. Lester is hereby admitted to appear before this Court as co-counsel of record in this action.

IT IS SO ORDERED this 18th day of October, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE