# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8  **DATE:** 11/2/2022

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 21-02875

**DISTRICT COURT NO.** 4:21-cv-00450-JM

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: Copies of Docket Entries 219, 220, 222, 224 (Transcript of Bench Trial)
Volume and Date:
Volume and Date:

In Camera Documents

Exhibits

Plaintiff(s)
Defendant(s)
Joint

**COMMENTS:**

*****************************************************************************
**USCA 8 ACKNOWLEDGMENT**

RECEIPT

By: _____
      Deputy Clerk