UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 21-2875

Dylan Brandt, by and through his mother Joanna Brandt, et al.

Appellees

v.

Leslie Rutledge, in her official capacity as the Arkansas Attorney General, et al.

Appellants

------------------------------

Keira Bell, et al.

Amici on Behalf of Appellant(s)

Lambda Legal Defense and Education Fund, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-00450-JM)

---

**MANDATE**

In accordance with the opinion and judgment of August 25, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 23, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Wednesday, November 23, 2022 9:39 AM |
| **Subject:** | 21-2875 Dylan Brandt, et al v. Leslie Rutledge, et al "Mandate Issued" (4:21-cv-00450-JM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 11/23/2022

**Case Name:** Dylan Brandt, et al v. Leslie Rutledge, et al
**Case Number:** 21-2875
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED. [5220694] [21-2875] (Clifford Jackson)

**Notice will be electronically mailed to:**

Ms. Lauren R. Adams: legal@womensliberationfront.org
Mr. Barrett James Anderson, Attorney: banderson@cooley.com, mdejesus@cooley.com
Mr. Gabriel Arkles: Garkles@transgenderlegal.org
Mr. Jess Askew, III: jess.askew@kutakrock.com, cassy.peters@kutakrock.com
Mr. Paul V. Avelar: pavelar@ij.org
Ms. Shireen A. Barday: sbarday@gibsondunn.com
Mr. Garrard R. Beeney: beeneyg@sullcrom.com, garrard-beeney-2307@ecf.pacerpro.com
Mr. Boris Bershteyn: boris.bershteyn@skadden.com
Ms. Carmine D Boccuzzi, Jr.: cboccuzzi@cgsh.com, maofiling@cgsh.com
Ms. Kathleen Boergers: kathleen.boergers@doj.ca.gov
Mr. Alexander Barrett Bowdre: barrett.bowdre@alabamaag.gov
Mr. Nicholas J. Bronni: nicholas.bronni@arkansasag.gov
Mr. John J. Bursch: jbursch@adflegal.org, ceville@adflegal.org
Mr. Michael A. Cantrell, Assistant Solicitor General: michael.cantrell@arkansasag.gov, crystal.callahan@arkansasag.gov
Ms. Jennifer C. Chavez: legal@womensliberationfront.org
Ms. Leslie Cooper: lcooper@aclu.org, sgarcia@aclu.org, ccaicedo@aclu.org
Mr. Ezra Cukor: Ecukor@transgenderlegal.org
Mr. Andrew Rhys Davies: andrew.rhys.davies@allenovery.com, courtnotices@allenovery.com, kurt.vellek@allenovery.com
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Sharon Elizabeth Echols: echols@gill-law.com

