**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

DYLAN BRANDT, *et al.*                                                     PLAINTIFFS

v.                                        NO.   4:21-cv-00450-JM

LESLIE RUTLEDGE, *et al.*                                                 DEFENDANTS

## <u>ORDER</u>

The following duly identified and authorized representative of the media, **TESS VRBIN**, is hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse in Little Rock, Arkansas, for the bench trial of this matter scheduled for Monday, November 28, 2022, through Friday, December 2, 2022, subject to the following rules:

(a)    The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b)    Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(c)    The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraphs (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions.

A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

SIGNED this 28th day of November 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE

2