IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, ET AL**                                                   **PLAINTIFFS**

**V.**                                          **4:21CV00450 JM**

**LESLIE RUTLEDGE, ET AL**                                               **DEFENDANTS**

## ORDER

Patrick Lappert and Paul Hruz are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse in Little Rock, Arkansas, for the trial scheduled for the week of November 28, 2022 subject to the following rules:

(a)   The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b)   Cell phones must be turned off and put away when in the courtroom.

(c)   Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d)   Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e)   The United States Marshal Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

SIGNED this 28th day of November, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE