Case No. **4:21-cv-00450-JM**

Case Style: **Dylan Brandt, *et al.* v. Leslie Rutledge, *et al.***

# TRIAL MINUTES
# WITNESS & EXHIBIT LISTS

Bench trial held October 17, 2022 through October 21, 2022, and November 28, 2022 through December 1, 2022, in Little Rock, Arkansas, before United States Judge James M. Moody Jr.

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYLAN BRANDT**, *et al.*
PLAINTIFFS
ATTY: Leslie Cooper
ATTY: Arun Bodapati
ATTY: Chase Strangio
ATTY: Breean Walas
ATTY: Lauren Goldsmith
ATTY: Gary Sullivan
ATTY: Lisa Nowlin-Sohl

JUDGE: James Moody Jr.
REPORTER: Karen Dellinger
CRD: Kacie Glenn
DATE: October 17, 2022

v.                        CASE NO. **4:21-cv-00450-JM**

**LESLIE RUTLEDGE**, *et al.*
DEFENDANTS
ATTY: Michael Cantrell
ATTY: Amanda Land
ATTY: Dylan Jones
ATTY: Hannah Templin

## BENCH TRIAL MINUTES

**TIME**  *Day 1, Monday, October 17, 2022  (Court Reporter: Karen Dellinger)*

- 9:00  Court in session for bench trial; Plaintiffs' exhibits 1-8, 10, 12, and 16 received into evidence by stipulation; Defendants' exhibits 1-4, 44, 48, 51, 52, 76, 79, 80, and 81 received into evidence by stipulation
- 9:28  Plaintiffs call Dr. Dan Karasic as witness no. 1
- 10:21  Court in recess
- 10:39  Direct examination of witness no. 1 continues
- 12:00  Court in recess for lunch

**TIME**  *Day 1 continued (Court Reporter: Valarie Flora)*

- 1:00  Direct examination of witness no. 1 continues
- 4:17  Court in recess

**TIME**  *Day 1 continued (Court Reporter: Elaine Hinson)*

- 4:39  Plaintiffs call Dr. Deanna Adkins as witness no. 2
- 7:50  Court in recess for the day

**TIME**  *Day 2, Tuesday, October 18, 2022  (Court Reporter: Karen Dellinger)*
- 8:28   Court in session; Plaintiffs call Dr. Jack Turban as witness no. 3
- 10:40  Plaintiffs call Dr. Armand Matheny as witness no. 4
- 11:45  Court in recess for lunch

**TIME**  *Day 2 continued (Court Reporter: Valarie Flora)*
- 1:00   Direct examination of witness no. 4 continues
- 1:59   Plaintiffs call Donnie Saxton as witness no. 5
- 2:40   Plaintiffs call Aaron Jennen as witness no. 6
- 3:15   Plaintiffs' move to admit Deposition designations of Amy Embry (Exhibit 28), Dr. Rhys Branman (Exhibit 9), and Representative Robin Lundstrum (Exhibit 18) into evidence; the Court takes the matter of deposition designations under advisement
- 3:33   Court in recess for the day

**TIME**  *Day 3, Wednesday, October 19, 2022  (Court Reporter: Elaine Hinson)*
- 9:04   Court in session; parties address stipulated facts
- 9:48   Plaintiffs call Dr. Michele Hutchison as witness no. 7
- 11:00  Court in recess

- 11:16  Cross examination of witness no. 7 begins; Defendants' exhibits 49 and 54 received into evidence
- 12:20  Court in recess for lunch

**TIME**  *Day 3 continued (Court Reporter: Valarie Flora)*
- 1:30   Cross examination of witness no. 7 begins
- 1:53   Plaintiffs call Katherine Stambough as witness no. 8
- 2:43   Plaintiffs call Amanda Dennis as witness no.. 9
- 3:20   Plaintiffs call Joanna Brandt as witness no. 10
- 4:08   Court in recess

**TIME**  *Day 3 continued (Court Reporter: Karen Dellinger)*
- 4:29   Plaintiffs call Dylan Brandt as witness no. 11
- 4:50   Court in recess for the day

| TIME | **_Day 4, Friday, October 21, 2022  (Court Reporter: Valarie Flora)_** |
|---|---|
| 9:00 | Court in session; Defendants move for Judgment as a matter of law; motion denied for the reasons stated on the record |
| 9:43 | Defendants call Cathy Campbell as witness no. 1 |
| 10:49 | Defendants call Dr. Stephanie Ho as witness no. 2 |
| 12:00 | Court in recess |

| TIME | **_Day 4 continued (Court Reporter: Karen Dellinger)_** |
|---|---|
| 12:07 | Defendants call Dr. Janet Cathey as witness no. 3; Defendants' exhibit 59 (only bates stamps 360-367) received |
| 12:45 | Court in recess; Court to reconvene on November 28, 2022 |

| TIME | **_Day 5, Monday, November 28, 2022  (Court Reporter: Karen Dellinger)_** |
|---|---|
| 9:00 | Court in session; Defendants call Stephen Levine as witness no. 4 |
| 12:00 | Court in recess for lunch |

| TIME | **_Day 5 continued (Court Reporter: Valarie Flora)_** |
|---|---|
| 1:00 | Direct examination of witness no. 4 continues |
| 1:52 | Cross examination of witness no. 4 begins |
| 2:40 | Court in recess |

| TIME | **_Day 5 continued (Court Reporter: Elaine Hinson)_** |
|---|---|
| 3:00 | Cross examination of witness no. 4 continues |
| 4:19 | Court in recess for the day |

| TIME | **_Day 6, Tuesday, November 29, 2022  (Court Reporter: Elaine Hinson)_** |
|---|---|
| 8:00 | Court in session; Defendants call Dr. Mark Regnerus (by video) as witness no. 5 |
| 10:10 | Court in recess |

| TIME | **_Day 6 continued (Court Reporter: Karen Dellinger)_** |
|---|---|
| 10:35 | Cross examination of witness no. 5 begins |
| 10:55 | Defendants call Dr. Patrick Lappert as witness no. 6 |
| 12:00 | Court in recess for lunch |

| TIME | **_Day 6 continued (Court Reporter: Valarie Flora)_** |
|---|---|
| 1:00 | Cross examination of witness no 6 begins |
| 1:06 | Court in recess for the day |

**TIME**  *Day 7, Wednesday, November 30, 2022  (Court Reporter: Karen Dellinger)*
 9:00   Court in session; Defendants call Dr. Roger Hiatt as witness no. 7
10:33   Defendants call Laura Perry as witness no. 8
11:19   Defendants call Billy Burleigh as witness no. 9
12:53   Court in recess for the day

**TIME**  *Day 8, Thursday, December 1, 2022  (Court Reporter: Valarie Flora)*
 9:00   Court in session; Defendants call Dr. Paul Hruz as witness no. 10
12:19   Court in recess for lunch


**TIME**  *Day 8 continued (Court Reporter: Elaine Hinson)*
 2:00   Cross examination of witness no. 10 begins
 2:19   Defendants rest; parties agree to submit a joint proposed briefing schedule to the court
 2:20   Court adjourned