IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DYLAN BRANDT, *et al.*,

PLAINTIFFS,

v.    No. 4:21-CV-00450-JM

LESLIE RUTLEDGE, *et al.*,    DEFENDANTS.

| PLAINTIFFS' WITNESS LIST | | |
|---|---|---|
| NAME | NUMBER | DATE |
| Dan H. Karasic, M.D. | 1 | 10/17/2022 |
| Jack Turban, M.D., MHS | 3 | 10/18/2022 |
| Deanna Adkins, M.D. | 2 | 10/17/2022 |
| Armand H. Matheny Antommaria, MD, PhD, FAAP, HEC-C Dr. | 4 | 10/18/2022 |
| Michele Hutchison | 7 | 10/19/2022 |
| Dr. Katherine Stambough | 8 | 10/19/2022 |
| Aaron Jennen | 6 | 10/18/2022 |
| Donnie Saxton | 5 | 10/18/2022 |
| Joanna Brandt | 10 | 10/19/2022 |
| Dylan Brandt | 11 | 10/19/2022 |
| Amanda Dennis | 9 | 10/19/2022 |
| Amy Embry | | |
| Dr. Rhys Branman | | |
| Representative Robin Lundstrum | | |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT,** *et al.*,

**PLAINTIFFS,**

v.  No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE,** *et al.*,

**DEFENDANTS.**

| Received | Exhibit No. | Description | Date |
|---|---|---|---|
| X-Stip | PX1 | Curriculum Vitae of Dr. Jack Turban | **10/17/2022** |
| X-Stip | PX2 | Curriculum Vitae of Dr. Dan Karasic | **10/17/2022** |
| X-Stip | PX3 | Curriculum Vitae of Dr. Deanna Adkins | **10/17/2022** |
| X-Stip | PX4 | Curriculum Vitae of Dr. Armand Antommaria | **10/17/2022** |
| X-Stip | PX5 | Jennen Family Photo from Complaint | **10/17/2022** |
| X-Stip | PX6 | Saxton Family Photo from Complaint | **10/17/2022** |
| X-Stip | PX7 | Brandt Family Photo from Complaint | **10/17/2022** |
| X-Stip | PX8 | Dennis Family Photo from Complaint | **10/17/2022** |
|  | PX9 | Video and Transcript of Deposition of Ms. Amy Embry, as Designated |  |
| X-Stip | PX10 | Notice of Videotaped Rule 30(b)(6) Deposition of Defendant Arkansas State Medical Board | **10/17/2022** |
|  | PX11 | The Arkansas State Medical Practices Act & Regulations, revised as of December 2, 2020 |  |
| X-Stip | PX12 | Arkansas State Medical Board Website Homepage | **10/17/2022** |
|  | PX13 | Arkansas State Medical Board Website Regulatory/Discipline Page |  |
|  | PX14 | H.B. 1718, 91st Gen. Assem, Reg. Sess. (Ark. 2017). |  |
|  | PX15 | Arkansas Department of Health Guidance for the Use of Hydroxychloroquine and Chloroquine For the Treatment of COVID 19 |  |
| X-Stip | PX16 | H.B. 1570, 93rd Gen. Assem, Reg. Sess. (Ark. 2021). | **10/17/2022** |
|  | PX17 | Hutchinson, Asa "Why I vetoed my party's bill restricting health care for transgender youth" Washington Post, April 8, 2021 |  |
|  | PX18 | Video and Transcript of Deposition of Dr. Rhys Branman, as Designated |  |
|  | PX19 | Public Service Announcement from Little Rock Cosmetic Surgery Center |  |
|  | PX20 | American Society of Plastic Surgeons – Gender Affirmation Surgeries |  |
|  | PX21 | Videos of Legislative Hearings Held During the Passage of HB1570 |  |
|  | PX22 | Transcript of March 10, 2021 House Hearing Regarding HB1570 |  |
|  | PX23 | Transcript of March 22, 2021 Senate Hearing Regarding HB1570 |  |
|  | PX24 | Transcript of March 29, 2021 Senate Hearing Regarding HB1570 |  |
|  | PX25 | Transcript of March 9, 2021 House Hearing Regarding HB1570 |  |

| | | | |
|---|---|---|---|
| | PX26 | Transcript of April 6, 2021 House Vote Regarding HB1570 | |
| | PX27 | Transcript of April 6, 2021 Senate Vote Regarding HB1570 | |
| | PX28 | Video and Transcript of Deposition of Rep. Robin Lundstrum, as Designated | |
| | PX29 | May 28, 2021 Email from Amanda Banks, Subject: Statesmen Academy Alumni Newsletter, April-May 2021 | |
| | PX30 | August 27, 2021 Email from Amanda Banks, Subject: Statesmen Academy Alumni Newsletter: August 2021 | |
| | PX31 | Family Policy Alliance – Gender Issues Policy Panel Outline | |
| | PX32 | Text Messages between Rep. Lundstrom and Leslie Rutledge | |
| | PX33 | February 7, 2022 Notes | |
| | PX34 | June 21, 2021 Email from Robin Lundstrum to Robin Lundstrum, Subject: Ground Zero! Focusing on What Brings Us Together | |