IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

D‌YLAN B‌RANDT, *et al.*,

                                                                               P‌LAINTIFFS,

v.                        No. 4:21-CV-00450-JM

L‌ESLIE R‌UTLEDGE, *et al.*,                                    D‌EFENDANTS.

**WITNESS LIST OF DEFENDANTS**
**EXCHANGED WITH COUNSEL FOR PLAINTIFFS ON OCTOBER 10, 2022**

| No. | Witness Name | "Will" or "May" Call | Date |
|---|---|---|---|
|  | Dr. Kathryn Stambough | Will |  |
|  | Dr. Michele Hutchison | Will |  |
| 10 | Dr. Paul Hruz | Will | 12/1/2022 |
| 4 | Dr. Stephen Levine | Will | 11/28/2022 |
| 5 | Dr. Mark Regnerus (by video) | Will | 11/29/2022 |
| 6 | Dr. Patrick Lappert | Will | 11/29/2022 |
| 7 | Dr. Roger Hiatt | Will | 11/30/2022 |
| 9 | Billy Burleigh | Will | 11/30/2022 |
| 8 | Laura Perry | Will | 11/30/2022 |
| 2 | Dr. Stephanie Ho | Will | 10/21/2022 |
| 1 | Cathy Campbell | Will | 10/21/2022 |
| 3 | Dr. Janet Cathey | Will | 10/21/2022 |
|  | Amy Embry | May |  |

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

DYLAN BRANDT, *et al.*,

                PLAINTIFFS,

v.         No. 4:21-CV-00450-JM

LESLIE RUTLEDGE, *et al.*,                DEFENDANTS.

## TRIAL EXHIBIT LIST OF DEFENDANTS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. James M. Moody, Jr. | Breean Walas<br>Leslie Cooper<br>Lauren Goldsmith<br>*Et al.* | Dylan Jacobs<br>Michael Cantrell<br>Amanda Land<br>Hannah Templin |
| TRIAL DATE(S)<br>October 17, 2022 | COURT REPORTER | COURTROOM DEPUTY |

| Received | Deft. No. | Date Offered[1] | Object. | Stip. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| X | 1 | 10/17/22 | | STIP | Curriculum Vitae of Stephen Levine |
| X | 2 | 10/17/22 | | STIP | Curriculum Vitae of Mark Regnerus |
| X | 3 | 10/17/22 | | STIP | Curriculum Vitae of Paul Hruz |
| X | 4 | 10/17/22 | | STIP | Curriculum Vitae of Patrick Lappert |
| | 13 | | 801, 802 | | Excerpts from the American Psychiatric Association – The Diagnostic and Statistical Manual of Mental Disorders (5th ed.) (Pages 451-459) |
| | 14 | | 401; 402; 801; 802; 805 | | World Professional Association for Transgender Health – Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People (7th version) |
| | 15 | | 801; 802; | | S. Paige Hertweck & Maggie L. Dwiggins – Clinical Protocols in Pediatric and Adolescent Gynecology (2nd ed.) |
| | 16 | | 801; 802; 805 | | United States Centers for Medicare & Medicaid Services – Final Decision Memorandum on Gender Reassignment Surgery for Medicare Beneficiaries with Gender Dysphoria; dated August 30, 2016 |

| | 17 | | 801; 802; 805 | | | Sweden, The National Board of Health and Welfare – Care of children and adolescents with gender dysphoria, dated March 2022 |
|---|---|---|---|---|---|---|
| | 18 | | 403; 801; 802; 805 | | | United Kingdom, National Institute for Health and Care Excellence – Evidence review: Gender-affirming hormones or children and adolescents with gender dysphoria, dated October 2020 |
| | 19 | | 403; 801; 802; 805 | | | United Kingdom, National Institute for Health and Care Excellence – Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria, dated October 2020 |
| | 20 | | 403; 801; 802; 805 | | | United Kingdom, The Cass Review – Independent review of gender identity services for children and young people: Interim report, dated February 2022 |
| | 21 | | 403; 801; 802; 805 | | | United Kingdom, The Cass Review – Independent Review of Gender Identity Services for Children and Young People, dated July 19, 2022 |
| | 22 | | 801; 802 | | | Sweden, Swedish Agency for Health Tech. Assessment and Assessment of Social Services – Gender Dysphoria in Children and Adolescents: An Invetory of the Literature, dated December 2019 |
| | 23 | | 403; 801; 802; 805 | | | Finland, FALCO/COHERE (Council for Choices in Healthcare in Finland) – Recommendations by the Board for Selection of Choices for Health Care in Finland (English Language) |
| | 24 | | 401; 402; 403; 801; 802; 805 | | | Finland, FALCO/COHERE (Council for Choices in Healthcare in Finland) – Recommendations by the Board for Selection of Choices for Health Care in Finland (Finnish Language) |
| | 25 | | 403; 801; 802; 805; | | | Finland, PALCO/COHERE (Council for Choices in Healthcare in Finland) – Recommendations by the Board for Selection of Choices for Health Care in Finland, translation dated May 18, 2022 |
| | 26 | | 801; 802; 805 | | | The Royal Australian & New Zealand College of Psychiatrists – Recognizing and addressing the mental health needs of people experiencing Gender Dysphoria/Gender Incongruence, dated August 2021 |
| | 27 | | 801; 802 | | | French National Academy of Medicine – Medicine and gender transidentity in children and adolescents |

