**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DYLAN BRANDT, et al.,**                                                                              **PLAINTIFFS**

v.                                       Case No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE, et al.,**                                                                        **DEFENDANTS**

<u>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**</u>

**PLEASE TAKE NOTICE**, that, pursuant to Rule 83.5(f) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas, on the accompanying declaration, I, Alexander F.R. Peacocke, hereby move this Court for leave to withdraw as counsel for Plaintiffs in the above-captioned action. The remaining counsel of record will continue to represent Plaintiffs in this action.

Dated: December 30, 2022

                                                                    Respectfully submitted,

                                                                    */s/ Alexander Peacocke*
                                                                    Alexander F.R. Peacocke*
                                                                    Sullivan & Cromwell LLP
                                                                    125 Broad Street
                                                                    New York, NY  10004
                                                                    Telephone: (212) 558-3754
                                                                    peacockea@sullcrom.com
                                                                    *Counsel for Plaintiffs*

                                                                    *Admitted pro hac vice