**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DYLAN BRANDT, et al.,**                                                              **PLAINTIFFS**

**v.**                            **Case No. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE, et al.,**                                             **DEFENDANTS**

**[PROPOSED] ORDER APPROVING WITHDRAWAL AS COUNSEL**

This matter having come before the Court by the filing of a Motion to Withdraw as Counsel by Alexander F.R. Peacocke,

**IT IS HEREBY ORDERED** as follows:

1. Alexander F.R. Peacocke is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned action, and is fully discharged from any further representation or obligation in this case.

2. Remaining counsel of record will continue to represent Plaintiffs.

3. Alexander F.R. Peacocke (email: peacockea@sullcrom.com) is removed from the CM/ECF service list for this action.

SO ORDERED this ___ day of January 2023 by:

_____
The Honorable James M. Moody, Jr.
United States District Judge