IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT,** *et al.*,

                **PLAINTIFFS,**

v.      No. 4:21-CV-00450-JM

**LESLIE RUTLEDGE,** *et al.*,       **DEFENDANTS.**

**MOTION TO WITHDRAW**

COMES NOW, Senior Assistant Attorney General Amanda Land, attorney for Defendants and for her Motion to Withdraw, states:

1. Senior Assistant Attorney General Amanda Land will no longer be assigned to this case. She has taken reasonable steps to avoid foreseeable prejudice to the rights of the State, and remaining counsel of record for Defendants will continue to represent the State in this matter.

2. There are no papers or property to tender to the State, and there is no fee, or part of a fee, to be refunded the State, but if any exists, Senior Assistant Attorney General Amanda Land stands ready to deliver such to the State.

WHEREFORE, Senior Assistant Attorney General Amanda Land respectfully moves the Court to issue an order relieving her as attorney of record for the State in this matter.

Respectfully submitted,

**LESLIE RUTLEDGE
ATTORNEY GENERAL**

By:   /s/ Amanda Land
      Amanda Land, Ark. Bar No. 2012135
      Senior Assistant Attorney General
      Arkansas Attorney General's Office
      323 Center Street, Suite 200
      Little Rock, AR 72201
      (501) 682-2029

## CERTIFICATE OF SERVICE

  I, Amanda Land, hereby certify that on January 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/Amanda Land  
Amanda Land
