# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                          **PLAINTIFFS**

**v.**                      **CASE NO. 4:21-CV-00450-JM**

**LESLIE RUTLEDGE, et al.,**                        **DEFENDANTS**

## STIPULATION AND ORDER

The parties, by and through their counsel, respectfully submit the following Stipulation and Order:

WHEREAS, on December 1, 2022, the Court directed the parties to meet and confer and to submit to the Court a proposed schedule for submitting proposed findings of fact and post-trial briefs.

WHEREAS, the parties have met and conferred and have agreed to a proposed schedule for post-trial submissions and a page limit for the post-trial briefs only.

NOW, THEREFORE, the parties, by and through their counsel, hereby stipulate and agree to submit proposed findings of fact on January 18, 2023, and to submit post-trial briefs on February 1, 2023. The parties further stipulate and agree that there will be no page limit for proposed findings of fact, and a page limit of

45 double-spaced pages for post-trial briefs, exclusive of any cover pages or tables of contents and/or authorities.

| | |
|---|---|
| Dated: December 15, 2022 | Respectfully submitted, |
| *Leslie Cooper* | *Dylan L. Jacobs* |
| Leslie Cooper* | Leslie Rutledge |
| Chase Strangio* | Arkansas Attorney General |
| James Esseks* | |
| Lisa "Li" Nowlin-Sohl* | Dylan L. Jacobs (2016167) |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | ARKANSAS ATTORNEY GENERAL'S OFFICE |
| 125 Broad St. | 323 Center Street, Suite 200 |
| New York, NY 10004 | Little Rock, AR 72201 |
| Telephone: (917) 345-1742 | Phone: (501) 682-2700 |
| lcooper@aclu.org | Email: |
| cstrangio@aclu.org | dylan.jacobs@arkansasag.gov |
| jesseks@aclu.org | |
| lnowlin-sohl@aclu.org | Michael Cantrell (2012287) |
| | ARKANSAS ATTORNEY GENERAL'S OFFICE |
| Sarah Everett, Ark. Bar No. 2017249 | 323 Center Street, Suite 200 |
| Gary Sullivan, Ark. Bar No. 92051 | Little Rock, AR 72201 |
| ARKANSAS CIVIL LIBERTIES UNION FOUNDATION, INC. | Phone: (501) 682-2401 |
| 904 W. 2nd Street | Email: |
| Little Rock, AR 72201 | michael.cantrell@arkansasag.gov |
| Telephone: (501) 374-2842 | |
| sarah@acluarkansas.org | Amanda D. Land (2012135) |
| gary@acluarkansas.org | ARKANSAS ATTORNEY GENERAL'S OFFICE |
| Beth Echols, Ark. Bar No. 2002203 | 323 Center Street, Suite 200 |
| Christopher Travis, Ark. Bar No. 97093 | Little Rock, AR 72201 |
| Drake Mann, Ark. Bar No. 87108 | Phone: (501) 682-2029 |
| GILL RAGON OWEN, P.A. | Email: |
| 425 W. Capitol Avenue, Suite 3800 | amanda.land@arkansasag.gov |
| | *Attorneys for Defendants* |

Little Rock, AR 72201
Telephone: (501) 376-3800
echols@gill-law.com
travis@gill-law.com
mann@gill-law.com

Breean Walas, Ark. Bar No. 2006077
WALAS LAW FIRM, PLLC
P.O. Box 4591
Bozeman, MT 59772
Telephone: (501) 246-1067
breean@walaslawfirm.com

Garrard R. Beeney*
Lauren M. Goldsmith*
Alexander Peacocke*
Arun Bodapati*
Rebecca Kadosh*
Alexander S. Holland*
Sophia M. Matthew*
Jonathan G. Lester*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
beeneyg@sullcrom.com
goldsmithl@sullcrom.com
peacockea@sullcrom.com
bodapatia@sullcrom.com
kadoshr@sullcrom.com
hollanda@sullcrom.com
matthews@sullcrom.com
lesterj@sullcrom.com

Laura Kabler Oswell*
Aviv S. Halpern*
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303

Telephone: (650) 461-5600
oswell@sullcrom.com
halperna@sullcrom.com

Daniel J. Richardson*
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Suite 700
Washington, DC 20006
Telephone: 202-956-7500
richardsond@sullcrom.com
*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*

**IT IS SO ORDERED.**

_____
Hon. James M. Moody, Jr.
United States District Judge