IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DYLAN BRANDT *et al.*,

           PLAINTIFFS,

v.         Case No. 4:21-CV-00450-JM

TIM GRIFFIN, in his official capacity as
Arkansas Attorney General, *et al.*

           DEFENDANTS.

NOTICE OF SUBSTITUTION OF PARTY

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Defendants respectfully notify the Court that Tim Griffin has succeeded Leslie Rutledge as the Attorney General of Arkansas and is therefore "automatically substituted as a party" in this action.

Dated: January 18, 2023         Respectfully submitted,

        TIM GRIFFIN
          Attorney General

        DYLAN L. JACOBS (2016167)
          Deputy Solicitor General
        MICHAEL A. CANTRELL (2012287)
        HANNAH L. TEMPLIN (2021277)
          Assistant Solicitors General
        OFFICE OF THE ARKANSAS
          ATTORNEY GENERAL
        323 Center Street, Suite 200
        Little Rock, Arkansas 72201
        (501) 682-2007 (main)
        Dylan.Jacobs@ArkansasAG.gov

        *Counsel for Defendants*