# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DYLAN BRANDT** *et al.*,

                                                                      **PLAINTIFFS,**

v.                      Case No. 4:21-CV-00450-JM

**TIM GRIFFIN**, in his official capacity as
Arkansas Attorney General, *et al.*

                                                                      **DEFENDANTS.**

## MOTION TO FILE UNDER SEAL

Defendants submit this motion to file under seal the unredacted version of Defendants' Proposed Findings of Fact, and state as follows:

1. Pursuant to the stipulated schedule approved by the Court, the parties' proposed findings of fact are due today. ECF No. 255.

2. Defendants' proposed findings of fact refer to matters contained in the sealed portion of the bench-trial proceedings. Defendants therefore request leave to file the proposed findings of fact under seal.

3. Defendants will file on the public docket a redacted version of their proposed findings of fact, which will reference only matters from the non-sealed portions of the bench-trial proceedings.

Therefore, Defendants respectfully request that the Court grant their motion to file the unredacted version of their proposed findings of fact under seal.

1

Dated:  January 18, 2023

Respectfully submitted,

TIM GRIFFIN
  Attorney General

DYLAN L. JACOBS (2016167)
  Deputy Solicitor General
MICHAEL A. CANTRELL (2012287)
HANNAH L. TEMPLIN (2021277)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007 (main)
Dylan.Jacobs@ArkansasAG.gov

*Counsel for Defendants*