# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - x

DYLAN BRANDT, et al.,        :

                :

        Plaintiff,    :

    v.        :

                :   Case No. 4:21-CV-00450-JM

TIM GRIFFIN, et al.,        :

                :

        Defendant.  :

                :

- - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' UNREDACTED PROPOSED FINDINGS OF FACT

For their Motion for Leave to File Under Seal Plaintiffs' Unredacted Proposed Findings of Fact, Plaintiffs state:

1. Pursuant to the Court's December 1, 2022 Order, and the Parties' Stipulation, dated December 15, 2022 (ECF No. 250), which the Court so-ordered on January 17, 2023 (ECF No. 255), Plaintiffs are filing their Proposed Findings of Fact.

2. Plaintiffs' Unredacted Proposed Findings of Fact includes proposed findings that reveal confidential information offered during sealed portions of the trial proceedings.

3. The confidential information at issue relates to one of the minor plaintiff's medical records and medical history, and it was offered during the testimony of the minor plaintiff's medical doctor and the minor plaintiff's therapist. As the Court already recognized in sealing those portions of the trial proceedings, the confidential information at issue should be maintained under seal to protect the minor plaintiff's privacy interests.

4.      Plaintiffs therefore seek leave to file under seal Plaintiffs' Unredacted

Proposed Findings of Fact .

5.      Plaintiffs will provide Plaintiffs' Unredacted Proposed Findings of Fact to

Defendants and the Court.

WHEREFORE, Plaintiffs respectfully pray for leave to file under seal Plaintiffs'

Unredacted Proposed Findings of Fact.


*Gary L. Sullivan*

Leslie Cooper*
Chase Strangio*
James Esseks*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY  10004
Telephone: (917) 345-1742
lcooper@aclu.org
cstrangio@aclu.org
jesseks@aclu.org
*Attorneys for the Plaintiffs*

Beth Echols, Ark. Bar No. 2002203
Christopher Travis, Ark. Bar No. 97093
Drake Mann, Ark. Bar No. 87108
Gill Ragon Owen, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, AR  72201
Telephone: (501) 376-3800
echols@gill-law.com
travis@gill-law.com
mann@gill-law.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*


Breean Walas, Ark. Bar No. 2006077
Walas Law Firm, PLLC
P.O. Box 4591
Bozeman, MT  59772
Telephone: (501) 246-1067
breean@walaslawfirm.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Sarah Everett, Ark. Bar No. 2017249
Gary Sullivan, Ark. Bar No. 92051
Arkansas Civil Liberties Union Foundation, Inc.
904 W. 2nd Street
Little Rock, AR  72201
Telephone: (501) 374-2842
sarah@acluarkansas.org
gary@acluarkansas.org
*Attorneys for the Plaintiffs*


Garrard R. Beeney*
Lauren M. Goldsmith*
Arun Bodapati*
Rebecca S. Kadosh*
Alexander S. Holland*
Sophia M. Matthew*
Jonathan G. Lester*

Laura Kabler Oswell*
Aviv S. Halpern*
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA  94303
Telephone: (650) 461-5600
oswelll@sullcrom.com

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
beeneyg@sullcrom.com
goldsmithl@sullcrom.com
bodapatia@sullcrom.com
kadoshr@sullcrom.com
hollanda@sullcrom.com
matthews@sullcrom.com
lesterj@sullcrom.com
*Attorneys for the Plaintiffs*

Daniel J. Richardson*
1700 New York Avenue NW
Suite 700
Washington, DC  20006
Telephone: 202-956-7500
richardsond@sullcrom.com

*Attorney for Plaintiffs*

halperna@sullcrom.com
*Attorneys for the Plaintiffs*

*Admitted pro hac vice