IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, ET AL**                                                                 PLAINTIFFS

V.                                      **4:21CV00450 JM**

**LESLIE RUTLEDGE, ET AL**                                                              DEFENDANTS

ORDER

The Clerk is directed to change the name of Defendant Leslie Rutledge to Tim Griffin.

IT IS SO ORDERED this 19th day of January 2023.

_____
James M. Moody Jr.
United States District Judge