IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - x
DYLAN BRANDT, et al.,

           Plaintiff,

v.

TIM GRIFFIN, et al.,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 4:21-CV-00450-JM

**MOTION FOR LEAVE TO FILE UNDER SEAL
PLAINTIFFS' UNREDACTED POST-TRIAL BRIEF**

      For their Motion for Leave to File Under Seal Plaintiffs' Unredacted Post-Trial Brief, Plaintiffs state:

      1. Pursuant to the Court's December 1, 2022 Order, and the Parties' Stipulation, dated December 15, 2022 (ECF No. 250), which the Court so-ordered on January 17, 2023 (ECF No. 255), Plaintiffs are filing their Post-Trial Brief.

      2. Plaintiffs' Unredacted Post-Trial Brief includes statements that reveal confidential information offered during sealed portions of the trial proceedings.

      3. The confidential information at issue relates to one of the minor Plaintiff's medical records and medical history, and was offered during the testimony of the minor Plaintiff's physician and the minor Plaintiff's therapist. As the Court already recognized in sealing those portions of the trial proceedings, the confidential information at issue should be maintained under seal to protect the minor Plaintiff's privacy interests.

4. Plaintiffs therefore seek leave to file under seal Plaintiffs' Unredacted Post-Trial Brief.

5. Plaintiffs will provide a copy of Plaintiffs' Unredacted Post-Trial Brief to Defendants and the Court.

WHEREFORE, Plaintiffs respectfully pray for leave to file under seal Plaintiffs' Unredacted Post-Trial Brief.s

 *Gary L. Sullivan*_____

| | |
|---|---|
| Leslie Cooper | Beth Echols, Ark. Bar No. 2002203 |
| Chase Strangio* | Christopher Travis, Ark. Bar No. 97093 |
| James Esseks* | Drake Mann, Ark. Bar No. 87108 |
| American Civil Liberties Union Foundation | Gill Ragon Owen, P.A. |
| 125 Broad St. | 425 W. Capitol Avenue, Suite 3800 |
| New York, NY  10004 | Little Rock, AR  72201 |
| Telephone: (917) 345-1742 | Telephone: (501) 376-3800 |
| lcooper@aclu.org | echols@gill-law.com |
| cstrangio@aclu.org | travis@gill-law.com |
| jesseks@aclu.org | mann@gill-law.com |
| *Attorneys for the Plaintiffs* | *On behalf of the Arkansas Civil Liberties Union Foundation, Inc.* |
| | *Attorneys for the Plaintiffs* |
| Breean Walas, Ark. Bar No. 2006077 | Sarah Everett, Ark. Bar No. 2017249 |
| Walas Law Firm, PLLC | Gary Sullivan, Ark. Bar No. 92051 |
| P.O. Box 4591 | Arkansas Civil Liberties Union Foundation, Inc. |
| Bozeman, MT  59772 | 904 W. 2nd Street |
| Telephone: (501) 246-1067 | Little Rock, AR  72201 |
| breean@walaslawfirm.com | Telephone: (501) 374-2842 |
| *On behalf of the Arkansas Civil Liberties Union Foundation, Inc.* | sarah@acluarkansas.org |
| *Attorneys for the Plaintiffs* | gary@acluarkansas.org |
| | *Attorneys for the Plaintiffs* |
| Garrard R. Beeney* | Laura Kabler Oswell* |
| Lauren M. Goldsmith* | Aviv S. Halpern* |
| Arun Bodapati* | Sullivan & Cromwell LLP |
| Rebecca S. Kadosh* | 1870 Embarcadero Road |
| Alexander S. Holland* | Palo Alto, CA  94303 |
| Sophia M. Matthew* | Telephone: (650) 461-5600 |

Jonathan G. Lester*  
Sullivan & Cromwell LLP  
125 Broad Street  
New York, NY 10004  
Telephone:  (212) 558-4000  
beeneyg@sullcrom.com  
goldsmithl@sullcrom.com  
bodapatia@sullcrom.com  
kadoshr@sullcrom.com  
hollanda@sullcrom.com  
matthews@sullcrom.com  
lesterj@sullcrom.com  
*Attorneys for the Plaintiffs*

Daniel J. Richardson*  
1700 New York Avenue NW  
Suite 700  
Washington, DC  20006  
Telephone: 202-956-7500  
richardsond@sullcrom.com

*Attorney for Plaintiffs*

oswelll@sullcrom.com  
halperna@sullcrom.com  
*Attorneys for the Plaintiffs*

**Admitted pro hac vice*