## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
DYLAN BRANDT, et al.,                      :
                                           :
                    Plaintiffs,            :
                                           :        Case No. 4:21-CV-00450-JM
          v.                               :
                                           :
TIM GRIFFIN, et al.,                       :
                                           :
                    Defendants.            :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

## MOTION FOR LEAVE TO FILE UNDER SEAL NOTICE OF MOTION AND MOTION FOR CHANGE OF ATTORNEY'S NAME

For their Motion for Leave to File Under Seal Notice of Motion and Motion for Change of Attorney's Name ("Motion"), the undersigned states:

1.     The Motion includes personal and sensitive, private information of a non-party, Attorney Maxime D. Matthew, including pertaining to their legal name change.

2.     The undersigned therefore seeks leave to file under seal the Motion.

WHEREFORE, the undersigned respectfully prays for leave to file under seal the Motion.

Maxime D. Matthew*                    Gary Sullivan, Ark. Bar No. 92051
Sullivan & Cromwell LLP               Arkansas Civil Liberties Union
125 Broad Street                      Foundation, Inc.
New York, NY 10004                    904 W. 2nd Street

Telephone: (212) 558-4000
matthewm@sullcrom.com
*Attorney for the Plaintiffs*

Little Rock, AR 72201
Telephone: (501) 374-2842
gary@acluarkansas.org
*Attorney for the Plaintiffs*

*\*Admitted pro hac vice*