**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DYLAN BRANDT, et al.,**                                                                                    **PLAINTIFFS**

v.                                           Case No. 4:21-CV-00450-JM

**TIM GRIFFIN, et al.,**                                                                                      **DEFENDANTS**

<u>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**</u>

**PLEASE TAKE NOTICE**, that, pursuant to Rule 83.5(f) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas, on the accompanying declaration, I, Rebecca S. Kadosh, hereby move this Court for leave to withdraw as counsel for Plaintiffs in the above-captioned action. The remaining counsel of record will continue to represent Plaintiffs in this action.

Dated: May 10, 2023

                                                        Respectfully submitted,

                                                        <u>/s/ Rebecca S. Kadosh</u>
                                                        Rebecca S. Kadosh*
                                                        Sullivan & Cromwell LLP
                                                        125 Broad Street
                                                        New York, NY  10004
                                                        Telephone: (212) 558-3963
                                                        kadoshr@sullcrom.com
                                                        *Counsel for Plaintiffs*

                                                        *\*Admitted pro hac vice*