IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                                                             **PLAINTIFFS**

v.                             **Case No. 4:21-CV-00450-JM**

**TIM GRIFFIN, et al.,**                                                                         **DEFENDANTS**

<u>**[PROPOSED] ORDER APPROVING WITHDRAWAL AS COUNSEL**</u>

This matter having come before the Court by the filing of a Motion to Withdraw as Counsel by Rebecca S. Kadosh,

**IT IS HEREBY ORDERED** as follows:

1.    Rebecca S. Kadosh is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned action, and is fully discharged from any further representation or obligation in this case.

2.    Remaining counsel of record will continue to represent Plaintiffs.

3.    Rebecca S. Kadosh (email: kadoshr@sullcrom.com) is removed from the CM/ECF service list for this action.

SO ORDERED this ___ day of _____ 202__ by:

_____
The Honorable James M. Moody, Jr.
United States District Judge