IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
DYLAN BRANDT, et al.,                             :
                                                  :
                    Plaintiffs                    :
        v.                                        :
                                                  :  Case No. 4:21-CV-00450-JM
LESLIE RUTLEDGE, et al.,                          :
                                                  :
                    Defendants                    :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

## MOTION TO WITHDRAW

Comes now Gary Sullivan, attorney for Plaintiffs, and for his Motion to Withdraw states:

1. Gary Sullivan is leaving employment with the ACLU of Arkansas, effective May 26, 2023.

2. Remaining counsel of record for Plaintiffs will continue to represent the Plaintiffs in this matter.

3. There are no papers or property to tender to the Plaintiffs, and there is no fee, or part of a fee, to be refunded to Plaintiffs.

WHEREFORE, Gary Sullivan respectfully moves the Court to issue an order relieving him as attorney of record for the Plaintiffs in this matter.

Respectfully submitted,

Gary Sullivan, Ark. Bar No. 92051
Arkansas Civil Liberties Union Foundation, Inc.
904 W. 2nd Street
Little Rock, AR  72201
Telephone: (501) 374-2842
gary@acluarkansas.org
*Attorneys for the Plaintiffs*