IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **DYLAN BRANDT, et al.,** | | **PLAINTIFFS** |
| v. | Case No. 4:21-CV-00450-JM | |
| **TIM GRIFFIN, et al.,** | | **DEFENDANTS** |

### DECLARATION OF ARUN BODAPATI

I, Arun Bodapati, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I have been admitted *pro hac vice* to practice before this Court and am an associate at Sullivan & Cromwell LLP, counsel to Plaintiffs in the above-captioned action.

2. As of June 10, 2023, I will no longer be affiliated with Sullivan & Cromwell LLP.

3. Remaining counsel of record will continue to represent Plaintiffs in this matter.

4. Copies of my Notice of Motion to Withdraw as Counsel and this declaration will be served on all parties to the above-captioned action via ECF.

Executed on June 8, 2023 in New York, New York.

/s/   Arun Bodapati
Arun Bodapati