**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DYLAN BRANDT, et al.,**                                                                    **PLAINTIFFS**

**v.**                                        **Case No. 4:21-CV-00450-JM**

**TIM GRIFFIN, et al.,**                                                                    **DEFENDANTS**

### [PROPOSED] ORDER APPROVING WITHDRAWAL AS COUNSEL

This matter having come before the Court by the filing of a Motion to Withdraw as Counsel by Arun Bodapati,

**IT IS HEREBY ORDERED** as follows:

1. Arun Bodapati is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned action, and is fully discharged from any further representation or obligation in this case.

2. Remaining counsel of record will continue to represent Plaintiffs.

3. Arun Bodapati (email: bodapatia@sullcrom.com) is removed from the CM/ECF service list for this action.

SO ORDERED this ___ day of _____ 202__ by:

_____
The Honorable James M. Moody, Jr.
United States District Judge