# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                    **PLAINTIFFS**

**V.**                                    **4:21CV00450 JM**

**LESLIE RUTLEDGE, et al.,**                                  **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Plaintiffs and against the Defendants.

IT IS SO ORDERED this 20th day of June, 2023.

_____
James M. Moody Jr
United States District Judge