IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, ET AL**                                                        **PLAINTIFFS**

V.                              **4:21CV00450 JM**

**LESLIE RUTLEDGE, ET AL**                                                    **DEFENDANTS**

<u>**ORDER**</u>

Plaintiffs' motion to extend time to file their motion for attorneys' fees and costs (ECF No. 285) is GRANTED in part and DENIED in part. Plaintiffs have until September 20, 2023 to submit their motion.

IT IS SO ORDERED this 11th day of July, 2023.

_____
James M. Moody Jr
United States District Judge