# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYLAN BRANDT**, *et al.*,       **PLAINTIFFS,**

v.       No. 4:21-CV-00450-JM

**TIM GRIFFIN, in his official capacity as
the Arkansas Attorney General,** *et al.*,       **DEFENDANTS.**

### NOTICE OF APPEAL

Defendants, Tim Griffin, in his official capacity as the Attorney General of the State of Arkansas; Amy E. Embry in her official capacity as the Executive Director of the Arkansas State Medical Board; and Sylvia D. Simon, Robert Breving Jr., John H. Scribner, Elizabeth Anderson, Rhys L. Branman, Edward "Ward" Gardner, Rodney Griffin, Betty Guhman, Brian T. Hyatt, Timothy C. Paden, Don R. Philips, William L. Rutledge, David L. Staggs, and Veryl D. Hodges, in their official capacities as members of the Arkansas State Medical Board,[1] give notice of their appeal to the United States Court of Appeals for the Eighth Circuit from this Court's Order (Doc. 283) issued on June 20, 2023, and the Judgment entered the same day. (Doc. 284).

The Eighth Circuit has jurisdiction because this is an appeal from a final judgment of a district court of the United States, 28 U.S.C. 1291, which also confers jurisdiction over "all of the previous rulings and orders that led up to and served as a predicate for that final judgment." *Greer v. St. Louis Reg'l Med. Ctr.*, 258 F.3d 843, 846 (8th Cir. 2001); *see Johnson v. Leonard*, 929 F.3d 569, 575 (8th Cir. 2019).

---

[1] Sylvia D. Simon, Robert Breving, Jr., Rhys L. Branman, Brian T. Hyatt, William L. Rutledge, and David L. Staggs are no longer serving on the Arkansas State Medical Board. Their successors in office are Michael J. Birrer, Christopher D. Davis, C. Wesley Kluck, Jr., Brian L. McGee, Matthew A. Sellers, and Brad A. Thomas, who are automatically substituted as parties. Fed. R. Civ. P. 25(d); Fed. R. App. P. 43(c)(2).

Dated:  July 20, 2023                    Respectfully submitted,

TIM GRIFFIN
  Attorney General
NICHOLAS J. BRONNI (2016097)
  Solicitor General
DYLAN L. JACOBS (2016167)
  Deputy Solicitor General
MICHAEL A. CANTRELL (2012287)
  Assistant Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007 (main)
Dylan.Jacobs@ArkansasAG.gov

*Counsel for Defendants*