# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 21, 2023

Mr. Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

     RE:  23-2681  Dylan Brandt, et al v. Tim Griffin, et al

Dear Counsel:

     The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     **<u>We note the docketing fee is pending. Please pay the $505 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.</u>**

     The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

     Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc:     Mr. Garrard R. Beeney
        Mr. Michael A. Cantrell
        Ms.  Clerk, U.S. District Court, Eastern District of Arkansas
        Ms. Leslie Cooper
        Ms. Karen Dellinger
        Ms. Sharon Elizabeth Echols
        Mr. James D. Esseks
        Ms. Sarah C. Everett
        Ms. Valarie Flora
        Ms. Lauren Maisel Goldsmith
        Mr. Aviv S. Halpern
        Ms. Elaine M Hinson
        Mr. Alexander S. Holland
        Mr. Dylan L. Jacobs
        Mr. Jonathan G. Lester
        Mr. Peter Drake Mann
        Ms. Maxime D. Matthew
        Mr. Li Nowlin-Sohl
        Ms. Laura Kabler Oswell
        Mr. Daniel J. Richardson
        Mr. Chase B. Strangio
        Ms. Hannah Lorraine Templin
        Mr. Christopher L. Travis
        Ms. Breean Walas

        District Court/Agency Case Number(s):   4:21-cv-00450-JM

**Caption For Case Number:   23-2681**

Dylan Brandt, by and through his mother Joanna Brandt; Joanna Brandt; Sabrina Jennen, by and through her parents Lacey and Aaron Jennen; Lacey Jennen; Aaron Jennen; Brooke Dennis, by and through her parents Amanda and Shayne Dennis; Amanda Dennis; Shayne Dennis; Parker Saxton, by and through his father Donnie Saxton; Donnie Saxton; Michele Hutchison, on behalf of herself and her patients; Kathryn Stambough, on behalf of herself and her patients

       Plaintiffs - Appellees

v.

Tim Griffin, in his official capacity as the Arkansas Attorney General; Amy E. Embry, in her official capacity as the Executive Director of the Arkansas State Medical Board; Michael J. Birrer, in official capacity as member of the Arkansas State Medical Board; Christopher D. Davis, in official capacity as member of the Arkansas State Medical Board; John H. Scribner, in official capacity as member of the Arkansas State Medical Board; Elizabeth Anderson, in official capacity as member of the Arkansas State Medical Board; C. Wesley Kluck, in official capacity as member of the Arkansas State Medical Board; Edward Gardner, "Ward"; in official capacity as member of the Arkansas State Medical Board; Rodney Griffin, in official capacity as member of the Arkansas State Medical Board; Betty Guhman, in official capacity as member of the Arkansas State Medical Board; Brian L. McGee, in official capacity as member of the Arkansas State Medical Board; Timothy C. Paden, in official capacity as member of the Arkansas State Medical Board; Don R. Philips, in official capacity as member of the Arkansas State Medical Board; Matthew A. Sellers, in official capacity as member of the Arkansas State Medical Board; Brad A. Thomas, in official capacity as member of the Arkansas State Medical Board; Veryl D. Hodges, in official capacity as member of the Arkansas State Medical Board

       Defendants - Appellants

**Addresses For Case Participants:   23-2681**

Mr. Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Garrard R. Beeney
SULLIVAN & CROMWELL
2720
125 Broad Street
New York, NY  10004-2498

Mr. Michael A. Cantrell
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Ms.  Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Leslie Cooper
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18th Floor
18th Floor
125 Broad Street
New York, NY  10004-2400

Ms. Karen Dellinger
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
C-115
500 W. Capitol Avenue
Little Rock, AR  72201

Ms. Sharon Elizabeth Echols
GILL & RAGON
Suite 3800
425 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. James D. Esseks
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18th Floor
125 Broad Street
New York, NY  10004-2400

Ms. Sarah C. Everett
AMERICAN CIVIL LIBERTIES UNION
ACLU of Arkansas
Suite 1
904 W. Second Street
Little Rock, AR  72201-5727

