# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF ARKANSAS

Dylan Brandt, et al.
_____

            v.                        Case No. 4:21CV450-JM

Tim Griffin, et al.
_____

## TRANSCRIPT REQUEST

TO BE COMPLETED BY APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL (Federal Rules of Appellate Procedure, Rule 10(b)(1)).

    A.    Complete one of the following:
- ( ) A transcript is not needed for the appeal.
- ( ) A transcript is already on file.
- (×) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars.) Note: voir dire and closing arguments not prepared unless specifically requested.

> To the extent not otherwise prepared, Defendants request all transcripts of the bench trial in this matter, including proceedings on October 17-21 & Nov. 28-Dec.1, 2022 be prepared and made available.. See Docs. 219, 220, 222, 224, 246-249, 275, 282.

    B.    I certify that financial arrangements have been made with the reporter. Payment is by:
- ( ) Private funds.
- ( ) Government expense (civil case.) A motion for transcript has been submitted to the judge.

SIGNED Michael A. Cantrell     DATE 08/03/2023     COUNSEL FOR Tim Griffin, et al.

ADDRESS Office of the Arkansas Attorney General, 323 Center Street, Suite 200, Little Rock, AR 72201

TELEPHONE 501-682-2401