IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, et al.,**                                                                       **PLAINTIFFS**

v.                           Case No. 4:21-CV-00450-JM

**TIM GRIFFIN, et al.,**                                                             **DEFENDANTS**

### PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to Fed. R. Civ. P. 54(d) and Local Rule 54.1, Plaintiffs hereby move for an award of attorneys' fees and costs as authorized by 42 U.S.C. § 1988 for the following amounts:

- For the ACLU of Arkansas, attorneys' fees in the amount of $10,123.75 and costs totaling $402.00;

- For the law firm of Gill Ragon Owen, P.A., attorneys' fees in the amount of $158,620.00;

- For the Law Office of Breean Walas, attorneys' fees in the amount of $78,711.00;

- For the ACLU Foundation Inc., attorneys' fees in the amount of $1,133,987.50 and costs totaling $114,235.45; and

- For Sullivan & Cromwell LLP, attorneys' fees in the amount of $1,873,337.50 (and payable to the ACLU Foundation Inc. and ACLU of Arkansas) and costs totaling $192,585.64.

For the reasons set forth in Plaintiffs' *Brief in Support*, this *Motion* should be granted.

**WHEREFORE,** Plaintiffs respectfully request the Court grant the *Motion* and award Plaintiffs attorneys' fees and costs for the above-listed amounts.

Dated: September 20, 2023

Respectfully submitted,

*Leslie Cooper*
Leslie Cooper
Chase Strangio*
James Esseks*
Li Nowlin-Sohl*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Telephone: (917) 345-1742
lcooper@aclu.org
cstrangio@aclu.org
jesseks@aclu.org
lnowlin-sohl@aclu.org
*Attorneys for the Plaintiffs*

Garrard R. Beeney*
Lauren M. Goldsmith*
Alexander S. Holland*
Maxime D. Matthew*
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
beeneyg@sullcrom.com
goldsmithl@sullcrom.com
hollanda@sullcrom.com
matthewm@sullcrom.com
*Attorneys for the Plaintiffs*

Daniel J. Richardson*
Sullivan & Cromwell LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
Telephone: 202-956-7500
richardsond@sullcrom.com
*Attorney for the Plaintiffs*

Beth Echols, Ark. Bar No. 2002203
Christopher Travis, Ark. Bar No. 97093
Drake Mann, Ark. Bar No. 87108
Gill Ragon Owen, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, AR 72201
Telephone: (501) 376-3800
echols@gill-law.com
travis@gill-law.com
mann@gill-law.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorneys for the Plaintiffs*

Sarah Everett, Ark. Bar No. 2017249
Arkansas Civil Liberties Union Foundation, Inc.
904 W. 2nd Street
Little Rock, AR 72201
Telephone: (501) 374-2842
sarah@acluarkansas.org
*Attorney for the Plaintiffs*

Laura Kabler Oswell*
Aviv S. Halpern*
Sullivan & Cromwell LLP
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone: (650) 461-5600
oswelll@sullcrom.com
halperna@sullcrom.com
*Attorneys for the Plaintiffs*

*\*Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing was filed electronically with the Clerk of the Court on September 20, 2023 using the CM/ECF system, which shall send notification to any participants including:

Tim Griffin
tim.griffin@arkansasag.gov
Nicholas J. Bronni
nicholas.bronni@arkansasag.gov
Dylan Jacobs
dylan.jacobs@arkansasag.gov
Michael A. Cantrell
michael.cantrell@arkansasag.gov

Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007

*Leslie Cooper*
Leslie Cooper