# Exhibit 1

## Declaration of Holly Dickson

Holly Dickson declares as follows:

1. I serve as the Executive Director of the American Civil Liberties Union ("ACLU") of Arkansas. I provided legal and other support to counsel and plaintiffs in the matter of Brandt et al vs. Griffin et al, 4:21-cv-00450-JM.

2. I graduated with honors from the University of Arkansas at Little Rock / William H. Bowen School of Law in 1998 where I served as an assistant editor of the law journal and I have been licensed to and actively practicing law in Arkansas since August of 1998. From 1998 through 2006, I was in private practice in Little Rock, Arkansas, and concentrated my practice almost entirely in the areas of employment discrimination and civil rights. I have been on staff as an attorney for the ACLU of Arkansas since June of 2006 and served as legal director until 2021. Starting in 2021, I became Executive Director at the ACLU of Arkansas, and no longer directly litigate cases myself. While I was actively litigating, I litigated numerous complex cases from their inception through their conclusion in state and federal courts, including trial and appellate work. I have also taught trial advocacy or lawyering skills to law students at the Bowen School of Law.

3. In my 15 years litigating at the ACLU of Arkansas, I built, or brought together, numerous legal teams to bring civil rights and civil liberties cases under civil rights statutes, including 42 USC § 1983.

3. I am familiar with the legal resources and expertise available in Arkansas on civil rights and civil liberties issues. Arkansas has a dynamic bar replete with attorneys who are generous with their time and talent to assist clients whose civil rights or civil liberties are in

jeopardy. We engaged some of these very attorneys who played key and invaluable roles in this litigation.

4.  Most often, our litigation is carried out through cooperating attorneys licensed in Arkansas who agree to work with us to represent our clients. Occasionally, and certainly more rarely, a case demands an incredible amount of work (sometimes on a compressed timeline) that requires us to engage an out-of-state law firm capable of providing a team of lawyers to help us obtain the relief our clients need. This was one of those cases.

5.  My experience in staffing legal teams for complex litigation has been that even Arkansas's largest firms sometimes are not able to dedicate the attorney and staff time required for such cases.

6.  I am also well familiar with Arkansas HB1570 of 2021, as the ACLU of Arkansas advocated relentlessly against the bill's passage. At the same time, we anticipated litigation from the time we learned the bill would be filed and began work early to develop a case to challenge the constitutionality of the law, including identifying counsel to help us prepare the litigation. I'm familiar with the work with clients as well as legal work such as briefing, discovery, expert reports and testimony, depositions, and trial preparation required in this type of case. Given my experience with this type of litigation, and with the legal community in Arkansas, I knew we would not be able find an Arkansas law firm that would have the capacity to shoulder on its own such a complex, labor-intensive case on the timetable under which we needed to proceed to obtain an injunction and trial on the merits.

7.  The complex constitutional and factual issues involved in this case – the first of its kind to be tried in the United States – required the significant staffing and other resources of a

multinational firm as well as the specialized expertise of our ACLU National attorneys who have experience litigating issues related to access to gender-affirming medical care.

8. Without the resources and expertise of counsel outside Arkansas, the ACLU of Arkansas would not have been able to litigate this case as we needed to in order to obtain the relief we achieved for transgender Arkansans and their families.

I have read the foregoing declaration and swear under penalty of perjury that the matters contained herein are true and correct to the best of my knowledge and belief.

Dated: September 19, 2023

_____
Holly Dickson