# Exhibit 2

## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - -   x
DYLAN BRANDT, et al.,                                  :
                                                       :
                Plaintiffs,                            :
                                                       :
        v.                                             :   Case No. 4:21-CV-00450-JM
                                                       :
TIM GRIFFIN, et al.,                                   :
                                                       :
                Defendants.                            :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

<u>Declaration of John L. Burnett</u>

I declare that the following facts are true, to the best of my knowledge, information, and belief:

1. I am in private practice in Little Rock, Arkansas. My Arkansas Bar Number is 77021. I was first admitted to the Bar of Arkansas in August, 1977, and to the federal bar of the Eastern and Western Districts of Arkansas in September, 1977.

2. I have been regularly engaged in private practice in Arkansas since 1979 following a two-year clerkship with Judge Eisele. My practice is primarily focused on labor, employment, and civil rights law throughout Arkansas. I am regularly involved in litigation in all state and federal courts in Arkansas regarding these issues. As chair of the Legal Committee of the ACLU of Arkansas, I have also authorized, reviewed, and followed all ACLU litigation in Arkansas for over three decades.

3. I am aware of the hourly rates being charged by lawyers in this state, as well as the availability of lawyers to represent individuals in matters similar to those in this case and the quality of those lawyers' work. I am familiar as well with the fees awarded by various judges as a fair "market rate" for this type of work, including a recent review of fee awards in both the Western and Eastern Districts of Arkansas.

4. I have read most of the substantive documents in this case, including the complaint, answer, various motions and supporting documents, together with this Court's June 20, 2023 Order.

5. I have reviewed the declarations of Sarah Everett, Breean Walas, Beth Echols, Christopher Travis, Drake Mann, and Laura Kabler Oswell. In my experience, the in-state rate for each attorney claiming an in-state rate, considering their respective experience and qualifications, is reasonable and consistent with rates awarded by federal courts in Arkansas.

## **VERIFICATION**

I verify under penalty of perjury under the laws of the United States and 28 U.S.C. §1746 that the foregoing information is true and correct.

<u>John L. Burnett</u>
John L. Burnett 77021
LAVEY and BURNETT
904 West Second St.
Little Rock, AR 72201
(501) 376-2269
Fax: (501) 372-1134
jburnett@laveyandburnett.com

Executed on September 19, 2023