# Exhibit 3

Declaration of Sarah Everett

Sarah Everett declares as follows:

1. I am an attorney at the American Civil Liberties Union ("ACLU") of Arkansas and co-counsel for the plaintiffs in the matter of *Brandt et al vs. Griffin et al*, 4:21-cv-00450-JM. I have served as co-counsel with attorneys from the ACLU, Walas Law Firm, Gill Ragon Owen, and Sullivan & Cromwell from the inception of the case through the conclusion of trial, which occurred upon the completion and submission of post-trial briefing.

2. I graduated from the University of Minnesota Law School and became licensed to practice in the State of Arkansas in 2017. From the fall of 2017 to the present, I have served as an attorney at the ACLU of Arkansas. My practice has almost exclusively involved civil cases. I have litigated civil cases in federal court involving civil rights and constitutional issues. I also have served as supporting and consulting counsel in civil cases in state and federal court, including those involving constitutional rights protected by the U.S. and Arkansas Constitutions. My litigation experience has included civil rights actions brought under various civil rights statutes, including 42 USC § 1983, and I am currently involved in other § 1983 actions. Through the course of my work and practice of law, I am familiar with the development of civil rights and constitutional law and with the awards of attorney fees to prevailing parties under 42 USC § 1988 and other laws.

3. I have kept track of my work performed on this case and have attached as Exhibit A a breakdown of the hours I have devoted to representing the plaintiffs in their claims on which they have prevailed. The total number of hours for which I am seeking compensation is 57.85. I have excluded approximately 73 hours from the attached summary which were devoted to matters that were cumulative, administrative, nonproductive, or unnecessarily time consuming.

4. I ask that the court award an hourly rate of $175.00 which is within the normal

market range charged by attorneys of similar experience and expertise in the practice of civil rights in this jurisdiction. This rate is, in my opinion, reasonable considering my number of years in practice and the nature of my practice.

5. Multiplying the hours reduced as set forth above and as attached in Exhibit A by the rate of $175 per hour, I am requesting that the sum of $10,123.75 be considered the lodestar figure herein.

6. I request the amount of $402 in costs for filing fees as set forth in Exhibit A.

I have read the foregoing declaration and swear under penalty of perjury that the matters contained herein are true and correct to the best of my knowledge and belief.

Dated: September 19, 2023

*[signature]*
Sarah Everett AR2017249
Arkansas Civil Liberties Union
904 West 2nd Street
Little Rock, AR 72201
(501) 376-2842
sarah@acluarkansas.org

# Exhibit A

## Brandt v. Griffin et al 4:21-cv-00450-JM (ED Ark)

### Sarah Everett

| Date | Action | Hours |
|---|---|---|
| 5/3/2021 | Client interview-Brandt family | 1.0 |
| 5/19/2021 | Email to client JB re: complaint draft | .25 |
| 5/20/2021 | Discussion w/clients JB, DB re: complaint draft | .5 |
| 6/4/2021 | Draft portion of PI brief; review legislative history; draft client declarations for DB and JB | 4.25 |
| 6/9/2021 | Review & edit draft declarations; review draft decl w/clients JB, DB | .7 |
| 6/10/2021 | Review and edit draft PI brief | 1.6 |
| 7/12/2021 | Draft section of reply to Def's PI opposition | 1.8 |
| 7/15/2021 | Review and edit PI reply brief | .6 |
| 9/30/2021 | Email to clients re: gathering documents for discovery | .25 |
| 12/3/2021 | Review Defs' discovery request; email team re: protective order | .5 |
| 12/6/2021 | Meeting w/clients re: Def's discovery request | 1.0 |
| 12/17/2021 | Review and edit draft protective order | .4 |
| 2/23/2022 | Email to clients re: scheduling depositions of parents | .25 |
| 3/9/2022 | Email to clients re: scheduling depositions of parents | .15 |
| 6/26/2022 | Review discovery documents, flag and summarize for Lundstrum deposition | 7.8 |
| 6/28/2022 | Review and edit Lundstrum deposition outline; finalize documents | 2.2 |

| Date | Description | Hours |
|---|---|---|
| 6/29/2022 | Final deposition prep – Lundstrum; review documents, outline; prepare exhibits | 7.0 |
| 6/30/2022 | Deposition – Lundstrum | 9.5 |
| 7/21/2022 | Review & mark Lundstrum deposition for draft designation | 3.0 |
| 7/26/2022 | Review and edit fact stipulations | .4 |
| 7/31/2022 | Emails to and discussion w/ family clients re: verifying facts for pre-trial disclosures | .5 |
| 8/5/2022 | Discussion w/client KS re: verifying facts for pre-trial disclosures | .3 |
| 9/10/2022 | Witness prep – DB | 1.0 |
| 9/12/2022 | Witness prep – JB | 1.0 |
| 9/20/2022 | Review and revise outline for JB direct | .7 |
| 9/22/2022 | Witness prep – JB direct & cross | 1.5 |
| 9/28/2022 | Witness prep – DS direct | 1.7 |
| 9/30/2022 | Witness prep – DS direct & cross | 2.1 |
| 10/7/2022 | Witness prep - JB | 1.0 |
| 10/10/2022 | Witness prep – DS | 1.1 |
| 10/11/2022 | Witness prep – DS | 1.0 |
| 10/14/2022 | Witness prep – DS direct & cross | 1.6 |
| 10/16/2022 | Final prep with DS | 1.2 |
| | **Total:** | 57.85 |

Costs:   Initial filing fee   $402