# Exhibit 4

<u>Declaration of Beth Echols</u>

Beth Echols declares as follows:

1.  I am a private attorney working on behalf of the American Civil Liberties Union of Arkansas as counsel for the plaintiffs in the matter of *Brandt et al vs. Rutledge et al,* 4:21-cv-00450-JM.[1] I have served as co-counsel with attorneys from the ACLU, Sullivan & Cromwell, and Walas Law Firm from the inception of the case through the conclusion of trial, which occurred upon the completion and submission of post-trial briefing. The success of this litigation depended on the expertise of attorneys with the national office of the ACLU as well as the resources and support of attorneys from Sullivan & Cromwell.

2.  I graduated from the University of Arkansas School of Law and became licensed to practice in the State of Arkansas in 2002.  I served as a Deputy Prosecuting Attorney in Benton and Pulaski Counties before entering private practice.  I am a shareholder and director with Gill Ragon Owen, P.A.  My practice focuses on domestic relations and probate litigation. I have appeared in circuit courts throughout the State of Arkansas representing the interests of parents and children in crisis.   I have been recognized by Best Lawyers in America for excellence in family law.

3.  I have kept track of my work performed in the instant case. Attached is a detailed summary of the services and the hours I have devoted to representing the plaintiffs in their claims on which they have prevailed. The total time for which I am seeking compensation is 243.6 hours.

4.  I ask that the court award an hourly rate of $250 which is within the normal market range charged by attorneys of similar experience and expertise in this jurisdiction. This rate is, in my opinion, reasonable considering my number of years in practice and the nature of my practice.

---

[1] Tim Griffin succeeded Leslie Rutledge as Arkansas Attorney General and is now the named party in the litigation.

5.      The billing records for me and my colleagues Christopher Travis and Drake Mann are attached to this declaration as Exhibit A.  Multiplying the hours reduced as set forth above and in Exhibit A by the rate of $250 per hour, I am requesting that the sum of $60,900 be considered the lodestar figure herein.

I have read the foregoing declaration and swear under penalty of perjury that the matters contained herein are true and correct to the best of my knowledge and belief.

Dated: September 19, 2023

_____
Beth Echols

# Exhibit A

**GILL RAGON OWEN, P.A.**
**425 West Capitol Avenue, Suite 3800**
**Little Rock, Arkansas  72201**
**Telephone (501)  376-3800**
**Facsimile (501)  372-3359**
**Federal Tax ID# 71-0765286**

## S T A T E M E N T   F O R   L E G A L   S E R V I C E S

|  |  |
|---|---|
|  | Page: 1 |
| Dylan Brandt | 08/24/2023 |
| 904 West 2nd Street | File #    5487-8002M |
| Little Rock  AR  72201 | 7 |

v. Leslie Rutledge, et al.

| | | Hours |
|---|---|---|
| **04/21/2021** | | |
| SEE | Meeting with Chris Travis to review research outline and expert declarations | 1.50 |
| CLT | intraoffice conference with Beth Echols re:  outline of arguments for draft complaint; expert declarations; status; next steps; study draft expert declaration of Dr. Adkins and outline of argument for draft complaint; | 1.50 |
| **04/22/2021** | | |
| CLT | telephone conference with Sullivan Cromwell team re: status of arguments for complaint; declarations review and edit; open issues; next steps; legal research re: effective date of legislation in a recess situation as opposed to an adjournment; void for vagueness in Arkansas; | 3.10 |
| **04/23/2021** | | |
| CLT | legal research re: how legislative adjournment and recess affect the effective date of legislation enacted without an emergency clause; | 2.40 |
| **04/25/2021** | | |
| SEE | Review video from legislative hearings on March 9th and 22nd | 2.00 |
| **04/26/2021** | | |
| SEE | telephone conference with with the litigation team | 1.50 |
| SEE | Review video from legislative committee hearings; | 1.50 |
| CLT | attend weekly team meeting re:  complaint drafting; experts; status of various statutes; effective date of | |

Dylan Brandt

v. Leslie Rutledge, et al.

| | | | Hours |
|---|---|---|---|
| | | legislation; legal research re: legislative history of various AR acts; | 3.50 |
| 04/28/2021 | | | |
| | SEE | Review additional videos and transcripts for red flags in the legislative committee meetings and floor debate before vote on 1570 and HR1018; draft bullet pointed notes; exchange electronic correspondence with litigation team re: efforts | 3.00 |
| 04/29/2021 | | | |
| | SEE | Review notes for plaintiff interviews; exchange electronic correspondence with litigation team re: additions; | 1.00 |
| | SEE | Pre-meeting discussion with litigation team; Meeting with potential plaintiffs, Gab and Donnie Saxton; | 2.00 |
| 04/30/2021 | | | |
| | SEE | Pre-meeting with litigation team; Interview with potential plaintiff, Sabrina Jensen and her parents; | 1.20 |
| 05/02/2021 | | | |
| | CLT | watch legislative hearings and testimony re: HB 1570; | 2.00 |
| 05/03/2021 | | | |
| | CLT | update chart re:  various bills & acts and review of legislative history; attend team meeting call; study draft complaint; | 1.50 |
| 05/04/2021 | | | |
| | SEE | Appearance at Zoom interview of the Dennis family; | 1.50 |
| | CLT | review and revision of complaint; | 3.00 |
| 05/05/2021 | | | |
| | SEE | Appearance at interview of potential plaintiff; Appearance at post-interview meeting with litigation team; | 1.50 |
| 05/06/2021 | | | |
| | PDM | telephone conference with potential plaintiff Hutchinson | 1.60 |
| | PDM | telephone conference with team members re potential plaintiff | 0.40 |
| 05/07/2021 | | | |
| | SEE | Appearance at interview of potential plaintiff and litigation team meeting immediately thereafter; | 1.00 |

Dylan Brandt

v. Leslie Rutledge, et al.

