# Exhibit 5

## Declaration of Drake Mann

Drake Mann declares as follows:

1. I am a private attorney working on behalf of the American Civil Liberties Union of Arkansas as counsel for the plaintiffs in the matter of *Brandt et al vs. Rutledge et al,* 4:21-cv-00450-JM.[1] I have served as co-counsel with attorneys from the ACLU, Sullivan & Cromwell, and Walas Law Firm from the inception of the case through the conclusion of trial, which occurred upon the completion and submission of post-trial briefing. The success of this litigation depended on the expertise of attorneys with the national office of the ACLU as well as the resources and support of attorneys from Sullivan & Cromwell.

2. I am a graduate of the University of Arkansas School of Law and became licensed to practice in the State of Arkansas in 1987. I served as a law clerk to associate justice M. Steele Hays of the supreme court of Arkansas and as a staff attorney for the Arkansas Securities Department before entering private practice. I am a shareholder and director with Gill Ragon Owen, P.A. I have litigated civil cases in both state and federal courts and hold an AV Preeminent® rating by Martindale-Hubbell® Peer Review Ratings™ system. Since 2022, I have been recognized in Best Lawyers® in the practice areas of Administrative/Regulatory Law and Appellate Advocacy.

3. I have kept track of my work performed in the instant case. Attached is a detailed summary of the services and the hours I have devoted to representing the plaintiffs in their claims on which they have prevailed. The total time for which I am seeking compensation is 164.7 hours.

4. I ask that the court award my hourly rate of $295 for 161.8 hours and $325 for 2.9 hours which is within the normal market range charged by attorneys of similar experience and expertise in this jurisdiction. This rate is, in my opinion, reasonable considering my

---

[1] Tim Griffin succeeded Leslie Rutledge as Arkansas Attorney General and is now the named party in the litigation.

number of years in practice and the nature of my practice.

5.  My billing records are attached to the declaration of Beth Echols as Exhibit A. Multiplying 161.8 hours as set forth above and in Exhibit A by the rate of $295 per hour, I am requesting $47,731. Multiplying 2.9 hours as set forth above and in Exhibit A by the rate of $325 per hour, I am requesting $942.50. I am requesting that the sum of $48,673.50 be considered the lodestar figure herein.

I have read the foregoing declaration and swear under penalty of perjury that the matters contained herein are true and correct to the best of my knowledge and belief.

Dated: September 19, 2023

_____
Drake Mann