# Exhibit 6

<u>Declaration of Christopher L. Travis</u>

Christopher L. Travis declares as follows:

1. I am a private attorney working on behalf of the American Civil Liberties Union of Arkansas as counsel for the plaintiffs in the matter of *Brandt et al vs. Rutledge et al,* 4:21-cv-00450-JM.[1] I have served as co-counsel with attorneys from the ACLU, Sullivan & Cromwell, and Walas Law Firm from the inception of the case through the conclusion of trial, which occurred upon the completion and submission of post-trial briefing. The success of this litigation depended on the expertise of attorneys with the national office of the ACLU as well as the resources and support of attorneys from Sullivan & Cromwell.

2. I graduated from UALR William H. Bowen School of Law and became licensed to practice law in the State of Arkansas in 1997. I am a shareholder and director with Gill Ragon Owen, P.A. Although during my 26 years of practice my interests have ranged from real estate law to cybersecurity law, for at least the last 14 years my practice has included federal district court practice, state court appellate practice, and state court litigation. I hold an AV Preeminent® rating by Martindale-Hubbell® Peer Review Ratings™ system.

3. I have kept track of my work performed in the instant case. Attached is a detailed summary of the services and the hours I have devoted to representing the plaintiffs in their claims on which they have prevailed. The total time for which I am seeking compensation is 165.7 hours. 160.2 of these hours were billed at the rate of $295 and the remaining 5.5 hours were billed at the rate of $325.

4. I ask that the court award an hourly rate of $295 and of $325 which is within the normal market range charged by attorneys of similar experience and expertise in this jurisdiction.

---

[1] Tim Griffin succeeded Leslie Rutledge as Arkansas Attorney General and is now the named party in the litigation.

This rate is, in my opinion, reasonable considering my number of years in practice and the nature of my practice.

5.      Multiplying 160.2 hours as set forth above and as attached in Exhibit A by the rate of $295 per hour, I am requesting the sum of $47,259. Multiplying 5.5 hours as set forth above and as attached in Exhibit A by the rate of $325 per hour, I am requesting the sum of $1,787.50. I am requesting the total sum of $49,046.50.

I have read the foregoing declaration and swear under penalty of perjury that the matters contained herein are true and correct to the best of my knowledge and belief.

Dated: September 19, 2023

_____
Christopher L. Travis