# Exhibit 7

<u>Declaration of Breean Walas</u>

Breean Walas declares as follows:

1.  I am a private attorney who has been working on behalf of the American Civil Liberties Union of Arkansas as counsel for the plaintiffs in the matter of *Brandt et al vs. Rutledge et al*, 4:21-cv-00450-JM.[1] I have served as co-counsel with attorneys from the ACLU, Gill Ragon Owen, and Sullivan & Cromwell from the inception of the case through the conclusion of trial, which occurred upon the completion and submission of post-trial briefing.

2.  I graduated from the University of Cincinnati School of Law and became licensed to practice in the State of Illinois in 2005 and in the State of Arkansas in 2006. From the fall of 2005 through the spring of 2008, I served as a law clerk for Associate Justice Donald L. Corbin of the Arkansas Supreme Court. I have been in private practice since 2008. My practice has almost exclusively involved civil cases. I have litigated civil cases in both state and federal courts, including litigation involving civil rights and constitutional issues. I also have served as supporting and consulting counsel in civil cases, including those involving constitutional rights protected by the U.S. and Arkansas Constitutions. I am familiar with the development of the law in the area of civil rights out of personal interest and because civil rights issues have arisen in my practice on many occasions throughout my career. My litigation experience has included civil rights actions brought under various civil rights statutes, including 42 USC § 1983, and I am currently involved in other § 1983 actions. I am familiar with the award of attorney fees to prevailing parties under § 1983 and other statutes.

---

[1] Tim Griffin succeeded Leslie Rutledge as Arkansas Attorney General and is now the named party in the litigation.

3. I have kept track of my work performed in the instant case. Attached is a detailed summary of my services and the hours I have devoted to representing the plaintiffs in their claims on which they have prevailed. The total time I am seeking compensation is 262.37 hours. I have excluded approximately 80.05 hours from the attached summary the time I spent on matters that were cumulative, administrative, nonproductive, or unnecessarily time consuming.

4. I ask that the court award an hourly rate of $300.00 which is within the normal market range charged by attorneys of similar experience and expertise in the practice of civil rights in this jurisdiction. This rate is, in my opinion, reasonable considering my number of years in practice and the nature of my practice.

5. Multiplying the hours reduced as set forth above and as attached in Exhibit A by the rate of $300 per hour, I am requesting that the sum of $78,711.00 be considered the lodestar figure herein.

I have read the foregoing declaration and swear under penalty of perjury that the matters contained herein are true and correct to the best of my knowledge and belief.

Dated: August 5, 2023

/s/ _____
Breean Walas

# Exhibit A



# INVOICE

Invoice # 202300015
Date: 08/05/2023
Due On: 10/19/2023

## Walas Law Firm, PLLC

711 W. 3rd Street
Little Rock, AR 72201
United States
Phone: 5012461067
Email: breean@walaslawfirm.com
www.walaslawfirm.com

ACLU of Arkansas

## ACLU of Arkansas

## Brandt et al v Rutledge et al Case No. 4:21-cv-00450-JM (ED Ark)

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/16/2021 | Legal Writing: Analysis + Research: Initial Pleading: Complaint<br><br>1. research and review potential claims/issues, etc. | 1.29 | $300.00 | $387.00 |
| Service | 07/17/2021 | Litigation Strategy: Mooting: Plaintiffs Motion for Preliminary Injunction and Defendants' Motion to Dismiss<br><br>1. Review issues & prepare questions for argument<br>2. argument & analysis of issues | 2.27 | $300.00 | $681.00 |
| Service | 07/20/2021 | Litigation Strategy: Plaintiff's Motion for Prelim Injunction + Defendants MTD<br><br>1. Hearing prep: research and provide memo re C. Strangio questions | 0.82 | $300.00 | $246.00 |
| Service | 07/21/2021 | Hearing: Plaintiffs' Mot for Prelim Injunction + Defendants' MTD | 2.50 | $300.00 | $750.00 |
| Service | 11/23/2021 | Meeting: Discovery Team<br><br>1. Meet & Confer Meeting w/ AG<br>2. Post meeting breakdown w/ co-counsel | 0.91 | $300.00 | $273.00 |
| Service | 11/29/2021 | Legal Research: Discovery - Legislative Subpoenas Duces Tecum<br><br>1. Research caselaw re: objections raised, legislative | 0.27 | $300.00 | $81.00 |



EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| | | discovery w/in AR + 8th Cir | | | |
| Service | 11/30/2021 | Legal Analysis: Discovery - Legislator Subpoenas Duces Tecum | 0.54 | $300.00 | $162.00 |
| | | 1. Review objections and make notes for meet-and-confer w/ the state, circulate to cocounsel | | | |
| Service | 11/30/2021 | Litigation Strategy: Discovery - Legislator Subpoena Duces Tecum | 0.61 | $300.00 | $183.00 |
| | | 1. Prep for call<br>2. Meet-and-confer | | | |
| Service | 01/05/2022 | Legal Writing: Analysis + Research: Discovery - Legislator Subpoena Duces Tecum | 0.50 | $300.00 | $150.00 |
| | | 1. Review Case Law<br>2. Letters/Objections -- Identify main objections + points to rebut in argument | | | |
| Service | 01/05/2022 | Legal Writing: Analysis + Research: Discovery - Motion re: Legislator Failure to Respond to SDT | 0.94 | $300.00 | $282.00 |
| | | 1. Research - type of motion; issues raised (relevance, proportionality, privilege) | | | |
| Service | 01/10/2022 | Legal Writing: Analysis + Research: Discovery - MTC Legislator Responses to SDT | 1.98 | $300.00 | $594.00 |
| | | 1. Review research + notes for motion & brief | | | |
| | | 2. BIS - Begin Draft 1 | | | |
| Service | 01/13/2022 | Legal Writing: Analysis + Research: Discovery - MTC (Legislator Subpoena Responses) | 2.00 | $300.00 | $600.00 |
| | | 1. Review draft 1 - update + edit w/ facts & applicable law (relevance + proportionality) | | | |
| Service | 01/14/2022 | Legal Writing: Analysis + Research: Discovery - MTC (legislator subpoenas) | 0.68 | $300.00 | $204.00 |
| | | 1. Review draft 2 + update draft 3 | | | |
| Service | 01/19/2022 | Legal Writing: Analysis + Research: Discovery - SDT to Legislators | 1.42 | $300.00 | $426.00 |
| | | Motion for Contempt + Compel Docs | | | |
| | | 1. BIS - Review draft 3 & update with analyis; review S&C edits of draft 3 & finalize draft 4 for team review; | | | |
| | | 2. Motion - Draft + finalize for team review | | | |
| Service | 02/21/2022 | Legal Writing: Analysis + Research: Discovery - Legislator SDT | 1.96 | $300.00 | $588.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | 1. Review Legislators Response to Motion - Identify Issues for Reply | | | |
| | | 2. Research Issues for Reply | | | |
| | | 3. Write Reply (drafts 1, 2 | | | |
| Service | 02/22/2022 | Legal Writing: Analysis + Research: Discovery - Legislator SDT | 3.91 | $300.00 | $1,173.00 |
| | | 1. Write Reply (draft 3) | | | |
| | | 2. Circulate DRAFT Reply to S&C discovery team for review | | | |
| Service | 03/07/2022 | Legal Writing: Analysis + Research: Discovery - MTC AG Responses | 1.06 | $300.00 | $318.00 |
| | | 1. Review S&C Final + Confirm Ready to File<br>2. Finalize for Filing<br>3. File MTC w/ exhibits; File BIS | | | |
| Service | 03/17/2022 | Litigation Strategy: Discovery - Third Party Depositions | 0.48 | $300.00 | $144.00 |
| | | 1. Hiatt - review SDT schedule A + make suggestions | | | |
| Service | 03/30/2022 | Litigation Strategy: Discovery - Third Parties (RFPs + Depos/SDTs) | 1.32 | $300.00 | $396.00 |
| | | 1. | | | |
| Service | 04/03/2022 | Litigation Strategy: Discovery - MTC AG Production | 0.70 | $300.00 | $210.00 |
| | | 1. Prep for hearing | | | |
| Service | 04/05/2022 | Hearing: Discovery - MTC AG Responses | 1.50 | $300.00 | $450.00 |
| Service | 04/05/2022 | Litigation Strategy: Discovery - MTC AG Responses | 1.22 | $300.00 | $366.00 |
| | | 1. Hearing Prep | | | |
| Service | 04/13/2022 | Litigation Strategy: Discovery - Depositions (3rd Party) | 0.50 | $300.00 | $150.00 |
| | | 1. Hiatt - Strategy Meeting (see notes) | | | |
| Service | 04/14/2022 | Litigation Strategy: Discovery - Deposition (3rd Party) | 1.31 | $300.00 | $393.00 |
