# Exhibit 8

**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
DYLAN BRANDT, et al.,                          :
                                               :
                  Plaintiffs,          :
                                               :
            v.                           :   Case No. 4:21-CV-00450-JM
                                               :
TIM GRIFFIN, et al.,                           :
                                               :
                 Defendants.          :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


**DECLARATION OF LESLIE COOPER IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

I, Leslie Cooper, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of the motion filed by Plaintiffs for an award of attorneys' fees and costs arising from the work performed by attorneys at the American Civil Liberties Union Foundation ("ACLU National") in litigating the above-captioned case.  ACLU National seeks an award of attorneys' fees in the amount of $1,133,987.50 for my work and the work of Chase Strangio, Li Nowlin-Sohl, and James Esseks.  We seek an award of costs in the amount of $114,235.45.

**Professional Background of Leslie Cooper**

2.      I received a J.D. degree from New York University School of Law in 1995.  I received a B.A. degree *summa cum laude* from the University of Pennsylvania in 1986.

3.      I am licensed to practice law in New York State and in New Jersey.  I am also admitted to practice before the United States Supreme Court; the United States Courts of Appeals for the Third, Fourth, Sixth, Eighth, and Eleventh Circuits; the United States District Courts for the Eastern District of Arkansas, the Northern District of Florida, the Eastern and Western Districts of Michigan, the District of New Jersey, and the Eastern and Southern Districts of New York.

4.      From 1995 until 1998, I was an associate at Robinson, Silverman, Pearce, Aronsohn & Berman LLP, a private law firm in New York City that subsequently became part of the law firm Bryan Cave.

5.      Since 1998, I have been an attorney at the ACLU's LGBTQ & HIV Project based in New York, New York, first as a staff attorney, then a senior staff attorney, and, currently, a Deputy Project Director.

6.      Through my work with the LGBTQ & HIV Project, I have developed a specialty in constitutional litigation generally and specifically in constitutional claims about the rights of LGBTQ people.

7.      I have been counsel and supervised the work of other lawyers in numerous federal constitutional and other cases about the rights of transgender people to access gender-affirming medical care including the following:  *Seger v. Norris*, 2010 WL 2384268, No. 5:10CV00081 BSM/BD (E.D. Ark. Apr. 9, 2010) (Eighth Amendment challenge to prison policy denying transgender female prisoner with gender dysphoria hormone therapy); *Keohane v. Fla. Dep't of Corrections*, 952 F.3d 1257 (11th Cir. 2020) (Eighth Amendment challenge to denial of hormone therapy and permission to follow female grooming standards); *Thomas v. Georgia Dep't of Community Health*, Case No. 1:21-cv-02558 (N.D. Ga.) (challenge to exclusion of gender-

affirming surgeries from state Medicaid coverage); *Iglesias v. Federal Bureau of Prisons*, Case

No. 19-cv-00415-JPG (S.D. Ill.) (Eighth Amendment challenge to denial of gender-confirmation

surgery for prisoner with gender dysphoria); *Zayre-Brown v. North Carolina Dep't of Public

Safety*, Case No. 3:22-cv-191-MOC-DCK (W.D.N.C.) (same); and *L.W. v. Skrmetti*, Case No.

3:23-cv-00376, 2023 WL 4232308 (M.D. Tenn. June 28, 2023) (granting preliminary injunction

enjoining enforcement of state law banning gender-affirming medical care for minors), *stayed*,

*L.W. v. Skrmetti*, 73 F.4th 408 (6th Cir. July 8, 2023).

8.      I have also been counsel and supervised other lawyers in numerous constitutional

cases about the rights of transgender people in various other contexts.  *See, e.g.*, *Grimm v.

Gloucester Cty. Sch. Bd.*, 972 F.3d 586 (4th Cir. 2020), *cert. denied*, 141 S. Ct. 2878 (2021)

(holding that school policy prohibiting transgender boy from using boys' facilities was

unlawful); *Doe v. Boyertown Unified Sch. Dist.*, 276 F. Supp. 3d 324 (E.D. Pa. 2017), *aff'd* 897

F.3d 518 (3rd Cir. 2018), *cert. denied*, 139 S. Ct. 2636 (2019) (rejecting challenge to school

policy allowing transgender students to use facilities according with their gender identity); *L.E.

v. Lee*, Case No. 3:21-cv-00835 (M.D. Tenn.) (challenge to state law prohibiting transgender

students from participating in school sports in accordance with their gender identity).

9.      In addition, in my nearly 25 years at the ACLU LGBTQ & HIV Project, I have

been counsel in a wide range of civil rights cases affecting the legal rights for lesbian, gay, and

bisexual people, including:

> a.      Cases challenging state laws and policies excluding gay people from
>
>         adopting or fostering children.  (*In re Matter of Adoption of X.X.G. and*
>
>         *N.R.G.*, 43 So.3d 79 (Fla. 3d Dist. Ct. App. 2010); *Howard v. Child*
>
>         *Welfare Agency Review Bd.*, 238 S.W.3d 1 (Ark. 2006); *Arkansas Dep't of*

*Human Servs. v. Cole*, 380 S.W.3d 429 (Ark. 2011); *Stewart v. Heineman*, 892 N.W.2d 542 (Neb. 2017).)

b.      Cases seeking the right to marry for same-sex couples in three states. (*Whitewood v. Wolf*, 992 F. Supp. 2d 410 (M.D. Pa. 2014); *Waters v. Ricketts*, 48 F. Supp. 3d 1271 (D. Neb. 2015); *Brenner v. Scott*, 999 F. Supp. 2d 1278 (N.D. Fla. 2014).)  I was also on the Supreme Court teams in *Obergefell v. Hodges*, 576 U.S. 644 (2015), establishing the right to marry for same-sex couples nationwide, and *U.S. v. Windsor*, 570 U.S. 744 (2013), invalidating the federal "Defense of Marriage Act" prohibiting the federal government from recognizing marriages of same-sex couples.

c.      Cases challenging restrictions on gay parents when exercising their rights of custody or visitation with their children.  (*Moix v. Moix*, 2013 Ark. 478 (2013).)

d.      Cases defending the rights of governments to enforce laws prohibiting discrimination based on sexual orientation.  (*Fulton v. City of Philadelphia*, 141 S. Ct. 1868 (2021); *Hyman v. City of Louisville*, 132 F. Supp. 2d 528 (2021), vacated on other grounds 53 F. App'x 640, 6th Cir. 2002).)

e.      Cases challenging government authorization of discrimination against same-sex couples by agencies providing government services.  (*Dumont v. Lyon*, 341 F. Supp. 3d 706 (E.D. Mich. 2018); *Rogers v. McMaster*, 6:19-cv-01567-JD (D.S.C.).)

10.    Over the past 24 years, I have been direct counsel or have supervised litigation in at least 15 cases in federal circuit courts, more than 50 cases in federal district courts, and more than a dozen cases in state courts, including several before state high courts.

11.    I have argued before the United States Courts of Appeals for the Third and Sixth Circuits, and in the Arkansas, Florida, and New Jersey Supreme Courts, in addition to arguing motions and trying cases before many lower state and federal courts.

12.    I received the Dan Bradley Award from the National LGBTQ Bar Association in 2003, which is the organization's highest honor.

13.    I have guest lectured on LGBT rights at Columbia Law School, Fordham Law School, and New York Law School.

**Professional Background of Chase Strangio**

14.    Chase Strangio received his J.D. degree from Northeastern University School of Law in 2010 and his B.A. degree from Grinnell College in 2004.

15.    Mr. Strangio is licensed to practice law in New York State.  He is also admitted to practice before the United States Supreme Court; the United States Courts of Appeals for the Fourth, Sixth, Seventh, Eighth, and Ninth Circuits; and the Southern District of New York.

16.    From 2010 to 2012, Mr. Strangio was Director of Prisoner Justice Initiatives at the Sylvia Rivera Law Project in New York City.

17.    Since 2013, he has been an attorney at the ACLU's LGBTQ & HIV Project based in New York, New York, first as a staff attorney, and, currently, as a Deputy Project Director.

18.    Through his work with the LGBTQ & HIV Project, Mr. Strangio developed a specialty in constitutional litigation generally and specifically in constitutional claims about the rights of LGBTQ people.

19.     Mr. Strangio has been counsel in numerous federal constitutional cases concerning the rights of transgender people to access gender-affirming medical care including the following: *L.W. v. Skrmetti*, Case No. 3:23-cv-00376, 2023 WL 4232308 (M.D. Tenn. June 28, 2023) (granting preliminary injunction enjoining enforcement of state law banning gender-affirming medical care for minors), *stayed*, *L.W. v. Skrmetti*, 73 F. 4th 408 (6th Cir. July 8, 2023); *K.C. v. Individual Members of Medical Licensing Bd. of Indiana*, Case No. 1:23-cv-00595-JPH-KMB, 2023 WL 4054086 (S.D. Ind. June 16, 2023) (same), appeal pending; *Poe v. Drummond*, Case No. 23-cv-00177-JFH-SH (N.D. Okla.) (challenge to state law banning gender-affirming medical care for minors); *Manning v. Carter*, Case No. 1:14-cv-01609-CKK (D.D.C.) (challenge to denial of care to prisoner with gender dysphoria); *Oakleaf v. Martinez*, 297 F. Supp. 3d 1221 (D. N.M. 2014) (same).

20.     Mr. Strangio has also been counsel in cases about the rights of transgender people in various other contexts, including: *Grimm v. Gloucester Cty. Sch. Bd.*, 972 F.3d 586 (4th Cir. 2020), *cert. denied*, 141 S. Ct. 2878 (2021) (holding that school policy prohibiting transgender boy from using boys' facilities was unlawful); *Hecox v. Little*, Case No. 20-35813, 2023 WL 5283127 (9th Cir. Aug. 17, 2023) (upholding injunction barring enforcement of statutory ban on trans women participating on women's sports teams); *Carcano v. Cooper*, 203 F. Supp. 3d 615 (M.D. N.C. 2016) (challenge to state law banning trans people from using public restrooms aligning with their gender identity); *Stone v. Trump*, 280 F. Supp. 3d 747 (D. Md. 2017) (challenge to military policy excluding transgender service members); *Short v. Delaware*, Case No. N13A–08–006 MJB, 2014 WL 11048190 (Sup. Ct. Del. Aug. 5, 2014) (challenge to denial of name change for transgender prisoner).

6

21.     ln addition, in Mr. Strangio's 10 years at the ACLU LGBTQ & HIV Project, he has been counsel in a range of civil rights cases affecting the legal rights for lesbian, gay, and bisexual people, including cases seeking the right to marry for same-sex couples.  *See Obergefell v. Hodges*, 576 U.S. 644 (2015); *Love v. Beshear*, 989 F. Supp. 2d 536 (W.D. Ky. 2014); *Baskin v. Bogan*, 766 F.3d 648 (7th Cir. 2014).  He was on the Supreme Court team in *Obergefell*, establishing the right to marry for same-sex couples nationwide, and supported the team in *U.S. v. Windsor*, 570 U.S. 744 (2013), invalidating the federal "Defense of Marriage Act" that prohibited the federal government from recognizing the marriages of same-sex couples.

22.     Mr. Strangio has been direct counsel in litigation in at least 10 cases in federal circuit courts and more than 15 cases in federal district courts.

23.     Mr. Strangio has argued before the United States Courts of Appeals for the Eighth and Ninth Circuits and has argued motions in lower state and federal courts.

24.     Mr. Strangio received the Stonewall Award from the American Bar Association, honoring his work on behalf of LGBTQ people, in 2020, and in 2018 was recognized as a top LGBTQ lawyer under 40 by the LGBT Bar Association.  He also received honorary Doctor of Law degrees from Grinnell College in 2018 and Bates College in 2020.  In addition to these awards, Mr. Strangio has been honored in numerous spaces as a leader in the transgender community.

**Professional Background of Li Nowlin-Sohl**

25.     Li Nowlin-Sohl received a J.D. degree from New York University School of Law in 2011.  She received a B.A. degree *magna cum laude* from Seattle University in 2006.

26.     Ms. Nowlin-Sohl is licensed to practice law in Washington and California (inactive status). She is admitted to practice before the United States Court of Appeals for the

Ninth Circuit and the United States District Courts for the Western and Eastern Districts of

Washington and the District of Columbia.

27.     From 2011–2014, Ms. Nowlin-Sohl was a litigation associate at Paul Hastings

LLP, a global law firm, in its Washington, D.C. office. She served as a judicial law clerk for the

Honorable Gladys Kessler at the United States District Court for the District of Columbia from

2014–2016.  After clerking, she was a complex litigation associate at Keller Rohrback, LLP, in

Seattle, Washington from 2016–2017, and was a Staff Attorney with the ACLU of Washington

from 2017–2022.

28.     Since 2022, Ms. Nowlin-Sohl has been a Senior Staff Attorney with the ACLU's

LGBTQ & HIV Project.  Through her over six years of work with the ACLU and prior pro bono

work, she has developed expertise in constitutional litigation, including litigation regarding the

rights of LGBTQ people.

29.     Ms. Nowlin-Sohl has been counsel and has supervised the work of other lawyers

in numerous federal constitutional and other cases, including cases about the rights of LGBTQ

people:  *Iglesias v. Bureau of Prisons*, No. 19-cv-00415 (S.D. Ill.) (achieved settlement for

incarcerated transgender woman to receive gender-affirming surgeries); *Zayre-Brown v. North

Carolina Dep't of Public Safety*, No. 22-cv-191 (W.D. N.C.) (challenge to denial of gender-

affirming surgery to incarcerated transgender woman as violative of the Eighth Amendment),

*L.E. v. Lee*, No. 21-cv-00835 (M.D. Tenn.) (challenge to statewide ban on transgender students'

participation in interscholastic sports); *Black Lives Matter Seattle-King Cty. v. City of Seattle*,

No. 2:20-cv-00887 (W.D. Wash. 2020) (achieved preliminary injunction to protect the rights of

protesters against police violence); *Kortlever v. Whatcom Cty.*, No. 2:18-cv-00823 (W.D. Wash.

