# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2681

Dylan Brandt, by and through his mother Joanna Brandt, et al.

Appellees

v.

Tim Griffin, in his official capacity as the Arkansas Attorney General, et al.

Appellants

------------------------------

State of Missouri, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-00450-JM)

---

**ORDER**

The petition for initial hearing en banc is granted. Judge Shepherd did not participate in the consideration or decision of this matter. Appellants's brief and appendix are due November 6, 2023. Once the briefs have been filed, counsel shall provide 30 copies of the brief and 11 copies of the appendix.

October 06, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, October 6, 2023 3:39 PM |
| **Subject:** | 23-2681 Dylan Brandt, et al v. Tim Griffin, et al "Judge Order Filed granting for initial hearing en banc" (4:21-cv-00450-JM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 10/06/2023

**Case Name:** Dylan Brandt, et al v. Tim Griffin, et al
**Case Number:** 23-2681
**Document(s):** Document(s)

**Docket Text:**
JUDGE ORDER:The petition for initial hearing en banc is granted. Judge Shepherd did not participate in the consideration or decision of this matter. Appellants's brief and appendix are due November 6, 2023. Once the briefs have been filed, counsel shall provide 30 copies of the brief and 11 copies of the appendix. [5314002-2] Special Sep 2023 [5323974] [23-2681] (Clifford Jackson)

**Notice will be electronically mailed to:**

Mr. Garrard R. Beeney: beeneyg@sullcrom.com, garrard-beeney-2307@ecf.pacerpro.com
Mr. Nicholas J. Bronni: nicholas.bronni@arkansasag.gov
Mr. Michael A. Cantrell, Assistant Solicitor General: michael.cantrell@arkansasag.gov, brittany.garcia@arkansasag.gov
Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Leslie Cooper: lcooper@aclu.org, sgarcia@aclu.org, ccaicedo@aclu.org
Mr. Joshua Divine: josh.divine@ago.mo.gov, tammy.glenn@ago.mo.gov
Ms. Sharon Elizabeth Echols: echols@gill-law.com
Mr. James D. Esseks: jesseks@aclu.org
Ms. Sarah C. Everett: sarah@acluarkansas.org, megan@acluarkansas.org
Ms. Lauren Maisel Goldsmith: goldsmithl@sullcrom.com
Mr. Aviv S. Halpern: halperna@sullcrom.com
Mr. Alexander S. Holland: hollanda@sullcrom.com
Mr. Dylan L. Jacobs, Assistant Solicitor General: dylan.jacobs@arkansasag.gov, brittany.garcia@arkansasag.gov
Mr. Peter Drake Mann: mann@gill-law.com, tricia@gill-law.com
Mx. Maxime D. Matthew: matthewm@sullcrom.com
Ms. Jeanette M. McKee, Case manager: Jeanette_McKee@ca8.uscourts.gov
Mr. Li Nowlin-Sohl: lnowlin-sohl@aclu.org

Ms. Laura Kabler Oswell: oswelll@sullcrom.com
Mr. Daniel J. Richardson: Richardsond@sullcrom.com
Ms. Melissa Rudolph, Case manager: Melissa_Rudolph@ca8.uscourts.gov
Mr. Chase B. Strangio: cstrangio@aclu.org, sgarcia@aclu.org
Mr. Christopher L. Travis: travis@gill-law.com, melissa@gill-law.com
Ms. Breean Walas: breean@walaslawfirm.com, walaslawfirm@gmail.com

**Notice will be mailed to:**

Ms. Hannah Lorraine Templin, Assistant Attorney General
No Longer at this Address
Unknown,

The following document(s) are associated with this transaction:
**Document Description:** Court Order
**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_232681_5323974_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/06/2023] [FileNumber=5323974-0]
[1e8e5e90cccdadf9ccda9d6620675c847160e1fb8e3127c789afe121821058ce92c8dcb08f0b31dacee005358f07eaba6978dbb6fcf332a3705b45b5b289b7fa]]
**Recipients:**

- Mr. Garrard R. Beeney
- Mr. Nicholas J. Bronni
- Mr. Michael A. Cantrell, Assistant Solicitor General
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Ms. Leslie Cooper
- Mr. Joshua Divine
- Ms. Sharon Elizabeth Echols
- Mr. James D. Esseks
- Ms. Sarah C. Everett
- Ms. Lauren Maisel Goldsmith
- Mr. Aviv S. Halpern
- Mr. Alexander S. Holland
- Mr. Dylan L. Jacobs, Assistant Solicitor General
- Mr. Peter Drake Mann
- Mx. Maxime D. Matthew
- Ms. Jeanette M. McKee, Case manager
- Mr. Li Nowlin-Sohl
- Ms. Laura Kabler Oswell
- Mr. Daniel J. Richardson
- Ms. Melissa Rudolph, Case manager
- Mr. Chase B. Strangio
- Ms. Hannah Lorraine Templin, Assistant Attorney General
- Mr. Christopher L. Travis
- Ms. Breean Walas

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5323974

**RELIEF(S) DOCKETED:**
  for initial hearing en banc
  establish a briefing schedule
**DOCKET PART(S) ADDED:** 7374998, 7355215, 7374999, 7375000