UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 23-2681

Dylan Brandt, by and through his mother Joanna Brandt, et al.

Appellees

v.

Tim Griffin, in his official capacity as the Arkansas Attorney General, et al.

Appellants

------------------------------

State of Missouri, et al.

Amici on Behalf of Appellant(s)

Biomedical Ethics and Public Health Scholars, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-00450-JM)

---

**MANDATE**

In accordance with the opinion of August 12, 2025, and the corrected judgment of August 28, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 17, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit