IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BRANDT, ET AL**                                                  PLAINTIFFS

V.                                     4:21CV00450 JM

**TIM GRIFFIN, ET AL**                                                    DEFENDANTS

## JUDGMENT

Judgment is hereby entered in favor of the Defendants and against the Plaintiffs. Plaintiffs' claims against the Defendants are DISMISSED with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 18th day of September, 2025.

_____
James M. Moody Jr.
United States District Judge