Mr. James D. Esseks: jesseks@aclu.org
Ms. Sarah C. Everett: sarah@acluarkansas.org
Mr. Omar Gonzalez-Pagan: ogonzalez-pagan@lambdalegal.org, omar.gp@gmail.com, mhead@lambdalegal.org
Ms. Lindsay Harris: lharris@cgsh.com
Ms. Kathleen R. Hartnett: khartnett@cooley.com, mnarvaez@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com
Mr. Alexander S. Holland: hollanda@sullcrom.com
Mr. William Racilla Isasi: wisasi@cov.com
Mr. Dylan L. Jacobs, Assistant Solicitor General: dylan.jacobs@arkansasag.gov
Ms. Katelyn Kang: kkang@cooley.com, efiling-notice@ecf.pacerpro.com
Mr. Andrew King: andrew.king@kutakrock.com, suzette.mccasland@kutakrock.com
Mr. Edmund G. LaCour, Jr., Solicitor General: edmund.lacour@alabamaag.gov, rene.whyard@alabamaag.gov
Mr. Cortlin Hall Lannin: clannin@cov.com
Mr. Michael J. Lanosa: mlanosa@cov.com
Ms. Karen Loewy: kloewy@lambdalegal.org
Mr. Jesse Ryan Loffler: jloffler@cozen.com
Mr. Peter Drake Mann: mann@gill-law.com, tricia@gill-law.com
Ms. Mary Elizabeth McAlister: mmcalister@childparentrights.org, lnevitt@childparentrights.org
Mr. Gary McCaleb: gmccaleb@adflegal.org
Mr. Christopher Ernest Mills: cmills@spero.law
Honorable James M. Moody, Jr., U.S. District Judge: jay_moody@ared.uscourts.gov
Ms. Laura Kabler Oswell: oswelll@sullcrom.com
Ms. Elizabeth F. Reinhardt: ereinhardt@cooley.com
Ms. Bonnie I. Robin-Vergeer, Senior Attorney: bonnie.robin-vergeer@usdoj.gov, lane.baker2@usdoj.gov, pamela.l.marshall@usdoj.gov
Ms. Barbara Schwabauer: barbara.schwabauer@usdoj.gov, lane.baker2@usdoj.gov, pamela.l.marshall@usdoj.gov
Mr. Paul M. Sherman: psherman@ij.org, mkarten@ij.org
Mr. Chase B. Strangio: cstrangio@aclu.org, sgarcia@aclu.org
Mr. Gary L. Sullivan: gary@acluarkansas.org, ali@acluarkansas.org
Ms. Alison Ann Tanner: atanner@nwlc.org
Mr. Ernest G. Trakas: etrakas@childparentrights.org, lnevitt@childparentrights.org
Mr. Christopher L. Travis: travis@gill-law.com, melissa@gill-law.com
Ms. Julie Veroff: jveroff@cooley.com, julie-veroff-2654@ecf.pacerpro.com, gwilson@cooley.com, efilingnotice@cooley.com, efiling-notice@ecf.pacerpro.com
Ms. D. Jean Veta: jveta@cov.com
Ms. Breean Walas: breean@walaslawfirm.com, walaslawfirm@gmail.com
Ms. Stephanie Yu: stephanie.yu@doj.ca.gov
Mr. Howard S. Zelbo: hzelbo@cgsh.com

Ms. Elizabeth Baia: ebaia@cov.com (*daily summary*)
Ms. Lily Grace Weaver, Deputy Attorney General: lily.weaver@doj.ca.gov (*daily summary*)

**Notice will be mailed to:**

Mr. Andrew Bonzani
INTERPUBLIC GROUP OF COMPANIES, INC.
24th Floor
909 Third Avenue
New York, NY 10022

Ms. Gretchen Borchelt
NATIONAL WOMEN'S LAW CENTER

Suite 800  
11 Dupont Circle  
Washington, DC 20036-0000

Ms. Vernadette R. Broyles  
CHILD & PARENTAL RIGHTS CAMPAIGN, INC  
Suite G310  
5805 State Bridge Road  
Johns Creek, GA 30097

Ms. Sunu Chandy  
NATIONAL WOMEN'S LAW CENTER  
Suite 800  
11 Dupont Circle  
Washington, DC 20036-0000

Mr. JD Colavecchio  
CLEARY & GOTTLIEB  
One Liberty Plaza  
New York, NY 10006-0000

Mr. Caleb B. King  
SKADDEN & ARPS  
One Manhattan West  
New York, NY 10001-8602

Mr. Thomas A. Mars  
WALMART  
702 S.W. Eighth Street  
Bentonville, AR 72716-8313

Ms. Dorianne Mason  
NATIONAL WOMEN'S LAW CENTER  
Suite 800  
11 Dupont Circle  
Washington, DC 20036-0000

Mr. William J. O'Brien  
SKADDEN & ARPS  
One Manhattan West  
New York, NY 10001-8602

Mr. Justin L. Ormand  
ALLEN & OVERY  
1221 Avenue of the Americas  
New York, NY 10020