| | | | | | |
|---|---|---|---|---|---|
| | 28 | | 801; 802 | | Sweden, Karolinska Hospital – Policy Change Regarding Hormonal Treatment of Minors with Gender Dysphoria at Tema Barn – Astrid Lindgren Children's Hospital, dated 2021 |
| | 29 | | 801; 802 | | Sweden, Karolinska Hospital – Guideline Regarding Hormonal Treatment of Minors with Gender Dysphoria at Tema Barn – Astrid Lindgren Children's Hospital (ALB), dated 2021 |
| | 39 | | 801; 802 | | American Academy of Pediatrics – Risk of pseudotumor cerebri added to labeling for gonadotropin-releasing hormone agonists, from the Food and Drug Administration, dated July 1, 2022 |
| | 40 | | 801; 802; 805 | | American Psychological Association – Guidelines for Psychological Practice with Transgender and Gender Nonconforming People, dated December 2015 |
| | 41 | | 403; 801; 802; 805 | | Endocrine Society – Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline, dated September 13, 2017 |
| X | 44 | 10/17/22 | | STIP | Declarations by Dr. Stambough (Stambough Deposition Exhibit 2) |
| | 46 | | 801; 802 | | Declaration by Dr. Michele Hutchison (Hutchison Deposition Exhibit 1) |
| | 47 | | 602 | | Plaintiffs' Response to Defendants' First Set of Interrogatories (Hutchison Deposition Exhibit C1) |
| X | 48 | Sealed 10/19/22 | | STIP | Medical Records (Hutchison Deposition Exhibit C2) |
| X | 49 | 10/19/22 | 801; 802 | | Masculinizing Therapy Consent Form (Hutchison Deposition Exhibit C3) |
| | 50 | | 801; 802 | | ICD-10 Definition (Hutchison Deposition Exhibit C4) |
| X | 51 | Sealed 10/17/22 | | STIP | Medicaid Reimbursement Form (Hutchison Deposition Exhibit C6) |
| X | 52 | Sealed 10/17/22 | | STIP | Medical Records (Hutchinson Deposition Exhibit C7) |
| X | 54 | 10/19/22 | 801; 802; 805 | | Feminizing Therapy Consent Form (Hutchison Deposition Exhibit C8) |
| | 57 | | 602; 801; 802; | | *Gender Affirming Care*, Planned Parenthood Great Plains [screenshot] (Cathey Deposition Exhibit 3) |

|  | 58 |  | 403; 801; 802; |  | *Gender Affirming Care*, Planned Parenthood Great Plains [screenshot] (Cathey Deposition Exhibit 4) |
|---|---|---|---|---|---|
| X | 59 | 10/21/22 (Bates no. 360-367 only) | 801; 802 |  | Bundled Consent Forms (Cathey Deposition Exhibit 5) |
|  | 61 |  | 403; 801; 802 |  | An Overview of Clinical Care of Transgender Patients (Cathey Deposition Exhibit C1) |
|  | 62 |  | 403; 801; 802 |  | Planned Parenthood Clinical Guidelines (Cathey Deposition Exhibit C2) |
|  | 63 |  | 801; 802 |  | Letter dated April 6, 2021 by Dr. Roger Hiatt and others; BrandtPlaintiffs-00001580 (Hiatt Deposition Exhibit 5) |
|  | 66 |  | 801; 802; 805 |  | Letter dated March 31, 2021 by Dr. Hiatt to the Honorable Asa Hutchinson, Governor of Arkansas (Hiatt Deposition Exhibit 25) |
|  | 68 |  | 801; 802; 805 |  | Paul W. Hruz, Lawrence S. Mayer, and Paul R. McHugh, "Growing Pains: Problems with Puberty Suppression in Treating Gender Dysphoria," The New Atlantis, dated Spring 2017 (Hruz Deposition Exhibit 4) |
|  | 75 |  | 403; 801; 802 |  | Feminizing Information (Ho Deposition Exhibit 5) |
| X | 76 | Sealed 10/17/22 |  | STIP | Medical Records (Ho Deposition Exhibit C1) |
|  | 77 |  | 401; 402; 403 |  | Unsigned Consent Form (Ho Deposition Exhibit C2) |
| X | 79 | Sealed 10/17/22 |  | STIP | Counseling Records (Campbell Deposition Exhibit C1) |
| X | 80 | Sealed 10/17/22 |  | STIP | Counseling Records (Campbell Deposition Exhibit C3) |
| X | 81 | Sealed 10/17/22 |  | STIP | Counseling Records (Campbell Deposition Exhibit C4) |
|  | 89 |  | 801; 802; 805 |  | Richard Branstrom & John Pachankis, *Reduction in Mental Health Treatment Utilization Among Transgender Individuals After Gender-Affirming Surgeries: A Total Population Study* |
|  | 90 |  | 801; 802; 805 |  | Letters to the Editor on the Branstrom & Pachankis Study (Exhibit 13 to Response in Opposition to Motion for PI) |
|  | 91 |  | 801; 802; 805 |  | Correction to Branstrom & Pachankis (Exhibit 12 to Response in Opposition to Motion for PI) |

Case 4:21-cv-00450-JM   Document 245   Filed 12/01/22   Page 6 of 6

| | 92 | | 801; 802; 805 | | | Stephen B. Levine, E. Abbruzzese & Julia W. Mason, "Reconsidering Informed Consent for TransIdentified Children, Adolescents," and Young Adults, Journal of Sex & Marital Therapy |