Ms. Valarie Flora
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
Room C-118
500 W. Capitol Avenue
Little Rock, AR  72201

Ms. Lauren Maisel Goldsmith
SULLIVAN & CROMWELL
125 Broad Street
New York, NY  10004-2498

Mr. Aviv S. Halpern
SULLIVAN & CROMWELL
550 Hamilton Avenue
Palo Alto, CA  94301-2010

Ms. Elaine M Hinson
C411
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Alexander S. Holland
SULLIVAN & CROMWELL
125 Broad Street
New York, NY  10004-2498

Mr. Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Jonathan G. Lester
SULLIVAN & CROMWELL
125 Broad Street
New York, NY  10004-2498

Mr. Peter Drake Mann
GILL & RAGON
Suite 3800
425 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Maxime D. Matthew
SULLIVAN & CROMWELL
125 Broad Street
New York, NY  10004-2498

Mr. Li Nowlin-Sohl
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
Immigrants' Rights Project
125 Broad Street
New York, NY  10004-0000

Ms. Laura Kabler Oswell
SULLIVAN & CROMWELL
550 Hamilton Avenue
Palo Alto, CA  94301-2010

Mr. Daniel J. Richardson
SULLIVAN & CROMWELL
1700 New York Avenue, N.W.
Washington, DC  20005

Mr. Chase B. Strangio
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18th Floor
125 Broad Street
New York, NY  10004-2400

Ms. Hannah Lorraine Templin
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Christopher L. Travis
GILL & RAGON
Suite 3800
425 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Breean Walas
WALAS LAW FIRM
711 W. Third Street
Little Rock, AR  72201

**John Hibbs**

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, July 21, 2023 2:11 PM |
| **Subject:** | 23-2681 Dylan Brandt, et al v. Tim Griffin, et al "CIVIL case docketed" (4:21-cv-00450-JM) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 07/21/2023

| | |
|---|---|
| **Case Name:** | Dylan Brandt, et al v. Tim Griffin, et al |
| **Case Number:** | 23-2681 |
| **Document(s):** | Document(s) |

**Docket Text:**
Civil case docketed. [5298264] [23-2681] (Adrienne Vonder Haar)

**Notice will be electronically mailed to:**

Mr. Garrard R. Beeney: beeneyg@sullcrom.com, garrard-beeney-2307@ecf.pacerpro.com
Mr. Nicholas J. Bronni: nicholas.bronni@arkansasag.gov
Mr. Michael A. Cantrell, Assistant Solicitor General: michael.cantrell@arkansasag.gov, brittany.garcia@arkansasag.gov
Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Leslie Cooper: lcooper@aclu.org, sgarcia@aclu.org, ccaicedo@aclu.org
Ms. Karen Dellinger, Court Reporter: Karen_Dellinger@ared.uscourts.gov, kdell619@yahoo.com
Ms. Sharon Elizabeth Echols: echols@gill-law.com
Mr. James D. Esseks: jesseks@aclu.org
Ms. Sarah C. Everett: sarah@acluarkansas.org, megan@acluarkansas.org
Ms. Valarie Flora, Court Reporter: Valarie_Flora@ared.uscourts.gov
Ms. Lauren Maisel Goldsmith: goldsmithl@sullcrom.com
Mr. Aviv S. Halpern: halperna@sullcrom.com
Ms. Elaine M Hinson, Court Reporter: elaine_hinson@ared.uscourts.gov
Mr. Alexander S. Holland: hollanda@sullcrom.com
Mr. Dylan L. Jacobs, Assistant Solicitor General: dylan.jacobs@arkansasag.gov, brittany.garcia@arkansasag.gov
Mr. Jonathan G. Lester: lesterj@sullcrom.com
Mr. Peter Drake Mann: mann@gill-law.com, tricia@gill-law.com
Ms. Maxime D. Matthew: matthewm@sullcrom.com
Mr. Li Nowlin-Sohl: lnowlin-sohl@aclu.org
Ms. Laura Kabler Oswell: oswelll@sullcrom.com
Mr. Daniel J. Richardson: Richardsond@sullcrom.com