|  |  | Hours |
|---|---|---|
| 05/08/2021 | | |
| SEE | Exchange electronic correspondence with litigation team re: follow up call with Donnie Saxton; telephone conference with Donnie Saxton; | 0.40 |
| 05/10/2021 | | |
| SEE | Appearance at weekly litigation team meeting; | 1.50 |
| 05/11/2021 | | |
| SEE | telephone conference with Amanda Dennis; telephone conference with Donnie Saxton and team members; exchange electronic correspondence with team members; | 1.00 |
| 05/12/2021 | | |
| SEE | exchange electronic correspondence with litigation team and the Jennen and Dennis families; Meeting with Donnie Saxton; exchange electronic correspondence with litigation team re: meeting; | 2.00 |
| 05/13/2021 | | |
| SEE | telephone conferences with Holly Dickson; telephone conference with Donnie Saxton; | 1.00 |
| 05/17/2021 | | |
| SEE | exchange electronic correspondence with litigation team; exchange electronic correspondence with Plaintiff families re: conflict check; Meeting with litigation team; | 3.00 |
| PDM | conference with litigation team re complaint | 1.40 |
| 05/18/2021 | | |
| SEE | exchange electronic correspondence with clients and litigation team; meeting with clients and litigation team; | 1.50 |
| 05/19/2021 | | |
| SEE | exchange electronic correspondence with litigation team; telephone conference with Holly Dickson; brief telephone conference with Lacey Jennen; exchange electronic correspondence with the Jennen family re: their section of the Complaint;  brief telephone conference with Donnie Saxton; exchange electronic correspondence with the Saxton family re: their section of the Complaint; exchange electronic correspondence with the Dennis family re: their section of the Complaint; review draft Complaint; telephone conference with Leslie Cooper; telephone conference with the Jennen family; | 3.50 |

Dylan Brandt

v. Leslie Rutledge, et al.

|  |  | Hours |
|---|---|---|
| **05/20/2021** | | |
| SEE | exchange electronic correspondence with Leslie Cooper; Review and revise engagement letters; exchange electronic correspondence with Plaintiff families regarding engagement, media training, and other matters | 4.00 |
| **05/21/2021** | | |
| SEE | telephone conference with litigation team; telephone conference with Lacey Jennen; | 1.00 |
| **05/24/2021** | | |
| SEE | weekly litigation team meeting; | 1.00 |
| CLT | attend team Zoom call with litigation team; exchange electronic correspondence with counsel for ACH re:  review of final complaint portions; | 1.80 |
| **05/25/2021** | | |
| SEE | review proposed revisions to Complaint; exchange electronic correspondence with litigation team; prepare summons and cover sheet; exchange electronic correspondence with Plaintiff families; exchange electronic correspondence with counsel for the Medical Board and its members regarding accepting service; | 4.00 |
| CLT | exchange electronic correspondence with team members and other re:  final revisions to Complaint; signature blocks; various open issues; telephone conference with Holly Dickson re: same; review final complaint prior to filing; | 4.00 |
| **05/26/2021** | | |
| SEE | telephone conference with Kevin O'Dwyer re: possibility of accepting service; revise motions to appear pro hac vice; exchange electronic correspondence with team; | 1.00 |
| **05/29/2021** | | |
| CLT | review and revision of Dr. Antommaria's expert declaration; research ethics articles; | 5.90 |
| **05/30/2021** | | |
| PDM | telephone conference with Ms Cooper and Mr Ossip re Dr Antommaria declaration | 1.80 |
| **06/01/2021** | | |
| PDM | telephone conference with team planning | 0.90 |
| PDM | telephone conference with Dr. Antommaria re declaration. | 1.60 |

Dylan Brandt

v. Leslie Rutledge, et al.

|  |  |  | Hours |
|---|---|---|---|
| **06/04/2021** | | | |
| | SEE | review summary judgment motion; review Declaration of Dr. Adkins; exchange electronic correspondence with Chase Strangio re: edits and questions; review legal standard for preliminary; | 2.50 |
| **06/06/2021** | | | |
| | PDM | revise/comment Dr Antommaria declaration; draft e-mail to Ms Cooper and Mr. Ossip; review other plaintiff declarations | 3.50 |
| **06/07/2021** | | | |
| | SEE | review Plaintiff's declarations; exchange electronic correspondence with team re: edits, additions, changes; | 0.50 |
| | SEE | review all Plaintiff declarations except the Brandts; exchange electronic correspondence with team about modifying declarations; review initial Motion for Preliminary Injunction; review background section; review Joanna and Dylan Brandt's declarations; exchange electronic correspondence with Sarah Everett re: her drafts; meeting with litigation team; draft Affidavits of Service; review relevant caselaw; | 3.50 |
| **06/08/2021** | | | |
| | PDM | review and revision of declaration of Dr Antommaria | 1.00 |
| **06/10/2021** | | | |
| | SEE | review Memorandum of Law in support of Motion for Preliminary Injunction; exchange electronic correspondence with team regarding revisions; | 1.00 |
| | CLT | review and revision of Brief in Support of Preliminary Injunction; | 6.30 |
| | PDM | review and revision of or comment to various documents, including Antommaria declaration, motion for preliminary injunction; exchange emails and review of other parties' declarations | 4.70 |
| **06/11/2021** | | | |
| | SEE | exchange electronic correspondence with litigation team and Dennis family; exchange electronic correspondence with team and Saxton family; telephone conference with Dennis family to review their declaration; | 0.50 |
| **06/12/2021** | | | |
| | SEE | telephone conference with litigation team and the Saxton family to finalize declarations; | 0.50 |

Dylan Brandt

v. Leslie Rutledge, et al.

| | | Hours |
|---|---|---|
| PDM | review and revision of Motion for Preliminary Injunction (ACLU); includes research and file review | 4.00 |