| | | 1. Hiatt - research | | | |
| Service | 04/14/2022 | Legal Writing: Analysis + Research: Discovery - Compel AG Production - Mot 4 Atty Fees + Costs | 1.55 | $300.00 | $465.00 |
| | | 1. Review draft + circulate edits; update + split into motion + brief | | | |
| Service | 04/18/2022 | Litigation Strategy: Discovery - Depositions (3rd Party) | 2.56 | $300.00 | $768.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | 1. Hiatt -- research and prepare outline; | | | |
| Service | 04/18/2022 | Litigation Strategy: Discovery - Depositions (3rd Parties) | 3.87 | $300.00 | $1,161.00 |
| | | 1. Burleigh - fu w/ a. land<br>2. Hiatt -- call w/ D. Greenberg (Hiatt's counsel); research re: deposition; draft deposition outline | | | |
| Service | 04/24/2022 | Litigation Strategy: Discovery - Depositions (3rd Parties) | 12.13 | $300.00 | $3,639.00 |
| | | 1. Hiatt -- review discovery production, research, etc. + develop deposition outline + identify exhibits; email Hiatt's counsel; circulate zoom link | | | |
| Service | 04/25/2022 | Litigation Strategy: discovery - depositions (3rd party) | 6.80 | $300.00 | $2,040.00 |
| | | 1. hiatt - review documents; update outline questions | | | |
| Service | 04/25/2022 | Litigation Strategy: Discovery - depositions (3rd parties) | 10.69 | $300.00 | $3,207.00 |
| | | 1. Hiatt -- prepare exhibits; update draft outline | | | |
| Service | 04/26/2022 | Deposition: Discovery - Depositions (3rd Party) - Dr. Hiatt | 10.37 | $300.00 | $3,111.00 |
| Service | 04/29/2022 | Legal Writing: Analysis + Research: Discovery - Depositions (Third Parties) | 1.90 | $300.00 | $570.00 |
| | | 1. Lundstrum - prepare deposition notice, subpoena | | | |
| Service | 05/11/2022 | Legal Writing: Analysis + Research: Review motion to compel legislator privilege draft | 0.50 | $300.00 | $150.00 |
| Service | 05/12/2022 | Legal Writing: Discovery - MTC Legislator "Privileged" Docs | 0.39 | $300.00 | $117.00 |
| | | 1. Review + edit; circulate comments | | | |
| Service | 05/18/2022 | Litigation Strategy: Discovery - Depositions - Third Parties | 0.90 | $300.00 | $270.00 |
| | | 1. Lundstrum - Deposition Prep - Research | | | |
| Service | 05/19/2022 | Legal Writing: Analysis + Research: Discovery - MTC Leg Docs (Privilege) -- Reply | 0.62 | $300.00 | $186.00 |
| | | 1. review draft 1 and circulate edits. | | | |
| Service | 05/19/2022 | Legal Writing: Analysis + Research: Discovery - Deposition - Third Party (Lundstrum) | 0.24 | $300.00 | $72.00 |
| | | 1. Research re response to MTQ | | | |
| Service | 05/20/2022 | Legal Writing: Analysis + Research: Discovery - Depositions - third parties (lundstrom) - MTQ -- | 4.84 | $300.00 | $1,452.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Response in Opposition<br><br>1. review draft and edit; circulate edits | | | |
| Service | 05/23/2022 | Legal Writing: Analysis + Research: Discovery - Depositions - Third Parties (Lundstrum)<br><br>1. Review proof + update draft opposition with citations | 2.78 | $300.00 | $834.00 |
| Service | 06/03/2022 | Legal Writing: Analysis + Research: Discovery - Third Party Documents - MTC Leg Docs (Privilege)<br><br>1. review + edit reply, circulate comments<br><br>2. review + edit updated reply, circulate comments<br><br>3. finalize + file | 2.03 | $300.00 | $609.00 |
| Service | 06/22/2022 | Legal Writing: Motions - Daubert --<br><br>1. Lappert - edit and update draft, recirculate<br>2. Regnerus - edit and update draft, recirculate | 4.63 | $300.00 | $1,389.00 |
| Service | 06/26/2022 | Litigation Strategy: Discovery - Depositions - Third Party - Lundstrum<br><br>1. Review documents produced (folders 3) & flag documents for deposition | 3.23 | $300.00 | $969.00 |