2019) (class action challenging ban on medication-assisted treatment in county jail); *Does v.*

*Trump*, No. C17-0178 (W.D. Wash.) (challenge to the United States' ban on the entry of certain refugees); *Enstad v. PeaceHealth*, No. 2:17-cv-01496 (W.D. Wash. 2019) (challenge to medical plan's exclusion of transition-related care for transgender individuals); and *Robbins v. Swedish Health Servs.*, No. 17-2-32900-2 (Wash. Superior Ct. 2017) (challenging discriminatory actions against transgender patient).

**Professional Background of James D. Esseks**

30.     James Esseks received a J.D. degree *cum laude* in 1991 from Harvard Law School, where he was the editor-in-chief of the *Harvard Civil Rights-Civil Liberties Law Review*. He received a B.A. degree *magna cum laude* from Yale College in 1987, with distinction in linguistic anthropology.

31.     Mr. Esseks is licensed to practice law in New York State and in California.  He is also admitted to practice before the United States Supreme Court; the United States Courts of Appeals for the Second, Third, Fourth, Sixth, Seventh, Ninth, and Eleventh Circuits; the United States District Courts for the Eastern District of Arkansas, the Northern District of Texas, the Eastern District of Michigan, the Eastern and Southern Districts of New York, and the Northern and Central Districts of California.

32.     Mr. Esseks served as a judicial law clerk for the Honorable Robert L. Carter, United States District Judge for the Southern District of New York, from 1991 to 1992, and for the Honorable James R. Browning, United States Circuit Judge for the Ninth Circuit, from 1992 to 1993.

33.     From 1993 until 1997, Mr. Esseks was an associate, and then from 1998 through 2001 he was a partner, at Vladeck, Waldman, Elias & Engelhard, P.C., a private law firm in New York City specializing in employment and labor law.  While at Vladeck Waldman, he tried cases

in federal and state courts and before various arbitration tribunals, argued appeals, and pursued claims primarily under federal civil rights statutes and the federal constitution.

34.     From 2001 through 2010, Mr. Esseks was Litigation Director of the ACLU Foundation's LGBTQ & HIV Project, based in New York, New York.  From 2010 until the present, he has been Director of the Project, overseeing both its legal program and other aspects of its advocacy, including lobbying, administrative advocacy, organizing, and education of the public about issues affecting LGBTQ people or people living with HIV.

35.     Through his work with the LGBTQ & HIV Project, Mr. Esseks has developed a specialty in constitutional litigation generally, and specifically in constitutional claims about the rights of LGBTQ people.

36.     Mr. Esseks has been counsel in, and supervised other lawyers in, numerous constitutional cases about the rights of transgender people, including *Bostock v. Clayton Cty., Ga.*, 140 S. Ct. 1731 (2020) (ruling that Title VII of the Civil Rights Act protects transgender people from employment discrimination); *Hecox v. Little*, Case No. 20-35813, 2023 WL 5283127 (9th Cir. Aug. 17, 2023) (upholding injunction barring enforcement of statutory ban on trans women participating on women's sports teams); *Grimm v. Gloucester Cty. Sch. Bd.*, 972 F.3d 586 (4th Cir. 2020), *cert. denied*, 141 S. Ct. 2878 (2021) (holding that school policy prohibiting transgender boy from using boys' facilities was unlawful); *Doe v. Boyertown Unified Sch. Dist.*, 276 F. Supp. 3d 324 (E.D. Penn. 2017), *aff'd* 897 F.3d 518 (3rd Cir. 2018), *cert. denied*, 139 S. Ct. 2636 (2019) (rejecting challenge to school policy allowing transgender students to use facilities that accord with their gender identity); *L.W. v. Skrmetti*, Case No. 3:23-cv-00376, 2023 WL 4232308 (M.D. Tenn. June 28, 2023) (granting preliminary injunction enjoining enforcement of state law banning gender-affirming medical care for minors), *stayed*,

*L.W. v. Skrmetti*, 73 F.4th 408 (6th Cir. July 8, 2023); *Schroer v. Billington*, 577 F. Supp. 2d 293 (D.D.C. 2008) (holding that the federal ban on sex discrimination in employment bars discrimination against a transgender woman).

37.     Mr. Esseks has been counsel and supervised other lawyers in cases involving the freedom to marry for same-sex couples, including *Obergefell v. Hodges*, 576 U.S. 644 (2015) (declaring the freedom to marry for same-sex couples); and *United States v. Windsor*, 570 U.S. 744 (2013) (striking down the Defense of Marriage Act).

38.     Mr. Esseks has been counsel in, and supervised other lawyers in, cases challenging state laws barring lesbians and gay men from being adoptive or foster parents. Those cases include *In re Matter of Adoption of X.X.G. and N.R.G.*, 43 So.3d 79 (Fla. 3d Dist. Ct. App. 2010), which struck down Florida's ban on adoption by lesbian, gay, or bisexual people as violative of the Florida Constitution; *Howard v. Child Welfare Agency Review Bd.*, 238 S.W.3d 1 (Ark. 2006), which struck down Arkansas's ban on placement of a foster child in any household that included a gay person; and *Arkansas Dep't of Human Servs. v. Cole*, 380 S.W.3d 429 (Ark. 2011), which struck down Arkansas's ban on adoption or foster parenting by any unmarried couple as violative of the Arkansas Constitution.

39.     Mr. Esseks has been counsel in and supervised other lawyers in cases defending the right of government to enforce laws prohibiting discrimination based on sexual orientation or gender identity, including *Fulton v. City of Philadelphia*, 141 S. Ct. 1868 (2021), and *Masterpiece Cakeshop v. Colorado Civil Rights Comm'n*, 138 S. Ct. 1719 (2018).

40.     Over the past 32 years, Mr. Esseks has been direct counsel, or supervised litigation, in 11 federal circuit courts, 30 federal district courts, and the state courts of 34 states, including 18 state high courts.

41.     Mr. Esseks has argued appeals in the United States Courts of Appeals for the Fourth and Seventh Circuits, in the Kansas Supreme Court, in the New York Court of Appeals, and in the Appellate Division of the New York Supreme Court, in addition to arguing motions and trying cases before many lower state and federal courts.

42.     Mr. Esseks has received a number of awards for his work, including the 2013 Dan Bradley Award from the National LGBT Bar Association, which is the organization's highest honor.  He also received the 2012 Community Vision Award from the LGBT Bar Association of New York, was a Wasserstein Public Interest Fellow at Harvard Law School in 2009, and was the 2013–2014 Vanderbilt Law School Social Justice Fellow.

43.     Mr. Esseks has lectured on constitutional law, LGBT rights, and employment law at Columbia Law School, Fordham Law School, New York Law School, and the Wharton School of the University of Pennsylvania.

**Time Spent by ACLU National Attorneys on this Case**

44.     Chase Strangio and I have been counsel in this case since its inception in the spring of 2021 and have led the legal team, together with lead attorneys at Sullivan & Cromwell, throughout the course of this case.  Together, given our extensive experience litigating issues related to discrimination against transgender people and, specifically, the denial of access to gender-affirming medical care, we led the development of the case plan and the strategic planning at every stage of this case and were closely involved in every aspect of this case.

45.     My specific responsibilities on this case included the following:

a.      Taking a major role in the drafting of, or closely reviewing, all major filings at the district court including the complaint, the preliminary injunction papers, the motions to exclude expert testimony, the opposition

to the motion *in limine*, the pretrial brief, the post-trial brief, and the proposed findings of fact, and all Eighth Circuit filings;

b.  leading the development of the expert case and vetting expert witnesses;

c.  working with Plaintiffs' expert witnesses on their preparation of expert declarations and reports;

d.  preparing Plaintiffs' expert witnesses for deposition;

e.  defending the depositions of Plaintiffs' experts Dr. Dan Karasic and Dr. Jack Turban;

f.  working with the Physician Plaintiffs on the preparation of their declarations and preparing them for deposition;

g.  defending the Physician Plaintiffs' depositions;

h.  deposing the 30(b)(6) witness for the Defendant Arkansas State Medical Board;

i.  deposing one of the Defendants' expert witnesses, Dr. Stephen Levine;

j.  assisting in the preparation for the depositions of the Defendants' other three expert witnesses and the Defendants' fact witnesses;

k.  attending the depositions of Dr. Ho, Dr. Cathey, and Cathey Campbell: three providers of care subpoenaed for deposition by Defendants;

l.  preparing Dr. Michele Hutchison for her trial testimony;

m.  preparing Plaintiffs' expert Dr. Dan Karasic for his trial testimony and conducting his direct examination at trial;

n.  cross-examining Dr. Levine at trial; and

o.  assisting in the preparation of Plaintiffs for their trial testimony.

46.     Chase Strangio's specific responsibilities on the case included the following:

a.      taking a major role in the drafting of the complaint, the preliminary

injunction briefing in the district court, the briefing in the appeal of the

preliminary injunction, the pre-trial brief, the post-trial brief, the proposed

findings of fact, and all Eighth Circuit filings;

b.      vetting expert witnesses;

c.      working with Plaintiffs' expert witnesses on their preparation of expert

declarations and reports;

d.      preparing two of Plaintiffs' expert witnesses (Dr. Adkins and Dr. Turban)

for deposition;

e.      defending the deposition of Dr. Adkins;

f.      deposing one of the Defendants' expert witnesses, Dr. Paul Hruz;

g.      preparing Dr. Adkins and Dr. Turban for their trial testimony and

conducting their direct examinations at trial;

h.      cross-examining Defendants' expert witness Dr. Hruz at trial;

i.      preparing Minor Plaintiff Dylan Brandt for trial;

j.      conducting Dylan Brandt's direct examination at trial;

k.      arguing in opposition to the motion to dismiss at trial; and

l.      arguing the appeal of the preliminary injunction at the Eighth Circuit.

47.     James Esseks has been on the litigation team since the beginning of the case but

the bulk of his time was devoted to the case in relation to trial planning and participation in the

trial.  Mr. Esseks prepared Plaintiff Dr. Stambough for her trial testimony and conducted her

direct examination at trial.  He also brought his significant trial experience to assist the team in planning for trial and assisting with the preparation of other witnesses for trial.

48.     Li Nowlin-Sohl joined the litigation team as we began to prepare for trial.  Her responsibilities on the case included preparing Plaintiffs' expert witness Dr. Armand Antommaria for trial and conducting his direct examination at trial, in addition to assisting with the preparation of other expert witnesses for trial.

49.     ACLU National is seeking reimbursement for a total of 891.37 hours I devoted to this case.  The attorney time records attached as Exhibit A detail the time I spent on the representation.  These hours are based on the contemporaneous records I maintained during the course of my involvement in this case.  The attorney time records are a true and accurate reflection of professional services reasonably rendered by me to Plaintiffs in this litigation, minus time omitted based on billing discretion.

50.     ACLU National is seeking reimbursement for a total of 498 hours that Chase Strangio devoted to this case.  The attorney time records attached as Exhibit B detail the time Mr. Strangio spent on the representation.  Mr. Strangio's hours are based on the contemporaneous records he maintained during the course of his involvement in this case.  His attorney time records are a true and accurate reflection of professional services reasonably rendered to Plaintiffs in this litigation, minus time omitted based on billing discretion.

51.     ACLU National is seeking reimbursement for a total of 121 hours that Li Nowlin-Sohl devoted to this case.  The attorney time records attached as Exhibit C detail the time that she spent on the representation.  Ms. Nowlin-Sohl's hours are based on the contemporaneous records she maintained during the course of her involvement in this case.  Her

attorney time records are a true and accurate reflection of professional services reasonably rendered to Plaintiffs in this litigation, minus time omitted based on billing discretion.

52.     ACLU National is seeking reimbursement for a total of 132.7 hours that James Esseks devoted to this case.  The attorney time records attached as Exhibit D detail the time Mr. Esseks spent on the representation.  Mr. Esseks' hours are based on the contemporaneous records he maintained during the course of his involvement in this case.  Mr. Esseks' attorney time records are a true and accurate reflection of professional services reasonably rendered to Plaintiffs in this litigation, minus time omitted based on billing discretion.

53.     I have reviewed all of my time records and those of Mr. Strangio, Mr. Esseks, and Ms. Nowlin-Sohl and have eliminated non-productive and duplicative time.

54.     I have exercised reasonable billing judgment in determining the amount of attorney fees ACLU National counsel are requesting for their services to ensure the time for which we are seeking compensation is reasonable in light of the tasks counsel were required to perform.

55.     As part of that billing discretion, I am not seeking payment for any of the ACLU National attorneys' participation in the weekly co-counsel team meetings over the course of the litigation, unproductive travel time, time spent related to communications and press regarding this case, and time spent by support staff.

**Hourly Rates**

56.     I request a rate of $750 per hour for my legal services, which is consistent with the market rate for lawyers of my level of skill and experience practicing civil rights law in New York City.  Exhibit F (Clark Decl.) ¶ 10.