Ms. Mary C. Ross  
SKADDEN & ARPS  
One Manhattan West  
New York, NY 10001-8602

Mr. Andrew J. Schrag
SKADDEN & ARPS
One Manhattan West
New York, NY 10001-8602

Ms. J. G. Piper Sheren
SKADDEN & ARPS
One Manhattan West
New York, NY 10001-8602

Mr. Steven W. Shuldman
ALLEN & OVERY
1221 Avenue of the Americas
New York, NY 10020

Mr. Joel H. Thornton
CHILD & PARENTAL RIGHTS CAMPAIGN, INC
Suite G310
5805 State Bridge Road
Johns Creek, GA 30097

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_212875_5220694_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=11/23/2022] [FileNumber=5220694-0]
[b80e264f35d22bcb7cb3551facb1ceed32ec7215502842d087def326779afa9506c8bdf021dfa016600e587b68832a56aca
ccf384cc19485a020f7c36b005ff9]]
**Recipients:**

- Ms. Lauren R. Adams
- Mr. Barrett James Anderson, Attorney
- Mr. Gabriel Arkles
- Mr. Jess Askew, III
- Mr. Paul V. Avelar
- Ms. Elizabeth Baia
- Ms. Shireen A. Barday
- Mr. Garrard R. Beeney
- Mr. Boris Bershteyn
- Ms. Carmine D Boccuzzi, Jr.
- Ms. Kathleen Boergers
- Mr. Andrew Bonzani
- Ms. Gretchen Borchelt
- Mr. Alexander Barrett Bowdre
- Mr. Nicholas J. Bronni
- Ms. Vernadette R. Broyles
- Mr. John J. Bursch
- Mr. Michael A. Cantrell, Assistant Solicitor General
- Ms. Sunu Chandy
- Ms. Jennifer C. Chavez
- Mr. JD Colavecchio
- Ms. Leslie Cooper

- Mr. Ezra Cukor
- Mr. Andrew Rhys Davies
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Sharon Elizabeth Echols
- Mr. James D. Esseks
- Ms. Sarah C. Everett
- Mr. Omar Gonzalez-Pagan
- Ms. Lindsay Harris
- Ms. Kathleen R. Hartnett
- Mr. Alexander S. Holland
- Mr. William Racilla Isasi
- Mr. Dylan L. Jacobs, Assistant Solicitor General
- Ms. Katelyn Kang
- Mr. Andrew King
- Mr. Caleb B. King
- Mr. Edmund G. LaCour, Jr., Solicitor General
- Mr. Cortlin Hall Lannin
- Mr. Michael J. Lanosa
- Ms. Karen Loewy
- Mr. Jesse Ryan Loffler
- Mr. Peter Drake Mann
- Mr. Thomas A. Mars
- Ms. Dorianne Mason
- Ms. Mary Elizabeth McAlister
- Mr. Gary McCaleb
- Mr. Christopher Ernest Mills
- Honorable James M. Moody, Jr., U.S. District Judge
- Mr. William J. O'Brien
- Mr. Justin L. Ormand
- Ms. Laura Kabler Oswell
- Ms. Elizabeth F. Reinhardt
- Ms. Bonnie I. Robin-Vergeer, Senior Attorney
- Ms. Mary C. Ross
- Mr. Andrew J. Schrag
- Ms. Barbara Schwabauer
- Ms. J. G. Piper Sheren
- Mr. Paul M. Sherman
- Mr. Steven W. Shuldman
- Mr. Chase B. Strangio
- Mr. Gary L. Sullivan
- Ms. Alison Ann Tanner
- Mr. Joel H. Thornton
- Mr. Ernest G. Trakas
- Mr. Christopher L. Travis
- Ms. Julie Veroff
- Ms. D. Jean Veta
- Ms. Breean Walas
- Ms. Lily Grace Weaver, Deputy Attorney General
- Ms. Stephanie Yu
- Mr. Howard S. Zelbo

The following information is for the use of court personnel:

5

**DOCKET ENTRY ID:** 5220694
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7163226