Mr. Chase B. Strangio: cstrangio@aclu.org, sgarcia@aclu.org
Ms. Hannah Lorraine Templin, Assistant Attorney General: hannah.templin@arkansasag.gov,
brittany.garcia@arkansasag.gov
Mr. Christopher L. Travis: travis@gill-law.com, melissa@gill-law.com
Ms. Breean Walas: breean@walaslawfirm.com, walaslawfirm@gmail.com


The following document(s) are associated with this transaction:
**Document Description:** Civil Docketing Letter
**Original Filename:** /opt/ACECF/live/forms/AdrienneVonderHaar_232681_5298264_CivilDocketingLetters_104.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/21/2023] [FileNumber=5298264-0]
[433fef52e06f5d09e5a995942fd5da2eea606f3db97978ab24054dfc25bfcd9c40b768ce3e4c22ae68b02cee34662e55c968
726097389be6c7240c54a27aec88]]
**Recipients:**

- Mr. Garrard R. Beeney
- Mr. Nicholas J. Bronni
- Mr. Michael A. Cantrell, Assistant Solicitor General
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Ms. Leslie Cooper
- Ms. Karen Dellinger, Court Reporter
- Ms. Sharon Elizabeth Echols
- Mr. James D. Esseks
- Ms. Sarah C. Everett
- Ms. Valarie Flora, Court Reporter
- Ms. Lauren Maisel Goldsmith
- Mr. Aviv S. Halpern
- Ms. Elaine M Hinson, Court Reporter
- Mr. Alexander S. Holland
- Mr. Dylan L. Jacobs, Assistant Solicitor General
- Mr. Jonathan G. Lester
- Mr. Peter Drake Mann
- Ms. Maxime D. Matthew
- Mr. Li Nowlin-Sohl
- Ms. Laura Kabler Oswell
- Mr. Daniel J. Richardson
- Mr. Chase B. Strangio
- Ms. Hannah Lorraine Templin, Assistant Attorney General
- Mr. Christopher L. Travis
- Ms. Breean Walas


The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 5298264
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7322851, 7322852

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

### APPEAL BRIEFING SCHEDULE ORDER

Appeal No.      23-2681   Dylan Brandt, et al v. Tim Griffin, et al

Date:           July 21, 2023

### APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix
      preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment.
      If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee
      should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at:  www.ca8.uscourts.gov/appeal-preparation-
      information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information .

### GENERAL INFORMATION

The following filing dates are established for the appeal. The dates will only be extended
upon the filing of a timely motion establishing good cause for an extension of time. An extension
of time automatically extends the filing date for the responding or replying party's brief. Dates
are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and
FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be
found at www.ca8.uscourts.gov/rules-procedures

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be
found at the same address.

## APPEAL BRIEFING SCHEDULE
## FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . . **10 days from service of appellant's designation**

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **08/30/2023**
  **( Karen Dellinger, Valarie Flora, Elaine Hinson )**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/11/2023**
  **( Tim Griffin et al )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/11/2023**
  **( Tim Griffin et al )**


Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues**
                                          **the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**21 days from the date the court issues**
                                          **the Notice of Docket Activity filing the brief.**


## ALL BRIEFS AND APPENDICES SHOULD BE
## FILED WITH THE ST. LOUIS OFFICE

## John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, July 21, 2023 2:16 PM |
| **Subject:** | 23-2681 Dylan Brandt, et al v. Tim Griffin, et al "Civil Briefing Schedule Set" (4:21-cv-00450-JM) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 07/21/2023

| | |
|---|---|
| **Case Name:** | Dylan Brandt, et al v. Tim Griffin, et al |
| **Case Number:** | 23-2681 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS:
Transcript due on or before 08/30/2023. Appendix due 09/11/2023. BRIEF APPELLANTS, Elizabeth Anderson, Michael J. Birrer, Christopher D. Davis, Amy E. Embry, Edward Gardner, Rodney Griffin, Tim Griffin, Betty Guhman, Veryl D. Hodges, C. Wesley Kluck, Brian L. McGee, Timothy C. Paden, Don R. Philips, John H. Scribner, Matthew A. Sellers and Brad A. Thomas due 09/11/2023
Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant. [5298270] [23-2681] (Adrienne Vonder Haar)