**06/13/2021**

| | | |
|---|---|---|
| SEE | review Brief in support of Motion for Preliminary Injunction to confirm citations in Plaintiff family declarations; exchange electronic correspondence with litigation team; research 8th circuit cases on parental autonomy; | 1.00 |

**06/15/2021**

| | | |
|---|---|---|
| CLT | review revised final versions of Preliminary Injunction brief and prepare plaintiff declarations; exchange electronic correspondence with Breean Walas re:  filing details and procedures; | 2.90 |

**06/16/2021**

| | | |
|---|---|---|
| SEE | exchange electronic correspondence with litigation team; review entries of appearance, motion to dismiss, and brief in support; exchange electronic correspondence with plaintiff families regarding filings; | 1.00 |

**06/17/2021**

| | | |
|---|---|---|
| SEE | review Statement of Interest of the United States; meeting with litigation team; exchange electronic correspondence with Plaintiff families; | 2.00 |

**06/19/2021**

| | | |
|---|---|---|
| PDM | legal research re: motion to dismiss response | 4.70 |

**06/21/2021**

| | | |
|---|---|---|
| SEE | conference with litigation team; | 0.50 |
| PDM | intraoffice conferences and email exchanges re extension, briefing, and communications with the court | 1.40 |
| CLT | intraoffice conference re: deadline extensions, and briefing plan & schedule; | 0.90 |

**06/22/2021**

| | | |
|---|---|---|
| SEE | review Motion for Extension of Time; exchange electronic correspondence with State attorneys, litigation team, and Plaintiff families re: same; | 1.50 |
| CLT | legal research re: informed consent by a minor | 2.00 |

**06/24/2021**

| | | |
|---|---|---|
| SEE | exchange electronic correspondence with litigation team; research for response to motion to dismiss; review draft response; | 1.00 |

Dylan Brandt

v. Leslie Rutledge, et al.

| | | | Hours |
|---|---|---|---|
| | CLT | draft Section I of opposition to motion to dismiss; legal research re: decision standards on 12(b)(6) motion; | 5.90 |
| 06/28/2021 | | | |
| | SEE | review revisions to Section 1 of Brief in Support of opposition to motion to dismiss as well as response to motion to dismiss as a whole; | 0.50 |
| 07/08/2021 | | | |
| | CLT | exchange electronic correspondence with litigation team re: upcoming PI/MOD hearing; | 0.90 |
| 07/09/2021 | | | |
| | SEE | exchange electronic correspondence with litigation team; review Response and Brief in Opposition of the Motion for Preliminary Injunction; | 1.00 |
| | CLT | study opposition to Motion for Preliminary Injunction; | 3.50 |
| 07/10/2021 | | | |
| | PDM | includes reading opposition to Motion for dismissal, research authorities, telephone conference with team, additional research, and exchange electronic correspondence with Ms Cooper and Mr Ossip | 7.50 |
| | CLT | attend Zoom litigation team call re: rebuttal to opposition to Motion for preliminary injunction; | 1.00 |
| 07/11/2021 | | | |
| | PDM | work on file; includes continued review of opposition and exhibits; telephone conference with Ms Cooper, Mr Ossip, and Dr Antommaria | 3.00 |
| 07/12/2021 | | | |
| | SEE | conference with litigation team; | 0.50 |
| | SEE | review Brief in Response to Motion for Preliminary Injunction; | 1.00 |
| | CLT | attend Zoom litigation team call re: preparing for hearing on 7/21; | 1.00 |
| | PDM | work on file; includes team conference, legal research on standard of review, and additional file review | 2.60 |
| 07/13/2021 | | | |
| | SEE | review Brief in Response to Motion for Preliminary Injunction; review drafts of Reply; review Amicus for multiple states; meeting with litigation team; | 4.00 |
| | CLT | review and revision of standard of review; irreparable damage; equal protection; other portions of reply to | |

Dylan Brandt

Page: 8
08/24/2023
File #   5487-8002M
7

v. Leslie Rutledge, et al.

|  |  | Hours |
|---|---|---|
|  | opposition to preliminary injunction motion; | 4.00 |
| **07/14/2021** |  |  |
| PDM | review and revision of various documents | 2.00 |
| **07/15/2021** |  |  |
| SEE | review Reply Brief; exchange electronic correspondence with litigation team re: same; telephone conference with Sarah Everett re: coordinating client meeting to prepare for hearing; | 1.00 |
| CLT | study Revised version 1 reply to opposition to PI motion; | 2.00 |
| PDM | review and revision of various documents re reply and intraoffice conferences re hearing | 2.40 |
| **07/17/2021** |  |  |
| SEE | telephone conference with Plaintiff families to prepare for hearing; | 1.00 |
| **07/20/2021** |  |  |
| SEE | conference with litigation team to prepare for hearing; | 2.50 |
| CLT | prepare for hearing; attend conference with litigation team to prepare for hearing; | 4.70 |
| **07/21/2021** |  |  |
| SEE | conference with plaintiff families; appearance at hearing on motion to dismiss and motion for preliminary injunction; appearance at press conference following hearing; | 4.50 |
| CLT | prepare for and attend PI/MTD hearing and litigation meeting thereafter; | 6.50 |
| CLT | prepare for and attend PI/MTD hearing and meetings thereafter; | 6.50 |
| **07/22/2021** |  |  |
| CLT | exchange electronic correspondence with litigation team re: Rule 65(d); preliminary LR re:  Rule 65(d) and its requirements; | 1.50 |
| **07/26/2021** |  |  |
| SEE | conference with litigation team; | 1.00 |
| PDM | attend team meeting litigation re strategy | 0.70 |
| **08/02/2021** |  |  |
| CLT | telephone conference with litigation team meeting re: possible appeal of preliminary injunction; scheduling order; discovery needs; | 1.30 |
| PDM | telephone conference with team litigation re planning | 0.70 |

Dylan Brandt

v. Leslie Rutledge, et al.