| Service | 06/27/2022 | Litigation Strategy: Discovery - Depositions - Third Party - Lundstrum<br><br>1. Review documents produced (folders 3+4) & flag documents for deposition; print potential exhibits<br><br>2. Review S.Everett's review of documents and print potential exhibits<br><br>3. prepare deposition outline | 11.56 | $300.00 | $3,468.00 |
| Service | 06/28/2022 | Litigation Strategy: Discovery - Depositions - Third Parties - Lundstrum<br><br>1. Deposition Outline -- review documents identified & formulate/organize questions | 10.18 | $300.00 | $3,054.00 |
| Service | 06/28/2022 | Litigation Strategy: Discovery - Depositions - Third Parties - Lundstrum<br><br>1. review folder 5 notes & update deposition outline<br><br>2. update deposition outline | 1.71 | $300.00 | $513.00 |
| Service | 06/29/2022 | Litigation Strategy: discovery - deposition - third parties - lundstrum<br><br>1. review comments and update deposition outline 2. | 20.68 | $300.00 | $6,204.00 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   | deposition prep: exhibit review + designation |   |   |   |
| Service | 06/30/2022 | Litigation Strategy: Discovery - depositions - third parties (lundstrum) | 7.50 | $300.00 | $2,250.00 |
|   |   | 1. final deposition prep |   |   |   |
| Service | 06/30/2022 | Deposition: deposition - third parties - lundstrum | 9.48 | $300.00 | $2,844.00 |
|   |   | 1. take deposition |   |   |   |
| Service | 07/15/2022 | Legal Writing: PreTrial Motions - Ds Motion to Exclude Plaintiffs' Evidentiary Deposition Designations - Response | 0.46 | $300.00 | $138.00 |
|   |   | 1. review & edit response draft |   |   |   |
| Service | 07/22/2022 | Legal Writing: PreTrial Motions - Daubert - Ps Motions | 1.12 | $300.00 | $336.00 |
|   |   | 1. Reply re Lappert - reivew & finalize for filing; file |   |   |   |
|   |   | 2. Reply re Regnerus - review & finalize for filing; file |   |   |   |
| Service | 07/25/2022 | Litigation Strategy: PreTrial - Witnesses - Deposition Designation | 5.59 | $300.00 | $1,677.00 |
|   |   | 1. Robin Lundstrum - review & mark deposition; circulate to team |   |   |   |
| Service | 07/26/2022 | Litigation Strategy: PreTrial - Witnesses - Deposition Designation | 2.22 | $300.00 | $666.00 |
|   |   | 1. Robin Lundstrum - update designations and recirculate |   |   |   |
| Service | 07/27/2022 | Legal Writing: PreTrial Motions - Ds MIL - Ps Response | 1.43 | $300.00 | $429.00 |
|   |   | 1. review & edit draft; circulate comments |   |   |   |
| Service | 07/27/2022 | Legal Writing: Analysis + Research: PreTrial Disclosures | 0.57 | $300.00 | $171.00 |
|   |   | 1. prepare initial draft |   |   |   |
| Service | 07/28/2022 | Legal Writing: Analysis + Research: PreTrial Disclosures | 2.24 | $300.00 | $672.00 |
|   |   | 1.update draft & circulate |   |   |   |
| Service | 08/01/2022 | Legal Writing: PreTrial Disclosures | 1.57 | $300.00 | $471.00 |
|   |   | 1. Review edits to draft; update & recirculate to team |   |   |   |
| Service | 08/02/2022 | Legal Writing: Analysis + Research: Pretrial disclosures | 0.40 | $300.00 | $120.00 |
|   |   | 1. fact stipulations - review hearing transcripts; circulate thoughts. |   |   |   |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/02/2022 | Legal Writing: PreTrial Disclosures | 2.19 | $300.00 | $657.00 |
| | | 1. prepare first draft & circulate | | | |
| Service | 08/04/2022 | Legal Writing: PreTrial - Trial Brief | 1.32 | $300.00 | $396.00 |
| | | 1. Review and edit brief; circulate comments. | | | |
| Service | 08/06/2022 | Litigation Strategy: PreTrial Disclosures | 1.43 | $300.00 | $429.00 |
| | | 1. review draft and respond to comments; recirculate | | | |