57.     I request a rate of $600 per hour for the legal services of Mr. Strangio, which is consistent with the market rate for lawyers of his level of skill and experience practicing civil rights law in New York City.  Exhibit F (Clark Decl.) ¶ 11.  Seven years ago, a federal district court in Kentucky awarded a rate of $325 for Mr. Strangio.  *Bourke v. Beshear*, 2016 WL 164626, No. 3:13-CV-00750-CRS (W.D. Ky. Jan. 13, 2016).

58.     I request a rate of $500 per hour for the legal services of Ms. Nowlin-Sohl.  In settling *Iglesias v. Bureau of Prisons*, No. 19-cv-415-NJR (S.D. Ill.) in 2022, the Bureau of Prisons agreed to her requested rate of $500 when calculating attorneys' fees.  In *Black Lives Matter Seattle-King County v. City of Seattle*, a federal judge found Ms. Nowlin-Sohl then-hourly rate of $400 for work done in 2020 to be reasonable when awarding attorneys' fees.  No. 2:20-cv-00887, Dkt. No. 189 (W.D. Wash. 2020).  In *Banks v. City of Tacoma*, a Washington state judge found Ms. Nowlin-Sohl then-hourly rate of $325 for work done in 2017 and 2018 to be reasonable when awarding attorneys' fees.  No. 16-2-05416 (Wa. Sup. Ct. June 25, 2018).  The experience and expertise in constitutional litigation Ms. Nowlin-Sohl has acquired in the years since *Black Lives Matter* and *Banks* justify her requested hourly rate of $500.

59.     I request a rate of $800 per hour for the legal services of Mr. Esseks, which is consistent with the market rate for lawyers of his level of skill and experience who practice civil rights law in New York City.  Exhibit F (Clark Decl.) ¶¶ 8-9.  Seven years ago, a federal district court in Kentucky awarded a rate of $700 for Mr. Esseks.  *Bourke v. Beshear*, 2016 WL 164626, No. 3:13-CV-00750-CRS (W.D. Ky. Jan. 13, 2016).

**Fees requested**

60.     ACLU National is seeking the following attorneys' fees:

      a.      For me, 891.37 hours at the rate of $750, equaling $668,527.50.

      b.      For Chase Strangio, 498 hours at the rate of $600, equaling $298,800.

      c.      For Li Nowlin-Sohl, 121 hours at the rate of $500, equaling $60,500.

      d.      For James Esseks, 132.7 hours at the rate of $800, equaling $106,160.

      e.      The total amount of fees requested by ACLU National is $1,133,987.50.

**Costs**

61.     Exhibit E hereto lists case expenses incurred by ACLU counsel for which we seek reimbursement, which come to a total of $114,235.45.  Those expenses include court reporter fees for depositions; court transcript costs; mailing and printing costs; attorney travel for depositions, hearings, and trial; and travel costs for expert witnesses to come to trial.

I declare under the penalty of perjury that the foregoing is true and correct.


DATE:  September 20, 2023        *Leslie Cooper*_____
                                     Leslie Cooper

# Exhibit A

*Brandt* **Summary of Fees Sought by Leslie Cooper in Motion**

| Project/Time entry | User | Start date | Time (decimal |
|---|---|---|---|
| **Brandt v. Rutledge (GB026)** | | | **261.617** |
| preparing notes from team meeting | Lcooper | 04/10/2021 | 0.333 |
| Coordinating plaintiff interviews | Lcooper | 04/22/2021 | 0.667 |
| Writing notes of team meeting and tasks and sending to team | Lcooper | 04/27/2021 | 0.333 |
| drafting plaintiff interview questions | Lcooper | 04/28/2021 | 0.833 |
| Meeting with Saxtons, pre-meeeting with interview team | Lcooper | 04/29/2021 | 1.600 |
| Meeting with Jennens, pre-meeting with interview team | Lcooper | 04/30/2021 | 1.500 |
| Call with Dr. Stambough | Lcooper | 05/02/2021 | 1.000 |
| writing team meeting notes and sending to team | Lcooper | 05/03/2021 | 0.250 |
| call with Dennises | Lcooper | 05/04/2021 | 0.500 |
| reviewing plaintiff interview summaries; interview Dr. H | Lcooper | 05/06/2021 | 1.500 |
| Drafting meeting notes and sending to team | Lcooper | 05/10/2021 | 0.250 |
| Revising draft complaint | Lcooper | 05/11/2021 | 7.600 |
| Call with expert - Dr. A. | Lcooper | 05/12/2021 | 1.000 |
| Case management email to team | Lcooper | 05/13/2021 | 0.500 |
| revising section of complaint | Lcooper | 05/14/2021 | 0.500 |
| Call with J. Ossip re Antommaria dec | Lcooper | 05/15/2021 | 0.500 |
| Reviewing revised complaint | Lcooper | 05/15/2021 | 0.667 |
| Client zoom meeting, reviewing revised draft complaint | Lcooper | 05/17/2021 | 5.300 |
| Notes from team meeting to team | Lcooper | 05/18/2021 | 0.700 |
| Revision of draft complaint | Lcooper | 05/19/2021 | 0.700 |
| Reviewing revised plaintiff allegations, evaluating claims | Lcooper | 05/20/2021 | 1.500 |
| Going over allegations with plaintiffs; revising complaint | Lcooper | 05/21/2021 | 2.400 |
| Revision of full draft complaint | Lcooper | 05/23/2021 | 0.667 |
| Discussion with team re claims; finalizing complaint,; email to clients; discussion with DSL re MPI | Lcooper | 05/24/2021 | 4.667 |
| Discussion with some of team re PI motion; planning email to team | Lcooper | 05/26/2021 | 1.667 |
| commenting on Adkins draft dec; revising EP section of PI brief | Lcooper | 05/27/2021 | 1.667 |
| Creating chart of team point people on trial witnesses | Lcooper | 05/27/2021 | 0.833 |
| Team meeting; email to team with notes; meeting with AA re expert dec | Lcooper | 06/01/2021 | 3.500 |
| Editing/drafting section of PI brief/reviewing AA dec. | Lcooper | 06/02/2021 | 3.600 |
| Reviewing/commenting on draft Antommaria dec | Lcooper | 06/04/2021 | 0.833 |
| Reviewing draft declarations | Lcooper | 06/07/2021 | 5.200 |
| Reviewing draft MPI brief | Lcooper | 06/08/2021 | 2.500 |
| Reviewing revised MPI brief | Lcooper | 06/11/2021 | 1.667 |
| Meeting with Dr. Stambough regarding dec | Lcooper | 06/11/2021 | 1.000 |
| Reviewing revised draft of MPI brf | Lcooper | 06/14/2021 | 2.500 |
| Reviewing final edits of MPI brief | Lcooper | 06/15/2021 | 3.100 |
| Reviewing and revising part of draft opp MTD | Lcooper | 06/22/2021 | 0.600 |
| Reviewing opp MTD | Lcooper | 06/27/2021 | 1.000 |
| Reviewin and revising opp MTD | Lcooper | 06/29/2021 | 2.500 |
| reviewing state's opp MPI and decs | Lcooper | 07/10/2021 | 7.667 |
| Outlining topics for Turban, reviewing reply brief outline | Lcooper | 07/10/2021 | 6.833 |
| Review Adkins draft rebuttal dec, outline topics for Antommaria rebuttal, draft sectino of reply brief ISO  MPI | Lcooper | 07/11/2021 | 9.333 |
| REviewing revised adkins rebuttal dec; revising background and EP sections of brief | Lcooper | 07/12/2021 | 6.500 |

Exhibit A to Cooper Declaration

**_Brandt_ Summary of Fees Sought by Leslie Cooper in Motion**

| | | | |
|---|---|---|---|
| Reviewing/commenting on draft Antommaria rebuttal and Turban rebuttal dec | Lcooper | 07/13/2021 | 2.667 |
| Drafting reply brief | Lcooper | 07/14/2021 | 2.600 |
| Call with Turban; drafting reply | Lcooper | 07/15/2021 | 2.500 |
| Commenting on PI argument opening | Lcooper | 07/16/2021 | 0.500 |
| Moot for PI hearing and discussion with CS | Lcooper | 07/17/2021 | 2.500 |
| Collecting hard questions for oral arg prep | Lcooper | 07/19/2021 | 1.500 |
| reviewing Defs' supplemental expert declarations | Lcooper | 07/20/2021 | 4.667 |
| PI hearing; meeting with clients and team | Lcooper | 07/21/2021 | 4.000 |
| Reviewing and revising proposed scheduling order | Lcooper | 08/09/2021 | 0.500 |
| Emails to team re working groups and proposed schedule | Lcooper | 08/12/2021 | 0.500 |
| email to HOlland and Everett re amicus planning | Lcooper | 08/19/2021 | 1.167 |
| Drafting outline of points for experts to cover | Lcooper | 10/07/2021 | 3.833 |
| Collecting files on state's expert witnesses | Lcooper | 10/11/2021 | 4.333 |
| Reviewing RFP | Lcooper | 10/14/2021 | 0.667 |
| call with D. Karasic | Lcooper | 10/19/2021 | 1.000 |
| Developing topics for expert reports | Lcooper | 10/25/2021 | 4.000 |
| developing topics for antommaria expert report | Lcooper | 10/27/2021 | 1.333 |
| Working on topics for expert reports. | Lcooper | 10/30/2021 | 1.500 |
| Drafing proof chart | Lcooper | 10/31/2021 | 2.667 |
| Call with Antommaria; reviewing Turban and Antommaria drafts | Lcooper | 11/03/2021 | 2.500 |
| reviewing turban expert report | Lcooper | 11/04/2021 | 2.500 |
| Review deft expert reports; managing staffing of tasks | Lcooper | 11/10/2021 | 2.400 |
| Reviewing Antommaria report | Lcooper | 11/12/2021 | 1.333 |
| Planning staffing for depositions; comments on AA report | Lcooper | 11/13/2021 | 2.583 |
| Reviewing State's 8th circuit brief and references cited | Lcooper | 11/14/2021 | 3.500 |
| Reviewing Turban draft report, AA materials, outling brief | Lcooper | 11/15/2021 | 3.000 |
| Developing new topics for AA report | Lcooper | 11/17/2021 | 0.000 |
| Meeting with A. Holland re Burleigh and Perry deps | Lcooper | 11/18/2021 | 0.500 |
| Reviewing outline of EP section of respondents' brief | Lcooper | 11/21/2021 | 3.200 |
| reviewing draft karasic report | Lcooper | 11/23/2021 | 2.667 |
| Drafting statement of case | Lcooper | 11/27/2021 | 4.200 |
| Drafting statement of case | Lcooper | 11/28/2021 | 2.200 |
| reviewing revised turban report | Lcooper | 11/30/2021 | 1.000 |
| Drafting statement of case | Lcooper | 12/01/2021 | 3.100 |
| Drafting statement of case; reviewing EP section | Lcooper | 12/03/2021 | 2.600 |
| Drafting statement of case; reviewing EP section | Lcooper | 12/03/2021 | 2.500 |
| review and revise draft EP section of CA8 brief | Lcooper | 12/05/2021 | 4.000 |
| call with karasic re report | Lcooper | 12/06/2021 | 1.000 |
| Revising statement of case; reviewing karasic draft report; reviewing Antommaria draft report | Lcooper | 12/06/2021 | 7.000 |
| commenting on expert reports | Lcooper | 12/07/2021 | 3.200 |
| commenting on draft expert reports | Lcooper | 12/08/2021 | 4.000 |
| Review state's expert reports | Lcooper | 12/10/2021 | 6.500 |
| Reviewing draft CA8 brief | Lcooper | 12/12/2021 | 16.333 |
| revising draft brief | Lcooper | 12/13/2021 | 3.500 |
| Reviewing opposing experts' reports; revising brief | Lcooper | 12/18/2021 | 5.300 |
| Reviewing opposing experts' reports; outlining rebuttal points | Lcooper | 12/19/2021 | 4.500 |
| Outlining rebuttal points; | Lcooper | 12/20/2021 | 2.200 |
| Call with Hutch | Lcooper | 12/20/2021 | 0.500 |