**Notice will be electronically mailed to:**

Mr. Garrard R. Beeney: beeneyg@sullcrom.com, garrard-beeney-2307@ecf.pacerpro.com
Mr. Nicholas J. Bronni: nicholas.bronni@arkansasag.gov
Mr. Michael A. Cantrell, Assistant Solicitor General: michael.cantrell@arkansasag.gov, brittany.garcia@arkansasag.gov
Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Leslie Cooper: lcooper@aclu.org, sgarcia@aclu.org, ccaicedo@aclu.org
Ms. Karen Dellinger, Court Reporter: Karen_Dellinger@ared.uscourts.gov, kdell619@yahoo.com
Ms. Sharon Elizabeth Echols: echols@gill-law.com
Mr. James D. Esseks: jesseks@aclu.org
Ms. Sarah C. Everett: sarah@acluarkansas.org, megan@acluarkansas.org
Ms. Valarie Flora, Court Reporter: Valarie_Flora@ared.uscourts.gov
Ms. Lauren Maisel Goldsmith: goldsmithl@sullcrom.com
Mr. Aviv S. Halpern: halperna@sullcrom.com
Ms. Elaine M Hinson, Court Reporter: elaine_hinson@ared.uscourts.gov
Mr. Alexander S. Holland: hollanda@sullcrom.com
Mr. Dylan L. Jacobs, Assistant Solicitor General: dylan.jacobs@arkansasag.gov, brittany.garcia@arkansasag.gov

Mr. Jonathan G. Lester: lesterj@sullcrom.com
Mr. Peter Drake Mann: mann@gill-law.com, tricia@gill-law.com
Ms. Maxime D. Matthew: matthewm@sullcrom.com
Mr. Li Nowlin-Sohl: lnowlin-sohl@aclu.org
Ms. Laura Kabler Oswell: oswelll@sullcrom.com
Mr. Daniel J. Richardson: Richardsond@sullcrom.com
Mr. Chase B. Strangio: cstrangio@aclu.org, sgarcia@aclu.org
Ms. Hannah Lorraine Templin, Assistant Attorney General: hannah.templin@arkansasag.gov,
brittany.garcia@arkansasag.gov
Mr. Christopher L. Travis: travis@gill-law.com, melissa@gill-law.com
Ms. Breean Walas: breean@walaslawfirm.com, walaslawfirm@gmail.com


The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:** /opt/ACECF/live/forms/AdrienneVonderHaar_232681_5298270_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/21/2023] [FileNumber=5298270-0]
[c2b2e209c44ce1073abc29879f5aa7a198a0cd8a67f9fa73469829e9c64ed9f3985d4722656134983bc885f4145ce8796c8
32447591af0b8214868e14f3db830]]
**Recipients:**


- Mr. Garrard R. Beeney
- Mr. Nicholas J. Bronni
- Mr. Michael A. Cantrell, Assistant Solicitor General
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Ms. Leslie Cooper
- Ms. Karen Dellinger, Court Reporter
- Ms. Sharon Elizabeth Echols
- Mr. James D. Esseks
- Ms. Sarah C. Everett
- Ms. Valarie Flora, Court Reporter
- Ms. Lauren Maisel Goldsmith
- Mr. Aviv S. Halpern
- Ms. Elaine M Hinson, Court Reporter
- Mr. Alexander S. Holland
- Mr. Dylan L. Jacobs, Assistant Solicitor General
- Mr. Jonathan G. Lester
- Mr. Peter Drake Mann
- Ms. Maxime D. Matthew
- Mr. Li Nowlin-Sohl
- Ms. Laura Kabler Oswell
- Mr. Daniel J. Richardson
- Mr. Chase B. Strangio
- Ms. Hannah Lorraine Templin, Assistant Attorney General
- Mr. Christopher L. Travis
- Ms. Breean Walas


The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 5298270

**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7322861, 7322862