Page: 9
08/24/2023
File #   5487-8002M
7

|  |  | Hours |
|---|---|---|
| **08/16/2021** | | |
| CLT | attend Weekly litigation Team Zoom meeting re: possible Appeal by State; | 0.80 |
| **08/18/2021** | | |
| SEE | exchange electronic correspondence with Holly Dickson re: public education material related to case; review material; exchange electronic correspondence with plaintiff families re: material; | 0.20 |
| **08/20/2021** | | |
| SEE | review Notice of Appeal; exchange electronic correspondence with Plaintiff families re: notice of appeal; | 0.40 |
| **08/23/2021** | | |
| SEE | conference with litigation team; review notice of appeal and scheduling order; | 1.00 |
| **08/26/2021** | | |
| PDM | conference with team (Cooper, Rodgerson, Ossip, and Walas) re expert planning | 1.00 |
| **08/30/2021** | | |
| PDM | conference with team re amicus and appeal strategies | 0.70 |
| SEE | appearance at litigation team meeting; | 0.50 |
| **09/23/2021** | | |
| SEE | review State's response to Motion for Scheduling Order; exchange electronic correspondence with Plaintiff families re: state's response; | 0.40 |
| **09/27/2021** | | |
| SEE | weekly litigation team meeting; | 0.50 |
| **10/01/2021** | | |
| PDM | telephone conference with expert witness team | 0.80 |
| **10/04/2021** | | |
| PDM | telephone conference with team re status meeting | 0.60 |
| SEE | meeting of litigation team; | 0.40 |
| **10/06/2021** | | |
| SEE | appearance at Discovery team meeting; draft Authorizations for Disclosure of Health Information for Plaintiffs' signatures; | 1.50 |

Dylan Brandt

v. Leslie Rutledge, et al.

Page: 10
08/24/2023
File #    5487-8002M
7

|  |  | Hours |
|---|---|---|
| **10/09/2021** | | |
| PDM | work on file; reading/file review; legal research | 3.00 |
| **10/11/2021** | | |
| PDM | telephone conference with litigation team re State's requested change to schedule, document sharing system, and updates from amicus, experts, and plaintiffs/discovery working groups. | 0.50 |
| CLT | attend weekly litigation Team Call re: experts; discovery plan; Amici; document share technology; various other issues; | 1.00 |
| SEE | review and revision of Authorizations; exchange electronic correspondence with plaintiff families regarding the authorizations and request for specific medical information; brief telephone conference with Duncan Simpson LaGory; draft letters to accompany authorizations for Sabrina Jennen;  exchange electronic correspondence with Duncan Simpson LaGory re: same; weekly Meeting; | 2.00 |
| **10/12/2021** | | |
| SEE | telephone conference with Dylan Brandt's medical care providers; draft letters to accompany authorizations for Brandt family; | 1.50 |
| **10/13/2021** | | |
| SEE | brief telephone conference with care providers re: authorization; draft letters requesting Brooke Dennis' records to Living Tree Pediatrics, Freeman-Burchfield Institute, and Arkansas Children's Hospital; exchange electronic correspondence with the Dennises re: requested records; | 1.00 |
| **10/18/2021** | | |
| CLT | telephone conference with litigation team re: status reports on open issues; | 0.70 |
| SEE | appearance at litigation team meeting; review medical records provided pursuant to request; exchange electronic correspondence with Ms. Dennis re: records; | 0.50 |
| **10/19/2021** | | |
| CLT | review revised 26(f) Report; review email from various team members re:  thoughts on discovery and deposition limits; | 0.90 |

Dylan Brandt

Page: 11
08/24/2023
File #   5487-8002M
7

v. Leslie Rutledge, et al.

|  |  |  | Hours |
|---|---|---|---|
| **10/20/2021** | | | |
| | PDM | telephone conference with Ms. Cooper and Mr Ossip re Antommaria preparation | 0.80 |
| **10/22/2021** | | | |
| | CLT | review several emails with litigation Team re: 26(f) Report; review latest draft of 26(f) Report; | 1.30 |
| **10/27/2021** | | | |
| | PDM | telephone conference with discovery team re strategy | 1.00 |
| | PDM | intraoffice conference re: Board members as witnesses; | 0.40 |
| | CLT | telephone conference with litigation discovery team re: status of discovery requests, etc.; | 1.00 |
| **11/01/2021** | | | |
| | PDM | conference with discovery team re planning | 0.50 |
| **11/02/2021** | | | |
| | PDM | study draft subpoenas for legislators | 0.20 |
| **11/10/2021** | | | |
| | PDM | telephone conference with discovery team re status and planning | 0.80 |
| | PDM | review and revision of Dr. Antommaria expert report | 3.00 |
| | SEE | appearance at discovery team meeting; revise Authorizations to include Arkansas Children's Hospital; | 0.50 |
| **11/12/2021** | | | |
| | PDM | telephone conference with expert Dr Antommaria, Ms Cooper, and Mr Loevinsohn re report preparation | 1.30 |
| | PDM | draft comments to revisions of Dr. Antommaria expert report | 0.90 |
| **11/15/2021** | | | |
| | PDM | study supplemental information from Dr Antommaria | 1.30 |
| | PDM | attend meeting of discovery team re response to brief, planning re experts, and anticipated response to legislators subpoenas | 0.60 |
| | SEE | appearance at litigation team meeting; | 0.50 |
| **11/17/2021** | | | |
| | PDM | review and comment on report of Dr Antommaria | 1.60 |
| | PDM | review and comment on expert reports (Dr. Adkins and Dr. Turban) | 2.20 |

Dylan Brandt

Page: 12
08/24/2023
File #    5487-8002M
7

v. Leslie Rutledge, et al.