| Service | 08/14/2022 | Legal Writing: pretrial motions - motion to exclude testimony of Lundstrum | 0.49 | $300.00 | $147.00 |
| | | 1. review motion + notes re: response | | | |
| Service | 08/15/2022 | Legal Writing: PreTrial Brief | 0.16 | $300.00 | $48.00 |
| | | 1. review current draft & circulate comments/edits | | | |
| Service | 08/15/2022 | Legal Writing: pretrial motions | 0.53 | $300.00 | $159.00 |
| | | 1. response to defendants' motion re; lundstrum - review and circulate comments/edits | | | |
| Service | 08/15/2022 | Legal Writing: pretrial | 0.57 | $300.00 | $171.00 |
| | | 1. trial brief - review & circulate edits. | | | |
| Service | 08/16/2022 | Legal Writing: Pretrial Motions | 0.74 | $300.00 | $222.00 |
| | | 1. response to Ds motion on lundstrum - review draft & exhibits, circulate comments | | | |
| Service | 08/18/2022 | Meeting: discovery - legislator documents | 0.24 | $300.00 | $72.00 |
| | | 1. internal call re: meet and confer about production in response to order | | | |
| Service | 08/18/2022 | Meeting: 1. call with legislators counsel  2. call with co-counsel debrief, plan ahead | 1.31 | $300.00 | $393.00 |
| Service | 08/18/2022 | Litigation Strategy: Discovery - Legislator Documents - Production re: Aug 4 Order  Legal Analysis  1. Prep for conference call with the Court // review case law; procedural case history; points in response to Legislators attempt to avoid production  2. | 2.68 | $300.00 | $804.00 |
| Service | 08/19/2022 | Litigation Strategy: Discovery - Legislator Documents - Production re: Aug 4 Order | 1.80 | $300.00 | $540.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | 1. Internal conference call | | | |
| | | 2. update argument and prep for call with court | | | |
| Service | 08/24/2022 | Litigation Strategy: Discovery - Legislator Documents | 0.89 | $300.00 | $267.00 |
| | | 1. Prep for court call w/ internal team | | | |
| Service | 09/02/2022 | Litigation Strategy: Trial - Witnesses - Internal Prep | 2.26 | $300.00 | $678.00 |
| | | 1. J. Brandt: prepare for meeting, meeting with team (see notes) | | | |
| | | 2. Lundstrum: prepare for meeting, meeting with team (see notes) | | | |
| Service | 09/08/2022 | Litigation Strategy: Trial - Witnesses - Lundstrum | 1.09 | $300.00 | $327.00 |
| | | 1. review produced documents. | | | |
| Service | 09/09/2022 | Litigation Strategy: Trial - Witnesses | 0.50 | $300.00 | $150.00 |
| | | 1. J.Brandt - internal prep call | | | |
| Service | 09/10/2022 | Litigation Strategy: Trial - Witnesses | 0.97 | $300.00 | $291.00 |
| | | 1. D. Brandt - prep call | | | |
| Service | 09/11/2022 | Litigation Strategy: Trial - Witnesses | 0.48 | $300.00 | $144.00 |
| | | 1. J. Brandt - prep for first prep call (review declarations, hearing transcripts + prepare outline) | | | |
| Service | 09/12/2022 | Litigation Strategy: Trial - Witnesses | 1.22 | $300.00 | $366.00 |
| | | 1. J. Brandt - prep session with team | | | |
| Service | 09/12/2022 | Litigation Strategy: Trial - Witnesses - | 1.32 | $300.00 | $396.00 |
| | | 1. Lundstrum - review counterdesignations & identify defendant's counterexhibits | | | |
| Service | 09/16/2022 | Litigation Strategy: Trial - Witnesses | 1.40 | $300.00 | $420.00 |
| | | 1. Rep Lundstrum - prep for team call and team call | | | |
| Service | 09/18/2022 | Litigation Strategy: Trial - Witnesses - Prep | 3.05 | $300.00 | $915.00 |
| | | 1. Lundstrum - review designations & circulate updates | | | |
| Service | 09/19/2022 | Litigation Strategy: trial - witnesses - prep | 0.95 | $300.00 | $285.00 |
| | | 1. d. brandt - team prep | | | |
| Service | 09/19/2022 | Litigation Strategy: Trial - Witnesses - Prep | 2.31 | $300.00 | $693.00 |