Exhibit A to Cooper Declaration

*Brandt* Summary of Fees Sought by Leslie Cooper in Motion

| | | | |
|---|---|---|---|
| call with expert working group; outline for rebuttal report | Lcooper | 12/22/2021 | 2.500 |
| Reviewing draft discovery responses; outline for rebuttal reports | Lcooper | 12/23/2021 | 0.700 |
| Working up topics for rebuttal reports. | Lcooper | 12/29/2021 | 7.500 |
| Working up topics for rebuttal reports | Lcooper | 12/31/2021 | 8.200 |
| Reviewing revised CA8brief | Lcooper | 12/31/2021 | 4.500 |
| **Total** | | | **261.617** |
| | | | |
| | | | |
| **Project/Time entry** | **User** | **Start date** | **Time (decimal** |
| **Brandt v. Rutledge (GB026)** | **User** | **Date** | **595.233** |
| Reviewing Antommaria draft rebuttal report, call with Dr. S, reviewing draft discovery responses | Lcooper | 1/3/2022 | 2.667 |
| reviewing revised CA8 brief | Lcooper | 1/7/2022 | 1.833 |
| Reviewing defs' response to our RFP | Lcooper | 1/13/2022 | 0.500 |
| Reviewing Turban draft rebuttal report | Lcooper | 1/21/2022 | 1.500 |
| Revising draft Adkins and Antommaria rebuttal reports | Lcooper | 1/25/2022 | 4.333 |
| reviewing karasic draft rebuttal | Lcooper | 1/29/2022 | 3.333 |
| Call with Turban re rebuttal report | Lcooper | 2/3/2022 | 1.000 |
| Call with Karasic re rebuttal | Lcooper | 2/4/2022 | 1.000 |
| Review revised Karasic rebuttal report; call with Karasic | Lcooper | 2/7/2022 | 2.500 |
| meeting with D. Karasic and expert team re report | Lcooper | 2/7/2022 | 1.000 |
| Review revised Antommaria rebuttal report. | Lcooper | 2/9/2022 | 0.667 |
| Call with Stambough | Lcooper | 2/10/2022 | 0.667 |
| Review studies cited in Adkins rebuttal | Lcooper | 2/10/2022 | 0.833 |
| call with Dr. S re case | Lcooper | 2/14/2022 | 0.500 |
| Organizing expert materials for expert teams | Lcooper | 2/23/2022 | 1.333 |
| Drafting 30b6 topics and questions | Lcooper | 3/3/2022 | 2.600 |
| Prepping for expert depositions | Lcooper | 3/8/2022 | 3.500 |
| Researching Ark State Medical Board | Lcooper | 3/9/2022 | 1.800 |
| Prepping for Levine depo | Lcooper | 3/10/2022 | 2.500 |
| Prep for Regnerus dep | Lcooper | 3/11/2022 | 2.300 |
| call with Hutch | Lcooper | 3/11/2022 | 0.500 |
| Prep for regnerus dep | Lcooper | 3/13/2022 | 3.667 |
| Prepping for Levine depo | Lcooper | 3/14/2022 | 2.600 |
| Prepping for Levine depo | Lcooper | 3/16/2022 | 4.400 |
| Prepping for Levine depo | Lcooper | 3/17/2022 | 3.500 |
| Prepping for Levine depo | Lcooper | 3/18/2022 | 4.400 |
| Prepping for our expert depos | Lcooper | 3/24/2022 | 3.600 |
| reviewing Hiatt dec and making notes for dep prep | Lcooper | 3/24/2022 | 2.333 |
| Reviewing Lappert materials | Lcooper | 3/25/2022 | 3.600 |
| Reviewing Levine materials; call with Rodgerson and Armbruster re plaintif depositions, prep for PLTF deps | Lcooper | 3/28/2022 | 4.500 |
| Reviewing perry dep outline, reviewing draft motion to compel, prep re third party witness depos, prep for lappert depo | Lcooper | 3/28/2022 | 3.667 |
| Karasic dep prep; doctors' dep prep | Lcooper | 3/30/2022 | 2.500 |
| Prep for Hutch depo | Lcooper | 4/3/2022 | 2.667 |
| Hutch dep prep | Lcooper | 4/4/2022 | 1.000 |
| attend perry dep | Lcooper | 4/5/2022 | 3.000 |
| reviewing draft 30b6 notice | Lcooper | 4/7/2022 | 0.500 |
| Stambough dep prep | Lcooper | 4/10/2022 | 1.000 |

Exhibit A to Cooper Declaration

*Brandt* Summary of Fees Sought by Leslie Cooper in Motion

| | | | |
|---|---|---|---|
| Reviewing Lappert depo outline | Lcooper | 4/11/2022 | 3.167 |
| Reviewing Hruz and Burleigh dep outlines | Lcooper | 4/11/2022 | 2.333 |
| Hutch dep prep | Lcooper | 4/11/2022 | 1.000 |
| Reviewing Regnerus depo outline | Lcooper | 4/11/2022 | 2.300 |
| Dr. Ho deposition; Stambough dep prep | Lcooper | 4/15/2022 | 4.300 |
| stambough dep prep | Lcooper | 4/19/2022 | 1.500 |
| stambough and hutch dep prep; campbell deposition | Lcooper | 4/22/2022 | 6.500 |
| prep hutchison and stambough | Lcooper | 4/24/2022 | 6.400 |
| Stambough dep; hutchison prep; review Hiatt outline | Lcooper | 4/25/2022 | 9.300 |
| Hutchison dep; review Lappert outline | Lcooper | 4/26/2022 | 8.800 |
| prep for 30b6, karasic prep; meet and confer re 30b6 | Lcooper | 4/27/2022 | 5.400 |
| Turban prep; Antommaria prep; expert discussion | Lcooper | 4/28/2022 | 6.600 |
| Antommaria dep prep | Lcooper | 5/2/2022 | 1.500 |
| Adkins depo | Lcooper | 5/3/2022 | 8.000 |
| Drafting 30b6 outline | Lcooper | 5/3/2022 | 4.333 |
| Karasic dep prep | Lcooper | 5/4/2022 | 2.000 |
| Regnerus depo; notes on Adkins depo for team | Lcooper | 5/5/2022 | 10.500 |
| Lappert depo | Lcooper | 5/6/2022 | 7.500 |
| Karasic dep prep | Lcooper | 5/9/2022 | 3.000 |
| 30b6 depo | Lcooper | 5/10/2022 | 6.200 |
| Antommaria dep prep | Lcooper | 5/11/2022 | 4.200 |
| Reviewing Levine report from another case and memo to team | Lcooper | 5/12/2022 | 1.833 |
| Karasic dep prep | Lcooper | 5/13/2022 | 2.000 |
| Dr. Cathey deposition | Lcooper | 5/16/2022 | 3.000 |
| Prep for Karasic dep; prep for Levine dep | Lcooper | 5/17/2022 | 6.300 |
| prepping Karasic; prepping Turban; working on Levine dep | Lcooper | 5/18/2022 | 8.400 |
| Turban dep | Lcooper | 5/19/2022 | 8.000 |
| Karasic deposition | Lcooper | 5/20/2022 | 8.300 |
| Reviewing Hruz depo outline | Lcooper | 5/21/2022 | 2.800 |
| Revising Levine dep outline | Lcooper | 5/22/2022 | 1.833 |
| reviewing opp to motion to quash | Lcooper | 5/24/2022 | 0.333 |
| Hruz deposition | Lcooper | 5/25/2022 | 8.500 |
| Levine deposition | Lcooper | 5/26/2022 | 9.000 |
| Moot for CA8; reviewing reply ISO motion to compel docs from legislators | Lcooper | 6/2/2022 | 2.200 |
| preparing hard questions for CA8 arg; reviewing draft opening for argument | Lcooper | 6/4/2022 | 3.167 |
| meeting with Matthews re third party doctors | Lcooper | 6/6/2022 | 0.500 |
| Moot for CA8, reviewing materials to help with arg prep | Lcooper | 6/8/2022 | 2.800 |
| Reviewing Daubert motion re Regnerus | Lcooper | 6/9/2022 | 3.600 |
| Reviewing revised Regnerus motion; moot for CA8 | Lcooper | 6/10/2022 | 3.400 |
| CA8 arg prep with CS, reviewing daubert motions | Lcooper | 6/14/2022 | 4.600 |
| CA8 argument and post-arg team debrief | Lcooper | 6/15/2022 | 3.500 |
| Reviewing and revising motion to exclude lappert | Lcooper | 6/15/2022 | 2.667 |
| revising Lappert motion | Lcooper | 6/17/2022 | 1.700 |
| revising regnerus daubert motion | Lcooper | 6/18/2022 | 2.200 |
| Reviewing Branman depo outline | Lcooper | 6/19/2022 | 0.600 |
| revising motion to exclude lappert | Lcooper | 6/21/2022 | 1.833 |
| Revising draft 30b6 depo designations | Lcooper | 6/23/2022 | 1.667 |
| Reviewing Lundstrom dep outline; trial prep chart | Lcooper | 6/28/2022 | 2.700 |

***Brandt*** Summary of Fees Sought by Leslie Cooper in Motion

| | | | |
|---|---|---|---|
| Reviewing deposition designation | Lcooper | 6/29/2022 | 0.500 |
| creating trial prep chart | Lcooper | 7/5/2022 | 13.333 |
| reviewing depos for designations | Lcooper | 7/12/2022 | 0.833 |
| Reviewing response to objectoin to depo designations | Lcooper | 7/14/2022 | 2.600 |
| Meeting with Esseks re trial planning | Lcooper | 7/15/2022 | 1.000 |
| drafting outline for trial brief; revising reply ISO motion to exclude regnerus | Lcooper | 7/20/2022 | 4.000 |
| revising reply ISO motion to exclude lappert | Lcooper | 7/21/2022 | 1.333 |
| drafting EP section of trial brief | Lcooper | 7/22/2022 | 3.167 |
| reviewing pretrial disclosure | Lcooper | 7/26/2022 | 0.500 |
| Revising trial brief, reviewing response to motion in limine and fact stip | Lcooper | 7/26/2022 | 7.333 |
| reviewing pretrial disclosure | Lcooper | 8/4/2022 | 2.600 |
| reviewing pretrial disclosure | Lcooper | 8/5/2022 | 0.600 |
| Reviewing draft trial brief | Lcooper | 8/6/2022 | 2.600 |
| Reviewing draft trial brief | Lcooper | 8/12/2022 | 2.200 |
| revising response to Ds' motion to exclude Lundstrom depo designations | Lcooper | 8/13/2022 | 2.333 |
| Call with Walas re trial planning; revising trial planning memo | Lcooper | 8/17/2022 | 2.200 |
| drafting outline of trial testimony | Lcooper | 8/24/2022 | 3.333 |
| reading CA8 PI decision | Lcooper | 8/25/2022 | 0.500 |
| Drafting outline of hutch and stambough points for testimony at trial | Lcooper | 8/30/2022 | 2.500 |
| drafting outline of points for karasic testimony | Lcooper | 9/6/2022 | 3.333 |
| Karasic trial prep | Lcooper | 9/7/2022 | 2.000 |
| Hutch trial prep | Lcooper | 9/8/2022 | 2.000 |
| Drafting Hutch direct | Lcooper | 9/9/2022 | 5.400 |
| Drafting Hutch direct | Lcooper | 9/10/2022 | 4.500 |
| Revising Hutch trial outline; revising proof plan re EP claim; reviewing docs re bias | Lcooper | 9/11/2022 | 5.333 |
| Hutch trial prep | Lcooper | 9/11/2022 | 2.000 |
| Drafting Karasic direct; reviewing Dennis direct | Lcooper | 9/13/2022 | 5.500 |
| Drafting Karasic direct; | Lcooper | 9/14/2022 | 4.500 |
| Revising Antommaria direct outline | Lcooper | 9/15/2022 | 2.667 |
| Reviewing SOC 8 | Lcooper | 9/16/2022 | 3.000 |
| Hutch prep session; memo on SOC 8 | Lcooper | 9/18/2022 | 4.200 |
| Reviewing witness outlines, reviewing depo exhibits for exhibit list | Lcooper | 9/19/2022 | 5.000 |
| Dennis trial prep | Lcooper | 9/20/2022 | 1.000 |
| reviewing and revising adkins direct | Lcooper | 9/20/2022 | 2.667 |
| Karasic trial prep | Lcooper | 9/20/2022 | 2.000 |
| Reviewing stambough direct outline c;all with team re same;  revising Hutch direct | Lcooper | 9/21/2022 | 5.800 |
| karasic trial prep, Hutch trial prep | Lcooper | 9/23/2022 | 4.000 |
| revising objections to state exhibit list; revising saxton direct | Lcooper | 9/24/2022 | 2.833 |
| Hutch trial prep | Lcooper | 9/25/2022 | 2.000 |
| Reviewing Turban and Adkins directs, Stambough prep | Lcooper | 9/27/2022 | 4.700 |
| Karasic prep; working on Levine cross, regenerus cross strategy | Lcooper | 9/28/2022 | 6.300 |
| Reviewing objections to State's exhibits; Levine cross | Lcooper | 9/29/2022 | 3.300 |
| Karasic direct prep | Lcooper | 9/30/2022 | 2.000 |
| Karasic prep; working on Levine cross | Lcooper | 10/3/2022 | 3.000 |