|  |  |  | Hours |
|---|---|---|---|
| **11/22/2021** | | | |
| | PDM | review and revision of Dr. Antommaria expert report and exhibits; make notes for exams of Medical Board defendants | 2.40 |
| **11/23/2021** | | | |
| | PDM | additional review and comment of Dr Antommaria report; make notes on Med Bd witness exams | 2.40 |
| | PDM | study emails among team re briefing schedules and further expert revisions | 0.20 |
| | PDM | exchange electronic correspondence with litigation team re briefing | 0.80 |
| | PDM | intraoffice conference re: ACH; | 0.40 |
| **11/29/2021** | | | |
| | PDM | telephone conference with expert (Armand Antommaria) | 2.00 |
| | PDM | telephone conference with litigation team re status and plans | 0.40 |
| | PDM | review and comment on Dr Antommaria report | 0.60 |
| | PDM | review and comment on other expert reports | 1.00 |
| | CLT | intraoffice conference re: ACH; | 0.40 |
| **12/03/2021** | | | |
| | PDM | telephone conference among Mr Loevinsohn, Ms Cooper, Mr Ossip, and expert witness Dr Antommaria re expert report | 0.80 |
| **12/06/2021** | | | |
| | PDM | telephone conference among expert team | 0.70 |
| | SEE | appearance at weekly litigation team meeting; review discovery propounded upon the Plaintiffs; appearance at discovery discussion meeting with Plaintiff families; | 1.00 |
| **12/09/2021** | | | |
| | PDM | exchange electronic correspondence with Cooper, Ossip, and Loevinsohn re revisions to expert report; includes review of revisions to expert report | 0.50 |
| | SEE | review and revision of Authorization to meet Western Arkansas Counseling and Guidance Center requirements; draft letter to Cathy Campbell to accompany authorization; | 1.00 |
| **12/16/2021** | | | |
| | PDM | telephone conference among team; | 1.50 |
| | SEE | exchange electronic correspondence with litigation team; appearance at videoconference with litigation team; telephone conference with Dennis, Saxton, and Jennen | |

Dylan Brandt

v. Leslie Rutledge, et al.

Page: 13
08/24/2023
File #    5487-8002M
7

|  |  | Hours |
|---|---|---|
|  | Families; | 2.50 |
| CLT | attend litigation team meeting; | 2.00 |
| **12/17/2021** |  |  |
| PDM | exchange electronic correspondence with Mr. Travis, Ms Echols, Mr Sullivan, Ms Dickson; | 1.20 |
| SEE | telephone conference with Holly Dickson; exchange electronic correspondence with litigation team; telephone conference with Holly Dickson and Gary Sullivan; | 2.00 |
| **12/22/2021** |  |  |
| CLT | review and revision of 8th Circuit Appellee Brief; | 4.00 |
| **12/27/2021** |  |  |
| SEE | telephone conference with Cathy Campbell re: Sabrina's records request; intraoffice conference re: Ms. Campbell's concerns; | 0.40 |
| **12/29/2021** |  |  |
| SEE | review Sabrina Jennen's counseling records; exchange electronic correspondence with Duncan Simpson-Lagory and Gregory Smith re: records; | 1.50 |
| **12/30/2021** |  |  |
| CLT | telephone conference with Ed Lowther; Brent Thompson; Duncan Simpson-LaGoy re:  discovery responses from ACH/UAMS doctors; | 0.80 |
| **01/03/2022** |  |  |
| SEE | appearance at weekly litigation team meeting; | 0.50 |
| **01/10/2022** |  |  |
| SEE | appearance at litigation team meeting; | 0.10 |
| **01/31/2022** |  |  |
| SEE | appearance at litigation team meeting; | 0.40 |
| **02/01/2022** |  |  |
| PDM | telephone conference with expert team | 1.00 |
| **02/07/2022** |  |  |
| PDM | review of revised Dr.  Antommaria declaration | 0.50 |
| PDM | attend meetings of litigation team and expert team for Dr Antommaria | 2.00 |
| CLT | attend weekly litigation team call; | 1.00 |

Dylan Brandt

v. Leslie Rutledge, et al.

Page: 14<br>
08/24/2023<br>
File #    5487-8002M<br>
7

| | | | Hours |
|---|---|---|---|
| **02/10/2022** | | | |
| | CLT | review email from AG's office re: discovery dispute; deadlines; depositions of doctor clients; | 0.90 |
| **02/11/2022** | | | |
| | SEE | telephone conference with Western Arkansas Counseling; exchange electronic correspondence with attorney Gregory Smith re: Sabrina Jennen's records; review medical record; | 0.50 |
| **02/14/2022** | | | |
| | SEE | appearance at weekly litigation meeting; review Sabrina Jensen's records; | 1.00 |
| **02/15/2022** | | | |
| | SEE | exchange electronic correspondence with litigation team re: discovery; review Dylan Brandt's children's hospital records; | 0.20 |
| **03/03/2022** | | | |
| | SEE | appearance at discovery team meeting; exchange electronic correspondence with team regarding State's requests for hospital records not otherwise disclosed; | 0.50 |
| **03/04/2022** | | | |
| | SEE | exchange electronic correspondence with discovery team re: informed consent; | 0.40 |
| **03/07/2022** | | | |
| | PDM | work on file; includes exchanging emails with Ms. Cooper and researching MPA and rules regarding gender affirming healthcare | 2.20 |
| **03/08/2022** | | | |
| | SEE | exchange electronic correspondence with litigation team re: compliance with order to compel and other discovery matters; | 0.20 |
| | CLT | exchange electronic correspondence with discovery team re: follow up questions and objections from defendants; research re: what email system and archive system does state legislature use and how does its search function work related to "near" searches; | 4.90 |
| **03/10/2022** | | | |
| | PDM | legal research re: communication with treating physicians | 1.00 |

Dylan Brandt

v. Leslie Rutledge, et al.