| | | 1. Lundstrum - review designations & circulate updates | | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/20/2022 | Litigation Strategy: Trial - Witnesses - Prep | 0.58 | $300.00 | $174.00 |
| | | 1. Hiatt - review depo + production; identify potential exhibits | | | |
| Service | 09/20/2022 | Litigation Strategy: Trial - Witnesses - Prep | 2.02 | $300.00 | $606.00 |
| | | 1. Lundstrum - review designations & compare with exhibits; finalize for exchange | | | |
| Service | 09/21/2022 | Litigation Strategy: Trial - Witnesses - Prep | 1.05 | $300.00 | $315.00 |
| | | 1. Lundstrum - finalize designations + exhibits; circulate final | | | |
| | | 2. Joanna - second prep outline; circulate to team | | | |
| Service | 09/21/2022 | Litigation Strategy: Trial - Exhibits + Witnesses | 0.59 | $300.00 | $177.00 |
| | | 1. List Exchange - finalize Lundstrum depo designations and send to defense | | | |
| Service | 09/22/2022 | Litigation Strategy: trial - witnesses | 1.61 | $300.00 | $483.00 |
| | | 1. j. brandt - prep | | | |
| Service | 10/10/2022 | Litigation Strategy: Trial - Witnesses | 2.36 | $300.00 | $708.00 |
| | | 1. J. Brandt - prepare for witness prep; witness prep | | | |
| Service | 10/13/2022 | Litigation Strategy: trial - witnesses - prep | 1.10 | $300.00 | $330.00 |
| | | 1. j. brandt - review med records; attend d. brandt prep | | | |
| Service | 10/15/2022 | Litigation Strategy: trial - witnesses - prep | 2.64 | $300.00 | $792.00 |
| | | 1. joanna -- review docs; work on potential cross questions; rework direct | | | |
| Service | 10/16/2022 | Litigation Strategy: Trial - Witnesses - Experts<br>Legal Writing: Analysis + Research | 2.53 | $300.00 | $759.00 |
| | | 1. Adkins - Memo re: Expert Qualifications: research 8th cir law; draft key talking points with legal support; circulate to expert teams | | | |
| | | 2.Turban - Memo re: Expert Qualifications: research 8th cir law; draft key talking points with legal support; circulate to expert teams | | | |
| Service | 11/02/2022 | Litigation Strategy: Trial - Witnesses - Cross | 4.35 | $300.00 | $1,305.00 |
| | | 1. Dr. hiatt -- review deposition; identify cross questions | | | |
| Service | 11/03/2022 | Litigation Strategy: Trial - Witnesses - Cross | 2.00 | $300.00 | $600.00 |
| | | 1. Dr. Hiatt - team meeting re: cross; develop outline | | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/08/2022 | Litigation Strategy: Trial - Witnesses - Defendants | 2.50 | $300.00 | $750.00 |
| | | 1. Hiatt -- review & update cross outline; recirculate | | | |
| Service | 11/17/2022 | Litigation Strategy: Trial - Witnesses | 0.59 | $300.00 | $177.00 |
| | | 1. Hiatt - Cross outline -- review comments and recirculate to team | | | |
| Service | 11/18/2022 | Litigation Strategy: Trial - Witnesses | 1.11 | $300.00 | $333.00 |
| | | 1. Hiatt - cross outline - update draft and recirculate | | | |
| Service | 11/28/2022 | Trial - Day 6 - Defense Case | 8.00 | $300.00 | $2,400.00 |
| | | 1. Levine | | | |
| Service | 11/29/2022 | Trial - Day 7 - Defense Case | 6.00 | $300.00 | $1,800.00 |
| | | 1. Regnerus<br>2. Lappert | | | |
| Service | 11/29/2022 | Litigation Strategy: Trial - Witnesses - Defense Case | 6.71 | $300.00 | $2,013.00 |
| | | 1. Hiatt -- review cross outline + update; review + prep documents; final prep | | | |
| Service | 11/30/2022 | Trial: Trial - Day 8 - Defense Case | 3.88 | $300.00 | $1,164.00 |
| | | 1. Hiatt<br>2. Smalltz<br>3. Burleigh | | | |
| Service | 12/01/2022 | Trial: Trial - Day 9 - Defense Case | 5.42 | $300.00 | $1,626.00 |
| | | 1. Hruz | | | |

**Total**     **$78,711.00**

Please make all amounts payable to: Walas Law Firm, PLLC

Please pay within 75 days.