***Brandt*** Summary of Fees Sought by Leslie Cooper in Motion

| | | | |
|---|---|---|---|
| Karasic and Hutch preps | Lcooper | 10/4/2022 | 4.600 |
| Revising D. Brandt direct and Hruz cross | Lcooper | 10/5/2022 | 4.333 |
| Karasic prep; general trial prep | Lcooper | 10/6/2022 | 3.500 |
| Reviewing/revising J. Brandt and A. Jennen directs | Lcooper | 10/7/2022 | 2.667 |
| Hutch/stambough preps | Lcooper | 10/9/2022 | 3.000 |
| Karsic and Hutch preps | Lcooper | 10/10/2022 | 4.300 |
| Stambough prep | Lcooper | 10/11/2022 | 2.000 |
| Karasic and Hutch preps | Lcooper | 10/12/2022 | 3.600 |
| Stambough prep | Lcooper | 10/13/2022 | 1.400 |
| Reviewing cross outlines | Lcooper | 10/14/2022 | 3.500 |
| stambough trial prep | Lcooper | 10/15/2022 | 2.000 |
| Karasic prep | Lcooper | 10/16/2022 | 2.000 |
| Trial | Lcooper | 10/17/2022 | 10.000 |
| Stambough prep | Lcooper | 10/18/2022 | 2.000 |
| Trial | Lcooper | 10/18/2022 | 8.000 |
| Trial | Lcooper | 10/19/2022 | 6.000 |
| Prepping for Friday trial date | Lcooper | 10/20/2022 | 5.700 |
| Trial | Lcooper | 10/21/2022 | 3.300 |
| reviewing Hruz cross | Lcooper | 10/31/2022 | 1.600 |
| Call with Walas re Hiatt cross | Lcooper | 11/1/2022 | 0.667 |
| Revising Hiatt cross | Lcooper | 11/3/2022 | 1.500 |
| Reviewing Hiatt cross | Lcooper | 11/7/2022 | 8.000 |
| Reviewing international reports for cross prep | Lcooper | 11/14/2022 | 1.500 |
| Reviewing Hiatt and Perry crosses | Lcooper | 11/16/2022 | 1.700 |
| Revising perry cross | Lcooper | 11/17/2022 | 0.667 |
| Revising Burleigh cross | Lcooper | 11/18/2022 | 0.500 |
| Revising proposed FOF | Lcooper | 11/21/2022 | 4.333 |
| Reviewing Lappert cross | Lcooper | 11/23/2022 | 2.200 |
| Reviewing revised Lappert cross; revising Levine cross | Lcooper | 11/26/2022 | 2.400 |
| Trial prep | Lcooper | 11/27/2022 | 5.667 |
| Trial, trial prep for next day | Lcooper | 11/28/2022 | 9.200 |
| Trial, prepping for next day | Lcooper | 11/29/2022 | 6.800 |
| Trial, prepping for next day | Lcooper | 11/30/2022 | 5.600 |
| Trial | Lcooper | 12/1/2022 | 5.300 |
| Drafting proposed FOF | Lcooper | 12/5/2022 | 4.100 |
| Drafting proposed FOF | Lcooper | 12/6/2022 | 3.800 |
| Drafting proposed FOF | Lcooper | 12/7/2022 | 5.500 |
| Drafting proposed FOF | Lcooper | 12/8/2022 | 4.000 |
| Drafting proposed FOF | Lcooper | 12/9/2022 | 3.600 |
| Working on sections of proposed FOF | Lcooper | 12/19/2022 | 3.833 |
| Drafting proposed FOF | Lcooper | 12/26/2022 | 2.700 |
| Reviewing and editing draft EP section of trial brief | Lcooper | 12/29/2022 | 3.800 |
| Reviewing and editing EP section of brief and proposed FOF | Lcooper | 12/30/2022 | 5.800 |
| **Total** | | | **595.233** |
| | | | |
| | | | |
| **Project/Time entry** | **User** | **Start date** | **Time (decimal** |
| **Brandt v. Rutledge (GB026)** | | | **34.517** |
| Reviewing revised version of EP section of trial brief | Lcooper | 01/02/2023 | 4.200 |
| Reviewing and revising sections of proposed FOF | Lcooper | 01/03/2023 | 2.500 |

***Brandt*** Summary of Fees Sought by Leslie Cooper in Motion

| | | | |
|---|---|---|---|
| editing sections of proposed FOF | Lcooper | 01/06/2023 | 1.667 |
| Reviewing and revising CA8 brief | Lcooper | 01/07/2023 | 4.500 |
| Reviewing and revising full draft post trial brief | Lcooper | 01/11/2023 | 2.200 |
| Reviewing post-trial brief and proposed FOF | Lcooper | 01/12/2023 | 3.700 |
| revising proposed FOF | Lcooper | 01/17/2023 | 1.333 |
| Reviewing Ds' proposed FOF and writing notes about same | Lcooper | 01/19/2023 | 1.667 |
| Revising post trial brief | Lcooper | 01/20/2023 | 3.667 |
| Revising post-trial brief | Lcooper | 01/27/2023 | 1.333 |
| Reviewed and revised draft opposition to motion to stay injunction | Lcooper | 06/14/2023 | 3.250 |
| Reviewing plaintiff decs and Connelly dec | Lcooper | 07/10/2023 | 1.833 |
| research for fee petition | Lcooper | 07/24/2023 | 2.667 |
| **Total** | | | **34.517** |
| | | | |
| | | | |
| **Total time: 891.367 hours** | | | |

Exhibit A to Cooper Declaration

# Exhibit B

*Brandt* Summary of Fees Sought by Chase Strangio in Motion

| Project/Time entry | User | Start date | Time (decimal) |
|---|---|---|---|
| **Brandt v. Rutledge (GB026)** | | | **114.250** |
| complaint drafting | Cstrangio | 05/11/2021 | 1.250 |
| complaint drafting | Cstrangio | 05/11/2021 | 1.500 |
| PI preparation – pull expert declarations and reports from past cases | Cstrangio | 05/12/2021 | 1.500 |
| call with Dr. Adkins re declaration | Cstrangio | 05/13/2021 | 1.000 |
| team and client call | Cstrangio | 05/18/2021 | 1.500 |
| complaint drafting | Cstrangio | 05/19/2021 | 4.500 |
| PI drafting | Cstrangio | 05/23/2021 | 3.500 |
| discuss declaration with Adkins | Cstrangio | 05/25/2021 | 1.500 |
| work on PI brief | Cstrangio | 05/31/2021 | 3.000 |
| work on PI brief | Cstrangio | 06/06/2021 | 2.500 |
| work on PI brief | Cstrangio | 06/07/2021 | 4.500 |
| review draft declarations | Cstrangio | 06/08/2021 | 1.000 |
| PI brief finalizing | Cstrangio | 06/13/2021 | 2.000 |
| read Ds opp MPI brief | Cstrangio | 07/09/2021 | 2.000 |
| reply brief drafting | Cstrangio | 07/10/2021 | 4.500 |
| team call to discuss Ds' opp MPI brief | Cstrangio | 07/10/2021 | 1.000 |
| reply brief drafting | Cstrangio | 07/11/2021 | 5.000 |
| reply brief drafting | Cstrangio | 07/14/2021 | 7.500 |
| argument prep for PI argument | Cstrangio | 07/15/2021 | 6.750 |
| argument prep for PI argument | Cstrangio | 07/16/2021 | 4.500 |
| argument prep for PI argument | Cstrangio | 07/17/2021 | 4.500 |
| moot | Cstrangio | 07/17/2021 | 2.000 |
| prep for PI argument | Cstrangio | 07/17/2021 | 2.000 |
| hearing | Cstrangio | 07/21/2021 | 2.750 |
| PI hearing prep | Cstrangio | 07/21/2021 | 1.500 |
| discuss case timeline with LC and JE | Cstrangio | 07/26/2021 | 0.500 |
| call to discuss case (w/LC) | Cstrangio | 09/09/2021 | 1.000 |
| call with Karasic to explore him being an expert | Cstrangio | 10/08/2021 | 0.500 |
| review outline of areas of expert testimony | Cstrangio | 10/19/2021 | 1.500 |
| review draft Adkins report | Cstrangio | 10/21/2021 | 1.500 |
| review draft Turban report | Cstrangio | 10/22/2021 | 2.500 |
| Adkins draft report review | Cstrangio | 10/30/2021 | 1.000 |
| review draft Karasic report | Cstrangio | 10/31/2021 | 1.500 |
| Turban draft report review | Cstrangio | 11/01/2021 | 0.750 |
| Turban draft report review | Cstrangio | 11/04/2021 | 2.500 |
| discuss amicus brief with LC | Cstrangio | 11/05/2021 | 0.500 |
| discuss report with Adkins | Cstrangio | 11/08/2021 | 0.750 |
| reviewing and commenting on draft Turban report | Cstrangio | 11/10/2021 | 2.000 |
| call with Adkins re report | Cstrangio | 11/11/2021 | 1.000 |
| outline of CA8 bried | Cstrangio | 11/20/2021 | 0.500 |
| call with Adkins re report | Cstrangio | 11/22/2021 | 1.000 |
| emails with LC re: expert reports | Cstrangio | 11/23/2021 | 0.750 |
| call re: Karasic report | Cstrangio | 11/26/2021 | 1.250 |
| drafting CA8 brief | Cstrangio | 11/27/2021 | 9.000 |
| discussion with LC re Adkins report | Cstrangio | 11/28/2021 | 0.500 |
| review Karasic draft report | Cstrangio | 11/29/2021 | 1.500 |
| drafting and reviewing CA8 brief | Cstrangio | 12/04/2021 | 3.500 |
| reviewing draft Turban report | Cstrangio | 12/05/2021 | 2.000 |

Exhibit B to Cooper Declaration

*Brandt* Summary of Fees Sought by Chase Strangio in Motion

| | | | |
|---|---|---|---|
| review and discuss draft Adkins report | Cstrangio | 12/06/2021 | 3.500 |
| **Total** | | | **114.250** |
| | | | |
| **Project/Time entry** | **User** | **Start date** | **Time (decimal)** |
| **Brandt v. Rutledge (GB026)** | | | **367.250** |
| call with LC re deposition schedule | Cstrangio | 03/07/2022 | 0.500 |
| prep Hutch for deposition | Cstrangio | 04/04/2022 | 1.000 |
| Adkins deposition prep | Cstrangio | 04/05/2022 | 1.500 |
| Stambough depo prep | Cstrangio | 04/10/2022 | 1.000 |
| work on deposition outline for Hruz | Cstrangio | 04/11/2022 | 2.500 |
| Stambough depo prep | Cstrangio | 04/15/2022 | 1.000 |
| Adkins deposition prep | Cstrangio | 04/18/2022 | 1.500 |
| Adkins deposition prep | Cstrangio | 04/20/2022 | 1.000 |
| Adkins deposition prep | Cstrangio | 04/21/2022 | 1.500 |
| Attend Hiatt deposition | Cstrangio | 04/26/2022 | 7.000 |
| reach out to opposing counsel re: COVID protocols | Cstrangio | 05/02/2022 | 0.500 |
| prep Dr. Adkins for deposition | Cstrangio | 05/02/2022 | 2.750 |
| travel to NC to defend Adkins deposition | Cstrangio | 05/02/2022 | 3.500 |
| Defend adkins deposition | Cstrangio | 05/03/2022 | 6.500 |
| travel home from Adkins depostion | Cstrangio | 05/03/2022 | 3.500 |
| 1 hour travel - Adkins deposition defense | Cstrangio | 05/03/2022 | 1.000 |
| 1 hour break - Adkins deposition defesnse | Cstrangio | 05/03/2022 | 1.000 |
| Karasic deposition prep | Cstrangio | 05/04/2022 | 1.500 |
| Attend Renerus deposition | Cstrangio | 05/05/2022 | 7.000 |
| Attend Lappert deposition | Cstrangio | 05/06/2022 | 7.000 |
| Karasic deposition prep | Cstrangio | 05/09/2022 | 1.500 |
| Turban depo prep | Cstrangio | 05/11/2022 | 1.500 |
| Karasic deposition prep | Cstrangio | 05/13/2022 | 1.500 |
| Turban depo prep | Cstrangio | 05/18/2022 | 2.500 |
| Turban depo | Cstrangio | 05/19/2022 | 7.000 |
| Karasic depo | Cstrangio | 05/20/2022 | 7.000 |
| Hruz depo outline | Cstrangio | 05/23/2022 | 3.500 |
| prepare Hruz depo outline and prep of exhibits | Cstrangio | 05/24/2022 | 5.500 |
| Hruz depo | Cstrangio | 05/25/2022 | 7.000 |
| Levine depo | Cstrangio | 05/26/2022 | 7.000 |
| CA8 argument prep | Cstrangio | 05/30/2022 | 3.500 |
| CA8 argument prep | Cstrangio | 05/31/2022 | 4.500 |
| CA8 argument prep | Cstrangio | 06/01/2022 | 6.500 |
| CA8 argument moot | Cstrangio | 06/02/2022 | 2.000 |
| CA8 argument prep | Cstrangio | 06/03/2022 | 5.500 |
| CA8 argument prep | Cstrangio | 06/04/2022 | 7.500 |
| CA8 argument prep | Cstrangio | 06/05/2022 | 3.500 |
| CA8 argument prep | Cstrangio | 06/06/2022 | 10.000 |
| CA8 argument moot | Cstrangio | 06/08/2022 | 2.000 |
| CA8 argument prep | Cstrangio | 06/08/2022 | 2.500 |
| CA8 argument prep | Cstrangio | 06/09/2022 | 5.000 |
| CA8 argument prep | Cstrangio | 06/10/2022 | 3.500 |
| CA8 argument moot | Cstrangio | 06/10/2022 | 2.000 |
| CA8 argument prep | Cstrangio | 06/11/2022 | 5.000 |
| CA8 argument prep | Cstrangio | 06/12/2022 | 5.000 |