Page: 15
08/24/2023
File #    5487-8002M
7

|  |  | Hours |
|---|---|---|
| **03/14/2022** | | |
| SEE | exchange electronic correspondence with opposing counsel; appearance at litigation meeting; | 0.50 |
| **04/04/2022** | | |
| SEE | appearance at weekly litigation meeting; telephone conference with opposing counsel; exchange electronic correspondence with litigation team; | 1.00 |
| CLT | attend weekly litigation team zoom meeting; interoffice conference re: possible topics for Med. Board's 30(b)(6) witness; call with opposing counsel; | 2.30 |
| **04/05/2022** | | |
| CLT | exchange electronic correspondence with litigation team re: Laura Perry deposition and hearing on motion to compel; | 1.50 |
| **04/06/2022** | | |
| CLT | begin researching internet for interviews or podcasts with Robin Lundstrum re: why she sponsored the SAFE Act; | 3.50 |
| **04/18/2022** | | |
| PDM | attend meeting; deposition preparation Dr Antommaria | 1.70 |
| **04/26/2022** | | |
| PDM | exchange electronic correspondence with Mr. Richardson re Medical Board witnesses | 0.70 |
| **04/28/2022** | | |
| PDM | prepare for deposition of Dr. Antommaria | 2.00 |
| **04/29/2022** | | |
| PDM | exchange electronic correspondence with Ms. Echols re Medical Board witnesses | 0.40 |
| **05/02/2022** | | |
| PDM | attend weekly litigation meeting | 1.00 |
| PDM | prepare for deposition of Dr Antommaria | 1.50 |
| SEE | appearance at litigation team meeting; | 1.00 |
| **05/05/2022** | | |
| SEE | appearance at deposition of State's expert Professor Regnerus; | 8.00 |
| **05/06/2022** | | |
| SEE | appearance at deposition of State's expert Dr. Patrick Lappert; | 8.00 |

Dylan Brandt

v. Leslie Rutledge, et al.

Page: 16
08/24/2023
File #   5487-8002M
7

|  |  |  | Hours |
|---|---|---|---|
| 05/09/2022 | | | |
| | PDM | attend weekly litigation meeting; | 1.00 |
| | PDM | prepare for deposition of Dr Antommaria | 1.70 |
| 05/10/2022 | | | |
| | SEE | appearance at deposition of Amy Embry, Director of State Medical Board; | 4.00 |
| | CLT | attend weekly litigation team meeting re:  discovery issues; strategy; next steps; open issues; | 1.00 |
| 05/11/2022 | | | |
| | PDM | travel to attend deposition of Dr. Antommaria; | 8.00 |
| | PDM | conference with Messrs. Ossip and Holland | 1.00 |
| 05/12/2022 | | | |
| | PDM | attend deposition of Dr. Antommaria | 8.00 |
| 05/13/2022 | | | |
| | PDM | travel from Cincinnati to Little Rock; | 6.00 |
| 05/23/2022 | | | |
| | SEE | appearance at weekly litigation meeting; | 1.00 |
| 05/25/2022 | | | |
| | SEE | appearance at deposition of Dr. Hruz; | 7.00 |
| 05/26/2022 | | | |
| | SEE | preparation of exhibits for deposition of Dr. Levine; appearance at deposition of Dr. Levine; | 2.50 |
| 06/02/2022 | | | |
| | SEE | appearance at first in-house moot in preparation for oral argument to 8th circuit; | 1.50 |
| 06/06/2022 | | | |
| | PDM | study Regnerus testimony and motion | 2.00 |
| | SEE | appearance at weekly litigation team meeting; | 0.50 |
| | CLT | attend weekly trial team zoom meeting; begin reviewing deposition transcripts re: Evidentiary Designations; | 1.90 |
| 06/08/2022 | | | |
| | CLT | participate in second 8th circuit moot re:  preparation for 8th circuit arguments; | 2.00 |

Dylan Brandt

v. Leslie Rutledge, et al.

|  |  |  | Hours |
|---|---|---|---|
| 06/15/2022 | | | |
| | SEE | listen to oral argument and participate in conference call with team thereafter; | 1.00 |
| 06/20/2022 | | | |
| | PDM | prepare for deposition of Rhys Branman, M.D. | 5.00 |
| | CLT | continue research re:  Robin Lundstrum's post-legislative interviews/podcasts; | 3.90 |
| 06/21/2022 | | | |
| | CLT | exchange electronic correspondence with ACLU Team re: motions and brief to exclude Regnerus and Lappert; review draft motions and briefs; | 1.00 |
| 06/23/2022 | | | |
| | CLT | review Motions and briefs in Support to exclude Lappert and Regnerus as experts; | 2.50 |
| 06/24/2022 | | | |
| | PDM | prepare for deposition of Branman; | 2.00 |
| | PDM | attend deposition of Branman | 4.50 |
| 06/27/2022 | | | |
| | PDM | attend weekly litigation meeting re status, strategy | 0.50 |
| | SEE | appearance at weekly litigation team meeting; | 0.50 |
| 07/11/2022 | | | |
| | SEE | appearance at weekly litigation team meeting; | 0.80 |
| 07/18/2022 | | | |
| | PDM | attend weekly litigation meeting; | 1.00 |
| | SEE | appearance at weekly litigation team meeting; | 1.00 |
| | CLT | attend weekly litigation team meeting; study State's Responses to Motions to exclude Regenerus and Lappert; | 2.30 |
| 07/25/2022 | | | |
| | SEE | appearance at weekly litigation team meeting; | 0.50 |
| 07/27/2022 | | | |
| | CLT | review Opposition to Defendants' Motion in limine; | 3.50 |
| 07/28/2022 | | | |
| | PDM | draft electronic correspondence to Ms Cooper re trial availability | 0.40 |

Dylan Brandt

Page: 18
08/24/2023
File #   5487-8002M
7

v. Leslie Rutledge, et al.