Exhibit B to Cooper Declaration

***Brandt*** **Summary of Fees Sought by Chase Strangio in Motion**

| | | | |
|---|---|---|---|
| prep for CA8 argument | Cstrangio | 06/13/2022 | 6.500 |
| travel to St. Louis for CA8 argument | Cstrangio | 06/13/2022 | 4.000 |
| prep for CA8 argument | Cstrangio | 06/14/2022 | 14.500 |
| travel home from CA8 argument | Cstrangio | 06/15/2022 | 4.000 |
| CA8 argument | Cstrangio | 06/15/2022 | 1.500 |
| trial brief drafting | Cstrangio | 08/11/2022 | 3.500 |
| review draft trial brief | Cstrangio | 08/13/2022 | 2.500 |
| prepare for Adkins testimony | Cstrangio | 09/05/2022 | 1.000 |
| Work of Adkins direct outline | Cstrangio | 09/06/2022 | 1.000 |
| Adkins trial prep | Cstrangio | 09/06/2022 | 1.500 |
| Outline for Turban direct | Cstrangio | 09/08/2022 | 2.500 |
| trial prep with Joanna | Cstrangio | 09/12/2022 | 1.000 |
| Call with LC re: trial witnesses | Cstrangio | 09/12/2022 | 1.000 |
| trial prep with Adkins | Cstrangio | 09/12/2022 | 2.000 |
| trial prep with Turban | Cstrangio | 09/12/2022 | 1.500 |
| work on Adkins direct | Cstrangio | 09/14/2022 | 2.000 |
| trial prep with Adkins | Cstrangio | 09/14/2022 | 1.500 |
| trial prep with Adkins | Cstrangio | 09/16/2022 | 2.000 |
| work on Turban direct | Cstrangio | 09/20/2022 | 2.000 |
| Jennen trial prep | Cstrangio | 09/20/2022 | 1.000 |
| Joanna trial prep | Cstrangio | 09/22/2022 | 1.000 |
| Turban trial prep | Cstrangio | 09/23/2022 | 1.250 |
| Turban trial prep | Cstrangio | 09/26/2022 | 2.000 |
| Adkins trial prep | Cstrangio | 09/26/2022 | 1.500 |
| expert direct outline discussion | Cstrangio | 09/27/2022 | 1.000 |
| work on Turban direct | Cstrangio | 09/30/2022 | 3.500 |
| Turban trial prep | Cstrangio | 09/30/2022 | 2.000 |
| Jennen trial prep | Cstrangio | 10/04/2022 | 1.000 |
| work on Turban direct | Cstrangio | 10/05/2022 | 1.500 |
| Turban trial prep | Cstrangio | 10/05/2022 | 1.000 |
| Adkins trial prep | Cstrangio | 10/05/2022 | 2.000 |
| Dylan tria prep | Cstrangio | 10/06/2022 | 1.000 |
| discuss en banc response with team | Cstrangio | 10/07/2022 | 1.000 |
| Turban trial prep | Cstrangio | 10/10/2022 | 1.500 |
| Jennen trial prep | Cstrangio | 10/10/2022 | 1.000 |
| Brandts trial prep | Cstrangio | 10/10/2022 | 1.000 |
| Hruz cross prep | Cstrangio | 10/12/2022 | 1.000 |
| Brandts trial prep | Cstrangio | 10/13/2022 | 1.000 |
| Turban trial prep | Cstrangio | 10/13/2022 | 1.000 |
| call with LC re Levine cross | Cstrangio | 10/13/2022 | 0.500 |
| work on directs | Cstrangio | 10/14/2022 | 3.500 |
| Adkins trial prep | Cstrangio | 10/14/2022 | 2.000 |
| Turban trial prep | Cstrangio | 10/14/2022 | 2.000 |
| direct outlines prep | Cstrangio | 10/15/2022 | 3.500 |
| witness prep (Dylan/Joanna) | Cstrangio | 10/16/2022 | 2.500 |
| review outlines for direct of Adkins and Turban | Cstrangio | 10/16/2022 | 7.000 |
| Turban trial prep | Cstrangio | 10/17/2022 | 2.000 |
| trial | Cstrangio | 10/17/2022 | 12.000 |
| prep with Dylan, Joanna | Cstrangio | 10/18/2022 | 3.500 |
| trial | Cstrangio | 10/18/2022 | 6.500 |

Exhibit B to Cooper Declaration

*Brandt* Summary of Fees Sought by Chase Strangio in Motion

| | | | |
|---|---|---|---|
| trial | Cstrangio | 10/19/2022 | 6.500 |
| trial | Cstrangio | 10/21/2022 | 5.500 |
| teal call regarding trial/security | Cstrangio | 10/24/2022 | 0.750 |
| work on closing | Cstrangio | 11/23/2022 | 5.000 |
| work on Hruz cross (assemble exhibits) | Cstrangio | 11/24/2022 | 5.500 |
| review Lappert cross | Cstrangio | 11/26/2022 | 1.500 |
| closing prep | Cstrangio | 11/27/2022 | 1.500 |
| Hruz cross examination prep | Cstrangio | 11/27/2022 | 3.500 |
| trial | Cstrangio | 11/28/2022 | 7.000 |
| trial | Cstrangio | 11/29/2022 | 7.000 |
| trial | Cstrangio | 11/30/2022 | 6.000 |
| trial | Cstrangio | 12/01/2022 | 5.500 |
| drafting proposed findings of fact | Cstrangio | 12/21/2022 | 3.500 |
| drafting post-trial brief | Cstrangio | 12/25/2022 | 4.500 |
| read over LC's draft FOF | Cstrangio | 12/26/2022 | 0.500 |
| drafting post-trial brief | Cstrangio | 12/27/2022 | 5.500 |
| reviewing draft FOF | Cstrangio | 12/28/2022 | 1.500 |
| drafting post-trial brief | Cstrangio | 12/30/2022 | 2.000 |
| call with JE & LC re FOF | Cstrangio | 12/30/2022 | 1.000 |
| review FOF | Cstrangio | 12/30/2022 | 1.000 |
| **Total** | | | **367.250** |
| | | | |
| | | | |
| **Project/Time entry** | **User** | **Start date** | **Time (decimal)** |
| **Brandt v. Rutledge (GB026)** | | | **16.500** |
| drafting post-trial brief | Cstrangio | 01/04/2023 | 1.500 |
| drafting post-trial brief | Cstrangio | 01/11/2023 | 1.000 |
| revieiwing FOF | Cstrangio | 01/13/2023 | 2.000 |
| reviewing FOF | Cstrangio | 01/16/2023 | 1.500 |
| reviewing draft post-trial brief | Cstrangio | 01/20/2023 | 1.500 |
| reviewing and revising post-trial brief | Cstrangio | 01/21/2023 | 1.500 |
| reviewing and revising post-trial brief | Cstrangio | 01/27/2023 | 1.500 |
| drafting edited sections of post-trial brief | Cstrangio | 01/28/2023 | 2.500 |
| reviewing and revising post-trial brief | Cstrangio | 01/29/2023 | 2.500 |
| finalizing post-trial brief | Cstrangio | 01/30/2023 | 1.000 |
| **Total** | | | **16.500** |
| | | | |
| **Total time: 498.00 hours** | | | |

Exhibit B to Cooper Declaration

# Exhibit C

***Brandt*** Summary of Fees Sought by Li Nowlin-Sohl in Motion

| Entry No. | Date | Time | Description |
|---|---|---|---|
| 1 | 8/29/2022 | 7.5 | Review Antommaria deposition transcript, declarations, and reports |
| 2 | 8/29/2022 | 1 | Team call re trial preparation |
| 3 | 8/30/2022 | 3.5 | Review Karasic reports and declarations |
| 4 | 8/30/2022 | 1 | Call with Antommaria re trial and preparation |
| 5 | 9/6/2022 | 1 | Team call re trial preparation |
| 6 | 9/6/2022 | 0.7 | Call with Antommaria re trial and preparation |
| 7 | 9/6/2022 | | Review Karasic direct outline |
| 8 | 9/7/2022 | 1.1 | Review antommaria deposition prep materials |
| 9 | 9/10/2022 | 2.5 | Review Turban reports and declarations |
| 10 | 9/10/2022 | 2.4 | Prepare Antommaria direct outline |
| 11 | 9/11/2022 | 3.7 | Prepare Antommaria direct outline |
| 12 | 9/12/2022 | 1.6 | Revise Antommaria outline |
| 13 | 9/12/2022 | 1 | Team call re trial preparation |
| 14 | 9/14/2022 | 2 | Review edits to Antommaria direct outline and revise |
| 15 | 9/15/2022 | 3.1 | Prepare questions for Antommaria direct |
| 16 | 9/15/2022 | 2 | Antommaria trial prep session |
| 17 | 9/18/2022 | 4.6 | Revise Antommaria direct outline and questions |
| 18 | 9/19/2022 | 0.5 | Prepare questions for Antommaria prep session |
| 19 | 9/19/2022 | 1 | Team call re trial preparation |
| 20 | 9/19/2022 | 2 | Antommaria trial prep session |
| 21 | 9/21/2022 | 3 | Prepare and revise Antommaria direct questions |
| 22 | 9/22/2022 | 1.3 | Review and revise Antommaria direct questions |
| 23 | 9/22/2022 | 2 | Antommaria trial prep session |
| 24 | 9/23/2022 | 2 | Karasic trial prep session |
| 25 | 9/26/2022 | 1.9 | Antommaria trial prep session |
| 26 | 9/27/2022 | 2.4 | Review and revise Karasic direct |
| 27 | 9/28/2022 | 1.8 | Review and revise Turban direct |
| 28 | 9/29/2022 | 1 | Team call re expert prep |
| 29 | 9/29/2022 | 2 | Antommaria trial prep session |
| 30 | 10/3/2022 | 0.3 | Prepare correspondence to D. Richardson and J. Lester re Antommaria trial prep |
| 31 | 10/3/2022 | 0.6 | Revise Antommaria direct questions |
| 32 | 10/3/2022 | 1 | Team trial prep meeting |
| 33 | 10/4/2022 | 1.5 | Karasic trial prep session |
| 34 | 10/4/2022 | 2 | Antommaria trial prep session |
| 35 | 10/5/2022 | 1 | Turban trial prep session |
| 36 | 10/6/2022 | 2 | Karasic trial prep session |
| 37 | 10/9/2022 | 0.9 | Review Hruz cross examination outline |
| 38 | 10/10/2022 | 1.5 | Turban trial cross prep session |
| 39 | 10/11/2022 | 2 | Antommaria trial prep session |
| 40 | 10/12/2022 | 2 | Karasic trial prep session |
| 41 | 10/13/2022 | 1 | Revise Antommaria outline |
| 42 | 10/14/2022 | 1 | Antommaria Cross prep session |
| 43 | 10/14/2022 | 0.8 | Tech run through and courtroom review for trial |
| 44 | 10/14/2022 | 1 | Adkins prep session - partial |
| 45 | 10/14/2022 | 0.4 | Antommaria outline revisions |
| 46 | 10/14/2022 | 1.4 | Amanda prep session |
| 47 | 10/14/2022 | 0.7 | Review and comment on Adkins outline |
| 48 | 10/15/2022 | 1.7 | Prepare Antommaria documents for trial |
| 49 | 10/16/2022 | 1.2 | Revise Antommaria direct questions |
| 50 | 10/17/2022 | 11 | Trial |
| 51 | 10/17/2022 | 2 | Antommaria prep session |
| 52 | 10/18/2022 | 7 | Trial |
| 53 | 10/18/2022 | 1 | Hutchison prep |

Exhibit C to Cooper Declaration

*Brandt* **Summary of Fees Sought by Li Nowlin-Sohl in Motion**

| Entry No. | Date | Time | Description |
|-----------|------|------|-------------|
| 54 | 10/19/2022 | 7.5 | Trial |
| 55 | 10/21/2022 | 5 | Trial |
| 56 | 10/24/2022 | 0.9 | Team meeting to discuss trial and prep for next trial week |
| 57 | 1/11/2023 | 2.4 | Review and revise proposed findings of fact |
| 58 | 1/23/2023 | 0.6 | Team meeting to discuss post trial brief |
|  |  |  |  |
|  |  |  |  |
| Total |  | 121 |  |

Exhibit C to Cooper Declaration

# Exhibit D

***Brandt*** Summary of Fees Sought by James Esseks in Motion

| Project/Time entry | User | Start date | Time (decimal |
|---|---|---|---|
| **Brandt v. Rutledge (GB026)** | | | **132.700** |
| review outline of testimony from plaintiffs' witnesses and correspondence with Leslie Cooper re same | James Esseks | 08/29/2022 | 0.600 |
| review court decision denying motion to exclude Lappert and Regnerus testimony | James Esseks | 08/30/2022 | 0.300 |
| Edit claims/proof chart | James Esseks | 09/08/2022 | 0.700 |
| emails with Leslie Cooper and Chase Strangio re expert witnesses, sequestration, closings | James Esseks | 09/12/2022 | 0.400 |
| review draft outline of Hutchison direct as part of prep for Stambough direct | James Esseks | 09/12/2022 | 0.900 |
| emails with Leslie Cooper and Dr. Stambough about trial prep | James Esseks | 09/14/2022 | 0.200 |
| review summary of legislative bias evidence and emails with Leslie Cooper about same | James Esseks | 09/15/2022 | 0.500 |
| emails with Richardson re Stambough exhibits | James Esseks | 09/16/2022 | 0.200 |
| emails with Cooper and Richardson about Regnerus cross prep | James Esseks | 09/19/2022 | 0.300 |
| emails with Cooper about Stambough direct outline | James Esseks | 09/19/2022 | 0.400 |
| Draft Stambough direct exam | James Esseks | 09/19/2022 | 2.800 |
| Call with Leslie Cooper about Stambough and Hutchison directs | James Esseks | 09/19/2022 | 0.500 |
| email with Richardson, Bodapati, Cooper, Matthew re Stambough direct outline and witness prep sessions | James Esseks | 09/19/2022 | 0.200 |
| emails with Cooper about Lundstrom materials | James Esseks | 09/20/2022 | 0.400 |
| review Richardson edits to Stambough direct and revise | James Esseks | 09/20/2022 | 0.300 |
| draft and revise Stambough direct outline; email to team re same | James Esseks | 09/20/2022 | 2.700 |
| review Cooper, Bodapati, Matthew edits to Stambough direct; revise same | James Esseks | 09/21/2022 | 1.200 |
| emails with Richardson re Regnerus cross prep | James Esseks | 09/21/2022 | 0.200 |
| emails with Cooper, Sullivan, Strangio, Walas about trial protocols before Judge Moody | James Esseks | 09/21/2022 | 0.400 |
| Stambough witness team discussion about direct examination outline with Cooper, Richardson, Bodapati, Matthew | James Esseks | 09/21/2022 | 1.000 |
| email Dr. Stambough re witness prep sessions | James Esseks | 09/23/2022 | 0.200 |
| revise Stambough direct | James Esseks | 09/26/2022 | 2.100 |
| Witness prep session with Dr. Stambough | James Esseks | 09/27/2022 | 2.000 |
| revise Stambough direct outline/prep outline and draft email to prep team | James Esseks | 09/27/2022 | 1.200 |
| Witness prep session with Dr. Stambough | James Esseks | 10/03/2022 | 1.500 |
| revise Stambough direct outline/prep outline | James Esseks | 10/03/2022 | 1.100 |
| revise Stambough direct outline/prep outline | James Esseks | 10/04/2022 | 1.000 |
| Review Regnerus deposition transcript re cross prep | James Esseks | 10/04/2022 | 0.900 |
| Call with Laura Kabler Oswell and Leslie Cooper re trial tech | James Esseks | 10/04/2022 | 0.400 |
| Witness prep session with Dr. Stambough | James Esseks | 10/06/2022 | 2.000 |
| Prep for prep session for Dr. Stambough | James Esseks | 10/06/2022 | 0.500 |
| Team discussion re response to en banc petition | James Esseks | 10/07/2022 | 0.800 |
| Review and digest Regnerus expert report and supplemental expert report in prep for cross | James Esseks | 10/08/2022 | 3.100 |
| Review and digest Regnerus deposition transcript to prepare for cross | James Esseks | 10/09/2022 | 4.400 |
| prep call with Stambough, Cooper, Bodapati, Mathew, Richardson re Stambough direct testimony | James Esseks | 10/09/2022 | 2.500 |