|  |  |  | Hours |
|---|---|---|---|
| **08/01/2022** | | | |
| | SEE | appearance at weekly team meeting; review and revise Motions to Appear Pro Hac Vice for three additional Sullivan lawyers with supporting documentation; | 1.00 |
| | CLT | attend weekly litigation team meeting re: pre-trial disclosures; fact stipulations; trial brief process; discussions with Plaintiffs and plaintiff families; | 1.00 |
| **08/08/2022** | | | |
| | CLT | attend weekly litigation team meeting re:  pre-trial disclosures; fact stipulations; defendants' refusal to even discuss our proposed fact stipulations; trial brief; strategy; review draft trial brief; | 3.00 |
| **08/22/2022** | | | |
| | SEE | appearance at weekly litigation team meeting; | 0.50 |
| **08/23/2022** | | | |
| | SEE | review documents produced by legislators; | 2.00 |
| **08/24/2022** | | | |
| | PDM | legal research re: Bureau of Legislative Research and Legislative Council information-sharing rules | 1.50 |
| **08/25/2022** | | | |
| | SEE | review order and opinion of the 8th Circuit Court of Appeals on State's appeal of injunction; | 0.40 |
| **08/29/2022** | | | |
| | SEE | appearance at weekly litigation team meeting; | 1.00 |
| **09/06/2022** | | | |
| | CLT | attend weekly litigation team meeting: possible petition for en banc rehearing; logistics for trial; pre-trial order; coordination of witness preparation; | 1.00 |
| **09/12/2022** | | | |
| | PDM | review material received from co-counsel - claims, trial preparation materials, expert analyses | 1.00 |
| | PDM | attend group planning call | 1.00 |
| | PDM | draft memo re group meeting issues | 0.30 |
| **09/14/2022** | | | |
| | SEE | review outline for Amanda Dennis; exchange electronic correspondence with prep team re: additional information about Amanda and some of the questions; | |

Dylan Brandt

v. Leslie Rutledge, et al.

|  |  | Hours |
|---|---|---|
|  | videoconference with prep team; | 1.50 |
| CLT | attend weekly litigation team meeting re:  draft pre-trial order; | 1.00 |
| **09/19/2022** |  |  |
| PDM | prepare for meeting with Dr. Antommaria; | 1.50 |
| PDM | telephone conference; Dr Antommaria preparation | 2.00 |
| SEE | prepare direct examination outline for Aaron Jennen; review summary exhibit regarding Sabrina's counseling and medical records; review records; participate in witness preparation for Dylan Brandt; | 6.00 |
| CLT | attend weekly litigation team meeting re:  trial preparation; open issues; trial strategy; next steps; | 1.00 |
| **09/20/2022** |  |  |
| SEE | appearance at meeting to prepare Amanda Dennis; appearance at meeting to prepare Aaron Jennen; | 2.50 |
| **09/23/2022** |  |  |
| SEE | prepare Donnie Saxton's direct examination outline; | 1.00 |
| **09/24/2022** |  |  |
| SEE | review revisions and suggestions to Donnie Saxton's direct outline; appearance at videoconference to prepare Donnie Saxton for his testimony; appearance at videoconference to prepare Dylan Brandt for his testimony; | 2.20 |
| **09/29/2022** |  |  |
| SEE | attend witness prep session with Amanda and Shayne Dennis; | 1.00 |
| **09/30/2022** |  |  |
| SEE | attend meeting with Donnie Saxton to prepare for testimony; | 2.00 |
| **10/03/2022** |  |  |
| PDM | telephone conference with litigation team--specific trial prep items | 0.90 |
| SEE | miscellaneous; appearance at weekly team meeting; review and revision of Donnie Saxton's direct examination; appearance at meeting to prepare Mr. Saxton for his testimony; | 1.50 |
| **10/04/2022** |  |  |
| PDM | draft electronic correspondence re: third party witnesses; | 0.40 |
| CLT | telephone conference with Beth Echols; review email from |  |

Dylan Brandt

v. Leslie Rutledge, et al.

| | | Hours |
|---|---|---|
| | Attorney General re:  opening statements; time for Dr. Cathey's testimony; | 1.40 |
| SEE | appearance at session to prepare Aaron Jennen for his testimony; | 1.00 |
| **10/05/2022** | | |
| SEE | review and revision of direct examination of Donnie Ray Saxton and Aaron Jennen; | 2.00 |
| **10/06/2022** | | |
| SEE | appearance at team meeting; | 1.00 |
| SEE | appearance at prep meeting with Amanda and Shayne Dennis; | 1.50 |
| **10/07/2022** | | |
| CLT | attend emergency team Zoom meeting Re:  8th Circuit's request that we file response to Defendant's petition for *en banc* review by October 17, 2022; review 8th Circuit request for response to petition for *en banc* review; review Defendants' petition for *en banc* review; | 2.10 |
| **10/08/2022** | | |
| CLT | review draft response to petition for *en banc* review at 8th circuit; review email from various team members re: thoughts; | 4.00 |
| **10/10/2022** | | |
| SEE | review and revision of direct examination of Aaron Jennen; prepare anticipatory cross examination of Aaron Jennen; meeting to prepare Aaron Jennen; Appearance at Litigation team meeting; Meeting with Aaron and Lacey Jennen to discuss trial logistics; Meeting with the Dennis family to testimony with Brooke Dennis and to discuss trial logistics with her parents; Meeting with Donnie and Parker Saxton to public testimony with Parker Saxton and to discuss trial logistics with both; | 6.00 |
| **10/11/2022** | | |
| SEE | review and revision of Donnie Saxton's direct examination; prepare anticipatory cross; meeting with Donnie and Parker Saxton to prepare; | 2.00 |
| **10/12/2022** | | |
| SEE | prepare for cross examination of Aaron Jennen and Donnie Saxton; | 1.00 |
| CLT | exchange electronic correspondence with litigation team | |

Dylan Brandt

v. Leslie Rutledge, et al.