Exhibit D to Cooper Declaration

*Brandt* Summary of Fees Sought by James Esseks in Motion

| Project/Time entry | User | Start date | Time (decimal |
|---|---|---|---|
| **Brandt v. Rutledge (GB026)** | | | **132.700** |
| Revise Stambough direct exam | James Esseks | 10/09/2022 | 0.600 |
| Review Regnerus deposition transcript re cross prep | James Esseks | 10/10/2022 | 1.600 |
| review and revise Richardson's draft cross questions for Regnerus | James Esseks | 10/10/2022 | 1.100 |
| Witness prep session with Dr. Hutchison, Dr. Stambough, Cooper, Richardson, Bodapati, Mathew | James Esseks | 10/11/2022 | 0.500 |
| Revise cross of Regnerus | James Esseks | 10/11/2022 | 2.100 |
| Revise Stambough direct exam | James Esseks | 10/11/2022 | 0.700 |
| emails with Leslie Cooper re Hutchison direct and Stambough direct | James Esseks | 10/11/2022 | 0.200 |
| emails with Dan Richardson re Regnerus cross | James Esseks | 10/12/2022 | 0.200 |
| emails with Leslie Cooper and Laura Oswell about trial tech consultant | James Esseks | 10/12/2022 | 0.200 |
| emails about extension request to CA8 re response to petition for en banc review | James Esseks | 10/12/2022 | 0.100 |
| Edit draft of opposition to petition for rehearing en banc; email to ACLU team about same | James Esseks | 10/12/2022 | 0.800 |
| Revise Regnerus cross | James Esseks | 10/12/2022 | 2.600 |
| phone call Leslie Cooper re trial prep, Hutchison direct, Regnerus cross, Levine cross, Hruz cross | James Esseks | 10/12/2022 | 0.800 |
| prep session with Stambough, Cooper, Richardson, Mathew, Bodapati | James Esseks | 10/13/2022 | 2.100 |
| draft cross questions for Stambough; email to team re same | James Esseks | 10/13/2022 | 1.500 |
| email with Dan Richardson and Leslie Cooper re Regnerus cross edits | James Esseks | 10/13/2022 | 0.400 |
| review and revise (third time) draft of opp to state's petition for en banc review; email to ACLU team about same | James Esseks | 10/13/2022 | 0.500 |
| review and revise (second time) draft of opp to state's petition for en banc review; email to ACLU team about same | James Esseks | 10/13/2022 | 0.900 |
| review and revise opp to state's petition for en banc review (second time) | James Esseks | 10/14/2022 | 0.600 |
| review and revise opp to state's petition for en banc review before CA8 | James Esseks | 10/14/2022 | 0.800 |
| review Cooper changes to Regnerus cross; revise Regnerus cross; emails with Cooper and Richardson re Regnerus cross | James Esseks | 10/14/2022 | 0.500 |
| review and annotate Hruz expert report | James Esseks | 10/14/2022 | 1.200 |
| revise Stambough direct and cross exams, summarize SOC8 changes for Stambough | James Esseks | 10/14/2022 | 3.100 |
| draft chart to map out timing of plaintiffs' witness testimony; phone call Leslie Cooper re same; emails with team re same | James Esseks | 10/15/2022 | 0.800 |
| review and annotate Hruz expert report | James Esseks | 10/15/2022 | 3.400 |
| prep session with Stambough, Cooper, Richardson, Mathew, Bodapati | James Esseks | 10/15/2022 | 2.200 |
| review and revise Stambough direct and cross | James Esseks | 10/15/2022 | 0.600 |
| conference Cooper re opp to petition for en banc review; emails with team re same | James Esseks | 10/16/2022 | 0.200 |
| prep team meeting agenda; conference Cooper re same | James Esseks | 10/16/2022 | 0.500 |
| review changes to opp to petition for en banc review; emails re same | James Esseks | 10/16/2022 | 0.300 |
| prep session with Dr. Karasic, Cooper, Strangio, Nowlin-Sohl | James Esseks | 10/16/2022 | 4.400 |

Exhibit D to Cooper Declaration

***Brandt*** **Summary of Fees Sought by James Esseks in Motion**

| Project/Time entry | User | Start date | Time (decimal |
|---|---|---|---|
| **Brandt v. Rutledge (GB026)** | | | **132.700** |
| review and annotate Hruz expert report | James Esseks | 10/16/2022 | 1.900 |
| review revised witness timing chart; emails re same | James Esseks | 10/16/2022 | 0.100 |
| Prep Turban with Strangio | James Esseks | 10/17/2022 | 1.300 |
| attend trial | James Esseks | 10/17/2022 | 12.000 |
| attend trial | James Esseks | 10/18/2022 | 6.500 |
| attend trial | James Esseks | 10/19/2022 | 6.500 |
| attend trial | James Esseks | 10/21/2022 | 5.500 |
| attend trial | James Esseks | 11/28/2022 | 7.000 |
| attend trial | James Esseks | 11/29/2022 | 7.000 |
| attend trial | James Esseks | 11/30/2022 | 6.000 |
| attend trial | James Esseks | 12/01/2022 | 5.500 |
| **Total** | | | **132.700** |
| | | | |
| | | | |
| **Total time: 132.7 hours** | | | |

Exhibit D to Cooper Declaration

# Exhibit E

***Brandt*** Itemized ACLU National Costs Sought in Motion

| Expense Code | Description | Fiscal Year | Amount | | Total |
|---|---|---|---|---|---|
| *Case fees (filings, mailing/printing, transcriptions, non-travel expenses, etc.)* | LC - mailing/printing | FY22 | $ | 82.73 | 82.73 |
| | CS - mailing/printing | FY22 | $ | 263.30 | 263.3 |
| | | | ***Total case fees:*** | | ***346.03*** |
| *Travel* | LC - PI hearing | FY22 | $ | 1,077.83 | 1,077.83 |
| | JE - PI hearing | FY22 | $ | 1,124.48 | 1,124.48 |
| | CS - PI hearing | FY22 | $ | 2,351.04 | 2,351.04 |
| | | | **Total travel:** | $ | **4,553.35** |
| ***Total PI hearing costs:*** | | | $ | **4,899.38** | |

**_Brandt_ Itemized ACLU National Costs Sought in Motion**

| Expense Code | Description | Fiscal Year | Amount | Total |
|---|---|---|---|---|
| *Case fees (filings, mailing/printing, transcriptions, non-travel expenses, etc.)* | Veritext - transcription services | FY23 | $ 5,546.90 | $ 5,546.90 |
| | Veritext - transcription services | FY23 | $ 4,782.90 | $ 4,782.90 |
| | Veritext - transcription services | FY23 | $ 708.00 | $ 708.00 |
| | Veritext - transcription services | FY23 | $ 708.00 | $ 708.00 |
| | Veritext - transcription services | FY23 | $ 708.00 | $ 708.00 |
| | Veritext - transcription services | FY23 | $ 1,725.00 | $ 1,725.00 |
| | Veritext - transcription services | FY23 | $ 5,962.10 | $ 5,962.10 |
| | Veritext - transcription services | FY23 | $ 619.97 | $ 619.97 |
| | Veritext - transcription services | FY23 | $ 601.22 | $ 601.22 |
| | Veritext - transcription services | FY23 | $ 299.63 | $ 299.63 |
| | Veritext - transcription services | FY23 | $ 578.29 | $ 578.29 |
| | Veritext - transcription services | FY23 | $ 337.01 | $ 337.01 |
| | Veritext - transcription services | FY23 | $ 2,118.00 | $ 2,118.00 |
| | Veritext - transcription services | FY23 | $ 5,962.10 | $ 5,962.10 |
| | Veritext - transcription services | FY23 | $ 2,366.20 | $ 2,366.20 |
| | Veritext - transcription services | FY23 | $ 1,904.00 | $ 1,904.00 |
| | Veritext - transcription services | FY23 | $ 4,132.25 | $ 4,132.25 |
| | Veritext - transcription services | FY23 | $ 9,607.20 | $ 9,607.20 |
| | Veritext - transcription services | FY23 | $ 2,374.10 | $ 2,374.10 |
| | Veritext - transcription services | FY23 | $ 811.82 | $ 811.82 |
| | Veritext - transcription services | FY23 | $ 891.94 | $ 891.94 |
| | Veritext - transcription services | FY23 | $ 455.00 | $ 455.00 |
| | Veritext - transcription services | FY23 | $ 195.00 | $ 195.00 |
| | Veritext - transcription services | FY23 | $ 130.00 | $ 130.00 |
| | Veritext - transcription services | FY23 | $ 455.00 | $ 455.00 |
| | Veritext - transcription services | FY23 | $ 455.00 | $ 455.00 |
| | Veritext - transcription services | FY23 | $ 105.00 | $ 105.00 |
| | Veritext - transcription services | FY23 | $ 105.00 | $ 105.00 |
| | Veritext - transcription services | FY23 | $ 105.00 | $ 105.00 |
| | Veritext - transcription services | FY23 | $ 105.00 | $ 105.00 |
| | Veritext - transcription services | FY23 | $ 80.00 | $ 80.00 |

**_Brandt_ Itemized ACLU National Costs Sought in Motion**

| Expense Code | Description | Fiscal Year | Amount | | Total |
|---|---|---|---|---|---|
| | Veritext - transcription services | FY23 | $ | 455.00 | $ 455.00 |
| | Veritext - transcription services | FY23 | $ | 105.00 | $ 105.00 |
| | Veritext - transcription services | FY23 | $ | 105.00 | $ 105.00 |
| | Veritext - transcription services | FY23 | $ | 45.00 | $ 45.00 |
| | Veritext - transcription services | FY23 | $ | 764.00 | $ 764.00 |
| | CS - printing | FY23 | $ | 63.47 | $ 63.47 |
| | | | ***Total case fees:*** | $ | **56,472.10** |
| | | | | | |
| *Travel* | LC - deposition | FY 23 | $ | 2,494.61 | $ 2,494.61 |
| | LC - deposition | FY22 | $ | 1,321.38 | $ 1,321.38 |
| | LC - oral argument | FY 23 | $ | 75.00 | $ 75.00 |
| | CS - deposition | FY 23 | $ | 1,857.92 | $ 1,857.92 |
| | CS - oral argument | FY 23 | $ | 1,255.39 | $ 1,255.39 |
| | | | ***Total travel:*** | $ | **7,004.30** |

| | | |
|---|---|---|
| ***Total discovery costs:*** | $ | **63,476.40** |

**Brandt** Itemized ACLU National Costs Sought in Motion

| Expense Code | Description | Fiscal Year | Amount | Total |
|---|---|---|---|---|
| **Case fees (filings, mailing/printing, transcriptions, non-travel expenses, etc.)** | Flora - court reporter (wk. 1) | FY23 | $ 2,049.60 | 2,049.60 |
| | Dellinger - court reporter (wk. 1) | FY23 | $ 1,153.50 | 1,153.50 |
| | Hinson - court reporter (wk. 1) | FY23 | $ 1,078.80 | 1,078.80 |
| | AR Real Time - transcription services | FY23 | $ 147.00 | 147.00 |
| | AR Real Time - transcription services | FY23 | $ 110.25 | 110.25 |
| | Dellinger - court reporter (wk. 2) | FY23 | $ 1,341.42 | 1,341.42 |
| | Hinson - court reporter (wk. 2) | FY23 | $ 525.78 | 525.78 |
| | Flora - court reporter (wk. 2) | FY23 | $ 839.76 | 839.76 |
| | | ***Total case fees:*** | | **$ 7,246.11** |
| **Professional Services - Expert witness travel** | Turban - travel expenses | FY23 | $ 2,372.79 | 2,372.79 |
| | Antommaria - travel expenses | FY23 | $ 4,364.23 | 4,364.23 |
| | Hutchinson - travel expenses | FY23 | $ 384.20 | 384.20 |
| | Adkins - travel expenses | FY23 | $ 1,205.00 | 1,205.00 |
| | Karasic - travel expenses | FY23 | $ 743.83 | 743.83 |
| | | ***Total professional services:*** | | **$ 9,070.05** |
| **Travel** | LC - trial (pt. 1) | FY23 | $ 5,078.03 | 5,078.03 |
| | LC - trial (pt. 2) | FY23 | $ 956.78 | 956.78 |
| | JE - trial  (pt. 1) | FY23 | $ 6,829.25 | 6,829.25 |
| | JE - trial (pt. 2) | FY23 | $ 6,810.46 | 6,810.46 |
| | LNS - trial (pt. 1) | FY23 | $ 5,316.02 | 5,316.02 |
| | CS - trial (pt. 1) | FY23 | $ 3,144.33 | 3,144.33 |
| | CS - trial (pt. 2) | FY23 | $ 1,408.64 | 1,408.64 |
| | | ***Total travel:*** | | **$ 29,543.51** |
| | | ***Total trial costs:*** | | **$ 45,859.67** |