| | | Hours |
|---|---|---|
| | members re: response to petition for en banc review at 8th Circuit; possible extension of Oct. 17 filing deadline; review revised version of response to petition for en banc review; | 2.90 |
| **10/13/2022** | | |
| SEE | prepare for trial; | 1.00 |
| **10/14/2022** | | |
| SEE | prepare for trial; | 2.50 |
| **10/17/2022** | | |
| SEE | preparation for and appearance at first day of trial; | 12.00 |
| CLT | attend part of the morning of first day of trial; | 2.50 |
| **10/18/2022** | | |
| SEE | preparation for and appearance at trial; meeting with Ms. Dennis to prepare her for her testimony; | 10.00 |
| **10/19/2022** | | |
| SEE | appearance at trial; | 8.00 |
| CLT | attend post-resting litigation team meeting re:  plan for remainder of trial; 8th Circuit issues and strategy; Defendants' experts; | 2.00 |
| **10/20/2022** | | |
| SEE | discuss plaintiff privacy concerns re: certain testimony; appearance at meeting with the Jennens; | 0.50 |
| **10/21/2022** | | |
| SEE | prepare for and appearance at trial; | 4.00 |
| **10/24/2022** | | |
| SEE | appearance at weekly litigation team meeting; | 0.50 |
| **10/31/2022** | | |
| SEE | appearance at weekly litigation team meeting; | 0.50 |
| **11/07/2022** | | |
| SEE | appearance at weekly litigation team meeting; | 0.50 |
| **11/14/2022** | | |
| SEE | appearance at weekly litigation team meeting; | 0.40 |
| **11/28/2022** | | |
| PDM | attend trial | 0.70 |
| PDM | attend post-trial meeting | 0.70 |

Dylan Brandt

v. Leslie Rutledge, et al.

|  |  | Hours |
|---|---|---|
| SEE | appearance at trial; | 8.00 |
| **11/29/2022** | | |
| PDM | attend trial | 4.00 |
| PDM | attend post-trial meeting | 0.50 |
| SEE | appearance at trial; | 5.00 |
| **11/30/2022** | | |
| PDM | attend trial | 4.50 |
| PDM | post-trial conference with team | 0.70 |
| SEE | appearance at trial; | 5.00 |
| **12/01/2022** | | |
| PDM | attend trial | 4.00 |
| SEE | appearance at trial; telephone conference with the Dennises; | 8.00 |
| CLT | attend trial; | 7.50 |
| **12/02/2022** | | |
| SEE | telephone conference with Leslie Cooper; | 0.40 |
| **12/05/2022** | | |
| SEE | appearance at litigation team meeting; | 0.50 |
| **12/07/2022** | | |
| CLT | review email exchanges with AG's office re:  schedule for post-trial briefing; | 0.80 |
| **12/08/2022** | | |
| CLT | review email exchanges with AG's office re:  schedule for post-trial briefing; | 0.80 |
| **01/09/2023** | | |
| PDM | attend team meeting; draft short email summarizing same for Ms Echols | 1.00 |
| **01/17/2023** | | |
| CLT | exchange electronic correspondence with Leslie Cooper; | 0.40 |
| **01/31/2023** | | |
| SEE | telephone conference with Drake Mann and Chris Travis to prepare for videoconference; appearance at videoconference with national ACLU; | 1.00 |
| **05/23/2023** | | |
| SEE | review findings of fact and conclusions of law for citation to | |

Dylan Brandt

v. Leslie Rutledge, et al.

| | | | Hours |
|---|---|---|---|
| | | PX and nature of same; exchange electronic correspondence with local members of litigation team; exchange electronic correspondence with lawclerk re: findings; | 0.50 |
| 05/25/2023 | SEE | videoconference with Leslie Cooper and Sarah Everett re: communicating with clients re: updates; | 0.50 |
| 05/31/2023 | SEE | attend video conference with Joanna and Dylan Brandt; | 0.50 |
| 06/01/2023 | SEE | attend videoconference with Dennises, LEslie Cooper, and Sarah Everett; | 1.00 |
| 06/02/2023 | SEE | attend videoconference with Sarah Everett, Leslie Cooper, and the Jennen family; attend videoconference with Leslie Cooper and Donnie Saxton; | 1.00 |
| 06/20/2023 | SEE | review Judge Moody's opinion; telephone conference with Amanda Dennis; exchange electronic correspondence with plaintiff families; exchange electronic correspondence with litigation team; | 1.50 |
| | CLT | review District Court's Findings of Fact and Conclusions of Law; intraoffice conference re: bases for conclusions of law; possible appealable points; next steps procedurally; legal research re: Court's authority to grant attorneys' fees; | 3.50 |
| | PDM | study District Court's decision | 2.00 |
| 06/22/2023 | PDM | telephone conference with team re further action | 0.70 |
| | CLT | attend weekly litigation team meeting re: appellate procedure and post-order motion practice; | 1.00 |
| 06/27/2023 | CLT | exchange electronic correspondence re: motion for extension of deadline for filing petition for attorney's fees; exchange electronic correspondence re: meeting with Arkansas Children's Hospital general counsel; | 0.80 |
| 06/28/2023 | CLT | attend weekly litigation team meeting re: possible motion for stay; impacts; effect of Judge Moody's order on local | |

Dylan Brandt

v. Leslie Rutledge, et al.

|  |  | Hours |  |
|---|---|---|---|
|  | healthcare providers and clinics; | 1.00 |  |
| 06/29/2023 PDM | review and revision of motion to extend deadline for attorney's fee motion; | 0.20 |  |
|  | TOTAL FEES | 574.00 | 158,636.50 |
|  | TOTAL THIS STATEMENT |  | 158,636.50 |
|  | PREVIOUS BALANCE |  | $200.00 |
|  | TOTAL AMOUNT DUE |  | $158,836.50 |

To pay by credit card: https://secure.lawpay.com/pages/gillragonowenpa/operating