# Exhibit F

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - -   x
DYLAN BRANDT, et al.,                             :
                                                  :
                      Plaintiffs,                 :
                                                  :
              v.                                  :   Case No. 4:21-CV-00450-JM
                                                  :
TIM GRIFFIN, et al.,                              :
                                                  :
                      Defendants.                 :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - -   x
```

## DECLARATION OF ANNE L. CLARK IN SUPPORT OF
## PLAINTIFFS' MOTION FOR ATTORNEY FEES

ANNE L. CLARK, under penalty of perjury, affirms and states as follows:

1.      I am the Managing Partner of the firm Vladeck, Raskin & Clark, P.C. (the "Vladeck Firm").[1]  I submit this declaration in support of the motion filed by the Plaintiffs for an award of attorney fees and costs arising from the work performed by attorneys at the American Civil Liberties Union ("ACLU") Foundation in preparing, filing, and litigating the above-captioned case. Specifically, I submit this declaration to provide evidence of what hourly rate ACLU lawyers James Esseks, Leslie Cooper, and Chase Strangio would command in the New York legal market for civil rights litigation if they were in private practice.

1.      The Vladeck Firm concentrates in representing individuals in civil rights cases involving employment discrimination, and has successfully represented employees in numerous litigations and arbitrations. See, e.g., Merino v. Beverage Plus Am. Corp., No. 10 Civ. 0706, 2014

---

[1] Until June 2015, the name of the firm was Vladeck, Waldman, Elias & Engelhard, P.C.

WL 1744728 (S.D.N.Y. Mar. 6, 2014) ($1.29 million judgment); Redd v. New York Div. of Parole, 678 F.3d 166 (2d Cir. 2012) (reinstating sexual harassment claims); DeCurtis v. Upward Bound Int'l, Inc., No. 09 Civ. 5378, 2012 WL 4561127 (S.D.N.Y. Sept. 27, 2012), aff'd sub nom. De Curtis v. Ferrandina, 529 F. App'x 85 (2d Cir. 2013) (affirming default judgment of $845,309.11); Davis v. Abercrombie & Fitch Co., No. 08 Civ. 01859 (S.D.N.Y. October 2009); Sotak v. McGraw-Hill Companies, Inc., 07 Civ. 2698 (S.D.N.Y. trial January 2009); Zakre v. Norddeutsche Landesbank Girozentrale, 541 F. Supp. 2d 555 (S.D.N.Y. 2008), aff'd, 344 F. App'x 628 (2d Cir. 2009); Browne-Sanders v. Madison Square Garden, L.P., et al., No. 06 Civ. 0589 (S.D.N.Y. trial Sept.– Oct. 2007); Pappas v. Watson Wyatt & Co., No. 3:04-CV-304, 2008 WL 793597 (D. Conn. Mar. 20, 2008); Sandhaus v. McCann Erickson, Inc., No. 03 Civ. 6743 (S.D.N.Y. trial August 2005); Fitzgerald v. Ford Marrin Esposito Witmeyer & Gleser, L.L.P., No. 01-7256, 01-7322, 2002 WL 313225 (2d Cir. Feb. 27, 2002) (reinstating jury verdict in plaintiff's favor); Lawrence E. Lewis v. Communicar, Inc., No. 99 CV 609 (E.D.N.Y. trial December 2001); Ginsberg v. Valhalla Anesthesia Assocs., P.C., No. 96 Civ. 6462, 1997 WL 669870 (S.D.N.Y. Oct. 28, 1997); Mahoney v. Canada Dry Bottling Co. of New York, No. 94 Civ. 2924, 1998 WL 231082 (E.D.N.Y. May 7, 1998); DeGaetano v. Smith Barney, Inc., 983 F. Supp. 459 (S.D.N.Y. 1997); Dailey v. Societé Générale, 915 F. Supp. 1315 (S.D.N.Y. 1996), aff'd in part and vacated in part, 108 F.3d 451 (2d Cir. 1997); McIntosh v. Irving Trust Co., 873 F. Supp. 872 (S.D.N.Y. 1995); Malarkey v. Texaco, Inc., 794 F. Supp. 1237 (S.D.N.Y. 1992), aff'd, 983 F.2d 1204 (2d Cir. 1993); Pierce v. F.R. Tripler & Co., 770 F. Supp. 118 (S.D.N.Y. 1991), aff'd in relevant part and rev'd in part, 955 F.2d 820 (2d Cir. 1992); Wulach v. Bear, Stearns & Co., No. 86 Civ. 5644, 1988 WL 123632 (S.D.N.Y. Nov. 8, 1988); Whittlesey v. Union Carbide Corp., 742 F.2d 724 (2d Cir. 1984); Plummer v. Chem. Bank, 579 F. Supp. 1364 (S.D.N.Y. 1984); Melani v. Bd. of Higher Educ. of

New York, 561 F. Supp. 769 (S.D.N.Y. 1983); Lo Re v. Chase Manhattan Corp., 431 F. Supp. 189 (S.D.N.Y. 1977).   See also County of Suffolk v. Long Island Lighting Co. ("LILCO"), 710 F. Supp. 1407 (E.D.N.Y. 1989) (civil RICO, fraud case) aff'd, 907 F.2d 1295 (2d Cir. 1990); County of Suffolk v. Acorn 710 F. Supp. 1428 (E.D.N.Y. 1989), aff'd in part and rev'd in part, 907 F.2d 1295 (2d Cir. 1990).  In LILCO, Judge Weinstein described the firm as "of excellent quality." 710 F. Supp. at 1412.

2.    I became associated with the Vladeck Firm in September 1993 and became a partner in January 1997.  I became Managing Partner in January 2022.  I graduated from New York University in 1985 and received my J.D. from New York University School of Law in 1990.  Before my association with the Vladeck Firm, I was a law clerk for the Honorable Raymond J. Pettine in the United States District Court for the District of Rhode Island.  After my clerkship, I worked for two years as a Skadden Fellow/staff attorney at the NOW Legal Defense and Education Fund ("NOW LDEF").  At NOW LDEF, I worked on the Eleventh Circuit appeal of Robinson v. Jacksonville Shipyards, Inc., 760 F. Supp. 1486 (M.D. Fla. 1991); served as lead counsel and argued the appeal of Townsend v. Indiana Univ., 995 F.2d 691 (7th Cir. 1993); and submitted an amicus curiae brief to the Supreme Court on Harris v. Forklift Sys., Inc., 510 U.S. 17 (1993).

3.    Since becoming associated with the Vladeck Firm, I have served as lead counsel and co-counsel for plaintiffs in many civil rights employment cases in federal court, including serving as lead counsel in the trials of Carlson v. Northwell Health Inc., No. 20 CV 9852 (S.D.N.Y. trial May 2022); Delville v. Firmenich Inc., No. 08 Civ. 10891 (S.D.N.Y. trial November 2013); Zakre, No. 03 Civ. 257 (S.D.N.Y. trial April 2007); Pappas, 2008 WL 793597 (D. Ct. trial December 2006); Sandhaus, No. 03 Civ. 6743 (S.D.N.Y. trial August 2005); Kreinik v. Showbran Photo, Inc., No. 02 Civ. 1172 (S.D.N.Y. trial October 2004); Riisna v. Am. Broad. Cos., Inc., 219 F. Supp. 2d 568

3

698638 v1

(S.D.N.Y. trial February 2003); and Mahoney, 94 Civ. 2924; and as co-counsel in the trials of Fitzgerald, 2002 WL 313225; Ginsberg, 1997 WL 669870; and Antreassian v. Chem. Bank, 93 Civ. 6812 (SDNY trial June 1996). I have also been lead counsel in arbitrations concerning employment discrimination before the American Arbitration Association and JAMS and lead counsel and co-counsel in employment arbitrations before FINRA and its predecessors, the New York Stock Exchange and National Association of Securities Dealers.

4.      In March 2021, the New York State Attorney General appointed me to co-lead the investigation of sexual harassment allegations against then-Governor Andrew Cuomo ("Cuomo"). The Attorney General also appointed another Vladeck Firm partner and two associates to work on the investigation.

5.      For over a dozen years, I was an adjunct professor at Fordham University School of Law, where I co-taught "Women and the Law" and then "Employment Discrimination," and have guest-lectured at New York University School of Law, Cardozo Law School, New York Law School, Rutgers University School of Law, and John Jay College. I was on the Executive Board of the National Employment Lawyers Association/New York ("NELA/NY") and have spoken about employment law to numerous organizations, including the American Bar Association, the Institute of Judicial Administration/Center for Labor and Employment Law at New York University School of Law, the New York State Bar Association, the Practicing Law Institute, and the Pro Se Mediation Program at the U.S. District Court for the Southern District of New York.

6.      I am familiar with the hourly rates awarded to civil rights attorneys in the New York area. As set forth below, courts have found that the rates charged by the Vladeck Firm are consistent with market rates.

7.      The Vladeck Firm charges $550-$850 per hour for partners. The Vladeck Firm

4

currently charges $800-850 per hour for my time. The firm bills many clients on an hourly basis and clients of the Vladeck Firm routinely pay my hourly rate.

8.    I worked with James Esseks ("Esseks") at the Vladeck Firm from 1993 until 2001, including trying the Mahoney case with him. Even when I did not directly work with him on cases, I was familiar with his work. His legal work was always outstanding. Since Esseks left the Vladeck Firm to join the ACLU, I have followed a number of the cases he has worked on, and have continued to be impressed by his work and accomplishments. I have also reviewed his Declaration in support the motion for attorneys' fees, which details his experience. I have no doubt that were Esseks still employed at the Vladeck Firm, his billing rate would be $800-850 per hour and clients would be willing to pay that rate.

9.    Eight years ago, the Vladeck Firm was awarded $700 per hour for the time of Vladeck partners, including me. See e.g., Kovach v. City Univ. of N.Y., 13 Civ. 7198 (LGS), 2015 WL 3540798, at *2, 5 (S.D.N.Y. Jun. 4, 2015) (approving $700 per hour for my time); Merino v. Beverage Plus Am. Corp., No. 10 Civ. 0706 (ALC), 2012 WL 4468182, at *3 (S.D.N.Y. Sept. 25, 2012) (approving rate of $700 for senior Vladeck partner who now bills at $700-750 and $450 for Vladeck partner less experienced than Esseks). In 2016, an arbitrator with the American Arbitration Association issued an award of attorneys' fees based on the rate of $700 per hour for my time. See 2016 AAA Employment LEXIS 1 (Jan. 22, 2016). Over ten years ago, several courts awarded $600 and $550 for Vladeck partners who were less experienced that Esseks, see, e.g., Guallpa v. NY Pro Signs, Inc., No. 11 Civ. 3133 (LGS)(FM), 2014 WL 2200393, at *9 (S.D.N.Y. May 27, 2014) (approving rate of $600 for Vladeck partner less-experienced than Esseks); DeCurtis v. Upward Bound Int'l, Inc., No. 09 Civ. 5378 (RJS), 2013 WL 3270357, at *6 (S.D.N.Y. June 3, 2013) (using rate of $600 for Vladeck partner less-experienced than Esseks);

5

DeCurtis, 2011 WL 4549412, at *7-8 (S.D.N.Y. Sept. 27, 2011) (approving rate of $550 for a Vladeck partner less-experienced than Esseks).

10.     Leslie Cooper ("Cooper") is an ACLU lawyer who was part of the plaintiffs' team in this case. She graduated from law school in 1995. Given her years out of law school and legal experience, the Vladeck Firm would charge at least $750 per hour for Cooper's time . As support for that rate, I note that one of the Vladeck Firm partners, Maia Goodell ("Goodell"), graduated from law school in 2001. The Vladeck Firm charges $730 per hour for her time.

11.     Chase Strangio ("Strangio") is an ACLU lawyer who was part of the plaintiffs' team in this case. He graduated from law school in 2010. Given his graduation year and legal experience, the Vladeck Firm would charge at least $600 an hour for Strangio's time. As support for that rate, I note that Jeremiah Iadevaia ("Iadevaia") is a partner with the Vladeck Firm who graduated from law school in 2006. The Vladeck Firm currently bills $675 an hour for Iadevaia's time. In 2013 and 2014, courts approved the hourly rate of $350 for Iadevaia. See Guallpa v. NY Pro Signs Inc., No. 11 Civ. 3133, 2014 WL 2200393, at *9 (S.D.N.Y. May 27, 2014); DeCurtis, 2013 WL 3270357, at *6; see also Kovach, 2015 WL 3540798, at *2, 5 (awarding the Vladeck Firm $350 per hour in 2015 for a former associate who graduated in 2006). In 2015, the Second Circuit Court of Appeals, the Southern District of New York, and the Bankruptcy Court in the Eastern District of New York awarded fees in the same case at $450 per hour for Iadevaia. See De Curtis v. Upward Bound Int'l, Inc., No. 09-cv-5379 (RJS), 2015 WL 5254767, at * 3 (S.D.N.Y. Aug. 28, 2015). Vladeck Firm partner Yannick Grant graduated from law school in 2012 and the firm charges $550 per hour for his time.

6

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 18, 2023, in New York, New York.

ANNE L. CLARK

698638 v1